The Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, WA
Hearing Date: April 7, 2016
Hearing Time: 9:30 am
Response Due: At the time of hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC<br><br>Debtor. | No. 16-11767-CMA<br><br>REPLY TO DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BILL WEISFIELD AND STUART HEATH OF ELLIOTT BAY ASSET SOLUTIONS, LLC AS CHIEF RESTRUCTURING OFFICERS *NUNC PRO TUNC* |

Northwest Territorial Mint, LLC, the debtor-in-possession in this Chapter 11 case ("NWTM and/or Debtor"), has been advised, in writing, that Elliott Bay Asset Solutions, LLC has withdrawn from consideration as Chief Restructuring Officer for the Debtor. As a result, the Debtor withdraws the Debtor's Emergency Motion Pursuant To 11 U.S.C. §§ 105(A) And 363(B) For Entry Of An Order Authorizing The Retention Of Bill Weisfield And Stuart Heath Of Elliott Bay Asset Solutions, LLC As Chief Restructuring Officers *Nunc Pro Tunc (Docket No. 12).*

WITHDRAWAL OF DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BILL WEISFIELD AND STUART HEATH OF ELLIOTT BAY ASSET SOLUTIONS, LLC AS CHIEF RESTRUCTURING OFFICERS *NUNC PRO TUNC* - 1

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 16-11767-CMA    Doc 29    Filed 04/06/16    Ent. 04/06/16 17:16:37    Pg. 1 of 2

The Debtor would therefore ask that the motion be withdrawn as moot.

DATED this 6th day of April, 2016.

          THE TRACY LAW GROUP PLLC


          By */s/ J. Todd Tracy*
            J. Todd Tracy, WSBA #17342
            Steven J. Reilly, WSBA #44306
          Attorneys for Debtor

WITHDRAWAL OF DEBTOR'S EMERGENCY
MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND
363(b) FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF BILL
WEISFIELD AND STUART HEATH OF ELLIOTT
BAY ASSET SOLUTIONS, LLC AS CHIEF
RESTRUCTURING OFFICERS *NUNC PRO TUNC* - 2

**THE TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 16-11767-CMA    Doc 29    Filed 04/06/16    Ent. 04/06/16 17:16:37    Pg. 2 of 2