Entered on Docket April 7, 2016

**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC<br><br>Debtor. | No. 16-11767-CMA<br><br>ORDER DENYING DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BILL WEISFIELD AND STUART HEATH OF ELLIOTT BAY ASSET SOLUTIONS, LLC AS CHIEF RESTRUCTURING OFFICERS *NUNC PRO TUNC* |

THIS MATTER came before the Court on the Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order Authorizing the Retention of Bill Weisfield and Stuart Heath of Elliot Bay Asset Solutions, LLC ("EBAS") as Chief Restructuring Officers *Nunc Pro Tunc* (the "Motion"). The Court having been advised that Bill Weisfield was withdrawn from consideration; now, therefore, it is hereby

ORDER DENYING DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BILL WEISFIELD AND STUART HEATH OF ELLIOTT BAY ASSET SOLUTIONS, LLC AS CHIEF RESTRUCTURING OFFICERS *NUNC PRO TUNC*- 1

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 16-11767-CMA    Doc 39    Filed 04/07/16    Ent. 04/07/16 13:16:12    Pg. 1 of 2

ORDERED that the motion is denied as moot

/// END OF ORDER ///

Presented by:

THE TRACY LAW GROUP PLLC

By  /s/ J. Todd Tracy
     J. Todd Tracy, WSBA # 17342
     Steven J. Reilly, WSBA # 44306

ORDER DENYING DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BILL WEISFIELD AND STUART HEATH OF ELLIOTT BAY ASSET SOLUTIONS, LLC AS CHIEF RESTRUCTURING OFFICERS *NUNC PRO TUNC*- 2

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 16-11767-CMA    Doc 39    Filed 04/07/16    Ent. 04/07/16 13:16:12    Pg. 2 of 2