1
2
3
4
5
6
7
8
9

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

10

11  In Re:                                    )    Case No. 16-11767
                                              )
12  Northwest Territorial Mint LLC,           )
                                              )    STIPULATED ORDER DIRECTING
13                                            )    THE APPOINTMENT OF A CHAPTER
                              Debtor.         )    11 TRUSTEE
                                              )
14  _____ )

15

16          As evidenced by the signatures below, the United States Trustee and Northwest

17  Territorial Mint LLC agree to entry of this order directing the appointment of a chapter 11

18  trustee herein.

19          Based upon the foregoing,

20          IT IS HEREBY ORDERED THAT:

21          A.      A trustee shall be appointed in the above-referenced chapter 11 case; and

22          B.      The United States Trustee is directed to appoint a disinterested person to serve as

23  trustee in this chapter 11 case, after consultation with parties in interest and subject to the

    Court's approval, pursuant to 11 U.S.C. § 1104(d).

24

25                                  /// END OF ORDER ///

26

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA  98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-11767-CMA    Doc 44    Filed 04/07/16    Ent. 04/07/16 13:23:04    Pg. 1 of 2

Presented by:

Gayle Brehm Geiger,
Acting U.S. Trustee for Region 18


By:      /s/ Martin L. Smith
         Martin L. Smith, WSBA #24861
         Attorney for United States Trustee


Agreed as to form and content; presentation waived:


The Tracy Law Group, PLLC


By:      /s/ J. Todd Tracy
         J. Todd Tracy, WSBA #17342
         Attorney for the Debtor

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA  98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-11767-CMA    Doc 44    Filed 04/07/16    Ent. 04/07/16 13:23:04    Pg. 2 of 2