**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Northwest Territorial Mint LLC,<br><br>Debtor. | Case No. 16-11767<br><br>STIPULATED ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE |

As evidenced by the signatures below, the United States Trustee and Northwest Territorial Mint LLC agree to entry of this order directing the appointment of a chapter 11 trustee herein.

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

A.  A trustee shall be appointed in the above-referenced chapter 11 case; and

B.  The United States Trustee is directed to appoint a disinterested person to serve as trustee in this chapter 11 case, after consultation with parties in interest and subject to the Court's approval, pursuant to 11 U.S.C. § 1104(d).

/// END OF ORDER ///

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-11767-CMA    Doc 45    Filed 04/07/16    Ent. 04/07/16 13:25:03    Pg. 1 of 2

**Below is the Order of the Court.**

Presented by:

Gayle Brehm Geiger,
Acting U.S. Trustee for Region 18

By:     ___/s/ Martin L. Smith_____
        Martin L. Smith, WSBA #24861
        Attorney for United States Trustee

Agreed as to form and content; presentation waived:

The Tracy Law Group, PLLC

By:     ___/s/ J. Todd Tracy_____
        J. Todd Tracy, WSBA #17342
        Attorney for the Debtor

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)