1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:                                    )        Case no:  16-11767
                                          )
Northwest Territorial Mint, LLC           )
                                          )        CHAPTER 11 TRUSTEE'S
                          Debtor.         )        ACCEPTANCE AND DECLARATION
                                          )
                                          )

     I hereby accept appointment as trustee in the above-captioned case.  As the trustee, I agree to undertake the duties and responsibilities of the appointment.

     To the best of my knowledge, I am a disinterested person within the meaning of 11 U.S.C. § 101(14), and am eligible and competent to perform the duties of trustee.  I have no connections with the debtor, creditors, and any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, except as follows:

     Prior to the filing of the bankruptcy case, I met with representatives of the Debtor to discuss whether my firm, Cascade Capital Group, would be engaged to provide restructuring services to the Debtor.  I met with the Debtor's principal Ross Hanson.  After meeting with Mr. Hanson, my firm declined to undertake the engagement.  Neither my firm nor I were paid any fees by the Debtor.  Neither my firm nor I have any relationship with the Debtor or Mr. Hanson.

     I have acted as a chapter 11 Trustee in other cases in this jurisdiction and have professional relationships with a number of lawyers who have and who may appear for parties in this case.  I do not have any relationships with counsel which would preclude me from being

CHAPTER 11 TRUSTEE'S ACCEPTANCE AND DECLARATION - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA  98101-1271
206-553-2000, 206-553-2566 (fax)

disinterested within the meaning of 11 U.S.C. 101(14).

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of April, 2016, at Chelan, Washington

Respectfully submitted,

Mark Thomas Calvert

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

CHAPTER 11 TRUSTEE'S ACCEPTANCE AND DECLARATION -
2