FILED
Western District of Washington
at Seattle
APR 14 2016
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

memorandum of record
April 12, 2016
Olympia

Judge Christopher M. Alston
700 Stewart Street, Room 6301
Seattle, WA 98101

Re: 16-11767

# EMERGENCY DECLARED

Dear Clerks Anderson and Brannon,

Please see attached public document regarding our property located at Northwest Territorial Mint LLC in Federal Way. Thank you for honest government services as our agents in this matter of 16-11767

Please set up a hearing for Trustee Mark Calvert as according to the court rule below. This is an emergency request and must be held without delay unless the Court would like to honor my order to the Trustee to return all our property at the Mint and then we can withdraw from the court action.

**RULE 9013-1. MOTION PRACTICE**

(3)

*Special Settings.* A party desiring an evidentiary hearing with live testimony shall obtain a special setting from the judge's secretary or scheduling clerk.

respectfully,
jeffrey and martha mcmeel

*Jfy mcmeel    Martha McMeel*

℅ 5218 marian drive NE Olympia 98516
tel: 253 353 2296

Home   LATE AFTERNOON  TO EVENING   253 353-2296

Cell daytime only!   830 AM — EARLY AFTERNOON
(360) 819-8321

State of Washington } SS.
County of Thurston

I, Mary Hall, Thurston County Auditor, do hereby certify that the foregoing instrument is a true and correct copy of the document now on file or recorded in my office.
In witness whereof, I hereunto set my hand and official seal this 12th day of April 20 16

Mary Hall, County Auditor
By Heather Betts  Deputy

**RETURN ADDRESS**

| J. mcmeel c/o Postmaster |
| 900 Jefferson St. SE |
| Olympia, XX 98501 |

## Document Title(s)

Power of Attorney

## Reference Number(s) of Related Documents

POSTMASTER WITNESS RE 179 343 890 US

Additional Reference #'s on page:

**Grantor(s)** (Last, First and Middle Initial)

| mcmeel, jeffrey | mcmeel, martha |
| | |
| | |

Additional Grantors on page:

**Grantee(s)** (Last, First and Middle Initial)

| CALVERT, MARK THOMAS TRUSTEE | UNITED STATES |
| OFFICE OF SECRETARY OF THE TREASURY | OFFICE OF WASHINGTON SUPREME COURT |
| WASHINGTON STATE | OFFICE OF KING COUNTY PROBATE COURT |

Additional Grantees on page: Page 2

**Legal Description** (abbreviated form: i.e. lot, block, plat or section, township, range, quarter/quarter)

Additional legal is on page:

## Assessor's Property Tax Parcel/Account Number

Additional parcel #'s on page:

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

4495755  Pages: 14
04/12/2016 01:17 PM Power Of Attorney
Thurston County Washington
MCMEEL, JEFFREY

PAGE 2

Grantees: UNITED STATES,

OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON,

UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE,

OFFICE OF THE UNITED STATES TRUSTEE PROGRAM REGION 18,

OFFICE OF THE SECRETARY OF THE TREASURY,

WASHINGTON STATE,

STATE OF WASHINGTON.

OFFICE OF WASHINGTON SUPREME COURT,

OFFICE OF KING COUNTY PROBATE COURT;

CALVERT, MARK THOMAS TRUSTEE

"THIS POWER OF ATTORNEY AUTHORIZES THE PERSON NAMED BELOW AS MY ATTORNEY-IN-FACT TO DO ONE OR MORE OF THE FOLLOWING: TO SELL, LEASE, GRANT, ENCUMBER, RELEASE, OR OTHERWISE CONVEY ANY INTEREST IN MY REAL PROPERTY AND TO EXECUTE DEEDS AND ALL OTHER INSTRUMENTS ON MY BEHALF, UNLESS THIS POWER OF ATTORNEY IS OTHERWISE LIMITED HEREIN TO SPECIFIC REAL PROPERTY."

Return to:
Jeffrey Mark McMeel
c/o Postmaster
900 Jefferson St. SE
Olympia, XX  98501

*By authority of the D.C. Code § 21-2101*  Statutory form of power of attorney.

