The Honorable Christopher M. Alston
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

NORTHWEST TERRITORIAL MINT LLC,

Debtor.

Case No. 16-11767-CMA

APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee:

Creditor 1
Larry Chiappellone
Phone: 707-996-7002

Creditor 2
William L. Hanson, Co-Chairperson
Phone: 253-380-9922

Creditor 3
David L James, Co-Chairperson
Phone: 541-350-1054

Creditor 5
Thomas Seip
Phone: 602-571-9014
E-mail: seipfamily@cox.net

Creditor 6
Donald M. Wright, DDS
Phone: 425-442-3958
E-mail: dwrightdds@outlook.com

Creditor 7
Young deNormandie PC
Represented by John G. Young
Phone: 206-628-6660
E-mail: jyoung@williamskastner.com

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – Page 1 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

| | | |
|---|---|---|
| 1 | Creditor 4 | |
| 2 | Richard H. Pehl and Paula Pehl<br>Phone: 865-414-5434 | |
| 3 | E-mail: dickpehl@yahoo.com | |
| 4 | | |
| 5 | DATED this 15th day of April, 2016. | |
| 6 | | Respectfully submitted, |
| 7 | | |
| 8 | | GAIL BREHM GEIGER<br>Acting United States Trustee for Region 18 |
| 9 | | |
| 10 | | /s/ *Martin L. Smith*<br>MARTIN L. SMITH, WSBA #24861 |
| 11 | | Attorney for the United States Trustee |

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – Page 2 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

Case 16-11767-CMA    Doc 73    Filed 04/15/16    Ent. 04/15/16 16:20:37    Pg. 2 of 2