# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 16-11767 |
| NORTHWEST TERRITORIAL MINT, LLC | NOTICE OF HEARING AND MOTION FOR AUTHORIZATION TO WITHDRAW AS COUNSEL FOR ROSS HANSEN |
| Debtor. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion set forth below IS SET FOR HEARING as follows:

**JUDGE:** Christopher M. Alston  **DATE:** May 12, 2016

**PLACE:** U.S. Bankruptcy Court
700 Stewart St., Room 7216
Seattle, WA 98101  **TIME:** 9:30 a.m.

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, 700 Stewart St., Room 6301, Seattle, Washington 98101, and serve your response, NOT LATER THAN THE RESPONSE DATE, which is **May 5, 2016.**

**If no response is timely filed and served, the Court may, in its discretion, grant the Motion prior to the hearing, without further notice, and strike the hearing.**

NOTICE OF HEARING AND MOTION FOR WITHDRAWAL
OF COUNSEL - Page 1 of 2

**ALAN J. WENOKUR**
ATTORNEY AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
(206) 682-6224
FAX: (206) 826-9009

## MOTION TO WITHDRAW

ALAN J. WENOKUR, counsel of record in this bankruptcy case for Ross Hansen, seeks authority pursuant to this Court's General Order 2015-3 (b)(2) to withdraw as counsel for ROSS HANSEN, a party-in-interest in this proceeding.

Mr. Hansen is the principal of the Debtor. Counsel has appeared of record for Mr. Hansen in this Chapter 11 proceeding. Mr. Hansen has now requested that Counsel stop providing legal services for him. Counsel concurs that it is appropriate that he should terminate his engagement with the client. Counsel has attempted to get Mr. Hansen to sign a stipulation for withdrawal pursuant to General Order 2015-3(b)(1), but without success. No replacement counsel has been identified to date.

Withdrawing counsel is aware that the General Order requires that the motion provide the current mailing address, phone number, and email address of the client. Mr. Hansen has not given counsel permission to include that information in this Motion. Because of the particular tenor of this case (see, e.g., the allegations made by creditor Cohen Asset Management on file with this Court, or general adverse publicity in the local media), Mr. Hansen declines to have his personal contact information placed in a public document. It is believed that the Chapter 11 Trustee Mark Calvert has Mr. Hansen's contact information.

There are no known deadlines, hearings, or trials that would be continued as a result of counsel's withdrawal.

DATED April 19, 2016.

/s/ Alan J. Wenokur
_____
Alan J. Wenokur, WSBA # 13679
Attorney of record for Ross Hansen

NOTICE OF HEARING AND MOTION FOR WITHDRAWAL
OF COUNSEL - Page 2 of 2

**ALAN J. WENOKUR**
ATTORNEY AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
(206) 682-6224
FAX: (206) 826-9009

Case 16-11767-CMA    Doc 80    Filed 04/19/16    Ent. 04/19/16 09:10:25    Pg. 2 of 2