# EXHIBIT C

# BUCKNELL STEHLIK SATO & STUBNER, LLP

Thomas N. Bucknell  
Jerry N. Stehlik  
Edwin K. Sato  
James W. Stubner, Jr.

2003 Western Avenue  
Suite 400  
Seattle, WA 98121  
(206) 587-0144  
fax (206) 587-0277

Andrea D. Orth  
Of-Counsel

writer=s e-mail  
jstehlik@bsss-law.com

W:\CLIENTS\3607\101\gearin letter.doc

May 4, 2016

Mr. Michael J. Gearin              <u>Via Email</u>  
K&L Gates  
9250-04th Avenue, #2900  
Seattle, WA 98104

    Re:    *Northwest Territorial Mint and Medallic Art Limited Partnership*

Dear Mike:

    I would like to address a number of issues that I have raised by email and in phone conversations over the last few days to which I have not received meaningful responses.

    1.    Medallic Art Limited Partnership/Medallic Art LLC sells products under its own name for its own account and remittances are directed to the Dayton, Nevada location which is, as I understand it, purportedly under the control of your client, the trustee in this case. Any remittances to Medallic Art (partnership or LLC) should be immediately turned over to me and appropriate steps should be taken to account for any Medallic Art remittances that have been deposited into any account including without limitation an account controlled by the trustee.

    2.    I have repeatedly asked for you to confirm whether or not Northwest Territorial Mint intends to pay rent for the Dayton, Nevada facility. Northwest Territorial Mint has historically paid the rent on this facility going back to 2009. Rent is overdue for the month of May and the landlord has issued a notice of default for nonpayment of rent. Medallic Art Limited Partnership may be at risk to the landlord to the extent the landlord has a valid, enforceable lien against numerous pieces of valuable equipment pledged to secure obligations under the Dayton, Nevada facility lease. Medallic Art Limited Partnership is effectively the primary tenant in the Dayton, Nevada facility having taken an assignment of the tenant's position from Ross Hansen. Medallic Art Limited Partnership has a direct interest in seeing that the rent is paid. Please let me know the trustee's intentions as soon as possible. Of course, if rent is not paid and the lease is terminated Northwest Territorial Mint will not be able to continue operations.

    3.    Northwest Territorial Mint is using equipment owned by Medallic Art Limited Partnership. Historically, Northwest Territorial Mint has paid rent to Medallic Art Limited Partnership for the use of this equipment and has also maintained the equipment. The rental value

for the equipment being used by Northwest Territorial Mint is $25,000. Please advise immediately whether or not the estate intends to continue using Medallic Art Limited Partnership's equipment and if so, whether the estate intends to pay the rental value indicated.

    4.    Should the estate decline to pay rent at the Dayton, Nevada facility or pay the appropriate rental value for Medallic Art Limited Partnership's equipment, Medallic Art Limited Partnership will proceed to seek relief from the automatic stay to exercise appropriate remedies which would include terminating any rights of Northwest Territorial Mint to remain in the Dayton, Nevada facility and/or use any of the equipment that belongs to Medallic Art Limited Partnership. So you are aware of the scope of the equipment issue, I attach a list of equipment located at the Dayton, Nevada facility that belongs to Medallic Art Limited Partnership. It appears that Northwest Territorial Mint is a sub-tenant at will or at sufferance, having rights to occupy the premises at the pleasure of the primary tenant or sub-lessor. At best it is a month to month tenant subject to eviction upon a 30 day notice. Bottom line – if Northwest Territorial Mint intends to continue operations in Dayton or occupy that space in any fashion it must pay the rent and all other charges due under the lease.

This is not an exhaustive list of my client's issues and concerns but are the most pressing at the moment. The matter of royalties owed to Medallic Art also needs to be addressed very soon. Northwest Territorial Mint is obligated to pay a 10% royalty on sales of all products trademarked by Medallic Art. Medallic Art assumes sales are ongoing but no royalties have been paid and no accounting of these sales has been provided.

Regardless of the trustee's position, I would appreciate the courtesy of a prompt response to these requests.

    Yours very truly,

    BUCKNELL STEHLIK SATO & STUBNER, LLP

    Jerry N. Stehlik

JNS/cap
Enclosure
cc:    client