OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF
WASHINGTON
COURT CLERK
United States Courthouse
700 Stewart Street, Room 6301
Seattle, WA 98101

Re:  Chapter 11   Northwest Territorial Mint LLC, 16-11767   Delivery
Agent


DEAR COURT CLERK OFFICE,

        I may have gotten ahead of myself on the latest Notices filed
into the court case mentioned above. Please excuse the mistake as I
was under some pressure from dysfunctional court pretenders.

        I intend to use Brinks as my carrier to transport my claimed
precious metals to one of their warehouses for storage. You may have
been waiting for me to provide that information to you so you can give
court orders to the government agents or trustee to make arrangements
for the speedy delivery to Brinks.

        The agent from Brinks will contact you shortly as soon as
arrangements are ready.

Thank you for honest government services and the Customer Satisfaction
policy,

Praying to the God of Israel for your souls,

Jeffrey McMeel, Ex Rel

900 Jefferson St. SE Olympia,  XX.  98501


**FILED**
Western District of Washington
at Seattle

**JUN 0 1 2016**

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT