| | |
|---|---|
| 1 | Michael J. Gearin, WSBA # 20982 |
| | David C. Neu, WSBA # 33143 |
| | Brian T. Peterson, WSBA # 42088 |
| 2 | K&L GATES LLP |
| | 925 Fourth Avenue, Suite 2900 |
| 3 | Seattle, WA 98104-1158 |
| | (206) 623-7580 |

Honorable Christopher M. Alston
Chapter 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, | NOTICE OF CREDITORS' CHANGE OF ADDRESS |
| Debtor. | |

PLEASE TAKE NOTICE based upon forwarding information from returned mail or the request of the creditor, of the following creditors' change of address:

| CURRENT ADDRESS | NEW ADDRESS |
|---|---|
| Terry Goff | Terry Goff |
| 1116 West Sunset Street | 160 Hempstead 27 N |
| Nashville, AR 71852-4074 | Nashville AR 71852-8823 |
| | |
| Jim MacKenzie | Jim MacKenzie |
| 214 Heneghan St | 2009 Washington Ave |
| Ketchikan AK 99901-5515 | Superior WI 54880-2441 |
| | |
| Michael Langton | Michael Langton |
| 30 Verbena Bend Place | 19788 Hwy 105 West, #1022 |
| Spring, TX 77382 | Montgomery, TX 77356 |

NOTICE OF CREDITORS' CHANGE OF ADDRESS - 1

K:\2070561\00001\20892_MJG\20892P25CR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 367    Filed 06/01/16    Ent. 06/01/16 16:42:26    Pg. 1 of 2

1    DATED this 1st day of June, 2016.

2                                                    K&L GATES LLP

3

4                                                    By  */s/ Michael J. Gearin*
                                                          Michael J. Gearin, WSBA #20982
5                                                         David C. Neu, WSBA #33143
                                                          Brian T. Peterson, WSBA #42088
6                                                    Attorneys for Mark Calvert, Chapter 11 Trustee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                                    K&L GATES LLP
                                                                    925 FOURTH AVENUE
                                                                    SUITE 2900
NOTICE OF CREDITORS' CHANGE OF ADDRESS  - 2          SEATTLE, WASHINGTON 98104-1158
                                                                    TELEPHONE: (206) 623-7580
K:\2070561\00001\20892_MJG\20892P25CR                               FACSIMILE: (206) 623-7022