FILED
Western District of Washington
at Seattle

JUN 03 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Memorandum of record
May 30, 2016

ADMINISTRATION OFFICE OF THE UNITED STATES COURTS
One Columbus Circle NE
Washington DC 20544

Re: Judicial employee misconduct in Western District Bankruptcy Court at Seattle

Dear Sirs:

Please review the Docket on my filings in the Bankruptcy Case 16-11767 for numerous ignored very important requests to court employees since the beginning of April 2016. Attached Power of Attorney granted to the Court and various agencies of the government to assist me in this case.

Your office is the last stop for enforcement of judicial employee conduct and I think I have most of the crimes/misconduct listed in my latest court filings. This dysfunctional court has demonstrated bad faith, unclean hands and even called in the Marshals in the Hearing on May 20, 2016 to interrogate me on other minor issues I had with the county court and another District court in Tacoma. A clear case of entrapment to bring up some fabricated federal charges against me, but they would not tell me who they were and hid behind the Marshal's title of Office. Where is the public Policy to cover the Marshal's assaults on me that day?

I want your office to find out who sent these Marshals as they had no probable cause, except to intimidate and terrorize me before my hearing with Alston.

Thank you for honest government services to me to your employer.

jeffrey mark mcmeel

900 Jefferson St. SE Olympia, XX 98501

http://jmcmeel.blogspot.com

cc: Western Washington Bankruptcy court in Seattle