FILED
Western District of Washington
at Seattle

JUN 03 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC<br><br>Debtor | No. 16-11767-CMA<br><br>BY RESTRICTED APPEARANCE<br><br>"FOOLS MOTION " NOTICE TO THE COURT CLERK AND INFORMATION REFERRAL FORM 3949-A |

NOW COMES, jeffrey mark mcmeel Ex Rel, with a special interest, without counsel, as a private noncommercial man, a native of Washington, as a citizen of the United States, in his private capacity, not legally disabled, and files this letter to the court officers for case No. 16-11767-CMA.

This Fools Motion Notice to the Court refers to the dysfunctional Bureau of the great Pretenders acting as government judicial employees before the Public in this case as of April 1, 2016. Why? Because you tried to fool us, but we fooled you! The question to you Clerk and debtor is where do you hide the Bill of Particulars? Who paid the filing fee, how did they pay it and with what did they pay? Clerk, where are the 1099's to

"FOOLS MOTION " NOTICE TO THE COURT CLERK AND INFORMATION REFERRAL FORM 3949-A

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

Page 1 of 3

cover your liability to this case? Please provide the names of the entities and the contact information who file tax returns, 1099s for the Court. All the titles appear in the fiction; where are the men and women? (Ex Rel Names like jeffrey can't be tolerated by the government actors). Certain previously named men, women and 1-50 John Doe and 1-50 Jane Doe know the Civil Contempt charge brought on McMeel ,via an Ex Rel signing, fails the rules of Evidence and there is no probable cause to issue an Order by any pretender. This dysfunctional bureau aka Racketeering Influenced Corrupt Organization obstructing justice is like the Emperor with no clothes and the Public awaits for Lady Godiva to show up and complete the scam. Which Pretender will step into the role of Emperor? If there was a lawyer here in good standing there isn't anyone to agree with him in Evidence under oath.

We see on Docket # 307 : "ORDER Under Appeal Not entered as of 05/25/2016." Thus one of the dysfunctional clerks agrees with McMeel , that there is NO ORDER! Thank you. You are my witness. Any comment made by the clerk is the absence of the Order and the "judge" hasn't got any authority to issue an Order.

Who wrote on Docket #300 : "Notice of Appeal"? I was told at the counter I could not file an Appeal until the signed Order was in the Docket, not before! I followed her instructions and entered the document only as a Notice. Why bother to follow the clerks instructions because the final docket entry becomes what the Pretender wants it to be! Help! Where are my agents in fact who work in the OFFICE OF THE BANKRUPTCY COURT? This BANKRUPTCY COURT is abandoned by those paid to staff the court. It is worse than a strike. The great Pretenders are on stage and it is only an Act.
The rest of the Docket merely obfuscates and assaults McMeel with more delays. No, The beginning and Ending with this Claim rests on the April Fools filing date by the Debtor's attorney with the Unknown Clerk of the Court.

"FOOLS MOTION " NOTICE TO THE COURT CLERK AND INFORMATION REFERRAL FORM 3949-A

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

Conclusion: Everything the Court has said and done does not comply with the federal Evidence Rules. The longer the delay the more damages are stacking up on the accountable dysfunctional bureaucrats.

Cc: Administrative Office of the United States Court , Washington DC by Certified mail # 7014 0510 0001 1856 0575

Form 3949 attached and sent to the Internal Revenue Service, Fresno , CA

Dated this 30th day of May 2016.

By _jeffrey mark mcmeel_

jeffrey mark mcmeel, Ex Rel

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, I mailed this document at the Post office in Lacey, Washington by first class mail to the clerk of the court :
U.S. Bankruptcy Court
700 Stewart St.
#6301/#~~~~
Seattle , WA  98101

The Clerk of the Court shall enter this into the CM/ECF system which will send notification of such filing to all other parties of record pursuant to the CM/ECF system.

By: _Jeffy_ _____ Ex Rel

Jeffrey mark mcmeel
900 Jefferson st. SE
Olympia, XX 98501
email: jmcmeel@gmail.com

"FOOLS MOTION " NOTICE TO THE COURT CLERK AND INFORMATION REFERRAL FORM 3949-A

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

| Form **3949-A** (March 2014) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.
**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth | |
|---|---|---|---|
| d. Street address | e. City | f. State | g. ZIP code |
| h. Occupation | i. Email address | | |
| j. Marital status *(check one, if known)*<br>☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated | k. Name of spouse | | |
| 2a. Name of business<br>Office of United States Bankruptcy Court | b. Employer Tax ID number (EIN) | c. Telephone number | |
| d. Street address<br>700 Stewart Street #6301 | e. City<br>Seattle | f. State<br>WA | g. ZIP code<br>98101 |
| h. Email address | i. Website | | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | False Exemption | ☐ | Unsubstantiated Income | ☒ | Unreported Income | ☐ | Failure to Withhold Tax |
| ☐ | False Deductions | ☐ | Earned Income Credit | ☐ | Narcotics Income | ☐ | Failure to File Return |
| ☐ | Multiple Filings | ☒ | Public/Political Corruption | ☐ | Kickback | ☒ | Failure to Pay Tax |
| ☒ | Organized Crime | ☐ | False/Altered Documents | ☐ | Wagering/Gambling | ☒ | Other *(describe in 5)* |

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY 2016 $ 55 million    $    TY    $    TY    $    TY    $    TY    $

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*
See attached court filed documents into this Bankruptcy Case # 16-11767 by Jeffrey Mark McMeel. Suspicious Financial Activities are exposed in my filings with the court. Court personnel have concealed my original filed Power of Attorney in the beginning of my filings. Concealment of a court document, that should have Terminated this court case. The rogue court employees are working some kind of theft, embezzlement, illegal transfers of funds out of the estate, etc. NO 1099'S are available from Debtor OR Court. Investigation is required to determine the facts. This court is operating under color of law with persons who have thrown off their titles and employer Affidavit appointments. Power of Attorney is granted by McMeel to IRS in this matter to bring Satisfaction and Settlement to McMeel as authorized by laws of the United States and Washington State. See Attached POA.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*  ☐ Yes ☐ No
b. Do you consider the taxpayer dangerous?  ☐ Yes ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name<br>Secretary of the Treasury | | | Name | | |
|---|---|---|---|---|---|
| Street address | | | Street address | | |
| City<br>Washington DC | State<br>DC | ZIP code | City | State | ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>Jeffrey McMeel | b. Telephone number<br>253 353 2296 | c. Best time to call<br>Late afternoon | |
|---|---|---|---|
| d. Street address<br>900 Jefferson St. SE | e. City<br>Olympia | f. State<br>WA | g. ZIP code<br>98501 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

Catalog Number 47872E    www.irs.gov    Form **3949-A** (Rev. 3-2014)

CC: Administrative Office, Washington DC AND IRS.