Bruce K. Medeiros, WSBA No. 16380
DAVIDSON BACKMAN MEDEIROS PLLC
601 W. Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bmedeiros@dbm-law.net

*Attorney for CardConnect, LLC*

Honorable Christopher M. Alston

Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re. . .

**NORTHWEST TERRITORIAL MINT LLC,**

Debtor.

Case No. **16-11767-CMA**

**EX PARTE MOTION FOR EXAMINATION OF MARK CALVERT, TRUSTEE PURSUANT TO RULE 2004 AND SUBPOENAS PURSUANT TO RULE 9016**

CardConnect, LLC ("CardConnect"), a creditor in the above-captioned proceeding, by and through its counsel Bruce K. Medeiros of Davidson Backman Medeiros PLLC, moves the Court for entry of an ex parte order for examination of Mark Calvert, Trustee (the "Trustee") for Northwest Territorial Mint, LLC ("NWTM") pursuant to Rule 2004 (a), (b) and (c) of the Federal Rules of Bankruptcy Procedure and for issuance of a subpoena under Rule 9016 of the Federal Rules of Bankruptcy Procedure, if necessary.

1. On April 1, 2016, NWTM filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On April 11, 2016, the Trustee was appointed as the Chapter 11 Trustee of NWTM.

Page 1
Ex Parte Motion for Examination of Trustee
Card Connect.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Case 16-11767-CMA    Doc 380    Filed 06/03/16    Ent. 06/03/16 15:08:21    Pg. 1 of 3

3.      Since his appointment, the Trustee has maintained exclusive control and authority over NWTM's business operations and records.

4.      CardConnect deems it essential to examine the Trustee or to examine records and documents in his possession, custody or control as described in Exhibit A pursuant to Bankruptcy Rule 2004, to determine its claim against NWTM in this case, and to issue a subpoena directed to the Trustee for production of such records and documents under Rule 9016 of the Federal Rules of Bankruptcy Procedure, if necessary.

5.      It is the understanding of counsel for CardConnect that K & L Gates, LLC, counsel for the Trustee has most, if not all of the information sought by CardConnect hereunder in its possession and is ready to turnover such information upon entry of an order by the Court granting this Motion, and that the Trustee will not be objecting to this Motion.

WHEREFORE, CardConnect respectfully requests that the court enter an order in substantially the form filed concurrently herewith.

DATED this 3rd day of June 2016.

DAVIDSON BACKMAN MEDEIROS PLLC

/s/ Bruce K. Medeiros
Bruce K. Medeiros, WSBA No. 16380
*Attorney for CardConnect, LLC*

Page 2
Ex Parte Motion for Examination of Trustee
Card Connect.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Case 16-11767-CMA    Doc 380    Filed 06/03/16    Ent. 06/03/16 15:08:21    Pg. 2 of 3

# EXHIBIT A

# DOCUMENTS TO BE PRODUCED

1) All documents (including emails or other electronic communications) describing, showing or referring-to, or related-to all outstanding customer orders from September 1, 2015 through February 29, 2016, including but not limited to the following information, or a summary statement thereof which specifically includes, but is not limited to all of the following information:

    a)    Customer Name
    b)    Date of Order
    c)    Amount of Order
    d)    Method of Payment (i.e. check/credit card/etc.)
    e)    Credit Card Number

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600