
## Adv Tiered Interest Chkg - 8760: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000000250 |
| **Post date:** | 01/19/2016 |
| **Amount:** | -3,986.52 |
| **Type:** | Check |
| **Description:** | Check |

*Bank of America Advantage*

NICHOLAS THORN
529 W WHITCOMB AVE
GLENDORA, CA 91741-2420

250
11-35/1210 CA
90602

JAN 19 2016  01/12/16   Date

Pay to the order of  NORTHWEST TERRITORIAL MINT     $ 3986 52/100

THREE THOUSAND NINE HUNDRED EIGHTY SIX 52/100 Dollars

Bank of America
ACH R/T 121000358

Memo ORDER #29032

⑆121000358⑆ 000241068760⑈ 0250

01/19/16 000010003946250 325084426

PAY TO THE ORDER OF
HOMESTREET BANK
325084426
FOR DEPOSIT ONLY
NORTHWEST TERRITORIAL MINT LLC
535932876S