**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, <br><br> Debtor. | ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS |

THIS MATTER came before the Court upon the Debtor's Motion for an Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals (the "Motion"). The Court has reviewed the files and records herein and finds that cause exists for the requested relief. Therefore, it is hereby ORDERED:

1. The Motion is granted.

ORDER ESTABLISHING PROCEDURES
FOR INTERIM PAYMENT OF FEES AND COSTS
TO PROFESSIONALS - 1

K:\2070561\00001\20892_MJG\20892P25CX

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 394    Filed 06/09/16    Ent. 06/09/16 16:05:29    Pg. 1 of 3

**Below is the Order of the Court.**

2. Each of the Professionals retained or to be retained by the Trustee, including Trustee's counsel, financial advisors to the Trustee, Cascade Capital Group, and counsel for the Unsecured Creditors Committee (each, individually, a "Professional" and collectively, "Professionals") whose employment has been, or will be, duly authorized by the Court, upon an application for order of employment brought under Bank. R. Civ. P. 2014, shall be authorized to obtain reimbursement for its costs and payment of 80% of its fees on a monthly basis.

3. Each of the Professionals shall be authorized to be reimbursed and paid seven days after sending a billing statement to the Trustee, counsel for the Trustee, counsel for the U.S. Trustee, counsel for the Official Unsecured Creditors Committee, and parties requesting special notice (each, a "Notified Party"); provided, however, that no Notified Party has objected within the seven day period.

4. In the event a Notified Party timely objects to the billing statement of a Professional, such objection shall be served upon the Trustee, counsel for the Trustee, counsel for the U.S. Trustee and counsel for the Committee and that Professional shall be authorized to seek an order approving payment of its fees and costs on fourteen days notice to the Notified Parties, provided, however, that failure to object to any billing statement of any Professional shall not waive any objection to the fee application of such Professional.

5. The Professionals may submit a fee application to the Court not more than once every 120 days.

///END OF ORDER///

ORDER ESTABLISHING PROCEDURES
FOR INTERIM PAYMENT OF FEES AND COSTS
TO PROFESSIONALS - 2

K:\2070561\00001\20892_MJG\20892P25CX

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

Agreed as to Form
Notice of Presentation Waived
MILLER NASH GRAHAM & DUNN LLP

*/s/ Mark D. Northrup*
Mark D. Northrup, WSBA #16947
Geoffrey Groshong, WSBA #6124
Attorneys for the Official Unsecured Creditors' Committee

ORDER ESTABLISHING PROCEDURES
FOR INTERIM PAYMENT OF FEES AND COSTS
TO PROFESSIONALS - 3

K:\2070561\00001\20892_MJG\20892P25CX

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 394    Filed 06/09/16    Ent. 06/09/16 16:05:29    Pg. 3 of 3