

# Bank of America

Online Banking

## Adv Tiered Interest Chkg - 8760: Account Activity Transaction Details

**Check number:** 00000000250

**Post date:** 01/19/2016

**Amount:** -3,986.52

**Type:** Check

**Description:** Check

*[Image of check]*

NICHOLAS THORN
529 W WHITCOMB AVE
GLENDORA, CA 91741-2420

250
11-35/1210 CA
90502

JAN 19 2016  01/12/16  Date

Pay to the order of: NORTHWEST TERRITORIAL MINT  $ 3986 52/100

THREE THOUSAND NINE HUNDRED EIGHTY SIX 52/100 Dollars

Bank of America
ACH R/T 121000358

Memo ORDER # 29032

01/19/16 000010003946250 325084426

PAY TO THE ORDER OF
HOMESTREET BANK
325084426
FOR DEPOSIT ONLY
NORTHWEST TERRITORIAL MINT LLC
535932876S