Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Location: Seattle, Courtroom 7206
Hearing Date: June 17, 2016
Hearing Time: 9:30 a.m.
Response Deadline: June 10, 2016

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Case No. 16-11767-CMA

TRUSTEE'S RESPONSE TO DIANE ERDMANN'S NOTICE AND MOTION TO DETERMINE APPLICABILITY OF AUTOMATIC STAY

Mark Calvert, Chapter 11 Trustee (the "Trustee") for the Northwest Territorial Mint, LLC ("NWTM"), in the above-captioned proceeding, by and through his attorneys, K&L Gates, LLP, responds to Diane Erdmann's Motion to Determine Applicability of the Automatic Stay (the "Motion") as follows:

The Trustee's ongoing investigation has led him to conclude that some or all of the Seized Property is property of the bankruptcy estate. On May 4, 2016, the Trustee filed a Reply to Diane Erdman's Response to Motion for Authority to Withdraw as Attorney for Debtor (the "Attorney Withdrawal Reply") in which he informed the Court of his belief that the source of monies used to pay a retainer to Todd Tracey Law Group (the "TTLG Retainer") was precious metals that had been taken from NWTM's vaults. *See* Attorney Withdrawal Reply [Dkt. No. 182]. In her Motion, Ms. Erdman makes the assertion that some of the Seized Property was from the same collection of precious metals that was liquidated to pay the TTLG Retainer.

TRUSTEE'S RESPONSE TO DIANE ERDMANN'S
MOTION TO DETERMINE APPLICABILITY OF
AUTOMATIC STAY - 1

K:\2070561\00001\20347_DCN\20347P28JY

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Since the Motion was filed, the Trustee has conducted significant discovery including review of documents and depositions of Ms. Erdmann and other witnesses. The Trustee has evaluated claims to ownership of the seized assets made by Ms. Erdmann and Medallic Art Company, LLC as well as Mr. Hansen's disavowal of ownership of the Seized Assets. In light of Ms. Erdmann's assertion, and her admission that "at least some of the [Seized Property] belongs to the Debtor herein" the Trustee agrees that the automatic stay of 11 U.S.C. §362 stays any acts to obtain possession of or exercise control over the Seized Property, including execution thereon. Moreover, it is the Trustee's position that this Court has exclusive jurisdiction to determine whether the Seized Property constitutes property of the bankruptcy estate under 11 U.S.C. §541[1], and therefore supports entry of an order staying the State Court Proceeding to the extent that it intends to determine ownership of or dispose of the Seized Property. The Trustee proposes the revisions to the proposed order which was submitted by Ms. Erdmann as reflected in <u>Exhibit A</u> hereto to clarify that the automatic stay is limited to the Seized Property and does not affect the rights of Mr. Cohen to pursue enforcement of his judgment against Mr. Hansen from assets which are not property of the bankruptcy estate.

DATED this 10th day of June, 2016.

K&L GATES LLP

By */s/ David C. Neu*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

---

[1] *See, e.g., In re AE Liquidation Inc.*, 435 B.R. 894, 904-5 (Bankr. D. Del. 2005) (holding that the bankruptcy court had exclusive jurisdiction to determine whether or not disputed aircraft was property of the estate).

TRUSTEE'S RESPONSE TO DIANE ERDMANN'S
MOTION TO DETERMINE APPLICABILITY OF
AUTOMATIC STAY - 2

K:\2070561\00001\20347_DCN\20347P28JY

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on June 10, 2016, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 10th day of June, 2016 at Seattle, Washington.

*/s/ Denise A. Evans*
Denise A. Evans

TRUSTEE'S RESPONSE TO DIANE ERDMANN'S
MOTION TO DETERMINE APPLICABILITY OF
AUTOMATIC STAY - 3

K:\2070561\00001\20347_DCN\20347P28JY

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022