Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle
Hearing Date: June 17, 2016
Hearing Time: 9:30AM
No Response date

FILED
Western District of Washington
at Seattle

JUN 1 3 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

NORTHWEST TERRITORIAL MINT, LLC

Debtor

Cause No.: 16-11767-CMA

NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE.

---

Clerk of the court take notice due to emergency conditions caused by delay of john and jane Doe foreign agents and no public policy found in the cause # 16-11767

NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE.

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

Page 1 of 5

Case 16-11767-CMA    Doc 405    Filed 06/13/16    Ent. 06/13/16 12:17:07    Pg. 1 of 10

this order to show cause must be docketed on the next possible scheduled hearing. Discharge in bankruptcy is required in probate! Thank you for your immediate cooperation.

PLEASE TAKE NOTICE that Jeffrey Mark McMeel (mcmeel) hereby moves the Court for an order to show cause why Gail Brehm Geiger aka Acting United States Trustee for Region 18, Martin L. Smith aka Attorney for United States Trustee and Christopher M. Alston, aka Bankruptcy Judge should not go under oath to state their Claim(s) or Charges against Jeffrey Mark McMeel. Probable cause must be given under oath to validate paper claims or charges.

    Mcmeel can accept Christopher Alston (Alston), Martin L. Smith (Smith) and Gail Brehm Geiger(Geiger) paper charges and orders in Docket #: 189, 213, 328 if and only if, they take those charges into evidence as per the Federal Rules of Evidence. The courts own motion is what mcmeel says it is. If it pleases the court mcmeel can call the witnesses to verify under oath who made the charges and who gave the orders. The motion, as to the conduct of the witnesses, assumes the witnesses come into court with clean hands.

    Court and *ex parte* motions assume mcmeel agrees with them. Alston, Smith and Geiger have no place to make motions and give orders for anything outside of Washington State and United States laws. Bar and other agents, foreign in fact, are in opposition to the peace and dignity of the United States and Washington State. They have disgraced the very government forms created to deal with bankruptcy. This pattern of behavior within the dysfunctional bureau can only be racketeering influence corrupt organization. It is my belief that the pattern of RICO is a rigged hybrid gambling establishment operating within the State of Washington without license. For most of the

NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE.

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

Page 2 of 5

Case 16-11767-CMA    Doc 405    Filed 06/13/16    Ent. 06/13/16 12:17:07    Pg. 2 of 10

people the outcome of the discharge in bankruptcy is a mystery, hence a game of chance. See attached FinCen Forms 103 and 104.

All of the actors who have entered this case until now have unclean hands. The court has failed to provide bond and reserves by the State which is an assault and criminal offense of the dysfunctional bureau. State officials are responsible for covering the rules of witnesses—the State being an estate and belongs to mcmeel.

The date of the filing, April 1, 2016 and every time delay since that date indicates an assault on the sole claimant, mcmeel and his reorganization plan. All the rest of the parties have come into the court with unclean hands.

In the absence of public policy in this court we are now left with only foreign policy. That leaves the United States Trustee in a fundamental flaw by not informing everyone about the foreign policy, as the people were deceived into believing public policy was in place and this is cause for more delay by virtue of the foreign policy. We are not to be tried in foreign courts by foreign agents. The duty has not been paid, nor has the clerk provided the bond to cover the foreigners, neither has any report been made to the Internal Revenue Service. To overcome this disability the foreign agents must bring the tax return into the court.

The foundation and support for this motion are stated as follows:

1. Federal Rules of Evidence Rule 101. (a) Scope. These rules apply to proceedings in United States courts.

2. Federal Rules of Evidence Rule 102. Purpose. These rules should be construed so as to administer every proceeding fairly, eliminate unjustifiable expense and delay, and promote the development of evidence law, to the end of ascertaining the truth and securing a just determination.

3. Federal Rules of Evidence Rule 601. Competency to Testify in General

NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE.

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
Page 3 of 5
http://jmcmeel.blogspot.com

Case 16-11767-CMA    Doc 405    Filed 06/13/16    Ent. 06/13/16 12:17:07    Pg. 3 of 10

Every person is competent to be a witness unless these rules provide otherwise. But in a civil case, state law governs the witness's competency regarding a claim or defense for which state law supplies the rule of decision.

