**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

June 17, 2016

<u>**Via CM/ECF**</u>
Michael Gearin
K & L Gates LLP
925 4th Ave Ste 2900
Seattle, WA 98104

     Re: <u>In re Northwest Territorial Mint, 16-11767</u>
          Telephonic Hearing re: Evidentiary Hearing

Dear Counsel:

     The Court wishes to conduct a telephonic hearing on **June 21, 2016 at 2:00 pm** to discuss the admissibility of each party's respective exhibits. Judge Alston expects the parties to confer prior to the call regarding any objections. Please use the bridge line provided by the Court in order to participate in the hearing. On the day of the hearing, use the following procedure:

        · Dial: 1−888−363−4749
        · Enter Access Code: 8955076#
        · Press the # sign
        · Enter Security Code: 3564#
        · Speak your name when prompted

     DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone you certify that you are not recording the proceedings.

          Sincerely,

          Morgan Brannon
          Courtroom Deputy to Christopher M. Alston

Cc via CM/ECF: David Neu, Brian Peterson, Martin Smith, Daniel Bugbee, Dominique Scalia