UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

NORTHWEST TERRITORIAL
MINT, LLC,
EIN: 30-0143641

    Debtor.

Case No. 16-11767-CMA

ORDER AUTHORIZING FINAL
EMPLOYMENT OF COUNSEL FOR
OFFICIAL UNSECURED CREDITORS'
COMMITTEE

This matter came before the Court on the motion of the Official Unsecured Creditors' Committee for Northwest Territorial Mint, LLC (the "Committee") for an order authorizing the final employment of Miller Nash Graham & Dunn LLP as counsel for the Committee [Dkt. #335] (the "Motion"). It appearing to the Court that Miller Nash Graham & Dunn LLP are attorneys duly authorizing to practice in the United States District Court for the Western District of Washington; the Court being satisfied that Miller Nash Graham & Dunn LLP does not hold or represent any interest adverse to the estate and is a "disinterested person" within the meaning of 11 U.S.C. §101(14); and good cause appearing therefor, the Court hereby

ORDER AUTHORIZING FINAL EMPLOYMENT OF COUNSEL FOR
OFFICIAL UNSECURED CREDITORS' COMMITTEE - 1

70101159.1
565080.0001

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Case 16-11767-CMA    Doc 416    Filed 06/20/16    Ent. 06/20/16 18:23:04    Pg. 1 of 2

ORDERS as follows:

1. The employment of Miller Nash Graham & Dunn LLP as counsel for the Committee to represent it in the above-captioned administratively consolidated bankruptcy case is hereby approved on a final basis, effective as of April 22, 2016.

2. Miller Nash Graham & Dunn LLP is appointed to perform all services necessary to effectively represent the Committee in the above-captioned administratively consolidated bankruptcy case, with compensation and reimbursement of expenses subject to Court approval on notice to creditors and a hearing.

/// End of Order ///

Presented by:

MILLER NASH GRAHAM & DUNN LLP

*/s/ Mark D. Northrup*
Mark D. Northrup, WSB No. 16947
Geoffrey Groshong, WSB No. 6124
John R. Knapp, Jr., P.C., WSB No. 29343

Attorneys for Official Unsecured Creditors' Committee

ORDER AUTHORIZING FINAL EMPLOYMENT OF COUNSEL FOR
OFFICIAL UNSECURED CREDITORS' COMMITTEE - 2

70101159.1
565080.0001

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Case 16-11767-CMA    Doc 416    Filed 06/20/16    Ent. 06/20/16 18:23:04    Pg. 2 of 2