# EXHIBIT A

Michael J. Gearin, WSBA # 20982  
David C. Neu, WSBA # 33143  
Brian T. Peterson, WSBA # 42088  
K&L GATES LLP  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104-1158  
(206) 623-7580  

Honorable Christopher M. Alston  
Chapter 11

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

                Debtor.

Case No. 16-11767-CMA

**NOTICE OF DEADLINES AND PROCEDURES FOR FILING PROOFS OF CLAIM**

**BAR DATE: September 1, 2016 (Deadline to file a proof of claim)**

**BAR DATE: (for governmental units only):**
                **September 28, 2016**

TO:    All Creditors and Other Parties-In-Interest

**NOTE**: Any Proof of Claim properly filed with the Clerk of the Bankruptcy Court prior to the mailing of this Notice shall be treated as a properly filed Claim subject to the right of the Trustee or any party-in-interest to object to the allowance thereof. **NO ADDITIONAL CLAIM IS REQUIRED.**

YOU ARE HEREBY NOTIFIED that in the above-captioned Chapter 11 cases, the United States Bankruptcy Court has entered an Order establishing **September 1, 2016** as the deadline for filing Proofs Of Claim (as defined below) against Northwest Territorial Mint, LLC the Debtor herein (the "Debtor"), provided, however that the Bar Date for governmental units only shall be September 28, 2016.

Under the Bankruptcy Code and as utilized in this Notice, the term "Claim" includes any right to payment, whether in contract, tort, or by statute, and whether or not such right is reduced to unmatured, disputed, undisputed, legal, equitable, secured, priority, or unsecured existing as of the date of the filing of the bankruptcy petitions (April 1, 2016; the "Petition Date"). "Claim" also

NOTICE OF DEADLINES AND PROCEDURES FOR  
FILING PROOFS OF CLAIMS - 1

K:\2070561\00001\20892_MJG\20892P25D7

K&L GATES LLP  
925 FOURTH AVENUE, SUITE 2900  
SEATTLE, WASHINGTON 98104-1158  
TELEPHONE: (206) 623-7580  
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 417-1    Filed 06/20/16    Ent. 06/20/16 18:23:04    Pg. 1 of 3

includes (a) situation where acts have occurred prior to the Petition Date, but actual injury has not yet been manifested, and (b) equitable remedies for breach of performance if such breach gives rise to a right to payment, whether or not such right to any equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**ANY PROOF OF CLAIM FILED AFTER SEPTEMBER 1, 2016 (or September 28, 2016 for governmental units), EXCEPT AS STATED BELOW, SHALL BE DISALLOWED,** EXCEPT IF OTHERWISE ORDERED BY THE COURT. ANY PERSON OR ENTITY THAT IS REQUIRED BY THE ORDER TO FILE A PROOF OF CLAIM AND THAT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING ON THE CHAPTER 11 PLAN OR DISTRIBUTION IN THESE CASES, AND ANY CLAIM OF SUCH PERSON OR ENTITY SHALL BE DISCHARGED AND FOREVER BARRED, EXCEPT IF OTHERWISE ORDERED BY THE COURT.

**<u>PLEASE TAKE FURTHER NOTICE THAT CUSTOMERS WHO FILE A PROOF OF CLAIM SHOULD FILE, WITH THE PROOF OF CLAIM FORM: A) DOCUMENTATION ESTABLISHING ANY PAYMENT MADE TO THE DEBTOR SUCH AS COPIES OF CHECKS OR EVIDENCE OF WIRE TRANSFERS ; AND B)  COPIES OF ANY PURCHASE ORDERS OR AGREEMENTS WITH THE DEBTOR.  THE ABSENCE OF SUCH INFORMATION, COULD RESULT IN OBJECTION TO THE CLAIM BASED ON INADEQUATE DOCUMENTATION</u>.**

**CREDITORS SHOULD REDACT (BLACKOUT) FROM THE PROOF OF CLAIM AND ALL SUPPORTING DOCUMENTATION ANY MATERIAL THAT CONTAINS AN INDIVIDUAL'S SOCIAL SECURITY NUMBER, TAXPAYER-IDENTIFICATION NUMBER, OR BIRTHDATE, THE NAME OF AN INDIVIDUAL, OTHER THAN THE DEBTOR, KNOWN TO BE AND IDENTIFIED AS A MINOR, OR A FINANCIAL-ACCOUNT NUMBER,**

