# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re

NORTHWEST TERRITORIAL MINT, LLC

Debtor.

Bankruptcy No. 16-11767-CMA

**STIPULATION TO ALLOW TELEPHONIC TESTIMONY**

The Trustee and Ms. Diane Erdmann, through undersigned counsel, pursuant to Fed. R. Civ. P. 43(a), do hereby stipulate as follows:

1. Eileen Dvornekovic, the mother of Ms. Erdmann, will be called by Ms. Erdmann as a witness at trial.

2. Ms. Dvornekovic lives in California.

3. Ms. Erdmann would like to allow Ms. Dvornekovic to testify by phone. The Trustee has agreed to this request.

WHEREFORE, it is stipulated by both the Trustee and Ms. Diane Erdmann that Ms. Erdmann should be permitted to present Ms. Dvornekovic's testimony by telephone

DATED this 20th day of June, 2016.

STIPULATION TO ALLOW TELEPHONIC TESTIMONY - 1



DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1  DBS | LAW

3  By      /s/ Daniel J. Bugbee
4          Daniel J. Bugbee, WSBA No. 42412
           Dominique R. Scalia, WSBA No. 47313
5          *Attorneys for Diane Erdmann*

6  K&L GATES LLP

8  By      /s/ David C. Neu
9          Michael J. Gearin, WSBA No. 20982
           David C. Neu, WSBA No. 33143
10         Brian T. Peterson, WSBA No. 42088
           *Attorneys for Mark Calvert, Chapter 11 Trustee*

STIPULATION TO ALLOW TELEPHONIC TESTIMONY - 2



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737