# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Northwest Territorial Mint LLC

Debtor(s).

Case No.: 16−11767−CMA
Chapter: 11
USDC Number:
BAP Number: WW−16−1145
Internal Appeal Number: 16−S009

## NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: BAP**

Appeal documents due date: **June 20, 2016**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☒ Filing Fee not paid.
☒ Appellant Designation of Record not filed.
☒ Appellant Statement of Issues not filed.
☐ Requested Transcript not filed:
  **Reporter Name:**
  **Transcript Due Date:**
  **Judge:**
  **Transcript date(s):**
  **New deadline granted to Reporter :**
☐ Other:

**Deputy Clerk Processing this Appeal:**
  Name and Phone: **Renato Cacho (206) 370−5262**
  US Bankruptcy Court
  Western District of Washington
  District No: 0981, Office No: **2**

DATED: June 21, 2016

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court