Entered on Docket June 21, 2016

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>ORDER SETTING DEADLINE FOR FILING PROOFS OF CLAIM<br>**BAR DATE: September 1, 2016**<br><br>**BAR DATE: (for governmental units):**<br>**September 28, 2016** |

This matter having come before the Court on Mark Calvert's ("Trustee") Motion for entry of an order pursuant to Sections 105(a), 501, 502 and 1111(a) of the Bankruptcy Code establishing a bar date for filing proofs of claim and proofs of interest and approving form and manner of notice thereof; the Court has reviewed the files and records herein and finds that no further notice or opportunity for hearing on the Motion is necessary; the relief to be granted under this Order is reasonable and appropriate, and in the best interests of the estate; and that good cause exists to grant the relief requested. Therefore it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), all Persons and Entities, including without limitation, individuals, partnerships, corporations, estates,

ORDER ESTABLISHING CLAIMS BAR DATE - 1
K:\2070561\00001\20892_MJG\20892P25D6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 425    Filed 06/21/16    Ent. 06/21/16 12:19:04    Pg. 1 of 2

**Below is the Order of the Court.**

and trusts, holding or wishing to assert claims against or interests in Northwest Territorial Mint, LLC, (the "Debtor") arising on or before the date of the filing of the above-captioned proceeding (April 1, 2016; the "Petition Date"), are required to electronically file a Proof of Claim (the "Proof of Claim") on account of any claims such creditors hold or wish to assert against the Debtor, so that the Proof of Claim is actually received on or before September 1, 2016 (the "Bar Date"), or in the case of governmental units, by the Governmental Unit Bar Date of September 28, 2016. Proofs of Claim should be filed electronically via the Court's website: **http://www.wawb.uscourts.gov/eclaims.htm.** Alternative filing information (for traditional mail or hard-copy filing) is also available on the Court's website.

3. The Trustee shall cause a copy of the Notice of Deadlines for Filing Proofs of Claims, in substantially the form attached as Exhibit A (the "Notice"), which form is hereby approved, to be mailed by first-class mail, postage prepaid, no later than July 1, 2016, to all parties identified in paragraph 7 of the Motion.

4. The form and manner of Notice and dissemination thereof provided herein constitutes good, sufficient, and adequate notice thereof and no further notice thereof need be given.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER ESTABLISHING CLAIMS BAR DATE - 2

K:\2070561\00001\20892_MJG\20892P25D6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 425   Filed 06/21/16   Ent. 06/21/16 12:19:04   Pg. 2 of 2