**BUCKNELL STEHLIK & SATO, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

JUDGE: Christopher M. Alston
DATE: Ex Parte
TIME: Ex Parte
CHAPTER: 11
LOCATION: Seattle
RESPONSE DATE: n/a

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re: ) No. 16-11767-CMA
)
NORTHWEST TERRITORIAL MINT, LLC, ) **MEDALLIC ART COMPANY'S EX**
) **PARTE APPLICATION FOR**
Debtor. ) **ORDER AUTHORIZING**
) **DISCOVERY PURSUANT TO**
) **BANKRUPTCY RULE 2004**
)
_____ )

COMES NOW Medallic Art Company LLC ("Medallic") and requests entry of an order in the form accompanying this Application, pursuant to Fed. R. Bankr. Proc. 2004 and 9016 (the latter making Fed R. Civ. Proc. 45 applicable in actions under the Code), authorizing the following discovery and directing third parties to cooperate with the same:

A Subpoena Duces Tecum directing the production of documents by Allison MacKenzie Ltd. as described in proposed Exhibit A attached hereto, which generally refer or relate to Medallic (or affiliates thereof), Debtor, Ross Hansen, Richard Bressler, the Leasehold Premises located upon real property with a common address of 80 Airpark Vista Boulevard, Dayton, Nevada (tax assessor parcel nos. 016-364-31, 016-364-35, 016-364-36), the property and assets employed or located thereat, and the business located and/or conducted thereon. The documents Medallic seeks relate to the history, intent, rights and obligations of interested

Medallic Art Company LLC Application for Order
Authorizing Rule 2004 Discovery - 1

**BUCKNELL STEHLIK & SATO, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

parties in this matter respecting personal and real property interests in property or assets claimed to be property of the Debtor, as well as the negotiation, drafting and execution of purchase agreements and/or lease agreements and related relationships between Medallic and other interested parties herein, including the Debtor.

Bankruptcy Rule 2004 authorizes the Court to order the examination of any entity, including the Debtor, and to compel the production of relevant documents. The scope of the examination authorized by Rule 2004 is exceedingly broad, including matters relating to "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Further, in cases under Chapter 11 of the Code, the examination

> may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and *any other matter relevant to the case* or to the formulation of a plan.

Rule 2004(b). (Emphasis added.) Attendance at a deposition or the production of documents must be compelled by subpoena, pursuant to Rule 9016 and Federal Rule of Civil Procedure 45. Rule 2004(c).

Medallic's proposed discovery falls clearly within the scope of discovery authorized by Rule 2004. The Debtor claims that both the leasehold interest of and certain personal property assets located on the Leased Premises are property of the Debtor. Medallic contends that both the leasehold interest and the property located thereon belong to Medallic or its owners.

The law firm of Allison MacKenzie Ltd. represented Mr. Hansen, Mr. Bressler and/or Medallic (or affiliates thereof) in preparing the instruments by which the disputed real and personal

Medallic Art Company LLC Application for Order
Authorizing Rule 2004 Discovery - 2

**BUCKNELL STEHLIK & SATO, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\3607\103\Application for Rule 2004 Discovery.doc

Case 16-11767-CMA    Doc 428    Filed 06/21/16    Ent. 06/21/16 14:27:48    Pg. 2 of 3

property interests were acquired and thereafter handled and such files are believed to contain other documentary evidence relevant to the parties' claimed ownership and interest, intent of the lessor, lessee, purchaser and other parties, as well as other matters pertinent to this bankruptcy case.

For the reasons stated above, Medallic respectfully requests that the Court order the requested discovery under Rule 2004. A proposed order, along with Exhibit A to the intended document subpoena describing the documents to be produced, is submitted herewith.

DATED this 21st day of June 2016.

BUCKNELL STEHLIK & SATO, LLP

_____/s/ Jerry N. Stehlik_____
Jerry N. Stehlik, WSBA #13050
of Attorneys for Medallic Art Company, LLC

Medallic Art Company LLC Application for Order
Authorizing Rule 2004 Discovery - 3

BUCKNELL STEHLIK & SATO, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\3607\103\Application for Rule 2004 Discovery.doc
Case 16-11767-CMA   Doc 428   Filed 06/21/16   Ent. 06/21/16 14:27:48   Pg. 3 of 3