**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC<br><br>Debtor. | Bankruptcy No. 16-11767-CMA<br><br>ORDER DETERMINING APPLICABILITY OF AUTOMATIC STAY |

This matter came before the Court on the motion of Diane Erdmann (the "Motion") for instruction regarding the applicability of the automatic stay to proceedings ongoing and anticipated in the Washington Superior Court for King County, case no. 16-2-05611-3 (the "State Court Proceeding"), which proceedings concern the question of ownership of property seized by the King County Sheriff pursuant to the Writ of Execution entered in the State Court Proceeding on March 30, 2016 (the "Seized Property"). The Court having considered the Motion and the accompanying Declaration of Daniel J. Bugbee and exhibits thereto, any objections and reply materials, and having heard the arguments of counsel, the Court hereby finds as follows:

1.    The Seized Property includes property that the Trustee has claimed is property of the Debtor's bankruptcy estate;

**DBS LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1    2.    Any efforts to sell, dispose, or gain control of an interest in the Seized Property

2  in the State Court Proceeding is stayed pursuant to 11 U.S.C. § 362(a); and

3    3.    All litigation, including discovery, to determine the ownership of the Seized

4  Property is subject to the exclusive jurisdiction of this Court unless and until this Court makes a

5  final determination that the Seized Property, or any of it, is not property of the Debtor's

6  bankruptcy estate.

7    Based on the foregoing it is hereby:

8    ORDERED that Bradley S. Cohen and Cohen Asset Management, Inc. (the "Cohen

9  Parties") shall immediately cease all efforts to conduct discovery in the State Court Proceeding

10  related to the ownership of the Seized Property, and shall make no attempts to execute on

11  property of the Debtor's estate, including property in which the Trustee claims an interest, in

12  satisfaction of the foreign judgment entered in the State Court Proceeding pending a

13  determination whether the Bankruptcy Estate owns an interest in the Seized Property; it is

14  further

15    ORDERED that the King County Sheriff shall immediately turn over the Seized

16  Property to Mark Calvert, the Chapter 11 Trustee of NWTM, who shall hold the Seized

17  Property subject to any and all right, title and interest on the part of any person (including the

18  Cohen Parties) in and to the Seized Property as such right, title and interest presently exists

19  against the Seized Property as now in the possession of the Sheriff (including any personal

20  property execution liens), pending a determination whether the Bankruptcy Estate owns an

21  interest in the Seized Property.  Upon entry of a final order by the Bankruptcy Court

22  determining that any of the Seized Property is not property of Bankruptcy Estate, the Trustee

23  shall return to the King County Sheriff any of the Seized Property that is determined not to be

24  property of the Bankruptcy Estate and the stay shall cease to apply as to any such property; it is

25  further

26

{17065/006/01167790-1}    ORDER DETERMINING APPLICABILITY
OF STAY - 2

**DBS** | **LAW**

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

**Below is the Order of the Court.**

1      ORDERED that within 3 days of the entry of this order, Ms. Erdmann shall notify both

2    the King County Sheriff and the King County Superior Court of entry of this order, and provide

3    a copy of the same to the assigned judge in the State Court Proceeding and any other judge

4    before whom a motion in the State Court Proceeding is currently pending.

5                     ///END OF ORDER///

6    Presented by:

7    DBS LAW

8    By     */s/ Dominique R. Scalia*
             Daniel J. Bugbee, WSBA No. 42412

9            Dominique R. Scalia, WSBA No. 47313
             *Attorneys for Diane Erdmann*

10

11

12    K&L GATES LLP

13

14    By     */s/ David C. Neu*
             Michael J. Gearin, WSBA No. 20982

15            David C. Neu, WSBA No. 33143
             Brian T. Peterson, WSBA No. 42088

16            *Attorneys for Mark Calvert, Chapter 11 Trustee*

17

18    MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

19    By     */s/ Michael E. Gossler*
             Michael E. Gossler, WSBA No. 11044

20            Joseph A. Hamell, WSBA No. 29423
             *Attorneys for the Cohen Parties*

21

22

23

24

25

26

{17065/006/01167790-1}    ORDER DETERMINING APPLICABILITY
OF STAY - 3



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737