**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| Northwest Territorial Mint, LLC, | Case No. 16-11767 |
| | ORDER ON MOTION BY JEFFREY MCMEEL |
| Debtor. | Clerk's Action Required |

This matter came before the Court on the Motion by Jeffrey Mark McMeel for Order to Show Cause for Probable Cause re Show Cause Hearing on May 20, 2016 and Re Civil Contempt Orders by Christopher M. Alston aka Bankruptcy Judge, Gail Brehm Geiger aka Acting U.S. Trustee for Region 18 and Martin L. Smith aka Attorney for The United States Trustee [Dkt. No. 405] (the "McMeel Motion"). The McMeel Motion is incomprehensible and fails to identify any facts or law justifying any relief. Jeffrey M. McMeel caused the McMeel Motion to be submitted to the Office of the Clerk of the Bankruptcy Court for filing. Because

Order - 1

**Below is the Order of the Court.**

the McMeel Motion also included a notice setting the McMeel Motion for hearing on June 17, 2016, the Clerk's Office properly docketed the McMeel Motion and included text along with the docket entry stating there would be a hearing before this Court on the date and time stated in the notice. Mr. McMeel and Martin Smith of the Office of the United States Attorney appeared before the Court on June 17, 2016 at 9:30 a.m. (the "Hearing").

Previously, the Court entered the Order Following Hearing On Order to Show Cause Why Sanctions Should Not Be Imposed and Amended Order to Show Cause Re Civil Contempt [Dkt. No. 328] (the "Sanctions Order"), which prohibited Mr. McMeel from filing any motions unless and until paid $5,000 in sanctions to the Clerk of the Bankruptcy Court. At the Hearing, Mr. McMeel acknowledged that he had not paid the sanctions award prior to filing the McMeel Motion. The Court thus finds that Mr. McMeel has intentionally and wilfully violated the Sanctions Order and that he will continue to ignore orders of this Court. Now, therefore,

IT IS HEREBY ORDERED as follows:

1. The McMeel Motion [Dkt. No. 405] shall be and hereby is denied; and

2. If Mr. McMeel, his agents, or anyone acting concert with him file or cause to be filed any motions, applications, requests for relief, or notices of any hearings in this case, the Office of the Clerk of the Bankruptcy Court shall accept such documents for filing and place them on the case docket, but shall not set the matter for hearing or include in the docket text any additional information setting deadlines.

/// END OF ORDER ///

Order - 2