FILED
Western District of Washington
at Seattle

JUN 27 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

NORTHWEST TERRITORIAL MINT LLC,

Debtor.

Case No. 16-11767-CMA

**REQUEST FOR SPECIAL NOTICE**

TAKE NOTICE that the party named below, a creditor in the case captioned above, requests that copies of all notices given in accordance with this Court's Order Granting Trustee's Motion for Case Management Order (the "Case Management Order") and Federal Rule of Bankruptcy Procedure 2002(i) be sent to the following address:

Bruce Ellis c/o William Campbell, Esq. [Name of creditor]

805 N. Brown Street [Street Address]

Mt. Pleasant, MI 48858 [City, State and Zip Code]

This Request for Special Notice must be filed with the Bankruptcy Court, either in person or by mail to U.S. Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101. A copy of this Request for Special Notice must also to be mailed to counsel for the Trustee: Michael Gearin, K&L Gates, LLP, 925-4th Ave., Suite 2900, Seattle, WA, 98104.

I understand that this Request for Special Notice does not entitle me to receive copies of all pleadings, motions, orders or other documents filed in this case. Rather, I am entitled to receive notice of such matters as required by the Case Management Order.

Signature of Creditor: _Bruce Ellis_ _by William J. Campbell_

Date: _6/21/2016_

REQUEST FOR SPECIAL NOTICE
NORTHWEST TERRITORIAL MINT LLC, 16-11767