RECEIVED
Western District of Washington
at Seattle

JUN 28 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

memorandum of record
June 24, 2016
Olympia

OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF
WASHINGTON
COURT CLERK
United States Courthouse
700 Stewart Street, Room 6301
Seattle, WA 98101

Re: Chapter 11  Northwest Territorial Mint LLC, 16-11767  ORDER ON MOTION BY JEFFREY MCMEEL #437.

DEAR COURT CLERK,

    I request the clerk who filed docket #437 come forth now and answer this request.

    1. Whose court does case no. 16-11767 belong?

    2. Which clerk put the ORDER above on the docket? What is their name?

    3. The ORDER requires a privilege which is derived from public policy to cover the ORDER. Is the privilege in the record?

    respectfully,

*[signature]*

jeffrey mark mcmeel    900 Jefferson st. SE Washington 98501

cc: Duty judge US bankruptcy appellate 125 South Grand Ave. Pasadena, CA 91105