UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

    Debtor.

Case No. 16-11767-CMA

DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY, OTHER CUSTOMER OWNED INVENTORY, AND COINING DIES

I, Mark Calvert, hereby declare as follows:

1. I am the Chapter 11 Trustee ("Trustee") of the Debtor, Northwest Territorial Mint, LLC ("Debtor" or "NWTM"). I submit this Declaration in support of my Motion for Order Granting Authority to Return Stored Inventory, Other Customer Owned Inventory, and Coining Dies (the "Motion"). I am over eighteen (18) years of age, and I am competent in all ways to testify.

2. On April 11, 2016, the Court entered an order appointing me as chapter 11 trustee in this case. Immediately upon my appointment I took control over the business operations of the Debtor and initiated an investigation of the financial affairs of the bankruptcy estate. At the time of my appointment, the Debtor's business was in precarious condition due in large part to fact that the cash resources of the business had been dissipated prior to my appointment. I have been engaged in

DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED
INVENTORY, OTHER CUSTOMER OWNED
INVENTORY, AND COINING DIES - 1

K:\2070561\00001\22732_BTP\22732P31XL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 458    Filed 06/28/16    Ent. 06/28/16 15:35:34    Pg. 1 of 8

efforts to stabilize the business in order to preserve an ability to restructure the financial affairs of the estate and bring a return to creditors.

3. The Debtor's business is primarily comprised of (a) the sale of precious metals, such as gold, silver and platinum; and (b) the minting of medallions, coins and other awards. I have learned that certain customers of the Debtor (the "Storage Customers") stored gold, silver or other precious metals at the Debtor's facilities. Storage Customers have demanded that I return the goods they claim that they own but much of the inventory that Storage Customers claim is missing. Because the Debtor's records of stored inventory are extremely poor and unreliable I have constructed records from claims made by storage customers and the Debtor's files.

4. Upon my appointment, I conducted a detailed inventory of stored gold, silver and precious metals in the Debtor's possession. I located approximately $1.1 million in gold and precious metals that are segregated and specifically identified as property of particular Storage Customers. There are approximately 32 Storage Customers identified by the Trustee whose stored metals remain in the possession of the Debtor. The property owned by the Storage Customers was segregated inventory that was not commingled with gold or other precious metals owned by the Debtor. A list of the identified property and identified Storage Customers is attached hereto as Exhibit A. I have received demands for return of stored inventory from many other storage customers and I have reviewed the records of storage agreements indicating that customers paid storage charges on stored inventory that were not in the possession of the Debtor at the time the Trustee took control over the business. Based upon my review of these documents, I believe that the total amount of missing stored inventory is worth millions of dollars.

5. In addition to the Storage Customers identified in Exhibit A, I have learned that Rodger Overson owns two gun safes that are located on the Debtor's property. Mr. Overson paid for the delivery and installation of the safes at the Debtor's Auburn premises. I wish to return the safes and their contents to Mr. Overson, as it appears that he is the owner of that property. I have

DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED
INVENTORY, OTHER CUSTOMER OWNED
INVENTORY, AND COINING DIES - 2

K:\2070561\00001\22732_BTP\22732P31XL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 458    Filed 06/28/16    Ent. 06/28/16 15:35:34    Pg. 2 of 8

also learned that Mr. Hui Zhang is the owner of certain custom-made precious metal products with his logo that are stored at the Debtor's premises. I wish to return the custom product to Mr. Zhang, as it appears that he is the owner of such property.

6. The Debtor owns and possesses thousands of dies used by NWTM to produce custom-made products (the "Coining Dies"). I have learned that pursuant to agreements with customers, certain Coining Dies were purchased by individual customers, while some Coining Dies are owned by the Debtor and used to make custom product for certain customers. I have received numerous requests for the return of Coining Dies from customers. Because the Debtor's records of ownership of dies are inadequate, the Trustee has not been able to fully evaluate the ownership of all of the dies, but I have confirmed that certain of the Coining Dies in the possession of the Debtor were purchased, and are owned by, Mr. Rayburn D. Pollard. Because Mr. Pollard's Coining Dies are not property of the bankruptcy estate, I wish to return them to him.

