FILED
Western District of Washington
at Seattle

JUL 01 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

memorandum of record
June 27, 2016
near olympia

Practice of Law Board
STATE OF WASHINGTON
1325 FOURTH AVENEU  SUITE 600
SEATTLE, WASHINGTON 98101-2539

RE: Complaint against Inspector Michael Leien (?) and SDUSM Fleck

Dear Sirs:

These two United States Marshals tried to interrogate me on May 20, 2016 at the United States Courthouse in Seattle Washington. I was there to attend a bankruptcy court hearing.

Then on June 17, 2016 the same Marshals and a third one John Doe arrested me and interrogated me before releasing me to a homeland security cop.

On both occasions these two men enticed me to testify against myself without a lawyer present. Neither did they inform me I could request a lawyer to be present.

My complaint is neither marshal is a licensed BAR attorney/lawyer and were practicing law and/or a simulated legal process without a license from your association.

These men are employees of the UNITED STATES, they have breached their duty as fiduciary agents for that government as I have put in the public record a power of attorney for the UNITED STATES as my attorney in fact. The agreement is final, until I say otherwise or the Power of attorney is returned to me with a signed rejection letter of the attorney appointed.

Failure to refer a complaint to the department of justice or the Attorney General of Washington State joins the Practice of Law Board in a racketeering corrupt influenced organization and requires me to submit an IRS form 3949a.
Thank you for not delaying justice and engaging your customer satisfaction policy.

*jmm* mark mcmeel
jeffrey mark mcmeel

900 Jefferson St. SE Olympia XX    98501

attached: Power of Attorney

cc: Clerk of the bankruptcy court Seattle ,WA 98101

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2016, I mailed IRS Form 14039, Passport Page of Jeffrey Mark McMeel, CMA Order #437 documents in a USPS Mail box in Lacey, Washington by first class mail to the Chambers/clerk of the court :

       U.S. Bankruptcy Court
       700 Stewart St.
       #6301
       Seattle , WA 98101

and to:

       Internal Revenue Service
       PO Box 9039
       Andover MA   01810

The Clerk of the Court shall enter this into the CM/ECF system which will send notification of such filing to all other parties of record pursuant to the CM/ECF system.

By: _____ Ex Rel
Jeffrey mark mcmeel
900 Jefferson st. SE
Olympia, XX 98501

http://jmcmeel.blogspot.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2016, I mailed Complaint for Inspector Michael Leien and Fleck documents in a USPS Mail box in Lacey, Washington by first class mail to the clerk of the court :

    U.S. Bankruptcy Court
    700 Stewart St.
    #6301
    Seattle , WA 98101

and to:

    Practice of Law Board
    1325 4th Ave.
    Suite 600
    Seattle ,WA 98101

The Clerk of the Court shall enter this into the CM/ECF system which will send notification of such filing to all other parties of record pursuant to the CM/ECF system.

By: _____ Ex Rel
        Jeffrey mark mcmeel
        900 Jefferson st. SE
        Olympia, XX 98501

        http://jmcmeel.blogspot.com