**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | NO. 16-11767-CMA |
| NORTHWEST TERRITORIAL MINT, LLC , | ORDER ON PRO HAC VICE APPLICATION |
| Debtor. | |

This matter came before the court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by James C. Thoman of Hodgson Russ LLP, seeking permission to appear and participate as counsel for Ira Green, Inc. in the above-captioned matter. The Court having reviewed the application, it is hereby

ORDERED that the Application be GRANTED.

/// END OF ORDER ///

ORDER ON PRO HAC VICE APPLICATION - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03113290.DOCX;1}

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

/s/ John R. Rizzardi
John R. Rizzardi WSBA No. 9388
E-mail: jrizzardi@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Local Counsel for Ira Green, Inc.

ORDER ON PRO HAC VICE APPLICATION - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

{03113290.DOCX;1 }
Case 16-11767-CMA    Doc 491    Filed 07/06/16    Ent. 07/06/16 09:49:39    Pg. 2 of 2