Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>NOTICE OF CREDITORS' CHANGE OF ADDRESS |

PLEASE TAKE NOTICE based upon forwarding information from returned mail or the request of the creditor, of the following creditors' change of address:

| CURRENT ADDRESS | NEW ADDRESS |
|---|---|
| Gregory Jonas<br>5412 Pimlico Dr.<br>Pasco WA 99301-6034 | Gregory Jonas<br>210 NE 73rd St<br>Vancouver WA 98665-8307 |
| Brandon McGaffey<br>31 Pointe Loren<br>Lake Elsinore CA 92532-0235 | Brandon McGaffey<br>2429 Perdenales Dr<br>Royse City TX 75189-5074 |
| Stephen Straub<br>9300 Eagle Court<br>Manassas VA 20111-3048 | Stephen Straub<br>121 Camelin Dr<br>Washington IL 61571 9326 |

NOTICE OF CREDITORS' CHANGE OF ADDRESS - 1

K:\2070561\00001\20892_MJG\20892P25E2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 494    Filed 07/06/16    Ent. 07/06/16 15:12:49    Pg. 1 of 2

DATED this 6th day of July, 2016.

            K&L GATES LLP

            By */s/ Michael J. Gearin*
              Michael J. Gearin, WSBA #20982
              David C. Neu, WSBA #33143
              Brian T. Peterson, WSBA #42088
            Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE OF CREDITORS' CHANGE OF ADDRESS - 2

K:\2070561\00001\20892_MJG\20892P25E2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA Doc 494 Filed 07/06/16 Ent. 07/06/16 15:12:49 Pg. 2 of 2