UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) CHAPTER 11
)
) BANKRUPTCY NO. 16-11767
NORTHWEST TERRITORIAL MINT, )
LLC. ) DECLARATION OF RALPH FAIR
)
Debtor(s). )
)

I, Ralph Fair, am over the age of eighteen (18) years. I am competent to testify to the matters herein and I am testifying from personal knowledge.

In September of 2008 I took my gold bars to Debtor Northwest Territorial Mint, LLC (Debtor NWTM).

Debtor NWTM's salesman convinced me to sell the gold bars with the help of Debtor NWTM and use the resulting funds to buy gold coins to be stored with Debtor NWTM.

I followed the advice and used the proceeds from the sale of the gold bars to buy twenty-six $20 ST. GARDENS MS 64 GOLD coins on September 24, 2008 from Debtor NWTM. True and accurate copies of the Invoices for the transactions are attached as Exhibit A.

Debtor NWTM kept the gold coins in storage for me for a fee. True and accurate copies of the invoices for storage and the signed original Bullion Storage Agreement are attached as Exhibit B.

In 2013 I sold 4 of the gold coins and received $5,600.00 from Debtor NWTM. Twenty-two of my coins remain with Debtor NWTM.

DECLARATION OF RALPH FAIR - 1 -

Law Offices of
**LESTER & HYLDAHL, PLLC**
119 N. Commercial St., Ste. 175A
Bellingham, WA 98225
(360) 733-5774

1   After various communications, I received the attached email from Erin Robinson at
2   Debtor NWTM. After completing the segregated storage inventory, my coins have been located.
3   I respectfully request this court enter an order directing the custodian of the storage
4   facility to deliver my coins to me or my designated representative.
5   I declare under penalty of perjury under the laws of the State of Washington that the
6   foregoing is true and correct.
7   DATED this 18 day of May, 2016 in Bellingham, Washington.

*(signature)*
Ralph Fair

DECLARATION OF RALPH FAIR - 2 -

Law Offices of
**LESTER & HYLDAHL, PLLC**
119 N. Commercial St., Ste. 175A
Bellingham, WA 98225
(360) 733-5774

Case 16-11767-CMA    Doc 496    Filed 07/07/16    Ent. 07/07/16 14:11:45    Pg. 2 of 2