

# NORTHWEST TERRITORIAL MINT LLC

## Purchase Order

**To:** Ralph Fair
6186 Michael's Drive
Courtenay, BC V9J 1P4
Canada

**Ship To:** NORTHWEST TERRITORIAL MINT LLC
PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
United States

| | |
|---|---|
| Order Number: 30090 | Ship Via: |
| Order Date: 09/25/08 | Terms: Payable On Receipt |
| Vendor Code: 8FAIRRALPH | Contact: Ralph Fair |
| Vendor Phone: (250) 218-1015 | Purchasing Agent: Jim Rogers |
| Vendor FAX: | |
| FOB: , | |

DEL PRODUCT Using Proceeds $35,360 for SO#96931 and Bal $232.10 CK to Client

| Quantity Ordered | Part Number Description | Date Required | Unit Cost | Unit | Amount |
|---|---|---|---|---|---|
| 41 | B10050
GOLD 1 OZ. BARS
JOB NUMBER(S): STOCK (41) | 10/25/08 | $868.10 | EA | $35,592.10 |

**Order Total:** $35,592.10



# NORTHWEST TERRITORIAL MINT LLC

## Invoice

**Bill To:** Ralph Fair
6186 Michael's Drive
Courtenay, BC V9J1P4
Canada

**Ship To:** Ralph Fair
6186 Michael's Drive
Courtenay, BC V9J1P4
Canada

| | |
|---|---|
| Order Number: | 96931 |
| Date Entered: | 09/24/08 |
| Customer: | 08FAIRRALPH |
| Phone: | (250) 218-1015 |
| FAX: | |
| FOB: | Auburn, WA |
| PO Number: | |
| Ship Via: | |
| Salesman: | Jim Rogers |
| Terms: | PAY UPON RECEIPT OF INVOICE |
| Contact: | Ralph Fair |

PD BY PO#30090 jr Do Not Ship (STORAGE AGREEMENT) Bal on Accout

| Item | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 26 | B99955 - GOLD US $20 ST GAUDENS MS 64 | $1,360.00/ EA | $35,360.00 |

**Order Total:** $35,360.00