# BULLION STORAGE AGREEMENT

This Bullion Storage Agreement (the "Agreement"), dated and made effective this **1st day of January, 2011**, is entered into by and between **Northwest Territorial Mint, LLC** ("**NWTM**"), a Washington limited liability company, located at 2505 S 320th St Ste 110, Federal Way, WA 98003, and **Ralph Fair** ("**You**"), an individual, located at 6186 Michael's Dr, Courtenay, BC V9J 1P4, CANADA.

WHEREAS, NWTM is a mint duly authorized to deal in bullion, and it maintains TL-rated vaults on its premises, one of which is located in Auburn, WA, suitable for safely and reliably storing bullion;

WHEREAS, You are the owner or person with lawful control of that certain bullion described herein who wishes to store Your bullion within NWTM's vaults on the terms and conditions provided herein;

NOW THEREFORE, IN CONSIDERATION of the following terms and conditions, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Description of Stored Bullion.** NWTM shall provide secure storage in NWTM's vaults for bullion belonging to or controlled by You consisting of:

    - 26 QTY B99955 – Gold US $20 St Gaudens MS 64 (from Order 96931).

2. **Initial Storage Fee.** Upon the effective date of this Agreement, You shall remit to NWTM the initial Storage Fee, calculated in accordance with the Storage Rates herein, for the first year of storage. Thereafter, the Storage Fee is due annually—to be paid in advance on the first day of January (the "Billing Date") for the upcoming calendar year—and is calculated in accordance with the Storage Rates herein. Your Storage Fee will be recalculated annually based on the actual amount of bullion on storage on the Billing Date. On the first annual Billing Date, NWTM will prorate Your Storage Fee to reflect any remaining credit balance. If at any time You add bullion to your storage account, NWTM will revise Your Storage Fee, and you will be billed for the increase from the date the additional bullion is placed on storage. All Storage Fees herein are non-refundable, and reductions in bullion held on storage, other than annual recalculations on the Billing Date, do not reduce the Storage Fee. Your initial Storage Fee of **$62.68** is due with the return of this executed Agreement.

3. **Annual Storage Fee.** During the Term of this Agreement, Your annual Storage Fee of **$130.00** is due on the first day of each January.

4. **Storage Rates.** Storage Rates are guaranteed for one year. NWTM reserves the right after the first year to modify Storage Rates upon 60 days written notice to You. Storage Rates for all bullion held on storage shall be as follows:

    A. **Silver.** The annual Storage Rate for silver shall be five cents ($0.05) per ounce of silver—to be paid in U.S. Dollars. Minimum annual Storage Fee is $50.00 regardless of actual ounces of silver held on storage.

    B. **Gold, Platinum, and Palladium.** The annual Storage Rate for Gold, Platinum, and Palladium shall be five dollars ($5.00) per ounce of said bullion—to be paid in U.S. Dollars. Minimum annual Storage Fee is $50.00 regardless of actual ounces of said bullion held on storage.

5. **Changes to Stored Bullion / Addenda.** Throughout the Term of this Agreement, at each instance in which You place additional bullion on storage or remove existing bullion from storage through Liquidation or otherwise, NWTM will prepare an Addendum to this Agreement, which shall be incorporated into and become part of this Agreement upon the signature of both parties. The Addendum will set forth the resultant bullion subject to this Agreement and the resultant Storage Fee after any addition or subtraction of bullion by You. The Addendum will supersede and replace in whole the Description of Stored Bullion and the Annual Storage Fee contained in this Agreement or in any previous Addendum (Sections 1 and 3). The most recent Addendum will control over this Agreement and any previously executed Addenda. In all other respects, this Agreement will

remain in full force and effect.

**6. Term / Termination.** This Agreement shall have an initial Term of one (1) year, and shall become effective on the date first set forth above. This Agreement shall renew automatically on an annual basis unless earlier terminated by either party upon thirty (30) days notice. Termination is accomplished by removing all bullion on storage with NWTM. Upon Termination, NWTM will ship Your bullion to the last known address on NWTM's records. Alternatively, You may Liquidate Your bullion and receive a cash payment payable by check.

