FILED
Western District of Washington
at Seattle

JUL 12 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

memorandum of record
July 8, 2016
Olympia

Mark Hatcher
OFFICE OF UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON
COURT CLERK
United States Courthouse
700 Stewart Street, Room 6301
Seattle, WA 98101

Re: Chapter 11  Northwest Territorial Mint LLC, 16-11767 and clarification about Honorable Bankruptcy Judge.

Dear Mark Hatcher,

Please see the attached Lawyer Profile obtained from the Washington State Bar Association Web site.

I am confused as to why the judge in your court has a name on your web site and the BAR web site has a another name similar but not the same exact name.

At the May 20, 2016 show cause hearing I asked the honorable judge sitting on the bench: "Who are you?" The man on the bench said: "I am the bankruptcy judge." Highly unlikely a parent named him "bankruptcy judge", as that is a title owned by the United States. I was not looking for his government title.

Why does the United States court allow a man to use an alias while performing duties as a federal judge? Possibly the judge is using an alias with the BAR association? So which is it? I don't know and whenever I appear before the judge he is not willing to answer my questions or any questions sent by mail.

Thank you for investigating the matter and replying by mail.

reserving my right of first refusal,

*[signature]*

jeffrey mark mcmeel

900 jefferson st. SE Olympia, XX    98501

cc: Duty judge US bankruptcy appellate Pasadena, CA.

| WSBA.ORG Website | CLE ONLINE Store | My Profile | MCLE Activities Search | LAWYER Directory |

Login

Lawyer Directory » Lawyer Profile

**Lawyer Directory**

Search for:

Lawyer Directory

Discipline Notices

# Christopher Mark Alston ⟵⟶ Who is this man?

| | |
|---|---|
| **WSBA Number:** | 18823 |
| **Admit Date:** | 11/16/1989 |
| **Member Status:** | Judicial |
| **Public/Mailing Address:** | United States Bankruptcy Court<br>700 Stewart St Ste 6301<br>Seattle, WA 98101-4441<br>United States |
| **Phone:** | (206) 370-5330 |
| **Fax:** | |
| **TDD:** | |
| **Email:** | |
| **Website:** | |

### Practice Information        Back to top

| | |
|---|---|
| Firm or Employer: | United States Bankruptcy Court |
| Firm Size: | Government/ Public Sector |
| Practice Areas: | Judicial Officer |
| Other Languages Spoken: | None Specified |

### Liability Insurance        Back to top

| | |
|---|---|
| Private Practice: | No |
| Has Insurance? | No - Click for more info |
| Last Updated: | 07/10/2015 |

### Committees        Back to top

Member of these committees/boards/panels:

None

### Disciplinary History

No Public Disciplinary History

Only active members of the Washington State Bar Association, and others as authorized by law, may practice law in Washington.

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207.

Disclaimer +

© 2016 Washington State Bar Association, all rights reserved.

| myWSBA | Lawyer Directory | MCLE | WSBA CLE | WSBA Sections |
|---|---|---|---|---|
| My Profile | Search Lawyer Directory | Access MCLE | Online Store | My Section Memberships |
| My Contact Info | | MCLE Activities Search | Seminar Calendar | Join a Section |
| My Practice Info | | | | |
| Change Password | | | | **WSBA Committees**<br>My Committees |

Case 16-11767-CMA    Doc 500    Filed 07/12/16    Ent. 07/12/16 11:10:19    Pg. 2 of 2