# EXHIBIT A

**Northwest Territorial Mint**
**Customer Owned Inventory to Return**
**June, 2016**

| Owner | Location | Contents | Qty | Gold oz | Silver oz |
|---|---|---|---:|---:|---:|
| **Arthur Rickman** | Fed Way | 199 1oz silver kookaburras | 1.0 | | 199.0 |
| | | 300 1oz Eagles | 1.0 | | 300.0 |
| | | 4  10oz snake lunar | 1.0 | | 40.0 |
| | | 60 1oz silver maple leave | 1.0 | | 60.0 |
| | | GAE 1 oz | 1.0 | 1.0 | |
| | | GCML 1 oz | 1.0 | 1.0 | |
| | | GVPhil - 1 oz | 1.0 | 1.0 | |
| | | Krug - 1 oz | 1.0 | 1.0 | |
| **Arthur Rickman Total** | | | **8.0** | **4.0** | **599.0** |
| **Betty Lewis** | Auburn | 1830 1oz Pan American Silver Rounds | 1.0 | | 1,830.0 |
| | Fed Way | 1 oz CML | 1.0 | 75.0 | |
| | | 1 oz Krugerrands | 1.0 | 5.0 | |
| **Betty Lewis Total** | | | **3.0** | **80.0** | **1,830.0** |
| **Brad Cameron** | Fed Way | 10 oz - Gold bar | 1.0 | 10.0 | |
| **Brad Cameron Total** | | | **1.0** | **10.0** | |
| **Daniel J & Mildred Paolucci** | Nevada | Johnson Matthey, Silver Bars, 100oz, Qty 7 | 12.0 | | 8,400.0 |
| | | Johnson Matthey, Silver Bars, 100oz, Qty 8 | 2.0 | | 1,600.0 |
| **Daniel J & Mildred Paolucci Total** | | | **14.0** | | **10,000.0** |
| **Daphne Blanchard** | Nevada | Silver Eagle Coins | 12.0 | | 5,508.0 |
| | | Silver Eagle coins | 1.0 | | 500.0 |
| **Daphne Blanchard Total** | | | **13.0** | | **6,008.0** |
| **Fred Mulbauher** | Fed Way | 100oz pure silver Johnson Matthey Bars | 1.0 | | 700.0 |
| | | 1oz silver rounds | 1.0 | | 120.0 |
| | Nevada | PA 100 oz bars, Qty 5 | 1.0 | | 500.0 |
| | | PA 100 oz bars, Qty 6 | 3.0 | | 1,800.0 |
| **Fred Mulbauher Total** | | | **6.0** | | **3,120.0** |
| **Gary Bushouse** | Fed Way | 100oz silver bars NTR | 1.0 | | 300.0 |
| **Gary Bushouse Total** | | | **1.0** | | **300.0** |
| **Gerald Walken** | Auburn | 10 - 100oz Pan American Silver Bars | 1.0 | | 1,000.0 |
| | Fed Way | 1 oz Gold CML | 1.0 | 7.0 | |
| | | 1/10 oz GCML 10 pieces | 1.0 | 1.0 | |
| | | 1/2 oz GCML 4 pieces | 1.0 | 2.0 | |
| **Gerald Walken Total** | | | **4.0** | **10.0** | **1,000.0** |
| **Greg Difrancesco** | Auburn | 5 - 100oz Engelhard Silver Bars | 1.0 | | 500.0 |
| **Greg Difrancesco Total** | | | **1.0** | | **500.0** |
| **Hui Zhang** | Nevada | 178 silver medallions | 1.0 | | 178.0 |
| **Hui Zhang  Total** | | | **1.0** | | **178.0** |
| **James Merlino Estate** | Fed Way | 100oz Silver bars (5) | 1.0 | | 500.0 |
| | | 100oz Silver bars (6) | 2.0 | | 1,200.0 |
| **James Merlino Estate Total** | | | **3.0** | | **1,700.0** |
| **Jeff McMeel** | Fed Way | 480 US Morgan silver dollars | 1.0 | | 371.0 |
| **Jeff McMeel  Total** | | | **1.0** | | **371.0** |
| **Jessica Hardy** | Fed Way | 1 oz Silver rounds .999 | 1.0 | | 777.0 |
| **Jessica Hardy Total** | | | **1.0** | | **777.0** |
| **John Peterson** | Fed Way | 1 oz Gold bars | 1.0 | 29.0 | |
| | | 1 oz Krugerrands - 33 pieces | 1.0 | 33.0 | |
| **John Peterson Total** | | | **2.0** | **62.0** | |
| **Lisa Vincent** | Fed Way | 100 - 1 oz NWT bars | 1.0 | | 100.0 |

