**DENIED.**

Christopher M. Alston
U.S. Bankruptcy Judge
(Date as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) CHAPTER 11 |
| | ) |
| | ) No. 16-11767 |
| | ) |
| | ) ORDER |
| NORTHWEST TERRITORIAL MINT, LLC | ) |
| | ) |
| Debtor | ) |

Whereas, the liability and collateral damage to Jeffrey Mark McMeel, Claimant, is without controversy and the Court sees nor hears any objections under oath to said liability and Collateral damage.

AND

ORDER

Judge Pro Tempore Jeffrey M. McMeel
900 Jefferson St. SE
Olympia, XX 98501

**DENIED.**

Whereas, The Court, expressed and bound by the previous papers filed into this case by McMeel, has determined Satisfaction, Settlement and Judgement is granted to McMeel, thus enabling McMeel to hold adverse parties harmless. Furthermore, to prevent an assault caused by further delay against McMeel.

IT IS HEREBY ORDERED THAT:

All gold and silver bullion located on the premises of Northwest Territorial Mint LLC, or that should be there, is to be delivered to McMeel without any further delay. Total value as determined by trustee Mark Thomas Calvert of Bellevue, Washington at 56 million U. S. dollars.

IT IS FURTHER ORDER THAT :

International Fidelity Insurance Company State of New Jersey in the city of Newark has bonded the debtor's liability, the sufficiency of the Surety approved by the U.S. Trustee and is ordered to release from their reserves, payment necessary to acquire the precious metals and deliver to a location as specified by McMeel.

///END OF ORDER///

ORDER

Judge Pro Tempore Jeffrey M. McMeel
900 Jefferson St. SE
Olympia, XX 98501

**DENIED.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2016, I mailed ORDER by CERTIFIED mail # 7014 0510 0001 1856 0599 to the clerk of the court:

U.S. Bankruptcy Court
700 Stewart St.
#6301
Seattle, WA 98101

7014 0510 0001 1856 0599

The Clerk of the Court shall enter this into the CM/ECF system which will send notification of such filing to all other parties of record pursuant to the CM/ECF system.

By: _Jeffry mark mcmeel_ Ex Rel
Jeffrey mark mcmeel
900 Jefferson st. SE
Olympia, XX 98501