RCVD
FILED
Western District of Washington
at Seattle

JUL 21 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

memorandum of record
July16, 2016
olympia, Washington

Susan M. Spraul
Clerk of Court
Bankruptcy Appellate Panel
125 South Grand Ave.
Pasadena, California 91105

RE: Washington State Bar Association Grievance Against a Lawyer, No. 201607040001— Christopher Mark Alston

## Preliminary Notice to the particular fact.

Dear Clerk Spraul,

The Washington State Bar Association Grievance against the lawyer Alston which you returned to me is evidence of the ongoing delay, an assault, against this Claimant in the Seattle Court case No. 16-11767, Northwest Territorial Mint, LLC.

Susan , you are now eligible to be called as a material witness to the probable cause of the particular fact of my Claim.

By: jeffrey mark mcmeel, Ex Rel    *jffy mak mcmeel*

900 Jefferson St. SE Olympia, XX  98501


cc: Clerk of Court , U.S. Bankruptcy Court  700 Stewart St. #6301 Seattle, WA 98101

**BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT**
125 South Grand Avenue
Pasadena, California 91105

Susan M. Spraul
Clerk of Court

(626) 229-7225

July 11, 2016

jeffrey mark mcmeel
900 Jefferson St. SE
Olympia, WA 98501

Dear jeffrey mark mcmeel:

    On July 8, 2016, the Ninth Circuit Bankruptcy Appellate Panel ("BAP") received from you three documents: (1) a Grievance Against a Lawyer; (2) copy of an order entered June 22, 2016, by the United States Bankruptcy Court for the Western District of Washington; and (3) a Certificate of Service indicating that you mailed the grievance and order to the bankruptcy court and to the BAP.

    The three documents do not reference any matter pending before the BAP.

    Accordingly, the BAP will take no action with respect to the documents received July 8, 2016, and is instead returning those documents to you.

Sincerely,

Susan M. Spraul
Clerk of Court

Encl.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2016, I mailed "Preliminary Notice of the particular fact "and letter from Susan M. Spraul to the clerk of the court and a copy to the clerk of the court in Seattle :

    Bankruptcy Appellate Panel
    125 South Grand Ave.
    Pasadena , CA 91105

and to:

    U.S. Bankruptcy Court
    700 Stewart St.
    #6301
    Seattle , WA 98101

The Clerk of the Court shall enter this into the CM/ECF system which will send notification of such filing to all other parties of record pursuant to the CM/ECF system.

By: _____ Ex Rel
    Jeffrey mark mcmeel
    900 Jefferson st. SE
    Olympia, XX 98501