# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

Erin Anderson
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

July 21, 2016

**Via CM/ECF**

Thomas Bucknell
Bucjnell Stehlik & Sato, LLP
2003 Western Avenue
Suite 400
Seattle, WA 98121

  Re: <u>In re Northwest Territorial Mint, LLC</u>, Case No. 16-11767

Dear Mr. Bucknell:

  The Court received your letter filed on July 20, 2016 (ECF No. 531), informing the Court that you intend to withdraw your client's 2004 Application. The Court appreciates your letter and will strike the hearing currently set for July 22, 2016. Please do not hesitate to contact chambers should you have any questions.

           Sincerely,

           Erin Anderson
           Law Clerk to Christopher M. Alston