Judge Christopher M. Alston

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) CASE NO. 16-11767-CMA |
| NORTHWEST TERRITORIAL MINT, LLC, | ) |
| | ) NOTICE OF APPEARANCE AND RE- |
| | ) QUEST FOR SPECIAL NOTICE WITH |
| | ) CERTIFICATE OF SERVICE |
| Debtor. | ) **[CLERK'S ACTION REQUIRED]** |
| | ) |

PLEASE TAKE NOTICE that Bruce P. Kriegman and the Kriegman Law Office, PLLC (collectively "KLO") hereby appear as attorneys for Adrienne Atwell in the above-entitled matter. KLO hereby requests, pursuant to FRBP 2002, 3017 and 9010 and other applicable law, that it be given special notice of and served with any and all motions, applications, proceedings, orders, notices, pleadings and any and all other papers of any kind filed with the Court in said matter whether electronically or otherwise (except original process) and that the same be directed and delivered to KLO at the following address:

> Bruce P. Kriegman, Esq.
> Kriegman Law Office, PLLC
> 600 University Street, Suite 2100
> Seattle, WA 98101
> bkriegman@kriegmanlaw.com
> sblan@kriegmanlaw.com

**The Clerk of the Court is also requested to add the undersigned's name and addresses to**

NOTICE OF APPEARANCE/RE-
QUEST FOR SPECIAL NOTICE - 1

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344

**to the master mailing matrix.**

Dated this 21st day of July, 2016

KRIEGMAN LAW OFFICE, PLLC


/s/ Bruce P. Kriegman
Bruce P. Kriegman, WSBA #14228
Attorney for Adrienne Atwell


CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of July, 2016 she caused this notice to be filed on the Court's case management/electronic case file system ("ECF") for the above-entitled case and thereby served said notice upon all of the parties who have registered their respective e-mail addresses with ECF and/or appeared or requested special notice in the case and that, in addition, thereto, on July 21, 2016, she caused a copy of said notice to be deposited into U.S. Mail postage prepaid and served upon the following parties at the address indicated:

| | |
|---|---|
| Northwest Territorial Mint, LLC<br>Debtor/Pro Se<br>PO Box 2148<br>Auburn, WA 98071-2148 | Mark Thomas Calvert, Chapter 11 Trustee<br>1420 5th Avenue #3382<br>Seattle, WA 98101 |
| Michael J. Gearin, Esq.<br>K & L Gates LLP<br>Attorneys for Chapter 11 Trustee<br>925 4th Ave., Suite 2900<br>Seattle, WA 98104-1158 | Martin L. Smith, Esq.<br>Senior Attorney<br>Office of the US Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101 |

NOTICE OF APPEARANCE/RE-
QUEST FOR SPECIAL NOTICE - 2

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344

| | |
|---|---|
| 1 | Mark Northrup, Esq. |
| 2 | Miller Nash Graham & Dunn LLP<br>Attorneys for the Official Unsecured Creditors' Committee |
| 3 | Pier 70 |
| 4 | 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121-1128 |

DATED this 21st day of July, 2016

KRIEGMAN LAW OFFICE, PLLC

/s/ Susan L. Blan
Susan L. Blan, Paralegal

NOTICE OF APPEARANCE/REQUEST FOR SPECIAL NOTICE - 3

KRIEGMAN LAW OFFICE, PLLC
2100 One Union Square
600 University Street
Seattle, WA 98101
(206) 903-0344