Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF MICHAEL J. GEARIN IN SUPPORT TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER HOLDING ROSS HANSEN IN CONTEMPT FOR VIOLATION OF AUTOMATIC STAY |

I, Michael J. Gearin, hereby declare as follows:

1. I am a partner in the law firm of K&L Gates LLP ("K&L Gates") and am duly authorized to practice in this Court. I submit this declaration in support of Mark Calvert (the "Trustee"), the duly appointed Chapter 11 Trustee's Reply in Support of Motion for Order Holding Ross Hansen in Contempt for Violation of Automatic Stay.

2. The Trustee filed his motion for order holding Ross Hansen in contempt for violation of automatic stay (the "Contempt Motion") on June 28, 2016 and scheduled the hearing on the Contempt Motion for July 22, 2016.

3. On Thursday, July 7, 2016, we received a Notice of Deposition of Mark Calvert in the Matter of the Trustee's Motion for Contempt from C. James Frush, attorney for Ross Hansen ("Mr. Frush") setting the Calvert deposition for July 14, 2016.

DECLARATION OF MICHAEL J. GEARIN IN
SUPPORT TRUSTEE'S REPLY IN SUPPORT OF
MOTION FOR ORDER HOLDING ROSS HANSEN
IN CONTEMPT FOR VIOLATION OF
AUTOMATIC STAY - 1

K:\2070561\00001\20892_MJG\20892P25F0

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 576    Filed 08/02/16    Ent. 08/02/16 20:27:12    Pg. 1 of 4

4. On Friday, July 8, 2016, I notified Mr. Frush that the Trustee would be out of the country on July 14, 2016 and suggested alternative dates for a deposition of the Trustee.

5. On Monday, July 11, 2016, I spoke with Mr. Frush and we agreed to schedule the Trustee's deposition on July 28, 2016. At Mr. Frush's request, I also agreed to continue the hearing on the Contempt Motion to August 5, 2016.

6. In our communications of July 11 and 12 and earlier, Mr. Frush never discussed conducting any depositions other than that of the Trustee.

7. The hearing on the Contempt Motion was continued to August 5, 2016. Responses to the Contempt Motion were due on July 29, 2016 under the bankruptcy local rules following the continuance of the hearing to the August 5, 2016 calendar.

8. On July 19, 2016 our office received deposition notices from Mr. Frush setting depositions for four employees of Northwest Territorial Mint, LLC on July 29, 2016. Until the deposition notices were received, I was unaware that Mr. Frush intended to depose any of these witnesses. All four NWTM employees were made available and attended their depositions on July 29, 2016.

9. On July 26, 2016, Mr. Frush requested that we continue the hearing on the Contempt Motion again. I told him we had already continued it once at Mr. Hansen's request and that the Trustee was not in a position to continue the hearing again.

10. On August 1, 2016, I conducted a deposition of Mr. Hansen regarding the Contempt Motion. Attached hereto as Exhibit A are highlighted excerpts from the transcript of that deposition.

11. On July 27, 2016, our office conducted a deposition of Michael Parish. Attached hereto as Exhibit B are excerpts from the transcript of that deposition.

DECLARATION OF MICHAEL J. GEARIN IN
SUPPORT TRUSTEE'S REPLY IN SUPPORT OF
MOTION FOR ORDER HOLDING ROSS HANSEN
IN CONTEMPT FOR VIOLATION OF
AUTOMATIC STAY - 2

K:\2070561\00001\20892_MJG\20892P25F0

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 576    Filed 08/02/16    Ent. 08/02/16 20:27:12    Pg. 2 of 4

12. On July 29, 2016, Mr. Frush conducted a deposition of Destiny Krum, one of the employees from NTWM. Attached hereto as Exhibit C are excerpts from the transcript of that deposition.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of August, 2016, at Seattle, Washington.

*/s/ Michael J. Gearin*
Michael J. Gearin

DECLARATION OF MICHAEL J. GEARIN IN
SUPPORT TRUSTEE'S REPLY IN SUPPORT OF
MOTION FOR ORDER HOLDING ROSS HANSEN
IN CONTEMPT FOR VIOLATION OF
AUTOMATIC STAY - 3

K:\2070561\00001\20892_MJG\20892P25F0

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 576    Filed 08/02/16    Ent. 08/02/16 20:27:12    Pg. 3 of 4

## **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on August 2, 2016, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 2nd day of August, 2016 at Seattle, Washington.

*/s/ Denise A. Evans*
Denise A. Evans

DECLARATION OF MICHAEL J. GEARIN IN SUPPORT TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER HOLDING ROSS HANSEN IN CONTEMPT FOR VIOLATION OF AUTOMATIC STAY - 4

K:\2070561\00001\20892_MJG\20892P25F0

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 576    Filed 08/02/16    Ent. 08/02/16 20:27:12    Pg. 4 of 4