# The Tracy Law Group PLLC
720 Olive Way Ste 1000
Seattle, WA 98101 USA

Ph:206-624-9894        Fax:206-624-8598

Northwest Territorial Mint LLC                    August 24, 2016
2505 S 320th St
Federal Way, WA

|                | |
|---|---|
| File #: | 00321 |
| Inv #:  | 14438 |

**Attention:** Ross Hansen

**RE:** Northwest Territorial Mint Chapter 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-01-16 | Review "lease agreements" and discuss research with J. McFarlane | 1.50 | 675.00 | JTT |
| | Telephone calls R. Hansen re meeting with Cohen Counsel (.8); Telephone call with J. Hammell representing Cohen (.2); Telephone conference with T. Buford at US Trustee office re case (.6) | 1.60 | 720.00 | JTT |
| | Conference with S. Reilly re other first day motions including cash management, utlities, payroll; E-mail client to put together list of utility vendors | 0.90 | 405.00 | JTT |
| | Multiple telephone calls with Elliot Bay to discuss CRO agreement and employment process (1.5); Review draft motions to approve employment of CRO (.7) | 2.20 | 990.00 | JTT |
| | Review precious metal leases and research whether section 365 applies due to fungible nature of metals. | 2.50 | 850.00 | JM |
| | Preliminary drafting and brief research of multiple first day pleadings (cash management) and multiple communications with Debtor's staff re information needed to prepare such pleadings. | 2.00 | 590.00 | SR |
| | Preliminary drafting and brief research of | 4.50 | 1,327.50 | SR |

EXHIBIT C

| | | | | |
|---|---|---|---|---|
| | multiple first day pleadings (pre-petition wages/ empoyee benefits) and multiple communications with Debtor's staff re information needed to prepare such pleadings. | | | |
| | Multiple teleconferences with potential restructuring officers, draft multiple pleadings related to same. | 3.50 | 1,032.50 | SR |
| Apr-02-16 | Receive and review bank account and utility spreadsheets for first days, e-mails re same | 0.40 | 118.00 | SR |
| | Review of revised engagement letter and teleconference with potential CRO re engagement, status, staffing matters. | 1.00 | 295.00 | SR |
| Apr-03-16 | Draft Cash Management pleadings | 2.50 | 737.50 | SR |
| | Draft utility/ adequate assurance pleadings, review of historical amounts paid. | 3.50 | 1,032.50 | SR |
| | Finalize employment pleadings for chief restructuring officer, e-mails re same. | 2.50 | 737.50 | SR |
| Apr-04-16 | Confer with J. McFarlane re leases and their status in bankruptcy | 0.50 | 225.00 | JTT |
| | Review multiple first day motions (2.5); Telephone conference with R, Mitchell representing Cohen (1.0); Telephone conference with B. Weisfield re additional conference call (.5); Conference call with Weisfield and Mitchell (1.0); Telephone conference with R. Hansen re financial reports (.4); Multiple e-mails re setting up meeting to tour facility (.2) | 5.60 | 2,520.00 | JTT |
| | Multiple office conferences with S. Reilly re first day motions | 1.10 | 495.00 | JTT |
| | Conference call with B. Weisfield and S. Heath | 0.80 | 360.00 | JTT |
| | Telephone call with A. Wenokur re CRO Motion | 0.40 | 180.00 | JTT |
| | Telephone call with R. Hansen re CRO | 0.40 | 180.00 | JTT |
| | E-mail exchange with R. Hansen, B. Weisfield, S. Heath and S. Reilly re CRO motion | 0.20 | 90.00 | JTT |

