# EXHIBIT A

# BULLION STORAGE AGREEMENT

This Bullion Storage Agreement (the "Agreement"), dated and made effective this **25th day of September, 2012**, is entered into by and between **Northwest Territorial Mint, LLC** ("NWTM"), a Washington limited liability company, located at 2505 S 320th St Ste 110, Federal Way, WA 98003, and Arthur Rickman ("You"), an individual, located at 9030 Parrot Ave, Downey, CA 90240.

WHEREAS, NWTM is a mint duly authorized to deal in bullion, and it maintains TL-rated vaults on its premises, one of which is located in Federal Way, WA, suitable for safely and reliably storing bullion;

WHEREAS, You are the owner or person with lawful control of that certain bullion described herein who wishes to store Your bullion within NWTM's vaults on the terms and conditions provided herein;

NOW THEREFORE, IN CONSIDERATION of the following terms and conditions, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Description of Stored Bullion.** NWTM shall provide secure storage in NWTM's vaults for bullion belonging to or controlled by You consisting of:
    - 800 QTY B10091 – Silver 1 oz. American Eagles
    - 199 QTY B10291 – Silver 1 oz. Kookaburras ✓
    - 60 QTY B10100 – Silver 1 oz. Canadian Maple Leaves ✓
    - 4 QTY B99610 – Silver 10 oz. Australian Snake Lunar Series ✓
    - 1 QTY B10030 – Gold 1 oz. Vienna Philharmonics
    - 1 QTY B10000 – Gold 1 oz. American Eagle
    - 1 QTY B10010 – Gold 1 oz. Canadian Maple Leaves
    - 1 QTY B10020 – Gold 1 oz. Krugerrands

2. **Initial Storage Fee.** Upon the effective date of this Agreement, You shall remit to NWTM the initial Storage Fee, calculated in accordance with the Storage Rates herein, for the first year of storage. Thereafter, the Storage Fee is due annually—to be paid in advance on the first day of January (the "Billing Date") for the upcoming calendar year—and is calculated in accordance with the Storage Rates herein. Your Storage Fee will be recalculated annually based on the actual amount of bullion on storage on the Billing Date. On the first annual Billing Date, NWTM will prorate Your Storage Fee to reflect any remaining credit balance. If at any time You add bullion to your storage account, NWTM will revise Your Storage Fee, and you will be billed for the increase from the date the additional bullion is placed on storage. All Storage Fees herein are non-refundable, and reductions in bullion held on storage, other than annual recalculations on the Billing Date, do not reduce the Storage Fee. Your initial Storage Fee shall be $74.95.

3. **Annual Storage Fee.** During the Term of this Agreement, Your annual Storage Fee is due on the first day of each January. Your first annual Storage Fee is $74.95. Thereafter, your annual Storage Fee shall be determined by the rate schedule in Section 4.

4. **Storage Rates.** Storage Rates are guaranteed for one year. NWTM reserves the right after the first year to modify Storage Rates upon 60 days written notice to You. Storage Rates for all bullion held on storage shall be as follows:

    A. **Silver.** The annual Storage Rate for silver shall be five cents ($0.05) per ounce of silver—to be paid in U.S. Dollars. The minimum annual Storage Fee is $50.00 regardless of actual ounces of silver held on storage.

    B. **Gold, Platinum, and Palladium.** The annual Storage Rate for Gold, Platinum, and Palladium shall be five dollars ($5.00) per ounce of said bullion—to be paid in U.S. Dollars. There is no minimum annual

Storage Fee for your first year of storage. After your first year of storage, the minimum annual Storage Fee is $50.00 regardless of actual ounces of gold held on storage.

5. **Changes to Stored Bullion / Statements.** Throughout the Term of this Agreement, at each instance in which You place additional bullion on storage or remove existing bullion from storage through Liquidation or otherwise, NWTM will update its records to reflect the change in your total holdings and will provide documentation of your current holdings in a Statement issued each calendar year quarter, which shall be incorporated into and become part of this Agreement. The Statement will set forth any additions or subtractions to your bullion holdings during the applicable quarter and will state your total holdings in ounces by metal type. The Statement will modify the Description of Stored Bullion contained in this Agreement or in any previous Statement. The most recent Statement will control over this Agreement and any previously provided Statement. Any increase to your annual Storage Fee resulting from additions to your bullion holdings will be separately billed and your annual Storage Fee will be reflected in an annual invoice. In all other respects, this Agreement will remain in full force and effect.

