| Customer Name | Business Records of NWTM Purchased or Delivered Stored Inventory (What should be there) | Inventory Results of Jody Cannady and Christine Unwin | Discrepancy | Storage Inventory to Be Returned |
|---|---|---|---|---|
| Arthur Rickman | (1) 199 - 1oz silver kookaburras;<br>(2) 800 - 1oz American Eagles;<br>(3) 4 - 10oz Australian snake lunar series;<br>(4) 60 - 1oz silver Canadian maple leaf;<br>(5) 1 - 1oz. Gold American Eagle;<br>(6) 1 - 1oz. Gold Canadian Maple Leaf;<br>(7) 1 - 1oz. Gold Vienna Philharmonics; and<br>(8) 1 - 1oz. Krugerrand | (1) 199 - 1oz silver kookaburras;<br>(2) 300 - 1oz American Eagles;<br>(3) 4 - 10oz Australian snake lunar series;<br>(4) 60 - 1oz silver Canadian maple leaf;<br>(5) 1 - 1oz. Gold American Eagle;<br>(6) 1 - 1oz. Gold Canadian Maple Leaf;<br>(7) 1 - 1oz. Gold Vienna Philharmonics; and<br>(8) 1 - 1oz. Krugerrand | Missing 500 - 1oz American Eagles | (1) 199 - 1oz silver kookaburras;<br>(2) 300 - 1oz American Eagles;<br>(3) 4 - 10oz Australian snake lunar series;<br>(4) 60 - 1oz silver Canadian maple leaf;<br>(5) 1 - 1oz. Gold American Eagle;<br>(6) 1 - 1oz. Gold Canadian Maple Leaf;<br>(7) 1 - 1oz. Gold Vienna Philharmonics; and<br>(8) 1 - 1oz. Krugerrand |
| Betty Lewis | (1) 1830 - 1oz Pan American silver rounds;<br>(2) 80 - 1oz Gold Canadian Maple Leafs | (1) 1830 - 1oz Pan American silver rounds;<br>(2) 75 - 1oz Gold Canadian Maple Leafs;<br>(3) 5 - 1oz Krugerrand | 5 - 1oz Krugerrands were never purchased or delivered by Lewis | (1) 1830 - 1oz Pan American silver rounds;<br>(2) 75 - 1oz Gold Canadian Maple Leafs |
| Brad Cameron | (1) 1 - 10 oz gold bar | (1) 1 - 10 oz gold bar | None | (1) 1 - 10 oz gold bar |
| Daniel J & Mildred Paolucci | (1) 100 - 100oz Silver Johnson Matthey Bars | (1) 100 Johnson Matthey Silver bars 100 oz. each | None | (1) 100 - 100oz Silver Johnson Matthey Bars |
| Daphne Blanchard | (1) 8 Silver American Eagle Monster Boxes, 500 1 oz. coins each;<br>(2) 3 Canadian Maple Leaf Monster Boxes, 500 1 oz. coins each;<br>(3) 7 - 100 oz Pan American Silver Bars | (1) 5 Silver American Eagle Monster Boxes (2500 1 ounce Silver American Eagle coins);<br>(2) 8 Silver Canadian Maple Leaf Monster Boxes (4000 one ounce Silver Canadian Maple Leaf Coins) | Unexplained excess of 5 Silver Canadian Maple Leaf Monster Boxes (2500 1 oz. Canadian Maple Leafs);<br>Missing:<br>(1) 3 Silver American Eagle Monster Boxes, 500 1 oz. coins each;<br>(2) 7 - 100oz Pan American Silver Bars, 500 1 oz. coins each | (1) 5 Silver American Eagle monster boxes, 500 1 oz. coins each (2500 ounces);<br>(2) 3 Silver Canadian Maple Leaf monster boxes, 500 1 oz. coins each (1500 ounces) |
| Fred Mulbauher | (1) 23 – 100 oz. Pan American silver;<br>(2) 820 oz silver | (1) 23 – 100 oz. Pan American silver;<br>(2) 820 oz silver | None | (1) 23 – 100 oz. Pan American silver;<br>(2) 820 oz silver |
| Gary Bushouse | NWTM business records reflected no metals were left in Mr. Bushouse's storage account | (1) 3 - 100oz silver bars | Excess 3 - 100 oz. silver bars. All of Mr. Bushouse's metals were repurchased by NWTM | None |
