# EXHIBIT B

| Customer Name | Storage Inventory to Be Returned |
|---|---|
| Arthur Rickman | (1) 199 - 1oz silver kookaburras;<br>(2) 300 - 1oz American Eagles;<br>(3) 4 - 10oz Australian snake lunar series;<br>(4) 60 - 1oz silver Canadian maple leaf;<br>(5) 1 - 1oz. Gold American Eagle;<br>(6) 1 - 1oz. Gold Canadian Maple Leaf;<br>(7) 1 - 1oz. Gold Vienna Philharmonics; and<br>(8) 1 - 1oz. Krugerrand |
| Betty Lewis | (1) 1830 - 1oz Pan American silver rounds;<br>(2) 75 - 1oz Gold Canadian Maple Leafs |
| Brad Cameron | (1) 1 - 10 oz gold bar |
| Daniel J & Mildred Paolucci | (1) 100 - 100oz Silver Johnson Matthey Bars |
| Daphne Blanchard | (1) 5 Silver American Eagle monster boxes, 500 1 oz. coins each (2500 ounces);<br>(2) 3 Silver Canadian Maple Leaf monster boxes, 500 1 oz. coins each (1500 ounces) |
| Fred Mulbauher | (1) 23 – 100 oz. Pan American silver;<br>(2) 820 oz silver |
| Gerald Walken | (1) 10 - 100oz Pan American Silver bars;<br>(2) 7 - 1oz Gold Canadian Maple Leafs;<br>(3) 10 - 1/10oz Gold Canadian Maple Leaves;<br>(4) 4 - 1/2oz Gold Canadian Maple Leafs |
| Greg Difrancesco | (1) 5 - 100oz silver bars |
| James Merlino Estate | (1) 17 - 100oz. silver bars |
| Jeffrey McMeel | (1) 21 tubes of 1921 US Morgan dollars (420 pieces)<br>(2) 3 tubes of Pre-1904 US Morgan dollars (60 pieces) |
| Jessica Hardy | (1) 1106 - 1oz silver rounds .999;<br>(2) 1 - Silver American Eagle |
| John Peterson | (1) 29 - 1oz gold bars;<br>(2) 33 - 1oz krugerrands |
| Eric Zimmerman (deceased)/Lisa Vincent | Until such time we are able to ascertain that Lisa Vincent is rightful heir of Mr. Zimmerman, the stored inventory will remain in NWTM's possession. Upon confirmation of rightful heir, the storage inventory to be returned is:<br>(1) 100 - 1oz silver bars;<br>(2) 6 - 1 oz gold bars |
| Matthew Staley | (1) 12 - 1oz. Krugerrands |
| Michael Laurion | This inventory will not be returned to Mr. Laurion unless and until he contacts NWTM and substantiates his ownership. |

# EXHIBIT B

| Customer Name | Storage Inventory to Be Returned |
|---|---|
| Norman Hauptman | (1) 1500 Silver Philharmonics 1oz coins;<br>(2) 7 - 1oz Gold Vienna Philharmonics;<br>(3) 33 - 1/10 Gold Vienna Philharmonics;<br>(4) 33 - 1/10oz Gold American Eagle;<br>(5) 32 - 1/10oz Gold Canadian Maple Leaf;<br>(6) 9 - 1oz Gold American Eagle;<br>(7) 7 - 1oz Gold Canadian Maple Leaf;<br>(8) 300 - 1oz silver rounds |
| Norman Liedtke | (1) 6 - 1000 oz silver bars |
| Scott Serles | The inventory will not be returned to Mr. Serles unless and until he contacts NWTM and substantiates his ownership. |
| Ralph Fair | (1) 22 Certified MS 64 St. Gaudens |
| Randy and Diane Wong | (1) 21 - 100oz Pan American silver bars;<br>(2) 9 - 100oz Pan American silver bars;<br>(3) 980 - 1oz Silver American Eagles |
| Randy Gaines | (1) 2 - 100 gram gold bars |
| Rosanne Herrin | Until such time we are able to confirm the items as belonging to Ms. Herrin, the inventory will remain in NWTM's possession. |
| Russ and Bonnie Sweeney | (1) 8 - 100oz Pan American silver bars |
| Yuqun Chen | (1) 10 - 1oz krugerrands;<br>(2) 10 - 1oz Canadian Maple Leafs |