UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA<br><br>ORDER GRANTING MOTION FOR AUTHORITY TO RETURN STORED INVENTORY, OTHER CUSTOMER OWNED INVENTORY, AND COINING DIES |

This matter came before the Court on the Chapter 11 Trustee's Motion for Order Granting Authority to Return Stored Inventory, Other Customer Owned Inventory, and Coining Dies (the "Motion"); the Court having considered the Motion, the accompanying Declaration of Mark Calvert in support of the Motion, responses, the Supplemental Submission in Support of the Motion and the multiple supplemental declarations in support of the Motion, the arguments of counsel, and the pleadings and papers herein, **THE COURT HEREBY FINDS** that notice of the Motion was sufficient, and that good cause exists for the relief requested in the Motion.

Now therefore, it is **HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED;

ORDER GRANTING MOTION FOR AUTHORITY TO
RETURN STORED INVENTORY, OTHER CUSTOMER
OWNED INVENTORY, AND COINING DIES - 1

K:\2070561\00001\20892_MJG\20892P25GH

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. The Trustee may return the inventory identified on Exhibit A attached hereto to the owners of such inventory, provided that each customer who is to received returned inventory will agree in writing to the termination of his or her bullion storage agreement relating to the returned product and waiver of claims relating to such termination;

3. The Trustee may return, to Mr. Overson, the two guns safes purchased by Mr. Overson and located at the Debtor's Auburn premises;

4. The Trustee may return the Coining Dies purchased by Mr. Rayburn D. Pollard to Mr. Pollard;

5. The Trustee may return the four (4) Coining Dies purchased by the Kavli Foundation to the Kavli Foundation;

6. To the extent that the Trustee determines that there are additional coining dies that are not owned by the Debtor, the Trustee may, without further order of the Court, return them to any individuals or entities establishing an ownership interest in such coining dies; and

7. The Trustee may return, to Mr. Rizwan Ghumman, product shipped to him that was erroneously returned to the Debtor by the delivery service.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING MOTION FOR AUTHORITY TO
RETURN STORED INVENTORY, OTHER CUSTOMER
OWNED INVENTORY, AND COINING DIES - 2

K:\2070561\00001\20892_MJG\20892P25GH

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 708    Filed 09/19/16    Ent. 09/19/16 12:23:03    Pg. 2 of 2