FILED
Western District of Washington
at Seattle

OCT 31 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Christopher M. Alston        10/24/2016

United States Bankruptcy Court

Western District of Washington        case # 16-11767-CMA

Your Honor:

    My wife and I are among the many investors who purchased precious metals bullion from Northwest Territorial Mint, LLC and never received delivery of the products we ordered in the sum of $6,300.00. Now a portion of that company has filed for bankruptcy of its bullion sales operation and many of us are left without being reimbursed for our purchases nor any indication if we will ever receive any portion of the bullion purchases we made. As a previous customer of NWTM, I continue to be listed on their e-mail roster of interested customers and have, much to my chagrin, continued to receive e-mail solicitations to purchase from this company. Under the ruse of being only the Medallic Arts arm of the company, they continue to function and sell their wares while we are left with no way to recoup our investments save for whatever relief your court can afford us in the future.

    Yesterday I opened my e-mail to be assaulted with a promotional flyer (attached) soliciting the sales of the product known as "Signature Silver Bullets", replicas in .999 fine silver of nine popular calibers of ammunition. These were previously available for purchase through the bullion section of the company which is now in bankruptcy and has supposedly stopped bullion sales entirely. These are not medallions, commemoratives of anything, nor lapel pins or bottle openers.................rather these are clearly **bullion products** being marketed in the same manner any bullion is sold, by Troy ounce weight. I believe this manner of bullion sales violates the bankruptcy restrictions imposed upon Northwest Territorial Mint and simply permits this company to return to selling bullion to new unsuspecting customers while the rest of us remain unreimbursed. I ask that the court look into this matter and take the necessary action to cease this practice. If NWTM has sufficient silver bullion to manufacture and sell these .999 fine silver cartridges, that company owes my wife and I the equivalent of 400 ounces.

    Thank you in advance for your assistance in this matter.

*Gary W. Grice*
Gary W. Grice

Folsom, CA

Cc: K&L Gates LLP

**garygrice**

**From:** "Northwest Territorial Mint" <announcements@nwtmint.com>
**Date:** Wednesday, October 19, 2016 3:03 PM
**To:** <gwgric@mindspring.com>
**Subject:** Our Silver Bullets Are Back!

Having trouble viewing this email? Click here

Share This Email   Share on Facebook ▶   Tweet This ▶

SIGNATURE SILVER BULLETS™   SIGNATURE COPPER BULLETS™   BEST SELLERS   NOVELTY   PHOTO COINS

NORTHWEST TERRITORIAL MINT

Order online 24/7
store.nwtmint.com

Toll Free
800-647-6168

# THEY'RE BACK

Signature Silver Bullets™ Are Back!

Calling all hunters, firearms enthusiasts, and armed professionals! Our <u>Signature Silver Bullets</u> are primed and ready to be fired into your cart.

All nine calibers available are loaded with nothing but .999-fine silver. They look so much like the real thing, youll want to slip them into your chamber. But dont. Instead, sight them in for gifts, awards, and cool conversation starters.

And with the holidays right round the bend, now is a great time to start plinking away at your gift list.

*Set your sights on our <u>Signature Silver Bullets</u> today!*

### Shop by recipient

Browse more than 9,000 ready-made items for fire fighters, law enforcement, Army, Navy, Air Force, Marine Corps, and Coast Guard:
- <u>Navy</u>
- <u>Air Force</u>
- <u>Army</u>
- <u>Marine Corps</u>
- <u>Coast Guard</u>
- <u>Military Medals</u>
- <u>Vietnam Veteran</u>
- <u>Scouting®</u>
- <u>For The Kids</u>
- <u>Novelty</u>
- <u>NRA</u>
- <u>Fire Fighters</u>
- <u>Law Enforcement</u>
- <u>Specialty Coins</u>

### Shop by gift

Browse more than 9,000 ready-made coins, knives, bottle openers, lapel pins, tie tacks, cuff links, coasters, and more!
- <u>What's New</u>
- <u>Best Sellers</u>
- <u>Signature Silver Bullets</u>
- <u>Signature Copper Bullets</u>
- <u>US Mint Coins for Collectors</u>
- <u>Gifts Celebrating A Year</u>
- <u>Engravable</u>
- <u>Knives</u>
- <u>Lapel Pins</u>
- <u>Tie Tacks & Cuff Links</u>
- <u>Bottle Openers</u>
- <u>Bookmarks</u>
- <u>Divot Tools & Ball Markers</u>
- <u>Accessories</u>

### Order by phone

**800-647-6168**

Place your order M-F, 8:30AM - 5:00PM, Pacific Time.

### About us

Not only do we sell coins of our own design, we can also help you create your own custom-minted piece.
- <u>How Coins Are Made</u>
- <u>Create Your Own Coins</u>
- <u>About Us</u>
- <u>E-mail Us</u>

Copyright © 2016 Northwest Territorial Mint, P.O. Box 2148, Auburn, WA 98071-2148.

Northwest Territorial Mint® is a registered trademark of Northwest Territorial Mint, LLC.

Boy Scouts of America®, the Universal Emblem, Scouting®, Once an Eagle Always an Eagle™, Scout™, Cub Scout™, Eagle Scout®, and BSA™ are either registered trademarks or trademarks of the Boy Scouts of America in the United States and/or other countries. Manufactured under license from the Boy Scouts of America. All rights reserved.



<u>Privacy Policy</u>

This is not an unsolicited e-mail. You were sent this special offer because you have either purchased products from Northwest Territorial Mint or have requested receipt of promotional information. If you would prefer not to receive commercial e-mail from Northwest Territorial Mint, or if you have changed your e-mail address, please reply to this e-mail and let us know.

To help ensure that our messages go straight to your inbox and display correctly, add **Announcements@nwtmint.com** to your Address Book or Safe List.

Did someone forward this Northwest Territorial Mint announcement to you?
<u>Click here to be added to our e-mail list!</u>

Northwest Territorial Mint, P.O. Box 2148, Auburn, WA 98071