**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| Northwest Territorial Mint LLC, | Case No. 16-11767 |
| Debtor. | ORDER DENYING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH GRACO AWARDS AND RETT LP PURSUANT TO FRBP 9019 |

   This matter came before the Court on the Trustee's Motion to Approve Settlement with Graco Awards and RETT LP Pursuant to FRBP 9019 (the "Motion") (ECF No. 799). A hearing on the Motion was held on November 18, 2016, at which the Court made oral findings of fact and conclusions of law at the hearing incorporated by reference herein. Now, therefore, it is hereby

   ORDERED that the Motion is DENIED.

///END OF ORDER///

Order to Show Cause - 1