## Recipient Information

**To: Gail Geiger**
Company: U.S. Trustee
Fax #: 12065532566

## Sender Information

**From: jeffrey mark mcmeel**
Email address: jmcmeel@gmail.com (from 73.181.162.225)
Phone #: 2533532296
Sent on: Monday, January 2 2017 at 5:01 PM EST

faxZERO.com
*send a fax for free*

Forward to Mark L. Hatcher in the Bankrupt Court upstairs.
thank you,
/s/ jeff mcmeel

RECEIVED
Western District of Washington
at Seattle

JAN 03 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #18317229. We will add your fax number to the block list.



memorandum of record
January 2, 2017
Olympia, washington

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA  98101
by Fax: 206 553-2566

    RE: Bankruptcy Case No. 16-11767, Jeffrey Mark McMeel Estate and status request.

Gail B. Geiger,

    I am not able to fax or email anything to the bankruptcy court upstairs , so I am sending this to your office. You have means to deliver it the same day you get it to Mark Hatcher, the Clerk of the Bankruptcy Court.
    However, since you are also a joint executor with Mark one of your lawyers may report to me , if Mark will not communicate with me directly.

    I need a progress report regarding when the funds will be transferred to the vendor. He needs the funds before  delivery of the missing inventory reported by Mark Calvert in May of 2016 or thereabouts to the beneficiary of the Liquidation Public Policy Guarantee Trust ( The Court  Clerk is holding that Trust) is possible and the beneficiary may take possession of the precious metals.
thank you for your public service,

/s/ Jeffrey Mark McMeel

900 Jefferson St. SE    XX  98501        Tel. : 253 353 2296