Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: February 3, 2017
Hearing Time: 9:30 a.m.
Response Date: January 27, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

**SUPPLEMENTAL DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION TO APPROVE EMPLOYMENT OF CHIEF EXECUTIVE OFFICER**

I, Mark Calvert, declare as follows:

1. I am the chapter 11 Trustee of Northwest Territorial Mint, LLC ("NWTM" or "Debtor"). The Court entered an order appointing me as chapter 11 Trustee on April 11, 2016. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge.

2. I submit this supplemental declaration in support of my Motion to Approve Employment of Chief Executive Office (the "Motion) (Dkt. 857).

3. I have finalized a written form of employment agreement for Bill M. Atalla which includes the modifications discussed with the Official Unsecured Creditors' Committee. A copy of the final form of employment agreement is attached hereto as Exhibit A.

SUPPLEMENTAL DECLARATION OF MARK CALVERT
IN SUPPORT OF MOTION TO APPROVE EMPLOYMENT
OF CHIEF EXECUTIVE OFFICER - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 894    Filed 02/02/17    Ent. 02/02/17 15:41:06    Pg. 1 of 3

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 2nd day of February, 2017, at Seattle, Washington.

*/s/ Mark Calvert*
Mark Calvert

SUPPLEMENTAL DECLARATION OF MARK CALVERT
IN SUPPORT OF MOTION TO APPROVE EMPLOYMENT
OF CHIEF EXECUTIVE OFFICER - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 894    Filed 02/02/17    Ent. 02/02/17 15:41:06    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on February 2, 2017, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on February 2, 2017, she caused the foregoing document to be mailed to the Debtor at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

Jeffrey Mark McMeel
900 Jefferson St. SE
Olympia, WA 98501

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 2nd day of February, 2017 at Seattle, Washington.

*/s/ Denise A. Evans*
Denise A. Evans

SUPPLEMENTAL DECLARATION OF MARK CALVERT
IN SUPPORT OF MOTION TO APPROVE EMPLOYMENT
OF CHIEF EXECUTIVE OFFICER - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 894    Filed 02/02/17    Ent. 02/02/17 15:41:06    Pg. 3 of 3