**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Chapter 11 |
|---|---|
| Northwest Territorial Mint, LLC, | Case No. 16-11767 |
| | ORDER ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO ASSUME AND REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ENTER INTO NEW LEASE FOR |
| Debtor. | GREEN BAY, WISCONSIN |

This matter came before the Court on the Chapter 11 Trustee's ("Trustee") Motion for Order Authorizing Trustee to Assume and Reject Certain Unexpired Leases of Nonresidential Real Property and Enter into New Lease for Green Bay, Wisconsin (the "Motion"). The Court considered the Motion, the accompanying declarations, any objections and reply materials, the

Order - 1

arguments of counsel, and the pleadings and papers herein. The Court hereby finds and concludes as follows:

1. Notice of the Motion was sufficient;

2. Good cause exists for approval of the Green Bay Lease and rejection of the Springfield Lease;

3. The Trustee neither assumed the Auburn Lease nor waived the right to have the Auburn Lease deemed rejected by operation of Section 365(d)(4) of Title 11 of the United States Code; and

4. Additional findings of fact and conclusions of law stated on the record at the hearing are incorporated by this reference.

Now therefore it is **ORDERED**:

1. The Trustee is authorized to enter into a new lease for its facility in Green Bay, Wisconsin according to the terms stated in the letter of intent ("Letter of Intent") attached as Exhibit D to the Declaration of Mark Calvert filed in support of the Motion, or on terms substantially similar to the terms set forth in the Letter of Intent;

2. The Trustee is authorized to reject the Springfield Lease, as that term is defined in the Motion, effective November 30, 2016.

3. The deadline for the filing of proofs of claim based on the rejection of the Springfield Lease shall be March 31, 2017.

4. The Trustee's request to assume the Auburn Lease, as that term is defined in the Motion, is denied.

5. Pursuant to section 365(d)(4) of title 11 of the United States Code, the Auburn Lease is deemed rejected.

Order - 2

**Below is the Order of the Court.**

6. The deadline for the filing of proofs of claim based on the rejection of the Auburn Lease shall be March 31, 2017.

7. The Trustee shall serve a copy of this Order by mail on the landlord for the Auburn Lease and the landlord for the Springfield Lease no later than five days after entry of this Order.

/// END OF ORDER ///

Order - 3