The Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br>EIN: 30-0143641<br><br>Debtor. | Case No. 16-11767-CMA<br><br>APPLICATION FOR EX PARTE ORDER AUTHORIZING EMPLOYMENT OF FINANCIAL ADVISOR FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE |

## I. INTRODUCTION

The Official Unsecured Creditors' Committee (the "Committee") applies for approval of the employment of Lorraine Barrick, CPA and Lorraine | Barrick | LLC ("Barrick") as financial advisor for the Committee in the above-captioned case. The Committee bases this application on 11 U.S.C. § 1103(a), Federal Rule of Bankruptcy Procedure 2014, LBR 2014-1, and the subjoined declaration of Lorraine Barrick. Pursuant to LBR 2014-1(b), the Office of the U.S. Trustee has advised Committee counsel that it has no objection to the ex parte submission of this Application.

APPLICATION FOR ... EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 1

4827-4350-4195.1
565080.0001

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 1 of 15

## II. FACTS

### A. Venue; Core Status

Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This application is a core proceeding under 28 U.S.C. § 157(b)(2). The Court has jurisdiction over this application under 28 U.S.C. §§ 157 and 1334.

### B. Procedural Background

On April 1, 2016 (the "Petition Date"), the Debtor commenced its case by filing a voluntary chapter 11 petition. On April 11, 2016, the Court appointed Mark Calvert as Chapter 11 Trustee (the "Trustee"). The Committee was appointed on April 15, 2016.

### C. Necessity for Committee's Employment of a Financial Advisor

This Chapter 11 case is large and complex, with more than 3,000 creditors holding claims in excess of $55 million. The Committee requires the assistance of an experienced financial advisor to:

- Analyze the Trustee's financial reports and evaluate any operating projections presented by the Trustee in support of a plan of reorganization;
- Provide such other review and analysis of estate business operations, financial matters, and strategies for reorganization, as the Committee may request.

### D. Barrick's Qualifications; Reasons for Committee's Selection of Barrick

Barrick has more than 30 years' experience in accounting and finance and has appeared and provided testimony in numerous courts of the United States. Attached as Exhibit A is a true copy of Barrick's CV, describing her experience and qualifications in detail. The Committee selected Barrick as its financial advisor for this case because of Barrick's general and financial qualifications.

APPLICATION FOR ... EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 2

4827-4350-4195.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 2 of 15

E. Professional Services to be Rendered

The Committee wishes to engage Barrick as its financial advisor in this case, effective as of February 10, 2017, when Barrick was formally selected by the Committee for this engagement.

F. Barrick's Compensation

Barrick has no special arrangement for compensation and expects the estate to compensate her. Barrick's current hourly rate is $350.00, and her rates may change from time to time.

G. Barrick's Connections to this Case

Barrick is not a creditor in this case. Barrick has reviewed the master mailing list maintained by the Court and, to the best of Barrick's knowledge based on the foregoing review, and to the best of the Committee's knowledge, does not represent any other entity having an adverse interest in connection with this case or have any connection with the Debtor, the Trustee, the Committee, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the U.S. Trustee. With respect to parties who have appeared or who are parties in interest to this case, and for purposes of full disclosure, Barrick has advised the Committee of the following incidental connections:

1. Barrick does work as an independent financial expert for the EEOC.

2. Barrick's family cell plan is with AT&T, and I am also appointed to act as a financial expert witness in a matter in which AT&T is opposed to my clients.

3. Barrick has previously worked as an expert witness for the law firm Vandeberg Johnson & Gandera.

4. Barrick has previously worked as an expert witness for the law firm William Kastner & Gibbs.

5. Barrick has worked as an expert witness for and against the law firm Lasher Holzapfel.

APPLICATION FOR ... EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-4350-4195.1
565080.0061

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 3 of 15

Barrick has not represented, does not represent, and will not represent any client other than the Committee with respect to the Debtor's case.

