Judge Christopher M Alston

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Northwest Territorial Mint LLC,<br><br><br>Debtor. | Case No. 16-11767<br><br>AMENDED NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE TO REFLECT THE RESIGNATION OF YOUNG DE NORMANDY AND WILLIAM HANSON |

TO: ALL PARTIES OF INTEREST

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee:

**Creditor 1 and Chairperson:**
David James
Phone: 541-350-1054

**Creditor 2:**
Larry Chiappellone
Phone: 707-996-7002

**Creditor 3:**
Thomas Seip
Phone: 602-571-9014
E-mail: seipfamily@cox.net

**Creditor 4:**
Donald M. Wright, DDS
Phone: 425-442-3958
E-mail: dwrightdds@outlook.com

**Creditor 5:**
Richard H. Pehl and Paula Pehl
Phone: 865-414-5434
E-mail: dickpehl@yahoo.com

Dated: March 27, 2017

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ *Martin L. Smith*
MARTIN L. SMITH, WAWB #24861
Attorney for the United States Trustee

AMENDED NOTICE OF APPOINTMENT OF
UNSECURED CREDITORS' COMMITTEE - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-11767-CMA    Doc 960    Filed 03/27/17    Ent. 03/27/17 15:06:39    Pg. 1 of 1