1 Michael J. Gearin, WSBA # 20982
2 David C. Neu, WSBA # 33143
  Brian T. Peterson, WSBA # 42088
3 K&L GATES LLP
  925 Fourth Avenue, Suite 2900
4 Seattle, WA 98104-1158
  (206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Location: Seattle
Hearing Date: April 14, 2017
Hearing Time: 9:30 a.m.
Response Date: April 7, 2017

5

6

7

8
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 In re:

Case No. 16-11767-CMA

11 NORTHWEST TERRITORIAL MINT, LLC,

12

13

14

DECLARATION OF ERIN SHEAR IN
SUPPORT OF CHAPTER 11 TRUSTEE'S
OBJECTION TO APPLICATION FOR
ORDER AUTHORIZING LUC MARTINI
TO CONDUCT RULE 2004
EXAMINATIONS

15 Erin Shear declares as follows:

16     1.    I am a Custom Sales Representative for Northwest Territorial Mint, LLC ("NWTM").

17 I have been employed by NWTM since 2007. I have reviewed records related to customers that

18 stored precious metal at NWTM or who leased precious metal to NWTM. NWTM kept ordinary

19 course business records regarding the storage or lease of precious metals by customers. Based on

20 my review of these records, it is my conclusion that there were approximately 100 customers with

21 storage agreements with NWTM and 28 with lease agreements.

22     2.    I previously submitted declarations in support of the Trustee, Mark Calvert's, Motion

23 for Order Granting Authority to Return Stored Inventory, Other Customer Owned Inventory, and

24 Coining Dies. In my prior declarations I detailed my role in reconciling precious metals and

25 identifying them to specific customers. During this inventory process, no precious metals were

26

DECLARATION OF ERIN SHEAR IN SUPPORT OF
TRUSTEE'S OBJECTION TO APPLICATION FOR
ORDER AUTHORIZING LUC MARTINI TO CONDUCT
RULE 2004 EXAMINATIONS - 1
500347221 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

located that could be identified to Luc Martini or Mike Ray Howard.

3.     NWTM held inventory for customers under two types of agreements, storage agreements and lease agreements. Under the lease agreements, the lessor agreed to lease NWTM a fixed quantity of bullion to be used in its business operations and "repaid" in "like-kind" metal at a future date. Under storage agreements, NWTM was supposed to store a customer's precious metal on that customer's behalf.

4.     At the Trustee's request, I performed an audit of the lease and storage customer accounting records for all customers with a balance that remained as of the April 1, 2016, the bankruptcy filing date. While I did most of the audit reconciliation work myself, Cascade Capital Group completed the audits of the physical inventory of precious metals and other NWTM staff and Cascade Capital Group staff also assisted with the reconciliation of lease and storage records. The audit revealed a shortfall of precious metals that should have been held for customers in an amount exceeding $8 million.

5.     After the Application for Order Authorizing Luc Martini to Conduct Rule 2004 Examinations was filed, counsel for the Trustee asked me to search the Debtor's records on hand for any agreements between Mr. Martini and NWTM. I was able to locate two lease agreements between Mr. Martini and NWTM. One provides for the lease of 9,000 troy ounces of silver. The second calls for the lease of 19,360.32 troy ounces.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this _7th_ day of April, 2017, at Kent, Washington.

Erin Shear

DECLARATION OF ERIN SHEAR IN SUPPORT OF
TRUSTEE'S OBJECTION TO APPLICATION FOR
ORDER AUTHORIZING LUC MARTINI TO CONDUCT
RULE 2004 EXAMINATIONS - 2
500347221 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

# CERTIFICATE OF SERVICE

2

The undersigned declares as follows:

3

That she is a paralegal in the law firm of K&L Gates LLP, and on April 7, 2017, she caused the foregoing document to be filed electronically through the CM/ECF system which caused

4

Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

5

I declare under penalty of perjury under the laws of the State of Washington and the United

6

States that the foregoing is true and correct.

7

Executed on the 7th day of April, 2017 at Seattle, Washington.

8

*/s/ Denise A. Lentz*
Denise A. Lentz

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF ERIN SHEAR IN SUPPORT OF
TRUSTEE'S OBJECTION TO APPLICATION FOR
ORDER AUTHORIZING LUC MARTINI TO CONDUCT
RULE 2004 EXAMINATIONS - 3
500347221 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022