4-20-17

To thee Honorable Judge Christopher Alston,

My name is Alex McQuin. I had a proof of claim filed on my behalf by the trustee ( Mark Calvert) pursuant to Fed.R.Barkr.P.3004. on August 29, 2016. Case number 16-bk-1167-CMA of NWTM bankruptcy, the court Docket 653. I pulled my proof of claim on August 30, 2016 Docket 655. I am very interested in being the sole beneficiary of my claim. My last claim was 6675.1 OZ of .999 silver. I would like to make sure that Mr. Mark Calvert did not alter my claim in anyway. I am interested in my claim with the company. And if different from 6675.1 of .999 silver, I want to withdraw my claim. Also I want a off-set for interest on the undelivered silver/product/money of 11% compounded daily that is what the hostpital just charged me. Also Unsecured priority claim, and nondischargable. I have been to the court, ( Western District of Washington) three times trying to resolve this issue, and have been unsuccessful of receiving help in the matter.

FILED
Western District of Washington
at Seattle

APR 27 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

I will be attaching proof of payment to N.W.T.M. There will be a copy of the check for $16,160.00 I turn in with docket 934 on March 8, 2017. I would like all the paper work I am sending you today to be added to the claim if my claim is under seal?( If I'm not able to see my claim or withdraw my claim.)

Here is a riddle I found in BLACK LAW DICTIONARY:
Jones Act- Plaintiff must be a seaman, who is injured ( or killed) in the course of employment. The course of employment requirement at least excluded passenger's, guests, trespasser's, pirates ( unless of course the pirate was suing his own employer.) and so on who else might be excluded are included. Here is my take on this riddle, the seaman (see's whats going on) he has a heart (feelings) and reports a wrong doing and was injured or killed by the officer or crew. Today that is what we call a whistle blower. Which is hard to do when no one wants to hear the whistle. I have my own rules that I follow and have been breaking because of this case. I have been to the FBI, your court, The news paper and to attorney's. They seem like good people but they just could not hear the whistle. I can see where it would be hard for them. The trustee on the other hand, I have no trust for. I see a lot of bad in him. I would like to, and plan to make an example out of him. Not prison, there is no sense for the tax payers to pay for his room and board for twenty years. Take away the love of his life, his money/assets I would say 200k aganst Mark and 200k against Cascade Capital Group, I would be ok with that. I wasted a lot of time on this case. It's been a hard year. He should pay back the other people that payed for a product they did not recieve. He should not have sold all that inventory. Cash is not king when the U.S CONSTITUTION anything but gold and silver coins a tender in payment of debts. I can show corruption and fraud, that is the easy part. The hard part is to find someone who can and will do the right thing. It is hard for me to break my own rule being a tattle tale. It sucks when the corruption gets into the law/ courts, who do you turn to? I dont like asking for help worst yet I ask my kids and they say we can't we can't. We need help. I know my kids can do anything they set their minds to. So I told them ok I will do it myself and when I'm done, I will send

1

you and email that says, I fought the law and I won. Now you know you can do what ever you set your mind to.

I can see made up people, "computers" in this case taking my money. Sale's people, CEO's, Bookkeepers, employee's implemented ADP plan and other various plans = computer's (robot) it's one thing for them to steal your job, it's another to steal your life saving's. It will likely keep getting worse. My dad told me that the civil war did not free the slaves, it was the cotton gin. In this day and age there is a lot of cotton gin's. It will only get worse. American pride has turned to American corruption, it's like a disease. The thing that really cuts deep and hurts is all the games that are being played with the wording. I'm not talking about the corrupt stuff like us accolades from Providence, Rhode Island being sold with Tomball Texas. That's "hiding" assets which was sold to Tom Tucker and Larry Cook insider's as docket 200 first page fine print note 1, they are the same as IRA green holdings.

It's when I can't see what is gained like docket 101. The trustee sending billing statements to himself. Or the creditors from the 90 day pre bankruptcy. One of the creditors Future Case Corp. 27 Mill St. They are making fun of our intellect. And entity's are watching and laughing. This is what cuts the deepest. I held on to a part of my self being that most can only remember like a dream of long ago. If they can remember at all. I do walk away from a lot of fights. But not this one, if ever there was a time to fight it's now. They are cutting down to the Essence of humanity. I can see we need the bad with the good. Heaven and Hell both sound boring to me. So if we live where heaven and Hell meet, life can be what ever you make of it. Can not appreciate the sweet without the sour. What doesn't kill you makes you stronger. We need to taste both. I have only been tasting the sour I'm ready for the sweet taste of justice, and at least the illusion of freedom.

