5/10/2017                                          16 - 1767

FROM    LUC J. R. MARTIN
        1415  293 RD  AVE NE
        CARNATION  WA  98014
        PH:  425-223-4368

FILED
Western District of Washington
at Seattle

MAY 16 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

TO:  ATTN: JUDGE ALSTON
     US BANKRUPTCY COURT
     700 STEWART STR
     SEATTLE  WA  98101

IN RE: LEASE HOLDERS; NW TERRITORIAL
       MINT CHAPTER 11 BANKRUPTCY

HONORABLE JUDGE ALSTON

        I AM ONE OF ABOUT TWO DOZEN PERSONS
WHO WERE VERY APPARENTLY CHOSEN
BY MR HANSEN THE OWNER/ OF N.W
TERRITORIAL MINT AS VERY CAREFULLY
SELECTED VICTIMS OF his FRAUD/
SCHEME (S). I AM ENCLOSING A LIST
OF OTHER "VICTIMS" LIKE MYSELF. WE
ARE ALL ELDERLY (65-95), SEVERAL OF US
ARE FATALLY ILL, SUCH AS MYSELF, HAVING
SURVIVED (BARELY) 2 HEART ATTACKS + 3 STROKES
THAT HAS LEFT ME WITH SEVERE SHORT
TERM MEMORY IMPAIRMENT & LITTLE
FEELING OR CONTROL OF MY RIGHT SIDE
NOT TO MENTION LEGALLY BLIND DUE
TO BRAIN DAMAGE. I AM TYPICAL OF
THE PERSONS MR. HANSEN PERSONALLY
SELECTED TO VICTIMIZE. I SAY THAT/

WITHOUT RESERVATION, BECAUSE I DID
NOT GO TO THE NW TER. MINT WITH ANY
INTENT OTHER THAN TO PURCHASE $500,000,
WORTH OF SILVER (OR GOLD). WHEN I WAS
AT THE NW TER MINT, ARRANGING MY
PURCHASE, THE SALES AGENT RAN TO
THE BACK AND PROMPTLY RETURNED
WITH MR HANSON ~ WHO PROCEEDED TO
TALK ME INTO A "LEASE AGREEMENT"
IN SPEAKING WITH THE FEW PERSONS
I HAVE MANAGED TO LOCATE, IN SIMILAR
SHOES, THAT WAS TYPICAL MODUS OPERANDI
WITH MR. HANSON - HE PICKED HIS VICTIMS
CAREFULLY - ELDERLY + W BIG $$ -

NOTE: TO MY KNOWLEDGE NO ONE HAS AS YET
ATTEMPTED TO LOCATE + SUBPEONA
THE SALES AGENTS WHICH ARE
IDENTIFIED BY NAME IN THE PUR
CHASE ORDERS MADE BY WE
MOTLY CROW OF SUCKERS THAT
SIGNED HIS CROOKED/FRAUDULENT
LEASE AGREEMENT

BUT, THIS LETTER IS NOT ABOUT MR
HANSEN, BUT AN EVEN BIGGER CROOK
NAMELY THE BANKRUTCY COURT TRUSTEE(S)
& HIS/THEIR LAWYER(S), I.C. NAMELY
MR. MARK NORTHRUP OF MILLER-NASH
ph: 206-624-8300 WHOM YOU APPOINTED TO
REPRESENT THE LEGAL + FINANCIAL INTEREST
OF "WE FRESHLY 'BEEN HAD' SUCKERS, BY
N.W. TER. MINT, I.C. MR HANSON.

Sadly, Mr Northrup has done little to nothing to aid his legal charges. Namely "We Suckers" while doing quite well at greasing the pocket books of his friends, acquaintances; co-conspirators such as the highly overpaid and incompetent he appointed to "oversee" (Bull!!) the Mint's operations — not to mention enriching his own pocket book well.

