# EXHIBIT C

| Qty | Description | F.L.V. | Photo |
|---|---|---|---|
|  | **(All Machines Disconnected & Not in Service - Prices May Vary Depending on Condition)** | | |
| 1 | METLSAW CSP 24" horizontal gantry precision saw w/spare blades (SERVO amp bad) | $500 |  |
| 1 | A&G FF10-25 heat sealing machine w/feed table, s/n:34059 | $600 |  |

| Qty | Description | F.L.V. | Photo |
|---|---|---|---|
| 1 | BENCHMASTER 196 approx. 5 ton punch press | $25 | |
| 1 | PERKINS specialty punch w/carousel table & stand | $50 | |
| 1 | DECKEL Type GK12 panograph, s/n:3081 | $200 | |
| 1 | MOORE hydraulic die flipper | $200 | |
| 1 | Group of HME 360 ton hydraulic presses (not operational - scrap) | $300 | |

| Qty | Description | F.L.V. | Photo |
|---|---|---|---|
| 1 | LINLEY jig bore, s/n:3402-A-10-1476 | $200 |  |
| 1 | ARBOGA Maskiner E825L gearhead drill press | $175 |  |
| 1 | (Make unknown) 8" rolling mill w/spare rolls, s/n:N/A (Operational?) | $475 |  |
| 1 | SKUTT KM1018 automatic kiln, 2,350 degree fah., Cone 10, s/n:002220 | $350 |  |

| Qty | Description | F.L.V. | Photo |
|-----|-------------|--------|-------|
| 1 | Auto blanking system weighing w/4 station w/conveyor | $200 |  |
| 1 | IRM 5" rolling mill | $125 |  |
| 1 | QVAC QQC-27 roll feeder, s/n:120 | $500 |  |

| Qty | Description | F.L.V. | Photo |
|---|---|---|---|
| 1 | WESC F30 film dispenser, 1/139/83 | $250 | |
| 1 | Group of (4) FREDRICH K AUGENSTEN Type 505 reducing machines | $200 | |
| 1 | ME MEDALMASTER rimming machine, s/n:13619 | $500 |  |

| Qty | Description | F.L.V. | Photo |
|---|---|---|---|
| 1 | PEXTO 22" stomp shear | $75 | |
| 1 | SM ENGINEERING 92 kw, 480V, 55 amp furnace, s/n:96-18-425SHECFT-TSM-01 (scrap) | $250 | |
| 1 | Group of (2) CAVALLIN 5" rolling mills, parts | $400 | |
| 1 | MITEK MK-45ZNC EDM machine, s/n:048168L | $600 | |
| 1 | SPEEDY-MELT gas furnace w/PROTECTAL controls | $250 | |

| Qty | Description | F.L.V. | Photo |
|---|---|---|---|
| 1 | PERKINS 20-C 20 2-1/2 ram, 1-1/2" stroke punch press, s/n:47332 | $300 | |
| 1 | PACKER-MATIC 3-head hi-speed buffing/grinding machine | $275 | |
| 1 | TIERNEY Type CP-3 transformer, 145 kva, 3 phase, s/n:AC3145-8T-47H | $125 | |
| 1 | Shop built sealing machine | $100 | |