| | |
|---|---|
| | Honorable Christopher M. Alston<br>Chapter 11<br>Location: Seattle, Room 7206<br>Hearing Date: June 2, 2017<br>Hearing Time: 9:30 a.m.<br>Response Date: May 31, 2017 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br>EIN: 30-0143641<br><br>Debtor. | Case No. 16-11767-CMA<br><br>RESPONSE OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE TO TRUSTEE'S MOTION TO ENTER INTO POST-PETITION FINANCING AGREEMENT |

The Official Unsecured Creditors' Committee, by its undersigned attorneys, responds as follows to the Trustee's Motion to Enter into Post-Petition Financing Agreement (Dkt. #1034; the "Financing Motion"):

1.) The Committee supports approval of the Financing Motion. The Committee recognizes that the Trustee has recently achieved a substantial case objective in his successful effort to bring the assets of the Medallic Art Company, LLC, into the bankruptcy estate. The substantive consolidation of the Medallic assets with the Mint assets was a threshold event necessary to enable the Trustee to maximize the value of the Mint/Medallic operations for the benefit of creditors.

2.) Substantive consolidation aside, the Committee was—and remains—concerned

RESPONSE OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE TO TRUSTEE'S MOTION TO ENTER INTO POST-PETITION FINANCING AGREEMENT - 1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4835-7951-8025.1

Case 16-11767-CMA    Doc 1049    Filed 05/31/17    Ent. 05/31/17 14:08:21    Pg. 1 of 2

that the estate experienced a significant operating deficit ($242,368) for the month of April. This operating shortfall was unexpected. Under these circumstances, it is the Committee's view that the availability of the proposed factoring arrangement with Prestige Capital is critically important to ensure that the estate's operating business will remain viable until the final determination can be made as to how the case will proceed: reorganization, sale or some combination of both. Whatever the resolution, the bankruptcy estate needs the proposed financing arrangement to be in place as an insurance policy that the estate's business will remain fully operational through the conclusion of the case.

DATED this 31st day of May, 2017.

        MILLER NASH GRAHAM & DUNN LLP

        */s/ Mark D. Northrup*
        Mark D. Northrup
        WSBA No. 16947
        mark.northrup@millernash.com
        (206) 624-8300
        Attorneys for the Unsecured Creditors Committee

RESPONSE OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE TO TRUSTEE'S MOTION TO ENTER INTO POST-PETITION FINANCING AGREEMENT - 2

4835-7951-8025.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Case 16-11767-CMA    Doc 1049    Filed 05/31/17    Ent. 05/31/17 14:08:21    Pg. 2 of 2