**Below is the Order of the Court.**

*[Signature]*

**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO (A) SELL GRACO INVENTORY; (B) ABANDON TRUCK; AND (C) DISPOSE OF EQUIPMENT AT SCRAP VALUE |

This matter came before the Court on the Chapter 11 Trustee's Motion requesting authority to (a) sell certain inventory associated with NWTM's Graco Awards business; (b) abandon a 1962 Chevrolet C/50 truck; (c) to sell or abandon certain scrap equipment that is of no longer any use to NWTM; and (d) abandon and destroy business records of NWTM from before 2009 (the "Motion"); the Court having considered the Motion, the accompanying declaration, any objections and reply materials, the arguments of counsel, and the pleadings and papers herein, the Court **HEREBY FINDS AND DETERMINES AS FOLLOWS**:[1]

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

ORDER GRANTING MOTION FOR AUTHORITY TO
SELL GRACO INVENTORY, ETC. - 1
500403565 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1082    Filed 06/12/17    Ent. 06/12/17 13:28:24    Pg. 1 of 5

**Below is the Order of the Court.**

A. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), (N), and (O). Venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

B. As evidenced by the affidavits of service previously filed with the Court, the Trustee provided proper, timely, adequate and sufficient notice of the Motion and the hearing on the Motion, in accordance with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the Bankruptcy Court for the Western District of Washington. Such notice was good and sufficient, and afforded parties a reasonable opportunity to object or be heard with respect to the matters that are the subject of this Order, and no other or further notice of the Motion or hearing thereon shall be required.

C. Approval of the sale of the Graco Inventory and, if feasible, the Scrap Equipment, as those terms are defined in the Motion, is in the best interests of the Debtor, its creditors, its estate, and other parties in interest.

D. The Trustee has demonstrated both (i) good, sufficient, and sound business purpose and justification, and (ii) compelling circumstances for the sales pursuant to 11 U.S.C. § 363(b).

E. The terms of the sale of the Graco Inventory were negotiated, proposed and entered into by the Trustee and Ira Green at arms' length without collusion or fraud, and in good faith within the meaning of Section 363(m) of the Bankruptcy Code.

F. Ira Green is a good faith purchaser under 11 U.S.C. § 363(m) and, as such, is entitled to all of the protections afforded thereby. Ira Green will be acting in good faith within the meaning of 11 U.S.C. § 363(m) in closing the sale at all times after the entry of this Order.

G. The consideration provided by Ira Green for the Graco Inventory (i) is fair and reasonable, (ii) is the highest and best offer for the Graco Inventory, (iii) will provide a greater recovery for the Debtor's creditors than would be provided by any other practical available alternative, and (iv) constitutes reasonably equivalent value and fair consideration under the

ORDER GRANTING MOTION FOR AUTHORITY TO
SELL GRACO INVENTORY, ETC. - 2
500403565 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1082    Filed 06/12/17    Ent. 06/12/17 13:28:24    Pg. 2 of 5

Bankruptcy Code and under the laws of the United States, any state, territory, possession, or the District of Columbia.

H. The transfer of the Graco Inventory to Ira Green will be a legal, valid, and effective transfer of the Graco Inventory, will vest Ira Green with all right, title, and interest of the Debtor to the Graco Inventory free and clear to the fullest extent permitted under the Bankruptcy Code or other applicable law of all interests in such property of any person or entity.

I. The Trustee may sell the Graco Inventory and Scrap Equipment free and clear of all interests because one or more of the standards set forth in 11 U.S.C. § 363(f)(1)-(5) has been satisfied. Those holders of interests who did not object, or who withdrew their objections, to the sale of the Graco Inventory or Scrap Equipment are deemed to have consented pursuant to 11 U.S.C. § 363(f)(2). Other holders of interests who objected to the Motion fall within one or more of the other subsections of 11 U.S.C. § 363(f) and are adequately protected by having their interests, if any, attach to the cash proceeds of the sale attributable to the property against or in which they assert an interest, in the same order of priority that existed prior to the closing and subject to all objections, counterclaims, recoupments and other defenses of the Debtor's estate.

J. The Truck and Scrap Equipment, as those terms are used in the Motion, are of inconsequential value and benefit to the estate and are burdensome to the estate.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as further described herein.

2. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3. The sale of the Graco Inventory, is hereby APPROVED on the following terms:
   a. The purchase price is $41,732.80.

ORDER GRANTING MOTION FOR AUTHORITY TO
SELL GRACO INVENTORY, ETC. - 3
500403565 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1082    Filed 06/12/17    Ent. 06/12/17 13:28:24    Pg. 3 of 5

      b. The Graco Inventory is transferred to Ira Green "as-is, where-is" and without warranty.

4. Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized and directed to consummate the sale of the Graco Inventory, pursuant to and in accordance with the terms and conditions of sale in paragraph 3 above.

5. Pursuant to 11 U.S.C. §§ 105(a) and 363(f), the Graco Inventory shall be transferred to Ira Green, free and clear of all interests with all such interests to attach to the net proceeds of the Sale in the order of their priority, with the same validity, force and effect which they now have as against the Graco Inventory, subject to any claims and defenses the Debtor may possess with respect thereto.

6. The sale of the Graco Inventory by the Trustee to Ira Green (A) is or will be legal, valid and effective transfers of the Graco Inventory; (B) vest or will vest Ira Green with all right, title and interest of the Debtor to the Graco Inventory free and clear of all liens and claims pursuant to Section 363(f) of the Bankruptcy Code (other than Liens created by Ira Green); and (C) constitute transfers for reasonably equivalent value and fair consideration under the Bankruptcy Code and the laws of the state in which Debtor is incorporated and any other applicable non-bankruptcy laws.

7. Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized and directed to consummate the sale of the Scrap Equipment on such terms and for such price as the Trustee deems appropriate exercising his business judgment.

8. Pursuant to 11 U.S.C. §§ 105(a) and 363(f), the Scrap Equipment shall be transferred to the purchaser(s), free and clear of all interests with all such interests to attach to the net proceeds of the sale in the order of their priority, with the same validity, force and effect which they now have as against the Scrap Equipment, subject to any claims and defenses the Debtor may possess with respect thereto.

ORDER GRANTING MOTION FOR AUTHORITY TO
SELL GRACO INVENTORY, ETC. - 4
500403565 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Below is the Order of the Court.**

9. The Trustee's request for authority to abandon the Truck to the James G. Murphy Company is approved.

10. The Trustee's request for authority to abandon the Scrap Equipment is approved.

11. This Order shall be effective immediately upon entry, and any stay of orders provided for in Bankruptcy Rules 6004(h), 6006(d), 7062 and any other provision of the Bankruptcy Code or Bankruptcy Rules shall not apply, is expressly lifted and this Order is immediately effective and enforceable.

12. The provisions of this Order are non-severable and mutually dependent.

13. This Court retains exclusive jurisdiction to interpret, enforce, implement and resolve any disputes arising under or in connection with the terms and provisions of the sales authorized in this Order.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ David C. Neu*
　　Michael J. Gearin, WSBA #20982
　　David C. Neu, WSBA #33143
　　Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING MOTION FOR AUTHORITY TO
SELL GRACO INVENTORY, ETC. - 5
500403565 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1082    Filed 06/12/17    Ent. 06/12/17 13:28:24    Pg. 5 of 5