Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: September 1, 2017
Hearing Time: 9:30 a.m.
Response Date: August 25, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF CHRISTINE UNWIN IN SUPPORT OF TRUSTEE'S SECOND MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY TO CUSTOMERS

I, Christine Unwin, hereby declare as follows:

1. I submit this Declaration in support of the Trustee's Second Motion for Order Granting Authority to Return Stored Inventory to Customers (the "Motion"). I am over eighteen (18) years of age, and I am competent in all ways to testify.

2. I am a consultant for Cascade Capital Group, LLC. I have more than 15 years experience as a business operations executive. On April 11 and April 12, 2016, I led the inventory process at Northwest Territorial Mint, LLC's ("NWTM" or the "Debtor") Dayton, Nevada facilities (the "Dayton Office"). In connection with my inventory of precious metals at the Dayton Office, I secured and identified inventory marked as storage inventory for specific customers (the "Stored Inventory"). I took photographs of inventory located at the Dayton Office or supervised the work of two Dayton Office employees who also took pictures. On a site visit to the Dayton Office on June 8

DECLARATION OF CHRISTINE UNWIN IN SUPPORT
OF SECOND MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED INVENTORY - 1

500481449 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1143    Filed 08/07/17    Ent. 08/07/17 16:03:52    Pg. 1 of 14

and June 9, 2016 I verified inventory photographs sent to me and confirmed that inventory remained in the original vault location recorded on April 11, 2016. In particular, I confirmed the existence, identification and location of certain Stored Inventory.

2. Through my personal inspection of the inventory in the Dayton Office, I identified two 100 oz. silver bars which were located on a shelf in the lower right center of the Dayton Office vault (number 38 on the schematic attached hereto as Exhibit A). The bars were stored together with a receipt identifying them to Dr. and Mrs. Richard Pehl. Photographs of the bars and receipt are attached hereto as Exhibit B.

3. While conducting the inventory, I also located a Centennial Car Ingot Collection Set (the "Car Ingot Set") located on the top shelf in the rear-right portion of the vault (number 24 on Exhibit A). The Car Ingot Set did not have any paperwork with it that identified it to a particular customer. I was told by one of the employees that Ross Hansen had informed him that the area in the vault where the Car Ingot Set was located "belonged to him (Ross)" and that the employee "was not to inventory it". Accordingly, the items found in location number 24 along with surrounding items discovered in this section of the vault, were classified as Third-Party Related Dispute with ownership to be determined after investigation. A photograph of the Car Ingot Set is attached hereto as Exhibit C.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 1ST day of August, 2017, at Bellevue, Washington.

_____
Christine Unwin

DECLARATION OF CHRISTINE UNWIN IN SUPPORT
OF SECOND MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED INVENTORY - 2

500481449 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1143    Filed 08/07/17    Ent. 08/07/17 16:03:52    Pg. 2 of 14

# EXHIBIT A

# NEVADA VAULT INVENTORY: LOCATION and CONTENTS RECORDED APRIL 11, 2016



Nevada Inventory by Vault Location - REAR WALL

NWTM NV Main Vault: 22' L x 14' W x 8.5' H

Nevada Inventory by Vault Location - FRONT ENTRY WALL

| No. | Labeled | Status / Ownership |
|---|---|---|
| 1 | NWTM Samples | Mint Owned |
| 2 | NWTM Samples | Mint Owned |
| 3 | NWTM Archives | Mint Owned |
| 4 | NWTM Samples | Mint Owned |
| 5 | NWTM Samples | Mint Owned |
| 6 | Blanchard Storage D. Blanchard | |
| 7 | NWTM Samples | Mint Owned |
| 8 | Sales Samples | Mint Owned |
| 9 | Coin Samples | Mint Owned |
| 10 | Empty Boxes | Mint Owned |
| 11 | Steel Filling Tools | Mint Owned |
| 12 | Empty Coin Tubes | Mint Owned |
| 13 | Sales Samples - br | Mint Owned |
| 14 | Empty Tray | Mint Owned |
| 15 | Sterling Award - S | Mint Owned |
| 16 | Sales Samples | Mint Owned |
| 17 | NWTM Scrap | Mint Owned |
| 18 | NWTM Scrap | Mint Owned |
| 19 | NWTM Scrap | Mint Owned |
| 20 | S. Firebaugh | 3rd Pty Rel. Disp. |
| 21 | Floor Cabinet | Mint Owned |
| 22 | Presumed Hansen | 3rd Pty Rel. Disp. |
| 23 | Presumed Hansen | 3rd Pty Rel. Disp. |
| 24 | Presumed Hansen | 3rd Pty Rel. Disp. |
| 25 | Presumed Hansen | 3rd Pty Rel. Disp. |
| 26 | Presumed Hansen | 3rd Pty Rel. Disp. |
| 27 | State Coins (50 St | Mint Owned |
| 28 | State Coins (50 St | Mint Owned |
| 29 | Box | Mint Owned |
| 30 | Empty | N/A |
| 31 | Lapel Pin Boxes | Mint Owned, 3rd Pty Rel. |
| 32 | Presumed Hansen Disp. | |
| 33 | Niobium Scrap+Ni | Mint Owned |
| 34 | Russell Storage | Aaron Russell |
| 35 | Sales Samples - Ki | Mint Owned |

