Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: September 1, 2017
Hearing Time: 9:30 a.m.
Response Date: August 25, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF JODY CANNADY IN SUPPORT OF TRUSTEE'S SECOND MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY TO CUSTOMERS

I, Jody Cannady, hereby declare as follows:

1. I submit this Declaration in support of the Trustee's Second Motion for Order Granting Authority to Return Stored Inventory to Customers (the "Motion"). I am over eighteen (18) years of age, and I am competent in all ways to testify.

2. I am an accountant for Cascade Capital Group, LLC. On April 14 through April 19, 2016, I led the inventory process at Northwest Territorial Mint, LLC's ("NWTM" or the "Debtor") Federal Way, Washington facilities (the "Federal Way Office") and on April 20 through April 22, 2016 I led the inventory process at NWTM's Auburn, Washington facilities (the "Auburn Office") (collectively, the Washington Offices). In connection with my inventory of precious metals at the Washington Offices, I secured and identified inventory marked as storage inventory for specific customers (the "Stored Inventory"). In particular, I confirmed the existence, identification and

DECLARATION OF JODY CANNADY IN SUPPORT OF
SECOND MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED INVENTORY - 1

500481068 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

location of certain Stored Inventory. During the inventory process, Derrin Tallman took photographs of inventory located at the Washington Offices. *See* Supplemental Declaration of Derrin Tallman in Support of Motion for Order Granting Authority to Return Stored Inventory, Other Customer Owned Inventory, and Coining Dies [Dkt. 622].

3. Through my personal inspection of the inventory, I discovered that two 100 oz. Pan American silver bars were stored in safe 2, shelf 2 in NWTM's Auburn, WA, facility, and that these bars were labeled with a post-it note with the name "Arnold Abrams." Attached hereto as <u>Exhibit A</u> is a copy of a photograph of the silver bars taken during the inventory process.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 25th day of July, 2017, at Seattle, Washington.

*Jody Cannady*
Jody Cannady

DECLARATION OF JODY CANNADY IN SUPPORT OF
SECOND MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED INVENTORY - 2

500481068 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1145    Filed 08/07/17    Ent. 08/07/17 16:06:49    Pg. 2 of 4

# EXHIBIT A

