Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: September 1, 2017
Hearing Time: 9:30 a.m.
Response Date: August 25, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF STEVE MCALLISTER IN SUPPORT OF TRUSTEE'S SECOND MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY TO CUSTOMERS

I, Steve McAllister, hereby declare as follows:

1. I submit this Declaration in support of the Trustee's Second Motion for Order Granting Authority to Return Stored Inventory to Customers (the "Motion"). I am over eighteen (18) years of age, and I am competent in all ways to testify.

2. As evidenced by the proof of claim I filed, I provided Ross Hansen with a Franklin Mint silver car ingot set in 2006. Ross Hansen represented to me that he could sell the ingot set on my behalf and time the sale to generate the best return.

3. I was never informed that the car ingot set had been sold. In 2015, I asked Ross Hansen about the status, and he told me that it still had not been sold.

DECLARATION OF STEVE MCALLISTER IN SUPPORT
OF SECOND MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED INVENTORY - 1
500502803 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1146    Filed 08/07/17    Ent. 08/07/17 16:08:40    Pg. 1 of 2

1 | I declare under the penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct to the best of my knowledge.

EXECUTED this ___ day of August, 2017, at Fort Lauderdale, Florida.

_____
Steve McAllister

DECLARATION OF STEVE MCALLISTER IN SUPPORT                                925 FOURTH AVENUE