Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: September 1, 2017
Hearing Time: 9:30 a.m.
Response Date: August 25, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF MARTY COLWELL IN SUPPORT OF TRUSTEE'S SECOND MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY TO CUSTOMERS

I, Marty Colwell, hereby declare as follows:

1. I submit this Declaration in support of the Trustee's Second Motion for Order Granting Authority to Return Stored Inventory to Customers (the "Motion"). I am over eighteen (18) years of age, and I am competent in all ways to testify.

2. I am a Director of Sales for Northwest Territorial Mint, LLC's ("NWTM" or the "Debtor"). I have personally viewed the silver confederate rounds (the "Confederate Rounds") discovered in NWTM's Auburn, Washington Facility, as they are now stored in NWTM's Dayton, Nevada, Facility. A picture of the Confederate Rounds is attached as Exhibit A.

3. I recognize the Confederate Rounds, because I sold the custom dies for these coins to Henri Klingler in 2002. I have reviewed NWTM's records from that period, and at the time he purchased the dies, Mr. Klingler requisitioned 15,300 1 oz. coins consisting of 15,000 "business

DECLARATION OF MARTY COLWELL IN SUPPORT OF
SECOND MOTION FOR ORDER GRANTING
AUTHORITY TO RETURN STORED INVENTORY - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

500481230 v1

Case 16-11767-CMA    Doc 1147    Filed 08/07/17    Ent. 08/07/17 16:12:40    Pg. 1 of 6

strike" coins, 300 "silver proof coins" and 100 silver proof coins with selective gold plating. Periodically, Mr. Klingler would contact NWTM and have some of the Klingler Rounds shipped to him. NWTM's records confirm that between 2002 and 2009 at least 12,550 Klingler Rounds were shipped. Unfortunately, because the shipping records pre-dating 2009 were kept as paper records, there is the possibility that shipping records are missing.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 7th day of August, 2017, at Dayton, Nevada.

Marty Colwell

DECLARATION OF MARTY COLWELL IN SUPPORT OF SECOND MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY - 2

500481230 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A





