Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: September 1, 2017
Hearing Time: 9:30 a.m.
Response Date: August 25, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF ERIN SHEAR IN SUPPORT OF REPLY TO RESPONSE OF DIANE AND RANDY WONG TO THE TRUSTEE'S SECOND MOTION FOR ORDER GRANTING AUTHORITY TO RETURN STORED INVENTORY TO CUSTOMERS

I, Erin Shear, hereby declare as follows:

1. I submit this Declaration in support of the Reply to Response of Diane and Randy Wong to the Trustee's Second Motion for Order Granting Authority to Return Stored Inventory to Customers (the "Motion"). I am over eighteen (18) years of age, and I am competent in all ways to testify.

2. I am a Custom Sales Representative of Northwest Territorial Mint, LLC ("NWTM" or the "Debtor"). As part of my duties, I have assisted the Trustee in efforts to identify precious metals that belong to specific customers. During the summer and fall of 2016, I worked with the Trustee to identify customer owned inventory and reconcile storage records in connection with the Trustee's initial Motion for Order Granting Authority to Return Stored Inventory, Other Customer

DECLARATION OF ERIN SHEAR IN SUPPORT OF
REPLY TO RESPONSE TO SECOND MOTION FOR
ORDER GRANTING AUTHORITY TO RETURN STORED
INVENTORY - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

500599135 v3

Owned Inventory and Coining Dies (the "Initial Stored Inventory Motion"). In connection with my work relating to the Initial Stored Inventory Motion, I reviewed NWTM business records relating to the stored inventory of Randy and Diane Wong (the "Wongs"). I confirmed that the company's business records reflected that the Wongs had delivered 70 - 100 oz. Pan American silver bars to the Mint and that the Mint has subsequently purchased 30 of these bars from the Wongs. On September 21, 2016, the Court entered an order granting the Initial Stored Inventory Motion (the "Initial Return Order"). The Initial Return Order authorized the Trustee to return (1) 21 - 100 oz Pan American silver bars; (2) 9 - 100 oz Pan American silver bars for a total of 30 - 100 oz Pan American silver bars. I assisted the Trustee in returning the 30 - 100 oz Pan American silver bars to the Wongs in December 2016.

3. In connection with my work relating to the Initial Stored Inventory Motion, I reviewed NWTM business records relating to the stored inventory of Randy and Diane Wong (the "Wongs"). I also confirmed that the company's business records reflected that the Wongs had delivered 2 monster boxes of American Silver Eagles to the Mint and an additional 480 American Silver Eagles. On September 21, 2016, the Court entered an order granting the Initial Stored Inventory Motion (the "Initial Return Order"). The Initial Return Order authorized the Trustee to return 980 - 1 oz. Silver American Eagles to Diane and Randy Wong. I assisted the Trustee in returning the 980 - 1 oz. Silver American Eagles (one monster box containing 500 Silver American Eagles and an addition 480 Silver American Eagles) to the Wongs in December 2016.

4. Subsequent to the Initial Stored Inventory Motion and the Initial Return Order, I discovered an additional monster box containing 500 - 1 oz. Silver American Eagles in one of the safes at NWTM's Auburn, Washington, facility labeled with the name "Wong." This additional monster box is the only additional inventory I found identified as belonging to the Wongs and the Trustee's present motion seeks to return this monster box to the Wongs. Since the Wongs previously had a monster box of 500 - 1 oz. Silver American Eagles returned to them, with the return

DECLARATION OF ERIN SHEAR IN SUPPORT OF
REPLY TO RESPONSE TO SECOND MOTION FOR
ORDER GRANTING AUTHORITY TO RETURN STORED
INVENTORY - 2

500599135 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1181    Filed 08/29/17    Ent. 08/29/17 16:52:49    Pg. 2 of 5

of this monster box, the Wongs will have received all precious metal that was labelled with their name on it that was in the Trustee's possession wherever located.

5. Below is a summary of the records of NWTM regarding the Wongs' storage, metals purchased by NWTM, metals returned, metals proposed to be returned to the Wongs in connection with this second return motion and the Wongs' stored metals that remain missing:

| Metal Received in Storage | Metal Purchased by NWTM (1/19/2016) | Metal Returned (12/2016) | Metal Proposed to be Returned (9/2017) | Missing |
|---|---|---|---|---|
| 70 - 100 oz. Pan American silver bars (11/2012) | 30 - 100 oz. Pan American silver bars | 30 - 100 oz. Pan American silver bars | | 10 - 100 oz. Pan American silver bars |
| 215 - 10 oz. Pan American silver bars (11/2012 and 8/2013) | | | | 215 - 10 oz. Pan American silver bars |
| 128 - 5 oz. Pan American silver bars (11/2012) | | | | 128 - 5 oz. Pan American silver bars |
| 760 - 1 oz. Pan American silver bars (11/2012) | | | | 760 - 1 oz. Pan American silver bars |
| 480 - 1 oz. Silver American Eagles (8/2013) | | 480 - 1 oz. Silver American Eagles | | None |
| 2 Monster Boxes of Silver American Eagles (500 each) (11/2012) | | 1 Monster Box of Silver American Eagles | 1 Monster Box of Silver American Eagles | None |
| 14 - 1 oz. Gold American Eagle Coins (11/2012) | | | | 14 - 1 oz. Gold American Eagle Coins |

DECLARATION OF ERIN SHEAR IN SUPPORT OF
REPLY TO RESPONSE TO SECOND MOTION FOR
ORDER GRANTING AUTHORITY TO RETURN STORED
INVENTORY - 3

500599135 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1181    Filed 08/29/17    Ent. 08/29/17 16:52:49    Pg. 3 of 5

6. None of the precious metal presently in the possession of the Mint have serial numbers which match those that the Wongs identify as the serial numbers on the 100 oz Pan American silver bars they delivered to the Mint.

7. Contrary to the Wong suggestion, five ounce and ten ounce Pan American bars are not unique. The Mint commonly held five and ten ounce Pan American bars for sale to customers, as leased inventory and as stored inventory. Unless a five ounce or ten ounce Pan American bar was labelled with a specific customers name on it, it would be impossible to determine that it had been stored for that specific customer.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 29th day of August, 2017, at Kent, Washington.

_____
Erin Shear

DECLARATION OF ERIN SHEAR IN SUPPORT OF
REPLY TO RESPONSE TO SECOND MOTION FOR
ORDER GRANTING AUTHORITY TO RETURN STORED
INVENTORY - 4

500599135 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1181    Filed 08/29/17    Ent. 08/29/17 16:52:49    Pg. 4 of 5

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on August 29, 2017, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on August 29, 2017, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 29th day of August, 2017 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF ERIN SHEAR IN SUPPORT OF
REPLY TO RESPONSE TO SECOND MOTION FOR
ORDER GRANTING AUTHORITY TO RETURN STORED
INVENTORY - 5

500599135 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1181    Filed 08/29/17    Ent. 08/29/17 16:52:49    Pg. 5 of 5