FROM: LUC J.R. MARTINI  10/17/2017
1415 293rd Ave. NE
Carnation WA 98014
Ph; 425-223-4368

FILED
Western District of Washington
at Seattle

OCT 19 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

TO: Honorable Judge Christopher M. Alston
US Federal Court House, Crt Rm.: 7206
700 Stewart Str.
Seattle WA 98101

Sir:

I sent a letter to the court on 9/27/2017. Apparently the court once again facilitated Mark Northrop's persistent modus operandi of distracting the main issue and focus of my communications which I mailed to the court, namely the FIRST, TOPIC PARAGRAPH. So here with, so that you DO NOT GET CONFUSED AGAIN, I am presenting the SINGULAR ISSUE which must urgently be addressed BEFORE YOU RULE ON ATTORNEY FEES in this case. NOTE THE FOLLOWING:

In re. The North West Territorial Mint bankruptcy casse, Case No. 1611767- CMA, I have the following comments and requests: Kindly review, comment and publish the "HANSON / PEHL Letter" written by the Court Creditors Committee members by that name; and offer any comment and clarification as indicated in said letter on the record and to we the creditors who have been screwed over by the Court Appointed lawyers (crooks) and the court who have only sought self to enrich themselves at our peril

*L. Martini*

Luc J.R. Martini