Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>*EX PARTE* MOTION TO SHORTEN TIME ON MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

Mark Calvert, the Chapter 11 Trustee (the "Trustee"), moves the Court for an order shortening time for a hearing on the Chapter 11 Trustee's Motion for Order Authorizing the Auction and Sale of the Debtor's Equipment, Dies, Tooling, Archives, and Inventory Free and Clear of Liens, Claims, Interests, and Encumbrances (the "Auction Motion").

The Trustee has worked for more than 20 months to reorganize the business of the Northwest Territorial Mint, LLC ("NWTM" or the "Debtor") and preserve its value as a going concern. Unfortunately, the business has not been profitable since the Spring of 2017 and the Trustee has run out of cash to continue to operate the business. The Trustee closed the business on December 29, 2017 after working for many months to sell the business as a going concern. The Trustee now needs to liquidate the physical assets of the bankruptcy estate, worth several million dollars, and eliminate

*EX PARTE* MOTION TO SHORTEN TIME ON MOTION
FOR ORDER AUTHORIZING THE AUCTION AND
SALE OF THE DEBTOR'S EQUIPMENT, DIES,
TOOLING, ARCHIVES, AND INVENTORY FREE AND
CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND
ENCUMBRANCES
500988665 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1353    Filed 01/19/18    Ent. 01/19/18 18:34:45    Pg. 1 of 3

overhead expenses including salaries and occupancy costs necessary to accomplish the liquidation. The Trustee believes the most effective and beneficial way to accomplish this goal is to conduct a public auction of the assets using James G. Murphy Inc. ("Murphy") as auctioneer. Murphy has been previously appointed by the Court as auctioneer.

Cause exists to shorten time on the Auction Motion. Given the liquidity concerns facing the Debtor's business and the necessity that this auction be conducted as quickly as possible, Court approval of the Auction Motion on shortened time will permit the Trustee to quickly conduct the auction and eliminate overhead expenses. In particular, the sooner the Trustee can conduct the auction, the sooner he will be able to vacate the Debtor's Dayton premises.

Based on the foregoing, the Trustee respectively requests that the Court grant this *ex parte* motion and shorten the time for hearing on the Auction Motion to January 26, 2018 at 9:30 a.m.

The Trustee further requests that any response to the Auction Motion be due on Thursday, January 25, 2018 by 5:00 p.m. PST.

Based on the foregoing, the Trustee respectively requests that this Court grant this *ex parte* motion to shorten time for a hearing on the Auction Motion and enter the Trustee's accompanying proposed order.

DATED this 19th day of January, 2018

K&L GATES LLP

By */s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

*EX PARTE* MOTION TO SHORTEN TIME ON MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES
500988665 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on January 19, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on January 19, 2018, she caused the foregoing document to be deposited in the U.S. mail to the Party at the address listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA  98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 19th day of January, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

EX PARTE MOTION TO SHORTEN TIME ON MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES
500988665 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1353    Filed 01/19/18    Ent. 01/19/18 18:34:45    Pg. 3 of 3