The Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

No. 16-11767-CMA

OBJECTION TO MOTION FOR ORDER SHORTENING TIME

ROSS HANSEN objects to the Trustee's EX PARTE MOTION TO SHORTEN TIME ON MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE, ETC. (ECF No. 1353), as follows:

First, the Trustee now admits that the Debtor's business has not been viable under his management since last spring, i.e., nearly a year ago. It thus appears that the Trustee assumed the lease for the Dayton facility at a time when he knew that the business was in significant trouble. Now the Trustee claims that an emergency requires him to liquidate key assets of the estate on an expedited basis. If the Trustee's current liquidation plan proceeds, it appears that the Debtor's estate will be burdened with a large lease rejection claim that is entitled to administrative priority status. Other than vague generalities, the Trustee's papers do not offer any hint about the anticipated return from the emergency auction.

Second, while the Trustee has historically rebuffed every effort by Mr. Hansen and others with whom he deals to come up with a better solution than liquidation of the Debtor, Mr. Hansen recently arranged for submission of an offer that would provide significant cash to the

OBJECTION TO MOTION FOR ORDER SHORTENING TIME - 1
4820-0468-3866v.1 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 16-11767-CMA    Doc 1359    Filed 01/22/18    Ent. 01/22/18 11:18:36    Pg. 1 of 3

estate, reduce the administrative burden of the Hoffs' administrative claim, and provide for the re-employment of some of the Debtor's former employees.  A copy of the proposal advanced on behalf of Alternative Logistics LLC is attached to the Declaration of Ross Hansen in Opposition to Motion to Shorten Time.  The Trustee did not respond to the offer, and has not permitted Mr. Hansen or Mr. Parrish, who owns Alternative Logistics, to inspect the Debtor's premises.  The Alternative Logistics' proposal would substantially reduce or eliminate the Hoffs' administrative claim.

The Court should reject the attempt by the Trustee to liquidate the remaining assets of this Debtor without full disclosure.  The Court should require the Trustee to disclose which assets remain in the estate, the estimated recovery from his proposed liquidation program, and the impact of that program on creditors of the estate.  If it is inclined to shorten time, the Court should nevertheless require the Trustee (i) to make full disclosure of the assets remaining in the estate, and (ii) provide Mr. Hansen and Mr. Parrish with access to the Debtor's business premises for the purpose of inspecting the assets and participating in the process.

DATED this 22nd day of January, 2018.

Davis Wright Tremaine LLP
Attorneys for Ross Hansen


By  */s/ Ragan L. Powers*
      Ragan L. Powers, WSBA #11935

OBJECTION TO MOTION FOR ORDER SHORTENING TIME - 2
4820-0468-3866v.1 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Case 16-11767-CMA    Doc 1359    Filed 01/22/18    Ent. 01/22/18 11:18:36    Pg. 2 of 3

**PROOF OF SERVICE**

I certify that on January 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system:

DATED this 22nd day of January, 2018.

                                      */s/ Ragan L. Powers*
                                      Ragan L. Powers, WSBA #11935

OBJECTION TO MOTION FOR ORDER SHORTENING TIME - 3
4820-0468-3866v.1 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 16-11767-CMA    Doc 1359    Filed 01/22/18    Ent. 01/22/18 11:18:36    Pg. 3 of 3