**Reply to Trustees Request to the Court
For Approval of Sale By Auction Of Debtors Property**

CONCERNING,

NORTHWEST TERRITORIAL MINT, LLC. Chapter 11 Bankruptcy

Case No. 16-11767-CMA

Attention:
Michael J. Gearin
K & L Gates, LLP
925 4th Ave., Suite 2900
Seattle, WA 90104

I Oppose The Motion.

As a creditor to this case please take notice I object to the motion of the trustees request to the court for the approval of the sale by auction of the debtor's equipment, inventory, dyes, tooling and archives, free and clear of liens, claims, interests and encumbrances. The debtor owes me $5194.04 in cash or silver.

I will not be able to attend the court hearing scheduled for January 26 2018 at 9:30 in the morning before the Hon. Christopher M Alston, United States Bankruptcy Judge, in courtroom 7206, 700 Stewart St., Seattle, WA, 98101. I have been a quadriplegic for the past 38 years and am not able to get there by myself I received the notice for the court hearing today January 23, 2018 which does not give me nearly enough time to find and plan for a ride to the courthouse at 9:30 AM on Friday the 26th 2018.

Creditor:
Tracy Routh
18535 148th Ave. NE., Woodinville, WA
425-485-9206

Date January 23, 2018

Signature _____