16-11767

I OPPOSE THE AUCTION DUE TO THE FACT THAT NOWHERE IN THE DOCUMENT YOU SENT ME, DOES IT SAY THAT ANY OF THE MONEY FROM THE AUCTION WILL PAY ME THE MONEY NORTHWEST TERRITORIAL MINT HAS TAKEN. $2200 + DOLLARS

NORTHWEST MINT TOOK THAT MONEY THEN CONTACTED ME TO TRY AND BILK MORE MONEY FROM ME BEFORE THEY WENT BANKRUPT, THIS ACTION IS UNETHICAL AND CRIMINAL. IF THEY ARE SELLING THERE EQUIPMENT. PAY ME MY MONEY.

Tim Tait
155 Hillcrest Rd
Mohnton Pa. 19540

FILED
Western District of Washington
at Seattle

JAN 25 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT