UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

Northwest Territorial Mint LLC,

    Debtor.

Case No. 16-11767
**BOY SCOUTS OF AMERICA'S RESPONSE TO MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES**

*Related to Docket No. 1350*

BOY SCOUTS OF AMERICA ("BSA"), a Congressionally-chartered corporation, responds to the Motion for Order Authorizing Auction and Sale (Dkt. 1350) to state its interests and reserve its rights:

1. Debtor's inventory likely includes coins, medallions and knives bearing trademarks, service marks, emblems, logos, and other distinctive marks owned and controlled by BSA ("BSA Marks").

2. Debtor's dies and tooling likely incorporate and use BSA Marks.

3. Debtor's use of the BSA Marks was pursuant to a *License and Royalty Agreement* that has expired by its own terms, and, in any event, cannot be assumed and assigned without the consent of BAS. *In re Catapult Entertainment*, 165 F.3d 747 (9th Cir. 1999) (because federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or

Response – No. (16-11767) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

038701\00476\53072021.v1

Case 16-11767-CMA    Doc 1369    Filed 01/25/18    Ent. 01/25/18 14:47:21    Pg. 1 of 3

assign the non-exclusive patent license without the non-debtor's licensor's consent). The analysis in *In re Catapult* holds true for trademark licenses. *In re Trump Entm't Resorts, Inc.*, 526 B.R. 116, 121 (Bankr. D. Del. 2015).

4. The License and Royalty Agreement provides for the payment of royalties by Debtor to BSA even after its expiration.

5. Debtor and BSA are also parties to a *Letter of Agreement to Sell to the Boy Scouts of America* under which BSA delivered purchase orders to Debtor for Merchandise using the BSA Marks and for fixed prices.

WHEREFORE, BSA reserves its rights to the BSA Marks and related Royalties, its interest in Debtor's inventory, dies, tooling, merchandise, and any other assets using the BSA Marks, and to participate in any sale or auction of Debtor's assets.

DATED this 25th day of January, 2018.

FOX ROTHSCHILD LLP

By: /s/ Joseph E. Shickich, Jr.
Joseph E. Shickich, Jr., WSBA #8751
Attorney for Boy Scouts of America
Telephone: 206.624.3600
Facsimile: 206.389.1708
E-mail: jshickich@foxrothschild.com

Response – No. (16-11767) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Case 16-11767-CMA    Doc 1369    Filed 01/25/18    Ent. 01/25/18 14:47:21    Pg. 2 of 3
038701\00476\53072021.v1

# CERTIFICATE OF SERVICE

Veronica I. Magda, declares:

1. I am an employee of Fox Rothschild LLP which represents Boy Scouts of America. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On January 25, 2018, I electronically filed the forgoing document with the Clerk of the Court (using the CM/ECF System).

3. It is my understanding that the CM/ECF System will send notifications of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25th day of January, 2018.

    /s/ Veronica Magda
Veronica I .Magda
Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154
206-624-3600
vmagda@foxrothschild.com

Response – No. (16-11767) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Case 16-11767-CMA    Doc 1369    Filed 01/25/18    Ent. 01/25/18 14:47:21    Pg. 3 of 3

038701\00476\53072021.v1