Reader,
Kindly bear with handwriting
Date (b'coz on time) contributes
to a keyboard challenge
Thanks for understanding

Personal Information
is subject to
material restraint
impeding timely access
to copy



6/27/2016

RE Joseph P. Illg
Group Health MHN (00033399)

To whom it may concern,,

Mr. Illlg has asked me to document his medical conditions as they have interfered with his ability to pursue his usual work for years.. He has received care at Group Health Cooperative for over 19 years. Relevant medical problems are as follows:

- Chronic Lymphocytic Leukemia
- Macroglobulinemia
- Hyperviscosity
- Retinal vein occlusions in both eyes requiring eye injections.
- Left knee osteoarthritis
- Dupuytrens flexion contractures fingers  bilateral hands

Sincerely,

Stacy Ivan Globerman, MD
Group Health Cooperative
Northgate Medical Center
9800 4th Avenue NE
Seattle, WA 98115-2158
(206) 301-1300