Entered on Docket January 30, 2018

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA<br><br>ORDER DENYING DIANE ERDMANN'S MOTION TO COMPEL ABANDONMENT |

This matter came before the Court on the Motion to Compel Abandonment (the "Motion") (Dkt. No. 1318) filed by Diane Erdmann ("Erdmann"); the Court having considered the Motion, the accompanying declaration, the Trustee's Response to Motion to Compel Abandonment, the Declaration of Mark Calvert in support of the Trustee's Response to Motion to Compel Abandonment, Cohen's Response to Diane Erdmann's Motion to Compel Abandonment, and the Declaration of Joe Hamell in support of Cohen's Response to Diane Erdmann's Motion to Compel Abandonment, the arguments of counsel, and the pleadings and papers herein,

It is **HEREBY ORDERED**:

1. Diane Erdmann's request to compel abandonment pursuant to 11 U.S.C. § 554(b) and

ORDER DENYING DIANE ERDMANN'S MOTION TO COMPEL ABANDONMENT - 1
500995161 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1387    Filed 01/30/18    Ent. 01/30/18 15:31:36    Pg. 1 of 2

**Below is the Order of the Court.**

FRBP 6007(b) is DENIED for the reasons set forth on the record.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
    Michael J. Gearin, WSBA #20982
    David C. Neu, WSBA #33143
    Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

Agreed as to Form
Notice of Presentation Waived
SMITH ALLING PS

*/s/ Thomas P. Quinlan*
    Thomas P. Quinlan, WSBA #21325
Attorneys for Diane Erdmann

Agreed as to Form
Notice of Presentation Waived
MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

*/s/ Joseph Hamell*
    Joseph Hamell, WSBA #29423
Attorneys for Bradley S. Cohen and
Cohen Asset Management, Inc.

ORDER DENYING DIANE ERDMANN'S MOTION TO
COMPEL ABANDONMENT - 2
500995161 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1387    Filed 01/30/18    Ent. 01/30/18 15:31:36    Pg. 2 of 2