# NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 172604

## Sales Order Acknowledgement

**Sold To:**
HEIDI WASTWEET
962 ADAMS ST
ALBANY CA 94706
UNITED STATES

**Ship To:**
HEIDI WASTWEET
962 ADAMS ST
ALBANY CA 94706
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 4/7/2017 | Sales Person: | Marty Colwell |
| Contact: | HEIDI WASTWEET | Phone: | 206-369-9060 |
| Customer ID: | 148003 | Email: | heidi@wastweetstudio.com |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 5/26/2017 |

Precious Metal Purchases
Prices are based on the spot price of the metal and are good for today only, Friday, April 7, 2017.
To lock in these prices the funds must be received by Northwest Territorial Mint by 4:00 PST on Tuesday, April 11, 2017.
We accept wire transfers, cashier's checks and debit cards.
If paying by a debit card, there will be a 3-1/4% surcharge on the cost of the metal.

Total funds required to lock this price in is the Spot Price x Troy ounces plus the Die Charges: $4,994.00

04/11/2017 - Rcvd Check #1077822746 for $4,994.00. jrf

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 200.00 | 11101 | / | .999 FINE SILVER - CUSTOM ORDER | $17.97 | $3,594.00 |
| 2 | 1.00 | I 10 12 | / | 3D HIGH RELIEF CUSTOM COINING DIE / 3 INCH - CUSTOMER SUPPLIED SCULPT / THE YALE PROJECT OBVERSE | $700.00 | $700.00 |



**NORTHWEST TERRITORIAL MINT LLC**

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 172604

## Sales Order Acknowledgement

| Line | Qty | Part Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 3 | 1.00 | I 10 13 | 3D HIGH RELIEF CUSTOM COINING DIE / 3 INCH - CUSTOMER SUPPLIED SCULPT / THE YALE PROJECT REVERSE | $700.00 | $700.00 |
| 4 | 20.00 | MC04141701 | 3 INCH 10 TROY OUNCE .999 HIGH RELIEF MEDALLION WITH ANTIQUE FINISH (STRIKE FEE ONLY) - YALE PROJECT | $100.00 | $2,000.00 |
| 5 | 7.00 | MC04141702 | 3 INCH ANTIQUE BRONZE HIGH RELIEF MEDALLION - YALE PROJECT | $95.00 | $665.00 |
| 6 | 7.00 | 03102 | CAPSULE, 3" RC-300-TN FOR 10 OZ | $0.00 | $0.00 |
| 7 | 7.00 | BUBBLE SMALL | SMALL BUBBLE BAGS 4 X 5.5 | $0.00 | $0.00 |
|  | 1 |  | Short Production Fee | $250.00 | $250.00 |
|  | 1 |  | Shipping & Handling | $60.00 | $60.00 |

|  |  |
|---|---|
| Line Total: | $7,659.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $310.00 |
| **Order Total** | **$7,969.00** |