

Case 16-11767-CMA    Doc 1412-7    Filed 02/05/18    Ent. 02/05/18 23:57:46    Pg. 1 of 1