| | |
|---|---|
| Subject: | LETTER FROM MANAGEMENT REGARDING DIES |
| From: | Debi Davis (Debi.Davis@nwtmint.com) |
| To: | gary427963@yahoo.com; |
| Date: | Monday, January 22, 2018 1:48 PM |

It has been Northwest Territorial Mint's standard practice that we do not give away our dies. Dies are considered a subset of Northwest Territorial Mint's tooling and as such the property of Northwest Territorial Mint. Just like any other tools we use to strike a customer's order - such as presses, polishing wheels, blanking machines, etc. – dies are also tools used in the production of product. We go to great lengths to preserve dies in our facility and do so at our own cost; we have never charged customers the cost of die storage and preservation.

We retain these dies in our facility so that should a customer choose to re-order product we can re-strike product without charging the customer new die fees. For most of the production work required to deliver a customer's product, we charge the customer to create dies just like we also charge the customer the labor to produce their product. However, the customer doesn't own the labor any more than they own the tooling used to create the product – labor and tooling are resources of Northwest Territorial Mint.

It should be noted that dies are not universally exchangeable. We've created dies to operate in certain presses that have additional tooling to operate within at Northwest Territorial Mint. The tooling at other press facilities will likely be materially different than the tooling used at Northwest Territorial Mint.

In some circumstances we may sell dies to customers and deliver those dies at customers' expense. Northwest Territorial Mint reserves the right to choose whether or not to sell and deliver dies to customers and will make such decisions on a case-by-case basis.

Thank you for your inquiry.

Northwest Territorial Mint Management


*Debi Davis*
*Custom Sales Assistant*
*Medallic Art & Mint*
*775-461-7332*