**custom.nwtmint.com ▶**  Tweet This ▶  Share on Facebook ▶



800-843-9854
custominfo@nwtmint.com



| Medals ▶ | Coins ▶ | Lapel Pins ▶ | Knives ▶ |
|---|---|---|---|
| Safety ▶ | Recognition ▶ | Achievement ▶ | Anniversaries ▶ |

### We Have Your Assets and We're Ready to Use Them

Since humans first sought to mark their accomplishments, their joys and sadnesses, their victories and connections, they have chosen metal

as the medium of record.

That's what originally brought you to Northwest Territorial Mint, and since then we have faithfully served as sentinels for the dies that minted your special item. Your dies are among the **309,405** we have meticulously archived, some dating back to the earliest years of the 20th century.

Are you ready to mint more? We can pull the die off the shelf and pick up where you left off. Have you accomplished something new? Let us add a new die to our library and enable you to mark your merit, reward effort, or build morale. And because we keep your project's original dies in our Die Library, ordering more products is fast and easy and will save you hundreds of dollars, maybe thousands!

**Reordering Is Less Expensive With Your Existing Dies.**

**If You Need Something New, We Are Ready to Help You,** *Now*

If you weren't involved with the process originally but want to see the product we made, just let us know and we will answer all of your questions.

Perhaps you moved on to a different company but you remember the great work we did in the past. Give us a call and we will do the same high-quality work for your current organization.

If you have questions, concerns, need replacements, or you are bursting with new ideas, all you have to do now is call **800-843-9854** or **click here and send us a quick note**. We will be excited to help.

> # **Click here** to visit Northwest Territorial Mint's Custom Minting Department ▶

Copyright © 2015 Northwest Territorial Mint, P.O. Box 2148, Auburn, WA 98071-2148.

Northwest Territorial Mint® and Graco Awards® are registered trademarks of Northwest Territorial Mint, LLC.

Privacy Policy

This is not an unsolicited e-mail. You were sent this special offer because you have either purchased products from Northwest Territorial Mint or have requested receipt of promotional information. If you would prefer not to receive commercial e-mail from Northwest Territorial Mint, or if you have changed your e-mail address, please reply to this e-mail and let us know.

To help ensure that our messages go straight to your inbox and display correctly, add Announcements@nwtmint.com to your Address Book or Safe List.

Did someone forward this Northwest Territorial Mint announcement to you?

Click here to be added to our e-mail list!