Mark Weissbaum
7809 Travelers Tree Drive
Boca Raton, Florida 33433
TEL 1-561-414 7990

Feb 3, 2018

FILED
Western District of Washington
at Seattle

FEB - 6 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

HON. CHRISTOHER M. AISTON
CHAPTER 11
HEARING DATE FEBRUARY 9, 2018            CASE # 16-11767 - CMA

MICHEAL J. GEARIN
DAVID C. NEU
BRIAN PETERSON
925 FOURTH AVENUE, SUITE
SEATTLE WA. 98104-1158
Tel (206) 623 7580

Re NORTHWEST TERRITORIAL MINT, LLC
   AMENDED NOTICE FOR AN AUCTION
   OF THE DEBTOR'S ASSETS AND AN EARLY
   DESPOSITION

HON SIR:

   THIS LETTER IS IN PARTIAL OPPOSITION TO THE EARLY SALE OF ASSETS OF THE DEBTOR AND EARLY DISPOSTION OF THS MATTER.

   I AM A 100% DISABLED VIET NAM WAR VETERAN AND AM A CREDITOR OF DEBTOR, NORTHWEST TERRITORIAL MINT, LLC.

   I DO NOT KNOW WHAT THE DEBTOR'S FUTURE ASSETS ARE. THE DEBTOR MAY BE ANTICIPATING AN INHERITANCE SHORTLY AFTER AN EARLY DISPOSITION AND DISCHARGE.

   LET THE DEBTOR STIPULATE THAT ANY FUTURE ASSETS (SUCH AS AN INHERITANCE COLLECTED SHORTLY AFTER THE DISCHARGE ) WHICH COULD HAVE BEEN INCLUDED IN THE FINAL DISTRIBUTION IF THERE WAS A WAIT, SHOULD BE TURNED OVER FOR DISTRIBUTION TO CREDITORS . IN MY OPINION AN EARLY DISTRIBUTION AND DISHARGE CAN PREJUDICE THE CREDITORS IF THE DEBTOR COMES INTO MONEY AND/OR ASSETS DURNG THE TIME FRAME USUAL FOR CONCLUSION CASES OF THIS TYPE. I HAVE NO OTHER OPPOSITION TO THE WITHIN MOTION REQUESTING A EXPEDITED AUCTION AND DISCHARGE.

                                        VERY TRU;Y YOURS,

                                        MARK WEISSBAUM