Michael J. Gerin
K & K Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 90104

Court
700 Stewart Street,
Seattle, WA 98101
January 31, 2018

To whom it may concern,
I am appalled at this bankruptcy. WHAT HAPPEN TO MY MONEY! Who embellished it? If a private person did this, they would be put in prison. But a corporation can embellish money and not give it back?

I AM A DISABLED PERSON. I Have Cerebral palsy. I cannot walk or talk. I WORKED HARD FOR THIS $3000 SO I COULD BUY SOME SILVER FOR AN INVESTMENT. THIS IS RIDICULOUS! I WANT MY MONEY NOW. I HAVE WAITED PATIENTLY FOR OVRR 2 YEARS. IN THE ATTACHED PAPER I HAVE IT SAYS IF THEY CAN NOT DELIVER THE SILVER THEY WILL REFUND THE MONEYIN 30 DAYS. Where is my money.! I want it now!

If I don't hear from any one in 30 days with my $3,000. I am writing to my senators, house of representatives and any one I know. And tell them that you cheated a Disabled person out of her savings. You can mess around shipping assets all over but you cannot pay a disabled person back her money when it is in writing I should have it back 2 years ago. 30 days after I bought the silver.

# I WANT MY MONEY NOW with interest!!!!

Rita Pelc
423 Howard Street
Litchfield, NE 68852

# Trade #100172 - Payment Received Notification

## Northwest Territorial Mint <bullioncustomerservice@nwtmint.com>

Thu 8/6/2015 4:28 PM

To: plumcreekgal@hotmail.com <plumcreekgal@hotmail.com>;

Dear Rita Pelc,

Thank you for sending your payment to Northwest Territorial Mint. Your Personal Check in the amount of $3,090.00 was received August 6th, 2015 and posted. Trade #100172 is now paid in full with an estimated shipping window of Oct 12th - Oct 16th. An e-mail will be sent to you the evening that your order is shipped with your tracking numbers included. If there is any delay in shipment you will be notified by e-mail.

If you have any questions please e-mail us at bullioncustomerservice@nwtmint.com Please call our bullion department at (800) 344-6468 Monday through Friday, 6:00 a.m. to 5:30 p.m. and Saturdays 8 a.m. to 12 p.m. Pacific Time if you would like to place an additional order. Thank you for your business.

FUNDS HOLDING PERIOD
--------------------

There is a ten-day holding period for personal checks and a five-day holding period for cashier's checks or money orders between the time we deposit your check and when your order enters the shipping queue. This waiting period allows us to be sure that funds are available and your check has cleared. Wire transfers are considered good funds the next business day.

It is possible that your check will be cleared by your bank before the end of the ten-day holding period, but please understand that due to bank privacy laws, it is simply not possible for us to inquire of your bank to know exactly when your check clears.

SHIPPING TIME
-------------

Our policy is to ship orders promptly after you have properly paid us. However, reductions in inventory resulting from an increased demand for certain bullion products and other reasons may delay shipping. If we cannot ship your order within the delivery time represented to you at the time of purchase, we will inform you prior to the expiration of that period of time that we are unable to meet the delivery date, and you may buy-back your order and obtain a full payment of the prevailing market price at the time of liquidation.

Generally, gold, palladium and platinum are shipped via United States Postal Service Registered Insured mail. Silver is usually shipped via Federal Express Ground. When your order is shipped, we will send you an e-mail with a tracking number.

ORDER LIQUIDATION POLICY
------------------------

When you place your telephone order, you enter into a binding contractual agreement with Northwest Territorial Mint to remit payment in full based on the prevailing market purchase price agreed upon at the time your order was placed.

Should you choose to buy-back your order prior to the date of delivery, Northwest Territorial Mint will liquidate your position based on the prevailing market purchase price at the time of buy-back, provided you have properly paid us. You will be liable for any difference in the event of market loss. If the prevailing market price of the items has gone up since your order, Northwest Territorial Mint will pay you the higher prevailing market price for your items. However, in the event we are unable to ship your order by the date promised, we will contact you and give you the option of buying back your order based on the spot market price at that time or agreeing to wait an additional period of time for your order, which shall not be more than 30 days. If we are unable to deliver after that additional 30 day period we will pay you a full refund or the market gain (our listed buy price), whichever is higher.

CHECK YOUR ORDER STATUS ON-LINE
--------------------------------

The status of your order can be viewed at any time on our web site, http://bullion.nwtmint.com/. Your order status is updated when we receive your payment. You can also find your estimated shipping time before your order is shipped, your tracking numbers after your order is shipped. To check the status of your order:

1. Click on the "Account Login" link that appears at the top and bottom of our bullion web pages or go there directly at ( https://bullion.nwtmint.com/login/login.php )

2. If this is the first time using this feature

    a. Please select "Create New Account" ( https://bullion.nwtmint.com/login/registration.php )

    b. Please follow the steps provided.

    c. Please check your incoming e-mail for a message from us containing a verification link before continuing. Click on that link to finalize the authorization of your account.

3. Click on the "Account Login" link that appears at the top and bottom of our bullion web pages or go there directly at ( https://bullion.nwtmint.com/login/login.php )

If you have any questions that were not answered here, or you would like to place an additional order, please call our toll-free number at 800-344-6468, Monday through Friday, 6:00 a.m. to 5:30 p.m. and Saturdays 8 a.m. to 12 p.m. Pacific Time. You may visit our website anytime at http://bullion.nwtmint.com.

Once again, thank you for your payment. We appreciate your business.

Sincerely,

Northwest Territorial Mint
2505 S. 320th St. Ste 110
Federal Way, WA 98003