# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON
_____

Richard Keeton
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

February 7, 2018

**<u>Via Email</u>**

Paula Pehl
813 Barnhart Street
Raymond, WA 98577

> Re: *In re Northwest Territorial Mint, LLC*, Case No. 16-11767-CMA
> Request for Telephonic Appearance

Dear Ms. Pehl:

The Court received your letter filed on February 5, 2018 [Docket No. 1404], and interpreted your request as a request to appear by telephone for the hearing set for **February 9, 2018, at 9:30 a.m.** in the above-referenced proceeding. Please be advised that Judge Alston has granted your request. You must use the bridge line provided by the Court in order to participate in the hearing. Below is the procedure for appearing by phone:

> · Dial: 1−888−363−4749
> · Enter Access Code: 8955076#
> · Press the # sign
> · Enter Security Code: 3564#
> · Speak your name when prompted

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone, you certify that you are not recording the proceedings.

Please do not hesitate to contact chambers should you have any questions.

Sincerely,

Richard Keeton
Law Clerk to the Honorable Christopher M. Alston