Alan D. Smith, WSBA No. 24964
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

The Honorable Christopher M. Alston
Chapter 11
Hearing Friday, February 9, 2018, 9:30 a.m.
Seattle, Courtroom 7206
Response due Monday, February 5, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA
(Jointly Administered)

HOFF SUPPLEMENTAL STATEMENT RE BUDGET

Robert and Connie Hoff (the "*Hoffs*"), landlords of the Dayton Premises, submit this statement regarding the status of the parties' discussions over the budget to be attached to the proposed form of order arising out of the Hoffs' Motion for Relief from Stay and Related Relief, heard by the Court January 26, 2018 at 9:30 a.m. The agreed upon form of order, without the budget, was filed with the Court Monday, February 5, as Docket No. 1401.

The Hoffs have carefully reviewed the Trustee's proposed budget and have three concerns. First, they see no need for continued full time employment of a very expensive chief operating officer, Paul Wagner, at a time of what was advertised as a shutdown, with

HOFF SUPPLEMENTAL STATEMENT RE BUDGET – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

138499047.1

Case 16-11767-CMA    Doc 1424    Filed 02/07/18    Ent. 02/07/18 15:44:35    Pg. 1 of 2

no operations.  Second, they still do not understand the Trustee's intentions respecting occasional projects, completing orders, and the like – they thought the company was shut down and yet there appear to be continued operations, despite the ongoing operating losses.  Third, the Trustee's program seems to be in flux – as of the time of this writing, it is not clear what buyers will be presented to the Court for approval; it is apparently still possible though unlikely there will be an auction; and there are still significant disputes over ownership of certain of the assets claimed by the estate, including the MALP/Medallic Assets issue and the numerous claimants to dies and other intellectual property.  When those issues are resolved the budget can be refined and finalized.

DATED:  February 7, 2018  **PERKINS COIE LLP**

By:/s/  Alan D. Smith
    Alan D. Smith, WSBA No. 24964
    ADSmith@perkinscoie.com
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

Attorneys for Landlord Robert and Connie Hoff

HOFF SUPPLEMENTAL STATEMENT RE BUDGET – 2

138499047.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Case 16-11767-CMA    Doc 1424    Filed 02/07/18    Ent. 02/07/18 15:44:35    Pg. 2 of 2