Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm. 7206
Hearing Date: Friday, February 9, 2018
Hearing Time: 9:30 a.m.
Response Date: February 5, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>TRUSTEE'S STATEMENT REGARDING ORDER ON HOFF'S MOTION FOR RELIEF FROM STAY |

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor") submits his statement regarding the status of the parties discussions over the form of order on the Motion for Relief from Stay and for Related Relief filed by the Hoff's at Dkt. 1328.

As the Hoffs reported in their Statement Re Order Re Motion for Relief from Stay filed on February 2, 2018 under Dkt. 1401, the parties are in agreement on the form of proposed order. The Trustee prepared a cash collateral budget and transmitted that to counsel for the Hoffs on January 31, 2018 in accordance with the Court instruction. Since, the parties have engaged in discussion over certain line items in the budget. The Trustee has revised the budget based in part on comments from the Hoffs and due to recent developments affecting cash flow. The revised proposed budget is attached hereto as Exhibit A.

TRUSTEE'S STATEMENT RE ORDER RE MOTION FOR
RELIEF FROM STAY - 1
501023190 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1429    Filed 02/07/18    Ent. 02/07/18 22:49:23    Pg. 1 of 5

The Trustee will continue to engage in dialogue with the Hoffs to narrow any disagreement over budget issues and to the extent any issues remain unresolved as of the continued hearing date, the Trustee will be prepared to present those issues to the Court for resolution.

DATED this 7th day of February, 2018.

K&L GATES LLP

By */s/ Michael J. Gearin*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

TRUSTEE'S STATEMENT RE ORDER RE MOTION FOR RELIEF FROM STAY - 2
501023190 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1429    Filed 02/07/18    Ent. 02/07/18 22:49:23    Pg. 2 of 5

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on February 7, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 7th day of February, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

TRUSTEE'S STATEMENT RE ORDER RE MOTION FOR RELIEF FROM STAY - 3
501023190 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1429    Filed 02/07/18    Ent. 02/07/18 22:49:23    Pg. 3 of 5

