FILED
Western District of Washington
at Seattle

FEB -8 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

William Hanson
PO Box 64655
University Place, WA 98464
Ph: 253-380-9922

February 3, 2018

The Honorable Judge Alston
Federal Bankruptcy Court
Seattle, WA

re: Northwest Territorial Mint
Case # 16-11767-CMA

Your Honor,

I recently wrote to you a letter describing my experience as a member of the Unsecured Creditor's Committee for the Northwest Territorial Mint. I had planned to attend the hearing on February 9, 2018, but a death in my immediate family has occurred and I must attend the services in Chehalis, WA also on February 9. It is with my apologies that I must state that I will be unable to be present in court on the same day.

Sincerely,

William Hanson