Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm. 7206
Hearing Date: Friday, February 9, 2018
Hearing Time: 9:30 a.m.
Response Date: February 5, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: NORTHWEST TERRITORIAL MINT, LLC, Debtor. | Case No. 16-11767-CMA<br>TRUSTEE'S SUPPLEMENTAL STATEMENT REGARDING ORDER ON HOFF'S MOTION FOR RELIEF FROM STAY |
|---|---|

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor") submits this statement regarding the status of the parties discussions over the form of order on the Motion for Relief from Stay and for Related Relief filed by the Hoff's at Dkt. #1328. This statement supplements and amends the Trustee's Statement Regarding Order on Hoff's Motion for Relief from Stay filed at Dkt. #1429.

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

This morning, the Trustee reached agreement with Industrial Assets Corp and Maynard's Industries, subject to court approval, on a purchase agreement for the sale of the majority of the Debtor's machinery and equipment, and certain autos and trucks as well as related tooling, attachments parts accessories and manuals and office furniture located in Dayton, Nevada and Green Bay Wisconsin[1]. The purchase price under the Industrial APA is $1,950,000. Industrial Assets has agreed to provide an earnest money deposit in the amount of $195,000 (the "Earnest Money"), which Industrial Assets has agreed shall be immediately available to the Debtor as an advance upon the Court's approval of the Trustee's request to incur credit in the form of the earnest money deposit. The Trustee is preparing to file his Motion for Authority to Incur Credit, Approving Bid Procedures for Sale of Estate Assets, and Approving Breakup Fee in relation to the Industrial APA and in relation to bid procedures for a separate Medalcraft Asset Purchase Agreement for other assets of the estate. In light of the agreement with Industrial, the Trustee intends to request that the Court continue the Auction Motion set for hearing tomorrow to a date coinciding with the hearing on the Sale Motions. In the event that the Sale Motions are not approved or the sales fail to close, the Trustee reserves the right to proceed with the Auction Motion.

The Industrial Assets sale and its financing feature result in significant modifications to the Trustee's proposed cash flow budget. The Trustee has prepared a modified cash flow budget which has been presented to the Hoffs. The revised proposed budget is attached hereto as Exhibit A.

---

[1] The assets which are the subject of the Industrial/Maynards Assets Purchase Agreement (the "Industrial APA") are more specifically identified in the Industrial APA, which will be filed as an exhibit to the Declaration of Mark Calvert in support of a bid procedures Motion to be filed later today.

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

The Trustee will continue to engage in dialogue with the Hoffs to narrow any disagreements over budget issues and to the extent issues remain unresolved as of the continued hearing date, the Trustee will be prepared to present those issues to the Court for resolution.

DATED this 8th day of February, 2018.

K&L GATES LLP

By _/s/ Michael J. Gearin_ __________
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on February 8, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 8th day of February, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

