**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA |
| Debtor. | ORDER DENYING TRUSTEE'S MOTION TO REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY |

THIS MATTER came before the Court on the Trustee's Motion for Order Authorizing Trustee to Reject Unexpired Lease of Nonresidential Real Property [Docket No. 1344] (the "Motion"). The Court considered the Motion, the declaration of Mark Calvert in support, the record and files herein, and heard argument of counsel. For the reasons stated on the record, which are incorporated herein by this reference pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52, it is hereby

ORDERED that the Motion is DENIED.

/// END OF ORDER ///

ORDER DENYING TRUSTEE'S MOTION TO REJECT UNEXPIRED LEASE - 1