To: UNITED STATES BANKRUPTCY COURT OF WESTERN DISTRICT OF WASHINGTON AT SEATTLE &
MICHAEL J GEARIN ATTORNEY FOR DEBTOR, NORTHWEST TERRITORY MINT, LLLC

FROM: JULIE WILLIAMS, LIEN HOLDER

DATE: JANUARY 30, 2018

FILED
Western District of Washington
at Seattle

FEB -9 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

To whom it may concern,

This is my written objection to the sale of assets free and clear of any liens by the debtor, Northwest Territory Mint, LLC. I assume this is just another ploy for the owner to steal more customers money or dodge his obligations and make off free and clear with our money. I COMPLETELY OBJECT TO THIS SALE FREE AND CLEAR OF ANY LIENS, CLAIMS, INTEREST, AND INCUMBERANCES.

Julie Williams

*[signature]*

January 30, 2018

1-30-2018

CASE NO 16-11767-CMA