FILED
Western District of Washington
at Seattle

FEB -9 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

February 5, 2018

Kenneth L. Marmion
5416 65th Ave SE
Olympia WA, 98513

(360) 561-1533

To the attention of the Honorable Christopher M. Alson,

Correspondence #2  Re: Case # 16-11767-CMA

I would like to once again express my concerns regarding the Bankruptcy proceeding regarding Mark Calvert, NW Territories represented by Michael J. Gearin #20982 scheduled for February 9, 2018.

We purchased 260 oz of Coach Silver from NW Territorial Mint Company - M, Mark Calvert on August 19, 2015 for the sum of $4,126.20, transaction #102649. We never received the product we ordered and paid for. We made several attempts to contact the company and request our purchased merchandise and were given numerous excuses and even said the reason for the delay was due to the value increasing which delayed disbursement. **Our transaction took place years before his company was in financial distress, he simply chose not to honor our purchase.** Shouldn't this fall under a different category than bankruptcy?

Thank you for your time,

*[signature]*

Kenneth L. Marmion