**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Northwest Territorial Mint, LLC,<br><br><br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 16-11767<br><br>ORDER ON MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

    This matter came before the Court on the trustee's Motion for Order Authorizing the Auction and Sale of the Debtor's Equipment, Dies, Tooling, Archives, and Inventory Free and Clear of all Liens, Claims, Interests, and Encumbrances (the " Auction Motion") [ECF No. 1350]. The Court considered the pleadings and files herein, and a hearing on the Auction Motion was held on February 9, 2018. Now, for the reasons stated on the record at the hearing, it is hereby

Order - 1

**Below is the Order of the Court.**

ORDERED that if Connie Hoff, Robert Hoff, Medallic Art Company, Ltd., Ross Hansen, Medallic Art Limited Partnership, or any of their affiliates (each an "Interested Party") intend to object to a proposed sale of estate property on the basis that assets acquired from Medallic Art Company by Ross Hansen in 2009 (the "Medallic Assets") are not property of this chapter 11 estate, then the Interested Party shall commence an adversary proceeding by filing a <u>verified</u> complaint to obtain a determination of the estate's interests in the Medallic Assets by no later than 5 p.m. Pacific on February 22, 2018. Any Interested Party who does not timely commence suit waives any and all rights to assert in this case that the Medallic Assets are not property of the estate.

IT IS FURTHER ORDERED that the hearing on the Auction Motion is continued to February 23, 2018 at 9:30 a.m.

IT IS FURTHER ORDERED that the Court will hold a hearing on March 6, 2018, at 9:00 a.m. to determine whether the chapter 11 trustee may sell pursuant, to 11 U.S.C. §363, coining dies in his possession and control that may be subject to the intellectual property rights of the customers who ordered the dies. The chapter 11 trustee shall file an opening brief, not to exceed 24 pages, on this issue by February 20, 2018 at 5:00 p.m. Any party may file a responsive brief, not to exceed 24 pages, by March 1, 2018 at 5:00 p.m., and the chapter 11 trustee may file one or more reply briefs, with no aggregate page limit, by March 5, 2018 at 12:00 p.m.

/// END OF ORDER ///