**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

United States Courthouse
700 Stewart Street, Room 6310
Seattle, WA 98101

FILED
Western District of Washington
at Seattle

FEB 15 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

January 17, 2018

Mr. Jeffrey McMeel
Post Office Box 6273
Bellevue, WA 98008

    Re:    16-11767 Northwest Territorial Mint LLC

Mr. McMeel,

Per your telephone call to the Clerk's office on January 11, 2017, included is a written statement of the sanctions owed in the above-referenced case. The calculation below is based on the Order Following Hearing on Order to Show Cause Why Sanctions Should Not be Imposed and Amended Order to Show Cause Re Civil Contempt (docket no. 328), and the Order Following Hearing on Motion for Order (1) Restricting Jeffrey Mark McMeel from Filing Certain Pleadings and Documents; and (2) Sealing Certain Pleadings and Documents Previously Filed (docket no. 1295).

As of January 19, 2017, the total amount owed will be $6,324.00. This amount will continue to accrue at the rate of $25 per calendar day for every day after January 19, 2017, until paid.

Mark L. Hatcher
Clerk of Court

Cc:    ECF Docket, 16-11767
        Jeffrey Mark McMeel, c/o 900 Jefferson St. SE, Olympia WA, 98501

**U.S. BANKRUPTCY COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WA 98101-1271

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MAILED FROM ZIP CODE 98057
$00.46
JAN 19 2018
PITNEY BOWES
02 1M
0004275772

FEB 20 2018

Jeffrey Mark McMeel
c/o 900 Jefferson St. SE
Olympia WA, 98501

NIXIE        980    DE 1         0002/12/18
             RETURN TO SENDER
             UNCLAIMED
             UNABLE TO FORWARD

BC: 98101443999        *9226-10150-19-46