UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF SUSAN SKAGGS
IN SUPPORT OF MOTION FOR
ORDER APPROVING THE SALE OF
CERTAIN OF THE DEBTOR'S
ASSETS TO MEDALCRAFT MINT,
INC.

I, Susan Skaggs, hereby declare:

1. I am the former director of sales for Northwest Territorial Mint, LLC dba Medallic

Art Company ("Medallic"). Unless otherwise stated, I make the following statements based on my

personal knowledge. I submit this Declaration in support of the Motion for Order Approving the Sale

of Certain of the Debtor's Assets to Medalcraft Mint, Inc. (the "Motion"). I was employed by the

Debtor for approximately nine years, beginning in 2009. I am over the age of eighteen and I am

competent in all ways to testify.

2. Throughout my tenure at Medallic, it was always Medallic's policy that Medallic

owned the dies it created to fulfill customer orders. The price charged to the customer for the

creation of a die was not for the sale of the die, but for the labor to produce the die, storage, and

DECLARATION OF SUSAN SKAGGS - 1

501036674 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

replacement if there was a problem during the manufacturing process.

3.  Although Medallic owned the dies it created, each die was held for the exclusive purpose of creating product for the benefit of the customer who commissioned the die.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this *16TH* day of February, at Dayton, Nevada

By: _____
Susan Skaggs

DECLARATION OF SUSAN SKAGGS - 2

501036674 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1458    Filed 02/16/18    Ent. 02/16/18 15:54:56    Pg. 2 of 3

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on February 16, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on February 16, 2018, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 16th day of February, 2018 at Seattle, Washington.

/s/ Denise A. Lentz
Denise A. Lentz

DECLARATION OF SUSAN SKAGGS - 3

501036674 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022