UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF PAUL WAGNER IN SUPPORT OF IN SUPPORT OF MOTION FOR ORDER APPROVING THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS TO MEDALCRAFT MINT, INC. |

I, Paul Wagner, hereby declare:

1. I am the Chief Information Officer of Northwest Territorial Mint, LLC ("<u>NWTM</u>" or "<u>Debtor</u>"). Unless otherwise stated, I make the following statements based on my personal knowledge. I submit this Declaration in support of the Motion for Order Approving the Sale of Certain of the Debtor's Assets to Medalcraft Mint, Inc. (the "Motion"). I have been employed by the Debtor for approximately five years. I am over the age of eighteen and I am competent in all ways to testify.

2. Medallic Art Company, LTD ("Medallic LTD") is the predecessor in interest to MACLLC with respect to the certain assets including dies which were sold by Medallic LTD to Medallic Art Company LP in 2009. After the acquisition of assets from Medallic LTD, Medallic was

DECLARATION OF PAUL WAGNER - 1

501036488 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1459    Filed 02/16/18    Ent. 02/16/18 15:56:41    Pg. 1 of 19

run as a division of NWTM in that product sold under the "Medallic Art" brand was created and marketed by NWTM employees at NWTM facilities.

    3.    It has always been my understanding that NWTM retained ownership of all dies created by the Medallic Art division of NWTM. At the request of the Trustee, I pulled, from NWTM's business records, a sample price quote for a die manufactured in 2012 by NWTM "dba Medallic Art Company." A copy of the price quote is attached hereto as <u>Exhibit A</u>. It clearly states that all rights, title and interest in dies are exclusively the product of Medallic Art Company.

    4.    NWTM retained a copyright interest in the designs it created for customers by NWTM's artists, both under the NWTM and Medallic Art Company names. Attached hereto as <u>Exhibit B</u> is a sample of a design proof sent to a customer which informs it of the company's copyright on the design and art.

    5.    I located, in NWTM's records, an invoice from 2009 from Medallic LTD, a copy of which is attached as <u>Exhibit C</u>. It clearly states, "NOTICE: All right, title, and interest in and to all dies, models, sculptures, designs, engravings, sketches, and all other artistic renderings and materials used for and in the creation of the products sold hereunder, and all intellectual rights embodies therein, including, without limitation, all copyrights, patents, trade secrets, manufacturing methods, and related proprietary information are and shall remain exclusively and perpetually the property of the Medallic Art Company, LTD."

//

//

//

//

DECLARATION OF PAUL WAGNER - 2

501036488 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my |
| 2 | knowledge and belief. |
| 3 | |
| 4 | EXECUTED this 16th day of February, at Seattle, Washington. |

By: */s/ Paul Wagner* _____
Paul Wagner

DECLARATION OF PAUL WAGNER - 3

501036488 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on February 16, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on February 16, 2018, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 16th day of February, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF PAUL WAGNER - 4

501036488 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1459    Filed 02/16/18    Ent. 02/16/18 15:56:41    Pg. 4 of 19

# EXHIBIT A

# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

*Handwritten: Event 9/25, In hands 9/21/12*

## Quotation

**Quote To:** LUBBOCK CHRISTIAN UNIVERSITY
5601 19th Street
Lubbock, TX 79407
United States

*Handwritten: 9/21/12*

| | | | | |
|---|---|---|---|---|
| Quote Number: | 46315 | | Contact: | Warren McNeill |
| Quote Date: | 08/13/12  Expires: 09/16/12 | | Inquiry: | |
| Customer: | MA-6000256 | | Terms: | Payable On Receipt |
| Salesman: | SUSAN SKAGGS | | Phone: | (806) 720-7212 |
| Ship Via: | Federal Express | | FAX: | |
| FOB: | Dayton, NV | | | |

PLEASE REVIEW QUOTE. SIGN FOR APPROVAL AND FAX OR EMAIL BACK ASAP SO AS NOT TO DELAY SHIPPING. THANK YOU FOR YOUR ORDER!

