Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>*EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

Mark Calvert, the Chapter 11 Trustee (the "Trustee"), moves the Court for an *Ex Parte* Order Approving the Notice to Die Customers Regarding Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests, and Encumbrances (the "Notice"). In support of this Motion, the Trustee respectfully states as follows:

1. On April 1, 2016, Northwest Territorial Mint, LLC (the "Debtor" or "NWTM") filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code.

2. An order appointing Mark Thomas Calvert as Chapter 11 Trustee was entered on April 11, 2016.

3. On February 23, 2018, the Court heard the Trustee's Motion to Incur Credit, Approve Bid Procedures for Sale of Estate Assets and Approve Breakup Fee (the "Bid Procedures Motion") (Dkt. 1432).

*EX PARTE* MOTION TO APPROVE NOTICE TO DIE
CUSTOMERS REGARDING SALE OF THE DEBTOR'S
ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS, AND ENCUMBRANCES - 1
501055591 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1474    Filed 02/26/18    Ent. 02/26/18 17:28:42    Pg. 1 of 7

4. On February 16, 2018, the Trustee filed his Motion for Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc. (the "Medalcraft Sale Motion) (Dkt. 1457). As is set forth in the Asset Purchase Agreement referenced in the Medalcraft Sale Motion (the "Medalcraft APA"), the Trustee seeks authority to sell, to Medalcraft Mint, Inc., all Medallic company owned coining dies to the extent such dies are associated with a customer for which there has been a sale in the last twenty years and all dies for customer Framing Success. Medalcraft and the Trustee have subsequently amended the Medalcraft APA to clarify that the dies to be sold are company owned dies made by or for Medallic on or after January 1, 1998 and all dies for customer Framing Success.

5. The Trustee intends to bring forward for Court approval other sales for Medallic company owned dies made before January 1, 1998 and NWTM company owned dies.

6. At the hearing on the Bid Procedures Motion, the Court instructed the Trustee to afford notice of the Medalcraft Sale Motion to known customers whose products are related to dies that the Trustee intends to sell (a "Die-Associated Customer").

7. NWTM maintains a list of customers that dates back ten years (the "Die-Associated Customer List"). The Trustee proposes to mail notice of the Medalcraft Sale Motion to parties on the Die-Associated Customer List. In addition, the Trustee proposes to post a copy of the notice of the Medalcraft Sale Motion on NWTM's website. Attached hereto as Exhibit A is the Notice proposed by the Trustee.

//
//
//
//
//

*EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES - 2
501055591 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1474    Filed 02/26/18    Ent. 02/26/18 17:28:42    Pg. 2 of 7

8. Based on the foregoing, the Trustee respectfully requests that the Court enter an order approving the manner and form of the Notice. Given the sensitive nature of the customer list that is the basis for the notice parties list, the Trustee also seeks authority to file the proof of service to Die Associated Customers under seal.

DATED this 26th day of February, 2018.

K&L GATES LLP

By */s/ David C. Neu*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

*EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES - 3

501055591 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1474    Filed 02/26/18    Ent. 02/26/18 17:28:42    Pg. 3 of 7

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on February 26, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 26th day of February, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

*EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES - 4

501055591 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1474    Filed 02/26/18    Ent. 02/26/18 17:28:42    Pg. 4 of 7

# EXHIBIT A

| | |
|---|---|
| Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA # 33143<br>Brian T. Peterson, WSBA # 42088<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Christopher M. Alston<br>Chapter 11<br>Hearing Location: Seattle Rm 7206<br>Hearing Date: March 9, 2018<br>Hearing Time: 9:30 a.m.<br>Response Date: March 2, 2018 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: UNITED STATES TRUSTEE;
AND TO: CUSTOMERS FOR WHOM MEDALLIC ARTS COMPANY HAS MANUFACTURED DIES IN THE LAST TEN YEARS;

PLEASE TAKE NOTICE that Mark Calvert, Chapter 11 Trustee (the "Trustee") of the consolidated estates of Northwest Territorial Mint, LLC ("NWTM") and Medallic Art Company, LLC ("Medallic"), subject to court approval, has entered into an Asset Purchase Agreement (the "Medalcraft APA") with Medalcraft Mint, Inc. ("Medalcraft") for the sale of Medallic's tradename, website, customer lists, archives, tools, specific machinery, and coining dies owned by Medallic to the extent such dies were created in the last twenty years. The Trustee submits that, with very limited exceptions, NWTM and Medallic own the physical dies which have been manufactured in order to produce medals and coins on behalf of NWTM and Medallic customers. The Trustee intends to convey title to the company owned dies to Medalcraft in connection with the proposed sale.

PLEASE TAKE FURTHER NOTICE that the Trustee has filed a motion (the "Medalcraft Sale Motion") with the Court to approve the Medalcraft APA and authorize the sale described therein. A hearing on the Motion will take place on March 9, 2018 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE that the Trustee continues to market the remaining assets of the estate which assets include additional dies owned by Medallic which were created more than twenty years ago and dies owned by NWTM.

NOTICE TO DIE CUSTOMERS REGARDING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES - 1
501055413 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1474    Filed 02/26/18    Ent. 02/26/18 17:28:42    Pg. 6 of 7

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the sale of dies, you must an objection to the Medalcraft Sale Motion NO LATER THAN **March_2, 2018.** Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

>   Michael J. Gearin
>   David C. Neu
>   K&L Gates, LLP
>   925 Fourth Avenue, Suite 2900
>   Seattle, Washington 90104

DATED this 26th day of February, 2018.

K&L GATES LLP

By */s/ David C. Neu*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE TO DIE CUSTOMERS REGARDING SALE OF
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 2
501055413 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022