Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No.  16-11767-CMA<br><br>RENEWED *EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

Mark Calvert, the Chapter 11 Trustee (the "Trustee"), moves the Court for an *Ex Parte* Order Approving the Notice to Die Customers Regarding Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests, and Encumbrances.  In support of this Motion, the Trustee respectfully states as follows:

1. On April 1, 2016, Northwest Territorial Mint, LLC (the "Debtor" or "NWTM") filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code.

2. An order appointing Mark Thomas Calvert as Chapter 11 Trustee was entered on April 11, 2016.

3. On February 23, 2018, the Court heard the Trustee's Motion to Incur Credit, Approve Bid Procedures for Sale of Estate Assets and Approve Breakup Fee (the "Bid Procedures Motion") (Dkt. 1432).

RENEWED *EX PARTE* MOTION TO APPROVE NOTICE
TO DIE CUSTOMERS REGARDING SALE OF THE
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 1
501055591 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1477    Filed 02/27/18    Ent. 02/27/18 15:40:00    Pg. 1 of 4

4. On February 16, 2018, the Trustee filed his Motion for Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc. (the "Medalcraft Sale Motion) (Dkt. 1457). As is set forth in the Asset Purchase Agreement referenced in the Medalcraft Sale Motion (the "Medalcraft APA"), the Trustee seeks authority to sell, to Medalcraft Mint, Inc., all Medallic company owned coining dies to the extent such dies are associated with a customer for which there has been a sale in the last twenty years and all dies for customer Framing Success. Medalcraft and the Trustee have subsequently amended the Medalcraft APA to clarify that the dies to be sold are company owned dies made by or for Medallic on or after January 1, 1998 and all dies for customer Framing Success.

5. The Trustee intends to bring forward for Court approval other sales for Medallic company owned dies made before January 1, 1998 and NWTM company owned dies.

6. At the hearing on the Bid Procedures Motion, the Court instructed the Trustee to afford notice of the Medalcraft Sale Motion to known customers whose products are related to dies that the Trustee intends to sell (a "Die-Associated Customer"). The Court required the Trustee to submit the form of notice (the "Notice") to the Court for its approval.

7. On February 26, the Trustee filed his ex parte motion seeking approval of the form of the Notice. The Court did not enter an order approving the Notice, rather it advised the Trustee of necessary changes to the Notice and proposed order.

8. Accordingly, the Trustee renews his ex parte motion seeking approval of the Notice as amended. Attached hereto as Exhibit A is the revised Notice proposed by the Trustee. In addition, attached hereto as Exhibit B is a cover letter that the Trustee proposes to send with the Notice.

//
//
//
//

RENEWED *EX PARTE* MOTION TO APPROVE NOTICE
TO DIE CUSTOMERS REGARDING SALE OF THE
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 2
501055591 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

9. Based on the foregoing, the Trustee respectfully requests that the Court enter an order approving the manner and form of the Notice and authorizing transmittal of the cover letter. Given the sensitive nature of the customer list that is the basis for the notice parties list, the Trustee also seeks authority to file the proof of service to Die Associated Customers under seal.

DATED this 27th day of February, 2018.

            K&L GATES LLP

            By */s/ David C. Neu*
              Michael J. Gearin, WSBA #20982
              David C. Neu, WSBA #33143
              Brian T. Peterson, WSBA #42088
           Attorneys for Mark Calvert, Chapter 11 Trustee

RENEWED *EX PARTE* MOTION TO APPROVE NOTICE
TO DIE CUSTOMERS REGARDING SALE OF THE
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 3
501055591 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1477    Filed 02/27/18    Ent. 02/27/18 15:40:00    Pg. 3 of 4

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on February 27, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 27th day of February, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

RENEWED *EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES - 4

501055591 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1477    Filed 02/27/18    Ent. 02/27/18 15:40:00    Pg. 4 of 4