FILED
Western District of Washington
at Seattle

MAR - 6 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| In re | The Honorable Christopher Alston Presiding |
|  | CHAPTER 11 |
| NORTHWEST TERRITORIAL MINT LLC | No. 16-11767-CMA |
| (debtor)    EIN 30-143641 |  |
|  | LETTER TO JUDGE ALSTON |

---

On 9-21-16 this Court entered an order for the Trustee to return property. (see Doc 728). Paragraph numbered "4" specifically states:

" 4. The Trustee may return the coining dies purchased by Mr Rayburn D. Pollard: "

To date your order has fallen upon deaf ears, and the Trustee remains in possession of my dies.

On 1-30-18 , I contacted the Trustee, Mr. Calvert, to ship my dies to me because he had filed a motion to sell everything including the archives where my dies reside. Imagine my disbelief when I was told I would have to pay up to 350.00 for dies I already own, for a "research fee" to send me the dies you ordered him to send a year and a half ago, pursuant to a Motion his own attorneys filed parallel to my own. (see attached e-mail)

Your Honor, I believe Mr. Calvert is being paid handsomely to conduct the affairs of the mint, and I believe satisfying the Order of the Court falls squarely in that category , and as such, I consider his double-dipping for additional monies to be nothing short of extortion.

Consequently, I spoke with The Attorneys for The Trustee (Gearin) and he assured me that Calverts e-mail was a mistake and there would be no "research fee" and that Calvert forgot and was in error because this matter had already been litigated.

Nevertheless, after another month I have heard nothing and still don't have my dies or the income they create for me.

If not you , Your Honor, who can I get to enforce your order?

I humbly ask that you halt any sale proceeding, until such time as any, and all known property owners, have safely received their property and honored your existing orders.

Respectfully,

*[signature]* Pro-Se

Rayburn D. Pollard Jr. Pro-Se
3115 W. Ann St.
Peoria , Il. 61605
3-01-18

**From:** Ray Pollard
**Sent:** Wednesday, January 31, 2018 9:34 AM
**To:** Liberty Leaf
**Subject:** Fwd: RE: Dies

---------- Forwarded message ----------
From: "Ray Pollard" <raypollard14@gmail.com>
Date: Jan 30, 2018 9:46 AM
Subject: RE: Dies
To: "Mark Calvert" <mark@cascadecapitalgroup.com>
Cc:

Also, I did business with Dayton Nevada through sales rep Marty Colwell and he knows exactly where my dies are

On Jan 30, 2018 9:37 AM, "Mark Calvert" <mark@cascadecapitalgroup.com> wrote:

Ray

Appreciate your email

Which company did you work with Medallic or NWTM?

Need to know the company to start the search process.

Just to put this in prospective we have in excess of 400,000 dies.

Not sure what the name of your dies are and when the dies were produced.

Do you have any information....? Including the order number?

Also there is a cost to research this and find your dies and ship them to you.

Not sure what the cost is but my guess is that it is in excess of 250.00 maybe as high as 350

Are you prepared to pay this amount?

If so then I will start the research process.

Please advise?

Thanks

Mark

**Mark Calvert**

CPA, CIRA, CTP, CFE, PI

1501 4th Avenue Suite 2840

Seattle Washington 98101

Cell: 206.909.3636

Mark@Cascadecapitalgroup.com



**From:** Ray Pollard [mailto:raypollard14@gmail.com]
**Sent:** Tuesday, January 30, 2018 7:30 AM
**To:** Mark.Calvert@nwtmint.com
**Subject:** Dies

Mister Calvert, pursuant to bankruptcy court order I am requesting that you immediately ship all four of my die sets to my address, thank you