Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, March 9, 2018
Hearing Time: 9:30 a.m.
Response Date: March 2, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>REPLY DECLARATION OF MARK CALVERT IN SUPPORT OF MOTIONS FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

I, Mark Calvert, declare as follows:

1. I am the Chapter 11 Trustee of Northwest Territorial Mint, LLC ("NWTM" or "Debtor") pursuant to the Court's order of appointment dated April 11, 2016. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge. I submit this Declaration in Support of My Motion for Order Authorizing the Auction and Sale of the Debtor's Equipment, Dies, Tooling, Archives, and Inventory Free and Clear of All Liens, Claims, Interests, and Encumbrances (the "Motion").

2. Betty Carey filed an objection to the Motion. *See* Dkt. No. 1481. Ms. Carey was a NWTM customer and is not affected by the Medalcraft sale in that Medalcraft is not purchasing any dies produced by NWTM at this time. Nor is Ms. Carey a storage customer that holds an interest in

REPLY DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER AUTHORIZING
AUCTION AND SALE- 1

501098016 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1504    Filed 03/06/18    Ent. 03/06/18 18:31:08    Pg. 1 of 5

identifiable stored bullion inventory. Ms. Carey does not hold a security interest in any property of the estate, and does not have a claim against the estate. In fact, I have researched Ms. Carey's pre-petition transactions with the Debtor and I have determined that she owes the estate $43,160. Attached hereto as <u>Exhibit A</u> is a summary of Ms. Carey's account with Northwest Territorial Mint, LLC. While Ms. Carey held certain precious metals on account with the Debtor totaling $61,806, the Debtor advanced Ms. Carey cash amounts exceeding the value of her precious metals. In total, the Debtor gave Ms. Carey cash from its bank accounts in the total amount of $104,966. Thus, as a result of over advances made by the Debtor, Ms. Carey owes the estate a total of $43,160.

3. I understand that during the Court's hearing on March 6, 2018, regarding my ability to sell certain Coining Dies, Ms. Carey asserted an interest in one or more Coining Dies held by the Debtor. I searched the Debtor's records and determined that two Coining Dies used to produce coins ordered by Ms. Carey are in my possession. The two Coining Dies were produced by NWTM and are not subject to the sale to Medalcraft.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 6th day of March, 2018, at Seattle, Washington.

*/s/ Mark Calvert*
Mark Calvert

REPLY DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER AUTHORIZING
AUCTION AND SALE- 2

501098016 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1504    Filed 03/06/18    Ent. 03/06/18 18:31:08    Pg. 2 of 5

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on March 6, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 6th day of March, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

REPLY DECLARATION OF MARK CALVERT IN
SUPPORT OF MOTION FOR ORDER AUTHORIZING
AUCTION AND SALE- 3

501098016 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

# Betty Carey
# Summary of Account

|  | Ounces at 3/31/2016 | Spot Price at 3/31/2016 | $ Value at 3/31/2016 |
|---|---:|---:|---:|
| Silver | 716.00 | $16 | $11,098 |
| Gold | 16.00 | $1,232 | $19,712 |
| Palladium | 54.00 | $574 | $30,996 |
| Platinum | 0.00 | $982 | $0 |
| **Total Metal Value on Account** | | | **$61,806** |
| | | | |
| **Total Cash Advances Drawn on NWTM Bank Accounts** | | | **$104,966** |
| | | | |
| **Total due to (from) Customer** | | | **($43,160)** |