Hon. Christopher M. Alston
Chapter 7
Date of Hearing: March 9, 2018
Time of Hearing: 9:30 a.m.
Location of Hearing: United States
   Courthouse, 700 Stewart St.,
   Rm. 7206, Seattle, WA
Response Date: March 8, 2018

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>          Debtor. | NO. 16-11767-CMA<br><br>LIMITED OBJECTION TO TRUSTEE'S MOTION TO APPROVE SALE OF ASSETS INCLUDING DIES BY NEVADA NORTHERN RAILWAY FOUNDATION |

COMES NOW Nevada Northern Railroad Foundation, Inc. ("NNRF") by and throughand RESPONDS to the Trustee's Motion for Order Approving Sale of Certain Debtor's assets including Dies.

NNRF is owner of several dies that are in Debtor's possession. NNRF purchased these dies, as is evidenced by invoices that were issued to and paid by NNRF. They remained in Debtor's possession so as to allow for subsequent orders of new coins. Proof of ownership is asserted in the accompanying declaration of NNRF's president, Mark S. Bassett, with supporting documentation as exhibits thereto.

Should the Court be prepared to make the determination that NNRF is the rightful owner of dies in the possession of Debtor, NNRF requests an order explicitly excluding its dies from the forthcoming order approving the sale of Debtor's assets.

Limited Objection to Trustee's Motion to
Approve Sale of Assets including Dies by
Nevada Northern Railway Foundation-1 of 2



THE LAW OFFICES OF LANCE L. LEE
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
(206) 332-9841 / Fax: (206) 905-2991

Case 16-11767-CMA    Doc 1517    Filed 03/08/18    Ent. 03/08/18 13:45:12    Pg. 1 of 2

Should the Court not be prepared to make a determination of ownership at this time, NNRF respectfully requests that its dies be excluded from the sale until final determination can be had.

DATED this ___8th___ day of March 2018

/s/ Lance L. Lee
Lance L. Lee, WSBA #26518
Attorney for Debtor

Limited Objection to Trustee's Motion to Approve Sale of Assets including Dies by Nevada Northern Railway Foundation-2 of 2



THE LAW OFFICES OF LANCE L. LEE
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
(206) 332-9841 / Fax: (206) 905-2991

Case 16-11767-CMA    Doc 1517    Filed 03/08/18    Ent. 03/08/18 13:45:12    Pg. 2 of 2