# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE


RECEIVED 1/7/17

**Sold To:**
NEVADA NORTHERN RAILWAY MUSEUM
ATTN: MARK BASSETT
PO BOX 150040
ELY NV 89315
UNITED STATES

**Ship To:**
NEVADA NORTHERN RAILWAY MUSEUM (N)
ATTN: MARK BASSETT
1100 AVENUE A
ELY NV 89315
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 771627 | Sales Person: | Susan Skaggs |
| Invoice Date: | 12/30/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030711 | Packing List: | 170054 |
| Order Number: | 158061 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | SS11151601 / 39mm PROOF LIKE COPPER COIN IN CLEAR CAPSULE IN POLY BAG | 750 | $7.00 | $5,250.00 |
| 2 | SS11151602 / 39mm PROOF LIKE NICKEL COIN IN CLEAR CAPSULE IN POLY BAG | 150 | $7.00 | $1,050.00 |
| 3 | SS11151603 / 39mm PROOF LIKE .999 FINE SILVER COIN IN CLEAR CAPSULE IN POLY BAG | 75 | $25.03 | $1,877.25 |
| 4 | 03105 / CAPSULE, 39MM DIRECT FIT SET (H39) | 975 | $0.50 | $487.50 |
| 5 | 04131 / STANDARD POLY BAG | 975 | $0.00 | $0.00 |
| | Obverse Die | 1 | $650.00 | $650.00 |
| | Reverse Die | 1 | $550.00 | $550.00 |
| | Fine Silver Strike Charge | 1 | $70.00 | $70.00 |
| | Shipping & Handling | 1 | $65.00 | $65.00 |

Received By
_____ By 7/7
MSB  RB

2017 Coin

| | |
|---|---|
| Invoice Total: | $9,999.75 |
| Paid To Date: | $0.00 |
| Balance Due: | $9,999.75 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.



)AD FOU`
.LC

# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEVADA NORTHERN RAILWAY MUSEUM
ATTN: MARK S. BASSETT
1100 AVENUE A
ELY NV 89315
UNITED STATES

**Ship To:**
NEVADA NORTHERN RAILWAY MUSEUM
ATTN: MARK S. BASSETT
1100 AVENUE A
ELY NV 89315
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 728280 | Sales Person: | Susan Skaggs |
| Invoice Date: | 12/24/2015 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030711 | Packing List: | 124834 |
| Order Number: | 115996 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | SS11181501 / 39MM PROOF LIKE COPPER MEDAL IN CLEAR CAPSULE PACKAGED IN INDIVIDUAL POLY BAGS | 1500 | $5.00 | $7,500.00 |
| 2 | SS11181502 / 39MM PROOF LIKE CUPPER NICKEL MEDAL IN CLEAR CAPSULE PACKAGED IN INDIVIDUAL POLY BAGS | 200 | $5.00 | $1,000.00 |
| 3 | SS11181503 / 39MM PROOF LIKE .999 FINE SILVER MEDAL IN CLEAR CAPSULE PACKAGED IN INDIVIDUAL POLY BAGS | 40 | $19.18 | $767.20 |
| 4 | 03105 / CAPSULE, 39MM DIRECT FIT SET (H39) | 1740 | $0.50 | $870.00 |
| 5 | 04131 / STANDARD POLY BAG | 1740 | $0.00 | $0.00 |
| | Die Charge | 1 | $1,000.00 | $1,000.00 |
| | Strike Fee | 1 | $70.00 | $70.00 |
| | Shipping & Handling | | $100.00 | $100.00 |

Received By _____
Checked By 7/7
Paid RB  MSB

| | |
|---|---|
| Invoice Total: | $11,307.20 |
| Paid To Date: | $0.00 |
| Balance Due: | $11,307.20 |

2016 Coin

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1



# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEVADA NORTHERN RAILWAY MUSEUM
ATTN: MARK S. BASSETT
1100 AVENUE A
ELY NV 89315
UNITED STATES

