Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>NOTICE OF SUPPLEMENTAL BUDGET |

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor") submits this notice of supplemental budget (the "Supplemental Budget") pursuant to the Order Granting in Part and Denying in Part Motion for Relief from Stay (the "Order") (Dkt. 1450). Attached hereto as Exhibit A is a copy of the Supplemental Budget. The Trustee has provided the Supplemental Budget to Robert and Connie Hoff who have indicated their lack of objection to the Supplemental Budget and consented to the filing of this notice. The Agreed Budget does not include payment of any of the costs relating to the Court's September 1, 2017 Cure Order (Dkt. 1185), as those amounts will be determined and paid after further agreements or proceedings.

NOTICE OF SUPPLEMENTAL BUDGET- 1
501102914 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1519    Filed 03/08/18    Ent. 03/08/18 16:07:14    Pg. 1 of 6

As provided in the Order, the continued hearing of the Hoff's Stay Motion for the purposed of considering the budget will be taken off the March 9, 2018 court calendar.

DATED this 8th day of March, 2018.

                                                      K&L GATES LLP

                                                     By */s/ Michael J. Gearin*
                                                         Michael J. Gearin, WSBA #20982
                                                        David C. Neu, WSBA #33143
                                                        Brian T. Peterson, WSBA #42088
                                                   Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE OF SUPPLEMENTAL BUDGET- 2
501102914 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on March 8, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 8th day of March, 2018 at Seattle, Washington.

