**Below is the Order of the Court.**

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Northwest Territorial Mint LLC,

Debtors.

No. 16-11767-CMA

ORDER ON PRO HAC VICE APPLICATION

This matter came before the court on the Application for Leave to Appear Pro Hac Vice _____, (the "Application") submitted by Richard Levy, Jr. _____, [applicant's name] seeking permission to appear and participate as counsel for United States Golf Association _____, [party or parties represented] in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

/// END OF ORDER ///

Presented by: /s/ Jack Cullen
7330
United States Golf Association