**Below is the Order of the Court.**

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Chapter 11 |
|---|---|
| Northwest Territorial Mint LLC, | Case No. 16-11767 |
| | ORDER DENYING TRUSTEE'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES TO MEDALCRAFT MINT, INC. |
| Debtor. | |

This matter came before the Court on the Trustee's Motion for Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc. (the "Motion") (ECF No. 1457). Hearings on the Motion were held on March 9, 2018, and March 16, 2018. At the March 16, 2018 hearing, the Court made oral findings of fact and conclusions of law that are incorporated by reference herein.

Order Denying Trustee's Motion for Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc. - 1

Case 16-11767-CMA    Doc 1539    Filed 03/19/18    Ent. 03/19/18 13:50:27    Pg. 1 of 2

**Below is the Order of the Court.**

Now, therefore, it is hereby

    ORDERED that the Motion is DENIED without prejudice.

///END OF ORDER///

Order Denying Trustee's Motion for Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc. - 2