Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm. 7206
Hearing Date: Friday, April 20, 2018
Hearing Time: 9:30 a.m.
Response Date: April 13, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON AND DESTROY RECORDS |

Mark Calvert (the "Trustee"), Chapter 11 Trustee for the consolidated estates of Medallic Art Company, LLC and Northwest Territorial Mint, LLC ("NWTM" or the "Debtor"), submits this Motion, requesting authority to abandon and destroy business records of NWTM from before 2012. The Trustee seeks authority for the relief requested pursuant to 11 U.S.C. §363 and 11 U.S.C. §554. In support of the Motion, the Trustee respectfully states as follows:

**I.    FACTS**

On April 1, 2016, the Debtor commenced this case by filing a voluntary petition under chapter 11 of the United States Bankruptcy Code. On April 11, 2016, the Court appointed Mark Calvert as chapter 11 Trustee. *See* Dkt. No. 51. Upon his appointment, the Trustee took control over the business operations of the Debtor and initiated his investigation of the financial affairs of the bankruptcy estate. The Trustee has worked for more than 20 months to maintain and grow the business of the Northwest Territorial Mint. Unfortunately, the business has not been profitable since the Spring of 2017 and the Trustee has run out of cash to continue to operate the business. The

TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON
AND DESTROY RECORDS - 1
500982954 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1541    Filed 03/22/18    Ent. 03/22/18 14:55:02    Pg. 1 of 4

Trustee closed the business on December 29, 2017 after working for many months to sell the business as a going concern.

NWTM's primary manufacturing facility is located in Dayton, Nevada. There are many files and boxes of company records that date back as far as the 1990s. The Trustee has determined that these records have no value to NWTM or the bankruptcy estate. The Trustee is seeking to liquidate the remaining assets of the bankruptcy estate and will need to vacate the Dayton premises following the completion of his liquidation efforts. The company records must be disposed of before the Dayton premises are vacated. The Trustee therefore requests authority to abandon or destroy all company records that date back to before the year 2013. The Trustee is unaware of any litigation or other bankruptcy estate matters for which such records could become relevant. The Trustee will maintain more recent records, those from 2013 on.

## II. EVIDENCE RELIED UPON

This Motion relies on the arguments set forth herein, the Declaration of Mark Calvert filed in support of the Motion and the pleadings and records on file in this case, and the arguments of counsel, if any.

## III. ARGUMENT

The Court should allow the Trustee to abandon or destroy NWTM's older business records, as they are no longer of benefit to the bankruptcy estate.

11 U.S.C. § 554(a) permits the Trustee, after notice and a hearing, to "abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

The business records housed in the Debtor's Dayton facility have no value to the estate and are simply taking up office space. Thus, the standard pursuant to section 554 is easily met. The records are not used in the Debtor's business and are not relevant to any ongoing legal proceedings. The Trustee will keep any records beginning with records from 2013 and on.

TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON
AND DESTROY RECORDS - 2
500982954 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1541    Filed 03/22/18    Ent. 03/22/18 14:55:02    Pg. 2 of 4

## IV. CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that the Court authorize the abandonment and destruction of business records dated earlier than 2013.

DATED this 22nd day of March, 2018.

K&L GATES LLP

By */s/ David C. Neu*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON
AND DESTROY RECORDS - 3
500982954 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1541    Filed 03/22/18    Ent. 03/22/18 14:55:02    Pg. 3 of 4

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on March 22, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on March 22, 2018, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA  98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 22nd day of March, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON
AND DESTROY RECORDS - 4
500982954 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1541    Filed 03/22/18    Ent. 03/22/18 14:55:02    Pg. 4 of 4