Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, May 4, 2018
Hearing Time:  9:30 a.m.
Response Date:  April 27, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No.  16-11767-CMA

NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER CONVERTING CASE FROM A CHAPTER 11 TO A CHAPTER 7 CASE

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST;
AND TO: ALL CREDITORS AND PARTIES-IN-INTEREST LISTED ON OFFICIAL MAILING MATRIX

PLEASE TAKE NOTICE that a hearing has been scheduled on **May 4, 2018, at 9:30 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101 on the Trustee's Motion for Order Converting Case from a Chapter 11 to a Chapter 7 Case (the "Motion").

Upon his appointment, the Trustee took control over the business operations of the Debtor and initiated his investigation of the financial affairs of the bankruptcy estate.  The Trustee has worked for more than 20 months to maintain and grow the business of the Northwest Territorial Mint.  Unfortunately, the business has not been profitable since the Spring of 2017 and the Trustee has run out of cash to continue to operate the business. The Trustee closed the business on December 29, 2017 after working for many months to sell the business as a going concern.  The Debtor's business has terminated and there is no possibility of reorganization.  Thus, it is in the best interests of the creditors to convert this case.

By the Motion, the Trustee requests that the Court convert this case to a case under chapter 7 of the Bankruptcy Code, and establish a deadline of 90 days from entry of the conversion order for creditors to file pre-conversion administrative expense claims.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA

NOTICE OF HEARING ON MOTION FOR ORDER CONVERTING CASE FROM A CHAPTER 11 TO A CHAPTER 7 CASE - 1
500999684 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1548    Filed 03/23/18    Ent. 03/23/18 14:13:17    Pg. 1 of 2

98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Email: denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Motion, you must file your objection NO LATER THAN **Friday, April 27, 2018.** Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

> Michael J. Gearin
> David C. Neu
> K&L Gates, LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, Washington 90104

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Motion may be deemed by the Court an admission that any opposition to the Motion is without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(e), failure to appear at the hearing on the Motion may be deemed by the Court to be an admission that any opposition to the Motion is without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Motion is timely filed and served, the Court may either (a) grant the Motion by default at the hearing, or (2) grant the Motion prior to the hearing on the Trustee's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Motion was timely received.

DATED this 23rd day of March, 2018.

              K&L GATES LLP

              By */s/ David C. Neu*
                Michael J. Gearin, WSBA #20982
                David C. Neu, WSBA #33143
                Brian T. Peterson, WSBA #42088
              Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE OF HEARING ON MOTION FOR ORDER CONVERTING CASE FROM A CHAPTER 11 TO A CHAPTER 7 CASE - 2

500999684 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1548    Filed 03/23/18    Ent. 03/23/18 14:13:17    Pg. 2 of 2