Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, May 4, 2018
Hearing Time: 9:30 a.m.
Response Date: April 27, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

NOTICE OF HEARING ON TRUSTEE'S RENEWED MOTION FOR ORDER APPROVING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST;

PLEASE TAKE NOTICE that a hearing has been scheduled on **May 4, 2018, at 9:30 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101 on the Trustee's Renewed Motion for Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc. (the "Motion").

The Trustee entered into an Asset Purchase Agreement dated January 26, 2018 with Medalcraft (the "Initial Medalcraft APA"), and on February 16, 2018, the Trustee filed his Motion for Order Approving Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Interests and Encumbrances to Medalcraft Mint, Inc. (the "Initial Medalcraft Sale Motion"). Following the filing of the Initial Medalcraft Sale Motion, the Trustee received an additional offer for the assets covered by the Initial Medalcraft APA from an individual named Rodger May. At a hearing on March 19, 2018, the Court denied approval of the Initial Medalcraft Sale Motion.

The Trustee, subject to court approval, has entered into a new Asset Purchase Agreement with Medalcraft for the sale of the Medallic tradename, website, customer lists, archives, tools, specific machinery,

NOTICE OF HEARING ON TRUSTEE'S RENEWED
MOTION FOR ORDER APPROVING SALE OF
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 1
501169727 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1558    Filed 03/30/18    Ent. 03/30/18 15:31:32    Pg. 1 of 2

certain company owned Medallic dies and other property (the "Medalcraft APA")[1]. The Medalcraft APA contemplates a sale of Medallic Art Company, LLC's tradename, website, customer lists, archives, tools, specific machinery, and coining dies owned by Medallic Art Company, LLC to the extent such dies were created in the last twenty years. Medalcraft will pay $1,000,000 for the assets which it proposes to purchase.

The Trustee has determined that the sale of these assets is in the best interest of the estate. By the Motion, the Trustee requests approval of the sale to Medalcraft Mint, Inc.

PLEASE TAKE FURTHER NOTICE that copies of the Motions and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Email: denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Motion, you must file your objection NO LATER THAN **Friday, April 27, 2018.** Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

> Michael J. Gearin
> David Neu
> K&L Gates, LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, Washington 90104

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Motion may be deemed by the Court an admission that any opposition to the Motion is without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(e), failure to appear at the hearing on the Motion may be deemed by the Court to be an admission that any opposition to the Motion is without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Motion is timely filed and served, the Court may either (a) grant the Motion by default at the hearing, or (2) grant the Motion prior to the hearing on the Trustee's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Motion was timely received.

DATED this 30th day of March, 2018.

K&L GATES LLP

By */s/ David C. Neu*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

---

[1] The assets which are the subject of the Medalcraft sale are more particularly described in the Medalcraft APA which has been filed with the court as Exhibit A to the Declaration of Mark Calvert in Support of Trustee's Renewed Motion for Order Approving Sale of Certain of the Debtor's Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances to Medalcraft Mint, Inc.

NOTICE OF HEARING ON TRUSTEE'S RENEWED MOTION FOR ORDER APPROVING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES - 2
501169727 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1558    Filed 03/30/18    Ent. 03/30/18 15:31:32    Pg. 2 of 2