Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION TO APPROVE (I) DEADLINE TO ASSERT CLAIMS WITH RESPECT TO OWNERSHIP OF NWTM COINING DIES; AND (II) SETTLEMENT PROTOCOL TO RESOLVE CLAIMS TO OWNERSHIP OF NWTM DIES

Mark Calvert (the "Trustee") declares as follows:

1. I am the Chapter 11 Trustee for the consolidated estates of Medallic Art Company, LLC ("MACLLC") and Northwest Territorial Mint, LLC ("NWTM").

2. NWTM operated a custom minting service whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM first had to create a custom coining die (a "NWTM Die") used to press the coin or medallion. These NWTM Dies were stored by NWTM when not being actively used for production. NWTM currently possesses thousands of NWTM Dies. Of the NWTM Dies, we have identified 12,037 that were created for custom jobs (the "NWTM Custom Dies") for 4,594 customers ("Custom Job Customers"). Because NWTM's records only go back ten years, it is likely there are

DECLARATION OF MARK CALVERT RE: MOTION TO
APPROVE SETTLEMENT PROTOCOL REGARDING
NWTM DIES - 1
501159093 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1561    Filed 03/30/18    Ent. 03/30/18 15:46:36    Pg. 1 of 6

some Custom Dies which have not been identified. The remaining NWTM Dies were used for production of stock items which NWTM marketed.

3. I have determined that, with certain exceptions, MACLLC owned all Medallic Coining Dies. Unlike dies produced by MACLLC or its predecessors, my ability to prove that NWTM Dies are property of the estate is complicated by inconsistent statements made by NWTM sales agents to customers. Based on records which I have reviewed, in many instances the paperwork provided to NWTM customers made it clear that all dies remained the property of NWTM. In other instances, the policy was not expressed on the paperwork, and customers have indicated that they assumed the "die charge" they paid was a purchase price rather than a charge for the expense NWTM incurred in creating a die.

4. Because there are thousands of NWTM Custom Dies and thousands of customers who could assert an ownership interest therein, it would be costly and time consuming to determine the question of ownership with regards to each NWTM Custom Die. As a result, I propose to resolve all claims of ownership through a settlement protocol (the "Settlement Protocol") whereby the estate would cede its ownership interest in any particular NWTM Die in exchange for a settlement payment of $300. I believe that the figure of $300 is reasonable, and it is a figure I reached by allocating 15% of the projected operating expenses through the end of June, 2018, to the ongoing storage of NWTM Dies. I then added estimated costs of mailing, publishing, and posting notice to reach an approximate cost of $127,739 to run the protocol as opposed to immediately scrapping or otherwise disposing of the NWTM Dies. Assuming that five percent of Custom Customers took advantage of the Settlement Protocol, which I believe is a high number, the estimated cost to the estate, per die, after adding $20 in labor for locating and packing the die, and verifying the association with the claimant, is approximately $143, without adding value for settlement of ownership. The fewer dies that are redeemed, the higher the cost per die to the estate will be. If as few as one percent took advantage, the cost per die would be $634.

DECLARATION OF MARK CALVERT RE: MOTION TO
APPROVE SETTLEMENT PROTOCOL REGARDING
NWTM DIES - 2
501159093 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1561    Filed 03/30/18    Ent. 03/30/18 15:46:36    Pg. 2 of 6

5. I propose to send notice of the Settlement Protocol (the "Settlement Notice") to all Custom Customers which we have identified (i.e., those reflected in the records related to the last ten years). The form of the Settlement Notice is attached as <u>Exhibit A</u>. I also proposed to post the Settlement Notice on NWTM's websites, and will publish the Settlement Notice in a prominent trade publication once a week for four weeks.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 30th day of March, at Seattle, Washington.

*/s/ Mark Calvert*
Mark Calvert

DECLARATION OF MARK CALVERT RE: MOTION TO APPROVE SETTLEMENT PROTOCOL REGARDING NWTM DIES - 3
501159093 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on March 30, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on March 30, 2018, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 30th day of March, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF MARK CALVERT RE: MOTION TO APPROVE SETTLEMENT PROTOCOL REGARDING NWTM DIES - 4
501159093 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

## NOTICE OF SETTLEMENT PROTOCOL REGARDING OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM first had to create a custom coining die (an "NWTM Die") used to press the coin or medallion.

PLEASE TAKE FURTHER NOTICE that the Trustee submits that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of an NWTM Die. It is the intent of the Trustee to attempt to sell the NWTM Dies, subject to court approval, to a mint capable of storing the NWTM Dies and producing goods at the request of the customer.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has approved a Settlement Protocol to resolve disputes between the Trustee and customers asserting an interest in a NWTM Die. Under the terms of the Settlement Protocol, the Trustee will release any interest held by NWTM's bankruptcy estate in a NWTM Die in exchange for a payment of $300 per die (the "Settlement Payment"). Settling customers will be responsible for paying the cost of shipping the die to their location, plus any costs of shipping associated plasters or galvanos. Settling customers will need to prove their association with the specific dies in question with a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association.

PLEASE TAKE FURTHER NOTICE that if you assert ownership of an NWTM Die, you must, by JUNE ___, 2018 (the "Settlement Deadline") fill out a request for die form at www.dierequest.nwtmint.com. All Settlement Payments must be paid by credit card, which a customer service representative of the estate will collect upon shipment. Upon shipment, the estate will transfer ownership of the die(s) to the purchasing agent.

It is important to note that dies manufactured by the Medallic Art Company ("MACO") are not part of this settlement protocol. The MACO division of NWTM generally created medallions in excess of 2" in diameter.

PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT SETTLE YOUR INTEREST IN A NWTM DIE BY THE SETTLEMENT DEADLINE YOU WILL FORFEIT ANY CLAIMED INTEREST IN SUCH DIE AND THE DIE WILL BE DEEMED PROPERTY OF NWTM'S BANKRUPTCY ESTATE.