The Honorable Christopher M. Alston
Chapter 11
Hearing Date: Friday, April 20, 2018
Hearing Time: 9:30 a.m.
Hearing Location: Seattle – Room 7206
Response Date: April 13, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

NORTHWEST TERRITORIAL MINT, LLC,

        Debtor.

No. 16-11767-CMA

ROSS HANSEN'S RESPONSE TO TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON AND DESTROY RECORDS

Ross Hansen makes the following limited objection to the Trustee's Motion For Authority To Abandon And Destroy Records (ECF 1541).

The Court should not grant the Trustee's request to destroy records created prior to 2013.

First, if the Trustee desires to relieve himself of the responsibility for maintaining the records of either Northwest Territorial Mint or Medallic Art, he should simply abandon them under Section 554 of the Bankruptcy Code. Mr. Hansen, the sole member of Northwest Territorial Mint, will be happy to take possession of all records that the Trustee otherwise wishes to destroy.

Second, not all records in the Trustee's possession are business records of Northwest Territorial Mint or Medallic Art. The Trustee is in possession of personal records of Mr.

ROSS HANSEN'S RESPONSE TO MOTION - 1
4845-2927-6513v.3 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 16-11767-CMA    Doc 1576    Filed 04/06/18    Ent. 04/06/18 12:59:55    Pg. 1 of 3

Hansen and records related to other businesses owned by Mr. Hansen. The Trustee should turn over to Mr. Hansen any records (whether or not they are from before or after 2009) that are not business records of Northwest Territorial Mint or Medallic Art Company. To be clear, Mr. Hansen has been negotiating through counsel in an effort to obtain those records, and assumes that the Trustee will make his personal records and the records of his other businesses available to him.

Third, the Trustee has repeatedly alleged that assets were missing from Northwest Territorial Mint when he assumed control of the business in 2016. A number of former customers have complained about the Trustee's refusal to provide information regarding stored metal. As the Court is aware, many customers have written letters to the Court complaining various aspects of this case. All records should be preserved so that all parties, including Mr. Hansen, will have access to records necessary to resolve claims and disputes. Again, Mr. Hansen is willing to take possession of any records the Trustee does not intend to retain.

Fourth, the Trustee has moved to convert this case to one under Chapter 7. Other than timing (which has been of the Trustee's choosing), there is no reason to dispose of any records prior to conversion of the case and appointment of a Chapter 7 trustee.

Mr. Hansen therefore requests that the Trustee's motion to destroy records be denied, and that to the extent the Trustee is authorized to dispose of any records, that they be turned over to Mr. Hansen.

DATED this 6th day of April, 2018.

Davis Wright Tremaine LLP
Attorneys for Ross Hansen


By */s/ Ragan L. Powers*
    Ragan L. Powers, WSBA #11935

ROSS HANSEN'S RESPONSE TO MOTION - 2
4845-2927-6513v.3 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 16-11767-CMA    Doc 1576    Filed 04/06/18    Ent. 04/06/18 12:59:55    Pg. 2 of 3

**PROOF OF SERVICE**

I certify that on April 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties receiving notice via this Court's CM/ECF system.

DATED this 6th day of April, 2018.

                                */s/ Ragan L. Powers*
                                Ragan L. Powers, WSBA #11935

ROSS HANSEN'S RESPONSE TO MOTION - 3
4845-2927-6513v.3 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Case 16-11767-CMA    Doc 1576    Filed 04/06/18    Ent. 04/06/18 12:59:55    Pg. 3 of 3