# OFFICE OF THE CLERK
# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

**MARK L. HATCHER**
*Clerk*

**SEATTLE OFFICE**
700 Stewart St, Rm 6301.
Seattle, WA 98101
(206) 370-5200

**TACOMA OFFICE**
Union Station
1717 Pacific Ave., #2100
Tacoma, WA 98402-3233
(253) 593-6310

April 9, 2018

Re: Return of Check

Case No:   16-11767

Dear:   Ms. Quick

Enclosed please find the NW Territorial Mint LLC check in the amount of $700.00.   The court does not accept checks for payment of filing fees from debtors. Please re-submit your payment in the form of a money order or cashier's check. Please write your case number on your form of payment.

Sincerely yours

/s/ Janet Fortmann
Deputy Clerk