# EXHIBIT A

1   Jack J. Cullen, WSBA #7330
    FOSTER PEPPER PLLC
2   1111 Third Avenue, Suite 3000
    Seattle, Washington 98101
3   Phone (206) 447-4400

4
    Richard Levy, Jr., NYS Atty. #1696756
5   (*pro hac vice* pending)
    PRYOR CASHMAN LLP
6   7 Times Square
    New York, New York 10036
7   Phone (212) 421-4100

8

9

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle Rm. 7206
Hearing Date: March 9, 2018
Hearing time: 9:30 a.m. (PT)
Response Date: March 8, 2018, 5:00 p.m.
(PT)

10              UNITED STATES BANKRUPTCY COURT
            WESTERN DISTRICT OF WASHINGTON
11                      AT SEATTLE

12  In re:                                    Case No. 16-11767-CMA

13                                            **DECLARATION OF JOSEPH NEGRI
    **NORTHWEST TERRITORIAL MINT,**           IN SUPPORT OF LIMITED
14  LLC,,**                                   OBJECTION OF UNITED STATES
                                              GOLF ASSOCIATION TO TRUSTEE'S
15                              Debtor.        MOTION FOR ORDER
                                              AUTHORIZING THE AUCTION AND
16                                            SALE OF THE DEBTOR'S
                                              EQUIPMENT, DIES, TOOLING AND
17                                            OTHER PROPERTY FREE AND
                                              CLEAR OF ALL LIENS, CLAIMS,
18                                            INTEREST AND ENCUMBRANCES**

19
            JOSEPH NEGRI declares as follows under the penalty of perjury under the laws of the
20
    United States of America:
21
            1.      I am Manager of Championship Administration of the United States Golf
22
    Association ("USGA"). I am authorized to make this declaration on behalf of USGA in support
23
    of its objection to the motion by Chapter 11 Trustee Mark Calvert ("Trustee") to sell, at auction,
24
    various property free and clear of liens, claims, interests and encumbrances (the "Sale Motion").
25
    Unless otherwise stated, I have knowledge of the facts and circumstances set forth below, and
26

DECLARATION OF JOSEPH NEGRI ISO OBJECTION OF          FOSTER PEPPER PLLC
UNITED STATES GOLF ASSOCIATION TO TRUSTEE'S          1111 THIRD AVENUE, SUITE 3000
RENEWED *EX PARTE* MOTION TO SELL - 1                 SEATTLE, WASHINGTON 98101
                                                     PHONE (206) 447-4400  FAX (206) 447-9700

52975231.1

1  would so testify if called as a witness. Unless otherwise stated, all exhibits to this declaration are
2  copies of documents maintained in the files and records of USGA, and which are maintained as
3  business records of USGA in the regular course of its business.

4      2.      USGA is a non-profit organization organized under the laws of Delaware.
5  Founded in 1894, USGA celebrates, serves and advances the game of golf. USGA conducts
6  many of golf's premier championships for both professional and amateur golfers, including the
7  U.S. Open, U.S. Women's Open, U.S. Senior Open and the U.S. Senior Women's Open
8  Championships, as well as 10 amateur championships, two state team championships and
9  international matches, which attract players and fans around the world. Together with The R&A
10  (based in St. Andrews, Scotland), USGA governs the game of golf worldwide, jointly
11  administering the Rules of Golf, Rules of Amateur Status, equipment standards and World
12  Amateur Golf Rankings. USGA, for those governance purposes, has a working jurisdiction in
13  the United States, its territories and Mexico.

14      3.      The USGA Handicap System is used in more than 40 countries, and its Course
15  Rating System covers 95 percent of the world's golf courses, enabling all golfers to play on an
16  equitable basis. The USGA campus in Liberty Corner, New Jersey, includes USGA's executive
17  offices, the USGA Research and Test Center, where science and innovation fuel a healthy and
18  sustainable game for the future, and the USGA Golf Museum.

19      4.      USGA's name and other terms used by USGA in connection with its business and
20  the championships it conducts are protected as registered U.S. service marks or as common law
21  trademarks. Copies of relevant USGA service mark registration certificates issued by the United
22  States Patent and Trademark Office are submitted as Exhibit 1.

23      5.      For decades, the front side of each USGA Championship Qualifying Medal has
24  shown the USGA logo, which I understand to have been used continuously by the USGA since
25  its formation in 1894, and which I understand to be a common law trademark not covered by a
26  federal registration:

DECLARATION OF JOSEPH NEGRI ISO OBJECTION OF
UNITED STATES GOLF ASSOCIATION TO TRUSTEE'S
RENEWED *EX PARTE* MOTION TO SELL - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

52975231.1

Case 16-11767-CMA   Doc 1513   Filed 03/08/18   Ent. 03/08/18 11:09:12   Pg. 2 of 5
Case 16-11767-CMA   Doc 1581-1   Filed 04/11/18   Ent. 04/11/18 15:45:04   Pg. 3 of 85



The reverse side identifies the championship by the USGA-trademarked event name, e.g., "U.S. Senior Open") and other information relating to the qualifying found.

6.      In 2014, I approached NWT on behalf of USGA to discuss its possible engagement to produce the hundreds of sterling silver Championship Qualifying Medals awarded at the approximately 650 Local and Sectional Qualifiers to qualify for USGA's then eleven (now twelve) U.S. annual national championships for professional and amateur golfers.[1] NWT agreed to make a total of sixteen USGA Dies to cover the 1,300 Championship Qualifying Medals required in the aggregate by USGA for its Sectional and Local Qualifiers in advance of the championships.[2] Pursuant to its purchase order issued in February 2015 (attached as Exhibit 2), USGA ordered a total of 16 "black dies" at $300 each, for a total cost to USGA of $4,800.00. (One die will show the USGA logo used on the face side of every USGA Championship Qualifying Medal. The other dies are used for the obverse side of medals, which vary by championship and honor.) USGA paid that amount to NWT, plus a NWT-invoiced charge of $48.36 for "shipping and handling" of the dies (see NWT invoice and USGA check attached as Exhibit 3). With authorization from USGA under separate purchase orders, NWT thereafter

---

[1] Those championships included: U.S. Open, U.S. Senior Open, U.S. Women's Open, U.S. Amateur, U.S. Women's Amateur, U.S. Junior Amateur, U.S. Girls' Junior Amateur, U.S. Women's Mid-Amateur, U.S. Mid-Amateur, U.S. Senior Amateur, and U.S. Senior Women's Amateur. In 2018, USGA will stage a new twelfth event, the U.S. Senior Women's Open Championship, for which medals will also be presented at each of the Qualifiers.

[2] These include medals that are awarded to the approximately 650 players at Qualifiers held around the world, and many of those medalists advance to the USGA Championships (low medalist and low amateur).

DECLARATION OF JOSEPH NEGRI ISO OBJECTION OF
UNITED STATES GOLF ASSOCIATION TO TRUSTEE'S
RENEWED *EX PARTE* MOTION TO SELL - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

52975231.1

1  struck the medals for 2015, using sterling silver and ribbons purchased by USGA under purchase

2  orders issued to NWT. NWT then invoiced, and USGA paid, the costs of production of the

3  Championship Qualifying Medals, and delivered the finished medals to USGA.[3]

4      7.    The USGA purchase orders do not contain any license or grant of other rights to

5  NWT with respect to any USGA logo, championship names or other protected words or marks.

6  At no time did NWT assert, or explain, to USGA that the dies used to strike the USGA

7  championship medals were the property of NWT and not USGA.

8      8.    The arrangement between USGA and NWT continued in 2016 and 2017 on the

9  same basis, with NWT striking the medals using the USGA Dies and silver and ribbon purchased

10  by USGA, all dealings having been authorized by USGA purchase orders.

11      9.    In October 2017, on behalf of USGA, I requested a quote by NWT for the

12  production of Championship Qualifying Medals for a new event to debut during 2018, the U.S.

13  Senior Women's Open. NWT quoted a price of $300 for the face and obverse dies for those

14  medals, which USGA paid in early January 2018 (see NWT confirmation letter and USGA check

15  attached as Exhibit 4).

16      10.    In November 2017, USGA also had requested a full run of Championship

17  Qualification Medals for its 2018 championship season. USGA supplemented its purchase

18  orders for those medals with additional terms explained in my email to NWT dated November

19  16, 2017, including a requirement that full delivery be received by January 5, 2018, and the

20  following statement:

21      *This Order is an offer by USGA to Supplier that will become a binding contract*

22      *when this Order is accepted by Supplier. Supplier confirms acceptance by*
    *acknowledgement or commencement of work. In no event shall any terms or*

23      *conditions contained in Supplier's acknowledgement, invoices or other*
    *documents become part of or apply to this Order unless signed by a USGA*

24      *representative. USGA's complete Order number must appear on all invoices,*
    *shipping notices, packing slips, containers, etc. Time and rate of delivery are of*

25      *the essence. Supplier must immediately notify USGA, in writing, of any actual or*

26  [3] After attaching ribbons purchased by USGA, NWT packed the finished medals in presentation boxes provided by USGA to NWT through USGA's third party vendor based in Asia.

DECLARATION OF JOSEPH NEGRI ISO OBJECTION OF
UNITED STATES GOLF ASSOCIATION TO TRUSTEE'S
RENEWED *EX PARTE* MOTION TO SELL - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

52975231.1

*potential delay in performance of this Order. If any goods are not received or if any element of the work is not completed by the date specified, USGA, at its option may either approve a revised date or may cancel this Order and may obtain such goods elsewhere, and Supplier shall be liable to USGA for any resulting loss incurred by USGA. To the extent Supplier has partially performed under this Order, and has obtained the materials necessary to complete this Order, but is otherwise unable to complete the Order, USGA shall be entitled to immediate delivery of such items and shall only be obligated for payment for that portion of the goods. Supplier shall have no proprietary interest in any intellectual property or work product developed in connection with its performance under this Order. Supplier agrees that any such intellectual property is a work made for hire, and that the USGA shall have all proprietary rights therein.*

(See my email (emphasis added) and USGA invoices attached as Exhibit 5.)

