| | |
|---|---|
| Jack J. Cullen, WSBA #7330<br>FOSTER PEPPER PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101<br>Phone (206) 447-4400 | Honorable Christopher M. Alston<br>Chapter 11<br>Hearing Location: Seattle Rm. 7206<br>Hearing Date: April 20, 2018<br>Hearing time: 9:30 a.m. (PT)<br>Response Date: April 13, 2018, 5:00 p.m. (PT) |

Richard Levy, Jr., NYS Atty. #1696756
(adm. *pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Phone (212) 421-4100

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

**NORTHWEST TERRITORIAL MINT, LLC,,**

Debtor.

Case No. 16-11767-CMA

**PROOF OF SERVICE**

I, Sandra D. Lonon, declare as follows:

On April 11, 2018, I electronically filed the following documents with the Clerk of the Court using the CM / ECF System which in turn will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM / ECF system:

1. Objection of United States Golf Association to Trustee's Motion for Order to Authorize (1) Deadline to Assert Claims of Ownership of Coining Dies, and (2) Settlement Protocol to Resolve Claims of Such Ownership;

2. Declaration of Joseph Negri in Support of Objection of United States Golf Association to Trustee's Motion for Order to Authorize (1) Deadline to Assert Claims of Ownership of Coining Dies, and (2) Settlement Protocol to Resolve Claims of Such Ownership and its exhibits; and

3. this Proof of Service.

PROOF OF SERVICE - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

53014226.1

Case 16-11767-CMA  Doc 1582  Filed 04/11/18  Ent. 04/11/18 15:46:18  Pg. 1 of 6

In addition, the true and correct copies of the foregoing documents were forwarded by first class U.S. Mail, postage prepaid, to parties listed on the Special Notice List attached as Exhibit A and the following parties that are not ECF Participants:

**Trustee**
Mark Thomas Calvert
Cascade Capital Group LLC
1501 4th Avenue #2840
Seattle, WA 98101

**Debtor**
Northwest Territorial Mint, LLC
c/o Ross Hansen, Member
P. O. Box 2148
Auburn, WA 98071-2148

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Seattle, Washington this 11th day of April, 2018.

*/s/ Sandra D. Lonon*
Sandra D. Lonon, Legal Assistant

PROOF OF SERVICE - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

53014226.1

# EXHIBIT A

Bradley Steven Cohan
c/o Anthony Michael Glassman
360 N Bedford Dr
Beverly Hills, CA 90210

Bud Jameson
12 Post Oak Loop
Sherwood, AR 72120-3700

Cohen Asset Management, Inc.
c/o Anthony Michael Glassman
360 N Bedford Dr
Beverly Hills, CA 90210

David James
16855 James Lane
Bend, OR 97703

Don Wright
13820 NE 65th #546
Redmond, WA 98052

Dr. Bob Austin
c/o Ross Jones
106 Del Ray Rd
Mossyrock, WA 98564

Eva Rosman
2916 Glen Ave
Baltimore, MD 21215

John Anderson
8 East Oakwood Hills Drive
Chandler, AZ 85248

Larry Chiappellone
18457 Barrett Ave
Sonoma, CA 95476

Liedtke Associates LP
Norman Liedtke
671 Lakeside Circle, Apt 902
Pompano Beach, FL 33060

Maria Kroupa
30982 Sanjay Ct
Temecula, CA 92591

Michael & Mary Bernard
14035 NE 5th Street
Bellevue, WA 98007

Mike Ray Howard
1415 293rd Ave NE
Carnation, WA 98014

Richard H. and Paula Pehl
813 Barnhart St
Raymond, WA 98577-4501

Rodger Overson
2750 S.W. 312th Pl.
Federal Way, WA 98023

Simon Ginsberg TTE
225 W 106th St., #16B
New York, NY 10025

Steven Fox
25 Cushing Dr
Mill Valley, CA 94941

William L Hanson
POB 6455
Tacoma, WA 98464-0655

Yong Tuo Emblem Co. Ltd.
No. 16 ShengYu Road,
ShengFeng District
Xiao Lan Town, Zhong Shan City
Guang Dong 528414
China

Young deNormandie PC
1215 Fourth Avenue, Suite 1901
Seattle, WA 98161

Young deNormandie PC
c/o John G. Young
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380

Thomas Seip
10843 E. Contessa Street
Mesa, AZ 85207

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

Young deNormandie PC
Second & Seneca Building
1191 Second Avenue, Suite 1901
Seattle, WA 98101-2993

Young deNormandie PC
PO Box 21165
Seattle, WA 98111-3165

Mark Calvert, Trustee
Cascade Capital Group, LLC
1501 Fourth Avenue, Suite 2840
Seattle, WA 98101

United States Attorney's Office
Attn: Bankruptcy Assistant
700 Stewart Street, Suite 5220
Seattle, WA 98101

Internal Revenue Service
915 Second Avenue, MS 243
Seattle, WA 98174

King County Treasury
Attn: Linda Crane Nelson
500 - 4th Avenue, #600
Seattle, WA 98104-2387

