Alexander Koehler
P.O. Box 1914
Fallon Nevada 89407
April 8, 2018


FILED
Western District of Washington
at Seattle

APR 12 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Judge Christopher M. Alston
United States Bankruptcy Court
Western District of Seattle, Washington
700 Stewart Street, Room 6301
Seattle, Washington 98101

Re: Case No. 16-11767-CMA  NOTICE OF HEARING OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF CERTAIN OF THE DEBTOR'S COINING DIES AND INVENTORY TO BOY SCOUTS OF AMERICA.

Dear Judge Christopher M. Alston:

I, Alexander Koehler, acknowledge the receipt of the NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF CERTAIN OF THE DEBTOR'S COINING DIES AND INVENTORY TO BOY SCOUTS OF AMERICA and to reaffirm my claim number 2547 is still valid.

With the acknowledgment of receipt comes a few questions. The last letter, AMENDED NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LEINS, CLAIMS, INTERESTS, AND EMCUMBRANCES, led me to believe that the unclaimed inventory and assets of Northwest Territorial Mint, LLC would be sold at public auction. However, this most recent letter makes it seem that the inventory will be slowly sold off piece by piece to other entities that may have a vested interest in those assets. While I believe the Boy Scouts of America have every right to buy the coins, medallions, and knives bearing their marks, emblems, and logos along with the coining dies used to produce the boy scout inventory, I am concerned that if Northwest Territorial Mint, LLC'S inventory slowly gets sold off piece by piece, the cost and expenses alone will overcome the net worth of said assets.

When Northwest Territorial Mint, LLC first filed their chapter 11 bankruptcy claim in April 2016, according to Docket 221 for case 16-11767-CMA filed on May 10, 2016, GLOBAL NOTES REGARDING BANKRUPTCY SCHEDULES AND STATEMENTS, Northwest Territorial Mint, LLC had $55 million in liabilities and only $6.4 million in assets. Two years later in April 2018, their liability level has increased from professional fees of the trustee by at least $847,799.41 according to Docket 1200 for case 16-11767-CMA filed on September 15,

2017, DECLARATION OF MARK CALVERT IN SUPPORT OF APPLICATION FOR COMPENSATION OF CASCADE CAPITAL GROUP LLC AS ACCOUNTANTS FOR THE TRUSTEE.

I am greatly concerned that if a resolution doesn't come soon, every creditor's claim will become pointless as all financial assets will have been consumed on legal fees and settlements.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

All Rights Reserved

*[signature]*
Alexander Koehler