# Reply to Trustees Motion for Order Converting Case from a Chapter 11 To a Chapter 7 Case

CONCERNING,

NORTHWEST TERRITORIAL MINT, LLC. Chapter 11 Bankruptcy

Case No. 16-11767-CMA

Attention:
Michael J. Gearin
K & L Gates, LLP
925 4th Ave., Suite 2900
Seattle, WA 90104

I Oppose The Motion.

As a creditor to this case please take notice I object to the trustees motion for order converting case from a Chapter 11 to a chapter 7 case. The debtor owes me $5194.04 in cash or silver.

I will not be able to attend the court hearing scheduled for May 4 2018 at 9:30 in the morning before the Hon. Christopher M Alston, United States Bankruptcy Judge, in courtroom 7206, 700 Stewart St., Seattle, WA, 98101. I have been a quadriplegic for the past 38 years and will not be able to get there. I'm also having other medical issues at this time.

**Creditor:**
Tracy Routh
18535 148th Ave. NE., Woodinville, WA
425-485-9206

Date April 5 2018

Signature _____