

U.S. Department of Justice

*Office of the United States Trustee*

*Region 18: Alaska, Idaho, Montana,
Oregon, and Washington*

700 Stewart Street
Suite 5103
Seattle, WA 98101

FILED
Western District of Washington
at Seattle

October 26, 2017

APR 1⎕ 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Phillip Braun
5550 Island View Dr.
Celina, OH 45822-8197

Re:  Change of Address Request
     Re: 16-11767 - Northwest Territorial Mint, LLC

Mr. Braun:

We received the enclosed request for change of address. Unfortunately, we cannot file a COA on your behalf as we are a separate entity. It must be filed with the court via the court clerk's office.

Please call the clerk's office at 206-370-5200 and they will guide you to the online form at their website for you to fill out and send to them. If you have no online access, they can forward a copy of the form to you with instructions.

Best Regards,

http://nawb.uscourts.gov

Keith Swanson,
Legal Assistant
U.S. Department of Justice
Office of the United States Trustee

PLEASE CHANGE MY ADDRESS FROM:
10151 GILLILAND RD
VAN WERT, OH 45891

TO: 5550 ISLAND VIEW DR
CELINA, OH 45822

THANK YOU.

Phillip C Braun

Case 16-11767-CMA    Doc 1588    Filed 04/13/18    Ent. 04/13/18 10:06:21    Pg. 1 of 1