April 13, 2018

**Via ECF Filing Only**

Honorable Christopher M. Alston
United States Bankruptcy Judge

      Re:    In re Northwest Territorial Mint LLC, Case No. 16-11767-CMA, U.S. Bankruptcy Court for the Western District of Washington at Seattle

Dear Judge Alston:

Thank you for granting my Pro Hac Vice application. I am working with Michelle Carmody Kaplan. I became involved in this case in early February when my friend Gary Marks asked my advice about the NWTM Chapter 11 Trustee's Auction Motion. Since I am not admitted in Washington, I reached out to Ms. Kaplan, who is a friend from law school and a bankruptcy practitioner.

Ms. Kaplan is out of the Country from April 6, 2018 until Tuesday, May 1st. The Trustee has 2 motions set on your April 20th calendar: (A) Authority to Abandon and Destroy Records, and (B) to Approve (1) Deadline to Assert Claims with Respect to Ownership of NWTM Coining Dies; and (II) Settlement Protocol to Resolve Claims of Ownership of NWTM Dies. We anticipate objecting to both motions.

Most, if not all, of our clients are artists or non-profit organizations, neither of which have much disposable income in their budgets. Since I am based in Lebanon, Oregon, I therefore, respectfully request approval to participate telephonically in the above 2 hearings set on your April 20, 2018 calendar, along with any other matters on the calendar in the above-referenced matter that day.

Very truly yours,

| | |
|---|---|
| **MORLEY THOMAS LAW FIRM** | **KAPLAN LAW PLLC** |
| */s/ John E. Kennedy* | */s/ Michelle C. Kaplan* |
| John E. Kennedy | Michelle C. Kaplan |

cc:    ECF Notice List (via ECF only)