# LEONARD & LINDA MARTIN

107 Wenmar Avenue ~ Pass Christian, MS 39571
601-900-2328 mimimrtin8@gmail.com (Linda)
or 601-832-5796 leonardmartin1947@gmail.com (Leonard)

April 9, 2018

United States Bankruptcy Court
Western District of Washington
At Seattle
Honorable Christopher M. Alston
700 Stewart Street
Seattle Washington 98101

FILED
Western District of Washington
at Seattle

APR 1€ 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Case Number: 16-11767-CMA

To All Concerned:

A NOTICE OF HEARING ON MOTION FOR ORDER CONVERTING CASE FROM
CHAPTER 11 TO A CHAPTER 7 CASE – 1 is scheduled on May 4, 2018 at 9:30 a.m. (PT).

Please note that we oppose changing from Chapter 11 to Chapter 7 Case -1 on the grounds that
Northwest Territorial Mint, LLC took our funds during the time that they knew they were filing for
bankruptcy protection. We consider this action to be an act of fraud.

It is our contention that before any funds are paid out to attorneys the proceeds of the liquidation of
the debtors assets be paid to the creditors in this case post haste.

Sincerely,

Leonard and Linda Martin

Copy to:
Michael J. Gearin, David C. Neu,
Brian T. Peterson, K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104