**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA |
| Debtor. | ORDER RESTRICTING PUBLIC ACCESS TO DOCKET ENTRY NO. 1590 |

THIS MATTER came before the Court *sua sponte*. On April 13, 2018, attorney John Kennedy and the Morley Thomas Law Firm docketed a Letter from Attorney to Judge [Docket No. 1590] (the "Letter"). However, rather than a letter to the Judge, the filing was a letter from the Court addressed to Mr. Kennedy containing confidential information related to ECF filing. The Court finds this Letter was docketed in error, and public access to the document should be restricted. Now, therefore, it is hereby

ORDERED that the Clerk of Court shall permanently restrict public access to the Letter at Docket No. 1590.

/// END OF ORDER ///

ORDER RESTRICTING PUBLIC ACCESS - 1