# CHANGE OF ADDRESS

**(See below for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME: **Northwest Territorial Mint LLC**   CASE NO.: **16-11767**

FOR:   X   DEBTOR

_____ JOINT DEBTOR

_____ CREDITOR

_____ ATTORNEY   (**Please include Bar ID Number**)

_____ PLAINTIFF

_____ DEFENDANT

NEW ADDRESS:

NAME: **Northwest Territorial Mint LLC**

ADDRESS:   **325 E. Washington Street #226, Sequim, WA 98382**

PHONE

EMAIL ADDRESS (attorney only):

SIGNATURE OF PARTY(S) REQUESTING CHANGE:
/s/ **Norman K. Short, Attorney for Debtor**

DATE:
**April 19, 2018**

CHANGE OF ADDRESS
(rev. 4/1/05)