To: Hon. Christopher M. Alton

FILED
Western District of Washington
at Seattle
APR 20 2018
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

I received a notice of a hearing before you on case # 16-11767-CMA. Not being a lawyer or a rich man I am at odds to fully understand the implications of this letter.

I would like you to know that I sent money to this individual for 200 ounces of silver; this silver was to be used to assist my 34 year old autistic daughter to remain in our home after my demise.

This company took my money and for months prior to declaring bankruptcy lied to me and strung me along with promises to deliver. I know in Fla. it is criminal to defraud the elderly and disabled. If this motion and hearing are to prevent our recovery of silver or our money we oppose it.

Thank you.

Roger W. Jennings
Hope M. Jennings
(904) 334-4364

Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, May 4, 2018
Hearing Time: 9:30 a.m.
Response Date: April 27, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER CONVERTING CASE FROM A CHAPTER 11 TO A CHAPTER 7 CASE

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST;
AND TO: ALL CREDITORS AND PARTIES-IN-INTEREST LISTED ON OFFICIAL MAILING MATRIX

PLEASE TAKE NOTICE that a hearing has been scheduled on **May 4, 2018, at 9:30 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101 on the Trustee's Motion for Order Converting Case from a Chapter 11 to a Chapter 7 Case (the "Motion").

Upon his appointment, the Trustee took control over the business operations of the Debtor and initiated his investigation of the financial affairs of the bankruptcy estate. The Trustee has worked for more than 20 months to maintain and grow the business of the Northwest Territorial Mint. Unfortunately, the business has not been profitable since the Spring of 2017 and the Trustee has run out of cash to continue to operate the business. The Trustee closed the business on December 29, 2017 after working for many months to sell the business as a going concern. The Debtor's business has terminated and there is no possibility of reorganization. Thus, it is in the best interests of the creditors to convert this case.

By the Motion, the Trustee requests that the Court convert this case to a case under chapter 7 of the Bankruptcy Code, and establish a deadline of 90 days from entry of the conversion order for creditors to file pre-conversion administrative expense claims.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA

NOTICE OF HEARING ON MOTION FOR ORDER
CONVERTING CASE FROM A CHAPTER 11 TO A
CHAPTER 7 CASE - 1
500999684 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA # 33143<br>Brian T. Peterson, WSBA # 42088<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Christopher M. Alston<br>Chapter 11<br>Hearing Location: Seattle, Rm. 7206<br>Hearing Date: April 20, 2018<br>Hearing Time: 9:30 a.m.<br>Response Date: April 13, 2018 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF CERTAIN OF THE DEBTOR'S COINING DIES AND INVENTORY TO BOY SCOUTS OF AMERICA

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST;
AND TO: ALL CREDITORS AND PARTIES-IN-INTEREST LISTED ON OFFICIAL MAILING MATRIX

PLEASE TAKE NOTICE that a hearing has been scheduled on **April 20, 2018, at 9:30 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101 on the Motion for Order Approving the Sale of Certain of the Debtor's Coining Dies and Inventory to Boy Scouts of America (the "Motion").

The Trustee, subject to Court approval, has entered into an Asset Purchase Agreement with the Boy Scouts of America (the "Boy Scouts") for the sale of coins, medallions and knives bearing the marks, emblems, and logos of the Boy Scouts (the "Boy Scout Inventory") together with the coining dies used to produce the Boy Scout Inventory (the "Boy Scout Dies") (the Boy Scout Inventory and the Boy Scout Dies are collectively the "Boy Scout Assets"). The Trustee's Asset Purchase Agreement with the Boy Scouts provides for a purchase price of $30,000. The Boy Scouts will be responsible for payment of costs associated with the shipping of the Boy Scouts Assets and any applicable sales tax.

By the Motion, the Trustee requests that the Court enter an order authorizing the Trustee to sell the Boy Scout Assets to the Boy Scouts.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA

NOTICE OF HEARING ON MOTION FOR ORDER
APPROVING SALE OF CERTAIN OF THE DEBTOR'S
COINING DIES AND INVENTORY TO BOY SCOUTS
OF AMERICA - 1
501136200 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022