UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC<br><br>Debtor | Case No. 16-11767-CMA<br>Chapter 11<br><br>**DECLARATION OF BILL ATALLA IN SUPPORT OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |

Bill Atalla hereby declares under penalty of perjury as follows:

1. I am the former CEO of the debtor, my employment having been approved by order dated February 7, 2017 (ECF #897). I make this declaration on my personal knowledge.

2. I make this declaration in support of my motion for allowance and administrative expense claim. I am claiming $220,209, consisting of the following elements:

```
Deferred salary  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12,500.00
Vacation pay  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
Severance pay  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
Un-reimbursed expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,909.00
Late payment fee for last paycheck  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000.00
Additional services rendered after 12/29/17 (at $400/hour):
Phone calls with prospective investors (49 hours) . . . . . . . . . . . . . . . . . . . $19,600.00
Meetings, tours, proposals, travel (88 hours)  . . . . . . . . . . . . . . . . . . . . . . . $35,200.00
TOTAL  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $220,209.00
```

3. In addition, I am claiming a reasonable attorney's fee for enforcement of the Employment Agreement. If this motion is unopposed, my attorney fee claim will be $3500.00. If it is opposed, I seek leave to amend this claim at the conclusion of the

**DONALD A BAILEY**
720 Olive Way, #1000
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

DECLARATION - 1

1  motion to include the actual attorney's fees incurred.

2      4.  **Deferred salary, $12,500.00**: My salary was $300,000 per year, or $25,000 per

3  month (Employment Agreement sec. 3.1). To alleviate the estate's cash flow issues, the

4  trustee requested that I defer 10% of this salary for six months. I agreed to the trustee's

5  request.  Six months of deferred salary is $12,500.

6      5.  **Vacation pay, $25,000.00**: I accrued 20 days of paid vacation on my first day of

7  employment (Employment Agreement sec. 3.6).  I did not take any vacation during my

8  tenure as CEO of the debtor.  I did not have the chance to use any of his vacation pay

9  prior to his termination.  I am therefore entitled to one month's salary as vacation pay.

10      6.  **Severance pay, $100,000.00**.  I earned $25,000 of severance pay per calendar

11  quarter.  I was terminated on December 29, 2017, which was the last business day of the

12  calendar quarter.  In other words, I worked the entire fourth quarter of 2017. The

13  trustee's purported termination of me on December 29 was simply a ruse to avoid

14  paying an additional quarter of severance pay. The trustee's action in this regard was

15  not in good faith. I should be awarded severance for the fourth quarter of 2017, as well

16  as for the first three quarters of the year.

17      7.  **Un-reimbursed expenses, $2,909.00**: the Employment Agreement provides

18  that I shall be reimbursed "for reasonable authorized business expenses incurred in

19  connection with the performance of NWTM duties".  I have previously submitted to the

20  trustee documentation of my expenses in compliance with the Employment Agreement.

21      8.  **Late payment penalty for last paycheck, $25,000.00:**  My final paycheck in the

22  amount of $25,000 was due three days after I was purportedly terminated, that is

23  December 31, 2017. It was not paid until 66 days later, March 7, 2018.

24      9.  **Additional services rendered after 12/1/17 (at $400/hour): $54,800.00**: After

25  shutting down the debtor's business, the trustee continued to employ my services.  The

26  
27  
**DONALD A BAILEY**
720 Olive Way, #1000
Seattle WA 98101
206 682 4802

28  DECLARATION - 2
donald.bailey@shaferbailey.com

trustee asked me to help secure investors and buyers for the debtor's business. A text message from the trustee to me, representative of many he sent, is attached as Exhibit A.

9.1 I spent over 90% of the 137 hours for which I seek compensation on the phone, sending and answering email, preparing presentations, traveling, and meeting with investors, all in an effort, specifically requested by the trustee, to secure an investor. Much of this travel and meeting time was in the company of the trustee. I had the contacts and the operational knowledge that the trustee needed in his efforts to secure investors.

9.2. The remaining roughly 10% of this time was spent dealing with former employees and vendors who had been blindsided by the trustee's sudden shut-down of the business on December 29, 2017. You can't just walk away and not address the concerns of the 112 employees who just lost their jobs.

9.3. The hourly rate of $400 I am claiming is the same rate charged by the trustee. The actual time spent and is detailed on a time log, attached hereto as Exhibit A.

9.4. In seeking my services after my purported termination, the trustee was continuing to employ me. The trustee certainly did not ask, and presumably did not expect, me to volunteer my services. If some further court approval was necessary for me to be paid for this additional work, I relied on the trustee and his attorneys to see to that, just as they had seen to the approval of my employment agreement when I was first hired.

