# American Dahlia Society



FILED
Western District of Washington
at Seattle

APR 23 2018

EARL L. MITCHELL, CLERK
OF THE BANKRUPTCY COURT

Jerry Landerholm
Special Awards Chairman
440 North Elizabeth Street
Lombard, IL 60148-1552
landjerry@aol.com

United States Bankruptcy Court
Western District of Washington at Seattle
700 Stewart Street
Seattle, WA 98101

April 17, 2018

RE: Northwest Territorial Mint, LLC, Bankruptcy Proceedings
Case No. 16-11767-CMA

To Whom It May Concern:

The American Dahlia Society, Inc., has a long history of doing business with Medallic Arts Company. That company has held the dies used for our medal for far more than twenty (20) years. We last requested and received medals from Medallic Arts Company in 2017. Our business relationship has remained current. The letter we received from the legal firm K & L Gates advises we must file an objection with the Court if we oppose the sale of the dies to the Medalcraft Sale Motion. Our concern centers on avoiding the loss, destruction or other disposition of the dies that will prevent the American Dahlia Society from having medals minted in the future. Our medal is considered to be serious one-of-a-kind artwork. It is of significant historical value to our society and it also is something we believe to be irreplaceable. If the new company, Metalcraft Mint, Inc. plans to takeover and continue servicing legacy customers like our society, we will embrace the probability that we shall continue to have our medal needs fulfilled by that company. If this is not the case and the dies are in fact in jeopardy of being unavailable for future use, we ask that we receive notification and instructions as to what course of action we should then take to preserve our interests. Please find enclosed images of the medal in question for your information.

Sincerely yours,

Jerry Landerholm
American Dahlia Society/Special Awards

cc: K&L Gates LLP



