FILED
Western District of Washington
at Seattle

APR 26 2018    4/23/18

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

To Whom It May Concern:

Regarding case # 16-11767-CMA, I hereby make an objection to the sale of the dies. Please find the enclosed invoice from 5/24/17 showing the purchase of 2 different custom made 5" dies which are owned and were paid for by Robert Miller, DBA Hobby Machine. Feel free to contact me at the number below should you have any questions.

Thank you

Sincerely,

*Robert Miller* 4/27/18

Robert Miller

Hobby Machine

1028 15th Ave

Fulton, IL 61252

563-249-5715

FILED
Western District of Washington
at Seattle

APR 26 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 173457

**Sold To:**

Hobby Machine
Attn: Robert Miller
1028 15th Ave
Fulton IL 61252
UNITED STATES

**Ship To:**

Hobby Machine
Attn: Robert Miller
1028 15th Ave
Fulton IL 61252
UNITED STATES

| | |  | | |
|---|---|---|---|---|
| Order Date: | 4/17/2017 | | Sales Person: | Eric Graff |
| Contact: | Hobby Machine | | Phone: | 563-249-5715 |
| Customer ID: | 148210 | | Email: | hobbymachine@mchsi.com |
| Terms: | Due on receipt of Inv. | | Ship Via: | UPS Ground |
| PO Number: | CREDIT CARD | | Due Date: | 5/24/2017 |

SHIPPING AND HANDLING TO BE ADDED TO FINAL INVOICE
CHARGE CREDIT CARD ON FILE WHEN ORDER SHIPS
SIGNATURE REQUIRED UPON DELIVERY

| # | Qty | Item | | Description | Price | Total |
|---|---|---|---|---|---|---|
| 1 | 10.00 | QH0682 | / | 5 INCH, ROUND, 3D, ANTIQUE BRONZE FINISH, ENAMEL ON OBVERSE, REVERSE IS FLAT AND BLANK, ROPE CUT IN DIE EDGE, CUSTOM USMC MEDALLION FOR HOBBY MACHINE | $27.86 | $278.60 |
| 2 | 10.00 | QH0683 | / | 5 INCH, ROUND, 3D, ANTIQUE BRONZE FINISH, ENAMEL ON OBVERSE, REVERSE IS FLAT AND BLANK, DIAMOND CUT EDGE, CUSTOM USMC MEDALLION FOR HOBBY MACHINE | $27.86 | $278.60 |
| 3 | 2.00 | NEW DIE | / | NEW SET OF DIES | $480.00 | $960.00 |

Line Total: $1,517.20
Line Miscellaneous Charges: $0.00
Order Miscellaneous Charges: $0.00

**Order Total** **$1,517.20**

Page: 1 of 1

RECEIVED
Western District of Washington
at Seattle

APR 26 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

| | |
|---|---|
| Michael J. Gearin, WSBA # 20982 | Honorable Christopher M. Alston |
| David C. Neu, WSBA # 33143 | Chapter 11 |
| Brian T. Peterson, WSBA # 42088 | Hearing Location: Seattle Rm 7206 |
| K&L GATES LLP | Hearing Date: May 4, 2018 |
| 925 Fourth Avenue, Suite 2900 | Hearing Time: 9:30 a.m. |
| Seattle, WA 98104-1158 | Response Date: April 27, 2018 at 5:00 pm (PT) |
| (206) 623-7580 | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | Case No. 16-11767-CMA |
| NORTHWEST TERRITORIAL MINT, LLC, | RENEWED NOTICE TO DIE CUSTOMERS REGARDING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |
| Debtor. | |

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: UNITED STATES TRUSTEE;
AND TO: CUSTOMERS FOR WHOM MEDALLIC ARTS COMPANY HAS MANUFACTURED DIES IN THE LAST TEN YEARS;

PLEASE TAKE NOTICE that Mark Calvert, Chapter 11 Trustee (the "Trustee") of the consolidated estates of Northwest Territorial Mint, LLC ("NWTM") and Medallic Art Company, LLC ("Medallic"), subject to court approval, has entered into an Asset Purchase Agreement (the "Medalcraft APA") with Medalcraft Mint, Inc. ("Medalcraft") for the sale of Medallic's tradename, website, customer lists, archives, tools, specific machinery, and coining dies owned by Medallic to the extent such dies were created in the last twenty years. The Trustee submits that, with very limited exceptions, NWTM and Medallic own the physical dies which have been manufactured in order to produce medals and coins on behalf of NWTM and Medallic customers. The Trustee intends to convey title to the company owned dies to Medalcraft in connection with the proposed sale.

PLEASE TAKE FURTHER NOTICE that the Trustee has filed a renewed motion (the "Medalcraft Renewed Sale Motion") with the Court to approve the Medalcraft APA and authorize the sale described therein. A hearing on the Motion will take place on May 4, 2018 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE that the Trustee continues to market the remaining assets of the estate which assets include additional dies owned by Medallic which were created more than twenty years ago and dies owned by NWTM.

RENEWED NOTICE TO DIE CUSTOMERS
REGARDING SALE OF DEBTOR'S ASSETS FREE AND
CLEAR OF LIENS, CLAIMS, INTERESTS, AND
ENCUMBRANCES - 1
501170343 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1614    Filed 04/26/18    Ent. 04/26/18 10:20:33    Pg. 3 of 4

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the sale of dies, you must file an objection to the Medalcraft Sale Motion NO LATER THAN **April 27, 2018 at 5:00 p.m. (PT).** Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

>Michael J. Gearin
>David C. Neu
>K&L Gates, LLP
>925 Fourth Avenue, Suite 2900
>Seattle, Washington 90104

DATED this 30th day of March, 2018.

K&L GATES LLP

By /s/ *David C. Neu*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

RENEWED NOTICE TO DIE CUSTOMERS
REGARDING SALE OF DEBTOR'S ASSETS FREE AND
CLEAR OF LIENS, CLAIMS, INTERESTS, AND
ENCUMBRANCES - 2
501170343 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1614    Filed 04/26/18    Ent. 04/26/18 10:20:33    Pg. 4 of 4