FILED
2018 APR 26 PM 4:25
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP CLK

The Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm 7206
Hearing Date: _____
Hearing Time: _____
Response Date: _____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF<br>_____ IN SUPPORT OF<br>RULE NO. 2004 MOTION<br>REGARDING TRUSTEE<br>CALVERT |
|---|---|

I, __B. CAREY__, declare under penalty of perjury pursuant to the laws of the state of Washington as follows:

1. I am making this Declaration with absolutely no intention of deceiving, and to the best of my knowledge, and I offer to undergo polygraphing as to the truthfulness of my Declaration statements which are based upon the best information that I am able to obtain at this time and also to the best of my reliable recollection and perception.

2. I have spent over nine months investigating the matter of missing precious metals which had been stored at the Debtor's vaults. Trustee Mark Calvert continuously has suggested to me that the

Declaration and Motion

1 of 3

metals were likely "stold" [SIC] by the Debtor.

3. During late August 2016, I faxed to NWTM what I labeled as a NOTICE OF STORAGE, which was a detailed listing of precious metals, of which many of the coins and bars displayed specific identifiable characteristics such as serial numbers or specific dates that had previously been delivered in person or mailed Registered or Certified delivery to NWTM, or purchased through NWTM, all confirmed to have been received at the Debtor's facility for safe-keeping or for whatever usage I intended, including producing medallions utilizing dies that I owned which I had commissioned to be manufactured at NWTM and stored. I was not affiliated with NWTM in any way. I trusted that my items would be at NWTM for safe-keeping rather than hazard tempting burglaries and home invasions if the metals were stored at home. I trusted Ross Hansen and Diane Erdmann, and I still do.

4. Within my Notice of Storage mailed to Trustee Mark Calvert via certified / received mail, as well as Proof of Claim form which Mr. Calvert told me to fill out, I sent copies of mailing receipts for metals sent. I filled out in detail the quantity and descriptions of precious metals that had been delivered or mailed to NWTM, some of which having been bought from NWTM since approximately early and mid-2000's throughout approximately 2015, most of which should have been in STORAGE under Mr. Calvert's watch, although continuously denied by Mr. Calvert as having ever been received by him.

5. Trustee Mark Calvert told me upon several occasions that there had been very little precious metal in the NWTM vaults, mostly just a little bit of silver, little or no palladium, and that there had been only one thousand eleven dollars left in a NWTM checking account, and certainly no metals had been found that could be related to me. The indication by Mr. Calvert was that virtually nothing was left of the estate before he gained control of it, and Mr. Calvert was quick to blame Ross

Declaration and Motion

Hansen for stealing metals that, in actuality, Mr. Calvert had possession of, being metals that had not really been missing. On or about March 2018, most of the metals in question were easily findable by an FBI agent whom I contacted to look at the original Inventory that Mr. Calvert had repeatedly not allowed me to see.

I reserve the right to supplement and reserve all rights.

SIGNED AND SWORN this 26th day of April, 2018 at 4:20, PM; 700 Stewart St. Seattle

*B. Casey*

Declaration and Motion