23 April 2018

RECEIVED
Western District of Washington
at Seattle
APR 27 2018
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

16-11767

Sirs:

As a Creditor in the N.W. Territorial Bankruptcy Case we are opposed to allowing the Debtor to Convert this Case From a Chapter 11 to a Chapter 7 Case.

Respectfully —

H. G. Ashcraft

Harrison Ashcraft