FILED
18 APR 27 PM 4:19
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY _____ DEP. CLK

United States Bankruptcy Court
Western District of Washington
At Seattle

Case No. 16-11767-CMA

In re:
Northwest Territorial Mint, LLC,

Debtor.

OBJECTION and Renewed OBJECTIONS TO ALL OBJECTIONS FILED FEB 28, 2018

BETTY CAREY HEARBY renews all objections to the Trustee selling anything until a 2004 Rule Examination has been completed and the Trustee is not acting with fraud or malfeasance. I reserve the right to supplement and all rights.

Signed and Sworn this 27th day of April, 2018

B. Carey

(1 of 1)