Alan D. Smith, WSBA No. 24964
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

The Honorable Christopher M. Alston
Chapter 11
Hearing Friday, May 4, 2018, 9:30 a.m.
Seattle, Courtroom 7206
Response due Friday, April 27, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT,
LLC,

Debtor.

Case No. 16-11767-CMA
(Jointly Administered)

HOFF STATEMENT CORRECTING THE
RECORD

Robert and Connie Hoff (the "*Hoffs*"), landlords of the Dayton Premises, submit this

brief statement in an attempt to correct the record regarding a matter of fact that has been

misstated time and time again by the Trustee, most recently in the Trustee's Motion for

Order Approving the Sale of Certain of the Debtor's Assets Free and Clear of all Liens,

Claims, and Encumbrances to Medalcraft Mint, Inc. (the "*Motion*").

The Hoffs filed a UCC-1 financing statement against Medallic Art Limited

Partnership on April 21, 2016, and on May 17, 2016 filed an amendment to that financing

statement, adding Medallic Art Company, LLC ("*MACLLC*") as a debtor. Those filings are

a matter of public record and cannot possibly be in dispute. Nevertheless, the Trustee has on

HOFF STATEMENT CORRECTING RECORD – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1394101111.1

at least six occasions misstated the date of the filing of the amendment as having occurred in

May 2017. Despite numerous efforts by the Hoffs' counsel to get the Trustee to correct

these misstatements, the Trustee's pleadings continue to mislead the Court.

The Hoffs do not oppose the Motion. But they do not believe the record should be

left in its current erroneous state. The UCC filing date may be critical in the likely

upcoming litigation over the very dispute about which the Trustee continues to misstate the

record: the dispute over the Hoffs' perfected (or unperfected) lien on the "Medallic assets"

owned or formerly owned by MACLLC. It is time to set the record straight.

Respectfully submitted,

DATED: May 2, 2018

**PERKINS COIE LLP**

By:/s/ Alan D. Smith
    Alan D. Smith, WSBA No. 24964
    ADSmith@perkinscoie.com
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

Attorneys for Landlord Robert and Connie
Hoff

HOFF STATEMENT CORRECTING RECORD – 2

1394101111.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 16-11767-CMA    Doc 1628    Filed 05/02/18    Ent. 05/02/18 11:06:53    Pg. 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which sent notifications of this filing to all parties listed in the case to receive notice electronically.

I further certify that I caused a copy of the same to be sent via first class mail to parties not receiving notice via the CM/ECF system.

/s/ Alan D. Smith_____
Alan D. Smith

HOFF STATEMENT CORRECTING RECORD – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1394101111.1