FROM:     Luc J.R. Martini
              1415 293rd Ave. NE
              Carnation WA,98014
              Ph: 425-223-4368

FILED
Western District of Washington
at Seattle

MAY - 8 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

TO:       Honrable Chrostopher M. Alston
              US Bankruptcy Court, Western District of WA
              Seattle WA 98104

IN RE: "Notice of Hearing on Truste's Motion for Authority to abandon and
        Destroy Records",  Case No 16-11767-CMA


      Honorable Judge Alston, it pains me to be compelled at great effort to
again address the goings on in the above noted case.  Notably, the most
recent filing I received notice of.

In short BULL !

These bastard lawyers / court appointed trustees,  have done nothing but
grease their own bank accounts at the expense of we the already well
screwed "UNSECURED" Gold and/or Silver holders in the vaults of North
West Territorial Mint.

These lawyers should be disbarred and criminally prosecuted for their
conduct in this case.  It would cost FAR LESS than this stupid motion to
pay for the storage of all the NW Territorial Mints records for the next TEN
YEARS than they will BILL to file JUST THIS LUDICROUS MOTION.

      Further,  it is an outrage that recently, the attorney for the "first
crook", namely the owner of NW Territorial Mint, Hanson, paid  three
quarters (¾) of a  Million Dollars to his ATTORNEY OF RECORD IN
GOLD BULLION ( as reported in the media)  Yet, neither the Bankruptcy
Court, nor the crooked "Court Appointed Trustee Attorneys" for we the
"freshly screwed", filed a single motion for order to confiscate what are
undoubtedly stolen assets from the Mint's Vault.  Has the court not heard of
"YOU KNEW OR SHOULD HAVE KNOWN" that the gold bullion,  were
STOLEN ASSETS of the NW Ter. Mint and/or their CLIENTS who had
their assets STORED IN THE VAULT OF THE NW TER. MINT ?

Likewise, the Court has made no effort to sanction the lawyers it installed as "Trustees" for we the "freshly screwed Gold and Silver Bullion owners" with assets stored in the Mint's vault.. And, like me with CASH IN THE NW Ter.Mint BANK ACCOUNTS, which also were WITHDRAWN ON OR ABOUT THE DATE THEY FILED CHAPTER 11.. But which neither the court nor the attorneys you installed have made ANY EFFORT TO RECOVER. No wonder the original crooked bastard Hanson is still living it up in style, (compared to his destitute, dying victims like myself) free as a bird over two years after this fiasco began. This whole case stinks.

I have complained to this court in earlier communications that I, like many of "We the Freshly Screwed NW Ter. Mint clients", am ELDERLY, Legally BLIND, and MOBILITY IMPAIRED (on the right side ,due to multiple strokes), as are most of the "Victims" of the bastard NW Ter, Mint owner Hanson; and that we are being EXCLUDED FROM PARTICIPATION in the Court Proceeding in this matter by the COUT ITSELF, which has been given ample notice, that the Seattle Federal Court House has seen fit to allow ONLY the Court's JUDGES and other Court personnel to utilize the Buildings Garage and ELEVATOR. The result is that the COURT IS INACCESSIBLE TO THE DISABLED. First, all the parking around the building is reserved for Government vehicles; and secondly, the ONLY ACCOMMODATION under Chapters 1 or 2 of the Americans with Disabilities Act (applicability depending on how an unbiased court would interpret the fact that this Federal Court has seen fit to rent or grant accommodations in the building to COMMERCIAL INTEREST, namely a restaurant), yet willfully and maliciously discriminates against the disabled and their rights to equal access to the court under law. If the court deems that what the STEEP RAMP is such an "accommodation", then I would like to have the idiot that puts forth such a proposition has one leg and arm strapped down and his/her eyes covered with semi-transparent plastic, and be forced to negotiate those stairs in BOTH DIRECTIONS, from the nearest PUBLIC PARKING LOT... and that presumes that he/she doesn't have cardiac capacity limitations as I and many elderly people have. When I tried to do so, I collapsed on the Court House step. The Courts RENT SECURITY PEOPLE stood at the windows and doors pointing down at me and laughed, ONLY a passer-by rendered aid. Thus , apparently the same arrogance and self-interests of the pompous "better than though" WA D.C. governmental entities is alive and well at the Seattle WA Federal Court.

