Entered on Docket May 8, 2018

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Northwest Territorial Mint LLC,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 16-11767<br><br>ORDER DENYING TRUSTEE'S MOTION FOR ORDER CONVERTING CASE FROM A CHAPTER 11 CASE TO A CHAPTER 7 CASE |

This matter came before the Court on the Trustee's Motion for Order Converting Case from a Chapter 11 Case to a Chapter 7 Case (the "Motion") (ECF No. 1546). A hearing on the Motion was held on May 4, 2018, and which the Court made oral findings of fact and conclusions of law that are incorporated by reference herein. Now, therefore, it is hereby

ORDERED that the Motion is DENIED without prejudice.

IT IS FURTHER ORDERED that the requirements of Local Bankruptcy Rule 2015-1(a) are modified to require only that all future Chapter 11 Monthly Financial Reports in this case

Order Denying Trustee's Motion for Order Converting Case from a Chapter 11 Case to a Chapter 7 Case. - 1

**Below is the Order of the Court.**

include (1) a balance sheet, (2) an income statement or profit and loss statement, (3) a statement of cash receipts and disbursements, and (4) attachment of monthly bank statements.

///END OF ORDER///

Order Denying Trustee's Motion for Order Converting Case from a Chapter 11 Case to a Chapter 7 Case. - 2