Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Wednesday, June 13, 2018
Hearing Time: 9:30 a.m.
Response Date: June 6, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

**TRUSTEE'S MOTION FOR ORDER ESTABLISHING DEADLINE REGARDING DISPOSITION OF ROSS HANSEN'S PERSONAL PROPERTY**

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor"), files this motion (the "Motion") seeking on order establishing a deadline regarding disposition of Ross Hansen's personal property located in the NWTM facility in Dayton, Nevada.

## I. FACTS

On April 1, 2016, the Debtor commenced this case by filing a voluntary petition under chapter 11 of the United States Bankruptcy Code. On April 11, 2016, the Court appointed Mark Calvert as chapter 11 Trustee. *See* Dkt. No. 51.

NWTM's primary manufacturing facility is located in Dayton, Nevada. The Trustee is liquidating the remaining assets of the bankruptcy estate and will need to vacate the Dayton premises following the completion of his liquidation efforts. The Trustee presently expects that he will lose access to the Dayton Facility by July 31, 2018.[1]

---

[1] The Court entered an order granting relief from the automatic stay to the landlords for the Dayton facility, the Hoffs, which allows the landlords to commence an unlawful detainer action on July 1, 2018. The Trustee and the Hoffs have negotiated an extension of that deadline to allow Industrial

TRUSTEE'S MOTION FOR ORDER ESTABLISHING
DEADLINE REGARDING DISPOSITION OF ROSS
HANSEN'S PERSONAL PROPERTY - 1
501409892 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1662    Filed 05/17/18    Ent. 05/17/18 17:57:20    Pg. 1 of 3

The Trustee has had extensive and ongoing dialogue with Ross Hansen ("Hansen") regarding property that Hansen has claimed is his personal property.  In 2016, the Trustee arranged to have Hansen pick up a substantial amount of personal property including vehicles, tools and records from the estate's former premises in Auburn, Washington before the Trustee vacated those premises.

In late February, 2018, counsel for the Trustee and counsel for Hansen commenced dialogue regarding the identification and pickup of Hansen personal property in the Dayton, Nevada facility. In March, through a series of communications between counsel, the parties identified the personal property that was to be picked up Hansen.  On April 4, 2018, the Trustee requested that Hansen pick up his personal property during the week of April 16, while the Trustee had staff available in Dayton that could facilitate the transfer of possession.  Hansen did not substantively respond to this request and did not pick up his personal property.  On April 13, 2018, the Trustee informed Hansen that if he would confirm that he intended to pick up his personal property by April 16, the property would be made available for pickup during the week ending April 20.  Hansen did not substantively respond to this request and did not pick up his personal property.  On April 26, 2018, the Trustee informed Hansen that he could pick up his personal property any day before May 31, 2018 so long as he provided the Trustee five business days' notice.  The Trustee further informed Hansen that if he had not made arrangements to pick up his personal property by May 15, 2018 that the Trustee would seek instruction from the Court regarding disposition of the property.  Hansen did not substantively respond to this request and did not pick up his personal property.

The Trustee has sought for months to have Mr. Hansen pick up his personal property in Dayton. The Trustee seeks to establish a deadline of June 30, 2018 for Mr. Hansen to pick up his personal property or to allow the Trustee to dispose of it.

## II.    EVIDENCE RELIED UPON

This Motion relies on the Declaration of Michael J. Gearin.

---

Assets to conduct an auction of equipment in the Dayton premises on June 12, 2018.  The Trustee expects to present a stipulation to the court for approval of the extended deadline upon the conclusion of the documentation of the auction terms with Industrial Assets.

TRUSTEE'S MOTION FOR ORDER ESTABLISHING
DEADLINE REGARDING DISPOSITION OF ROSS
HANSEN'S PERSONAL PROPERTY - 2
501409892 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

### III. ARGUMENT

The Court should set a deadline of June 30, 2018 by which Ross Hansen must pick up his personal property located in the Dayton facility. If Mr. Hansen fails to claim his personal property by that date, the Court should allow the Trustee to donate such items to charity or otherwise dispose of such personal property as the Trustee may choose.

11 U.S.C. § 554(a) permits the Trustee, after notice and a hearing, to "abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

Mr. Hansen's personal property housed in the Debtor's Dayton facility is not property of the bankruptcy estate and has no value to the estate. Thus, the standard pursuant to section 554 is easily met.

### IV. CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that the Court establish a deadline of June 30, 2018 regarding the disposition of Hansen's personal property.

DATED this 17th day of May, 2018.

K&L GATES LLP

By */s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

TRUSTEE'S MOTION FOR ORDER ESTABLISHING
DEADLINE REGARDING DISPOSITION OF ROSS
HANSEN'S PERSONAL PROPERTY - 3
501409892 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1662    Filed 05/17/18    Ent. 05/17/18 17:57:20    Pg. 3 of 3