Richard Keeton
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

May 18, 2018

<u>**Via CM/ECF**</u>

Donald A. Bailey
Attorney at Law
720 Olive Way, Suite 1000
Seattle, WA 98101

   Re: *In re Northwest Territorial Mint, LLC*, Case No. 16-11767-CMA
     Request for Telephonic Appearance

Dear Mr. Bailey:

  The Court received your letter filed on May 17, 2018 [Docket No. 1661], requesting that your client, Mr. Bill Atalla, be allowed to appear by telephone for the hearing set for Friday May 18, 2018, at 9:30 a.m. Please be advised that Judge Alston has denied the request. The Court generally does not authorize telephonic attendance for parties wishing to listen to the hearing. If the Court has questions regarding your client, they may be addressed through counsel.

         Sincerely,

         Richard Keeton
         Law Clerk to the Honorable Christopher M. Alston