**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| Northwest Territorial Mint LLC, | Case No. 16-11767 |
| Debtor. | ORDER VACATING ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS |

  This matter came before the Court sua sponte. The Court reviewed the pleadings and files herein. On June 9, 2016, the Court entered its Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals (ECF No. 394), which allowed professionals employed in this case to be reimbursed for 80% of their fees after notice to interested parties. However, several Monthly Financial Reports (ECF Nos. 1287, 1417, 1480, and 1532) filed in this case show the chapter 11 trustee repaid monies loaned to the estate by Cascade Capital, LLC, a professional employed by the Trustee pursuant to 11 U.S.C. § 327, without disclosing the

loans and without obtaining authority from the Court to repay the loans, in violation of the Bankruptcy Code and the Bankruptcy Rules. The Court therefore determines that the Trustee and other professionals shall no longer be authorized to obtain reimbursement of their costs or payment of 80% of their fees on a monthly basis without approval of the Court. Now, it is hereby

ORDERED that the Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals is hereby VACATED.

///END OF ORDER///