**Submitted But not Entered.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

ORDER NOT ENTERED: Court will enter its own order.

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC | Chapter 11 |
| Debtor | **ORDER ALLOWING IN PART ADMINISTRATIVE EXPENSE CLAIM AND DIRECTING PAYMENT** |

THIS MATTER having come before the Court on the motion of Bill Atalla, former CEO of the debtor, for allowance of his claim for unpaid compensation and un-reimbursed expenses with priority as a cost of administration; notice of the motion having been given in accordance with the Bankruptcy Rules; the Court having reviewed the pleadings relevant to the motion and heard arguments of counsel; and being duly advised, it is hereby ordered:

1. The trustee shall forthwith disburse from the estate to Bill Atalla his deferred compensation in the amount of $12,500.00 and his unreimbursed expenses in the amount of $2909.00, which shall not be subject to future disgorgement.

2. Bill Atalla is hereby allowed a claim, with priority as a Chapter 11 expense of

ORDER ALLOWING IN PART
ADMINISTRATIVE EXPENSE CLAIM - 1

**DONALD A BAILEY**
720 Olive Way, #1000
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com

**Submitted But not Entered.**

administration, for severance pay in the amount of $75,000.00. The issues of the timing of payment of such claim, and whether it should be pro-rated along with other administrative expenses, are reserved for future determination.

  3. All other matters raised by the motion are continued to an evidentiary hearing to be set by the Court.

/// end of order \\\

Presented By:

DONALD A BAILEY
/s/ Donald A Bailey
WSB#12289
Attorney for Bill Atalla

Approved for Entry:

K&L GATES LLP

By /s/ David C Neu per email authorization
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER ALLOWING IN PART
ADMINISTRATIVE EXPENSE CLAIM - 2

**DONALD A BAILEY**
720 Olive Way, #1000
Seattle WA 98101
206 682 4802
donald.bailey@shaferbailey.com