Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle Rm 7206
Hearing Date: June 13, 2018
Hearing Time: 9:30 a.m.
Response Date: June 6, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF UTE WARTENBERG KAGAN IN SUPPORT OF MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES TO AMERICAN NUMISMATIC SOCIETY |

Ute Wartenberg Kagan declares as follows:

1. I am the Executive Director of The American Numismatic Society (the "ANS"). I have personal knowledge of the facts set forth herein. I make this declaration in support of the Trustee's Motion For Order Approving The Sale Of Certain Assets Of The Estate Free And Clear Of All Liens, Claims, Interests, And Encumbrances To American Numismatic Society.

2. The ANS, headquartered in New York city, is a non-profit organization dedicated to the study, research and public appreciation of coins, currencies, medals, and other related objects from all cultures, past and present.

DECLARATION OF UTE WARTENBERG KAGAN - 1
501419949 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3. The ANS has the foremost research collection and library specialized in numismatics in the United States. Since its founding in 1858, the ANS has assembled a permanent collection with over 800,000 objects dating from 650 BCE to the present, and a numismatic library which houses approximately 100,000 books, documents, and artifacts. The ANS resources are used to support research and education in numismatics, for the benefit of academic specialists, serious collectors, professional numismatists, and the interested public. The resources support publications of books and periodicals, lectures, academic seminars, and exhibitions.

4. On May 15, 2018, the ANS executed an Asset Purchase Agreement ("ANS APA") for the purchase of certain assets (the "Pre-1998 Assets") from the bankruptcy estate, following lengthy negotiations. The negotiations were at arms' length and made in good faith by the ANS. Neither I, nor the ANS has any connection to or relationship with the Trustee, Northwest Territorial Mint or the Medallic Art Company, other than that ANS was one of Medallic Art Company's customers as discussed below.

5. The ANS APA is based on the educational and historical value of the Pre-1998 Assets and not for purposes of economic advantage. Instead, if the sale is approved, the ANS will make use of the Pre-1998 Assets consistent with its core mission of historical preservation and education in the numismatic field.

6. The genesis of ANS's offer for the Pre-1998 assets began on February 2, 2018 when I contacted the Trustee to determine the status of ANS's dies at the Medallic Art Company. Prior to that time, I had been made aware of the Northwest Territorial Mint bankruptcy, but had understood that the company was being restructured. On February 2, we were told that ANS's dies at the Medallic Art Company were possibly being sold (beginning as early as 1913, ANS contracted with

DECLARATION OF UTE WARTENBERG KAGAN - 2
501419949 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900SEATTLE,
WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1678    Filed 05/23/18    Ent. 05/23/18 17:50:46    Pg. 2 of 4

Medallic Art Company to strike primarily limited edition medals). My husband found the Trustee's name and number and I called the Trustee. In an emails of the same day, the Trustee suggested ANS may want to purchase the Pre-1998 Assets and Paul Wagner suggested ANS visit the Dayton location.

7. On February 6, 2018, Mary Lannin, an ANS Trustee, and I flew to Reno and spent about 4 hours touring the Medallic Art Company Dayton plant. Rob Vugteveen was our guide and Edgar Chacon also helped. The visit was arranged by Paul Wagner, but he was not available that day. We looked in detail at the archives of medals, medals, galvanos, dies and other assets. We flew back to New York on Thursday.

8. The ANS only ever sought to purchase the Pre-1998 Assets. The ANS was concerned enough about the financial outlay for purchase of the Pre-1998 Assets and did not make any efforts to purchase post-1998 assets.

9. Due to the size of dies, under any circumstances, the ANS would be required to arrange for storage by a third party of the dies portion of the Pre-1998 Assets. Beth Deisher, an ANS trustee, has known Jerry Moran of Medalcraft for a number of years. I have known Jerry Moran for at least a couple of years. By March, Beth Deisher and I had begun to think about storage of the ANS dies and we reached out to Mr. Moran to discuss a storage arrangement of Pre-1998 dies should the Court approve a sale to ANS. Those discussions were put on hold when the Trustee was entertaining other offers for the assets. The discussions resumed when we were told the Trustee would again consider an ANS offer. On May 17, 2018, the ANS reached agreement with Medalcraft for the storage of Pre-1998 dies should the Court approve the sale to ANS. A copy of the agreement is attached hereto as Exhibit A.

DECLARATION OF UTE WARTENBERG KAGAN - 3
501419949 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900SEATTLE,
WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1678    Filed 05/23/18    Ent. 05/23/18 17:50:46    Pg. 3 of 4

10. Because the terms of the ANS APA require a closing by June 20, 2018 and for ANS to remove the purchased ANS Assets from the Dayton plan no later than June 29, 2018, the Trustee has consented to ANS packing the non-die portion of the ANS Assets at the Dayton plant at ANS's own expense and at the risk that the Court may not approve the sale to ANS. Paul Wagner and Edgar Chacon were at the premises on May 21, 2018 during the packing. Those assets will remain at the Dayton premises and will only be moved if the Court approves a sale to ANS.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Dayton, Nevada, this 22nd day of May, 2018.

/s/ Ute Wartenberg Kagan
Ute Wartenberg Kagan

DECLARATION OF UTE WARTENBERG KAGAN - 4
501419949 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1678    Filed 05/23/18    Ent. 05/23/18 17:50:46    Pg. 4 of 4