Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE SALE BY AUCTION OF MISCELLANEOUS PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |
|---|---|

I, Mark Calvert, declare as follows:

1. I am the Chapter 11 Trustee of Northwest Territorial Mint, LLC ("NWTM" or "Debtor") pursuant to the Court's order of appointment dated April 11, 2016. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge. I submit this Declaration in support of the Motion for Order Authorizing the Sale by Auction of Miscellaneous Property of the Estate Free and Clear of All Liens, Claims, Interests, and Encumbrances (the "Motion").

2. I hereby incorporate the information and statements contained in (i) the Declaration of Mark Calvert in Support of Motion for Order Granting Authority to Incur Credit; Approving Bid Procedures; and Approving Breakup Fee (Dkt. No. 1433); and (ii) Declaration of Mark Calvert in Support of Motion for Order Authorizing the Auction and Sale of the Debtor's Equipment, Dies,

DECLARATION OF MARK CALVERT IN SUPPORT OF
MOTION FOR ORDER APPROVING SALE OF
DEBTOR'S ASSETS AT AUCTION- 1

501411832 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1683    Filed 05/25/18    Ent. 05/25/18 18:02:16    Pg. 1 of 12

Tooling, Archives, and Inventory Free and Clear of All Liens, Claims, Interests and Encumbrances (Dkt. No. 1351). As explained in those declarations, I have been forced to shut down the company's operations and liquidate the Debtor's assets. While I have sought court approval to sell substantially all of the Debtor's assets at auction, I have engaged in negotiations with multiple potential buyers for the Debtor's assets.

3. By the Motion, I request authority to sell, at an auction to be conducted by Industrial Assets Corp. on June 6, 2018, certain miscellaneous items of property located in Dayton, Nevada and Green Bay, Wisconsin (the "Miscellaneous Property"). Pictures and written descriptions of the Miscellaneous Property are located on the attached Exhibit A. The Miscellaneous Property does not include any of the Debtor's coining dies.

4. I entered into an Asset Purchase Agreement with Industrial Assets Corp. for the sale of substantially all of the Debtor's equipment and machinery in exchange for $1.95 million. On March 14, 2018, the Court approved the sale with Industrial Assets Corp. *See* Dkt. No. 1531. Industrial Assets has not removed, from the Dayton facility, the equipment it acquired from the estate. Instead, as was contemplated by the Industrial Assets sale agreement, Industrial Assets intends to keep the property there and sell it at auction on June 6, 2018.

5. According to the Court's *Order Granting in Part and Denying in Part Motion for Relief from the Automatic Stay and Related Relief* ("Relief From Stay Order") (Dkt. No. 1450), the automatic stay is modified to allow Bob and Connie Hoff (the "Hoffs") to commence proceedings under Nevada law to take possession of the Dayton premises on or after June 30, 2018, if I have not vacated the premises by that date. I have reached an agreement in principal with the Hoffs to extend that date to July 31, 2018 and the Court has approved that extension. Nevertheless, I need to vacate the Dayton premises in short order.

6. Industrial Assets has agreed to include the Miscellaneous Property in its scheduled auction. Industrial Assets has agreed to auction the Miscellaneous Property in exchange for an 18% buyer's premium on the assets sold at auction. I believe it is in the best interests of the estate to

DECLARATION OF MARK CALVERT IN SUPPORT OF
MOTION FOR ORDER APPROVING SALE OF
DEBTOR'S ASSETS AT AUCTION- 2

501411832 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1683    Filed 05/25/18    Ent. 05/25/18 18:02:16    Pg. 2 of 12

authorize the sale of the Miscellaneous Property at an auction conducted by Industrial Assets. The Miscellaneous Property is not of significant value relative to the other assets of the estate. I believe it makes economic sense for Industrial Assets, who has already scheduled an auction, to auction the Miscellaneous Property. Doing so will avoid the cost and delay involved in engaging a separate auctioneer who would hold a separate auction for the Miscellaneous Property.

