Entered on Docket May 29, 2018

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA |
| Debtor. | ORDER DENYING TRUSTEE'S EX PARTE MOTION TO SHORTEN TIME |

THIS MATTER came before the Court on the Trustee's *ex parte* Motion to Shorten Time [Dkt. No. 1685] (the "Motion to Shorten Time") for a hearing on the Motion for Order Authorizing the Sale by Auction of Miscellaneous Property of the Estate Free and Clear of all Liens, Claims, Interests, and Encumbrances [Dkt. No. 1682] (the "Auction Motion"). The Trustee seeks a hearing on the Auction Motion on Friday, June 1, 2018. The Trustee filed the Motion to Shorten Time after 5 p.m. on Friday, May 25. Since May 28 was a federal holiday, the earliest any party could receive notice of the proposed hearing is today, May 29. Conducting a hearing three days later would deprive interested parties the opportunity to review and respond

ORDER DENYING TRUSTEE'S MOTION TO SHORTEN TIME - 1

**Below is the Order of the Court.**

to the Auction Motion. The Trustee effectively seeks approval of the Auction Motion *ex parte* without identifying any basis for entering the requested relief without meaningful notice. Moreover, given that the date of the auction identified in the Auction Motion has been known for weeks, the Trustee does not explain why he waited until now to seek permission to authorize the sale of additional items at the auction. Absent an explanation, the Court concludes the Trustee has created or exacerbated any exigent circumstances. For these reasons, it is hereby

ORDERED that the Motion to Shorten Time is DENIED.

/// END OF ORDER ///