|  | Hon. Christopher Alston |
|---|---|
| 1 | Chapter 11 |
| 2 | Hearing Date: June 13, 2018 |
|  | Hearing Time: 9:30a.m. |
| 3 | Location: Courtroom 7206 |
|  | Response Date: June 1, 2018 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:  ) No. 16-11767-CMA
)
NORTHWEST TERRITORIAL MINT, )
LLC., )
) DECLARATION OF
Debtor. ) DEBRA M. MALCOLM
)
)
)
)

I, Debra M. Malcolm, declare the following to be true and correct to the best of my knowledge and belief:

1. I am an Investigator for the Federal Public Defender for the Western District of Washington. I have worked in this capacity for 18 years.

2. On May 2, 2018, I contacted Michael Parish by telephone regarding a letter signed by Mr. Parish and dated April 30, 2018, and attached.

3. I went over the information provided in the letter with Mr. Parish and he confirmed the accuracy of the information in the letter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of June, 2018.

/s/ Debra M. Malcolm
Debra M. Malcolm

---

DECLARATION OF DEBRA M. MALCOLM
(*In re: Northwest Territorial Mint, LLC*, Case No. 16-11767-CMA)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

April 30, 2018

To whom it may concern,

My name is Michael Parish, and I am the CEO of Alternative Logistics, LLC. I recently bought the factory equipment that formerly comprised Northwest Territorial Mint and Medallic Art Company. The location of this equipment is 80 E. Airpark Vista Blvd., Dayton, NV 89403.

Currently, we have fewer than 60 days to either renegotiate the lease on the building currently housing the equipment, or alternatively, to find a new location, preferably in the Carson City area, to move this vast factory and to get it operational once again.

Mr. Hansen was the CEO of Northwest Territorial Mint for 35 years, and the CEO of Medallic Art Company for seven years. His knowledge of the industry and of these assets is unique and critical to reestablishing a viable operation. He is currently working for me as a special consultant at the rate of $50 per hour. Once our new company is officially standing up in the state of Nevada, Mr. Hansen will shift to a salary at a rate yet to be determined.

I have been informed of Mr. Hansen's recent indictment and the restrictions imposed upon him by the court, and will keep his employment within those parameters.

I can't overstate how important it is for Mr. Hansen to be helping me to reconstitute this historic and valuable company. He has committed to me that he will work with my other employees to train them and pass on his knowledge, so that if he is incarcerated at a future date we will have the best chance of success.

Please understand my critical timeline. I have been travelling out of the country for the last couple of weeks and had expected that he would already be hard at work in Nevada securing the future of my new business. Please do what is necessary to get him permission to travel.

_____

Michael Parish
253-350-8264