Alexander Koehler
P.O. Box 1914
Fallon, Nevada 89407
May 28, 2018

FILED
Western District of Washington
at Seattle

JUN 05 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Judge Christopher M. Alston
United States Bankruptcy Court
Western District of Seattle, Washington
700 Stewart Street, Room 6301
Seattle, Washington 98101

Re: Case No. 16-11767-CMA NOTICE OF HEARING ON MOTION TO APPROVE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES TO AMERICAN NUMISMATIC SOCIETY

Dear Judge Christopher M. Alston:

I, Alexander Koehler, acknowledge the receipt of NOTICE OF HEARING ON MOTION TO APPROVE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES TO AMERICAN NUMISMATIC SOCIETY and confirm my claim number 2547 is still valid.

I question the sale of Medallic's company owned dies and hubs for medals, plaques and other objects made by and for Medallic Art Company before January 1, 1998.

According to Docket 1641, the motion to convert Northwest Territorial Mint, LLC bankruptcy case from a Chapter 11 to a Chapter 7 was denied. How can a company reorganize when they have a skeleton crew and minimal new creditors to do future business transactions with?

According to UST-17 Exhibit 11, Northwest Territorial Mint has been officially out of business since December 29, 2017. How can Northwest Territorial Mint, LLC reorganize when there isn't even an operating company to reorganize? Isn't selling off the company's assets, that are vital to its continued operation, liquidation? Wouldn't this action be more in line with a Chapter 7 bankruptcy and not a Chapter 11?

After inspecting the profit and loss statements obtained from Northwest Territorial Mint's bankruptcy information on the website *http://existingbullionorders.com/info.html*, I have found that in the year 2017 Northwest Territorial Mint had an operating loss of $1,068,154. That loss does not include any of the non-operating administrative expenses the estate incurred during that same time. This again makes me wonder how can a company with over a million dollar net loss reorganize if they are selling the dies they used for minting coins, as this was their main source of income?

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

All Rights Reserved

*[signature]*

Alexander Koehler