FILED
Western District of Washington
at Seattle

JUN 05 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

September 30, 2018

### Northwest Territorial Mint Die Request Form
### Claim of Ownership: Case # 16-11767-CMA

**Attention: Honorable Christopher M. Alston, U.S. Bankruptcy Judge**
**Attention: Mark Calvert, Trustee**

Claimant:
Thomas Baker
Founder/Owner
Global Music Awards
7946 Ivanhoe Avenue, Suite 201
La Jolla, California 92037, USA
Email: entries@globalmusicawards.com
Telephone: +01-858-779-1420

We believe we have rights to the dies in question for multiple reasons. 1) The image on our medallion is a proprietary, licensed image owned by us and not by NWTM. We have exclusive rights to this image and it may not legally be passed on or used by any other party. 2) Our trade name and byline are part of the front and back of medallion design and may not legally be used by any other party. 3) Because of our legal rights to the image, trade name and byline the dies may not be sold to any other party by the Trustee; nor do the dies have any functional value to any party other than Global Music Awards. 5) Since we fully paid for design, tooling and exclusive use of the dies in the beginning, it would be unfair, unethical and inequitable on the part of the Trustee to create a situation in which we would be forced to pay for the dies and use of the dies a second time. 6) Holding the dies hostage for a second sale by the Trustee has been and is very disruptive for the flow of our business and will soon result in a financial loss because of our inability to resupply our inventory of medallions.

We respectfully request that the Trustee promptly send the dies and all associated materials related to the dies including bas-relief sculptures, trim tools and any remaining samples of struck and specimen medallions to Global Music Awards at the address listed below.

Sincerely,

*[signature]*

Thomas Baker, Ph.D
CEO, Founder
Global Music Awards
7946 Ivanhoe Avenue, Suite 201
La Jolla, CA 92037, USA
drbaker@globalmusicawards.com
www.globalmusicawards.com
+01-858-779-1420

Copy mailed to: The Honorable Christopher M. Alston, U.S. Bankruptcy Judge, 700 Stewart Street, Seattle, WA 98101
Copy mailed to: c/o Denise Lentz, K&L Gates LLP, 925 Fourth Ave., Suite 2900, Seattle, WA 98104

# NORTHWEST TERRITORIAL MINT
Medallions – Medals – Coins – ChallengeCoins

## RUSH DOMESTIC

PROJECT/CLIENT: Global Music Awards





A038867

Marty

MP

7 April 14

V4

Bronze

Antique

3 inch

50

**Splash die**



A038867
Approximate Size

1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com

NOTE: Graphic representation not to scale. Please read SCALE measurement. It is the responsibility of the customer – prior to final production – to approve any text is correct. All PMS colors used in the product are to closest match specification. It is the customer's responsibility to verify listed PMS colors.

...property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint...

PROJECT: CLIENT: Global Music Awards (reverse)

ENGRAVING

A038879
Marty
MP
23 April 14
V7
Bronze
Antique
3 inch
50

Splash die

A038879
Approximate Size

NOTE: Graphic representation not to scale - please review SCALE IMAGE. It is the responsibility of the customer - print is the final proof - any text is correct. All PMS colors used in the production are approximate. It is the customer's responsibility to verify. Proof PMS approximate and will differ.

Property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is prohibited.

1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com