Richard Keeton
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

June 8, 2018

**<u>Via CM/ECF</u>**

Ragan L. Powers
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

    Re:   *In re Northwest Territorial Mint, LLC*, Case No. 16-11767-CMA
           Request for Telephonic Appearance

Dear Mr. Powers:

    The Court received your letter filed on June 8, 2018 [Docket No. 1701], requesting that you be allowed to appear by telephone for the hearing set for **Wednesday June 13, 2018, at 9:30 a.m.** in the above-referenced proceeding. Please be advised that Judge Alston has denied the request. A possibility of being out of town is not sufficient cause for the Court to grant telephonic appearance. You may renew your request for telephonic appearance by subsequent letter once you confirm you will be out of town, state the place of the deposition, and identify the case related to the depositions.

    Please do not hesitate to contact chambers should you have any questions.

                                       Sincerely,

                                       Richard Keeton
                                       Law Clerk to the Honorable Christopher M. Alston