STATUTORY POWER OF ATTORNEY NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT OF 1998. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

Grantors: jeffrey mark mcmeel and martha mcmeel

Grantees:  UNITED STATES, OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON , UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE, OFFICE OF THE UNITED STATES TRUSTEE PROGRAM REGION 18, OFFICE OF THE SECRETARY OF THE TREASURY , WASHINGTON STATE, STATE OF WASHINGTON, OFFICE OF WASHINGTON SUPREME COURT, OFFICE OF KING COUNTY PROBATE COURT; MARK THOMAS CALVERT

I Jeffrey Mark McMeel, c/o Postmaster 900 Jefferson St. SE Olympia,  XX  98501 and martha mcmeel 5218 Marian Drive NE Olympia XX 98516 (insert your name and address) appoint (insert the name and address of the person appointed), ;UNITED STATES, Capital Hill Washington DC, ; OFFICE OF THE SECRETARY OF THE TREASURY, Department of the Treasury , 1500 Pennsylvania Ave. NW , Washington D.C. 20220, ; OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON 700 Stewart St. # 6301, Seattle, Washington; OFFICE OF THE UNITED STATES TRUSTEE PROGRAM REGION 18 700 Stewart Street, Suite 5103 Seattle, Washington; UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE 701 Fifth Avenue Suite 3700 Seattle , Washington 98104; WASHINGTON STATE/ STATE OF WASHINGTON 215 Sid Snyder Ave. SW Olympia, Washington 98501;  OFFICE OF WASHINGTON SUPREME COURT 415 12th Street Olympia, Washington 98504; OFFICE OF KING COUNTY PROBATE COURT King County Superior Court Room W325 516 Third Ave. Seattle, Washington 98104
MARK THOMAS CALVERT, TRUSTEE dba Cascade Capital Group, LLC 1420 Fifth Avenue, Suite 3382 Seattle, Washington 98101
as my agents (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.
TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS,

Postmaster Witness RE 179 343 890 US

INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.
TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY,
BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

INITIAL _JM_ (A)Real property transactions, except transactions subject to D.C.
Official Code 42-101.
_JM_ _JM_ (B)Tangible personal property transactions.
_JM_ _JM_ (C) bond transactions.
_JM_ _JM_ (D)Commodity and option transactions.
_JM_ _JM_ (E)Banking and other financial institution transactions.
_JM_ _JM_ (F)Business operating transactions.
_JM_ _JM_ (G)Insurance and annuity transactions.
_JM_ _JM_ (H)Estate, trust, and other beneficiary transactions.
_JM_ _JM_ (I)Claims and litigation.
_JM_ _JM_ (J)Personal and family maintenance.
_JM_ _JM_ (K)Benefits from social security, medicare, medicaid, or other governmental programs, or military service.
_JM_ (L)Retirement plan transactions.
_JM_ _JM_ (M)Tax matters.
____(N)ALL OF THE POWERS LISTED ABOVE.
YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS: ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL
INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR
AGENT:   Now comes jeffrey mark mcmeel and martha mcmeel as a private ,non commercial man, and woman natives of Washington State, not legally disabled.
We claim all personal property of the Jeffrey Mark McMeel Estate and martha mcmeel Estate and any permutations or assumed STATE agent engaged in court or other agency matters without our express written permission of that principle's names:  which belong to the flesh and blood man or woman creating this Notice to the Public. Anyone with a claim against this registered claim on the personal property has ninety days(90) to bring forth their claim or forever cease any actions on said personal property of the Jeffrey Mark McMeel Estate or martha mcmeel Estate
UNITED STATES is appointed special agent with limited powers: In consent with the governed principal, to provide safety , counsel and protection from foreign and domestic agents/attorneys/lawyers of the BAR and other agents of the UNITED STATES. Provide guards for the security of the principals, Jeffrey Mark McMeel and martha mcmeel. Provide protection and remedy for mock trials of the judiciary branch. Establish and give aid in commerce and trade with government agencies. Discharge and forgive tax matters for the principle(s). Provide access to remedies found in ecclesiastical law. Wage no war against and put down any domestic or foreign insurrections against the principal(s).

OFFICE OF THE SECRETARY OF THE TREASURY appointed special agent with limited powers:
To disburse payments to the principle's Estate, make returns, raise the standard of living, support the public credit of principle's Estate, grant warrants for monies to principle's Estate, as promulgated in the general Welfare Clause of the Constitution.
The OFFICE OF THE SECRETARY OF THE TREASURY shall issue 31 US sec. 351 Distress Warrants as prescribed by 31 US Code sec. 3542-3545 for the UNITED STATES, when Noticed by principle of any suspicious financial activity discovered.

OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON,

Postmaster Witness RE 179 343 890 US

OFFICE OF THE UNITED STATES TRUSTEE PROGRAM REGION 18, and MARK THOMAS CALVERT,TRUSTEE
shall recover and return all private, personal property of gold and silver as previously Noticed without delay regarding Bankruptcy Court Case 16-11767 and NORTHWEST TERRITORIAL MINT LLC 2505 South 320th Street Federal Way, WA 98003 and other locations where principals' property are found under the company's/Estate control. Escape from liability can only be granted by principals after property is returned to principals possession and we have complete customer satisfaction. Then and only then will our agents be held harmless.
Failure to comply with principals' request is cause for subjection to criminal charges for conducting an insurrection against the people of the geographic location in the State of Washington.

UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE
Whereas, the U.S. Government Accountability Office (GAO) has established FraudNet to operate an automated means that anyone may use to report allegations of fraud, waste, abuse or mismanagement of federal funds. BAR members who are employed by the government are to be investigated for waste and corruption being the entity which licenses government attorneys to practice U.S. Law without regards to which attorneys fail to disclose ongoing government fraud and waste. The United States is put at risk for lawsuits, damages and insurance claims by damaged parties of the public and corporations which cause more government waste, thus compounding waste and corruption.
You are hereby authorized by either principal after receiving Notice, to distrain the property of the OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON, OFFICE OF THE UNITED STATES TRUSTEE PROGRAM REGION 18, and MARK THOMAS CALVERT, TRUSTEE , which is to distrained, wherever it may be found where any U.S. Government officials or agents and others are found possessing the public monies or property and submit an accounting to the U.S. Treasury Office regarding the public money, taxes, fines , import/export taxes, duties, back taxes due the U. S. Office of the Treasury as prescribed by 31 U.S. Code § 3541-3545.

WASHINGTON STATE, STATE OF WASHINGTON, special agent with limited powers: In consent with the governed principal, to provide safety , counsel and protection from foreign and domestic agents/attorneys/lawyers of the BAR and other agents of the WASHINGTON STATE. Provide guards for the security of the principal(s), Jeffrey Mark McMeel and martha mcmeel. Provide protection and remedy for mock trials of city, county or State judiciary branch. Establish and give aid in commerce and trade with government agencies. Discharge and forgive tax matters for the principle. Provide access to remedies found in ecclesiastical law.

OFFICE OF WASHINGTON SUPREME COURT, special agent with limited powers shall hold hearings on any agent/attorney/lawyer found in contempt of this power of attorney-in-fact and remove their privilege to practice law and/or disbar any Bar member in the State of Washington.

OFFICE OF KING COUNTY PROBATE COURT, special agent with limited powers to provide services as required by a principal for bringing bankruptcy matters, as they happen, into discharge in probate. Probate court must be furnished with the evidence of the discharge in bankruptcy.

Notice to Federal agents: Privilege in a federal organization is subject to Washington State Rules for attorney-in-fact. These agents are subject to examination by State rules , exercising a privilege in a a Washington State geographic location and can be called on to give  their oath in State ordered hearings and depositions. Known as the federal state correspondent for any facts they allege under federal appointments. If no public policy exists , then there is no privilege and liable for examination of criminal charges when the agents ignore court orders.

Postmaster Witness RE 179 343 890 US

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.
This power of attorney will continue to be effective even though I become disabled, incapacitated, or incompetent.
STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME DISABLED, INCAPACITATED, OR INCOMPETENT.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this day of  April 12, 2016

_jeffrey mark mcmeel_, All rights reserved. jeffrey mark mcmeel

_Martha McMeel_ All rights reserved. Martha mcmeel

### Acknowledgment

State of Washington  )
                      ) ss.
County of Thurston    )

I certify the man Jeffrey Mark McMeel and woman martha mcmeel who appeared before me, and said man and woman acknowledged that they signed this *D.C. Code § 21-2101* Statutory form of power of attorney and acknowledged it to be their free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: April 12, 2016

Signature: _A McBee_

(Seal or Stamp) ANNA MCBEE NOTARY PUBLIC STATE OF WASHINGTON 07-20-2019

Title: Customer Service Supervisor

My Appointment Expires July 20, 2019

*[Signature]*
Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In Re: | ) | Case No. 16-11767 |
|---|---|---|
| Northwest Territorial Mint LLC, | ) ) ) | STIPULATED ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE |
| Debtor. | ) ) ) | |

As evidenced by the signatures below, the United States Trustee and Northwest Territorial Mint LLC agree to entry of this order directing the appointment of a chapter 11 trustee herein.

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

A. A trustee shall be appointed in the above-referenced chapter 11 case; and

B. The United States Trustee is directed to appoint a disinterested person to serve as trustee in this chapter 11 case, after consultation with parties in interest and subject to the Court's approval, pursuant to 11 U.S.C. § 1104(d).

/// END OF ORDER ///

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

1 Presented by:

2 Gayle Brehm Geiger,
3 Acting U.S. Trustee for Region 18

4
5 By: /s/ Martin L. Smith
Martin L. Smith, WSBA #24861
6 Attorney for United States Trustee

7 Agreed as to form and content; presentation waived:

8
9 The Tracy Law Group, PLLC

10
By: /s/ J. Todd Tracy
11 J. Todd Tracy, WSBA #17342
Attorney for the Debtor
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Northwest Territorial Mint, LLC,

Debtor.