4. Federal Rules of Evidence Rule 603. Oath or Affirmation to Testify Truthfully

Before testifying, a witness must give an oath or affirmation to testify truthfully. It must be in a form designed to impress that duty on the witness's conscience.

5. The public government goes under oath to provide foundation for public policy. No privilege exists in law without public policy. Public government must provide policy as without policy these bankruptcy court proceedings are dysfunctional and foreign to the United States and Washington State.

6. Federal Rules of Evidence Rule 614. Court

(a) Calling. The court may call a witness on its own or at a party's request. Each party is entitled to cross-examine the witness.

(Direct examination comes before cross examination!)

WHEREFORE, the party Jeffrey Mark McMeel requests that the Court enter an Order providing that Christopher M. Alston, Martin L. Smith and Gail Brehm Geiger shall appear on June 17, 2016, at 9:30 AM or such other date as the Court selects sooner than that date, as further delays are assaults on mcmeel to show cause, if there be any, why they have not spoken a Claim or Charge under oath against Jeffrey Mark McMeel as per Rule 603 above and their government duty to the public.

mcmeel requires the show cause order to prove equity in the district court.

Any failure by Geiger, Alston or Smith to give their oath before the court and the public, these individuals have failed to state a claim or a charge. The court shall order the judgment for the bond for the bankruptcy to be paid out in settlement and

NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE.

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

Page 4 of 5

Case 16-11767-CMA    Doc 405    Filed 06/13/16    Ent. 06/13/16 12:17:07    Pg. 4 of 10

satisfaction to mcmeel without further delay assaults on mcmeel. Failure by the clerk to schedule or all the parties failure to appear delivers default judgement in mcmeel's favor and the order is given for recovery of the assets of the debtor to mcmeel.

These parties in this court are attempting to submit dubious titles to move the court without probable cause or authority. They are unable to comply with the clean hands doctrine.

Therefore, the court shall issue the order stating the summary judgement and default of these parties.

Objections to the motion or order are not eligible unless the objecting party's oath be given before the court at the hearing.

SET FOR HEARING AS FOLLOWS:

JUDGE: Christopher M. Alston       TIME: 9:30 AM

PLACE: Seattle bankruptcy court    DATE: June 17, 2016

IF YOU OPPOSE the Motion, you are required to appear in person at the hearing and be sworn in under oath by order of this court.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

Dated this 9th day of June 2016.

By _____

jeffrey mark mcmeel, Ex Rel

NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE.

jeffrey mark mcmeel
c/o 900 Jefferson St. SE
Olympia, XX 98501
http://jmcmeel.blogspot.com

Page 5 of 5

Case 16-11767-CMA    Doc 405    Filed 06/13/16    Ent. 06/13/16 12:17:07    Pg. 5 of 10

| FINCEN Form **103** (March 2011) Department of the Treasury FINCEN | **Currency Transaction Report by Casinos** ▶ Previous editions will not be accepted after September 2011. ▶ Please type or print. Items marked with an asterisk* are considered critical. (See Instructions.) *(Complete all applicable parts--See Instructions)* |  OMB No. 1506-0005 |
|---|---|---|

1 If this is an amended report check here ☐ and complete the form in its entirety.

### Part I — Person(s) Involved in Transaction(s)

**Section A--Person(s) on Whose Behalf Transaction(s) is Conducted (Customer)**  2 ☐ Multiple persons

| *3 Individual's last name or Organization's name | *4 First name | 5 M.I. |
|---|---|---|

6 Doing business as (DBA)

| *7 Permanent address (number, street, and apt. or suite no.) | *8 SSN or EIN |
|---|---|

| *9 City | *10 State | *11 ZIP code | *12 Country code (if not U.S.) | *13 Date of birth MM/DD/YYYY |
|---|---|---|---|---|

*14 Method used to verify identity:  a ☐ Examined identification credential/document   b ☐ Known Customer - information on file   c ☐ Organization

*15 Describe identification credential: a ☐ Driver's license/State ID  b ☐ Passport  c ☐ Alien registration  z ☐ Other
Issued by: _____ Number: _____