**ANY PERSON OR ENTITY REQUIRED TO FILE A PROOF OF CLAIM WHO FAILS TO TIMELY DO SO WILL NEVERTHELESS BE BOUND BY THE TERMS OF ANY PLAN THAT MAY BE CONFIRMED IN THIS CHAPTER 11 CASE.**

**EACH CREDITOR OR RECIPIENT OF THIS NOTICE IS PERSONALLY RESPONSIBLE FOR REVIEWING THIS NOTICE AND TIMELY FILING ANY PROOF OF CLAIM AND SHOULD NOT RELY UPON THEIR RESPECTIVE AGENTS AND ATTORNEYS TO MEET THE DEADLINES SPECIFIED IN THIS NOTICE.**

The Trustee has reserved the right to (a) dispute and to assert offsets, counterclaims or defenses to the amount, liability and/or priority of any Claim listed in the Schedules, (b) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated, and (c) to change the amount of any scheduled Claim.  Following notice of any amendment to the Schedules reducing the liquidated amount of a scheduled Claim, any creditor so affected shall have the later of 30 days after notice of the amendment, or the applicable deadline for filing claims within which to file a Proof of Claim.  No extension of time is granted if the Trustee's amendment to the Schedules increases the Claim of a creditor deemed filed under §1111(a) of the Bankruptcy Code.  Amendments to Schedules regarding creditors who previously have filed Proofs of Claim shall not affect any Claim already on file or extend the deadline for filing Proofs of Claim.  Nothing set forth herein shall be deemed to preclude the Trustee from objecting to any Claim, whether scheduled or filed, on any grounds.

NOTICE OF DEADLINES AND PROCEDURES FOR
FILING PROOFS OF CLAIMS - 2

K:\2070561\00001\20892_MJG\20892P25D7

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 417-1    Filed 06/20/16    Ent. 06/20/16 18:23:04    Pg. 2 of 3

If you assert a Claim against the Debtor arising from: (a) the Debtor's rejection of an executory contract or unexpired lease; (b) recovery by the Debtor's estate of property transferred to you by the Debtor prior to the petition as a voidable transfer; or (c) certain taxes as described in §502(i) of the Bankruptcy Code, unless a date is otherwise set by the Bankruptcy Court, you must file a proof of such Claim with the Clerk of the Bankruptcy Court within 30 days after (a) notice of entry of an order approving rejection of the executory contract or unexpired lease, (b) notice of entry of an order or judgment avoiding a transfer, or (c) the date on which the relevant tax Claim arises, or September 1, 2016, whichever is later.

In the case of executory contracts or unexpired leases, the foregoing deadline relates only to damage claims for rejection. To the extent your Claim is based upon a prepetition arrearage under an executory contract or unexpired lease, a Proof of Claim must be filed by the deadline for filing Claims.

If you assert a Claim as a codebtor, surety, or guarantor that may be filed under §501(b) of the Bankruptcy Code, you must file such Claim with the Clerk of the Bankruptcy Court on or before September 1, 2016.

**All Proofs of Claim must be filed so that they are actually received by the Clerk of the Bankruptcy Court on or before September 1, 2016 (or September 28, 2016 for governmental units)** except as otherwise stated herein.

**Proofs of Claim should be filed electronically via the Court's website at: http://www.wawb.uscourts.gov/eclaims.htm.** Alternative filing information (for traditional mail or hard-copy filing) is available on the Court's website.

**<u>Do not file Claims with the Trustee or the Trustee's counsel, Claims must be filed with the Clerk of the Bankruptcy Court to be considered filed.</u>**

**DEADLINE FOR GOVERNMENTAL UNITS.** Pursuant to Bankruptcy Code §502(b)(9), proofs of claims by governmental units shall be filed no later than September 28, 2016 (180 days after the entry of the order for relief in this case).

If you have any questions concerning this Notice or the preparation of your Proof of Claim, please contact Trustee's counsel, K&L Gates LLP, c/o Ms. Denise Evans, at (206) 623-7580.

DATED this 20th day of June, 20166.

K&L GATES LLP


By */s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE OF DEADLINES AND PROCEDURES FOR
FILING PROOFS OF CLAIMS - 3

K:\2070561\00001\20892_MJG\20892P25D7

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 417-1    Filed 06/20/16    Ent. 06/20/16 18:23:04    Pg. 3 of 3