7. Finally, during my initial investigation of the affairs of the bankruptcy estate, I learned that customer orders were filled and sent out for delivery to the customer but the product was erroneously returned to NWTM by the delivery service. In particular, purchased goods were shipped to Rizwan Ghumman but were returned to the Debtor as undeliverable. A copy of the invoice for Mr. Ghumman's order is attached hereto as Exhibit B.

8. I believe that the property stored by the Debtor on behalf of the Storage Customers, the identified Coining Dies, and the product that was shipped to customers but erroneously returned, are not property of the bankruptcy estate. I therefore request that the Court authorize me to return such property. In addition, I may identify additional coining dies that are customer owned in the future and I request that the Court grant me the authority to return those dies to customers should they establish their ownership interest.

DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED
INVENTORY, OTHER CUSTOMER OWNED
INVENTORY, AND COINING DIES - 3

K:\2070561\00001\22732_BTP\22732P31XL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 458    Filed 06/28/16    Ent. 06/28/16 15:35:34    Pg. 3 of 8

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of June, 2016, at Seattle, Washington.

Mark Calvert

DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED
INVENTORY, OTHER CUSTOMER OWNED
INVENTORY, AND COINING DIES - 4

K:\2070561\00001\22732_BTP\22732P31XL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a practice assistant in the law firm of K&L Gates LLP, and on June 28, 2016, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 28th day of June, 2016 at Seattle, Washington.

*/s/ Benita G. Gould*
Benita G. Gould

DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED
INVENTORY, OTHER CUSTOMER OWNED
INVENTORY, AND COINING DIES - 5

K:\2070561\00001\22732_BTP\22732P31XL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 458    Filed 06/28/16    Ent. 06/28/16 15:35:34    Pg. 5 of 8