**7. Liquidation.** "Liquidation" shall mean converting a certain quantity of stored bullion into cash to be paid to You by check. You may liquidate stored bullion, in whole or in part, at any time by calling NWTM during normal business hours. NWTM shall pay You based on NWTM's prevailing buy price for that same product, and payment shall be made to You within thirty (30) days thereafter. If You Liquidate Your total quantity of stored bullion hereunder, this Agreement shall terminate upon NWTM's provision of final payment to You.

**8. Storage Security.** NWTM agrees to maintain quality security practices at its storage facilities to reduce the risk of physical loss to stored bullion. At a minimum, these security practices include: ON-SITE ARMED GUARD—an armed security person or personnel shall be on the premises at night. Typical NWTM employees shall provide security during normal business hours; SURVEILLANCE CAMERAS—a system of cameras trained on NWTM vaults and common entrance points to its buildings must be in use at all times and set to record events on a tape rotation basis unless some other similar technology is in place. NWTM shall store surveillance camera tapes, hard-drives or other recording media in a securely locked location. In the unlikely event of a security breach affecting Your stored bullion, NWTM shall provide copies of surveillance camera records to You upon written request.

**9. Inspection.** You, or Your legally designated representative, may inspect Your stored bullion at any time during NWTM's normal business hours upon reasonable notice of at least 2 business days. You or your designee must conform to all security procedures in place at NWTM's buildings and vaults. Prior to inspection, each inspecting person shall provide NWTM with current photographic identification showing at least name, current address, and a clear picture of his or her face. In the case of a legally designated representative, a copy of the legal instrument authorizing the party to act on Your behalf must be produced. NWTM may keep a record of any person inspecting bullion and his or her documents.

**10. Warranties.** You warrant to NWTM that You own or have proper legal authority to control and direct all bullion delivered to NWTM for storage. You also warrant that You have not altered, changed, modified or tampered with any bullion placed in storage or directed another in such an act.

**11. Insurance / Replacement Liability.** NWTM agrees to cover all metal ounce-for-ounce while in storage under any existing policy controlled by NWTM. NWTM is required to maintain sufficient coverage at all times to cover all stored bullion at full replacement value at any prevailing market rate. Prevailing market rate is defined to be the spot rate of said bullion at the time of replacement, not at the time of original purchase or delivery into storage. NWTM agrees to cover You for loss by theft (both internal and external), loss or damage by negligence, loss or damage by fire or flood and loss or damage under any other coverage type as stipulated in any policy held in the name of NWTM. NWTM further agrees that in the event of loss or damage, as stipulated above, if the policy provider for NWTM does not cover said bullion held on Your behalf, NWTM will replace any loss or damage at its own expense in a reasonable time frame of not more than ninety (90) days.

**12. Shipment of Bullion.** All bullion shipments to and from NWTM's vault shall be fully insured. Both parties must take adequate care to package all bullion shipments in such a way as to prevent damage to the contents. Any shipment arriving at NWTM that appears damaged or in any way tampered with will be rejected—NWTM will not accept such a package from the carrier. Upon notification from You to remove bullion from storage, NWTM will ship Your bullion to you as soon as possible within thirty (30) days from the date of notice. Once NWTM has placed the bullion to be shipped with a common carrier, You hereby irrevocably release NWTM from

all claims of liability of every kind and nature whatsoever as now exist or which may hereafter arise.

**13. No Payment of Interest.** NWTM will not pay you interest for any bullion held on storage. At any time, you may place additional bullion with NWTM for storage or remove bullion from storage by Liquidating or taking delivery of the bullion. If you Liquidate bullion held on storage, NWTM will attempt to mail a check to you in payment in the ordinary course of business. If for any reason you do not take delivery of the check, the funds will remain at NWTM, but NWTM will not pay You interest of any type or amount regardless of the duration the funds remain at NWTM. After each addition or removal of bullion, NWTM will prepare an Addendum and send it to You for your signature. You shall execute and return all copies of the Addendum in a timely manner. After execution by both parties, NWTM will return to You an executed copy of the Addendum.