| Owner | Location | Contents | Qty | Gold oz | Silver oz |
|---|---|---|---|---|---|
| Lisa Vincent | Fed Way | 1oz gold bars | 1.0 | 6.0 | |
| **Lisa Vincent Total** | | | **2.0** | **6.0** | **100.0** |
| Mary Louise Donovan Trust | Auburn | 1000 - 1oz Silver American Eagles | 1.0 | | 1,000.0 |
| **Mary Louise Donovan Trust Total** | | | **1.0** | | **1,000.0** |
| Mary Secaur | Auburn | 5 - 1oz Silver American Eagles -Sealed Monster Box | 1.0 | | 5.0 |
| **Mary Secaur Total** | | | **1.0** | | **5.0** |
| Matthew Staley | Fed Way | Krugerrands 12 pieces | 1.0 | 12.0 | |
| **Matthew Staley Total** | | | **1.0** | **12.0** | |
| Michael Laurion | Fed Way | Sent to assay | 1.0 | - | |
| **Michael Laurion Total** | | | **1.0** | **-** | |
| Norman Hauptman | Fed Way | Silver Philharmonics 1 oz coins | 1.0 | | 1,500.0 |
| | | 1 oz Gold VPHIL | 1.0 | 7.0 | |
| | | 1/10 Gold VPHIL - 33 pieces | 1.0 | 3.3 | |
| | | 1/10 oz GAE - 33 pieces | 1.0 | 3.3 | |
| | | 1/10 oz GCML 32 piecs | 1.0 | 3.2 | |
| | | GAE 1 oz | 1.0 | 9.0 | |
| | | GCML 1 oz | 1.0 | 7.0 | |
| **Norman Hauptman Total** | | | **7.0** | **32.8** | **1,500.0** |
| Norman Liedtke | Auburn | 6 - 1000 oz Silver Bars | 1.0 | | 6,000.0 |
| **Norman Liedtke Total** | | | **1.0** | | **6,000.0** |
| Pick up - Scott | Fed Way | 1922 St. Gaudens | 1.0 | 0.2 | |
| **Pick up - Scott Total** | | | **1.0** | **0.2** | |
| Ralph Fair | Fed Way | 22 Certified MS 64 St. Gaudens | 1.0 | 21.3 | |
| **Ralph Fair Total** | | | **1.0** | **21.3** | |
| Randy and Diane Wong | Auburn | 9 - 100oz Pan American Silver Bars | 1.0 | | 900.0 |
| | | 998 - 1oz silver Emerican Eagles | 1.0 | | 998.0 |
| **Randy and Diane Wong Total** | | | **2.0** | | **1,898.0** |
| Randy Gaines | Fed Way | 100 gram gold bars - 2 pieces | 1.0 | 6.4 | |
| **Randy Gaines Total** | | | **1.0** | **6.4** | |
| Randy or Diane Wong | Fed Way | 100 oz silver bars PA - 21 | 1.0 | | 2,100.0 |
| **Randy or Diane Wong Total** | | | **1.0** | | **2,100.0** |
| Rizwan Ghumman | Nevada | 97607 returned 100 NWT bars & 1 - 100 oz nwt bar | 1.0 | | 200.0 |
| **Rizwan Ghumman Total** | | | **1.0** | | **200.0** |
| Rosanne Herrin | Fed Way | 2 proof silver american eagles and a silver necklace | 1.0 | | 0.7 |
| **Rosanne Herrin Total** | | | **1.0** | | **0.7** |
| Russ & Bonnie Sweeney | Auburn | 840 oz Pan American Silver Bars | 1.0 | | 840.0 |
| **Russ & Bonnie Sweeney Total** | | | **1.0** | | **840.0** |
| Yuquin Chen | Fed Way | Krug - 10 pieces | 1.0 | 10.0 | |
| | Fed Way | CML - 10 pieces | 1.0 | 10.0 | |
| **Yuquin Chen Total** | | | **2.0** | **20.0** | |
| **Grand Total** | | | **84.0** | **264.7** | **40,026.7** |

Note:  All weights are approximate.