EXHIBIT C

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Research potential for priority to precious metal "leases" in Chapter 11 bankruptcy context. | 2.00 | 680.00 | JM |
| | Edit payroll, utility, and cash management motions and prepare exhibits with updated data. | 2.10 | 619.50 | SR |
| | Draft case management pleadings, draft motions to shorten time and limit notice | 3.50 | 1,032.50 | SR |
| | Teleconferences with Cohen counsel (x2) and proposed chief Restructuring Officers (x2); confer with T. Tracy re same, multiple e-mails re same. | 2.40 | 708.00 | SR |
| | Finalize Chief Restructuring Officer pleadings | 0.50 | 147.50 | SR |
| Apr-05-16 | Review and revise payroll motion, utility motion, case management | 1.00 | 450.00 | JTT |
| | Telephone call to Judge Alston chambers re setting hearing dates. | 0.30 | 135.00 | JTT |
| | Multiple e-mails and phone calls with M. Smith, S. Aebig, M. Gearin, Z. Mosner, R. Mitchell, T. Geher re motion for CRO, objections thereto, case status | 3.60 | 1,620.00 | JTT |
| | Conference calls (x3) with R. Hansen and B. Weisfield re objections to CRO | 1.50 | 675.00 | JTT |
| | Confer with S. Reilly re final CRO motion to be filed; Revise language re implementation | 1.00 | 450.00 | JTT |
| | Develop spreadsheet for Precious Metal Lease Agreements; Research treatment of precious metal lease agreements. | 1.60 | 544.00 | JM |
| | Conference call with client and T. Tracy re filings, status, communications with creditors | 0.40 | 118.00 | SR |
| | Draft motion to shorten time and limit notice pleadings, declaration of R. Hansen in support of First Day Motions. | 3.20 | 944.00 | SR |
| | Confer with T. Tracy re first day motions, edit same, prepare exhibits, edit and finalize all first day pleadings. | 4.70 | 1,386.50 | SR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-06-16 | Research stay issue re continued garnishments; Draft e-mail re releasing garnishments | 1.50 | 675.00 | JTT |
| | Calls with creditors and other counsel re case status. (x15) | 2.50 | 1,125.00 | JTT |
| | Draft e-mail to Hammel re inspection | 0.20 | 90.00 | JTT |
| | Work on schedules | 0.70 | 315.00 | JTT |
| | Multiple conversations with Weisfield, Client, UST re CRO Motion (2.7); Review responses re CRO motion; Draft and file reply/withdrawal of motion for CRO; Review possible Trustee appointment | 4.20 | 1,890.00 | JTT |
| | Research whether precious metal lease agreements constitute a bailment or lease for purposes of Section 365. | 1.30 | 442.00 | JM |
| | Communicate with client re notice requirements, creditor lists, prepare service lists, multiple e-mails re same, serve creditors with emergency motions, file POS of same. | 1.90 | 560.50 | SR |
| | Receive and respond to numerous creditor calls, confer with T. Tracy re developments, communications with client, opposing counsel, proposed CRO, US Trustee | 1.70 | 501.50 | SR |
| | Prepare for hearing on first day motions. | 1.20 | 354.00 | SR |
| | Draft employment application of TTLG, Decl of T. Tracy, Ord re same, review of trust payments and records for same. | 2.60 | 767.00 | SR |
| Apr-07-16 | Prepare for and attend hearing on first day motions; Revise and file orders | 5.30 | 2,385.00 | JTT |
| | Telephone conferences with R. Hansen x3 | 1.50 | 675.00 | JTT |
| | Prepare for and attend hearing on Emergency Motions. (NO CHARGE) | 2.00 | 0.00 | SR |
| | Teleconference with R. Hyatt re creditor claim, status (.2); Receive and manage multiple creditor calls (.9) | 1.10 | 324.50 | SR |
| Apr-08-16 | Work on getting bank balances for UST to determine bond. (NO CHARGE) | 0.50 | 0.00 | JTT |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Multiple conference calls with client, creditors, Gearin, etc re order on Trustee Appointment | 3.00 | 1,350.00 | JTT |
|  | Receive and return numerous calls from creditors, re claims, status. (Steve Fox, Robert Austin, Susan Seller, several un-named claimants) | 1.70 | 501.50 | SR |
|  | Receive and review ex parte application for appointment of Calvert as trustee, e-mails re same. | 0.20 | 59.00 | SR |
| Apr-11-16 | Forward bullion leases to Gearin | 0.40 | 180.00 | JTT |
|  | Creditor inquiries re case filing and status | 0.40 | 180.00 | JTT |
|  | Telephone calls and e-mails with Hansen and Gearin re setting up meeting with Calvert at office building | 0.60 | 270.00 | JTT |
|  | Totals | 99.90 | $35,715.50 |  |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Mar-31-16 | LexisNexis research | 49.63 |
|  | PACER | 2.60 |
| Apr-08-16 | Postage - Order on utilities | 13.10 |
| Apr-21-16 | Photocopies - Motion to Withdraw, Notice, Supporting Declaration | 32.40 |
| Apr-30-16 | LexisNexis research | 172.25 |
| May-01-16 | Excess Telephone Charges April 2016 Ruby Receptionists | 1,525.82 |
| Jun-01-16 | Excess Telephone Charges May 2016 Ruby Receptionists | 396.97 |
| Jun-06-16 | USBC audio recording of hearing - ordered 5/6 | 30.00 |
| Jul-12-16 | PACER | 16.30 |
|  | Totals | $2,239.07 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | $37,954.57 |
| Previous Balance | 21,885.50 |
| Previous Payments | 21,885.50 |
| **Balance Now Due** | $37,954.57 |

TAX ID Number    46-3384776

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Apr-01-16 | Payment | 21,885.50 |
| | **Total Payments** | **$21,885.50** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---:|---:|
|  | Trust Balance Forward |  | 149,460.00 |
| Apr-01-16 | Paid To: The Tracy Law Group PLLC Payment | 21,885.50 |  |
|  | Paid To: U.S. Bankruptcy Court Filing Fee - Chapter 11 | 1,717.00 |  |
|  | **Total Trust** | $23,602.50 | $149,460.00 |
|  | **Trust Balance** |  | **$125,857.50** |

EXHIBIT C