6. **Term / Termination.** This Agreement shall have an initial Term of one (1) year, and shall become effective on the date first set forth above. This Agreement shall renew automatically on an annual basis unless earlier terminated by either party upon thirty (30) days notice. Termination is accomplished by removing all bullion on storage with NWTM. Upon Termination, NWTM will ship Your bullion to the last known address on NWTM's records. Alternatively, You may Liquidate Your bullion and receive a cash payment payable by check.

7. **Liquidation.** "Liquidation" shall mean converting a certain quantity of stored bullion into cash to be paid to You by check. You may liquidate stored bullion, in whole or in part, at any time by calling NWTM during normal business hours. NWTM shall pay You based on NWTM's prevailing buy price for that same product, and payment shall be made to You within thirty (30) days thereafter. If You Liquidate Your total quantity of stored bullion hereunder, this Agreement shall terminate upon NWTM's provision of final payment to You.

8. **Storage Security.** NWTM agrees to maintain quality security practices at its storage facilities to reduce the risk of physical loss to stored bullion. At a minimum, these security practices include: ON-SITE ARMED GUARD—an armed security person or personnel shall be on the premises at night. Typical NWTM employees shall provide security during normal business hours; SURVEILLANCE CAMERAS—a system of cameras trained on NWTM vaults and common entrance points to its buildings must be in use at all times and set to record events on a tape rotation basis unless some other similar technology is in place. NWTM shall store surveillance camera tapes, hard-drives or other recording media in a securely locked location. In the unlikely event of a security breach affecting Your stored bullion, NWTM shall provide copies of surveillance camera records to You upon written request.

9. **Inspection.** You, or Your legally designated representative, may inspect Your stored bullion at any time during NWTM's normal business hours upon reasonable notice of at least 2 business days. You or your designee must conform to all security procedures in place at NWTM's buildings and vaults. Prior to inspection, each inspecting person shall provide NWTM with current photographic identification showing at least name, current address, and a clear picture of his or her face. In the case of a legally designated representative, a copy of the legal instrument authorizing the party to act on Your behalf must be produced. NWTM may keep a record of any person inspecting bullion and his or her documents.

10. **Warranties.** You warrant to NWTM that You own or have proper legal authority to control and direct all bullion delivered to NWTM for storage. You also warrant that You have not altered, changed, modified or tampered with any bullion placed in storage or directed another in such an act.

11. **Insurance / Replacement Liability.** NWTM agrees to cover all metal ounce-for-ounce while in storage under any existing policy controlled by NWTM. NWTM is required to maintain sufficient coverage at all times to cover all stored bullion at full replacement value at any prevailing market rate. Prevailing market rate is defined to be

the spot rate of said bullion at the time of replacement, not at the time of original purchase or delivery into storage. NWTM agrees to cover You for loss by theft (both internal and external), loss or damage by negligence, loss or damage by fire or flood and loss or damage under any other coverage type as stipulated in any policy held in the name of NWTM. NWTM further agrees that in the event of loss or damage, as stipulated above, if the policy provider for NWTM does not cover said bullion held on Your behalf, NWTM will replace any loss or damage at its own expense in a reasonable time frame of not more than ninety (90) days.

**12. Shipment of Bullion.** All bullion shipments to and from NWTM's vault shall be fully insured. Both parties must take adequate care to package all bullion shipments in such a way as to prevent damage to the contents. Any shipment arriving at NWTM that appears damaged or in any way tampered with will be rejected—NWTM will not accept such a package from the carrier. Upon notification from You to remove bullion from storage, NWTM will ship Your bullion to you as soon as possible within thirty (30) days from the date of notice. Once NWTM has placed the bullion to be shipped with a common carrier, You hereby irrevocably release NWTM from all claims of liability of every kind and nature whatsoever as now exist or which may hereafter arise.

**13. No Payment of Interest.** NWTM will not pay you interest for any bullion held on storage. At any time, you may place additional bullion with NWTM for storage or remove bullion from storage by Liquidating or taking delivery of the bullion. If you Liquidate bullion held on storage, NWTM will attempt to mail a check to you in payment in the ordinary course of business. If for any reason you do not take delivery of the check, the funds will remain at NWTM, but NWTM will not pay You interest of any type or amount regardless of the duration the funds remain at NWTM. After each addition or removal of bullion, NWTM will prepare an Addendum and send it to You for your signature. You shall execute and return all copies of the Addendum in a timely manner. After execution by both parties, NWTM will return to You an executed copy of the Addendum.