| Gerald Walken | (1) 10 - 100oz Pan American Silver bars;<br>(2) 7 - 1oz Gold Canadian Maple Leafs;<br>(3) 10 - 1/10oz Gold Canadian Maple Leaves;<br>(4) 4 - 1/2oz Gold Canadian Maple Leafs | (1) 10 - 100oz Pan American Silver bars;<br>(2) 7 - 1oz Gold Canadian Maple Leafs;<br>(3) 10 - 1/10oz Gold Canadian Maple Leaves;<br>(4) 4 - 1/2oz Gold Canadian Maple Leafs | None | (1) 10 - 100oz Pan American Silver bars;<br>(2) 7 - 1oz Gold Canadian Maple Leafs;<br>(3) 10 - 1/10oz Gold Canadian Maple Leaves;<br>(4) 4 - 1/2oz Gold Canadian Maple Leafs |
| Greg Difrancesco | (1) 8 - 100oz silver bars | (1) 5 - 100oz silver bars | Missing 3 - 100oz silver bars | (1) 5 - 100oz silver bars |
| James Merlino Estate | (1) 17 - 100oz. silver bars | (1) 17 - 100oz. silver bars | None | (1) 17 - 100oz. silver bars |
| Jeffrey McMeel | (1) 21 tubes of 1921 BU Morgan Silver Dollars;<br>(2) 3 tubes of BU Pre-1904 Morgan Silver Dollars;<br>(3) 10 St. Gaudens MS-64;<br>(4) 10 tubes of BU Morgan Dollars (200 pieces) | (1) 21 tubes of 1921 US Morgan dollars (420 pieces)<br>(2) 3 tubes of Pre-1904 US Morgan dollars (60 pieces) | Missing (1) 10 St. Gaudens MS-64;<br>(2) 10 tubes of BU Morgan Dollars (200 pieces) | (1) 21 tubes of 1921 US Morgan dollars (420 pieces)<br>(2) 3 tubes of Pre-1904 US Morgan dollars (60 pieces) |
| Jessica Hardy | (1) 1715 - 1oz silver rounds .999;<br>(2) 1 Silver American Eagle | (1) 1106 - 1oz silver rounds .999;<br>(2) 1 - Silver American Eagle | Missing 609 - 1oz silver rounds .999 | (1) 1106 - 1oz silver rounds .999;<br>(2) 1 - Silver American Eagle |
| John Peterson | (1) 29 - 1oz gold bars;<br>(2) 25 - 1 oz. gold Canadian Maple Leafs;<br>(3) 33 - 1oz krugerrands | (1) 29 - 1oz gold bars;<br>(2) 33 - 1oz krugerrands | Missing 25 - 1oz gold Canadian Maple Leafs | (1) 29 - 1oz gold bars;<br>(2) 33 - 1oz krugerrands |
| Eric Zimmerman (deceased)/Lisa Vincent | (1) 11 - 1oz gold bars;<br>(2) 100 - 1oz silver bars | (1) 6 - 1oz gold bars;<br>(2) 100 - 1oz silver bars | Missing 5 - 1oz gold bars | Until such time we are able to ascertain that Lisa Vincent is rightful heir of Mr. Zimmerman, the stored inventory will remain in NWTM's possession. Upon confirmation of rightful heir, the storage inventory to be returned is:<br>(1) 100 - 1oz silver bars;<br>(2) 6 - 1 oz gold bars |
| Mary Louise Donovan Trust | NWTM business records reflect no metals left in the Donovan Trust storage account | (1) 1,000 - 1oz Silver American Eagles | Excess 1000 1 oz. Silver American Eagles. All of the Donovan Trust metals were repurchased by NWTM | None |
| Mary Secaur | NWTM business records reflect no metals left in Ms. Secaur's storage account | (1) 500 - 1oz Silver American Eagles | Excess 500 - 1 oz. Silver American Eagles. All of Ms. Secaur's metals were repurchased by NWTM | None |

# EXHIBIT A

| Customer Name | Business Records of NWTM Purchased or Delivered Stored Inventory (What should be there) | Inventory Results of Jody Cannady and Christine Unwin | Discrepancy | Storage Inventory to Be Returned |
|---|---|---|---|---|
| Matthew Staley | (1) 12 - 1oz. Krugerrands;<br>(2) 562 - 1 oz silver American Eagle coins | (1) 12 - 1oz. Krugerrands | Missing 562 - 1oz silver American Eagle coins | (1) 12 - 1oz. Krugerrands |
| Michael Laurion | NWTM business records reflect that Mr. Laurion delivered scrap metal to be send for assay | (1) Scrap metal | N/A | This inventory will not be returned to Mr. Laurion unless and until he contacts NWTM and substantiates his ownership. |