H. <u>Effective Date of Employment</u>

In early February 2017, the Committee contacted Barrick about her potential employment as financial advisor for the Committee. On February 10, 2017, the Committee advised Barrick that the Committee had selected her to be its financial advisor. The Committee also notified its counsel Miller Nash Graham & Dunn LLP ("MNGD") that Barrick had accepted the engagement and instructed MNGD to prepare the necessary application to employ Barrick. MNGD immediately began assembling the information necessary to prepare this application. MNGD prepared and tendered this application to the U.S. Trustee on February 15, 2017. The Court should approve the application retroactive to date the Committee made its selection, February 10, 2017.

I. <u>Contact Information</u>

Barrick's contact information for this case is as follows:

> Lorraine Barrick
> Lorraine | Barrick | LLC
> 1144 Federal Avenue East
> Seattle, Washington 98102
> Telephone: (206) 860-9672
> Fax: (206) 568-7376
> E-mail: info@lorrainebarrick.com

J. <u>U.S. Trustee Review</u>

In accordance with LBR 2014-1(b), the Office of the U.S. Trustee has either endorsed this application in writing or advised MNGD that it has no objection to the proposed employment of Barrick, or at least seven days have passed since the application was served upon and received by the Office of the U.S. Trustee and no objection has been made.

APPLICATION FOR … EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 4

4827-4350-4195.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 4 of 15

## III. DISCUSSION

### A. 11 U.S.C. § 1103(a)

A Committee may, with the court's approval, employ professionals that do not hold or represent an interest adverse to the estate to represent or assist the Committee in carrying out the Committee's duties and responsibilities. 11 U.S.C. § 1103(a), (b). Barrick is not a creditor of the Debtor, does not hold or represent any interest adverse to the estate, and is a person eligible for employment by the Committee.

### B. Rule 2014(a)

A court may approve employment of a professional for the Creditors' Committee on application of the Committee. The application must state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application must be accompanied by a verified statement of the person to be employed, setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. Fed. R. Bankr. P. 2014(a).

This Application states the specific facts showing the necessity for the Committee's employment of Barrick in part II.C above; the reasons for the selection in part II.D above; the professional services to be rendered in part II.E above; the proposed compensation arrangement in part II.F above; and Barrick's connections to this case in part II.G above. The subjoined declaration under penalty of perjury by Lorraine Barrick constitutes the verification of her connections disclosure required by Rule 2014(a).

APPLICATION FOR ... EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 5

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-4350-4195.1
565080.0081

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 5 of 15

## IV. CONCLUSION

The Court should approve the Committee's employment of Barrick on the terms set forth above in the bankruptcy case of the Debtor, effective nunc pro tunc to February 10, 2017.

DATED this 23rd day of February, 2017.

MILLER NASH GRAHAM & DUNN LLP

*/s/ Mark D. Northrup*
Mark D. Northrup
WSB No. 16947

Attorneys for the
Official Unsecured Creditors' Committee

APPLICATION FOR ... EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 6

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-4350-4195.1
565080.0021

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 6 of 15

| | |
|---|---|
| 1 | DECLARATION AND CERTIFICATION |
| 2 | I, Lorraine Barrick, declare and certify as follows: |
| 3 | 1. I have read LBR 2016-1. |
| 4 | 2. I am a certified public accountant and owner of Lorraine | Barrick | LLC. I have |
| 5 | personal knowledge of the facts set forth above, which are true and correct to the best of my |
| 6 | knowledge. |
| 7 | I declare on penalty of perjury under the laws of the State of Washington that the |
| 8 | foregoing is true and correct. |
| 9 | EXECUTED this 17th day of February, 2017, at Seattle, Washington. |

/s/ Lorraine Barrick
Lorraine Barrick

*[The rest of this page intentionally left blank.]*

APPLICATION FOR … EMPLOYMENT OF FINANCIAL ADVISOR
FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE - 7

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4827-4350-4195.1
565080.0061

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 7 of 15

# EXHIBIT A



# Lorraine Barrick CPA/ABV/CFF, CFE, ASA

## Background

Lorraine Barrick has more than 30 years' experience in accounting and finance. Her focus is financial analysis in dispute settings and business and intangible asset valuation for tax and litigation matters. Lorraine has extensive experience in both domestic and international disputes.