Us humans have the freedom of speech with the illusion of freedom and justice. I called the trustee God in this case, so you have more authority then God, you can tell him stop or go. You determine my reality, my being, my out look on what we call life. I am being wronged in the worst way you can imagine. I could use your help and some justice.

Malfeasance is the closest word I could find to describe what is going on. Stealing is one thing, laughing while you do it is worse. And being untouchable = malfeasance. I am man, no more no less with a range between everything to nothing. I am 48 years old, sound mind and body. I learned only three things of the life that we live: I fight with the rocks, the river's sing to me, and the more you eat the more you poop. With all due respect.

Alex McQuin

*Alex McQuin* (signature)

2

# ACKNOWLEDGMENT

State of Oregon
County of Umatilla

On this 20th day of April, 2017,

Alex McQuin personally appeared before me,

____ who is personally known to me,
__X__ whose identity I verified on the basis of Oregon Driver License,
____ whose identity I verified on the oath/affirmation of _____,
    a credible witness,
to be a signer of the foregoing document, and he/she acknowledged that he/she signed it.

OFFICIAL SEAL
GORDON SCOTT MACKENZIE
NOTARY PUBLIC - OREGON
COMMISSION NO. 943156
MY COMMISSION EXPIRES OCT. 22, 2019

_____
Notary Public
My Commission Expires: October 22, 2019

Document entitled Letter to Honorable Judge Christopher Alston, which consists of 2 pages(s) and is dated 4/20/17.