The misconduct in this case by the "Servants of the Court + the people whom are their charges (such as we silver/gold lease holders of the New Per. Mint) is near unbelievable. I pray that the bankruptcy court itself is an unwitting participant in the numerous frauds + general misconduct in this case; though at this point, in consideration of the threats by court officers made to the appointed representative(s) of our mostly group of "freshly screwed" lease holders, I have serious reservations that an "unbiased" court could not be aware of the unlawful + malicious intimidations from the court appointed legal staff against the only

individual who took his court appointment to aid the interests of we precious metals lease holders to task, namely Mr. William (Bill) Hanson (not to be confused with the "Bad Guy" Ross Hanson) was threatened and intimidated (unlawful acts) by Northrop; Calvert (his attorney) & Garrett (another (attorney working for Northrop).

The abusiveness by the Bankruptcy Court appointed "trustees" of the creditors' interests (namely we freshly screwed lease holders) has been so flagrant that they even had the balls to put them in waiting. I ask, how this is possible with out the protections of the Bankruptcy Court.

Mr. Bill Hanson is still in fear of his person & the mercer assets he has remaining, which Northrop and crew threatened to sue the pants off. - Leading him to promptly resign his post with the Bankruptcy Court as trustee.

I just noticed I have referred to both Mr. Bill Hanson & attorney Northrop & crew as "trustees" - I think that title is correct for Mr. B. Hanson, but not for Mr. Northrop, R J T I cannot formulate the proper title for Northrop with my damaged brain.

Self evident of the manipulations of the Bankruptcy court in this matter, by Northrop & crew of attorneys is the

Following:

1.) Although starting with the names of (10) ten individuals like myself who were the "highest" unsecured creditors identified in the bankruptcy (CHPT 11) filing, being considered as possible "trustees." I was able to research the internet & locate (7) seven individuals, ultimately, inclusive of their phone #'s + mailing addresses, which I sent to Mr Northrop; no effort was EVER made by him to supplement and/or even disseminate my list to others like myself — "freshly had by N.W. Ten. Mint." so that we could collaborate with each other + get legal representation as a group. The latter most likely the exact reason why Northrop went out of his way to preclude such collaboration among creditors

2.) Mr Does Hanson, scum bag as he may be, know the silver & gold business + in particular the "enhanced value" of precious

METALS (COINAGE & ARTIFACT) SUCH AS
JEWELRY. YET. THE ~~TRUSTEE~~ WENT OUT
OF HIS WAY TO GET HANSEN (OWNER
CHPT 11 FILER) REMOVED FROM ALL
INVOLVEMENT IN THE CO's OPERATION,
FOLLOWED SHORTLY BY PERFORMING AN
"AUDIT" OF VAULT CONTENT, WHERE
APARENTLY WITHOUT THE PRESENCE OF
A 2ND OR 3RD PERSON AS WITNESSES,
OPENED BOXES AND SCATTERED THEIR
CONTENT ABOUT. LATER, ANY PRECIOUS
METALS NOT CONTAINED IN SEALED +
CLEARLY IDENTIFIABLE AS TO OWNER-
SHIP WERE COLLECTED & SOLD FOR
LESS THAN THE MARKET VALUE OF
THE METAL. NOT TO MENTION THAT
MUCH OF THE COINAGE HAD VALUES
THOUSANDS OF TIMES THAT OF THE
METAL. WHAT SORT OF FOOL OR CROOK,
FOR EXAMPLE WOULD SELL AN 1890's
SILVER $ FOR ONE (1) DOLLAR? BUT
THAT IS EXACTLY THE SORT OF THING
THAT TRANSPIRED. NO FURTHER

proof is needed than to consider
that Attn Northrup had total
control over a vault full of
silver & gold which cost him
nothing. This only costs he had
was plant rental, utilities &
personnel (salos) costs. One
year later, He has sold all the
precious metals that were in
the vault & has operated at a
substantial LOSS

The only persons to benefit
has been him, his cohort lawyer
friends & likely those ho
sold all those high value items
to, possibly to receive a
kickback later.

3.) What is clear & certain is that
fact that Attorney Northrup
stands to gain a VERY LARGE
fee for his very questionable
services to his "freshly scattered
lease holders". But / most
significantly ---- that he &

AND HIS COHORTS HAVE FAILED BEYOND
ANY RATIONALIZATION IN THEIR DUTIES
TO PROTECT THE INTERESTS OF WE
THE UNSECURED CREDITORS.