| No. | Labeled | Status / Ownership |
|---|---|---|
| 36 | Presumed Hansen | 3rd Pty Rel. Disp. |
| 37 | Empty | N/A |
| 38 | Pell Storage | Dr/Mrs. Pell |
| 39 | Mulbauer Storage | F.Mulbauher |
| 40 | Knives+Die Set | Mint Owned |
| 41 | Paolucci Storage | D/M Paolucci |
| 42 | Paolucci Storage | D/M Paolucci |
| 43 | D.Erdman UPS | 3rd Pty Rel. Disp. |
| 44 | D.Erdman UPS | 3rd Pty Rel. Disp. |
| 45 | D.Erdman UPS | 3rd Pty Rel. Disp. |
| 46 | D.Erdman UPS | 3rd Pty Rel. Disp. |
| 47 | Goldpanner Round | Mint Owned |
| 48 | Scrap Buckets | Mint Owned |
| 49 | Scrap Barrel | Mint Owned |
| 50 | Scrap Bucket Left | Mint Owned |
| 51 | H.Toomey/F.Houss | 3rd Pty Rel. Disp. |
| 52 | D.Routh, presumed | 3rd Pty Rel. Disp. |
| 53 | Empty | (Formerly Ariel) |
| 54 | Empty | N/A |
| 55 | 12 Strips Zirconiur | Mint Owned |

NOTE: Numbers in bold appear on Cascade Capital's "Customer Owned Inventory to Return"

# NWTM Dayton, NV Plant – Estimated 100,000 Square Feet
## MAIN VAULT AND FLOOR VAULT LOCATIONS
### Estimate – Not to Scale

**Labels (blue callouts):**
- Second Story Unlocked Archive Rotunda
- First Story Locked Archive Room Managed by Archivist Cathy Svomburg
- Plant Entrance
- Metal Detector
- Security
- Rear Exit to Storage, Waste, Equipment, Co. Vehicle Parking

**Floor plan labels:**
- LOBBY
- BREAK ROOM
- HR
- ENAMELING
- BURNISHING
- FINISHING
- MACHINE SHOP
- PACKAGING
- DIE SHOP
- DIE STORAGE
- PRODUCTION OFFICES
- EAST MEZZANINE
- WEST MEZZANINE
- COINING PRESSES
- TRIM PRESSES
- ANNEALING OVENS
- BLANKING PRESSES
- EXTRUDER
- SILVER MELT
- WOOD SHOP
- MAINTENANCE BAY
- SHIPPING / RECEIVING
- LOADING DOCKS
- FLOOR SAFE – Scrap & Overflow
- MAIN VAULT – Precious Metals &

**Other annotations:**
- Motion Video Security Camera (multiple locations)
- 1st Level Fire Extinguisher Locations
- Security Gate
- VISITOR AND EMPLOYEE PARKING

# EXHIBIT B



title IMG_4503.JPG  PE#L#38

date June 9, 2016 at 4:19:59 PM

filename IMG_4503.JPG

camera iPhone 6

1/30 | f/2.2 | 4.2 mm | ISO: 200 | Flash: Yes



title IMG_4425.JPG  DEHL #38
date June 9, 2016 at 3:34:35 PM
filename IMG_4425.JPG
camera iPhone 6
1/30 | f/2.2 | 4.2 mm | ISO: 200 | Flash: Yes

ACADEMY

999+
FINE
SILVER

100
TROY OUNCE

1625/02
5/1 1740

IN GOD WE TRUST







999+ FINE SILVER 100 TR

P724208

# EXHIBIT C



title

description
date April 14, 2016 at 1:34:20 PM
keywords #24 NV Vault
filename vault 082.JPG
camera Canon PowerShot ELPH 115 IS
1/20 | f/3.2 | 5 mm | ISO: 640 | Flash: Yes