# EXHIBIT A

NWTM Case # 16-11767CMA
Weekly Cash Flow from
1/31/18 to 3/31/18

|  | ACTUAL | PROJECTED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Wk Ending 2/4/2018 | Wk Ending 2/11/2018 | Wk Ending 2/18/2018 | Wk Ending 2/25/2018 | Wk Ending 3/4/2018 | Wk Ending 3/11/2018 | Wk Ending 3/18/2018 | Wk Ending 3/25/2018 | Wk Ending 3/31/2018 | Total | % |
| Opening Cash Balance | $29,652 | $64,851 | $1,486 | $9,149 | $25,664 | $91,020 | $78,817 | $99,206 | $653,651 | $64,851 |  |
| **Cash Receipts** |  |  |  |  |  |  |  |  |  |  |  |
| Unfactored Collections | $2,786 | $6,728 | $14,998 | $30,856 | $26,560 | $47,338 | $34,038 | $69,468 | $28,357 | $258,342 | 19.01% |
| Prestige Factored A/R | $0 | $26,166 | $111,259 | $63,295 | $0 | $0 | $0 | $0 | $0 | $200,720 | 14.77% |
| Prestige Reserve | $0 | $0 | $60,000 | $0 | $50,000 | $0 | $0 | $0 | $0 | $110,000 | 8.09% |
| Sale of Precious Metals | $15,719 | $0 | $7,000 | $80,000 | $0 | $0 | $0 | $0 | $0 | $87,000 | 6.40% |
| Sale of Equipment Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Sale of Dies to MetalCraft | $0 | $0 | $0 | $0 | $100,000 | $0 | $0 | $600,000 | $0 | $700,000 | 51.51% |
| Sale of Scrap | $31,644 | $20,925 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $20,925 | 1.54% |
| Payroll Fees | ($655) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| World Pay Return/Chargeback | ($126) | ($513) | ($500) | ($1,000) | ($1,000) | ($3,000) | ($3,000) | ($3,000) | ($6,000) | ($18,013) | -1.33% |
| **Total Cash Receipts** | $49,368 | $53,307 | $192,757 | $173,151 # | $175,560 | $44,338 | $31,038 | $666,468 | $22,357 | $1,358,975 | 100.00% |
| **Cash Outflow** |  |  |  |  |  |  |  |  |  |  |  |
| Payroll | $0 | $41,848 | $0 | $25,000 | $0 | $20,000 | $0 | $20,000 | $20,000 | $126,848 | 9.33% |
| Payroll Liability from last wk of 2017 | $0 | $0 | $0 | $16,562 | $0 | $0 | $0 | $0 | $0 | $16,562 | 1.22% |
| Benefits | $0 | $11,952 | $14,451 | $0 | $0 | $11,280 | $0 | $0 | $11,280 | $48,963 | 3.60% |
| Workman's Comp | $0 | $6,839 | $7,698 | $0 | $7,698 | $0 | $0 | $0 | $7,698 | $29,933 | 2.20% |
| General Liability | $0 | $5,873 | $0 | $0 | $0 | $0 | $2,879 | $0 | $2,879 | $11,630 | 0.86% |
| Contract Labor | $0 | $570 | $4,381 | $570 | $570 | $4,570 | $4,570 | $8,000 | $4,000 | $27,231 | 2.00% |
| Customer Deposits on file to return | $0 | $0 | $0 | $0 | $34,039 | $0 | $0 | $75,000 | $0 | $109,039 | 8.02% |
| Royalties | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00% |
| Corp Expenses; Travel | $0 | $0 | $0 | $3,062 | $4,625 | $0 | $0 | $1,000 | $1,000 | $9,687 | 0.71% |
| Corp Taxes - Real & Personal Property | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $16,168 | $16,168 | 1.19% |
| Corp expenses - State Taxes | $2,240 | $2,785 | $18,000 | $18,300 | $0 | $0 | $0 | $300 | $10,000 | $49,385 | 3.63% |
| Prestige Factored A/R | $0 | $26,166 | $111,259 | $75,295 | $0 | $0 | $0 | $0 | $0 | $212,720 | 15.65% |
| US Trustee Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,000 | $15,000 | $15,000 | 1.10% |
| Facility Rent/Lease NV | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $185,784 | $185,784 | 13.67% |
| Equipment Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,548 | $6,548 | 0.48% |
| Utilities | $11,929 | $0 | $8,545 | $1,000 | $11,014 | $5,523 | $1,000 | $5,523 | $6,523 | $39,128 | 2.88% |
| COGS | $0 | $453 | $0 | $0 | $27,147 | $0 | $0 | $0 | $0 | $27,600 | 2.03% |
| Equip Repair/Maint | $0 | $0 | $0 | $0 | $4,251 | $0 | $0 | $0 | $4,251 | $8,502 | 0.63% |
| Consumables | $0 | $538 | $400 | $200 | $200 | $200 | $200 | $200 | $200 | $2,138 | 0.16% |
| IT / Web / Hosting / Server | $0 | $9,148 | $10,000 | $9,148 | $11,159 | $0 | $0 | $0 | $0 | $39,455 | 2.90% |
| UPS/FedEx NV | $0 | $7,500 | $5,000 | $5,500 | $5,500 | $7,967 | $0 | $0 | $0 | $31,467 | 2.32% |
| Plant Maint/EPA compliance | $0 | $0 | $2,500 | $0 | $0 | $5,000 | $0 | $0 | $0 | $7,500 | 0.55% |
| Utilities VA | $0 | $0 | $267 | $0 | $0 | $0 | $0 | $0 | $0 | $267 | 0.02% |
| Facility Rent/Lease WI | $0 | $1,000 | $319 | $1,000 | $1,000 | $0 | $0 | $0 | $1,000 | $3,319 | 0.24% |
| UPS/FedEx WI | $0 | $0 | $275 | $0 | $1,000 | $0 | $0 | $0 | $0 | $1,275 | 0.09% |
| Complete Close down | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $16,000 | 1.18% |
| **Total Cash Outflow** | $14,169 | $116,671 | $185,095 | $156,636 | $110,204 | $56,540 | $10,649 | $112,023 | $294,331 | $1,042,148 | 76.69% |
| Increase (Decrease) in Cash | $35,199 | ($63,365) | $7,662 | $16,515 | $65,356 | ($12,203) | $20,389 | $554,445 | ($271,974) | $316,826 |  |
| Ending Cash Balance | $64,851 | $1,486 | $9,149 | $25,664 | $91,020 | $78,817 | $99,206 | $653,651 | $381,677 | $381,677 |  |
|  | $0 | ($0) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |  |  |

|  |  |
|---|---|
|  | $0 |
|  | $6,548 |
|  | $0 |
| Estimated Ending Balance | $6,548 |
|  | $388,225 |

**Comments**
The cash collateral budget on a cumulative basis will be deemed to be in compliance if on a line by line basis there is a variance of less than 15%.
The cash collateral budget on a cumulative basis will be deemed to be in compliance if on a line by line basis there is a variance of less than $5,000
The cash collateral budget will be deemed to be in compliance if on a cumulative basis the variance is less than a 10%.