**NWTM Case # 16-11767CMA**
**Weekly Cash Flow from**
**1/31/18 to 3/31/18**

| | ACTUAL | PROJECTED ---------------------------------------------------------------------------------------> | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Wk Ending** | **Wk Ending** | **Wk Ending** | **Wk Ending** | **Wk Ending** | **Wk Ending** | **Wk Ending** | **Wk Ending** | **Wk Ending** | | |
| | **2/4/2018** | **2/11/2018** | **2/18/2018** | **2/25/2018** | **3/4/2018** | **3/11/2018** | **3/18/2018** | **3/25/2018** | **3/31/2018** | **Total** | **%** |
| **Opening Cash Balance** | **$29,652** | **$64,851** | **$7,871** | **$1,197** | **$2,196** | **$2,014** | **$7,484** | **$2,646** | **$2,404,837** | **$64,851** | |
| **Cash Receipts** | | | | | | | | | | | |
| Unfactored Collections | $2,786 | $9,453 | $14,998 | $28,131 | $26,560 | $47,338 | $34,038 | $69,468 | $28,357 | **$258,342** | 7.83% |
| Prestige Factored A/R | $0 | $26,166 | $111,259 | $63,295 | $0 | $0 | $0 | $0 | $0 | **$200,720** | 6.08% |
| Prestige Reserve | $0 | $0 | $50,000 | $0 | $50,000 | $0 | $0 | $0 | $0 | **$100,000** | 3.03% |
| Sale of Precious Metals | $15,719 | $0 | $7,000 | $80,000 | $0 | $0 | $0 | $0 | $0 | **$87,000** | 2.64% |
| Sale of Equipment Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** | 0.00% |
| Industrial Assets Deposit / DIP / Sale proceeds | $0 | $0 | $0 | $0 | $195,000 | $0 | $0 | $1,755,000 | $0 | **$1,950,000** | 59.11% |
| Sale of Dies to MetalCraft | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $700,000 | $0 | **$700,000** | 21.22% |
| Sale of Scrap | $31,644 | $20,925 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$20,925** | 0.63% |
| Payroll Fees | ($655) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** | 0.00% |
| World Pay Return/Chargeback | ($126) | ($513) | ($500) | ($1,000) | ($1,000) | ($3,000) | ($3,000) | ($3,000) | ($6,000) | **($18,013)** | -0.55% |
| **Total Cash Receipts** | **$49,368** | **$56,032** | **$182,757** | **$170,426** | **$270,560** | **$44,338** | **$31,038** | **$2,521,468** | **$22,357** | **$3,298,975** | **100.00%** |
| | | | | | | | | | | | |
| **Cash Outflow** | | | | | | | | | | | |
| Payroll | $0 | $41,848 | $0 | $25,000 | $0 | $20,000 | $0 | $20,000 | $20,000 | **$126,848** | 3.85% |
| Payroll Liability from last wk of 2017 | $0 | $0 | $0 | $16,562 | $0 | $0 | $0 | $0 | $0 | **$16,562** | 0.50% |
| Benefits | $0 | $11,952 | $14,451 | $0 | $0 | $0 | $11,280 | $0 | $11,280 | **$48,963** | 1.48% |
| Workman's Comp | $0 | $6,839 | $7,698 | $0 | $7,698 | $0 | $0 | $0 | $7,698 | **$29,933** | 0.91% |
| NWTM General Liability Insurance & Other | $0 | $2,994 | $2,994 | $0 | $450 | $0 | $2,879 | $0 | $3,329 | **$12,645** | 0.38% |
| Contract Labor | $0 | $800 | $5,811 | $2,000 | $2,000 | $1,000 | $9,000 | $8,000 | $4,000 | **$32,611** | 0.99% |
| Customer Deposits on file to return | $0 | $0 | $0 | $0 | $34,039 | $0 | $0 | $75,000 | $0 | **$109,039** | 3.31% |
| Royalties | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** | 0.00% |
| Corp Expenses; Travel | $0 | $0 | $0 | $3,062 | $4,625 | $0 | $0 | $1,000 | $1,000 | **$9,687** | 0.29% |
| Corp Taxes - Real & Personal Property | $0 | $0 | $0 | $0 | $8,084 | $0 | $0 | $0 | $8,084 | **$16,168** | 0.49% |
| Corp expenses - State Taxes | $2,240 | $2,785 | $0 | $36,300 | $0 | $0 | $0 | $300 | $18,000 | **$57,385** | 1.74% |
| Prestige Factored A/R | $0 | $26,166 | $111,259 | $75,295 | $0 | $0 | $0 | $0 | $0 | **$212,720** | 6.45% |
| US Trustee Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,000 | **$15,000** | 0.45% |
| Facility Rent/Lease **NV** | $0 | $0 | $0 | $0 | $139,338 | $0 | $0 | $0 | $46,446 | **$185,784** | 5.63% |
| Equipment Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,548 | **$6,548** | 0.20% |
| Utilities | $11,929 | $5,814 | $14,507 | $2,510 | $0 | $0 | $10,517 | $12,527 | $8,000 | **$53,875** | 1.63% |
| COGS | $0 | $453 | $250 | $1,000 | $27,397 | $0 | $0 | $250 | $250 | **$29,600** | 0.90% |
| Equip Repair/Maint | $0 | $0 | $0 | $0 | $4,251 | $0 | $0 | $0 | $4,251 | **$8,502** | 0.26% |
| Consumables | $0 | $538 | $400 | $200 | $200 | $200 | $200 | $200 | $200 | **$2,138** | 0.06% |
| IT / Web / Hosting / Server | $0 | $9,823 | $19,200 | $0 | $28,159 | $2,700 | $0 | $0 | $16,500 | **$76,382** | 2.32% |
| UPS/FedEx **NV** | $0 | $0 | $7,500 | $5,500 | $10,500 | $7,967 | $0 | $0 | $0 | **$31,467** | 0.95% |
| Plant Maint/EPA compliance | $0 | $0 | $2,500 | $0 | $0 | $5,000 | $0 | $0 | $0 | **$7,500** | 0.23% |
| Utilities **VA** | $0 | $0 | $267 | $0 | $0 | $0 | $0 | $0 | $0 | **$267** | 0.01% |
| Facility Rent/Lease **WI** | $0 | $1,000 | $319 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | **$3,319** | 0.10% |
| UPS/FedEx **WI** | $0 | $0 | $275 | $0 | $1,000 | $0 | $0 | $0 | $0 | **$1,275** | 0.04% |
| Complete Close down | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | **$16,000** | 0.48% |
| **Total Cash Outflow** | **$14,169** | **$113,011** | **$189,431** | **$169,428** | **$270,742** | **$38,867** | **$35,876** | **$119,277** | **$173,586** | **$1,110,217** | **33.65%** |
| Increase (Decrease) in Cash | $35,199 | ($56,980) | ($6,674) | $998 | ($182) | $5,471 | ($4,838) | $2,402,191 | ($151,229) | **$2,188,758** | |
| **Ending Cash Balance** | **$64,851** | **$7,871** | **$1,197** | **$2,196** | **$2,014** | **$7,484** | **$2,646** | **$2,404,837** | **$2,253,608** | **$2,253,608** | |
| | $0 | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | $0 | $0 | | |

**Comments**

| | |
|---|---|
| | **$0** |
| The cash collateral budget on a cumulative basis will be deemed to be in compliance if on a line by line basis there is a variance of less than 15%. | **$6,548** |
| The cash collateral budget on a cumulative basis will be deemed to be in compliance if on a line by line basis there is a variance of less than $5,000 | **$0** |
| The cash collateral budget will be deemed to be in compliance if on a cumulative basis the variance is less than a 10%. | **$6,548** |
| Estimated Ending Balance | **$2,260,156** |