APPROVED BY _[signature]_

DATE _8/13/12_

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | SS08131202<br>PROVOST'S CHAIN OF OFFICE - 3-1/2 INCH ANTIQUE BRONZE MEDAL TAP AND DRILLED AT 11 AND 1 O'CLOCK POSITIONS WITH SIMPLE BRONZE NECK CHAIN IN CARDBOARD GIFT BOX | | 1 | $915.00 /EA |
| 2 | NECK CHAIN<br>SIMPLE BRONZE NECK CHAIN | | 1 | $100.00 /EA |
| 3 | DIE<br>SERVICE CHARGE FOR PREPARATION OF OBVERSE DIE | | 1 | $750.00 /EA |
| 4 | ASSEMBLY<br>SERVICE CHARGE FOR ASSEMBLY | | 1 | $50.00 /EA |
| 5 | MAC011039<br>BOX, BURGUNDY BOX WITH VELVET FOAM INSERT, 4.25" X 4.25" | | 1 | $0.00 /EA |
| 6 | SHIPPING | | 1 | $25.00 /EA |

| Item | Part Number Description | Revision | Quantity | Price |
|------|------|------|------|------|
| | SHIPPING AND HANDLING CHARGE | | | |

|  |  |
|---|---|
| **Total:** | **$1,840.00** |

Notice: All rights, title and interest in and to all dies, models, sculptures, designs, engravings, sketches, and all other artistic renderings and materials used in the creation of the products sold hereunder including without limitation all patents, trade secrets manufacturing methods and related proprietary information are and shall remain exclusively and perpetually the property of Medallic Art Company. No such product (or any part thereof) may be duplicated or otherwise reproduced by any process, technique, devise or means whatsoever without the prior written permission of the Medallic Art Company.

By Susan Skaggs
NORTHWEST TERRITORIAL MINT LLC

# Medallic Art

## Provost Chain of Office
### Design #1

**RUSH**
**In-hands date for event:**
**Sept. 21, 2012**



3.5" diameter antiqued bronze medal with simple chain attached (shown actual size)

**DIE #: 2012-260**

DATE: 8-17-12
CLIENT: Lubbock Christian University
SALES CONTACT: Susan Skaggs
GRAPHICS: Angel Dey
JOB NUMBER: A040408

APPROVED BY: _____

DATE: _____

© 2012 Medallic Art
This artwork is not to be copied by anyone by any means without first receiving permission from Medallic Art.

 **Medallic Art**

**Provost Chain of Office**
Design #1



Event In Hands Date
9/21/12

Die # 2012-260

3.5" diameter antiqued bronze medal
with simple chain attached
(shown actual size)

DATE: 8-17-12
CLIENT: Lubbock Christian University
SALES CONTACT: Susan Skaggs
GRAPHICS: Angel Dey
JOB NUMBER: A040408

APPROVED BY: _____

DATE: 8/20/12

© 2012 Medallic Art
This artwork is not to be copied by anyone by any means without first receiving permission from Medallic Art.

Angel doing Art



3½" — $915.00

Simple chain

Jerry,

Will your round up the seals for our three colleges and get those to Susan? See if they can also produce medallions for us, along with one more plain one for the provost. On the provost medallion, let's put provost where president was on the other one, and let's make four of these brass with no blue fill.