**Ship To:**
NEVADA NORTHERN RAILWAY MUSEUM
ATTN: MARK S. BASSETT
1100 AVENUE A
ELY NV 89315
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 665287 | Sales Person: | Susan Skaggs |
| Invoice Date: | 12/11/2014 | Terms: | Due on receipt |
| Customer ID: | 1030711 | Packing List: | 61376 |
| Order Number: | 51325 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | SS10091402 / MACO - 2015 MEDAL - 39MM PROOF LIKE COPPER MEDAL IN CLEAR CAPSULE IN POLY BAG | 350 | $4.95 | $1,732.50 |
| 2 | SS10091403 / MACO - 2015 MEDAL - 39MM PROOF LIKE NICKEL MEDAL IN CLEAR CAPSULE IN POLY BAG | 150 | $4.95 | $742.50 |
| 3 | SS10091404 / MACO - 2015 MEDAL - 39MM PROOF .999 FINE SILVER MEDAL - ASSAY .999 FINE SILVER AT 12 O'CLOCK - IN CLEAR CAPSULE IN POLY BAG | 30 | $23.50 | $705.00 |
| 4 | 04131 / STANDARD POLY BAG | 530 | $0.00 | $0.00 |
| 5 | 03105 / CAPSULE, 39MM DIRECT FIT SET (H39) | 530 | $0.50 | $265.00 |
| | Obverse Die | 1 | $700.00 | $700.00 |
| | Reverse Die | 1 | $600.00 | $600.00 |
| | Strike Fee | 1 | $210.00 | $210.00 |
| | Shipping & Handling | 1 | $40.00 | $40.00 |

*Handwritten: 717, WF 12/29/14, 2015*

| | |
|---|---|
| **Invoice Total:** | **$4,995.00** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$4,995.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## Invoice

**Sold To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

**Ship To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 504251 | Salesman: | SUSAN SKAGGS |
| Invoice Date: | 11/12/13 | Terms: | Must prepay all orders |
| Customer: | NEVADA RAIL | | |
| Order No: | 476938 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 550 | SS10251302 - ROTARY SNOW PLOW B MEDAL - 39mm PROOF LIKE COPPER MEDAL IN CLEAR CAPSULES IN POLY BAGS - COLLAR DIE - Packing List: 504245 | | $4.95 / EA | $2,722.50 |
| 2 | 200 | SS10251303 - ROTARY SNOW PLOW B MEDAL - 39mm PROOF LIKE CUPER NICKEL MEDAL IN CLEAR CAPSULES IN POLY BAGS - COLLAR DIE - Packing List: 504251 | | $4.95 / EA | $990.00 |
| 3 | 50 | SS10251304 - ROTARY SNOW PLOW B MEDAL - 39mm PROOF .999 FINE SILVER MEDAL IN CLEAR CAPSULES IN POLY BAGS - COLLAR DIE - Packing List: 504249 | | $27.62 / EA | $1,381.00 |
| 4 | 800 | 03105 - CAPSULE, 39MM DIRECT FIT SET (H39) Packing List: 504245 | | $0.50 / EA | $400.00 |
| 5 | 50 | STRIKE FEE - .999 FINE SILVER STRIKE FEE Packing List: 504249 | | $7.00 / EA | $350.00 |
| 6 | 1 | DIE - SERVICE CHARGE FOR PREPARATION OF OBVERSE DIE Packing List: 504245 | | $700.00 / EA | $700.00 |
| 7 | 1 | DIE - SERVICE CHARGE FOR PREPARATION OF REVERSE DIE Packing List: 504245 | | $600.00 / EA | $600.00 |
| 8 | 800 | 04131 - SHIPPING, POLY BAG, LOW DENSITY POLY SEAL TOP BAGS, 2.5 X 3 MGFR # F40253 Packing List: 504245 | | $0.00 / EA | $0.00 |

| | |
|---|---|
| Sub-total: | $7,143.50 |
| Sales Tax: | $0.00 |
| Shipped Via Federal Express: | $65.00 |
| Invoice Total: | $7,208.50 |
| Paid To Date: | $0.00 |