          */s/ Denise A. Lentz*
          Denise A. Lentz

NOTICE OF SUPPLEMENTAL BUDGET- 3

501102914 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

NWTM Case # 16-11767CMA
Weekly Cash Flow from
3/18/18 to 6/30/18

| | Projected Wk Ending 3/18/2018 | Projected Wk Ending 3/25/2018 | Projected Wk Ending 4/1/2018 | Projected Wk Ending 4/8/2018 | Projected Wk Ending 4/15/2018 | Projected Wk Ending 4/22/2018 | Projected Wk Ending 4/29/2018 | Projected Wk Ending 5/6/2018 | Projected Wk Ending 5/13/2018 | Projected Wk Ending 5/20/2018 | Projected Wk Ending 5/27/2018 | Projected Wk Ending 6/3/2018 | Projected Wk Ending 6/10/2018 | Projected Wk Ending 6/17/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Cash Balance** | **$15,968** | **$42,368** | **$1,641,558** | **$2,263,073** | **$2,159,543** | **$2,102,794** | **$2,487,329** | **$2,515,012** | **$2,431,767** | **$2,457,047** | **$2,474,585** | **$2,493,492** | **$2,445,394** | **$2,432,344** |
| **Cash Receipts** | | | | | | | | | | | | | | |
| Unfactored Collections | $0 | $101 | $818 | $971 | $7,613 | $11,262 | $1,391 | $14,806 | $29,584 | $34,255 | $21,050 | $15,946 | $0 | $0 |
| Prestige Factored A/R | $0 | $984 | $0 | $3,574 | $7,997 | $1,492 | $31,042 | $3,599 | $897 | $26,302 | $2,607 | $7,031 | $0 | $0 |
| Prestige Reserve | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Precious Metals | $87,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Equipment Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Industrial Assets Deposit / DIP / Sale proceeds | $0 | $1,755,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies to MetalCraft | $0 | $0 | $700,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies for Greenbrook | $0 | $0 | $0 | $0 | $16,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Older Dies NY Numismatic Assoc | $0 | $0 | $0 | $0 | $0 | $420,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Boy Scouts Inventory | $0 | $0 | $0 | $0 | $30,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Scrap | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Store Inventory | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Clawback Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| World Pay Return/Chargeback | ($3,000) | ($3,000) | ($6,000) | ($3,000) | ($3,000) | ($3,000) | ($3,000) | ($3,000) | ($3,000) | ($3,000) | ($3,000) | ($3,000) | $0 | $0 |
| **Total Cash Receipts** | **$84,000** | **$1,753,085** | **$694,818** | **$1,545** | **$58,610** | **$429,754** | **$29,433** | **$15,404** | **$27,480** | **$57,558** | **$20,657** | **$19,977** | **$0** | **$0** |
| **Cash Outflow** | | | | | | | | | | | | | | |
| Payroll | $4,350 | $25,000 | $0 | $20,000 | $0 | $15,000 | $0 | $15,000 | $0 | $15,000 | $0 | $15,000 | $0 | $15,000 |
| Payroll Liability from last wk of 2017 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Benefits | $11,280 | $0 | $11,298 | $0 | $0 | $11,750 | $0 | $0 | $0 | $11,750 | $0 | $0 | $0 | $0 |
| Workman's Comp | $0 | $1,100 | $0 | $0 | $1,200 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,200 |
| NWTM General Liability Insurance & Other | $2,994 | $0 | $450 | $2,879 | $0 | $0 | $0 | $2,879 | $450 | $0 | $0 | $2,879 | $0 | $0 |
| Contract Labor/Cleaning Building | $1,000 | $500 | $500 | $500 | $500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Customer Deposits on file to return | $0 | $0 | $0 | $0 | $111,209 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Royalties | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Corp Expenses; Travel | $1,782 | $4,375 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 |
| Corp Taxes - Real & Personal Property | $0 | $0 | $8,084 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Corp expenses - State Taxes | $0 | $500 | $15,000 | $0 | $500 | $0 | $0 | $0 | $0 | $500 | $0 | $0 | $0 | $0 |
| Prestige Factored A/R | $3,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| US Trustee Fees | $0 | $0 | $0 | $15,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Facility Rent/Lease **NV** | $0 | $46,446 | $0 | $46,446 | $0 | $0 | $0 | $46,446 | $0 | $0 | $0 | $46,446 | $0 | $0 |
| Equipment Lease | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $2,000 | $0 | $0 |
| Utilities | $15,010 | $3,000 | $15,520 | $1,000 | $0 | $15,520 | $0 | $0 | $0 | $11,020 | $0 | $0 | $0 | $11,020 |
| COGS | $1,250 | $27,397 | $250 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equip Repair/Maint | $4,096 | $0 | $4,251 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Consumables | $1,750 | $200 | $200 | $200 | $200 | $200 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| IT / Web / Hosting / Server | $2,788 | $36,877 | $10,000 | $10,000 | $0 | $0 | $0 | $10,000 | $0 | $0 | $0 | $0 | $10,000 | $0 |
| UPS/FedEx **NV** | $8,000 | $0 | $5,000 | $5,000 | $0 | $1,000 | $0 | $18,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| Plant Maint/EPA compliance | $0 | $7,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities **VA** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Facility Rent/Lease **WI** | $300 | $0 | $1,000 | $300 | $0 | $0 | $0 | $1,300 | $0 | $0 | $0 | $0 | $1,300 | $0 |
| UPS/FedEx **WI** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,275 | $0 | $0 | $0 | $0 | $0 | $0 |
| Complete Close down | $0 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| **Total Cash Outflow** | **$57,601** | **$153,895** | **$73,303** | **$105,075** | **$115,359** | **$45,220** | **$1,750** | **$98,650** | **$2,200** | **$40,020** | **$1,750** | **$68,075** | **$13,050** | **$28,970** |
| **Increase (Decrease) in Cash** | **$26,399** | **$1,599,190** | **$621,515** | **($103,530)** | **($56,749)** | **$384,535** | **$27,683** | **($83,245)** | **$25,280** | **$17,538** | **$18,907** | **($48,098)** | **($13,050)** | **($28,970)** |
| **Ending Cash Balance** | **$42,368** | **$1,641,558** | **$2,263,073** | **$2,159,543** | **$2,102,794** | **$2,487,329** | **$2,515,012** | **$2,431,767** | **$2,457,047** | **$2,474,585** | **$2,493,492** | **$2,445,394** | **$2,432,344** | **$2,403,374** |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