11. NWT was unable to fulfill USGA's delivery requirement, as a result of which, as stated in my email dated February 16, 2018 (attached as Exhibit 6), USGA canceled its order to NWT for all 2018 Championship Qualifying Medals,, contracted with a third party to provide the 2018 Championship Qualifying Medals, and requested a refund from NWT for silver previously purchased and paid for by USGA.

12. USGA only learned of the Trustee's proposed sale of NWT property, purporting to include coining dies – possibly including, but not specifically identifying, the USGA Dies – when it received a notice of the proposed sale within the last few days (attached as Exhibit 7).

I declare that the foregoing is true and correct.

Executed pursuant to 28 U.S.C. § 1746 at Liberty Corner, New Jersey, on March 8, 2018.

_Joseph Negri_

_____
JOSEPH NEGRI

DECLARATION OF JOSEPH NEGRI ISO OBJECTION OF
UNITED STATES GOLF ASSOCIATION TO TRUSTEE'S
RENEWED *EX PARTE* MOTION TO SELL - 5

52975231.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

# EXHIBIT B

**EXHIBIT 1**

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,252,498
Registered Sep. 27, 1983

### SERVICE MARK
Principal Register

## SENIOR AMATEUR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAINMENT SERVICES—NAMELY, THE CONDUCTING OF A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1955; in commerce 1955.

Sec. 2(f).

Ser. No. 363,000, filed May 5, 1982.

H. M. FISHER, Examining Attorney

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,478,014

Registered Aug. 14, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



UNITED STATES GOLF ASSOCIATION (DELA-WARE CORPORATION), AKA USGA
GOLF HOUSE, LIBERTY CORNER ROAD
P.O. BOX 708
FAR HILLS, NJ 07931

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, THE CONDUCTING OF GOLF TOURNAMENTS, ESTABLISHING RULES AND REGULATIONS IN CONNECTION WITH THE GAME OF GOLF AND INSTRUCTING THE PUBLIC THEREIN AND PROMOTING PUBLIC IN-TEREST IN THE GAME OF GOLF, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

SER. NO. 76-110,660, FILED 8-16-2000.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,140,104

## United States Patent and Trademark Office

Registered Sep. 30, 1980

## SERVICE MARK
### Principal Register

USGA

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAINMENT SERVICES—NAMELY, THE CONDUCTING OF GOLF TOURNAMENTS, ESTABLISHING RULES AND REGULATIONS IN CONNECTION WITH THE GAME OF GOLF AND INSTRUCTING THE PUBLIC THEREIN AND PROMOTING PUBLIC INTEREST IN THE GAME OF GOLF, in CLASS 41 (U.S. Cl. 107).

First use 1927; in commerce 1927.

Ser. No. 201,648, filed Jan. 29, 1979.

MARC BERGSMAN, Primary Examiner

Int. Cl.: 41

Prior U.S. Cl.: 107

# United States Patent and Trademark Office

Reg. No. 1,832,941
Registered Apr. 26, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## OPEN

UNITED STATES GOLF ASSOCIATION
(DELAWARE CORPORATION), AKA USGA
GOLF HOUSE
P.O. BOX 708
FAR HILLS, NJ 07931-0708

FOR: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES; NAMELY, CONDUCTING A
GOLF TOURNAMENT, IN CLASS 41 (U.S. CL.
107).

FIRST USE 1-0-1927; IN COMMERCE
1-0-1927.

OWNER OF U.S. REG. NOS. 1,151,942, 1,254,146
AND OTHERS.

SEC. 2(F).

SER. NO. 74-348,397, FILED 1-14-1993.

HOPE SLONIM, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,151,945
Registered Apr. 21, 1981

## SERVICE MARK
Principal Register

## U.S. WOMEN'S OPEN CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAINMENT SERVICES—NAMELY, CONDUCTING A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1952; in commerce 1952.

Ser. No. 201,651, filed Jan. 29, 1979.

MARC BERGSMAN, Primary Examiner

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,252,496
Registered Sep. 27, 1983

### SERVICE MARK
Principal Register

# U.S. JUNIOR AMATEUR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAINMENT SERVICES—NAMELY, THE CONDUCTING OF A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1948; in commerce 1948.

Sec. 2(f).

Ser. No. 362,998, filed May 5, 1982.

H. M. FISHER, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,253,230
Registered Oct. 4, 1983

SERVICE MARK
Principal Register

## U.S. GIRLS' JUNIOR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, THE CONDUCT-ING OF A GOLF TOURNAMENT FOR GIRLS UNDER THE AGE OF EIGHTEEN, in CLASS 41 (U.S. Cl. 107).

First use 1949; in commerce 1949.

Sec. 2(f).

Ser. No. 363,006; filed May 5, 1982.

BRUCE A. TASSAN, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,252,498
Registered Sep. 27, 1983

## SERVICE MARK
Principal Register

## SENIOR AMATEUR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, THE CONDUCT-ING OF A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1955; in commerce 1955.

Sec. 2(f).

Ser. No. 363,000, filed May 5, 1982.

H. M. FISHER, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,252,497
Registered Sep. 27, 1983

## SERVICE MARK
Principal Register

# SENIOR WOMEN'S AMATEUR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, THE CONDUCT-ING OF A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1962; in commerce 1962.

Sec. 2(f).

Ser. No. 362,999, filed May 5, 1982.

H. M. FISHER, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office    Reg. No. 1,795,343
                                             Registered Sep 28, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

## U.S. WOMEN'S MID-AMATEUR CHAMPIONSHIP

UNITED STATES GOLF ASSOCIATION
 (DELAWARE CORPORATION), AKA USGA
GOLF HOUSE
P.O. BOX 708
FAR HILLS, NJ 079310708

 FOR: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES, NAMELY, THE CONDUCT-
ING OF A GOLF TOURNAMENT, IN CLASS 41
(U.S. CL. 107).
 FIRST USE 10-10-1987; IN COMMERCE
10-10-1987.

OWNER OF U.S. REG. NOS. 1,254,144, 1,556,355
AND OTHERS.
 NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WOMEN'S" AND "CHAMPI-
ONSHIP", APART FROM THE MARK AS
SHOWN.
 SEC. 2(F).

 SER. NO. 74-328,423, FILED 11-5-1992.

BRIAN WEBER, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,251,883
Registered Sep. 20, 1983

## SERVICE MARK
### Principal Register

# U.S. WOMEN'S AMATEUR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES—NAMELY, THE CONDUCT-
ING OF A GOLF TOURNAMENT, in CLASS 41
(U.S. Cl. 107).

First use 1901; in commerce 1901.

Sec. 2(f).

Ser. No. 363,004, filed May 5, 1982.

H. M. FISHER, Examining Attorney.

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,252,495
Registered Sep. 27, 1983

## SERVICE MARK
### Principal Register

# UNITED STATES AMATEUR CHAMPIONSHIP

United States Golf Association (Delaware corporation)
Golf House
Far Hills, N.J. 07931

For: EDUCATIONAL AND ENTERTAIN-MENT SERVICES—NAMELY, THE CONDUCT-ING OF A GOLF TOURNAMENT, in CLASS 41 (U.S. Cl. 107).

First use 1901; in commerce 1901.

Sec. 2(f).

Ser. No. 362,997, filed May 5, 1982.

H. M. FISHER, Examining Attorney

Int. Cls.: 25 and 41

Prior U.S. Cls.: 22, 39, 100, 101 and 107

United States Patent and Trademark Office

Reg. No. 2,590,166
Registered July 9, 2002

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# U.S. SENIOR OPEN

UNITED STATES GOLF ASSOCIATION (DELA-
WARE CORPORATION), AKA USGA
GOLF HOUSE
P.O. BOX 708
FAR HILLS, NJ 07931

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, SWEATSHIRTS; SHIRTS,
CAPS, SWEATERS, VESTS, GOLF SHIRTS, WIND-
SHIRTS, JACKETS, HATS, VISORS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 6-0-1980; IN COMMERCE 6-0-1980.

FOR: EDUCATIONAL AND ENTERTAINMENT
SERVICES NAMELY THE CONDUCTING OF A
GOLF TOURNAMENT, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1980.

OWNER OF U.S. REG. NOS. 1,151,942, 2,448,635
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SENIOR", APART FROM THE
MARK AS SHOWN.

SEC. 2(F) AS TO "U.S." AND "OPEN" AS TO CLASS
41 ONLY.

SER. NO. 75-570,694, FILED 10-14-1998.

GIANCARLO CASTRO, EXAMINING ATTORNEY

**EXHIBIT 2**

Please email your invoices as PDF files to invoices@usga.org
or
Mail your invoice to
USGA
PO Box 708
Attn: Accounts Payable
Far Hills, NJ 07931

THIS NUMBER MUST APPEAR ON ALL INVOICES,
PACKING SLIPS AND CORRESPONDENCE

## Purchase Order No - PO6510

| Contact Name | Joseph Negri |
| Contact Phone | 9083261950 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact | Bruce Proctor |
| Vendor Phone | 2538281823 |
| Vendor E-Mail | brucep@nwtmint.com |

| Date | |
|---|---|
| 02/17/2015 | |

| Terms | |
|---|---|
| UPON RECEIPT | |

| Delivery Required | |
|---|---|
| 02/17/2015 | |

| Ship Via | |
|---|---|
| Other | |

**Vendor**
Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA

**Ship To:**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
|---|---|---|---|
| 16 | :: Back Dies | $300.00 | $4,800.00 |

| | | |
|---|---|---|
| | SubTotal | $4,800.00 |
| | Freight | $0.00 |
| | Miscellaneous | $0.00 |
| | Total | $4,800.00 |

| Authorized By | |
|---|---|
| Title | |

**EXHIBIT 3**



# NORTHWEST TERRITORIAL MINT LLC
## dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

**Sold To:**
USGA
PO Box 708
Far Hills NJ 07931
UNITED STATES

**Ship To:**
Joseph Negri
USGA
77 Liberty Corner Rd.
Far Hills NJ 07931
UNITED STATES

JUL 06 2015

| Invoice Number: | 699452 | Sales Person: | Bruce Proctor |
|---|---|---|---|
| Invoice Date: | 2/2/2015 | Terms: | Due on receipt of Inv. |
| Customer ID: | 106947 | Packing List: | 94656 |
| Order Number: | 71193 | PO Number: | 6510 |

EMAIL INVOICE TO: jnegri@usga.org & judy.elder@nwtmint.com

| | | | | |
|---|---|---|---|---|
| 1 | I 4.22 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 2 | I 4.23 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 3 | I 4.24 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 4 | I 4.25 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 5 | I 4.26 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 6 | I 4.27 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 7 | I 4.28 / REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | 1429 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 9 | 1430 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 10 | 1431 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 11 | 1432 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 12 | 1433 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 13 | 1434 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 14 | 1435 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 15 | 1436 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| 16 | 1437 | REVERSE DIE – CUSTOM SPLASH, 1.5 INCH PROOF-LIKE, STERLING SILVER MEDALLION WITH FLUTED EDGE AND LOOP AND BEAD | 1 | $300.00 | $300.00 |
| | | Shipping & Handling | 1 | $48.36 | $48.36 |

| | |
|---|---|
| **Invoice Total:** | **$4,848.36** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$4,848.36** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND. THE BACK HAS A WATERMARK AND MICROPRINTING LINE VOID IF NOT PRESENT.