Lawrence Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

| | | |
|---|---|---|
| Hawaii Department of Taxation - Collection Branch<br>P.O. Box 259<br>Honolulu, HI 96809-0259 | Wisconsin Department of Revenue<br>State Debt Collection<br>PO Box 8901<br>Madison, WI 53708-8901 | Virginia Department of Taxation - Collections<br>1957 Westmoreland Street<br>Richmond, VA 23230 |
| Texas Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711- 2548 | Nevada Department of Taxation, Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | Nevada Department of Taxation, Bankruptcy Section<br>4600 Kietzke Ln., Suite L-235<br>Reno, NV 89502 |
| WA Dept of Revenue<br>Bankruptcy/Claims Unit<br>2101 Fourth Avenue, #1400<br>Seattle, WA 98121 | City of Tomball<br>c/o Michael J. Darlow<br>Perdue, Brandon, Fielder, Collins & Mott LLP<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Tomball Independent School District<br>c/o Michael J. Darlow<br>Perdue, Brandon, Fielder, Collins & Mott LLP<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 |
| John Scarrow<br>PO Box 273<br>Harrison, ID 83833 | Mark Frentzel<br>5101 E. 145th Ave.<br>Anchorage, AK 99516 | YUQUN CHEN<br>115 E 9th Street, APT 7M<br>New York, NY 10003 |
| Mike Britton<br>32 Sugar Beet Row<br>Whitehall, MT 59759 | Andew M Battles<br>31 Raven Wood Way<br>Pooler, GA 31322 | THET ZAW<br>107 SutCliff Ct<br>Warner Robins, GA 31088 |
| Kyle Burgess<br>7000 67TH ST NE<br>MARYSVILLE, WA 98270-7775 | Mark Gift<br>418 N Industrial Ave<br>Sand Springs, OK 74063 | Robert Danny Berg<br>950 Beckett Point Rd<br>Port Townsend, WA 98368 |
| Dorothy Apelman<br>14714St 101st<br>Sedgwick, KS 67135-9671 | James Dart<br>Shoemaker & Dart PS, Inc.<br>6706 24th Street W, Suite A<br>Tacoma, WA 98466 | Ross B. Hansen<br>PO Box 4024<br>Federal Way, WA 98063 |
| John T. Beals<br>444 Northcutt Dr<br>Alamo, TX 78516 | Harris County et al<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Jeffrey M. McMeel<br>PO Box 8432<br>Lacey, WA 98509 |
| Allen Larson<br>114 Elm Street<br>Grandview, WA 98930 | Norma Buck<br>4226 Easy K Road<br>Franklin, AR 72536" | James Buck<br>1102 Blevins Abbott Road<br>Violet Hill, AR 72584-7518" |
| Roy D. Bryant<br>P.O. Box 1152<br>Hayfork, CA 96041 | Brian Mehlbrech<br>1003 Beaver Crest Terrace<br>Henderson, NV 89015 | Jim Paneris<br>c/o G Jalbert<br>1001 Fourth Ave 3200<br>Seattle, WA 98199 |

| | | |
|---|---|---|
| Joshua Randall<br>PSC 559 Box 5576<br>FPO, AP 95377-0056 | Cory Schwab<br>221 E 7th Ave #201<br>Anchorage, AK 99501 | Bruce Ellis<br>c/o William Campbell, Esq.<br>805 N. Brown Street<br>Mt. Pleasant, MI 48858 |
| Brandon C. Mathus<br>211 W. Garfield Avenue<br>Bartonville, IL 61607 | Eloise P. Melillo<br>16 Wanamaker Avenue<br>Mahwah, NJ 07430 | James C Thoman on behalf of Special Request Ira Green, Inc.<br>Hodgson Russ LLP<br>140 Pearl Street Suite 100<br>Buffalo, NY 14202 |
| Shirley Demackiewicz<br>1112 187th Ave E<br>Lake Tapps, WA 98391 | Marten Law<br>1191 Second Avenue, Suite 2200<br>Seattle, WA 98101 | Neil Sawyer<br>4616 145th St. Ct E.<br>Tacoma, WA 98466 |
| Lloyd Gunter<br>11640 Northview Drive<br>Aledo, TX 76008 | James Nance<br>195 Morningview Ridge Circle<br>Wadsworth, OH 44281-7735 | Matthew Goettemoeller<br>35555 Kenai Spur Hwy #312<br>Soldotna, AK 99669 |
| Carl Foisy<br>1321 Maeble Lake Rd<br>Lumby, BC V0E-2G5 | Tony Carroll<br>2407 177th St Ct E<br>Tacoma, WA 98445 | Tarek Elshikh and Amal Abdelrazik<br>907 Lorimer Road<br>Raleigh, NC 27606 |
| Shirley Demackiewicz<br>2703 Sun Meadows Drive<br>Chesterfield, MO 63005 | Prestige Capital Corporation<br>c/o Harvey L. Kaminski<br>400 Kelby Street, 14th Floor<br>Fort Lee, NJ 07024 | Arnold and Mabel Beckman Foundation<br>c/o Anne Hultgren<br>100 Academy<br>Irvine, CA 92617 |