Dated: April 19, 2018

/s/ Bill Atalla

**DONALD A BAILEY**
720 Olive Way, #1000
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

DECLARATION - 3

Exhibit A



# Mark Calvert

**12/31/17**   **Details**

Re: Fwd: Undercurrent defined

To: Bill Atalla

---

Bill

We are above all this noise let's focus on getting the money in and realizing the potential of this company for the employees and the investors.

Mark

F*** everybody else

*Sent from my Verizon 4G LTE Droid*

On 31 Dec 2017 2:12 pm, Bill Atallamcs <atallamcs@aol.com> wrote:

EMAIL LOG : 12/29 - 2/10  POST TERMINATION EFFORTS

Exhibit B

1/19  1/21  1/22²  1/25⁴  1/26²  1/29  1/30⁵  1/30  1/30³  1/31⁷  2/1²  2/3³
2/2²  2/7  2/7  2/11⁸  2/13

12/29 - 1/19 ARE ON COMPANY EMAIL SERVER WHICH I DON'T HAVE
              ACCESS TO.

1/30   RE: INDUSTRIAL ASSETS (WHO BOUGHT EQUIPMENT) FACTORY TOUR, PROPOSAL
1/30   HERFF JONES INVESTOR PROSPECT - VISIT TO INDIANA
1/31   FRANK NOLAND  "      "     FACTORY TOUR., PROPOSAL ON 2
12/29 - 1/19  JOSEPH TOFOYA INVESTOR PROSPECT  LUNCH, TOUR, PROPOSAL


TEXT LOG :

  1/12    2/2   12/30  1/2  1/7  1/9  1/10  1/12  1/13  1/17  1/19  1/21  1/29
  2/1  2/2  2/2  2/2  2/3  2/3  2/4  2/4  2/5  2/7  2/7  2/8

  EMPLOYEES, PROSPECTS, POSSIBLE BUSINESS OPPORTUNITIES
  THERE WERE MORE BUT DELETED SOME FOR SPACE


PHONE LOG :

  MARK CALVERT (MY PERSONAL PHONE) (TRUSTEE)
    1/3  1/3  1/4  1/9  1/10  1/12  1/12  1/15  1/16  1/18  1/18  1/18
    1/24  1/24  1/26  2/1  2/7  2/10  2/16  2/16                          5.5 hrs
  INVESTOR & CO MATTERS

  MARK KINDREE  1/13  1/18  1/25  1/29  1/31  (OUTSIDE FINANCE)
    INVESTOR & PRO FORMA preparation                                     2.5 hrs

  MATT LEE   2X DAILY  (60 CALLS)  (HR DIRECTOR)
    EMPLOYEE ISSUES, INVESTORS, CO. ISSUES                               15 hrs

  Michael White  4X  (PRODUCTION MANAGER)
    INVESTORS, EQUIPMENT EVALUATION                                      1 hr

  ANITA LAURENCE  1/2  1/9  1/12  1/15  1/19  1/24  2/2  (OUTSIDE NNDA)
    2/12  2/16  2/16                                                     5 hrs
    INVESTOR LEADS

  EMPLOYEES  IRINA (4)  CINDY (4)  ROGER (11)  CATHY (4)  DARLENE (6)
             MARTY (4)  ERICA (2)  RANDY (5)  Ashley (2)  ALI (4)
             RUSS (1)  STEVE (1)                                         10.5 hrs

PHONE LOG CONTINUED:

VENDORS
    PATRICK (2) RYAN (1) LYNN (NNOA) (3) RYAN B (2)        2 HRS

CUSTOMERS
    DON STRUBE (8)                  4 HRS

INVESTORS
    ROD JORGENSON (2) ZACH HARRISON (3)
    VINCE SCOTT (6)    NICK - INDUSTRIAL ASSETS (2)      3.5 HRS

                             TOTAL   49 hours

INVESTOR MEETINGS:

Joseph TOFOYA, FRANK NOLAND +3, Industrial Assets, HERFF JONES
FRAMING SUCCESS, VINCE SCOTT, GARY ANDERSON & ASSOC. BRADFORD
TRAVEL TO INDIANA, FACTORY TOURS, RENO MEETINGS ETC.

                             TOTAL    88 hours

| | |
|---|---|
| Joseph TOFOYA | 13 hrs |
| Frank NOLAND | 14 hrs |
| Industrial Assets | 13 hrs |
| BRADFORD | 7 hrs |
| HERFF JONES | 29 hrs |
| VINCE, CARY ANITA, ZACH FERG, NNDA | 12 hrs |