The Court appointed lawyers in this matter could no more manage the NW Territorial Mint business than an orangotang. Their malfeasance became apparent when they permitted the owner, Hanson, to repeatedly enter the vault UNSUPERVISED AND WITHOUT CAMERA SURVEILANCE FOR WEEKS after he filed Chapter 11. The Court and its installed Bankruptcy Officers compounded that now amply apparent fraud and theft of vault customer gold and silver content, by THEMSELVES REPEATEDLY OVER A PROLONGED PERIOD OF TIME ENTERING AND EXITING THE VAULT UNSUPERVISED AND UN-RECORDED BY SURVEILANCE SYSTEMS. This is an ABOMONATION… yet the court has made NO EFFORT TO ADDRESS IT. These are CROOKED, THIEVING LAWYERS, NOT IDIOTS OPPOTUNISTIC PETTY THIEVES.

Their misconducts only accelerated and were aggravated over the past two years. Among them, they transferred OUR Precious Metals stored in the Vault to the Manufacturing facilities in Nevada (et al) where PRIMARILY FEDERAL CONTRACTS to make Military Medalions and such were manufactured and DELIVER TO THE FEDERAL GOVERNMENT that were made WITH PRECIOUS METALS STOLEN FROM WE THE FRESHLY SCREWED. Yet, again, the Federal Court DID NOTHING to stop the long, and long-lived FRAUDS; as well as selling precious metals already made into COINAGE as well as other ,acquired Precious metal coinage, most worth many times the value of their precious metal content, as "Scrap Metal" I.e., at best the markets value of the metal content at best.

Just an aside. The sworn testimony of the crook Hanson before the Federal Court was that he routinely took home Gold and Silver Jewelry he purchase to "Clean" . That is a Ufamism for "REMOVING THE PRECIOUS JEWELS AN PROMPTLY MELTING THE IDENTIFIABLE JEWELRY DOWN INTO UNIDENTIFIABLE METAL BLOBS". Yet, the Court nor the crooked lawyers it appointed have made any effort to address WHAT HAPPENED TO ALL THOSE PRECIOUS STONES.

Yet, despite the many and very apparent fraud and general misconducts of the Court appointed attorneys, the Federal Court has permitted, nay, ENCOURAGED them to continue to SCAM the Gold and Silver owners with assets in the Mint's Vault with ENDLESS BULL MOTIONS that only further "peanut butters" their already well stuffed bank accounts with OUR

ASSETS

This by no means is the end of the issues I and my fellow Freshly Screwed Precious Metal Clients of the NW Territoriaql Mint have with the Federal Court and the attorneys it installed in this matter and their conduct in this case, but I tire.

I sit here now and await to hear what line of Bull the lawyers will spew out in court next, and wonder just how long it will be before the ever increasing abuses of the American Political and Judicial System machinery, not satisfied with cleaning out our savings, canceling the Social Security System we paid for over a life-time of labour and toil, confiscating our properties with endless taxation, (all now in progress) will get around to just pulling our gold filled teeth out and dumping we "freshly screwed" old folk in the ovens ? Judge, END THIS TRAVESTY ! DENY THE CROOKED LAWYERS A DIME FOR THEIR TIME FOR THEIR QUESTIONABLE SERVICES TO THE COURT AND AWARD WHAT PRECIOUS LITTLE REMAINS OF OUR SAVINGS TO THE RIGHTFUL OWNERS, WE THE"FRESHLY SCREWED" GOLD AND SIVLER OWNERS OF ASSETS STORED IN THE NW TERRITORIAL MINTS VAULT AND / OR TRANSFERRED TO ITS SUBSIDIARYH COMPANIES / PRODUCTION FACILITIES AND / OR UNLAWFULLY TRANSFERRED AS PRODUCTS TO GOVERNMENTAL ENTITIES SUCH AS THE US MILITARY IN THE FORM OF "PRODUCTIONS GOODS".

Luc J.R. Martini
425-223-4368