7. Other than Robert and Connie Hoff, I am unaware of any other party who asserts an interest in the Miscellaneous Property. For the reasons described in the Motion, the Hoffs' alleged prepetition security interest is the subject of a bona dispute because I believe that any prepetition lien held by the Hoffs is subject to avoidance under 11 U.S.C. § 544.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 25th day of May, at Seattle, Washington.

*/s/ Mark Calvert*
Mark Calvert

DECLARATION OF MARK CALVERT IN SUPPORT OF
MOTION FOR ORDER APPROVING SALE OF
DEBTOR'S ASSETS AT AUCTION- 3

501411832 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1683    Filed 05/25/18    Ent. 05/25/18 18:02:16    Pg. 3 of 12

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on May 25, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on May 25, 2018, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 25th day of May, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION FOR ORDER APPROVING SALE OF DEBTOR'S ASSETS AT AUCTION- 4

501411832 v4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

# DAYTON MISCELLANEOUS PROPERTY





2006 HONDA PILOT



CHEVY TRUCK



GUN SAFE



REFRIGERATORS



TELESCOPE

# DAYTON MISCELLANEOUS PROPERTY

  

METAL DETECTOR

 

WWII CAMERA F-56 ROLL MAGAZINE



LOT OF MICROWAVES



40 INCH VISIO TV FROM LIBRARY

 

LOT OF RETAIL MERCHANDISE FURNITURE

# DAYTON MISCELLANEOUS PROPERTY



LOT OF SHREDDERS



2 PALLETS OF TRADE SHOW EQUIPMENT

 

 

74 ROLLS

 

STEEL BEADS

  

2 SINGER Sowing Machines

 

Air King Fileter System



3 Pallets Misc Wire



1 Pallet of Vacumm Hoses

# DAYTON MISCELLANEOUS PROPERTY



Pallets of Misc Plating Tubes and Control Boxes



1 Pallet of Misc Control Boxes and Electrical Hookup Cases

 

Quarter Pallet of Pumice (Sandblast)

# DAYTON MISCELLANEOUS PROPERTY

  Pallet of Potters (Sandblast)

  Trinco Mix (Sandblast)

 TAR Crack Sealer and Boxes of Tar

# GREEN BAY MISCELLANEOUS PROPERTY

| | | |
|---|---|---|
| 338 | (8) TOOL HOLDERS | |
| 359A | FOREDOM SERIES SR ENGRAVER  FOOT PEDAL CONTROL WITH BENCH, LIGHT, & CHAIR |
| 359B | FOREDOM SERIES SR ENGRAVER  FOOT PEDAL CONTROL WITH BENCH, LIGHT, & CHAIR |
| 359A | FOREDOM SERIES SR ENGRAVER  FOOT PEDAL CONTROL WITH BENCH, LIGHT, & CHAIR |
| 359B | FOREDOM SERIES SR ENGRAVER  FOOT PEDAL CONTROL WITH BENCH, LIGHT, & CHAIR |
| 359C | VISE |
| 359D | VISE |
| 359E | VISE |
| 359F | CUTTER |
| 359G | SURFACE PLATE WITH GAUGE |
| 359H | 6' STEP LADDER & 2 WHEEL CART |
| 359I | (5) VACUMNS |
| 359J | 3 CHAIRS & 2 CABINETS |
| 359K | CONTENTS OF OFFICE  2 DESKS, 2 CHAIRS, 2 FILE CABINETS, COMPUTER & PRINTER |
| 359L | DESK, CHAIR, COMPUTER & 2 SCREENS |
| 359M | DESK, CHAIR, 2 COMPUTERS & 3 SCREENS |
| 359N | DESK,CHAIR,COMPUTER, SCREEN, & PRINTER |
| 359O | DRAWING DESK |
| 359P | BROTHER FAX WITH STAND & CABINET |
| 359Q | (2) LATERAL FILE CABINETS |
| 359R | WOOD BENCH |
| 359S | WORK BENCH |
| 359T | WORK BENCH |
| 359U | PLASTIC SHELVING |
| 359V | TABLE WITH 2 CHAIRS |
| 359W | 4 SHELF UNITS OF BLANKS |
| 359X | PLASTIC SHELF UNIT WITH SUPPLIES |