Case No. 16-11767

*EX PARTE* APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The United States Trustee hereby applies pursuant to 11 U.S.C. § 1104(d) and Fed.R.Bankr.P. 2007.1 for an *ex parte* order approving the appointment of Mark Thomas Calvert as chapter 11 trustee for Northwest Territorial Mint, LLC (the "Debtor") in the above-captioned case. In support of this application, the United States Trustee respectfully states:

1. On April 8, 2016, the Court entered an Order directing the appointment of a chapter 11 trustee herein.

2. The United States Trustee has appointed Mark Thomas Calvert, a disinterested person, as the chapter 11 trustee.

3. In making the appointment, the United States Trustee consulted with the following parties in interest: counsel for the Debtor; counsel for the Debtor's principal Mr. Hansen; counsel for unsecured creditors Bradley Cohen and Cohen Asset Management, Inc.; counsel for a large consignment creditor; counsel for several smaller unsecured creditors; and several *pro se* large unsecured creditors..

EX PARTE APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

4. To the best of the United States Trustee's knowledge, Mr. Calvert's connections with the Debtor, creditors, and any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in the attached Chapter 11 Trustee's Acceptance and Declaration.

WHEREFORE, the United States Trustee requests that the Court enter an Order approving the appointment of Mark Thomas Calvert as chapter 11 trustee in this case.

Dated this 8th day of April, 2016.

Respectfully submitted,

Gail Brehm Geiger
Acting U.S. Trustee for Region 18

/s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Attorney for the United States Trustee

EX PARTE APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Northwest Territorial Mint, LLC<br><br>                  Debtor. | Case no: 16-11767<br><br>CHAPTER 11 TRUSTEE'S<br>ACCEPTANCE AND DECLARATION |

    I hereby accept appointment as trustee in the above-captioned case. As the trustee, I agree to undertake the duties and responsibilities of the appointment.

    To the best of my knowledge, I am a disinterested person within the meaning of 11 U.S.C. § 101(14), and am eligible and competent to perform the duties of trustee. I have no connections with the debtor, creditors, and any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, except as follows:

    Prior to the filing of the bankruptcy case, I met with representatives of the Debtor to discuss whether my firm, Cascade Capital Group, would be engaged to provide restructuring services to the Debtor. I met with the Debtor's principal Ross Hanson. After meeting with Mr. Hanson, my firm declined to undertake the engagement. Neither my firm nor I were paid any fees by the Debtor. Neither my firm nor I have any relationship with the Debtor or Mr. Hanson.

    I have acted as a chapter 11 Trustee in other cases in this jurisdiction and have professional relationships with a number of lawyers who have and who may appear for parties in this case. I do not have any relationships with counsel which would preclude me from being

CHAPTER 11 TRUSTEE'S ACCEPTANCE AND DECLARATION - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

disinterested within the meaning of 11 U.S.C. 101(14).

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of April, 2016, at Chelan, Washington

Respectfully submitted,

_____
Mark Thomas Calvert

CHAPTER 11 TRUSTEE'S ACCEPTANCE AND DECLARATION - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Is the Order of

*[signature]*
Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Northwest Territorial Mint, LLC

      Debtor.

Case no: 16-11767

*EX PARTE* ORDER APPROVING
APPOINTMENT OF CHAPTER 11
TRUSTEE

This matter comes before the Court on the United States Trustee's *Ex Parte* Application for Order Approving Appointment of Chapter 11 Trustee (the "Application"). Having reviewed the Application and the Chapter 11 Trustee's Acceptance and Declaration attached thereto, the Court finds that 1) after consultation with parties in interest, the United States Trustee has selected Mark Thomas Calvert for appointment as chapter 11 trustee herein, 2) Mr. Calvert is a disinterested person as defined in 11 U.S.C. § 101(14) who is otherwise qualified to be trustee, and 3) the Application should be approved. Based on the foregoing,

IT IS HEREBY ORDERED THAT:

  A.  The United States Trustee's appointment of Mark Thomas Calvert as chapter 11 trustee is hereby approved;

EX PARTE ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE - 1

Office of the United States Trustee
600 Park Place Building
1200 Sixth Avenue
Seattle, WA 98101-3100
206-553-2000, 206-553-2566 (fax)

1  B. Mr. Calvert (the "Trustee") shall perform the duties specified in
2  11 U.S.C. § 1106; and
3  C. The Trustee shall obtain a bond in the initial amount of no less than $300,000
4  pursuant to 11 U.S.C. § 322(b)(2). The Trustee's bond shall be in such form as is acceptable to
5  the United States Trustee. The Trustee is authorized to use estate funds for the purpose of
6  paying the bond premium.

///END OF ORDER///

Presented by:

Gail Brehm Geiger
Acting U.S. Trustee for Region 18

/s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Attorney for United States Trustee

EX PARTE ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE - 2

Office of the United States Trustee
600 Park Place Building
1200 Sixth Avenue
Seattle, WA 98101-3100
206-553-2000, 206-553-2566 (fax)