16 Customer's Account Number

**Section B--Individual(s) Conducting Transaction(s) - If other than above (Agent)**  17 ☐ Multiple agents

| 18 Individual's last name | 19 First name | 20 M.I. |
|---|---|---|

| 21 Address (number, street, and apt. or suite no.) | 22 SSN |
|---|---|

| 23 City | 24 State | 25 ZIP code | 26 Country code (if not U.S.) | 27 Date of birth MM/DD/YYYY |
|---|---|---|---|---|

28 Method used to verify identity:  a ☐ Examined identification credential/document   b ☐ Known Customer - information on file

29 Describe identification credential: a ☐ Driver's license/State ID  b ☐ Passport  c ☐ Alien registration  z ☐ Other
Issued by: _____ Number: _____

### Part II — Amount and Type of Transaction(s). Complete all items that apply.  30 ☐ Multiple transactions

| *31 CASH IN: (in U.S. dollar equivalent) | | *32 CASH OUT: (in U.S. dollar equivalent) | |
|---|---|---|---|
| a Purchase(s) of casino chips, tokens, and other gaming instruments | $ .00 | a Redemption(s) of casino chips, tokens, TITO tickets, and other gaming instruments | $ .00 |
| b Deposit(s) (front money or safekeeping) | .00 | b Withdrawal(s) of deposit (front money or safekeeping) | .00 |
| c Payment(s) on credit (including markers) | .00 | c Advance(s) on credit (including markers) | .00 |
| d Currency wager(s) including money plays | .00 | d Payment(s) on wager(s) (Including race book and OTB or sports pool) | .00 |
| e Currency received from wire transfer(s) out | .00 | e Currency paid from wire transfer(s) in | .00 |
| f Purchase(s) of casino check(s) | .00 | f Negotiable instrument(s) cashed (including checks) | .00 |
| g Currency exchange(s) | .00 | g Currency exchange(s) | .00 |
| h Bills inserted into gaming devices | .00 | h Travel and complimentary expenses and gaming incentives | .00 |
| z Other (specify): _____ | .00 | i Payment for tournament, contest or other promotions | .00 |
| | | z Other (specify): _____ | .00 |
| Enter total of CASH IN transaction(s) | $ 0.00 | Enter total of CASH OUT transaction(s) | $ 0.00 |

*33 Date of transaction (see instructions) MM/DD/YYYY    34 Foreign currency used: _____ (Country)

### Part III — Casino Reporting Transactions

| *35 Casino's trade name | *36 Casino's legal name | *37 Employer Identification Number (EIN) |
|---|---|---|

| *38 Address where transaction occurred (See instructions) | *39 City |
|---|---|

| *40 State | *41 ZIP code | *42 Type of gaming Institution (Check only one) a ☐ State licensed casino   b ☐ Card club   c ☐ Tribal authorized casino   z ☐ Other (specify) _____ |
|---|---|---|

**Sign Here ▶**

| 43 Title of approving official | 44 Signature of approving official | 45 Date of signature MM/DD/YYYY |
|---|---|---|
| 46 Type or print preparer's name | 47 Type or print name of person to contact | 48 Contact telephone number ( ) - |

# Multiple Persons or Multiple Agents
*(Complete applicable parts below if box 2 or box 17 on page 1 is checked.)*

## Part I — Person(s) Involved in Transaction(s)

### Section A—Person(s) on Whose Behalf Transaction(s) Is Conducted (Customer)

| *3 Individual's last name or Organization's name | *4 First name | 5 M.I. |
|---|---|---|
| 6 Doing business as (DBA) | | |

| *7 Permanent address (number, street, and apt. or suite no.) | *8 SSN or EIN |
|---|---|

| *9 City | *10 State | *11 ZIP code | *12 Country (if not U.S.) | *13 Date of birth MM/DD/YYYY |
|---|---|---|---|---|

*14 Method used to verify identity: a ☐ Examined identification credential/document   b ☐ Known Customer - information on file   c ☐ Organization

*15 Describe identification credential: a ☐ Driver's license/State ID   b ☐ Passport   c ☐ Alien registration   z ☐ Other _____
   Issued by: _____   Number: _____