# EXHIBIT A

**Northwest Territorial Mint**
**Customer Owned Inventory to Return**
**June, 2016**

| Owner | Location | Contents | Qty | Gold oz | Silver oz |
|---|---|---|---|---|---|
| Arthur Rickman | Fed Way | 199 1oz silver kookaburras | 1.0 | | 199.0 |
| | | 300 1oz Eagles | 1.0 | | 300.0 |
| | | 4 10oz snake lunar | 1.0 | | 40.0 |
| | | 60 1oz silver maple leave | 1.0 | | 60.0 |
| | | GAE 1 oz | 1.0 | 1.0 | |
| | | GCML 1 oz | 1.0 | 1.0 | |
| | | GVPhil - 1 oz | 1.0 | 1.0 | |
| | | Krug - 1 oz | 1.0 | 1.0 | |
| **Arthur Rickman Total** | | | **8.0** | **4.0** | **599.0** |
| Betty Lewis | Auburn | 1830 1oz Pan American Silver Rounds | 1.0 | | 1,830.0 |
| | Fed Way | 1 oz CML | 1.0 | 75.0 | |
| | | 1 oz Krugerrands | 1.0 | 5.0 | |
| **Betty Lewis Total** | | | **3.0** | **80.0** | **1,830.0** |
| Brad Cameron | Fed Way | 10 oz - Gold bar | 1.0 | 10.0 | |
| **Brad Cameron Total** | | | **1.0** | **10.0** | |
| Daniel J & Mildred Paolucci | Nevada | Johnson Matthey, Silver Bars, 100oz, Qty 7 | 12.0 | | 8,400.0 |
| | | Johnson Matthey, Silver Bars, 100oz, Qty 8 | 2.0 | | 1,600.0 |
| **Daniel J & Mildred Paolucci Total** | | | **14.0** | | **10,000.0** |
| Daphne Blanchard | Nevada | Silver Eagle Coins | 12.0 | | 5,508.0 |
| | | Silver Eagle coins | 1.0 | | 500.0 |
| **Daphne Blanchard Total** | | | **13.0** | | **6,008.0** |
| Fred Mulbauher | Fed Way | 100oz pure silver Johnson Matthey Bars | 1.0 | | 700.0 |
| | | 1oz silver rounds | 1.0 | | 120.0 |
| | Nevada | PA 100 oz bars, Qty 5 | 1.0 | | 500.0 |
| | | PA 100 oz bars, Qty 6 | 3.0 | | 1,800.0 |
| **Fred Mulbauher Total** | | | **6.0** | | **3,120.0** |
| Gary Bushouse | Fed Way | 100oz silver bars NTR | 1.0 | | 300.0 |
| **Gary Bushouse Total** | | | **1.0** | | **300.0** |
| Gerald Walken | Auburn | 10 - 100oz Pan American Silver Bars | 1.0 | | 1,000.0 |
| | Fed Way | 1 oz Gold CML | 1.0 | 7.0 | |
| | | 1/10 oz GCML 10 pieces | 1.0 | 1.0 | |
| | | 1/2 oz GCML 4 pieces | 1.0 | 2.0 | |
| **Gerald Walken Total** | | | **4.0** | **10.0** | **1,000.0** |
| Greg Difrancesco | Auburn | 5 - 100oz Engelhard Silver Bars | 1.0 | | 500.0 |
| **Greg Difrancesco Total** | | | **1.0** | | **500.0** |
| Hui Zhang | Nevada | 178 silver medallions | 1.0 | | 178.0 |
| **Hui Zhang Total** | | | **1.0** | | **178.0** |
| James Merlino Estate | Fed Way | 100oz Silver bars (5) | 1.0 | | 500.0 |
| | | 100oz Silver bars (6) | 2.0 | | 1,200.0 |
| **James Merlino Estate Total** | | | **3.0** | | **1,700.0** |
| Jeff McMeel | Fed Way | 480 US Morgan silver dollars | 1.0 | | 371.0 |
| **Jeff McMeel Total** | | | **1.0** | | **371.0** |
| Jessica Hardy | Fed Way | 1 oz Silver rounds .999 | 1.0 | | 777.0 |
| **Jessica Hardy Total** | | | **1.0** | | **777.0** |
| John Peterson | Fed Way | 1 oz Gold bars | 1.0 | 29.0 | |
| | | 1 oz Krugerrands - 33 pieces | 1.0 | 33.0 | |
| **John Peterson Total** | | | **2.0** | **62.0** | |
| Lisa Vincent | Fed Way | 100 - 1 oz NWT bars | 1.0 | | 100.0 |