**14. Location of Stored Bullion.** NWTM may, at its sole discretion, store, ship or relocate any portion of, or all its stored bullion to any of its vaults located in the United States, including storing portions of Your stored bullion at multiple locations. If business necessity dictates, NWTM may likewise store, ship or relocate any portion or all its stored bullion to other vaults not controlled by NWTM as long as such vaults are at least equivalent in quality and safety to those maintained by NWTM.

**15. Counterparts.** This Agreement may be signed in two (2) counterparts; each of which shall be deemed an original, and which together shall constitute one agreement.

**16. Facsimile and E-mail Transmission.** Facsimile transmission of any signed original document, and retransmission of any signed facsimile transmission, shall be the same as delivery of an original. At the request of either party, the parties will confirm facsimile transmitted signatures by signing an original document. E-mail transmission of any document or notice shall not be effective to modify, alter or amend this Agreement unless the parties to this Agreement otherwise agree in writing and both parties duly sign said written agreement.

**17. Notice.** Any notice provided herein shall be effective if addressed to the respective party at the address located at the front of this Agreement; or if addressed to the proper party at his or her respective e-mail address, which for NWTM is indicated on NWTM's website, and for You is shown in our internal records.

**18. Reservations of Right.** In addition to the other rights hereunder, NWTM reserves the following rights unto itself:

    **A. Right to Refuse Service to Anyone.** NWTM reserves the right to refuse service to anyone.

    **B. Right to Correct Clear Errors.** NWTM reserves the right to correct any clear error or computer-related problems. Specifically, NWTM reserves the right to correct errors made on statements of account sent to You on a quarterly basis, or more often as the case may be. NWTM will make a good faith effort to notify You of any correction.

**19. Controlling Law / Venue.** This Agreement shall be construed under the laws of the State of Washington. Venue for any Court or adjudicating entity determining the rights of any party hereto shall be the Superior or District Court for King County, Washington State; or the United States District Court for the Western District of Washington.

**20. Force Majeure.** Any prevention, delay or stoppage in our performance of any term hereto due to strikes, lockouts, labor disputes, acts of God, inability to obtain labor or materials or reasonable substitutes therefore, governmental restrictions, regulations or controls, the suspension by commodity exchanges in the trading of gold, silver, platinum or palladium futures contracts or the delivery of the commodities underlying such contracts, or the failure or delay of vendors, enemy or hostile governmental action, riot, civil commotion, fire or other casualty, and other causes beyond our control, shall excuse our performance, and extend the performance of our duties and responsibilities hereunder, for a period equal to any such prevention, delay or stoppage.

**21. Complete Agreement.** This Agreement constitutes the complete and final expression of the agreement

Scanned by CamScanner

between the parties relating to the storage of bullion within NWTM's vaults, and supersedes all prior or contemporaneous contracts, agreements, understandings and representations of the parties, either oral or written, related thereto.

22. **Costs / Attorney Fees.** If either party shall retain an attorney to enforce its rights hereunder, the prevailing party shall be entitled to recover all reasonable costs, expenses and attorney fees from the non-prevailing party.

23. **Disclaimer of Warranties:** EXCEPT FOR EXPRESS WARRANTIES CONTAINED HEREIN, NWTM DISCLAIMS ALL IMPLIED WARRANTIES OF EVERY KIND AND NATURE, INCLUDING SPECIFICALLY THE IMPLIED WARRANTY OF MERCHANTIBILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE AS TO ALL BULLION STORED WITHIN NWTM'S VAULTS.

24. **Assignment.** NWTM may assign or transfer any of its rights, duties and responsibilities hereunder, or any interest therein, without notice to You, to any entity controlled by NWTM. You may assign or transfer any of your rights, duties and responsibilities only upon prior written notice to NWTM, and upon written permission granted by NWTM, which permission is not to be unreasonably withheld.

25. **Written Modification / Waiver of Terms.** NWTM reserves the right to modify or amend the terms of this Agreement at any time without notice. You shall not modify or amend the terms of this Agreement except by prior written agreement with NWTM.