**14. Location of Stored Bullion.** NWTM may, at its sole discretion, store, ship or relocate any portion of, or all its stored bullion to any of its vaults located in the United States, including storing portions of Your stored bullion at multiple locations. If business necessity dictates, NWTM may likewise store, ship or relocate any portion or all its stored bullion to other vaults not controlled by NWTM as long as such vaults are at least equivalent in quality and safety to those maintained by NWTM.

**15. Counterparts.** This Agreement may be signed in two (2) counterparts; each of which shall be deemed an original, and which together shall constitute one agreement.

**16. Facsimile and E-mail Transmission.** Facsimile transmission of any signed original document, and retransmission of any signed facsimile transmission, shall be the same as delivery of an original. At the request of either party, the parties will confirm facsimile transmitted signatures by signing an original document. E-mail transmission of any document or notice shall not be effective to modify, alter or amend this Agreement unless the parties to this Agreement otherwise agree in writing and both parties duly sign said written agreement.

**17. Notice.** Any notice provided herein shall be effective if addressed to the respective party at the address located at the front of this Agreement; or if addressed to the proper party at his or her respective e-mail address, which for NWTM is indicated on NWTM's website, and for You is shown in our internal records.

**18. Reservations of Right.** In addition to the other rights hereunder, NWTM reserves the following rights unto itself:

    **A. Right to Refuse Service to Anyone.** NWTM reserves the right to refuse service to anyone.

    **B. Right to Correct Clear Errors.** NWTM reserves the right to correct any clear error or computer-related problems. Specifically, NWTM reserves the right to correct errors made on statements of account sent to You on a quarterly basis, or more often as the case may be. NWTM will make a good faith effort to notify You of any correction.

**19. Controlling Law / Venue.** This Agreement shall be construed under the laws of the State of Washington.

Venue for any Court or adjudicating entity determining the rights of any party hereto shall be the Superior or District Court for King County, Washington State; or the United States District Court for the Western District of Washington.

20. **Force Majeure.** Any prevention, delay or stoppage in our performance of any term hereto due to strikes, lockouts, labor disputes, acts of God, inability to obtain labor or materials or reasonable substitutes therefore, governmental restrictions, regulations or controls, the suspension by commodity exchanges in the trading of gold, silver, platinum or palladium futures contracts or the delivery of the commodities underlying such contracts, or the failure or delay of vendors, enemy or hostile governmental action, riot, civil commotion, fire or other casualty, and other causes beyond our control, shall excuse our performance, and extend the performance of our duties and responsibilities hereunder, for a period equal to any such prevention, delay or stoppage.

21. **Complete Agreement.** This Agreement constitutes the complete and final expression of the agreement between the parties relating to the storage of bullion within NWTM's vaults, and supersedes all prior or contemporaneous contracts, agreements, understandings and representations of the parties, either oral or written, related thereto.

22. **Costs / Attorney Fees.** If either party shall retain an attorney to enforce its rights hereunder, the prevailing party shall be entitled to recover all reasonable costs, expenses and attorney fees from the non-prevailing party.

23. **Disclaimer of Warranties:** EXCEPT FOR EXPRESS WARRANTIES CONTAINED HEREIN, NWTM DISCLAIMS ALL IMPLIED WARRANTIES OF EVERY KIND AND NATURE, INCLUDING SPECIFICALLY THE IMPLIED WARRANTY OF MERCHANTIBILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE AS TO ALL BULLION STORED WITHIN NWTM'S VAULTS.

24. **Assignment.** NWTM may assign or transfer any of its rights, duties and responsibilities hereunder, or any interest therein, without notice to You, to any entity controlled by NWTM. You may assign or transfer any of your rights, duties and responsibilities only upon prior written notice to NWTM, and upon written permission granted by NWTM, which permission is not to be unreasonably withheld.

25. **Written Modification / Waiver of Terms.** NWTM reserves the right to modify or amend the terms of this Agreement at any time without notice. You shall not modify or amend the terms of this Agreement except by prior written agreement with NWTM.