| Norman Hauptman | (1) 74,242 ounces of silver;<br>(2) 232.9 ounces of gold | (1) 1500 Silver Philharmonics 1oz coins;<br>(2) 7 - 1oz Gold Vienna Philharmonics;<br>(3) 33 - 1/10 Gold Vienna Philharmonics;<br>(4) 33 - 1/10oz Gold American Eagle;<br>(5) 32 - 1/10oz Gold Canadian Maple Leaf;<br>(6) 9 - 1oz Gold American Eagle;<br>(7) 7 - 1oz Gold Canadian Maple Leaf;<br>(8) 300 - 1oz silver rounds | Missing 72,442 oz of silver and 200.1 oz of gold | (1) 1500 Silver Philharmonics 1oz coins;<br>(2) 7 - 1oz Gold Vienna Philharmonics;<br>(3) 33 - 1/10 Gold Vienna Philharmonics;<br>(4) 33 - 1/10oz Gold American Eagle;<br>(5) 32 - 1/10oz Gold Canadian Maple Leaf;<br>(6) 9 - 1oz Gold American Eagle;<br>(7) 7 - 1oz Gold Canadian Maple Leaf;<br>(8) 300 - 1oz silver rounds |
| Norman Liedtke | (1) 6 - 1000oz silver bars | (1) 7 - 1000 oz silver bars | Excess 1 - 1000 oz. silver bar found in storage | (1) 6 - 1000 oz silver bars |
| Scott Serles | NWTM business records reflect that Scott Series was a walk in customer that placed an order and did not return to pick it up. | (1) 1922 St. Gaudens | N/A | This inventory will not be returned to Mr. Series unless and until he contacts NWTM and substantiates his ownership. |
| Ralph Fair | (1) 22 Certified MS 64 St. Gaudens | (1) 22 Certified MS 64 St. Gaudens | None | (1) 22 Certified MS 64 St. Gaudens |
| Randy and Diane Wong | (1) 40 – 100 oz Pan American silver bars;<br>(2) 14 Gold American Eagle coins;<br>(3) 215 – 10 oz. Pan American silver bars;<br>(4) 128 – 5 oz Pan American silver bars;<br>(5) 760 – 1 oz. Pan American silver bars;<br>(6) 2 Monster Boxes of Silver American Eagles (500 each);<br>(7) an additional 480 Silver American Eagles | (1) 30 - 100oz Pan American silver bars;<br>(2) 980 - 1oz Silver American Eagles | Missing<br>(1) 10 - 100oz Pan American silver bars;<br>(2) 14 Gold American Eagle Coins;<br>(3) 215 - 10oz Pan American Silver Bars;<br>(4) 128 - 5oz Pan American silver bars<br>(5) 760 - 1oz Pan American rounds,<br>(6) 500 - 1oz Silver American Eagles | (1) 21 - 100oz Pan American silver bars;<br>(2) 9 - 100oz Pan American silver bars;<br>(3) 980 - 1oz Silver American Eagles |
| Randy Gaines | (1) 5 – 100oz Pan American silver bars;<br>(2) 2 - 100 gram gold bars | (1) 2 - 100 gram gold bars | Missing 5 - 100oz Pan American silver bars | (1) 2 - 100 gram gold bars |
| Rosanne Herrin | No business records were found | (1) 2 proof silver American eagles;<br>(2) silver necklace | Unknown ownership and origin for: (1) 2 proof silver American eagles;<br>(2) silver necklace | Until such time we are able to confirm the items as belonging to Ms. Herrin, the inventory will remain in NWTM's possession. |
| Russ and Bonnie Sweeney | (1) 8 - 100oz Pan American silver bars;<br>(2) 4 - 10oz Pan American silver bars | (1) 10 - 100oz Pan American silver bars | (1) Missing 4 - 10oz Pan American silver bars;<br>Excess 2-100 oz. Pan American silver bars found in storage | (1) 8 - 100oz Pan American silver bars |
| Yuqun Chen | (1) 10 - 1oz krugerrands;<br>(2) 10 - 1oz Canadian Maple Leafs | (1) 10 - 1oz krugerrands;<br>(2) 10 - 1oz Canadian Maple Leafs | None | (1) 10 - 1oz krugerrands;<br>(2) 10 - 1oz Canadian Maple Leafs |