Lorraine worked for 15 years at Arthur Andersen. While there, she worked on the audits of public and private companies, and then in economic and financial consulting, including litigation consulting and business valuation. She served as Partner in Charge of Business Valuation and Litigation Consulting for Andersen's Hong Kong office and as a partner in Andersen's Seattle Economic and Financial Consulting Practice.

### Lorraine's work experience includes:
- asset tracing and complex transaction mapping
- business and intangible asset valuation
- cost auditing
- calculation of lost earnings
- determination of lost profits, business interruption claims and other economic damages
- financial modeling and forecasting
- financial fraud investigation: fraudulent accounting and embezzlement
- process mapping and financial controls review
- quantitative and economic analysis

### Lorraine's work has been used in:
- antitrust
- bankruptcy matters
- breach of contract claims
- breach of fiduciary duty claims and trust accounting matters
- business interruption claims
- class action claims and class settlement administration
- construction claims
- employment litigation
- employee and other financial fraud investigations
- environmental claims
- family business/inheritance and estate tax matters
- insurance matters
- intellectual property disputes
- liquidity analysis
- marital dissolution
- post-acquisition disputes
- purchase price allocation
- regulatory hearings
- securities litigation

1144 FEDERAL AVE E SEATTLE WA 98102 T (206) 860 9672 F (206) 568 7376 W LORRAINEBARRICK.COM E INFO@LORRAINEBARRICK.COM



- shareholder disputes
- wrongful death and personal injury

Lorraine has experience working in civil and criminal litigation, arbitration, mediation and regulatory settings. She works on behalf of public and private companies and individuals as well as regulatory authorities such as the Federal Bureau of Investigation, and the Securities and Futures Commission, Commercial Crime Bureau, and Department of Justice in Hong Kong. She has offered expert testimony in a variety of settings.

Lorraine has worked with clients in many industries, including the airline industry, banking, investment and finance, broadcasting, construction, engineering, forest products, hospitality, infrastructure, manufacturing, professional services, real estate, retail, telecommunications and technology, utilities, and wholesaling and distribution.

## Accreditations

- Certified Public Accountant *(State of Washington)*
- Accredited Business Valuer *(American Institute of Certified Public Accountants)*
- Certified in Financial Forensics *(American Institute of Certified Public Accountants)*
- Certified Fraud Examiner *(Association of Certified Fraud Examiners)*
- Accredited Senior Appraiser *(Business Valuation/American Society of Appraisers)*

## Professional Affiliations

- American Institute of Certified Public Accountants
- Washington Society of Certified Public Accountants
- Certified Fraud Examiner's Association
- National Association of Forensic Economists
- American Society of Appraisers

## Past Offices

- Chairman of the Business Valuation/Litigation Services Committee of the Washington Society of Accountants
- Treasurer, Seattle Chapter of the American Society of Appraisers

## Education

Bachelor of Science degree with distinction in accounting, with minor in computer science,
Colorado State University

1144 FEDERAL AVE E  SEATTLE WA 98102  T (206) 860 9672  F (206) 568 7376  W LORRAINEBARRICK.COM  E INFO@LORRAINEBARRICK.COM

Case 16-11767-CMA    Doc 918    Filed 02/24/17    Ent. 02/24/17 17:01:48    Pg. 10 of 15