OFFICIAL SEAL
GORDON SCOTT MACKENZIE
NOTARY PUBLIC - OREGON
COMMISSION NO. 943156
MY COMMISSION EXPIRES OCT. 22, 2019

| Item | Amount | Status |
|---|---:|---|
| Misc Equipment - to include the following: 3-Ohaus electronic counting scales, 3-Langelier, 1-Leach, 2-Craftsman drill press, 1-Sealmaster 230 bag sealer, foot operated S# 840903015, 1-Neycraft JFF 2000 9"x9"x7" electric enameling oven, S# CEA9727-110, 5-1/2 hp single wheel polishing/finishing heads w/vacuum hoods, 1-Rampe S/S-1 vibrating media seperator, S# 988-9384, 9-air/foot epoxy set ups w/air control supply, 1-2 tub rotating corn cobb dryer, 1-Ron Smith Horizontal/Vertical 4 1/2" band saw, 1-Excalibur 20 ton H frame manual press (Tomball) | $ 3,967.17 | Unknown |
| Containers - 40 ft storage containers, delivered in 2006. (Tomball) | $ 661.20 | Unknown |
| Forklift - 2001, Komatsu Mod. FG15ST15 3000 lb lift w/side shifter, S# 362133A (Tomball) | $ 39,671.75 | Unknown |
| Vehicle - 1992, Plymouth Voyage, SN 715568, 200k miles (Tomball) | $ 500.00 | Unknown |
| Air Compressor - 1999, Palatek Mod. 20 D Rotary screw air compressor S# 99C059, (Tomball) | $ 39,671.75 | Unknown |
| Air dryer - w/Arrow Mod. F70/100-2 air dryer S# UB640 (Tomball) | $ 3,967.17 | Unknown |
| Router - Pro Automation, CNC Dual Headed Router 5ft x 10ft Table with Vacuum Pump. Computer Interface with updates in 2003. Thousands of CAD Drawings in Program (Tomball) | $ 39,671.75 | Unknown |
| Slitter - Fletcher Slittor FM-84 Model # FM-84 Ser # 9384-5 (Tomball) | $ 13,223.92 | Unknown |
| Foiler - Franklin 18" Foiler variable speed Model # 1100c Ser # 24871 Volts 480 EC-671 PC208 (Tomball) | $ 3,967.17 | Unknown |
| Laminator - Voorwood Co. L-85 Foil Laminator Model # L-85 Shop # 5590 230 Vac/2PH 15 Amps Sept.1985 (Tomball) | $ 5,289.57 | Unknown |
| Foiler - Voorwood Co. L-120 Foil Laminator Model # L-120 Shop # 5705 230Mc/3PH 40 Amps Oct.1987 (Tomball) | $ 5,289.57 | Unknown |
| Foiler - Voorwood Co. L-120 Foil Laminator Model # L-120 Shop # 5694 230AC/3PH 40 Amps June 1987 (Tomball) | $ 5,289.57 | Unknown |
| Foiler - Voorwood L-120 Foil Laminator Model # L-120 Shop # 5625 230 Vac/3PH 40 Amps May 1986 (Tomball) | $ 5,289.57 | Unknown |
| Keyhole - Her Saf Automatic Keyhole Machine Model # 15-370 Ser # 105 (Tomball) | $ 2,115.83 | Unknown |
| Dust collector - Power 1.5Hp Dust Collector Hp 1.5 Amp 15/7.5 Volt 115/230 Rpm 3475 Hz 60 Date 4/1995 (Tomball) | $ 2,644.78 | Unknown |
| Boring - Automatic Multi Head Boaring Machine Model # < No Data Plate Ser # < No Data Plate (Tomball) | $ 13,223.92 | Unknown |
| Drill - Rigid Drill Press (Manual) Model # DP15500 Ser # 02341E0062 (Tomball) | $ 1,322.39 | Unknown |
| Saw - Holz Ewromatic Panel Saw Code # 5370052 Made in Italy (Tomball) | $ 31,737.40 | Unknown |
| Saw - Jet 3HP 10" Table Saw 3Hp 3Phase (Tomball) | $ 2,115.83 | Unknown |
| Saw - Rockwell Unisaw 3 Hp Model # 34-46.1 Ser # KR1608 (Tomball) | $ 793.43 | Unknown |
| Saw - Craftsman 10" Radial saw S# 8122 M0459 (Tomball) | $ 925.67 | Unknown |
| Router - Wadkins 3Hp Pin Router Model #——— Ser # 10369 Made in New York (Tomball) | $ 396.72 | Unknown |
| Sander - Ryobi Sander Oscilating Model # 055500 120Vac-60Hz 3.5Amps Ser # E41637309 2000Rpm (Tomball) | $ 528.96 | Unknown |
| Sander - BMW Belt Sander 6" X 125" 300 Series (Tomball) | $ 11,901.52 | Unknown |
| Sander - Craftsman 6" belt sander, S# 97190p0041 (Tomball) | $ 396.72 | Unknown |
| Wood planer - Porter Cable planer 12" (Tomball) | $ 2,115.83 | Unknown |
| Air compressor - 10Hp Champion Air Compressor Cat # 25933 NAWP 200PSI@650F CPN # E7400.2C RT-NOMDMT-20F@200PSI SH-184 Yr.1997 HD-149 2:1 SE PO1596D NAT'L BD483504 (Tomball) | $ 1,322.39 | Unknown |
| Lift truck - Toyota Forklift (5000 Lb.) Model # 42-4FGC25 Ser # 404FGC25-20659 Aprox. Wt. 8620 Lb. Type: Lp Capacity 4700 Lb. 185 In. (Tomball) | $ 7,934.35 | Unknown |
| Lift - Scissor Lift (Tomball) | $ 6,611.96 | Unknown |
| Kenrock KOT 13X13 - (US Accolades) | $ 45,500.00 | Unknown |
| Epiloglaser - Network (US Accolades) | $ 51,450.00 | Unknown |
| Universal New Hermes (US Accolades) | $ 25,000.00 | Unknown |
| Laser - Parallel cable (US Accolades) | $ 1,500.00 | Unknown |
| Old Rotary Machine (US Accolades) | $ 500.00 | Unknown |
| SandBlasting Cabinets (US Accolades) | $ 200.00 | Unknown |
| Plastic Cutter (US Accolades) | $ 250.00 | Unknown |
| Metal Cutter (US Accolades) | $ 450.00 | Unknown |
| Corner Cutter (US Accolades) | $ 150.00 | Unknown |
| Frame corner stapler, "V brad" (US Accolades) | $ 1,800.00 | Unknown |
| Dan-clip frame chopper (US Accolades) | $ 4,500.00 | Unknown |
| Fletcher straight brad stapler (US Accolades) | $ 2,400.00 | Unknown |
| Chemical Compound Pump PMPK0001 Hammond Roto Finish | $ 791.65 | Unknown |

*Handwritten note: "providence Rhode Island"*

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?** $ 0.00 ~~6675 oz~~

6675.1 999 Silver oz.