4/ ATTORNEY NORTHROP HAS SQUANDERED A
FORTUNE PAID IN LEGAL FEES TO HIS
FRIENDS & COHORTS & BENEFACTORS FOR
QUESTIONABLE "SERVICES RENDERED"
IN SUPPORT OF SCREWBALL, ILL-ADVISED
MOTIONS TO THE BANKRUPTCY COURT
WHICH I BELIEVE HAVE ALL
FAILED AS A MATTER OF LAW,
BUT SUCCEEDED ADMIRABLY IN
ENRICHING HIS BUDDIES —
PRESUMEABLY TO GET A PAY BACK/
KICK BACK LATER.

5/ TO DATE, ATTORNEY NORTHROP HAS
FAILED TO FORWARD A TRUE &
CORRECT LIST OF ALL KNOWN
"LEASE HOLDERS" WHO'S INTEREST
HE IS SWORN TO PROTECT; SO
THAT WE MAY COLLABORATE
TO OBTAIN LEGAL REPRESENTATION

& HAVING BEEN DEFRAUD OF MOST IF
NOT ALL of OUR FINANCIAL ASSETS,
TO OBTAIN LOWER COST LEGAL
REPRESENTATION AS A LARGE GROUP

1) TO DATE, NO CREDIBLE ACCOUNTING OR
EVEN AN INVENTORY OF ASSETS FOUND
ON THE NW. TER. MINT PREMISES, BOTH
HERE IN WA OR OUT OF STATE HAS BEEN
MADE. MOST NOTABLE IS THE LACK OF
IDENTIFICATION + INVENTORY OF SUCH
ITEMS AS RARE/HIGH VALUE
COINAGE, WHICH COULD EASILY HAVE
BEEN ACCOMPLISHED USING DIGITAL
PHOTOGRAPHY.

2) TO DATE, NO ONE HAS BEEN HELD
ACCOUNTABLE FOR THE CRIMINAL
CONDUCT OF MR. NORTHROP & HIS
ASSOCIATES IN INTIMIDATION OF
THE COURT APPOINTED TRUSTEE MR
WILLIAM HANSON

3) TO DATE. NO ONE HAS SOUGHT TO
LOCATE THE THOUSANDS OF POUNDS
OF GOLD BARS + SILVER BARS

which were purchased by we freshly screwed Gold/Silver lease agreement holders. In my case I was mailed a notice by NW Ter. Mint when my unique (size & type) silver bars were received by the Mint from the manufacturer/smelter. But without an inventory - my silver has undoubtedly been sold by Northrop & cohorts at bottom basement prices to their budies.

Your Honor.

At this point, I am railing at the wind. My capacity in light of the brain damage I suffered to write a coherent appeal for help has failed me. I hope you can make some sense of factual content with in what must look like mad ramblings

I CAN ONLY ASSURE YOU THAT THIS
LETTER I AM SENDING YOU WAS
PENNED AT GREAT EFFORT OVER
A VERY PROTRACTED PERIOD OF
TIME, SINCE I REQUIRE ABOUT
18 HOURS OF SLEEP EACH DAY.

PLEASE YOUR HONOR, ASSERT YOUR
BEST EFFORTS TO ASURE THAT
I AND THOSE LIKE ME, IDENTIFIED
BY NAME IN THE LISTING OF
UNSECURED CREDITORS (I AM
GOING TO TRY TO ATTACH = BUT IT
WOULD BE MUCH EASIER IF I
COULD SEND THE LIST TO AN
EMAIL ADDRESS. SINCE I DON'T
HAVE AN OPERABLE PRINTER)
GET A FAIR CHANCE TO RECOVER THE
PROCEEDS OF A LIFETIME OF TOIL,
INSTEAD OF OUR SWEAT AND TEARS
FURTHER ENRICHING A GROUP

of GREEDY, CROOKED LAWYERS + THEIR
FRIENDS.