Thanks,
Warren

3" @ $429

* Event 9/23 *





# EXHIBIT B



# Medallic Art

**3" diameter Big Ten medals**
Shown actual size

***Die #: 1916-008***
for years 1984-1991



Shows teams:
Illinois, Indiana, Iowa, Michigan, Michigan State,
Minnesota, Northwestern, Ohio State, Purdue, Wisconsin

***Die #: 2014-120***
for years 1992-2011



Shows teams:
Illinois, Indiana, Iowa, Michigan, Michigan State, Minnesota,
Northwestern, Ohio State, Penn State, Purdue, Wisconsin

***Die #: 2012-308***



Shows teams:
Illinois, Indiana, Iowa, Michigan, Michigan State, Minnesota,
Nebraska, Northwestern, Ohio State, Penn State, Purdue, Wisconsin

***Die #: 2013-260***



Shows teams:
Illinois, Indiana, Iowa, Maryland, Michigan, Michigan State, Minnesota,
Nebraska, Northwestern, Ohio State, Penn State, Purdue, Rutgers, Wisconsin

DATE: 5-14-14
CLIENT: Big Ten Conference
SALES CONTACT: Susan Skaggs
GRAPHICS: Angel Dey
JOB NUMBER: A041627

APPROVED BY: _____

DATE: _____

© Medallic Art. This artwork is not to be copied by anyone by any means without first receiving permission from Medallic Art.

# EXHIBIT C



# SALES ORDER
ACKNOWLEDGEMENT

## MEDALLIC ART COMPANY LTD.
80 Airpark Vista Boulevard • Dayton, NV 89403
775-246-6000 • Fax: 775-246-6006 • Toll Free: 1-800-843-9854
E-Mail Address: minted@medallic.com • Internet Address: medallic.com

*Invoiced 6/30/09* ®

Order Number: 0132057
Order Date: 05/19/09
Customer No: 02-3001486

SALESPERSON: KIM CLARK

**SOLD TO:**
SIGMA PI PHI FRATERNITY
KATRINA NELSON
50 HURT PLAZA STE 750
ATLANTA         GA 30303

**SHIP TO:**
SIGMA PI PHI FRATERNITY
ATTN: KATRINA NELSON
50 HURT PLAZA STE 750
ATLANTA         GA 30303

Customer Phone #: (404) 529-9919    Customer Fax #: 404-529-9976

| CUSTOMER P.O. | SHIP VIA | F.O.B. | SHIP DATE | TERMS |
|---|---|---|---|---|
| KATRINA NELSON | FEDEX GROUND | DAYTON | 07/27/09 | ADVANCE PAYMENT REQUIRED |

| DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | BACK ORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| HENRY M MINTON FELLOW MEDAL  3" LIGHT OXIDIZED BRONZE MEDAL IN CARDBOARD GIFT BOX | 20 | 20 | | 110.00 | 2,200.00 |
| ADD FOR TAP AND DRILL WITH WITH LIGHT BLUE/WHITE NECK-RIBBON PER MEDAL | 20 | 20 | | 15.00 | 300.00 |
| BLUE VELVET PENDANT CASE | 20 | 20 | | 13.75 | 275.00 |
| SERVICE CHARGE FOR PREPARATION OF OBVERSE SCULPTED MODEL | 1 | | | 1,400.00 | 1,400.00 |
| SERVICE CHARGE FOR PREPARATION OF 3" OBVERSE DIE CUT FROM SCULPTED MODEL | 1 | | | 750.00 | 750.00 |
| SERVICE CHARGE FOR PREPARATION OF 3" THREE-DIMENSIONAL REVERSE DIE | 1 | | | 1,000.00 | 1,000.00 |
| SHIPPING/HANDLING CHARGE | 1 | | | 60.00 | 60.00 |

PLEASE REMIT $5,985.00 IN ADVANCE PAYMENT ASAP SO AS NOT TO DELAY THE ABOVE LISTED SHIP DATE.

Obverse die 2009-105 (NEW)
APPROVED BY _____ DATE _____
Reverse die 2009-106 (NEW)

THANK YOU FOR YOUR ORDER!