2014 Coin

# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## Invoice

**Sold To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

**Ship To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

| Invoice Number: | 417002 | Salesman: | SUSAN SKAGGS |
|---|---|---|---|
| Invoice Date: | 12/12/12 | Terms: | Must prepay all orders |
| Customer: | NEVADA RAIL | Packing List: | 417002 |
| Order No: | 390301 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 100 | SS10191202 - 39MM CUPPER NICKEL PROOF LIKE MEDAL IN CLEAR CAPSULES PACKAGED IN INDIVIDUAL POLY BAGS | | $5.50 / EA | $550.00 |
| 2 | 200 | SS11061201 - 39MM ANTIQUE COPPER PROOF MEDAL IN CAPSULE PACKAGED IN INDIVIDUAL POLY BAGS | | $5.00 / EA | $1,000.00 |
| 3 | 20 | SS11061202 - 39MM .999 FINE SILVER PROOF MEDALS IN CLEAR CAPSULES PACKAGED IN INDIVIDUAL POLY BAGS | | $37.60 / EA | $752.00 |
| 4 | 320 | 03105 - CAPSULE, 39MM SET | | $0.25 / EA | $80.00 |
| 5 | 20 | STRIKE FEE - ADD FOR FINE SILVER STRIKE FEE | | $7.00 / EA | $140.00 |
| 6 | 1 | DIE - SERVICE CHARGE FOR PREPARATION OF OBVERSE DIE | | $750.00 / EA | $750.00 |
| 7 | 1 | DIE - SERVICE CHARGE FOR PREPARATION OF REVERSE DIE | | $650.00 / EA | $650.00 |

| | |
|---|---|
| Sub-total: | $3,922.00 |
| Sales Tax: | $0.00 |
| Shipped Via Federal Express: | $60.00 |
| Invoice Total: | $3,982.00 |
| Paid To Date: | -$1,991.00 |
| Balance Due: | $1,991.00 |

Received By _____
Checked By 7/7 _____
Paid _____

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

2013 Coin

NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY

80 E. Airpark Vista Blvd.

Dayton, NV 89403

Phone: 775-246-6000

Fax: 775-246-6006

## Quotation

Quote To: Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

| | | | | |
|---|---|---|---|---|
| Quote Number: | 40865 | | Contact: | Mark S. Bassett |
| Quote Date: | 10/27/11 | Expires: 12/15/11 | Inquiry: | |
| Customer: | NEVADA RAIL | | Terms: | Must prepay all orders |
| Salesman: | SUSAN SKAGGS | | Phone: | 775-289-2085 ext 25 |
| Ship Via: | Federal Express | | FAX: | |
| FOB: | Auburn, WA | | | |

PLEASE REVIEW QUOTE. SIGN FOR APPROVAL AND FAX OR EMAIL BACK ASAP SO AS NOT TO DELAY SHIPPING. THANK YOU FOR YOUR ORDER!

NOTE: 100% ADVANCE PAYMENT REQUIRED

APPROVED BY _____

DATE _____

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 2 | SS10271104<br>LOCOMOTIVE #40 - 25TH ANNIVERSARY MEDAL - 39mm COPPER PROOF MEDAL IN CAPSULE PACKAGED IN INDIVIDUAL POLY BAGS | | 300 | $4.95 /EA |
| 5 | DIE<br>SERVICE CHARGE FOR PREPARATION OF OBVERSE COINING DIE | | 1 | $750.00 /EA |
| 6 | DIE<br>SERVICE CHARGE FOR PREPARATION OF REVERSE COINING DIE | | 1 | $650.00 /EA |
| 7 | 03105<br>CAPSULE, 39MM SET | | 300 | $0.50 /EA |
| 9 | SHIPPING<br>SHIPPING AND HANDLING CHARGE | | 1 | $60.00 /EA |