NWTM Case # 16-11767CMA
Weekly Cash Flow from
3/18/18 to 6/30/18

|  | Projected Wk Ending 6/24/2018 | Projected Wk Ending 6/30/2018 | Total | % |
|---|---:|---:|---:|---:|
| **Opening Cash Balance** | $2,403,374 | $2,391,624 | $15,968 | |
| **Cash Receipts** | | | | |
| Unfactored Collections | $0 | $0 | $137,796 | 3.52% |
| Prestige Factored A/R | $0 | $0 | $85,526 | 2.19% |
| Prestige Reserve | $0 | $0 | $0 | 0.00% |
| Sale of Precious Metals | $0 | $0 | $87,000 | 2.22% |
| Sale of Equipment Assets | $0 | $0 | $0 | 0.00% |
| Industrial Assets Deposit / DIP / Sale proceeds | $0 | $0 | $1,755,000 | 44.86% |
| Sale of Dies to MetalCraft | $0 | $220,000 | $920,000 | 23.52% |
| Sale of Dies for Greenbrook | $0 | $0 | $16,000 | 0.41% |
| Sale of Older Dies NY Numismatic Assoc | $0 | $0 | $420,000 | 10.74% |
| Sale of Boy Scouts Inventory | $0 | $0 | $30,000 | 0.77% |
| Sale of Scrap | $0 | $0 | $0 | 0.00% |
| Store Inventory | $0 | $500,000 | $500,000 | 12.78% |
| Clawback Claims | $0 | $1 | $1 | 0.00% |
| Payroll Fees | $0 | $0 | $0 | 0.00% |
| World Pay Return/Chargeback | $0 | $0 | ($39,000) | -1.00% |
| **Total Cash Receipts** | **$0** | **$720,001** | **$3,912,322** | **100.00%** |
| **Cash Outflow** | | | | |
| Payroll | $0 | $15,000 | $139,350 | 3.56% |
| Payroll Liability from last wk of 2017 | $0 | $0 | $0 | 0.00% |
| Benefits | $0 | $0 | $46,078 | 1.18% |
| Workman's Comp | $0 | $0 | $3,500 | 0.09% |
| NWTM General Liability Insurance & Other | $0 | $0 | $12,530 | 0.32% |
| Contract Labor/Cleaning Building | $0 | $12,000 | $15,000 | 0.38% |
| Customer Deposits on file to return | $0 | $0 | $111,209 | 2.84% |
| Royalties | $0 | $0 | $0 | 0.00% |
| Corp Expenses; Travel | $750 | $750 | $16,657 | 0.43% |
| Corp Taxes - Real & Personal Property | $0 | $8,084 | $16,168 | 0.41% |
| Corp expenses - State Taxes | $10,000 | $0 | $26,500 | 0.68% |
| Prestige Factored A/R | $0 | $0 | $3,000 | 0.08% |
| US Trustee Fees | $0 | $35,000 | $50,000 | 1.28% |
| Facility Rent/Lease **NV** | $0 | $0 | $185,784 | 4.75% |
| Equipment Lease | $0 | $0 | $6,000 | 0.15% |
| Utilities | $0 | $0 | $72,090 | 1.84% |
| COGS | $0 | $0 | $28,897 | 0.74% |
| Equip Repair/Maint | $0 | $0 | $8,347 | 0.21% |
| Consumables | $0 | $0 | $2,750 | 0.07% |
| IT / Web / Hosting / Server | $0 | $0 | $79,665 | 2.04% |
| UPS/FedEx **NV** | $0 | $0 | $37,000 | 0.95% |
| Plant Maint/EPA compliance | $0 | $0 | $7,500 | 0.19% |
| Utilities **VA** | $0 | $0 | $0 | 0.00% |
| Facility Rent/Lease **WI** | $0 | $0 | $4,200 | 0.11% |
| UPS/FedEx **WI** | $0 | $0 | $1,275 | 0.03% |
| Complete Close down | $1,000 | $1,000 | $15,000 | 0.38% |
| **Total Cash Outflow** | **$11,750** | **$71,834** | **$888,500** | **22.71%** |
| Increase (Decrease) in Cash | ($11,750) | $648,167 | $3,023,823 | |
| **Ending Cash Balance** | **$2,391,624** | **$3,039,791** | **$3,039,791** | |
| | $0 | $0 | $0 | |