**USGA**

**United States Golf Association**
Golf House  PO Box 708  Far Hills NJ 07931-0708
Phone (908) 234-2300   Fax (908) 470-1996

ING Bank, N.A. 040
New Jersey

55-760
311

445192

| CHECK DATE | CHECK NUMBER | AMOUNT |
|---|---|---|
| 7/22/2015 | 445192 | $*******4,848.36 |

VOID 6 MONTHS AFTER CHECK DATE

Four Thousand Eight Hundred Forty-Eight and 36/100 ======================= DOLLARS

Two Signatures Required for
Amounts of $10,000 or More.

Suzanne Colony

PAY

TO THE
ORDER
OF

Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA  98071

C996452

⑈445192⑈ ⑆031207607⑆ 80257214411⑈

ENDORSE HERE

X _____

PAY TO THE ORDER OF
HOMESTREET BANK
325084426
FOR DEPOSIT ONLY
NORTHWEST TERRITORIAL MINT LLC
5359328765

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features listed below, as well as those not listed, exceed industry guidelines

| Security Features | Description |
| --- | --- |
| Colored Background | • Face of check has a colored background. |
| Microprinting | • Small type in endorsement area on back appears as a solid line when photocopied. |
| ConRun Watermark | • Invisible watermark on backside of check will appear when rubbed with a coin or hold at an angle to view |
| Warning Band | • Warning band is top of check lists security feature |

* Padlock design is a certification mark of Check Payment Systems Association

* FEDERAL RESERVE BOARD OF GOVERNORS REG. C.C

**EXHIBIT 4**



# NORTHWEST TERRITORIAL MINT

### Auburn WA • Springfield VA • Green Bay WI • The Pentagon • Dayton NV

80 Airpark Vista Blvd, Dayton, NV 89403 • Toll Free: 800-843-9854
Fax: 775-246-6006 • Website: NWTMint.com

October 25, 2017

Quote # MC05840

USGA
77 Liberty Corner Rd.
Far Hills, NJ 07931

Dear Mr. Joe Negri:

Thank you for requesting this quote.

| | | |
|---|---|---|
| 1 | Coining die/Senior Women's Open low scorer | $450.00 |
| 1 | Coining die/Senior Women's Open low amateur | $450.00 |

Total     $900.00

Please let me know if you'd like to proceed with production. Thank you!

Sincerely,

*Marty Colwell*

Marty Colwell / Debi Davis
Director of Sales
775-461-7331
Marty@NWTMint.com

# NORTHWEST TERRITORIAL MINT

Medallions · Medals · Coins · Challenge Coins

## DOMESTIC

**PROJECT/ CLIENT:** USGA – U.S. Senior Women's Open – Low Scorer



JOB  A057774

SALES  Marty Colwell

ARTIST  Jason Fleet

DATE  31 Aug 2017

PROOF  V2

METAL  Sterling Silver

FINISH  Antique with Polished Highlights

SIZE  1.5" diameter

QTY TBD

**Splash die**



A039361
Existing OBV Die
DIE # I 3 67

A057774
New REV Die
DIE # TBD

APPROXIMATE SIZE



1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com

THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND. THE BACK HAS A WATERMARK AND MICROPRINTING. VOID IF NOT PRESENT

**USGA**

United States Golf Association
Golf House PO Box 708
® Far Hills NJ 07931-0708

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

1-8/186   79
3210

624

DATE 01/12/2018

PAY   Nine Hundred  Dollars and 00/100 Cents

$   ******900.00

TO
THE
ORDER
OF

Northwest Territorial Mint LLC
PO Box 2148
Auburn WA 98071
United States

Two Signatures Required for Amounts over $50,000

Suzanne Colon

⑈000000624⑈ ⑊321081869⑊8000601769⑊

ENDORSE HERE

X _____

$
**for deposit only**

🏛

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

The security features listed below, as well as those
not listed, exceed industry guidelines.

| Security Features | Description |
| --- | --- |
| Chemical Background | • Area of check is secured against chemical alteration |
| Microprinting | • Lines of characters which are clear but appear as a solid line when photocopied |
| Controlled Movement | • An ultraviolet image on both back and front will appear when exposed with an ultraviolet light source |
| Warning Band | • A statement of check features that |

*Failure to follow the Secure Check Payment Standards is not a bar

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

**EXHIBIT 5**

**Levy, Jr., Richard**

**Attachments:** PO16969.pdf; PO16968.pdf

From: Joseph Negri
Sent: Thursday, November 16, 2017 12:00 PM
To: 'Marty Colwell' <Marty@nwtmint.com>
Subject: Qualifying Medals - 2018

Marty,

Hope all is well. We would like to start production for the 2018 qualifying medals.

We have locked in the Sterling Silver Price for 1300 Troy Ounces as of 11/13/2017 (PO#16968) PAID

The remainder of the order will be paid after the USGA has received the appropriate medals.(PO#16969 )

We will be producing 1300 Qualifying medals for the 2018 Season. Similar to the 2017 please produce the medallion and attach a Red/White/Blue ribbon (7/8inch x32inch Ribbon - Silver Ring).
Please package and label item according to its type (Championship-Low Am/Low Scorer).

Each medal will be struck on both the front(Die Number 1367 - USGA Crest) and back (Championship die number below).

| Championship | | Back Die Number (Please Confirm) | Shipping Priority |
|---|---|---|---|
| Open - Local | | 19(38 | 1 |
| Senior Women's Open -Low Amateur | | In creation | 2 |
| Senior Women's Open - Low Scorer | | In creation | 2 |
| Senior Open - Low Amateur | | 1944 | 3 |
| Senior Open - Low Scorer | | 1943 | 3 |
| Women's Open - Low Amateur | | 1942 | 4 |
| Women's Open - Low Scorer | | 1941 | 4 |
| Amateur | | 1945 | 5 |
| Women's Amateur | | 1946 | 6 |
| Junior Amateur | | 1947 | 7 |
| Girls' Junior Amateur | | 1948 | 8 |
| Women's Mid-Amateur | | 1952 | 9 |
| Mid-Amateur | | 1951 | 10 |
| Senior Amateur | | 1949 | 11 |
| Senior Women's Amateur | | 1950 | 12 |
| Amateur Four-Ball | | 1953 | 13 |
| Women's Amateur Four-Ball | | 1954 | 14 |

Please complete medals in priority order and ship each championship once completed:

Joseph Negri

C/O USGA
10 Independence Blvd.
Warren NJ 07059

All medals must be received by January 5th 2018.

*This Order is an offer by USGA to Supplier that will become a binding contract when this Order is acc*
*Supplier. Supplier confirms acceptance by acknowledgement or commencement of work. In no even*
*conditions contained in Supplier's acknowledgement, invoices or other documents become part of or*
*unless signed by a USGA representative. USGA's complete Order number must appear on all invoice*
*packing slips, containers etc. Time and rate of delivery are of the essence. Supplier must immediate*
*writing, of any actual or potential delay in performance of this Order. If any goods are not received c*
*the work is not completed by the date specified, USGA, at its option may either approve a revised da*
*Order and may obtain such goods elsewhere, and Supplier shall be liable to USGA for any resulting lo*
*USGA. To the extent Supplier has partially performed under this Order, and has obtained the materi*
*complete this Order, but is otherwise unable to complete the Order, USGA shall be entitled to immed*
*items and shall only be obligated for payment for that portion of the goods. Supplier shall have no p*
*any intellectual property or work product developed in connection with its performance under this Or*
*that any such intellectual property is a work made for hire, and that the USGA shall have all propriet*

Feel free to reach out with any questions.