16 Customer's Account Number

### Section B—Individual(s) Conducting Transaction(s) - If other than above (Agent)

| 18 Individual's last name | 19 First name | 20 M.I. |
|---|---|---|

| 21 Address (number, street, and apt. or suite no.) | 22 SSN |
|---|---|

| 23 City | 24 State | 25 ZIP code | 26 Country (if not U.S.) | 27 Date of birth MM/DD/YYYY |
|---|---|---|---|---|

28 Method used to verify identity: a ☐ Examined identification credential/document   b ☐ Known Customer - information on file

29 Describe identification credential: a ☐ Driver's license/State ID   b ☐ Passport   c ☐ Alien registration   z ☐ Other
   Issued by: _____   Number: _____

## General Instructions

**Form 103.** Use this revision of Form 103 for filing on reportable transactions.

**Suspicious Transactions.** If a transaction is greater than $10,000 in currency as well as suspicious, casinos must file a Form 103 and must report suspicious transactions and activities on FinCEN Form 102 Suspicious Activity Report by Casinos (SARC). Also, casinos are required to use the SARC form to report suspicious activities involving or aggregating at least $5,000 in funds. Do not use Form 103 to (a) report suspicious transactions involving $10,000 or less in currency or (b) indicate that a transaction of more than $10,000 is suspicious.

In situations involving suspicious transactions requiring immediate attention, such as when a reportable transaction is ongoing, the casino or card club shall immediately notify by telephone, appropriate law enforcement and regulatory authorities in addition to filing a timely suspicious activity report.

**Who must file.** Any organization duly licensed or authorized to do business as a casino, gambling casino, or card club in the United States and having gross annual gaming revenues in excess of $1 million must file Form 103. This includes the principal headquarters and every domestic branch or place of business of the casino or card club. The requirement includes state-licensed casinos (both land-based and riverboat), tribal casinos, and state-licensed and tribal card clubs. Since card clubs are subject to the same reporting rules as casinos, the term "casino" as used in these instructions refers to both a casino and a card club.

**What to file.** A casino must file Form 103 for each transaction involving either currency received (Cash In) or currency disbursed (Cash Out) of more than $10,000 in a gaming day. A gaming day is the normal business day of the casino by which it keeps its books and records for business, accounting, and tax purposes. Multiple transactions must be treated as a single transaction if the casino has knowledge that: (a) they are made by or on behalf of the same person, and (b) they result in either Cash In or Cash Out by the casino totaling more than $10,000 during any one gaming day. Reportable transactions may occur at a casino cage, gaming table, and/or slot machine/video lottery terminal. The casino should report both Cash In and Cash Out transactions by or on behalf of the same customer on a single Form 103. Do not use Form 103 to report receipts of currency in excess of $10,000 by non-gaming businesses of a casino (e.g., a hotel); instead, use **Form 8300,** Report of Cash Payments Over $10,000 Received in a Trade or Business.

**Exceptions.** A casino does not have to report transactions with:
• domestic banks; or
• currency dealers or exchangers, or check cashers, as defined in 31 C.F.R. § 1010.100(ff), and which are conducted pursuant to a contractual or other agreement covering the financial services in 31 C.F.R. 1021.311(a)(8), 1021.311(b)(7), and 1021.311(b)(8).
Also, a casino does not have to report the following types of transactions:
• Cash ins when it is the same physical currency previously wagered in a money play on the same table game without leaving the table;
• Bills inserted into electronic gaming devices in multiple transactions (unless a casino has knowledge pursuant to 31 C.F.R. 1021.313);
• Cash outs won in a money play when it is the same physical currency wagered, (Note: However, when a customer increases a subsequent cash bet departing, the increase in the amount of the currency bet would represent a new bet of currency and a transaction in currency) or,
• Jackpots from slot machines or video lottery terminals.

**Identification requirements.** All individuals (except employees conducting transactions on behalf of armored car services) conducting a reportable transaction(s) for themselves or for another person must be identified by means of an official or otherwise reliable record.

Acceptable forms of identification include a driver's license, military or military dependent identification card, passport, alien registration card, state issued identification card, cedular card (foreign), or a combination of other unexpired documents that contain an individual's name and address and preferably a photograph and are normally acceptable by financial institutions as a means of identification when cashing checks for persons other than established customers.