A-1

| Owner | Location | Contents | Qty | Gold oz | Silver oz |
|---|---|---|---|---|---|
| Lisa Vincent | Fed Way | 1oz gold bars | 1.0 | 6.0 | |
| Lisa Vincent Total | | | 2.0 | 6.0 | 100.0 |
| Mary Louise Donovan Trust | Auburn | 1000 - 1oz Silver American Eagles | 1.0 | | 1,000.0 |
| Mary Louise Donovan Trust Total | | | 1.0 | | 1,000.0 |
| Mary Secaur | Auburn | 5 - 1oz Silver American Eagles -Sealed Monster Box | 1.0 | | 5.0 |
| Mary Secaur Total | | | 1.0 | | 5.0 |
| Matthew Staley | Fed Way | Krugerrands 12 pieces | 1.0 | 12.0 | |
| Matthew Staley Total | | | 1.0 | 12.0 | |
| Michael Laurion | Fed Way | Sent to assay | 1.0 | - | |
| Michael Laurion Total | | | 1.0 | - | |
| Norman Hauptman | Fed Way | Silver Philharmonics 1 oz coins | 1.0 | | 1,500.0 |
| | | 1 oz Gold VPHIL | 1.0 | 7.0 | |
| | | 1/10 Gold VPHIL - 33 pieces | 1.0 | 3.3 | |
| | | 1/10 oz GAE - 33 pieces | 1.0 | 3.3 | |
| | | 1/10 oz GCML 32 piecs | 1.0 | 3.2 | |
| | | GAE 1 oz | 1.0 | 9.0 | |
| | | GCML 1 oz | 1.0 | 7.0 | |
| Norman Hauptman Total | | | 7.0 | 32.8 | 1,500.0 |
| Norman Liedtke | Auburn | 6 - 1000 oz Silver Bars | 1.0 | | 6,000.0 |
| Norman Liedtke Total | | | 1.0 | | 6,000.0 |
| Pick up - Scott | Fed Way | 1922 St. Gaudens | 1.0 | 0.2 | |
| Pick up - Scott Total | | | 1.0 | 0.2 | |
| Ralph Fair | Fed Way | 22 Certified MS 64 St. Gaudens | 1.0 | 21.3 | |
| Ralph Fair Total | | | 1.0 | 21.3 | |
| Randy and Diane Wong | Auburn | 9 - 100oz Pan American Silver Bars | 1.0 | | 900.0 |
| | | 998 - 1oz silver Emerican Eagles | 1.0 | | 998.0 |
| Randy and Diane Wong Total | | | 2.0 | | 1,898.0 |
| Randy Gaines | Fed Way | 100 gram gold bars - 2 pieces | 1.0 | 6.4 | |
| Randy Gaines Total | | | 1.0 | 6.4 | |
| Randy or Diane Wong | Fed Way | 100 oz silver bars PA - 21 | 1.0 | | 2,100.0 |
| Randy or Diane Wong Total | | | 1.0 | | 2,100.0 |
| Rizwan Ghumman | Nevada | 97607 returned 100 NWT bars & 1 - 100 oz nwt bar | 1.0 | | 200.0 |
| Rizwan Ghumman Total | | | 1.0 | | 200.0 |
| Rosanne Herrin | Fed Way | 2 proof silver american eagles and a silver necklace | 1.0 | | 0.7 |
| Rosanne Herrin Total | | | 1.0 | | 0.7 |
| Russ & Bonnie Sweeney | Auburn | 840 oz Pan American Silver Bars | 1.0 | | 840.0 |
| Russ & Bonnie Sweeney Total | | | 1.0 | | 840.0 |
| Yuquin Chen | Fed Way | Krug - 10 pieces | 1.0 | 10.0 | |
| | Fed Way | CML - 10 pieces | 1.0 | 10.0 | |
| Yuquin Chen Total | | | 2.0 | 20.0 | |
| Grand Total | | | 84.0 | 264.7 | 40,026.7 |

Note: All weights are approximate.



EXHIBIT B
## NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
Rizwan Ghumman
53 axford rd
Hamilton NJ 08610
UNITED STATES

**Ship To:**
rizwan ghumman
53 axford rd
Hamilton NJ 08610

| Invoice Number: | 735397 | Sales Person: | Bullion Web Orders |
|---|---|---|---|
| Invoice Date: | 2/11/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 123208 | Packing List: | 131960 |
| Order Number: | 97607 | PO Number: | |

8 - 10 weeks

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | B10080 / SILVER 1 OZ. NORTHWEST TERRITORIAL MINT BAR | 100 | $15.76 | $1,576.00 |
| 2 | B10136 / SILVER 100 OZ NWTM BAR | 1 | $1560.45 | $1,560.45 |

|  |  |
|---|---|
| Less Deposit | 3,136.45 |
| *Invoice Total:* | $0.00 |
| *Paid To Date:* | $0.00 |
| ***Balance Due:*** | **$0.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

B-1

Page: 1 of 1