26. **Binding Effect.** Each and every provision of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, personal representatives, successors and assigns, subject at all times to all provisions and restrictions elsewhere in this Agreement. Except as expressly provided herein, nothing in this Agreement is intended to confer on any person, other that the parties hereto and their respective heirs, personal representatives, successors and assigns, any rights or remedies under or by reason of this Agreement.

27. **Plural / Singular and Gender.** Unless some other meaning and intent are clearly apparent from the context herein, the plural shall include the singular, and the singular shall include the plural; and masculine, feminine and neuter words shall be used interchangeably.

28. **Captions.** The captions shown in this Agreement are for convenience or reference purposes only, and shall not, in any manner, be utilized to construe the scope or intent of any provision herein.

29. **Invalid Provisions.** If any provision of this Agreement, or the applicability of any such provision to a specific situation, shall be held invalid or unenforceable by a Court or adjudicating body of competent jurisdiction, such provision shall be modified to the minimum extent necessary to preserve the intent and spirit of this Agreement, and to make it or its application valid and enforceable; and the validity and enforceability of all other provisions of this Agreement and all other applications of any such provision shall not be affected thereby.

30. **Time of Essence.** Time is of the essence in this Agreement.

NOW THEREFORE, the parties hereto set their hand.

Northwest Territorial Mint, DLC            Ralph Fair

By: _____    By: _____
     Ross B. Hansen, President & CEO                     Ralph Fair

# Northwest Territorial Mint General Storage Agreement

This General Storage Agreement ("Agreement") is entered into on the year and date set forth at the bottom of this Agreement between Northwest Territorial Mint, (NWTM) located at 1307 West Valley Highway North, Suite 101, Auburn, WA 98001, and **Ralph Fair, 6186 Michael's Drive, Courteny, BC V9J 1P4 Canada**. The contents of the Agreement supercede any previous Agreements. The parties hereto agree as follows, intending to be bound thereby.

1. *Storage.* NWTM shall provide secure storage for order **96931** for

    (Twenty Six gold US St. Gaudens coins)

    belonging to **Ralph Fair** in a TL-rated safe at a rate of thirty dollars ($30.00) up to the first ten ounces (10 oz.); then three dollars per one ounce ($3.00 / 1 oz.) thereafter ($78.00 total). The storage fee is due with the signed contract. Storage pricing is guaranteed for one year. NWTM reserves the right to change the storage fee upon 60 days written notice to **Ralph Fair** after the first year.

    1a. *Storage Security.* NWTM agrees to maintain quality security practices that specifically include the following: (ON SITE ARMED GUARD) an armed security person or personnel shall be on premises at night. Typical NWTM employees shall provide security during normal business hours. (SECURITY CAMERAS) Cameras must be in use at all times and set to record events on a tape rotation basis unless some other similar technology is in place. Tapes or copies of tapes must be made available to **Ralph Fair** immediately in the event of a security breach. Tapes and storage device(s) must be kept in a securely locked location.

2. *Audits.* **Ralph Fair** may designate people to inspect his metal by providing NWTM with the name of the person prior to the inspection. The person conducting the inspection must provide NWTM photo identification to properly identify themselves.

3. *Insurance.* NWTM agrees to cover **Ralph Fair** ounce for ounce while in storage under any existing policy controlled by NWTM. NWTM is required to maintain enough coverage at all times to cover all silver stored on behalf of **Ralph Fair**. NWTM agrees that said insurance is to cover full replacement value of all silver bullion at any prevailing market rate of silver. Prevailing rate is defined to be the spot rate of silver at the time of replacement and not at the original market price the silver was originally obtained. NWTM agrees to cover **Ralph Fair** for loss by theft, both inside and external theft, loss or damage by negligence, loss or damage by fire or flood and any other coverage type as stipulated in any POLICY held in the name of NWTM. NWTM further agrees that in the event of loss or damage, as stipulated above, IF the policy provider for NWTM does not cover silver held on behalf of **Ralph Fair**, that NWTM will replace any loss or damage at their own expense in a reasonable time frame of not more than 90 days.