26. **Binding Effect.** Each and every provision of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, personal representatives, successors and assigns, subject at all times to all provisions and restrictions elsewhere in this Agreement. Except as expressly provided herein, nothing in this Agreement is intended to confer on any person, other that the parties hereto and their respective heirs, personal representatives, successors and assigns, any rights or remedies under or by reason of this Agreement.

27. **Plural / Singular and Gender.** Unless some other meaning and intent are clearly apparent from the context herein, the plural shall include the singular, and the singular shall include the plural; and masculine, feminine and neuter words shall be used interchangeably.

28. **Captions.** The captions shown in this Agreement are for convenience or reference purposes only, and shall not, in any manner, be utilized to construe the scope or intent of any provision herein.

29. **Invalid Provisions.** If any provision of this Agreement, or the applicability of any such provision to a specific situation, shall be held invalid or unenforceable by a Court or adjudicating body of competent jurisdiction, such provision shall be modified to the minimum extent necessary to preserve the intent and spirit of this Agreement, and to make it or its application valid and enforceable; and the validity and enforceability of all other provisions of this Agreement and all other applications of any such provision shall not be affected thereby.

NOW THEREFORE, the parties hereto set their hand.

Northwest Territorial Mint, LLC           Arthur Rickman

By: _____                By: _____
    Ross B. Hansen, President & CEO           Arthur Rickman

*for agreement dated and made effective 9-25-2012*



# NORTHWEST TERRITORIAL MINT LLC

PO Box 2148
Auburn, WA 98071-2148
Phone: 800-344-6468
Fax: 253-735-2210

## Purchase Order

**To:** Arthur Rickman
9030 Parrot Ave
Downey, CA 90240
United States

**Ship To:** NORTHWEST TERRITORIAL MINT LLC
2505 S. 320th Street
Ste. 110
Federal Way, WA 98003
United States

**Order Number:** 80960
**Order Date:** 09/25/12
**Vendor Code:** 8RICKMANARTH
**Vendor Phone:** (714) 235-7183
**Vendor FAX:**
**FOB:** Grand Mound, IA

**Ship Via:**
**Terms:** Bullion Held On Account
**Contact:** Arthur Rickman
**Purchasing Agent:** Derrin Tallman

STORAGE

Paid $74.95 via credit card Tran ID #228681782 Order #380595 - Derrin

| Quantity Ordered | Part Number / Description | Date Required | Unit Cost | Unit | Amount |
|---|---|---|---|---|---|
| 1 | B10091 SILVER MONSTER BOX, 1 OZ. AMERICAN EAGLES (500 OZ.) JOB NUMBER(S): STOCK (1) | 09/25/12 | Advise | EA | $0.00 |
| 1 | B10030 GOLD 1 OZ. VIENNA PHILHARMONICS JOB NUMBER(S): STOCK (1) | 09/25/12 | Advise | EA | $0.00 |
| 1 | B10000 GOLD 1 OZ. AMERICAN EAGLE JOB NUMBER(S): STOCK (1) | 09/25/12 | Advise | EA | $0.00 |
| 1 | B10010 GOLD 1 OZ. CANADIAN MAPLE LEAVES .9999 FINE GOLD JOB NUMBER(S): STOCK (1) | 09/25/12 | Advise | EA | $0.00 |
| 1 | B10020 GOLD 1 OZ. KRUGERRANDS JOB NUMBER(S): STOCK (1) | 09/25/12 | Advise | EA | $0.00 |

| Quantity Ordered | Part Number Description | Date Required | Unit Cost | Unit | Amount |
|---|---|---|---|---|---|
| 199 | B10291<br>1 OZ. SILVER KOOKABURRAS<br>JOB NUMBER(S): STOCK (199) | 09/25/12 | Advise | EA | $0.00 |
| 300 | B10090<br>SILVER 1 OZ. AMERICAN EAGLES<br>JOB NUMBER(S): STOCK (300) | 09/25/12 | Advise | EA | $0.00 |
| 60 | B10100<br>SILVER 1 OZ. CANADIAN MAPLE LEAVES<br>JOB NUMBER(S): STOCK (60) | 09/25/12 | Advise | EA | $0.00 |
| 4 | B99610<br>SILVER 10 OZ. AUSTRAILIAN SNAKE LUNAR SERIES<br>JOB NUMBER(S): STOCK (4) | 09/25/12 | Advise | EA | $0.00 |