| Year | Case Name | Description | Case # |
|---|---|---|---|
| 1999 | Ng Hing Kee | Expert report and testimony in the High Court of Hong Kong | Hong Kong Case |
| 1999 | Medcam, Inc. v. Microvision Inc. | Deposition in King County Superior Court | |
| 2000 | Pretzinger v. Martin | Deposition and testimony in King County Superior Court | |
| 2003 | In re Air Crash Disaster Near Palembang, Indonesia On December 19, 1997 | Deposition in U.S. District Court Western District of Washington | MDL Docket No. 1276 |
| 2006 | Optimer International v. Bellevue LLC | Testimony at arbitration hearing | Private Arbitration |
| 2006 | Taggart v. Moulin | Deposition in Superior Court of the State of Washington | |
| 2006 | Capital Ventures International v. Network Commerce, Inc. et al | Deposition in U.S. District Court Western District of Washington | No. C02-682L |
| 2006 | In Re Optimer International, Inc. | Testimony in U.S. Bankruptcy Court for the Western District of Washington at Seattle | 06-10414 KAO |
| 2007 | Colachis, et al. v. Griswold, et al. | Deposition and testimony, American Arbitration Association | 72 180 Y 00142 06 BEAH |
| 2007 | In Re King County Police Officers' Guild (Robert Dorman) | Testimony at arbitration hearing | 75 390 00440 06 LYMC |
| 2007 | Oxtim et a. v. Pugmire & Pugmire, Inc. | Deposition in Superior Court of the State of Washington | 06-2-16402-4 SEA |
| 2008 | In Re Anthony P. Aversano, Jr. | Testimony in U.S. Bankruptcy Court for the Western District of Washington at Seattle | 07-11028 TTG |
| 2008 | Alliance Packaging v. Smurfit Stone, et al | Deposition in U.S. District Court Western District of Washington | CV007-112TSZ |
| 2008 | Estate of Choi v. Annie Wright School | Deposition in Superior Court of the State of Washington Pierce County | 07-2-12617-7 |
| 2009 | Babich & Muggoch v. Farmers Insurance Exchange, et al. | Deposition in Superior Court of the State of Washington King County | 06-2-16860-7SEA |
| 2009 | In re the Marriage of Glassey | Testimony at trial in the Superior Court of the State of Washington, County of King | 08-3-03944-1 SEA |
| 2009 | Estate of Choi v. Annie Wright School | Testimony at trial in the Superior Court for the State of Washington, Pierce County | 07-2-12617-7 |
| 2009 | WK Enterprises Inc. | Deposition and Testimony at Trial in District Court, Montezuma County, Colorado | 2008CV130 |

| Year | Case Name | Description | Case # |
|---|---|---|---|
| 2010 | Gee West Seattle, LLC v. Huling Buick, Inc., Huling Bros. Chrysler Jeep, Inc., Huling Bros. Chevrolet, Inc., Huling Brothers Properties, LLC, Steven Dale Huling and Tom D. Huling III | Deposition and Arbitration Testimony in the Superior Court of the State of Washington In and For the County of King | 07-2-32166-7 SEA |
| 2010 | SC-Integrity, Inc. v Eppley | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | 08-2-42411-1 SEA |
| 2010 | Trinity Glass International, Inc., and Right Concept, Inc. v. LG Chem, Ltd. And LG Chem America, Inc. | Deposition Testimony for the U.S. District Court Western District of Washington at Tacoma | 3:09-CV-05018-RJB |
| 2010 | Straitshot RC, LLC., v. Telekenex, Inc. et al | Deposition Testimony for the U.S. District Court Western District of Washington at Seattle | C10-268 TSZ |
| 2010 | Oldcastle Precast, Inc. v. Granite Precasting & Concrete, Inc. | Deposition Testimony for the U.S. District Court Western District of Washington at Seattle | C10-322 MJP |
| 2011 | Michael P. Heutmaker v. International Gold Resources, et al. | Testimony in King County Superior Court | 09-2-18844-1 SEA |
| 2011 | PacTool International v. Kett Tool Company et al. | Deposition Testimony for the United States District Court Western District of Washington at Tacoma | 3:06-cv-05367-BHS |
| 2012 | Leon G. Toney, et al v. State of Washington, Department of Corrections, et al. | Deposition Testimony in Superior Court of the State of Washington in and for Pierce County | No. 10-22-05353-6 |
| 2012 | Darlene Graden v. Farmers Insurance Exchange et al. | Deposition and Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 11-2-04661-1 KNT |
| 2012 | Straitshot RC, LLC., v. Telekenex, Inc. et al. | Deposition Testimony for the U.S. District Court Western District of Washington at Seattle | C10-268 TSZ |
| 2012 | Virginia Burdette et al. v. Steadfast Commons II, LLC et al. | Deposition Testimony for the U.S. District Court Western District of Washington at Seattle | 11-00980 RSM |
| 2012 | Estate of Virgil Victor Becker, Jr., by its Personal Representative, Jennifer L. White v. Avco Corporation et al. | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | 10-2-26593-7 SEA |
| 2012 | OMH, Inc., and Min Hwan Oh v. Soo Jin Jung, MI Suk Han, SJJ Corporation, and SJJ Corporation II | Testimony in the Superior Court of the State of Washington In and For the County of King | 11-2-08601-1 |
| 2012 | ChemPoint.com Inc., et al. v. Xenon Arc, Inc., et al. | Deposition Testimony for the U.S. District Court Western District of Washington at Seattle | 11-cv-01680-JCC |
| 2012 | Campos Columbia Trails, LLC, et al. v. 1031 Xpress, Inc., et al. | Deposition Testimony Superior Court of the State of Washington In and for the County of King | 11-2-15561-7SEA |