**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

goods sold; gold and silver is a legal tender and that is what I'm owed.

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.
  **Nature of property:**
  ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  ☐ Motor vehicle
  ☐ Other. Describe: _____

  **Basis for perfection:** _____
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:** $ _____
  **Amount of the claim that is secured:** $ _____
  **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:** $ _____

  **Annual Interest Rate** (when case was filed) _____ %
  ☐ Fixed
  ☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☒ Yes. Identify the property: inTresT

Form dbtrclma (07/2013)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Northwest Territorial Mint LLC

Case Number: 16-11767-CMA
Chapter: 11

Debtor(s).

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: Creditor **Northwest Territorial Mint LLC**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: August 29, 2016

Mark L. Hatcher
Clerk of the Bankruptcy Court



**NORTHWEST TERRITORIAL MINT LLC**
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 114322

## Sales Order Acknowledgement

**Sold To:**
Alex McQuin
32316 SHOOP LN
HERMISTON OR 97838-9307
UNITED STATES

**Ship To:**
Alex McQuin
32316 SHOOP LN
HERMISTON OR 97838-9307

| | |
|---|---|
| Order Date: 11/9/2015 | Sales Person: guerraa |
| Contact: Alex McQuin | Phone: 541-656-7005 |
| Customer ID: 115041 | Email: acmcquin69@outlook.com |
| Terms: Due on receipt of inv. | Ship Via: |

*2/29 - 4 - 10 OZ BARS FOR THE INCONVENIENCE OF WAITING ANOTHER 4 - 6 WKS*
*\*\*\*REFUNDING 97536/ APPLY FUNDS IN FULL TO THIS ORDER\*\*\* Alea 11.9.15*

8 - 10 weeks

| Line | Qty | Part Number / Description | | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 3,002.00 | B10080 | SILVER 1 OZ. NORTHWEST TERRITORIAL MINT BAR | $15.05 | $45,180.10 |
| 2 | 289.00 | B10081 | SILVER 5 OZ. NORTHWEST TERRITORIAL MINT BARS | $75.25 | $21,747.25 |
| 3 | 200.00 | B10082 | SILVER 10 OZ. NORTHWEST TERRITORIAL MINT BARS | $150.50 | $30,100.00 |
| 4 | 188.00 | B10016 | SILVER 1 OZ STAGECOACH BAR | $15.05 | $2,829.40 |
| 5 | 1.00 | B20002 | 1/10 OZ 1943 SILVER WAR PENNY .999 FINE | $2.41 | $2.41 |

*Handwritten:* 4   10 oz. NWTM   150.50   602

# Banner Bank

**Wire Automation**
V 2.0.0

Today's Wire    Search    Outgoing Wires    Outgoing List    Confirmation List    Logout

**Login User : 61 Hermiston Branch**(Branch LookUp)

Type : **Fed Out**            Date : **3/6/2015**
Status :                      IMAD : **20150306QMGFT011002489**

## Originator
Account : **6120357420**
Name : **Alex McQuin**    Originator FI :
Address : **32316 Shoop Ln Hermiston, OR 978389307**    Address :

Sender to Receiver Info :

## Beneficiary
Account : **5398395195**    Reference :
Name : **Northwest Territorial Mint LLC**    Beneficiary FI :
Address : **2505 South 320th St Ste 110 Federal Way, WA 98003**    Address :

Currency Code : **USD**    Intermediary FI :
Amount : **$83,700.00**    Address :
Fee : **$22.00**
Total : **$83,722.00**

## Other Messages

Receiver FI : **325084426**
            **HOMESTREET BK SEA**
Sender FI : **323371076**
            **BANNER BK WOODNVL**
OMAD :
Receiver FI Information :
FI to FI Information :