THANKS for YOUR CONSIDERATIONS
AND DELIBERATIONS

Luc J. R. MARTINI

ONE LAST Thought : A MR. Johnson (I Think
HAS FORMULATED A pLAN WHEREBY
N.W TEA. MINT MAY SURVIVE (NPT ]]
$ EVENTUALLY THAIVE AND AT LEAST
SOMEWHAT RESTORE THAT NOW
IS SURELY GOING TO END UP AS
A TOTAL LOST OF OUR LIFE'S
HAND EARNED WEALTH. PLEASE
LET ME KNOW IF THIS COURT
WOULD LIKE TO HEAR THIS
ATTORNEYS IDEAS
THE FBI HAS A COPY OF MY LIST OF
UNSECURED
CREDITORS
ADDRESSES.

ONE LAST THOUGHT.

THE CONCEPT UNDER LAW, THAT GOLD/SILVER THE METAL, IS SINONIMOUS WITH "MONY", NAMELY OUR QNATIONAL CURRENCY, THE U.S. Dollars, IS LEGALLY FLAWED SINCE CONGRESS REMOVED THIS NATION FROM THE "GOLD STANDARD". A LEASE OF Physical GOLD SHOULD BE CONCIDERED UNDER LAW NO DIFFERENT THAN THE LEASE OF ANY OTHER PHYSICAL ASSET Such AS A CAR, OR HOUSE OR OFFICE BUILDING OR PIECE OF FARM LAND. THE GOLD + SILVER FOUND IN UN MARKED & FOUND/ BOXES, OR LOOSE, & EVEN IF ALTERED INTO OTHER APPEARANCES Such AS COINAGE, Similar TO BARE LAND BEING TRANSFORMED INTO CROP BEARING LAND, DOES NOT ALTER OWNERSHIP + EVENTS INHERENT

----- Forwarded Message -----From: martinil <martinil@comcast.net>To:
martinil <martinil@comcast.net>Sent: Thu, 11 May 2017 16:59:32 -0000
(UTC)Subject: Fw: Updated List of Lease Holders (gold/Silver) in re Luc
Martini V NW Territorial Mint

Bad news.   I got a bunch of the mailing I sent out to the latest addresses
I could find for some
of the names of Silver/Gold Lease Agreement Holders at the NW Ter.
Mint.  The following letters I sent were returned as UNDELIVERABLE.

Morgan Hanson Elmer City WA
Robert Coyer, Renton, WA
Christa Bickner, Tacoma WA
Kimberly Ann Saul, Gig Harbor, WA
Martyha McNeel, Olympia WA
Jeffrey Mark McNeel, Olympia WA
Hanson C. Blacker, Tacoma, WA5
Howard M. Weber, Bothell WA
Vern Green,  Bounty, UT.

I&rsquo;m not doing so good finding people.. These are also all different
&ndash; latere addresses
than I found on the NW Ter. Mint  List.  I wonder how many are already
dead... an
obvious intent on the part of Ross Hansen to get his hands on the assets of
old people
like myself.

Luc


From:Williamson, Benjamin M. (SE) (FBI)
Sent: Thursday, April 27, 2017 5:57 PM
To:martinil
Subject: RE: Updated List of Lease Holders (gold/Silver) in re Luc Martini
V NW Territorial Mint

Thanks, got it.
-------- Original message --------From: martinil <martinil@comcast.net>
Date: 04/27/2017 5:54 PM (GMT-08:00) To: "Williamson, Benjamin M. (SE)

(FBI)" <Benjamin.Williamson2@ic.fbi.gov>

Subject: Fw: Updated List of Lease Holders (gold/Silver) in re Luc Martini
V NW Territorial Mint