NOTICE: ALL RIGHT, TITLE, AND INTEREST IN AND TO ALL DIES, MODELS, SCULPTURES, DESIGNS, ENGRAVINGS, SKETCHES, AND ALL OTHER ARTISTIC RENDERINGS AND MATERIALS USED FOR AND IN THE CREATION OF THE PRODUCTS SOLD HEREUNDER, AND ALL INTELLECTUAL RIGHTS EMBODIED THEREIN, INCLUDING, WITHOUT LIMITATION, ALL COPYRIGHTS, PATENTS, TRADE SECRETS, MANUFACTURING METHODS, AND RELATED PROPRIETARY INFORMATION ARE AND SHALL REMAIN EXCLUSIVELY AND PERPETUALLY THE PROPERTY OF THE MEDALLIC ART COMPANY, LTD. NO SUCH PRODUCT (OR ANY PART THEREOF) MAY BE DUPLICATED OR OTHERWISE REPRODUCED BY ANY PROCESS, TECHNIQUE, DEVICE OR MEANS WHATSOEVER WITHOUT THE PRIOR WRITTEN PERMISSION OF THE MEDALLIC ART COMPANY.

Check Number: _____ Date Received: _____

| | |
|---|---|
| ORDER: | 5,985.00 |
| FREIGHT: | |
| SALES TAX: | |
| ADVANCE PAYMENT RECEIVED: | .00 |
| **INVOICE TOTAL:** | |

CUSTOMER COPY



# SALES ORDER
## MEDALLIC ART COMPANY LTD.
80 Airpark Vista Boulevard • Dayton, NV 89403
775-246-6000 • Fax: 775-246-6006 • Toll Free: 1-800-843-9854
E-Mail Address: mated@medallic.com • Internet Address: medallic.com

Order Number: 0132057
Order Date: 05/19/09
Customer No: 02-3001486

SALESPERSON: KIM CLARK

SOLD TO:
SIGMA PI PHI FRATERNITY
KATRINA NELSON
50 HURT PLAZA STE 750
ATLANTA           GA 30303

SHIP TO:
SIGMA PI PHI FRATERNITY
ATTN: KATRINA NELSON
50 HURT PLAZA STE 750
ATLANTA           GA 30303

Customer Phone #: (404) 529-9919    Customer Fax #: 404-529-9976

| CUSTOMER P.O. | SHIP VIA | F.O.B. | SHIP DATE | TERMS | | |
|---|---|---|---|---|---|---|
| KATRINA NELSON | FEDEX GROUND | DAYTON | 07/27/09 | ADVANCE PAYMENT REQUIRED | | |
| DESCRIPTION | | QTY. ORDERED | QTY. SHIPPED | BACK ORDERED | PRICE | AMOUNT |
| HENRY M MINTON FELLOW MEDAL | | | | | | |
| 3" LIGHT OXIDIZED BRONZE MEDAL IN CARDBOARD GIFT BOX | | 20 | | | 110.00 | 2,200.00 |
| ADD FOR TAP AND DRILL WITH WITH LIGHT BLUE/WHITE NECK-RIBBON PER MEDAL | | 20 | | | 15.00 | 300.00 |
| BLUE VELVET PENDANT CASE | | 20 | | | 13.75 | 275.00 |
| SERVICE CHARGE FOR PREPARATION OF OBVERSE SCULPTED MODEL | | 1 | | | 1,400.00 | 1,400.00 |
| SERVICE CHARGE FOR PREPARATION OF 3" OBVERSE DIE CUT FROM SCULPTED MODEL | | 1 | | | 750.00 | 750.00 |
| SERVICE CHARGE FOR PREPARATION OF 3" THREE-DIMENSIONAL REVERSE DIE | | 1 | | | 1,000.00 | 1,000.00 |
| SHIPPING/HANDLING CHARGE | | 1 | | | 60.00 | 60.00 |

PLEASE REMIT 65,985.00 IN ADVANCE PAYMENT ASAP SO AS NOT TO DELAY THE ABOVE LISTED SHIP DATE.

2009-105 (NEW)
APPROVED BY _____ DATE 5/20/09
2009-106 (NEW)
THANK YOU FOR YOUR ORDER!