2012 Coin

# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## Invoice

**Sold To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

**Ship To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 245425 | Salesman: | SUSAN SKAGGS |
| Invoice Date: | 11/22/10 | Terms: | Payable On Receipt |
| Customer: | NEVADA RAIL | Packing List: | 245425 |
| Order No: | 234678 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 50 | SS11121001 - LOCOMOTIVE #81 - 39mm .999 FINE SILVER PROOF MEDAL IN CAPSULE AND POLY BAGS | | $30.50 / EA | $1,525.00 |
| 2 | 300 | SS11121002 - LOCOMOTIVE #81 - 39mm COPPER PROOF MEDAL IN CAPSULES IN POLY BAGS | | $4.95 / EA | $1,485.00 |
| 3 | 200 | SS11121003 - LOCOMOTIVE #81 - 39mm CUPPER NICKEL PROOF LIKE MEDAL IN CAPSULE AND POLY BAG | | $4.95 / EA | $990.00 |
| 4 | 550 | 03105 - CAPSULE, 39MM SET | | $0.50 / EA | $275.00 |
| 5 | 50 | STRIKE FEE - .999 FINE SILVER STRIKE FEE | | $7.00 / EA | $350.00 |
| 6 | 1 | DIE - SERVICE CHARGE FOR PREPARATION OF OBVERSE COINING DIE | | $750.00 / EA | $750.00 |
| 7 | 1 | DIE - SERVICE CHARGE FOR PREPARATION OF OBVERSE COINING DIE | | $650.00 / EA | $650.00 |
| 8 | 1 | RUSH FEE - RUSH FEE | | $100.00 / EA | $100.00 |

Sub-total: $6,125.00
Sales Tax: $0.00
**Shipped Via Federal Express 2 DAY:** $65.00
*Invoice Total:* *$6,190.00*
*Paid To Date:* *$0.00*
Balance Due: **$6,190.00**

Received By: MSB
Checked By: TIS MSB
Paid: MSB MSB

2011 Coin

Case 16-11767-CMA    Doc 1518-1    Filed 03/08/18    Ent. 03/08/18 13:48:35    Pg. 7 of 8
Page 1 of 1

# NORTHWEST TERRITORIAL MINT LLC

PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## Invoice

**Sold To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

**Ship To:** Mark S. Bassett
Nevada Northern Railway Museum
1100 Avenue A
Ely, NV 89315
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 185122 | Salesman: | Bruce Proctor |
| Invoice Date: | 12/18/09 | Terms: | Payable On Receipt |
| Customer: | NEVADA RAIL | Packing List: | 185122 |
| Order No: | 173422 | | |

REC PAY 11/30/09 PC#115166 $1400.00 K

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | J 4 63 - J 4 63  3D die art # A011190 obverse 39mm not shipped, archived at NWT Mint | | $750.00 / EA | $750.00 |
| 2 | 1 | J 4 64 - J 4 64  2D die art # A011191 reverse 39mm not shipped, archived at NWT Mint | | $650.00 / EA | $650.00 |
| 3 | 100 | BP11252009 - 39mm, .999 fine silver, proof. | | $18.90 / EA | $1,890.00 |
| 4 | 400 | BP11252009-A - 39mm, copper, proof | | $5.50 / EA | $2,200.00 |
| 5 | 100 | STRIKE FEE FOR SILVER - Strike fee for silver @ $7.00 per coin. Proof | | $7.00 / EA | $700.00 |
| 6 | 500 | 03105 - CAPSULE, 39MM SET | | $0.50 / EA | $250.00 |

Sub-total: $6,440.00
Sales Tax: $0.00
Shipped Via Federal Express: $61.01

Invoice Total: $6,501.01
Paid To Date: -$1,400.00

Balance Due: $5,101.01

Received
Checked  7/5 MOB
Paid  pd ck # 15755
MSB MOB

2010 Coin