Best,
Joe

**Joseph Negri**
Manager, Championship Administration

**USGA**
United States Golf Association
77 Liberty Corner Road
Far Hills, NJ 07931
908.326.1918
www.usga.org
jnegri@usga.org

*This email may contain confidential or privileged information. If you are not the intended recipient, please delete it without disclosing it to anyone and notify us immediately.*

THIS NUMBER MUST APPEAR ON ALL INVOICES,
PACKING SLIPS AND CORRESPONDENCE

Please email your invoices as PDF files to invoices@usga.org
or
Mail your invoice to
USGA
PO Box 708.
Attn: Accounts Payable
Far Hills, NJ 07931

## Purchase Order No - PO16968

| Contact Name | Joseph Negri |
|---|---|
| Contact Phone | 9083261918 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact | Marty Colwell |
|---|---|
| Vendor Phone | 7754617331 |
| Vendor E-Mail | Marty@Nwtmint.com |

| Date | Terms |
|---|---|
| 11/16/2017 | UPON RECEIPT |

| Delivery Required | Ship Via |
|---|---|
| 11/15/2017 | Courier |

**Vendor**
Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA 98071

**Ship To:**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
|---|---|---|---|
| 1,300 | ::Sterling Silver - 2018 USGA Qualifying Medal | $17.55 | $22,815.00 |

| | |
|---|---|
| SubTotal | $22,815.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Total | $22,815.00 |

| Authorized By | Title |
|---|---|
| | |

THIS NUMBER MUST APPEAR ON ALL INVOICES,
PACKING SLIPS AND CORRESPONDENCE

Please email your invoices as PDF files to invoices@usga.org
or
Mail your invoice to
USGA
PO Box 708
Attn: Accounts Payable
Far Hills, NJ 07931

## Purchase Order No – PO16969

| Contact Name | Joseph Negri |
|---|---|
| Contact Phone | 9083261918 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact: | Marty Colwell |
|---|---|
| Vendor Phone | 7754617331 |
| Vendor E-Mail | Marty@Nwtmint.com |

| Date | Terms |
|---|---|
| 11/16/2017 | UPON RECEIPT |

| Delivery Required | Ship Via |
|---|---|
| 01/05/2018 | Courier |

**Vendor**
Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA 98071

**Ship To**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
|---|---|---|---|
| 1,300 | :: 18 Qual Medal Striking/Ribbon | $16.75 | $21,775.00 |

| | SubTotal | $21,775.00 |
|---|---|---|
| | Freight | $0.00 |
| | Miscellaneous | $0.00 |
| | **Total** | $21,775.00 |

| Authorized By | Title |
|---|---|
| | |

# EXHIBIT 6

## Levy, Jr., Richard

**Importance:** High

**From:** Joseph Negri
**Sent:** Friday, February 16, 2018 8:37 AM
**To:** 'Mark@cascadecapitalgroup.com' <Mark@cascadecapitalgroup.com>; 'Paul.wagner@nwtmint.com' <Paul.wagner@nwtmint.com>; 'mark.calvert@nwtmint.com' <mark.calvert@nwtmint.com>; 'Marty Colwell' <Marty@nwtmint.com>
**Cc:** Belinda Berman <BBerman@USGA.org>
**Subject:** RE: Qualifying Medals - 2018
**Importance:** High

Dear Mark & Paul,

Following up on my prior communication with Marty Cowell. Attached is the Purchase Order and additional terms and conditions. Based on the inability to deliver by the required date, and lack of communication, please issue a full refund within the next 30 days for $22,815.00.

Regards,
Joseph Negri

**Joseph Negri**
Manager, Championship Administration

**USGA.**
United States Golf Association
77 Liberty Corner Road
Liberty Corner, NJ 07938
908.326.1918
www.usga.org
jnegri@usga.org

*This email may contain confidential or privileged information. If you are not the intended recipient, please delete it without disclosing it to anyone and notify us immediately.*

**From:** Joseph Negri
**Sent:** Thursday, November 16, 2017 12:00 PM
**To:** 'Marty Colwell' <Marty@nwtmint.com>
**Subject:** Qualifying Medals - 2018

Marty,

Hope all is well. We would like to start production for the 2018 qualifying medals.

We have locked in the Sterling Silver Price for 1300 Troy Ounces as of 11/13/2017 (PO#16968) PAID

The remainder of the order will be paid after the USGA has received the appropriate medals.(PO#16969 )

We will be producing 1300 Qualifying medals for the 2018 Season. Similar to the 2017 please produce the medallion and attach a Red/White/Blue ribbon (7/8Inch x32Inch Ribbon - Silver Ring)).
Please package and label item according to its type (Championship-Low Am/Low Scorer).

Each medal will be struck on both the front (Die Number 1367 - USGA Crest) and back (Championship die number below).

| Championship | | Back Die Number (Please Confirm) | Shipping Priority |
|---|---|---|---|
| Open - Local | | 1938 | 1 |
| Senior Women's Open - Low Amateur | | In creation | 2 |
| Senior Women's Open - Low Scorer | | In creation | 2 |
| Senior Open - Low Amateur | | 1944 | 3 |
| Senior Open - Low Scorer | | 1943 | 3 |
| Women's Open - Low Amateur | | 1942 | 4 |
| Women's Open - Low Scorer | | 1941 | 4 |
| Amateur | | 1945 | 5 |
| Women's Amateur | | 1946 | 6 |
| Junior Amateur | | 1947 | 7 |
| Girls' Junior Amateur | | 1948 | 8 |
| Women's Mid-Amateur | | 1952 | 9 |
| Mid-Amateur | | 1951 | 10 |
| Senior Amateur | | 1949 | 11 |
| Senior Women's Amateur | | 1950 | 12 |
| Amateur Four-Ball | | 1953 | 13 |
| Women's Amateur Four-Ball | | 1954 | 14 |

Please complete medals in priority order and ship each championship once completed:

Joseph Negri
C/O USGA
10 Independence Blvd.
Warren NJ 07059

All medals must be received by January 5th 2018.

*This Order is an offer by USGA to Supplier that will become a binding contract when this Order is acc*
*Supplier. Supplier confirms acceptance by acknowledgement or commencement of work. In no even*
*conditions contained in Supplier's acknowledgement, invoices or other documents become part of or*
*unless signed by a USGA representative. USGA's complete Order number must appear on all invoices*
*packing slips, containers etc. Time and rate of delivery are of the essence. Supplier must immediate*
*writing, of any actual or potential delay in performance of this Order. If any goods are not received a*
*the work is not completed by the date specified, USGA, at its option may either approve a revised da*
*Order and may obtain such goods elsewhere, and Supplier shall be liable to USGA for any resulting lo*
*USGA. To the extent Supplier has partially performed under this Order, and has obtained the materia*
*complete this Order, but is otherwise unable to complete the Order, USGA shall be entitled to immed*
*items and shall only be obligated for payment for that portion of the goods. Supplier shall have no pr*
*any intellectual property or work product developed in connection with its performance under this Or*
*that any such intellectual property is a work made for hire, and that the USGA shall have all propriet*

Feel free to reach out with any questions.

Best,
Joe

**Joseph Negri**
Manager, Championship Administration

**USGA.**
United States Golf Association
77 Liberty Corner Road
Far Hills, NJ 07931
908.326.1918
www.usga.org
jnegri@usga.org

*This email may contain confidential or privileged information. If you are not the intended recipient, please delete it without disclosing it to anyone and notify us immediately.*

Please email your invoices as PDF files to invoices@usga.org

or

Mail your invoice to
USGA
P.O Box 708
**Attn: Accounts Payable**
Far Hills, NJ 07931

THIS NUMBER MUST APPEAR ON ALL INVOICES,
PACKING SLIPS AND CORRESPONDENCE

## Purchase Order No - PO16968

| Contact Name | Joseph Negri |
|---|---|
| Contact Phone | 9083261918 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact | Marty Colwell |
|---|---|
| Vendor Phone | 7754617931 |
| Vendor E-Mail | Marty@Nwtmint.com |

| Date | Terms |
|---|---|
| 11/16/2017 | UPON RECEIPT |

| Delivery Required | Ship Via |
|---|---|
| 11/15/2017 | Courier |

**Vendor**
Northwest Territorial Mint, LLC
PO Box 2148
Auburn, WA 98071

**Ship To**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
|---|---|---|---|
| 1,300 | :: Sterling Silver - 2018 USGA Qualifying Medal | $17.55 | $22,815.00 |

| | SubTotal | $22,815.00 |
|---|---|---|
| | Freight | $0.00 |
| | Miscellaneous | $0.00 |
| | **Total** | **$22,815.00** |

| Authorized By | Title |
|---|---|
| | |
| | |

**EXHIBIT 7**

1   Michael J. Gearin, WSBA #20982
    David C. Neu, WSBA #33143
2   Brian T. Peterson, WSBA #42088
    K&L GATES LLP
3   925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
4   (206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle Rm 7206
Hearing Date: March 9, 2018
Hearing Time: 9:30 a.m.
Response Date: March 8, 2018 at 5:00 pm (PT)

5

6

7

8                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10  In re:                                    Case No. 16-11767-CMA

11  NORTHWEST TERRITORIAL MINT, LLC,          NOTICE TO DIE CUSTOMERS
                                              REGARDING SALE OF THE
12                          Debtor.           DEBTOR'S ASSETS FREE AND
                                              CLEAR OF LIENS, CLAIMS,
13                                            INTERESTS, AND ENCUMBRANCES

14  TO:         NORTHWEST TERRITORIAL MINT, LLC, Debtor;
    AND TO:     UNITED STATES TRUSTEE;
15  AND TO:     CUSTOMERS FOR WHOM MEDALLIC ARTS COMPANY HAS MANUFACTURED
                DIES IN THE LAST TEN YEARS;

16      PLEASE TAKE NOTICE that Mark Calvert, Chapter 11 Trustee (the "Trustee") of the
17  consolidated estates of Northwest Territorial Mint, LLC ("NWTM") and Medallic Art Company, LLC
    ("Medallic"), subject to court approval, has entered into an Asset Purchase Agreement (the "Medalcraft
18  APA") with Medalcraft Mint, Inc. ("Medalcraft") for the sale of Medallic's tradename, website, customer
    lists, archives, tools, specific machinery, and coining dies owned by Medallic to the extent such dies were
19  created in the last twenty years. The Trustee submits that, with very limited exceptions, NWTM and
    Medallic own the physical dies which have been manufactured in order to produce medals and coins on
20  behalf of NWTM and Medallic customers. The Trustee intends to convey title to the company owned dies
    to Medalcraft in connection with the proposed sale.
21
        PLEASE TAKE FURTHER NOTICE that the Trustee has filed a motion (the "Medalcraft Sale
22  Motion") with the Court to approve the Medalcraft APA and authorize the sale described therein. A
    hearing on the Motion will take place on March 9, 2018 at 9:30 a.m.
23
        PLEASE TAKE FURTHER NOTICE that the Trustee continues to market the remaining assets of the
24  estate which assets include additional dies owned by Medallic which were created more than twenty years ago
    and dies owned by NWTM.
25

26

NOTICE TO DIE CUSTOMERS REGARDING SALE OF
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 1
501055413 v2

                              K&L GATES LLP
                            925 FOURTH AVENUE
                                SUITE 2900
                     SEATTLE, WASHINGTON 98104-1158
                        TELEPHONE: (206) 623-7580
                        FACSIMILE: (206) 623-7022

1  PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the sale of dies, you must file an
2  objection to the Medalcraft Sale Motion NO LATER THAN March 8, 2018 at 5:00 p.m. (PT). Objections
   must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:
3                           Michael J. Gearin
                            David C. Neu
4                           K&L Gates, LLP
                            925 Fourth Avenue, Suite 2900
5                           Seattle, Washington 90104

6
   DATED this 27th day of February, 2018.
7                                               K&L GATES LLP

8                                               By /s/ David C. Neu
                                                   Michael J. Gearin, WSBA #20982
9                                                  David C. Neu, WSBA #33143
                                                   Brian T. Peterson, WSBA #42088
10                                                 Attorneys for Mark Calvert, Chapter 11 Trustee

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE TO DIE CUSTOMERS REGARDING SALE OF
DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES - 2
501055413 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT C

**Joseph Negri**

| | |
|---|---|
| **From:** | Medallic Art Company <announcements@medallic.com> |
| **Sent:** | Tuesday, July 18, 2017 11:19 AM |
| **To:** | Joseph Negri |
| **Subject:** | Medallic Art Company - revitalized, under new leadership |



## MEDALLIC ART COMPANY

*Est. 1903*

**www.medallic.com**

Re-introducing Medallic Art Company.