For casino customers granted accounts for credit, deposit, or check cashing, or on whom a CTRC containing verified identity has been filed, acceptable identification information obtained previously and maintained in the casino's internal records may be used as long as the following conditions are met. The customer's identity is reverified periodically, any out-of-date identifying information is updated in the internal records, and the date of each reverification is noted on the internal record. For example, if documents verifying an individual's identity were examined and recorded on a signature card when a deposit or credit account was opened, the casino may rely on that information as long as it is reverified periodically.

**When and where to file:** This form can be e-filed through the Bank Secrecy Act E-filing System. Go to http://bsaefiling.fincen.treas.gov/index.jsp to register This form is also available for download on the Web at www.fincen.gov, or may be ordered by calling the IRS Forms Distribution Center at (800) 829-3676

| FINCEN Form **104** (March 2011) Department of the Treasury FinCEN | **Currency Transaction Report** ▶ Previous editions will not be accepted after September, 2011. ▶ Please type or print. *(Complete all parts that apply—See Instructions)* |  OMB No. 1506-0004 |
|---|---|---|

**1** Check all box(es) that apply:    a ☐ Amends prior report    b ☐ Multiple persons    c ☐ Multiple transactions

### Part I   Person(s) Involved in Transaction(s)

#### Section A—Person(s) on Whose Behalf Transaction(s) Is Conducted

| 2 Individual's last name or entity's name | 3 First name | 4 Middle initial |
|---|---|---|
| 5 Doing business as (DBA) | 6 SSN or EIN | |
| 7 Address (number, street, and apt. or suite no.) | 8 Date of birth   __/__/____   MM DD YYYY | |
| 9 City | 10 State   11 ZIP code   12 Country code (if not U.S.) | 13 Occupation, profession, or business |

**14** If an individual, describe method used to verify identity:   a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
    d ☐ Other _____   e Issued by: _____   f Number: _____

#### Section B—Individual(s) Conducting Transaction(s) (if other than above).
If Section B is left blank or incomplete, check the box(es) below to indicate the reason(s)

a ☐ Armored Car Service   b ☐ Mail Deposit or Shipment   c ☐ Night Deposit or Automated Teller Machine   d ☐ Multiple Transactions   e ☐ Conducted On Own Behalf

| 15 Individual's last name | 16 First name | 17 Middle initial |
|---|---|---|
| 18 Address (number, street, and apt. or suite no.) | 19 SSN | |
| 20 City | 21 State   22 ZIP code   23 Country code (if not U.S.) | 24 Date of birth   __/__/____   MM DD YYYY |

**25** If an individual, describe method used to verify identity:   a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
    d ☐ Other _____   e Issued by: _____   f Number: _____

### Part II   Amount and Type of Transaction(s). Check all boxes that apply.

**26** Total cash in $ _____ 0.00    **27** Total cash out $ _____ 0.00    **28** Date of transaction __/__/____ MM DD YYYY

**26a** Foreign cash in _____ 0.00   *(see instructions, page 4)*    **27a** Foreign cash out _____ 0.00   *(see instructions, page 4)*

**29** ☐ Foreign Country _____    **30** ☐ Wire Transfer(s)    **31** ☐ Negotiable Instrument(s) Purchased

**32** ☐ Negotiable Instrument(s) Cashed    **33** ☐ Currency Exchange(s)    **34** ☐ Deposit(s)/Withdrawal(s)

**35** ☐ Account Number(s) Affected (if any):    **36** ☐ Other (specify):

### Part III   Financial Institution Where Transaction(s) Takes Place

| 37 Name of financial institution | Enter Regulator or BSA Examiner code number ▶ *(see instructions)* |
|---|---|
| 38 Address (number, street, and apt. or suite no.) | 39 EIN or SSN |
| 40 City | 41 State   42 ZIP code    43 Routing (MICR) number |

**Sign Here ▶**

| 44 Title of approving official | 45 Signature of approving official | 46 Date of signature __/__/____ MM DD YYYY |
|---|---|---|
| 47 Type or print preparer's name | 48 Type or print name of person to contact | 49 Telephone number ( ___ ) ___-____ |