**Ralph Fair**

By: *[signature]*

Name: R.S. Fair

Title: _____

Date: Dec. 23, 2008

**Northwest Territorial Mint**

By: *[signature]*

Name: Ross B. Hansen

Title: President

Date: 1-8-09

Scanned by CamScanner



# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
RALPH FAIR
6186 MICHAEL'S DRIVE
COURTENAY BC V9J1P4

**Ship To:**
RALPH FAIR
6186 MICHAEL'S DRIVE
COURTENAY BC V9J1P4
CANADA

| | | | |
|---|---|---|---|
| Invoice Number: | 671541 | Sales Person: | NWTM House Account |
| Invoice Date: | 1/1/2015 | Terms: | Due on receipt of Invoi |
| Customer ID: | 1007263 | Packing List: | |
| Order Number: | | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | storage-au / STORAGE FEE GOLD | 22 | $5.00 | $110.00 |



| | |
|---|---|
| **Invoice Total:** | $110.00 |
| **Paid To Date:** | $0.00 |
| **Balance Due:** | $110.00 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

Scanned by CamScanner
Case 16-11767-CMA    Doc 496-2    Filed 07/07/16    Ent. 07/07/16 14:11:45    Pg. 7 of 9



# NORTHWEST TERRITORIAL MINT

Federal Way, WA • Auburn, WA • Dayton, NV • Green Bay, WI
Tomball, TX • Alexandria, VA • The Pentagon

P.O. Box 2148, Auburn, WA 98071-2148
800-344-6468 • NWTMint.com

## METAL STORAGE STATEMENT

| | |
|---|---|
| Statement Date: | 12/31/2014 |
| Last Statement Date: | 9/30/2014 |
| Page: | 1 of 1 |

Ralph Fair
6186 Michael's Dr
Courtenay, BC V9J 1P4
CANADA

## SUMMARY OF ACCOUNT BALANCES

| Account Type | Statement Frequency | Beginning Balance | Ending Balance |
|---|---|---|---|
| Gold Bullion Storage | Quarterly | 22.00 | 22.00 |

## SUMMARY OF ACTIVITY

†Gold US $20 St. Gaudens MS64 coins

| | Gold† Troy Ounces |
|---|---|
| Beginning Balance | 22.00 |
| Additions | .00 |
| Withdrawals* | .00 |
| Net Change | (.00) |
| Ending Balance | 22.00 |

## DETAIL OF ACTIVITY

| Additions | | Withdrawals | |
|---|---|---|---|
| Date | Description | Date | Description |
| —NO ACTIVITY— | | —NO ACTIVITY— | |

Sincerely,

*RH*

Ross Hansen,
President & CEO

*$110.° U.S.*
*STORAGE FEE*
*DUE JAN/16*

*At your discretion, you may liquidate or take possession of your balance at any time. If you have any questions or concerns regarding this statement, please call Amelia Swan at (253) 528-1828. Thank you for your business.

Scanned by CamScanner



# NORTHWEST TERRITORIAL MINT LLC

## Invoice

Sold To: Ralph Fair
6186 Michael's Drive
Courtenay, BC V9J1P4
Canada

Ship To: Ralph Fair
6186 Michael's Drive
Courtenay, BC V9J1P4
Canada

| Invoice Number: | 2013FAIRRALP | Salesman: | Storage Agreement |
|---|---|---|---|
| Invoice Date: | 03/27/13 | Terms: | PAY UPON RECEIPT OF INVOICE |
| Customer: | 08FAIRRALPH | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | STORAGE - Bullion Storage fees for 26 oz gold for period 01/01/13 to 12/31/13. | | $130.00 / EA | $130.00 |

|  |  |
|---|---|
| Sub-total: | $130.00 |
| Sales Tax: | $0.00 |
| Shipping Charges: | $0.00 |
| Invoice Total: | $130.00 |
| Paid To Date: | $0.00 |
| Balance Due: | $130.00 |