*Order Total:* ***$0.00***



# NORTHWEST TERRITORIAL MINT LLC
PO Box 2148
Auburn, WA 98071-2148
Phone: 800-344-6468
Fax: 253-735-2210

## Invoice

**Bill To:** Arthur Rickman
120 West Trillium Circle
Spring, TX 77381
United States

**Ship To:** Arthur Rickman
702 Smith St
Grand Mound, IA 52751
United States

| | | | |
|---|---|---|---|
| Order Number: | 380595 | PO Number: | 124140 |
| Date Entered: | 09/25/12 | Ship Via: | |
| Customer: | 08RICKMANART | Salesman: | Derrin Tallman |
| Phone: | (714) 235-7183 | Terms: | Bullion Held On Account |
| FAX: | | Contact: | Arthur Rickman |
| FOB: | Auburn, WA | | |

STORAGE FEE
PO #80960
Paid $74.95 via credit card Tran #228681782 - Derrin

Rec pmt 09/25/12 Cred.Card $74.95 M

| Item | Qty | Part / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 1 | STORAGE / Bullion Storage fees 9/25/12 to 9/24/13 | $74.95 / EA | $74.95 |
| | | | Order Total: | $74.95 |



**NORTHWEST TERRITORIAL MINT LLC**
2505 S. 320th Street
Ste. 110
Federal Way, WA 98003
Phone: 800-344-6468
Fax: 253-735-2210

## Invoice

**Sold To:** Arthur Rickman
9030 Parrot Ave
Downey, CA 90240
United States

**Ship To:** Arthur Rickman
702 Smith St
Grand Mound, IA 52751
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 399248 | Salesman: | Derrin Tallman |
| Invoice Date: | 09/25/12 | Terms: | Bullion Held On Account |
| Customer: | 08RICKMANART | Packing List: | 399248 |
| Order No: | 380595 | PO Number: | 124140 |

STORAGE FEE
PO #80960
Paid $74.95 via credit card Tran #228681782 - Derrin

Rec pmt 09/25/12 Cred.Card $74.95 M

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | STORAGE - Bullion Storage fees 9/25/12 to 9/24/13 | | $74.95 / EA | $74.95 |

| | |
|---|---|
| Sub-total: | $74.95 |
| Sales Tax: | $0.00 |
| Shipped Via Storage invoice: | $0.00 |
| Invoice Total: | $74.95 |
| Paid To Date: | -$74.95 |
| Balance Due: | $0.00 |

## Metal Storage - Holdings

| Date | PO # or Order # | Gold | Silver | Palladium | Platinum | Converted $$ Value | Description |
|---|---|---|---|---|---|---|---|
| Rickman, Arthur - Customer ID - 1015273 | | | | | | | |
| 09/25/2012 | 80960 | 4.00 | 1,099.00 | | | $ 23,342.15 | Add: 800 QTY B10090 - Silver 1 oz. American Eagles & 199 QTY B10291 - Silver 1 oz. Kookaburras & 60 QTY B10100 - Silver 1 oz. Canadian Maple Leaves & 4 QTY B99610 - Silver 10 oz. Austrailian Snake Lunar Series & 1 QTY B10030 - Gold 1 oz. Vienna Philharmonics & 1 QTY B10000 - Gold 1 oz. American Eagle & 1 QTY B10010 - Gold 1 oz. Canadian Maple Leaves & 1 QTY B10020 - Gold 1 oz. Krugerrands  Storage account opened |
| 09/30/2012 | | 4.00 | 1,099.00 | | | $ 44,675.97 | |
| 12/31/2012 | | 4.00 | 1,099.00 | | | $ 40,055.45 | |
| 03/31/2013 | | 4.00 | 1,099.00 | | | $ 37,284.89 | |
| 06/30/2013 | | 4.00 | 1,099.00 | | | $ 26,569.94 | |
| 09/30/2013 | | 4.00 | 1,099.00 | | | $ 29,184.68 | |
| 12/31/2013 | | 4.00 | 1,099.00 | | | $ 26,196.35 | |
| 03/31/2014 | | 4.00 | 1,099.00 | | | $ 26,878.22 | |
| 06/30/2014 | | 4.00 | 1,099.00 | | | $ 28,365.02 | |
| 09/30/2014 | | 4.00 | 1,099.00 | | | $ - | |
| 12/31/2014 | | 4.00 | 1,099.00 | | | $ - | |