| Year | Case Name | Description | Case # |
|---|---|---|---|
| 2013 | Estate of Virgil Victor Becker, Jr., by its Personal Representative, Jennifer L. White v. Avco Corporation et al. | Trial Testimony in the Superior Court of the State of Washington In and For the County of King | 10-2-26593-7 SEA |
| 2013 | Julie Eastman v. Puget Sound Builders NW et al. | Trial Testimony in the Superior Court of the State of Washington Pierce County | No. 09-2-14951-3 |
| 2013 | Coleman Cable, Inc., v. TDE, Inc. | Deposition Testimony for the U.S. District Court Western District of Washington | No. 2:12-cv-01243 |
| 2013 | Torres Mazatlan Remainder, LLC, VallartaTorre Remainder LLC, and VTS Program Remainder LLC, v. Diamond Resorts Corporation | Deposition testimony for the United States District Court Western District of Washington at Seattle | No. 2:12-cv-00870 |
| 2013 | Nikolay Belikov; Techno-TM Zao, v. Maryann Huhs and Roy E. Huhs, Jr.; R-Amtech International Inc, et al. | Deposition Testimony for the Superior Court of the State of Washington In and for the County of King | No. 12-2-23972-0 SEA |
| 2014 | Foster Parents Association of Washington State, Plaintiff v. Kevin Quigley, Secretary of the Washington State Department of Social and Health Services; Jennifer Strus, Assistant Secretary of the Washington State Department of Social and Health Services, Children's Administration; Defendants. | Deposition Testimony for the United States District Court Western District of Washington at Tacoma | No. 3:11-cv-05051-BHS |
| 2014 | Howard Oppenheimer et al. v. Carl Bianco et al/Matthew Goldenberg et al. v. Parkedge Corporation | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | No. 12-2-38782-6 SEA |
| 2014 | Nikolay Belikov; Techno-TM Zao, v. Maryann Huhs and Roy E. Huhs, Jr.; R-Amtech International Inc, et al. | Trial Testimony for the Superior Court of the State of Washington In and for the County of King | No. 12-2-23972-0 SEA |
| 2014 | Daniel M. Mullenix and Cindy C. Mullenix; and D&C Enterprises, Inc., f/k/a Inland Meats, Inc., v. Sysco Spokane Inc. | Deposition in United States District Court Eastern District of Washington | No. CV-13-305-LRS |
| 2014 | Walter L. Davis vs. Edward R. Monday, and Black Ink Transportation, LLC | Testimony at Arbitration | No. 13-2-08449-0 KNT |