I hope this gets through to you.
As you will note, there are a couple of names that have multiple possible
addresses..
Those I narrowed down to a single address I sent a mailer out to last week.
I will let you know if I get any replies. The Bankruptcy Trustee has been
of no help
providing me / we freshly screwed lease holders with current names,
addresses and phone
numbers.. wonder why they don&rsquo;t want us to communicate with each
other? Smell like a screw \
job to me despite your optimism. By the way are you aware that the one
and only Lease Holder
that was SELECTED by the Bankruptcy Court to be our representative in the
Chpt 11 proceedings
quit because of threats and other intimidations by the TRUSTEE and his
ATTORNEY.
You might want to call this guy.. he has some interesting information you
might find useful,
that he is afraid to release due to said intimidation tactics by the guys
that are supposed to be
ON OUR SIDE.. but looking out for their own interests first and foremost..
and passing on the
rest to their buddies, no doubt for a payback later... pardon me if I am
PISSED
Luc Martini



From:martinil
Sent: Thursday, April 27, 2017 4:48 PM
To:martinil
Subject: Fw: Updated List of Lease Holders (gold/Silver) in re Luc Martini
V NW Territorial Mint

Hi

I have reviewed at long last the long list of Lease Agreement holders with
NW Ter. Mint.

Sadly most of the addresses in that list are old and no longer valid.

I have gotten some updates, but I don&rsquo;t have the reasources to get
the phone

numbers.  I have been searching using WWW.SPOKEO.COM  .  To get the phone

numbers requires (1.00 per name).  I haven&rsquo;t done that as yet.. short
of cash since

that asshole Obama caused medications to increase in price from Zero to $50 per

med (like insulin)

My Efforts to find current addresses and Phone Numbers of Lease Holders is NW Ter. Mint\

Lease Holders is not yet complete.. need Phone Numbers..

Mark Wonser, Age 64,     Formerly:     620 SE Waverly Dr., Portland Or 97222

                                        Also:          Greyham Or.

                                        Now:          24250  S. Raney
Ln,     Estacada OR  97023-9064

                                        Zip: 97023-9064     Phone  ??

                                        Relatives:  Steve
Wonser:  Jean;  Stephen, David,

Howard    (M) Weber ( ? ) & Soledad Mulvaney & Patricia ?,

                                        Formerly:    2201 Blackburn Hills
Ave. , Henderson NV,    89044;   Kirkland WA

                                        Now:          17543 102nd Ave.
NE   (Apt. B-??), Bothell, WA 98011-3787 or 3788

                                        Zip: 98011     Phone ?

Age: 57.

Relatives: Solidad J. Mulvaney,

Henderson, NV 89011-0159

Addr Now: 2201 Blackbur Hills Ave,

Zip: 89011-0159    Phone  ?


Tony Tomaccio:    Age ( ? )    Formerly:   23416 SE 217th  Place, Maple
Valley WA, 98038-8444

Now:       NO RECORD FOUND


Kimberly  Ann Saul ( 79/80 )    Formerly:    PO Box 1388, Gig Harbor, WA
98335 (no suffix)

Now:        3318 or 3118
Stanish Lane, Gig Harbor, WA 98335

Zip: 98335    Phone  ?

Relatives:    Virginia Saul;
James


Vern Green, (82)   Rampart Foundation

Allias:      Burn

Formerly:   PO Box 787 Columbus IN,
98335;  Vancouver WA;  Tacoma WA 84010 (no suffix)

Now:        651 West 32000,
Boutiful  UT,

Zip: 84010      Phone ?


                                        Relatives:      Aaron Green; Carole;
Janel; Gaylie



Richard & Paula Pehl          Formerly:    813 Barnhart Str., Raymond, WA
98578


                  Paul ( 80)      Now:              7241 Pilot Crt., Sparks
NV,   89436-5425


                                        Zip:  89436      Phone ?

                                        Relatives:    Henry Pehl; Paula



Jeffrey Mark  McNeel ( 90 ) Formerly;    5218 Marian Dr. NE, Olympia WA
98516-2245


      (Jeff)                            Now:          No Change

                                        Relatives:    Olive MxNeel:
Barbara;   Martha



Martha MCNeel (90)      Same Address (separate NW Ter. Mnt Account)



Steve  McAllester (65)      Formerly:    1314 East Los Olas Blvd #
555,   Fort Lauderdale, FL 33301

                                        Now:   ??    Steve
McAllester   Fortluaderdale FL &ndash; No results

T.   (65) 531 North Ocean Blvd, Pompano Beach FL

Steve

?