ORDER: 5,985.00
FREIGHT:
SALES TAX: .00
ADVANCE PAYMENT RECEIVED:
INVOICE TOTAL:

NOTICE: ALL RIGHT, TITLE AND INTEREST IN AND TO THE DIES, MODELS, SCULPTURES, DESIGNS, ENGRAVINGS, SKETCHES AND ALL OTHER ART WORK, DRAWINGS AND MATERIALS USED FOR AND IN THE CREATION OF THE PRODUCTS SOLD HEREUNDER, AND ALL INTELLECTUAL RIGHTS EMBODIED THEREIN, INCLUDING, WITHOUT LIMITATION, ALL COPYRIGHTS, PATENTS, TRADE SECRETS, MANUFACTURING METHODS AND RELATED PROCESSES, SHALL REMAIN AND ARE NOW EXPRESSLY AND PERPETUALLY THE PROPERTY OF THE MEDALLIC ART COMPANY. THE NO SUCH PRODUCT OR ANY PART THEREOF MAY BE DUPLICATED OR OTHERWISE REPRODUCED BY ANY PERSON OR ENTITY BY ANY OR MEANS WHATSOEVER WITHOUT THE PRIOR WRITTEN CONSENT OF THE MEDALLIC ART COMPANY.

Telephone: 404.529.9919
Fax: 404.529.9976
E-Mail: info@sigmapiphi.org
Website: http://www.sigma-pi-phi.net

Sigma Pi Phi Fraternity
50 Hurt Plaza, Ste. 750
Atlanta, GA 30303



| To: | Kim Clark | From: | Katrina Nelson |
|---|---|---|---|
| Fax | 775-246-6006 | Pages: | 3 (including this one) |
| Phone: | | Date: | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Sigma Pi Phi
Henry M. Minton Fellow medal
on Light Blue/White neck ribbon
Design #1
(shown actual size)





Obverse medal illustration

NOTE: Center image will be sculpted and will look 3-D

(Grayscale at at left shows detail)



Reverse





APPROVED BY: _____  DATE: 5/20/09
NOTE: SIZE INACCURACIES MAY RESULT FROM VARIATIONS IN DEVICE SETTINGS.

 MEDALLIC ART COMPANY LTD
80 Airpark Vista Boulevard, Dayton, NV 89403
Toll Free: 800-843-9854
Fax: 775-246-6006          ©2009 Medallic Art Co.

CLIENT: Sigma Pi Phi
SALESPERSON: Kim Clark
REVISION #: _____
DATE: 5-20-09

Sigma Pi Phi
Henry M. Minton Fellow medal
on Light Blue/White neck ribbon
Design #1
(shown actual size)





Obverse medal illustration

NOTE: Center image will be sculpted and will look 3-D

(Grayscale at at left shows detail)



Reverse



APPROVED BY: _____  DATE: _____

NOTE: SIZE INACCURACIES MAY RESULT FROM VARIATIONS IN DEVICE SETTINGS.



**MEDALLIC ART COMPANY LTD**
80 AIRPARK VISTA BOULEVARD, DAYTON, NV 89403
TOLL FREE: 800-843-9854
FAX: 775-246-6006    ©2009 Medallic Art Co.

CLIENT: Sigma Pi Phi
SALESPERSON: Kim Clark
REVISION #: _____
DATE: 5-20-09

**Subject:** Medallic Art-Sigma Pi Phi artwork
**From:** minted@medallic.com
**Date:** Thu, May 21, 2009 11:40 am
**To:** katrinaspp@bellsouth.net

Dear Katrina:

Here is the artwork of the Sigma Pi Phi Henry M. Minton Fellow medal, per your request.

Medallic Art Company
80 Airpark Vista Blvd.
Dayton, NV 89403
Toll free: 800-843-9854
Fax: 775-246-6006
Email: minted@medallic.com
Web site: www.medallic.com

Copyright © 2003-2009. All rights reserved.