We are a new company, under new leadership, and we are moving forward to continue to serve our customers with the superior award and celebration products we have spent over a century to establish. Recently ABC affiliate KOLO-8 News featured us on its Made in Nevada series.

Please go to http://medallic.com to see our fascinating story.

The company has been evolving in the last 15 months, and we would like to reassure you that we continue to stand ready to assist you in creating the most memorable products to recognize individual achievements and commemorate your special occasions.

Since 1903, the Medallic Art Company has created world famous medallions, medals, emblems, plaques, and awards and is the leader in the recognition business. Thousands of individuals, companies, associations and educational institutions choose the work of Medallic Art to honor outstanding business people, to celebrate anniversaries, new product launches, building dedications and other occasions of importance.

We are very proud of our resources and capabilities, from the largest and most experienced team of professional sculptors and die engravers, to the graphic

designers who create the artwork to help you visualize your design, and to our knowledgeable and experienced sales and service team.

If you have any questions or comments please contact us. We would very much like to hear from you and want to make it convenient and easy.

| | |
|---|---|
| Bill Atalla, CEO | 775-461-7305 |
| Marty Colwell, Director of Sales | 775-461-7331 |
| Irina Pernoll, Director of Marketing | 775-461-7306 |
| Customer Service | 866-891-9900 |

We would like the opportunity to collaborate with you on an award for your special occasion and look forward to hearing from you soon.

Meanwhile we will continue to combine our historic heritage with modern technology to build our business of creating art in medal.

*Medallic Art Company*

Copyright © 2017 Medallic Art Company. 80 E Airpark Vista Blvd, Dayton, NV 89403. All rights reserved.

If you would prefer not to receive commercial e-mail from Medallic Art Company, please reply to this e-mail and let us know.

Privacy Policy

Medallic Art Company, 80 E Airpark Vista Blvd, Dayton, NV 89403

SafeUnsubscribe™ jnegri@usga.org
Forward email | About our service provider
Sent by announcements@medallic.com in collaboration with



Try it free today

# EXHIBIT D





**866-891-9900**

home    products    about    minting process    galleries    news    contact    newsletters    catalogues

GET A QUOTE



Capability

Medallic Art Company has more than a century of rich history and has been admired as the ultimate standard for world-class quality in custom medals. We have the resources and expertise to assure our continued long-term growth and unmatched customer service.



**Made in U.S.A**

**Nationwide Resources**
Medallic Art Company/Northwest Territorial Mint employs over 200 professionals and craftspeople in a variety of fields. We have production and sales offices in Dayton, NV, and Green Bay, WI, a distribution center in Auburn, WA, and sales offices in Federal Way, WA, Springfield, VA, and The Pentagon.



**Sculptors and Die Engravers**
We have the largest and most experienced team of professional sculptors and die engravers in the country. Because the quality of the coin or medallion is dependent upon the craftsmanship of the die, our team uses both hand-engraving techniques and state-of-the-art die production equipment.



**Design Team**
Our team of full-time graphic designers creates high-quality presentation artwork to help you clearly visualize your design before it is struck in metal.



**Sales and Service Team**
Our knowledgeable and diverse sales and service team has specialized experience with universities, corporations, non-profit organizations, government agencies, and private individuals. We offer you our extensive



Custom Medals

Chains of Office

expertise to create awards, commemoratives, and gifts you will be proud to present.

Medallic Art Company/Northwest Territorial Mint is the largest private mint in America and has the on-site capability to complete every step of the minting process at our 118,000-square-foot, state-of-the-art minting facility in Dayton, Nevada, not far from the famous Comstock silver mining district.


### Die Library
We maintain the largest collection of historic and modern medallic dies, so your die will be preserved and available for your use for generations to come.


### Coining Presses
With more than 30 coining presses, including high-speed and hydraulic presses with striking forces between 75 and 1,500 tons, we can mint small or large quantities of medallic products ranging from shallow, coin-relief styles to very deep, high-relief art medal designs.


### Metal Processing Facility
In-house metal processing facility where fine silver is melted and cast into billets, extruded and rolled into strips to make blanks, then pressed into treasured coins and medals.


### In-House Finishing
A variety of available finishes includes dry- and wet-buff antiquing methods, bullion strike, business strike, proof-like, proof, plated, selective gold-plating, and hand-applied epoxy enamel.


### Plating
We offer full-service gold-, silver-, and nickel-plating lines along with a precision gold-plating technique we call GoldSelect that enhances specific design elements on your coin or medal with 24-karat gold highlights.


Ceremonial Maces

Graduation Medals

Presentation Cases

## Minted with Pride in the United States of America

Our craftspeople work with you on every detail to help you create a medal that is unique and special to your organization.
*If you can imagine it, Medallic Art's artisans can create it.*

» **Return to the Top of the Page**

**866-891-9900**

Contact Us | Request a Quote | Site Map
» View Our Catalogues

© 2018 Medallic Art Company | All Rights Reserved
Medallic Art Company is a division of Northwest Territorial Mint
Northwest Territorial Mint® is a registered trademark of
Northwest Territorial Mint, LLC
Privacy Policy

# EXHIBIT E

| | |
|---|---|
| **From:** | Marty Colwell <Marty@nwtmint.com> |
| **Sent:** | Monday, November 13, 2017 1:08 PM |
| **To:** | Joseph Negri |
| **Subject:** | Silver quote |
| **Attachments:** | Marty Colwell.vcf |

Joe,

OK, I've got the production manager's blessing. If you order today, we'll ship 1,300 medals the first week of January. Silver today is $17.55, so 1,300 comes to $22,815.00

1,300 medals with ribbons comes to $21,775.00.

If you want to lock that in, let me know and I'll get an order confirmation over to you right away.

Also, I've put in a call to my trustee to see if we can match the box price.

 

**Marty Colwell**
Northwest Territorial Mint
Director of Sales

(800) 843-9854
(775) 461-7331
(775) 246-6006 Fax
Marty@nwtmint.com

## Joseph Negri

| | |
|---|---|
| **From:** | Joseph Negri |
| **Sent:** | Monday, November 13, 2017 2:20 PM |
| **To:** | 'Marty Colwell' |
| **Subject:** | Silver Lock - 2018 |

Please lock in 1,300 Ounces of Silver today November 13, 2017.

Best,
Joe

**Joseph Negri**
Manager, Championship Administration

**USGA.**
United States Golf Association
77 Liberty Corner Road
Far Hills, NJ 07931
908.326.1918
www.usga.org
jnegri@usga.org

*This email may contain confidential or privileged information. If you are not the intended recipient, please delete it without disclosing it to anyone and notify us immediately.*

*This Order is an offer by USGA to Supplier that will become a binding contract when this Order is accepted by Supplier. Supplier confirms acceptance by acknowledgement or commencement of work. In no event shall any terms or conditions contained in Supplier's acknowledgement, invoices or other documents become part of or apply to this Order unless signed by a USGA representative. USGA's complete Order number must appear on all invoices, shipping notices, packing slips, containers etc. Time and rate of delivery are of the essence. Supplier must immediately notify USGA, in writing, of any actual or potential delay in performance of this Order. If any goods are not received or if any element of the work is not completed by the date specified, USGA, at its option may either approve a revised date or may cancel this Order and may obtain such goods elsewhere, and Supplier shall be liable to USGA for any resulting loss incurred by USGA. To the extent Supplier has partially performed under this Order, and has obtained the materials necessary to complete this Order, but is otherwise unable to complete the Order, USGA shall be entitled to immediate delivery of such items and shall only be obligated for payment for that portion of the goods. Supplier shall have no proprietary interest in any intellectual property or work product developed in connection with its performance under this Order. Supplier agrees that any such intellectual property is a work made for hire, and that the USGA shall have all proprietary rights therein.*

# EXHIBIT F

Please email your invoices as PDF files to invoices@usga.org
or
Mail your invoice to
USGA
PO Box 708
Attn: Accounts Payable
Far Hills, NJ 07931

## Purchase Order No - PO16968

| Contact Name | Joseph Negri |
| --- | --- |
| Contact Phone | 9083261918 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact | Marty Colwell |
| --- | --- |
| Vendor Phone | 7754617331 |
| Vendor E-Mail | Marty@Nwtmint.com |

| Date | Terms |
| --- | --- |
| 11/16/2017 | UPON RECEIPT |

| Delivery Required | Ship Via |
| --- | --- |
| 11/15/2017 | Courier |

**Vendor**
Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA 98071

**Ship To**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
| --- | --- | --- | --- |
| 1,300 | :: Sterling Silver - 2018 USGA Qualifying Medal | $17.55 | $22,815.00 |

| | | |
| --- | --- | --- |
| | SubTotal | $22,815.00 |
| | Freight | $0.00 |
| | Miscellaneous | $0.00 |
| | Total | $22,815.00 |

| Authorized By | Title |
| --- | --- |
| | |

# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:    194854**

Sales Order Acknowledgement

**Sold To:**
Joseph Negri
USGA
Attn: Joseph Negri
PO Box 708
Far Hills NJ 07931-0708
UNITED STATES

**Ship To:**
Joseph Negri
USGA
77 Liberty Corner Rd
Far Hills NJ 07931
UNITED STATES

| | | | | |
|---|---|---|---|---|
| Order Date: | 11/13/2017 | | Sales Person: | Marty Colwell |
| Contact: | USGA | | Phone: | 908-326-1918 |
| Customer ID: | 106947 | | Email: | jnegri@usga.org |
| Terms: | Due on receipt of Inv. | | Ship Via: | UPS Ground |
| PO Number: | PO16968 | | Due Date: | 11/17/2017 |

STERLING SILVER FOR CUSTOM ORDER 195283

Precious Metal Purchases

Prices are based on the spot price of the metal and are good for today only, Monday, November 13, 2017.
To lock in these prices the funds must be received by Northwest Territorial Mint by 4:00 PST on Wednesday, November 15, 2017.
We accept wire transfers, cashier?s checks and debit cards.
If paying by a debit card, there will be a 3-1/4% surcharge ($741.48) on the cost of the metal.