▶ For Paperwork Reduction Act Notice, see page 4.    Cat. No. 37683N    FinCEN Form **104** (Rev. 03-2011)

## Multiple Persons
Complete applicable parts below if box 1b on page 1 is checked

### Part I  Person(s) Involved in Transaction(s)

#### Section A--Person(s) on Whose Behalf Transaction(s) Is Conducted

| 2 Individual's last name or entity's name | 3 First name | 4 Middle initial |
|---|---|---|

| 5 Doing business as (DBA) | 6 SSN or EIN |
|---|---|

| 7 Address (number, street, and apt. or suite no.) | 8 Date of birth MM/DD/YYYY |
|---|---|

| 9 City | 10 State | 11 ZIP code | 12 Country code (if not U.S.) | 13 Occupation, profession, or business |
|---|---|---|---|---|

14 If an individual, describe method used to verify identity:  a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
d ☐ Other _____   e Issued by: _____   f Number: _____

#### Section B--Individual(s) Conducting Transaction(s) (if other than above).

| 15 Individual's last name | 16 First name | 17 Middle initial |
|---|---|---|

| 18 Address (number, street, and apt. or suite no.) | 19 SSN |
|---|---|

| 20 City | 21 State | 22 ZIP code | 23 Country code (if not U.S.) | 24 Date of birth MM/DD/YYYY |
|---|---|---|---|---|

25 If an individual, describe method used to verify identity:  a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
d ☐ Other _____   e Issued by: _____   f Number: _____

### Part I  Person(s) Involved in Transaction(s)

#### Section A--Person(s) on Whose Behalf Transaction(s) Is Conducted

| 2 Individual's last name or entity's name | 3 First name | 4 Middle initial |
|---|---|---|

| 5 Doing business as (DBA) | 6 SSN or EIN |
|---|---|

| 7 Address (number, street, and apt. or suite no.) | 8 Date of birth MM/DD/YYYY |
|---|---|

| 9 City | 10 State | 11 ZIP code | 12 Country code (if not U.S.) | 13 Occupation, profession, or business |
|---|---|---|---|---|

14 If an individual, describe method used to verify identity:  a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
d ☐ Other _____   e Issued by: _____   f Number: _____

#### Section B--Individual(s) Conducting Transaction(s) (if other than above).

| 15 Individual's last name | 16 First name | 17 Middle initial |
|---|---|---|

| 18 Address (number, street, and apt. or suite no.) | 19 SSN |
|---|---|

| 20 City | 21 State | 22 ZIP code | 23 Country code (if not U.S.) | 24 Date of birth MM/DD/YYYY |
|---|---|---|---|---|

25 If an individual, describe method used to verify identity:  a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
d ☐ Other _____   e Issued by: _____   f Number: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2016, I mailed the NOTICE OF MOTION BY JEFFREY MARK MCMEEL FOR ORDER TO SHOW CAUSE FOR PROBABLE CAUSE RE SHOW CAUSE HEARING ON MAY 20, 2016 AND RE CIVIL CONTEMPT ORDERS BY CHRISTOPHER M. ALSTON AKA BANKRUPTCY JUDGE, GAIL BREHM GEIGER AKA ACTING U.S. TRUSTEE FOR REGION 18 AND MARTIN L. SMITH AKA ATTORNEY FOR THE UNITED STATES TRUSTEE and ORDER , FINCEN FORMS 103, 104 documents at the Post office in Olympia, Washington by first class mail to the clerk of the court :

    U.S. Bankruptcy Court
    700 Stewart St.
    #6301
    Seattle , WA 98101

and to:

    Administrative Office of the United States Courts
    One Columbus Circle, NE
    Washington D.C. 20544

The Clerk of the Court shall enter this into the CM/ECF system which will send notification of such filing to all other parties of record pursuant to the CM/ECF system.

By: _/s/ Jeffrey mark mcmeel_ Ex Rel

Jeffrey mark mcmeel
900 Jefferson st. SE
Olympia, XX 98501
email: jmcmeel@gmail.com
http://jmcmeel.blogspot.com