| Year | Case Name | Description | Case # |
|---|---|---|---|
| 2014 | Perini Building Company, Inc. v. MGM Mirage Design Group, CityCenter Land, LLC, CityCenter Harmon Hotel Holdings, LLC, CityCenter Vdara Development, LLC, The Crystals at CityCenter, LLC, CityCenter Veer Towers, Development, LLC, Aria Resort & Casino Holdings, LLC, CityCenter Boutique Hotel Holdings, LLC, CityCenter Boutique Residential Development, LLC, Albert Faccinto and Kathleen Faccinto, as Trustees of The Faccinto Jr. Family Trust; Jason B. Matecki, Rocal Mo, Inc., Scott E Kluth, Inland Empire MO, Inc., Easter Plains Holdings, LLC, Tan Nguyen, Elizabeth Dang, McKellar Real Estate Investments, LTD, Larry and Kathryn Keele Living Trust; Doest 1 through 1,000; LOE Lenders 1 through 100. | Deposition Testimony in the Eighth Judicial District Court of the State of Nevada In and For the County of Clark | No. A-10-612676-B |
| 2014 | Rolfe Godfrey and Kirstine Godfrey v. Ste. Michelle Wine Estates Ltd. and Saint-Gobain Containers, Inc. | Trial Testimony in the Superior Court of the State of Washington for Pierce County | No.: 12-2-12968-7 |
| 2014 | Lacey Marketplace Associates II, LLC v. United Farmers of Alberta Cooperative, Limited, et al./Burlington Retail, LLC v. United Farmers of Alberta Cooperative, Limited, et al. | Deposition Testimony in United States District Cour Western District of Washington at Seattle | No. 2:3-cv-00383-JLR |
| 2014 | Kimberley Jordinson v. Karen Cameron and Kevin Cameron | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | No.: 14-2-02231-0 SEA |
| 2015 | Lacey Marketplace Associates II, LLC v. United Farmers of Alberta Cooperative, Limited, et al./Burlington Retail, LLC v. United Farmers of Alberta Cooperative, Limited, et al. | Deposition Testimony in United States District Cour Western District of Washington at Seattle | No. 2:3-cv-00383-JLR |
| 2015 | OptiStor Technologies, Inc. v. Nutanix, Inc. and Cary Morimoto | Deposition Testimony in King County Superior Court | No. 13-2-35339-3 SEA |
| 2015 | In re the Marriage of Kara Hobbs, Petitioner, and Forrest Hobbs, Respondent | Trial Testimony in the Superior Court of Washington, County of King | No. 14-3-00985-6 SEA |
| 2015 | In Re Gross Family Trust | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | No. 14-4-01540-0 SEA |
| 2015 | Somerset Communications Group, LLC, v. Wall to Wall Advertising, Inc. et al. | Deposition Testimony in the United States District Court for the Western District of Washington | No. 2:13 cv 02084 JCC |
| 2015 | CMS Investment Holdings, LLC v. Jennifer Wilson-Harvey, et al. | Trial Testimony in the Denver District Court, City and County of Denver, State of Colorado | No. 2014CV31093 |

Lorraine Barrick, CPA/ABV/CFF, ASA, CFE　　　　　　　　　　　　　　　　Expert Testimony 1999-2016

| Year | Case Name | Description | Case # |
|---|---|---|---|
| 2015 | King and Mockovak Eye Center, Inc., P.S. and Clearly Lasik, Inc. v. Michael Mockovak, M.D. and related counter and cross claims | Deposition and Trial Testimony in the Superior Court of the State of Washington In and For the County of King | No. 09-2-42328-8 |
| 2015 | Prima Technology, Inc. v. Alux, Inc. et al. | Trial Testimony in Superior Court, Snohomish County | No. 10-2-02998-1 |
| 2015 | Fidelitad, Inc., v. Insitu, Inc. | Deposition Testimony in the United States District Court for the Eastern District of Washington | No. 2:13-cv-03128-TOR |
| 2016 | Frith Maier v. Sesame Communications, Inc. | Deposition Testimony in the Superior Court of Washington, County of King | No. 14-2-33851-1-SEA |
| 2016 | Stehen Mark Seavecki v. Sujata Rao | Trial Testimony in Superior Court of Washington, County of King | No. 14-3-05421-5-SEA |
| 2016 | Steven K. Erickson v. Diep Gregg | Trial Testimony in Superior Court of Washington, County of Snohomish | No. 14-3-02000-9 |
| 2016 | Dawn M. Derby vs. Allergan, USA, Inc. | Arbitration Testimony, Boise Idaho | HTEH No. 81700-0046 |
| 2016 | Richards v. Thermal Hydra Plastics, LLC, et al. | Deposition Testimony in the Superior Court of the State of Washington In and For the County of King | No. 15-2-14245-3 SEA |
| 2016 | Lucas Price v. Daniel Price | Deposition and Trial Testimony in the Superior Court of the State of Washington in and for the County of King | No. 15-2-10178-1 |
| 2016 | Intersections Inc. v. Costco Wholesale Corporation | Deposition Testimony for Arbitration-- International Institute for Conflict Prevention & Resolution | |