Zip ?   Ph

 Justin McAllester; Theresa,  Erin

Relatives:

(63) 2426 NE 60th, Delray Beach, FL

Steven T.

Zip ?  Ph ?

Relatives:

Steven A.

(63)  2436 NE 60th,  Okechobee FL

Zip ?  Ph ?

Relatives:

   Johnathan McAllister; Vanessa; Myranda

(63) 1580 ME 18th Ave., Del Ray Beach, FL

Steve T/

?

Zip  ?  Ph

( 68 ) 1685 SE Central  Ave., Arcada FL

Steve C.

\

Zip ?  Ph  ?

Relatives:

Linda McAllester; Margaret

```
                                                              Steve   (NMI
) (75) 3635 Radnor Pl.  Sarasota FL,


                                                              Zip ?   Ph
?


                                                              Relatives:
    Lauraa McAllester;  Norman;  Craigt


                                                              Stephen /
Larry (66):    914 East Harvard Str. , Inverness FL


                                                              Zip ?   Pho
ne ?


                                                              Relatives:
    Malin McAllester; Janie, Sean



David  Israel       Formerly:   30 Columbus Ave. , New York, NY 10025
                         Now:   ??    David C (52) #4 Shadow LN,
Larchmont NY


                                          Zip ? Ph  ?


                                          Relatives:    Rebecca
Israel; Howard;  Hanna;  Adel


                                          David  A.,(40)    64
Thackery , Cobshill, Rocheste / East Hamptonr NY


                                          Zip ?   Ph ?


                                          Relatives: Michael
Israel; Merilyn;  Robert;  Mary


                                          David M. (57) 142 Old
Northwest Rd., East Hampton NY
                                          (RECEIVED A CALL :212-
514-5000 on 4/7/2015 will call back)
```

Israel;  Laura; Sandra;  Julie;  Lili

Relatives: Charels

David B.; ((67)  151

Hempstead Ave. / Duncan Ave., Lynbrook NY

Zip ?  Ph ?

Relatives:  George

Israel;

David L.,

(59)  Oakskdale WA;  Renton WA

Brian Huckaby (85 / 86)  Formerly:   9747 Eagle Rd., Davisburg MI 48350-2116

Now:        Same Address

Zip ?    Ph ?

Relatives:  Naomi Huckaby;  Gail

Morgan Hanson (66).,      Formerly:    No Address

Now:       309  Seaton Ave / 3rd

Ave, Elmer City / Coulee Dam, WA 99124

Zip:

99116/99124 ??   Ph  ?

Relatives:  Dea

nne Hanson; William; Sierra; Wyath;  Lilli

Robert(Bob) Coyer          Formerly:    No Address

                                    Now:          12021  S Quahnah Ave,
Jenks OK,  74037-4217
                                    OR:           11216 SE 112th PL,
Renton WA     98055 to 98059  ??



Chris Buckner             Formerly:       No Address

                                    Now:          5510 Beverly Ave NE,
Tacoma, WA     98422-1403

                                    OR:           1101 Cliff Ave / S
11th Str Tacoma, WA   98405-(x)


Hanson  N (61) & Nelly Blacker      Formerly:    417 Boswell Ave,
Chesterton IN, 46304

                                            Now:      3848 S Pine
Str & S 40th Str, Tacoma WA 98409-5610

                                            PH:


Anthony Benson         Formerly:    2510 354th Str., Federal Way, WA
98003

                                    Now:          Anthony C;  29914    4th
Ave. SW, Federal Way, WA 98023-3514

                                    (Addr Verified)
                                    Ph: 253-874-1200 (TON) / 206-305-
9228 (called me 4/25/2017),

Paula Pell, on Bankruptcy Court Committee as large Lease Holder, but doesn&rsquo;t appear anywhere else

Larry Chipalony , On Bankruptcy Court Committee as large Lease Holder, but doesn&rsquo;t appear anywhere else

John Seips,   On Bankruptcy Court Committee as large Lease Holder, but doesn&rsquo;t appear anywhere else
                516 Bowen Str., Longmont, CO, 80501-5334