Total funds required to lock this price in is the Spot Price x Troy ounces: $22,815.00

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1,300.00 | S11101 | / | Sterling Silver | $17.55 | $22,815.00 |

| | |
|---|---|
| Line Total: | $22,815.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$22,815.00** |

# EXHIBIT G

THIS NUMBER MUST APPEAR ON ALL INVOICES,
PACKING SLIPS AND CORRESPONDENCE

Please email your invoices as PDF files to invoices@usga.org
or
Mail your invoice to
USGA
PO Box 708
Attn: Accounts Payable
Far Hills, NJ 07931

## Purchase Order No – PO16969

| Contact Name | Joseph Negri |
|---|---|
| Contact Phone | 9083261918 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact | Marty Colwell |
|---|---|
| Vendor Phone | 7754617331 |
| Vendor E-Mail | Marty@Nwtmint.com |

| Date | Terms |
|---|---|
| 11/16/2017 | UPON RECEIPT |

| Delivery Required | Ship Via |
|---|---|
| 01/05/2018 | Courier |

**Vendor**
Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA 98071

**Ship To**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
|---|---|---|---|
| 1,300 | :: 18 Qual Medal Striking/Ribbon | $16.75 | $21,775.00 |

| | | | |
|---|---|---|---|
| | | SubTotal | $21,775.00 |
| | | Freight | $0.00 |
| | | Miscellaneous | $0.00 |
| | | Total | $21,775.00 |

| Authorized By | Title |
|---|---|
| | |

# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 195283

Sales Order Acknowledgement

**Sold To:**

USGA
Attn: Joseph Negri
PO Box 708
Far Hills NJ 07931-0708
UNITED STATES

**Ship To:**

Joseph Negri
USGA
77 Liberty Corner Rd
Far Hills NJ 07931
UNITED STATES

| | | | | |
|---|---|---|---|---|
| Order Date: | 11/16/2017 | | Sales Person: | Marty Colwell |
| Contact: | USGA | | Phone: | 908-326-1918 |
| Customer ID: | 106947 | | Email: | jnegri@usga.org |
| Terms: | Due on receipt of Inv. | | Ship Via: | UPS Ground |
| PO Number: | PO16969 | | Due Date: | 1/5/2018 |

STERLING SILVER PAID FOR ON O#194854
EVENT IN HANDS DATE 01/05/2018
PRODUCE IN SHIP IN ORDER OF LINES/PRIORITY
CUSTOMER WILL ACCEPT PARTIAL SHIPMENTS
EACH LINE TO BE PACKAGED IN OWN BOX & LABELED ACCORDINGLY

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 175.00 | MC01111701 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US OPEN LOCAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 1 | $16.75 | $2,931.25 |
| 2 | 50.00 | MC11161702 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US SENIOR WOMEN'S OPEN LOW AMATEUR UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 2 | $16.75 | $837.50 |

# NORTHWEST TERRITORIAL MINT LLC

**Remit To:**

P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 195283



| Line | Qty | Part Number | | Description | Unit Price | Amount |
|------|-------|-------------|---|-------------|------------|--------|
| 3 | 50.00 | MC11161701 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US SENIOR WOMEN'S OPEN LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 2 | $16.75 | $837.50 |
| 4 | 55.00 | MC01111707 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US SENIOR OPEN SECTIONAL LOW AMATEUR UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 3 | $16.75 | $921.25 |
| 5 | 55.00 | MC01111706 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US SENIOR OPEN SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 3 | $16.75 | $921.25 |
| 6 | 50.00 | MC01111705 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US WOMEN'S OPEN SECTIONAL LOW AMATEUR UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 4 | $16.75 | $837.50 |
| 7 | 50.00 | MC01111704 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US WOMEN'S OPEN SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 4 | $16.75 | $837.50 |

# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 195283



| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|------|-----|-------------|---|-------------|------------|--------|
| 8 | 155.00 | MC01111708 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 5 | $16.75 | $2,596.25 |
| 9 | 50.00 | MC01111709 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US WOMEN'S AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 6 | $16.75 | $837.50 |
| 10 | 75.00 | MC01111710 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US JUNIOR AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 7 | $16.75 | $1,256.25 |
| 11 | 50.00 | MC01111711 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US GIRL'S JUNIOR AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 8 | $16.75 | $837.50 |
| 12 | 50.00 | MC01111715 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US WOMEN'S MID-AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 9 | $16.75 | $837.50 |

**NORTHWEST TERRITORIAL MINT LLC**
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:    195283**

Sales Order Acknowledgement

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|------|-----|-------------|---|-------------|-----------|--------|
| 13 | 100.00 | MC01111714 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US MID-AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 10 | $16.75 | $1,675.00 |
| 14 | 100.00 | MC01111712 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US SENIOR AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 11 | $16.75 | $1,675.00 |
| 15 | 25.00 | MC01111713 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US SENIOR WOMEN'S AMATEUR SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 12 | $16.75 | $418.75 |
| 16 | 150.00 | MC01111716 | / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US AMATEUR FOUR-BALL SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 13 | $16.75 | $2,512.50 |



## NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:  195283**

**Sales Order Acknowledgement**

| Line | Qty | Part Number | Description | Unit Price | Amount |
|------|------|-------------|-------------|------------|--------|
| 17 | 60.00 | MC01111717  / | 1.5 INCH STERLING SILVER HIGH RELIEF MEDAL, FLUTED EDGE WITH RING & BEAD AND RED / WHITE / BLUE NECK RIBBON ATTACHED - US WOMEN'S AMATEUR FOUR-BALL SECTIONAL LOW SCORER UNIT PRICE INCLUDES - STRIKE FEE & RIBBON SHIPPING PRIORITY 14 | $16.75 | $1,005.00 |
| 18 | 1,300.00 | MAC390027  / | NECK RIBBON, 7/8" X 32" W/ RING, RED, WHITE AND BLUE (RN-101X) | $0.00 | $0.00 |
| 19 | 1,300.00 | 04131  / | STANDARD POLY BAG | $0.00 | $0.00 |
| 20 | 1,300.00 | 04132  / | POLY BAG-4X4 | $0.00 | $0.00 |

|  |  |
|---|---|
| Line Total: | $21,775.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$21,775.00** |

# EXHIBIT H

# Wire Detail



Help
Print

<u>History List:</u> Wire Detail

**Non-Repetitve Fed**

| | |
|---|---|
| Amount: | $22,815.00 |
| Currency: | USD |
| Value Date: | 11/16/2017 |
| Debit Account: | 80006017695 |

| | |
|---|---|
| Receiving Bank ID: | 125000574 |
| Receiving Bank Name: | KEYBANK NATIONAL ASSOCIATION |
| Receiving Bank Address: | |

SEATTLE WA

| | |
|---|---|
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |

| | |
|---|---|
| Beneficiary Account: | 472741018106 |
| Beneficiary Name: | Northwest Territorial Mint LLC |
| Beneficiary Address: | in Trust for Creditors |

| | |
|---|---|
| Reference for Beneficiary: | USGA Payment |
| OBI: | Sales Order 194854 |

BBI:

Revision: 5.9

# EXHIBIT I

Please email your invoices as PDF files to invoices@usga.org
or
Mail your invoice to
USGA
PO Box 708
Attn: Accounts Payable
Far Hills, NJ 07931

THIS NUMBER MUST APPEAR ON ALL INVOICES,
PACKING SLIPS AND CORRESPONDENCE

## Purchase Order No - PO16791

| Contact Name | Joseph Negri |
|---|---|
| Contact Phone | 9083261918 |
| Contact E-Mail | jnegri@usga.org |

| Vendor Contact | Marty Colwell |
|---|---|
| Vendor Phone | 7754617331 |
| Vendor E-Mail | Marty@Nwtmint.com |

| Date | Terms |
|---|---|
| 10/26/2017 | UPON RECEIPT |

| Delivery Required | Ship Via |
|---|---|
| 10/28/2017 | Courier |

**Vendor**
Northwest Territorial Mint LLC
PO Box 2148
Auburn, WA 98071

**Ship To**
USGA
77 Liberty Corner Road
Far Hills, NJ 07931

| Quantity | Item Code & Description | Unit Price | Extended Price |
|---|---|---|---|
| 2 | :: Striking fee for Qualifying Medal | $450.00 | $900.00 |
| | | SubTotal | $900.00 |
| | | Freight | $0.00 |
| | | Miscellaneous | $0.00 |
| | | Total | $900.00 |

| Authorized By | Title |
|---|---|
| | |

# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

**INVOICE**

**Sold To:**
USGA
77 Liberty Corner Rd
Liberty Corner NJ 07938
UNITED STATES

**Ship To:**
Joseph Negri
USGA
77 Liberty Corner Rd
Liberty Corner NJ 07938
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 810201 | Sales Person: | Marty Colwell |
| Invoice Date: | 12/21/2017 | Terms: | Due on receipt of Inv. |
| Customer ID: | 106947 | Packing List: | 210488 |
| Order Number: | 194916 | PO Number: | PO16791 |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | I 10 89 / 2D HIGH RELIEF CUSTOM COINING DIE / 1.5 INCH / US SENIOR WOMEN'S OPEN LOW SCORER- NO NWTMINT.COM | 1 | $450.00 | $450.00 |
| 2 | I 10 90 / 2D HIGH RELIEF CUSTOM COINING DIE / 1.5 INCH / US SENIOR WOMEN'S OPEN LOW AMATEUR- NO NWTMINT.COM | 1 | $450.00 | $450.00 |

| | |
|---|---|
| *Invoice Total:* | **$900.00** |
| *Paid To Date:* | **$0.00** |
| **Balance Due:** | **$900.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

# EXHIBIT J

6

THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND. THE BACK HAS A WATERMARK AND MICROPRINTING. VOID IF NOT PRESENT.