Other CREDITORS Found:

    Bradley Stevens Chohan: Defamation
Judgment :                    $7,000,000.00

        disputed: Mar 2015   (N/A &ndash; won&rsquo;t recover under Bankruptcy)

    Don Wright; Leased
Metal:                                    $517,3
59.75

        dwrightdds@outlook.com / 425-556-9034 / WA   (home ph)

        (Ph Mail Box Full &ndash; Doesn&rsquo;t answer phone 4/6/17 )
    (Got hold of him 4/11/17 from Cell Ph 425-443-3958 &ndash; he has been corresponding with John Peterson))

```
    Dr. Bob Austin; Leased
Metal:  deceased                                    $901.795,25

        rosscar@tds.net   / 360-983-3382 (executor) WA

    VEFMA  Austin;  Same address (wife ??) Could this be VERNA..?

    (Called, No Answr4/6/17 )




    Norm Liedke: Leased Metal:    age
88                                             $291,189.20

        Liedke Associates LP

        normspringhill@gmail.com / 828-884-5306 , FL

      Phyllis Liedke:    Same Address (wife )

        ( Called, No answr 4/6/17)




    Maria Kroupa (Milan); (terminally ill- lives with son Milan
Kroupa:  $971,861.01

    age 83

        memilan@verizon.net / 416-996-9348 / 951-514-0727 / CA

        (called 951-514-0727, left message 4/6/17)




    Luc Martini (stroke impaired)/Mike R Howard(son)-leased
Metal   $318,974.79
```

Also Aprox. $55,000 cash on deposit pending futurer purchase

martinil@comcst.net / 425-223-4368 / age 73 / WA


Simon Ginsberg:Leased Metal; age
64                                          $257,706.15

sginsberg@mgpllp.com / 646-747-4676 / NY

Simon Ginsberg, TTE ; same address:

(called, No Anwr, No message Machine; 4/6/17)


William L. Hanson: Leased Metal ;age
91                                          $436,227.35

12533809922@vm.vonage.com /253-380-9922 / WA ?

Noe, Bill is willing to give advise if someone comes up with a Re-Org Plan for NW Ter. Mint

On Bankruptcy Court Committee : Now Quit.  (signed deal with Bressler)

Sold gold and silver at discount to Count Stores.. took any offer... several thousand $ discount

Attn Northrop threatened him for wanting Calvert fired.   Attn Garett threatened to sue him

Has rudimentary Re-Org plan  but there is nothing left

Hired a guy at $300K a year as manager

Judges only concern is that lawyers get paid.

Fraud by Calvert in re FAIS gold coins in Volt... Refused to give to owner when

Identified by Ross.


Paula Pell still on committee but outvoted 4 to 1  David James ($1.25Million to Ross; never ordered); Larry Chipalony (lease customer); John Seips (Lease Customer &ndash; AZ) ; David Petteys     (lawyer represents Dr, Wright))   All selected by DOJ  Martin Smith (attorney)


Call Det. Of Justice, Bankruptcy Div.  get current list of creditors.

(spoke with him 4/6/17..scared of getting sued as per threat  by Trustees. quiet Board.)

Ross Jones:z z(not Ross Hanson, former owner)  Current CC at NW Terr. Mint  360-704-0300

John Peteron:  425-226-1272 (John Peterson:  johnandsheilartn@aol.com(lost part of gold in vault &ndash; Lawyer trying to save NW Ter. Mnt & can Calvert and other current Court crooks


??  607-760-1957  NY  ?????????


My attorney:

Amit D. Ranade
Hillis Clark Martin & Peterson P.S.
999 Third Avenue | Suite 4600 | Seattle, WA 98104
d: 206.470.7657 | 206.623.1745 | f: 206.623.7789
amit.ranade@hcmp.com | www.hcmp.com| vCard



**Back to Inbox**

Delete | Move to... | Move | Actions | Go | Spam ← 2 →

© 2015 Comcast Cable Communications     UPDATED: Privacy Statement     UPDATED: Terms of Service     Contact Us     Add Comcast Services     Tell Us What You Think