**USGA**® **United States Golf Association**
Golf House PO Box 708
Far Hills NJ 07931-0708

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

11-8166___ 79
3210

**624**

PAY   Nine Hundred  Dollars and 00/100 Cents

DATE 01/12/2018

TO
THE
ORDER
OF

Northwest Territorial Mint LLC
PO Box 2148
Auburn WA 98071
United States

Two Signatures Required for Amounts over $50,000

$   ****900.00

*Suzanne Calon*

⑆000006 24⑆ ⑈3 2 108 ⑉66 9⑉⑈8000 60 ⑈ 78 9 5⑆

ENDORSE HERE

X

$ for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

01/17/2008 [illegible] ESAM 6008172044197 KeyBank NA >041300077< DEP

*The security features listed below, as well as those not listed, exceed industry guidelines.*

| Security Features | Description |
| --- | --- |
| Colored Background | [illegible] |
| Microprinting | [illegible] |
| Chemically Sensitive Watermark | [illegible] |
| Warning Band | [illegible] |

* [illegible] Check Payment [illegible]

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

# EXHIBIT K

| | |
|---|---|
| **From:** | Joseph Negri <JNegri@USGA.org> |
| **Sent:** | Friday, February 16, 2018 1:21 PM |
| **To:** | Belinda Berman |
| **Subject:** | FW: RE: Qualifying Medals - 2018 |

**Importance:**     High

FYI

---

**From:** Mark Calvert [mailto:mark@cascadecapitalgroup.com]
**Sent:** Friday, February 16, 2018 1:13 PM
**To:** Joseph Negri <JNegri@USGA.org>
**Subject:** Read: RE: Qualifying Medals - 2018
**Importance:** High

Your message

  To: Mark Calvert
  Subject: RE: Qualifying Medals - 2018
  Sent: Friday, February 16, 2018 7:36:59 AM (UTC-06:00) Central America

was read on Friday, February 16, 2018 12:12:32 PM (UTC-06:00) Central America.

| | |
|---|---|
| **From:** | Joseph Negri <JNegri@USGA.org> |
| **Sent:** | Friday, February 16, 2018 8:37 AM |
| **To:** | Mark@cascadecapitalgroup.com; Paul.wagner@nwtmint.com; mark.calvert@nwtmint.com; Marty Colwell |
| **Cc:** | Belinda Berman |
| **Subject:** | RE: Qualifying Medals - 2018 |
| **Attachments:** | PO16968.pdf |
| | |
| **Importance:** | High |

Dear Mark & Paul,

Following up on my prior communication with Marty Cowell. Attached is the Purchase Order and additional terms and conditions. Based on the inability to deliver by the required date, and lack of communication, please issue a full refund within the next 30 days for $22,815.00.

Regards,
Joseph Negri

**Joseph Negri**
Manager, Championship Administration

**USGA**
United States Golf Association
77 Liberty Corner Road
Liberty Corner, NJ 07938
908.326.1918
www.usga.org
jnegri@usga.org

*This email may contain confidential or privileged information. If you are not the intended recipient, please delete it without disclosing it to anyone and notify us immediately.*

**From:** Joseph Negri
**Sent:** Thursday, November 16, 2017 12:00 PM
**To:** 'Marty Colwell'
**Subject:** Qualifying Medals - 2018

Marty,

Hope all is well. We would like to start production for the 2018 qualifying medals.

We have locked in the Sterling Silver Price for 1300 Troy Ounces as of 11/13/2017 (PO#16968) PAID

The remainder of the order will be paid after the USGA has received the appropriate medals.(PO#16969 )

We will be producing 1300 Qualifying medals for the 2018 Season. Similar to the 2017 please produce the medallion and attach a Red/White/Blue ribbon (7/8Inch x32Inch Ribbon - Silver Ring)).
Please package and label item according to its type (Championship-Low Am/Low Scorer).

Each medal will be struck on both the front(Die Number 1367 - USGA Crest) and back (Championship die number below).

| Championship | Number of MEDALS FOR 2018 | Back Die Number (Please Confirm) | Shipping Priority |
|---|---|---|---|
| Open - Local | 175 | 19(38 | 1 |
| Senior Women's Open -Low Amateur | 50 | In creation | 2 |
| Senior Women's Open - Low Scorer | 50 | In creation | 2 |
| Senior Open - Low Amateur | 55 | 1944 | 3 |
| Senior Open - Low Scorer | 55 | 1943 | 3 |
| Women's Open - Low Amateur | 50 | 1942 | 4 |
| Women's Open - Low Scorer | 50 | 1941 | 4 |
| Amateur | 155 | 1945 | 5 |
| Women's Amateur | 50 | 1946 | 6 |
| Junior Amateur | 75 | 1947 | 7 |
| Girls' Junior Amateur | 50 | 1948 | 8 |
| Women's Mid-Amateur | 50 | 1952 | 9 |
| Mid-Amateur | 100 | 1951 | 10 |
| Senior Amateur | 100 | 1949 | 11 |
| Senior Women's Amateur | 25 | 1950 | 12 |
| Amateur Four-Ball | 150 | 1953 | 13 |
| Women's Amateur Four-Ball | 60 | 1954 | 14 |

Please complete medals in priority order and ship each championship once completed:

Joseph Negri
C/O USGA
10 Independence Blvd.
Warren NJ 07059


All medals must be received by January 5th 2018.

*This Order is an offer by USGA to Supplier that will become a binding contract when this Order is acc*
*Supplier. Supplier confirms acceptance by acknowledgement or commencement of work. In no even*
*conditions contained in Supplier's acknowledgement, invoices or other documents become part of or*
*unless signed by a USGA representative. USGA's complete Order number must appear on all invoices*
*packing slips, containers etc. Time and rate of delivery are of the essence. Supplier must immediate*
*writing, of any actual or potential delay in performance of this Order. If any goods are not received c*
*the work is not completed by the date specified, USGA, at its option may either approve a revised dat*
*Order and may obtain such goods elsewhere, and Supplier shall be liable to USGA for any resulting lo*
*USGA. To the extent Supplier has partially performed under this Order, and has obtained the materia*
*complete this Order, but is otherwise unable to complete the Order, USGA shall be entitled to immed*
*items and shall only be obligated for payment for that portion of the goods. Supplier shall have no pr*
*any intellectual property or work product developed in connection with its performance under this Or*
*that any such intellectual property is a work made for hire, and that the USGA shall have all proprieta*

Feel free to reach out with any questions.

Best,
Joe

**Joseph Negri**
Manager, Championship Administration



United States Golf Association
77 Liberty Corner Road
Far Hills, NJ 07931
908.326.1918
www.usga.org
jnegri@usga.org

*This email may contain confidential or privileged information. If you are not the intended recipient, please delete it without disclosing it to anyone and notify us immediately.*

# EXHIBIT L

# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806

Richard Levy, Jr.
Partner

Direct Tel: 212-326-0886
Direct Fax: 212-798-6393
rlevy@pryorcashman.com

March 30, 2018

**BY EMAIL (mike.gearin@klgates.com)**

Michael J. Gearin, Esq.
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158

Re:   Northwest Territorial Mint, LLC – Demand of United States
Golf Association for Refund of Amounts Paid for Unfulfilled
Order for 2018 Championship Qualifying Medals

Dear Mr. Gearin:

As you know, we are attorneys for United States Golf Association ("USGA").  As you also may know, USGA contracted annually with Northwestern Territorial Mint, LLC ("NWT") since 2015 – both before and during the pendency of NWT's bankruptcy case – for NWT to strike, package (for presentation purposes) and deliver to USGA the approximately 1,300 sterling silver Championship Qualifying Medals awarded at the approximately 650 Local and Section Qualifiers for the USGA's annual national championships for professional and amateur golfers.  NWT struck the medals for USGA's eleven national championships in 2015, 2016 and 2017 with sixteen coining dies purchased by USGA from NWT.  For additional factual background, I attach copies of the limited objection and supporting declaration and exhibits filed by USGA in opposition to the Trustee's recent motion regarding a sale of the so-called Medallic Art assets (ECF Nos. 1512 & 1513).  *See* Exhibits A and B.[1]

As explained below, USGA most recently engaged NWT in late 2017 – while the company continued under the management, administration and control of Mark T. Calvert, the Chapter 11 Trustee appointed for the company ("Trustee") – to purchase the necessary quantity of sterling silver for the medals to be awarded for twelve USGA national championships during the 2018 championship season (the existing eleven championships plus a new championship, the U.S.

---

[1]     At the hearing on the sale on March 9, 2018, you confirmed on the record that the USGA Dies (defined below) were not part of the Medallic Art assets offered for sale.

Senior Women's Open) (the "2018 Medals"); to purchase two coining dies for the medals for the new event; and to strike, package and deliver the 2018 Medals. The 2018 Medals were to be struck using the existing sixteen coining dies previously purchased by USGA from NWT, and the two dies purchased by USGA for the U.S. Senior Women's Open (collectively with the previously purchased dies, the "USGA Dies").

Even after repeatedly having been held out to USGA (at all times while under the auspices of the Trustee) as being fully ready, able and willing to fulfill an order for the 2018 Medals on the required timetable to meet USGA's needs, NWT failed to perform as represented. NWT defaulted after having: (i) billed USGA and been paid in full by USGA for the required quantity of sterling silver for *all* 2018 Medals (at a charge of $22,815.00), which was purchased with the parties' specific understanding that NWT would meet a January 2018 delivery date for the first tranche of the 2018 Medals; (ii) billed USGA and been paid in full by USGA for the two dies for the U.S. Senior Women's Open (at a charge of $900.00); (iii) confirmed in November 2017, pursuant to the USGA purchase order, the items, pricing and delivery terms for the full $21,775.00 charge for striking, attaching ribbons, packaging and delivering all of the 2018 Medals; (iv) indicated at all times that NWT could perform within the time constraints required by USGA, *i.e.*, delivery to USGA of the first group of the 2018 Medals by the first week of January 2018, with additional 2018 Medals to be delivered in time to meet the USGA championships; and (v) induced USGA to make an immediate payment to NWT in November 2017 to lock in a spot price for the sterling silver so as to ensure delivery the first week of January 2018. Moreover, even after NWT had invoiced USGA for the coining dies for the U.S. Senior Women's Open, the Trustee caused NWT to shut down all of its operations on December 29, 2017, yet *subsequently accepted and retained USGA's payment for those dies in January 2018 – after NWT ceased conducting business.* USGA believes that NWT's personnel and the Trustee were or aware when the 2018 Medal order was solicited and/or accepted, or timely became aware well before December 29, 2017, that NWT could not fully perform; yet they lured USGA into placing and leaving its order with NWT and making payments to NWT without advising USGA of the true state of facts known to the Trustee and the company's employees.

The Trustee's recent motion to convert the case to Chapter 7 further confirms that, with the Trustee's knowledge, the NWT business operated unprofitably since Spring 2017, and that the company's losses from operations for the year exceeded $500,000 by November 30, 2017. *See* ECF No. 1351, at ¶¶ 3-4.

Despite the knowledge that it would not be able to perform, NWT (with the Trustee's knowledge and acquiescence) proceeded to take the USGA order; bill USGA and request immediate payment for the cost of the sterling silver; bill USGA for the purchase of two new dies; acknowledge its acceptance of USGA's purchase order for the medals with the agreed prices and deliver terms; and receive and take USGA's payments into income, under the false pretenses and misrepresentations that the USGA order could be fulfilled. Given what we understand to be the significant administrative insolvency of the NWT bankruptcy estate, and the recent shuttering of

NWT's medal-striking business, we can only assume that the Trustee and NWT did so deliberately, with the goal of adding cash to the bankruptcy estate in order to reflect purported business revenues whose proceeds could then be diverted to other purposes of the Trustee regarding NWT and the case.

USGA has advised us of the following facts and circumstances:

1. In July 2017, even as NWT was operating unprofitably (as was known to the Trustee but was unknown to USGA), Joseph Negri, USGA's Manager of Championship Administration, and the responsible USGA representative in the business dealings with NWT, received an announcement from "Medallic Art Company" captioned "Re-Introducing Medallic Art Company" (Exhibit C). The announcement touted the "new" business and identified its Director of Sales as Marty Colwell – the same person with whom Mr. Negri had communicated concerning prior USGA medal orders placed with NWT. Mr. Negri understood the announcement to signal a restart or upgrading of business operations moving forward to serve existing and new customers, and as an indication that, in soliciting new orders, the business was stable and capable of fulfilling orders well into the future. (We note that the website for "Medallic Art Company" states that "Medallic Art Company is a division of Northwest Territorial Mint." *See* Exhibit D, at p. 2.)

2. Notwithstanding Mr. Negri's understanding at the time, in the motion papers filed by the Trustee seeking authorization to sell substantially all the Medallic Art assets of NWT (ECF Nos. 1350 & 1351), the Trustee represented that NWT's business had not been profitable since Spring 2017. *See* ECF No. 1350 at p. 1, lns. 20-22; p. 2, lns. 21-23 (Trustee knew in Spring 2017 that it was unlikely that NWT could emerge from bankruptcy as a going concern); p. 3, lns. 1-4 (Trustee had been attempting to sell the NWT business, and knew in November 2017 that the funds required for the purchaser to close the transaction did not materialize).

3. Knowing as of November 2017 that the NWT business could not operate profitably and would have to be closed imminently, the Trustee and NWT knew that orders that had been placed at that time for delivery dates in 2018 could not be fulfilled. After having sought and accepted the USGA order for 2018 Medals and having continued to represent its ability to fulfill orders, NWT induced USGA to make a payment to purchase the requisite quantity of silver in November 2017 so as to assure delivery during the first week of January 2018. Yet, NWT closed its doors on December 29, 2017.

4. In an email exchange on November 13, 2017, Mr. Negri accepted the spot price quotation of Mr. Colwell, his NWT sale counterpart, for the purchase of the sterling silver required to produce the 2018 Medals. Mr. Colwell specifically stated that "If we order today (November 13th) they [NWT] will ship the medals the first week of January

[2018]". Mr. Colwell indicated he was also going to communicate *with the Trustee* to get a price for presentation boxes (in which the medals would be presented to the qualifying golfers). *See* Exhibit E.

5.     On November 16, 2017, NWT issued two sales order acknowledgements to USGA. One addressed USGA's purchase order for the requisite quantity of sterling silver at that day's spot price (total cost $22,815.00). *See* Exhibit F. The second addressed USGA's purchase order for NWT's fee to strike the medals, attach neck ribbons, and ship the finished medals to USGA (total charge $22,775.00). *See* Exhibit G. The latter acknowledgment expressly recited "Event *in hand 01/05/2018* (italics added)), and showed a "due date" of January 5, 2018, which further confirmed that USGA would accept partial shipments with "each line [set of medals for a particular championship] to be packaged [and] labeled separately." The clear intent of USGA, understood by NWT, was that the first sets of medals were needed at the very beginning of 2018, and that those medals would be timely delivered in early January.

6.     In reliance on NWT's acknowledgements and representations, USGA wired $22,815.00 to NWT on November 16, 2017, as payment for the order for 2018 Medals to be fulfilled as placed, and for delivery to commence in the first week of January 2018. *See* Exhibit H.

7.     On December 21, 2017, NWT – having agreed to produce the two coining dies for the new U.S. Senior Women's Open, issued an invoice to USGA for the $900.00 total cost of the dies ($450.00 each). *See* Exhibit I. NWT nowhere indicated that its business was near or at the precipice of closure. The issuance of this invoice indicated to USGA that NWT was continuing to operate in the ordinary course, and that it intended to strike and deliver the first of the 2018 Medals during the first week of January 2018 with the balance to follow in time for the later Championship Qualifiers. Yet, from his own submissions to the Court, the Trustee knew by late November 2017 that there was not a current buyer for the company and that he would have to shut NWT's operations on December 29, 2017.

8.     Without having been given any notification from the Trustee or NWT's business personnel that the business would be unable to fulfill the orders for 2018 Medals, or that NWT had ceased operations on December 29, USGA issued a check to NWT for the two new coining dies on January 12, 2018. NWT, under management and control of the Trustee, accepted and cashed that check despite having shut down NWT's business operations two weeks before. *See* Exhibit J.

9.     If, in fact the Trustee and NWT had truly intended to deliver the initial tranche of the 2018 Medals by the first week in January 2018, and thereafter to complete the balance of the order, using the silver that presumably was purchased with the proceeds

of USGA's November payment, then substantially all of the medals (excluding, perhaps, the U.S. Senior Women's Championship medals if the coining dies did not then exist) should have been struck and packaged, or in process, before NWT closed its doors on December 29.

If any of 2018 Medals were in fact, produced, they should immediately be released to USGA. If NWT actually purchased the silver for the 2018 Medals but never struck them, then either purchased silver should be immediately released to USGA, or else the Trustee should immediately remit to USGA the full amount it paid for the silver. Similarly, the Trustee should immediately deliver to USGA the new coining dies for which the Trustee accepted USGA's payment, or remit the funds to USGA.

Accordingly, USGA demands that the Trustee deliver to USGA:

A. <u>if no 2018 Medals were struck</u>, either: (a)(i) the sum of $22,815.00 (the "Payment") for USGA's purchase of the sterling silver for the 2018 Medals, *or, alternatively,* (ii) a quantity of sterling silver verified as being of the same kind and quality that was specified for the 2018 Medals, *plus* (b) interest at the rate of ten percent (10%) per annum under Washington law from the date of the Payment;

B. <u>if any 2018 Medals were struck</u>, those medals – for which USGA will pay the agreed price set forth in the sales order acknowledgement dated November 16, 2017 on the condition that those medals fully meet the specifications and quality requirements of the order – *plus* either: (a)(i) the portion of the Payment representing the unused quantity of the sterling silver that was to have been purchased for the 2018 Medals that were not struck, *or, alternatively,* (ii) a quantity of sterling silver verified as being of the same kind and quality that was specified for the unstruck 2018 Medals, *plus* (b) interest at the rate of ten percent (10%) per annum under Washington law, from the date of the Trustee's collection of USGA's payment;[2]

C. $900.00, representing the amount paid by USGA in January 2018 (and accepted by the Trustee after closure of NWT's operations) for the purchase of two new coining dies, plus interest at the rate of ten percent (10%) per annum under Washington law from the date of USGA's payment; and

D. the USGA Dies.

---

[2] If any 2018 Medals were actually struck and are provided to USGA, USGA reserves the right to set off any amount due NWT against the portion of the Payment applicable to any unstruck medals.

If delivery is not made to USGA within ten (10) business days after the date of this letter, USGA is prepared to bring this complaint to the attention of the United States Bankruptcy Court for the Western District of Washington and the United States Trustee, and to seek relief in an appropriate proceeding which may include, without limitation, a proceeding on the Trustee's bond. USGA reserves all available rights and remedies of any nature, including claims that may lie against any persons who abetted the Trustee's and NWT's conduct.

Very truly yours,

Richard Levy, Jr.

Encls.
cc (w/encls., by email)):
    Belinda Berman, Esq., USGA
    Jack Cullen, Esq.