Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Wednesday, June 13, 2018
Hearing Time: 9:30 a.m.
Response Date: June 6, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

**TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER ESTABLISHING DEADLINE REGARDING DISPOSITION OF ROSS HANSEN'S PERSONAL PROPERTY**

### I. INTRODUCTION

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor"), files this reply in support of his motion (the "Motion") seeking an order establishing a deadline regarding disposition of Ross Hansen's personal property located in the NWTM facility in Dayton, Nevada. Mr. Hansen has had ample opportunity to retrieve his personal items. There is no valid reason that this Court should not grant the simple relief requested in the Motion—that a deadline be set for Mr. Hansen to retrieve his personal items before the Trustee is forced to vacate the Dayton premises.

### II. REPLY

Nowhere in Mr. Hansen's response does he indicate why entry of a deadline is inappropriate. Instead, Mr. Hansen attempts to attack the Trustee by inserting an issue which is not implicated by the Motion - namely, the issue of preservation of business records. Mr. Hansen argues that this Motion is related to the desire of Mr. Hansen and his criminal defense attorney to review records

TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR
ORDER ESTABLISHING DEADLINE REGARDING
DISPOSITION OF ROSS HANSEN'S PERSONAL
PROPERTY - 1
501557436 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1705    Filed 06/08/18    Ent. 06/08/18 14:20:08    Pg. 1 of 4

related to his defense. In reality, the Motion is nothing more than the Trustee's attempt to get Mr. Hansen to remove his personal property from the Dayton premises, and to put an end to the repeated accusations by Mr. Hansen that the Trustee will not allow him to get his property.

Mr. Hansen's personal property and the business records of NWTM are separate and distinct. This Court has already ruled that the Trustee may not destroy or dispose of business records, and Mr. Hansen, through his criminal counsel, has requested guidance from the United States District Court regarding preservation of those records. The Trustee and the United States Attorney have responded to the motion pending in the United States District Court, and are awaiting a ruling. The status of the business records and the pending criminal proceeding is wholly irrelevant to the issue of whether Mr. Hansen should avail himself of the Trustee's repeated offer for him to pick up his personal items and this Court need not await the outcome of the pending motion in the criminal proceeding to rule that Mr. Hansen must retrieve his personal items by a date certain. With respect to the business records, the District Court will rule regarding issues of preservation, and the Trustee, the Assistant United States Attorney, and Mr. Hansen will need to work together to figure out how to meet the District Court's requirements.

Mr. Hansen seeks, in his response, entry of an order that would allow himself access to the entire Dayton facility to review and catalogue all documents held in that facility. This request is unnecessary, overbroad, and has nothing to do with this Motion. The Trustee has offered to package the personal property of Mr. Hansen and have it available at the entryway to the facility, but Hansen has chosen to not pick the property up. The Trustee has been seeking for more than two months for Mr. Hansen to pick up his personal items but Mr. Hansen has refused to take any action.

Mr. Hansen states in his response that his travel to Dayton has been restricted by his arrest. His arrest is no excuse for his failure to act. The emails from Ms. Christina Lacy of the US Probation office indicate that permission to travel to Dayton to pick up his personal property was granted on May 18, 2018. Nor is there any reason why a designated agent of Mr. Hansen cannot pick up the property.

TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER ESTABLISHING DEADLINE REGARDING DISPOSITION OF ROSS HANSEN'S PERSONAL PROPERTY - 2
501557436 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

### III. CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that the Court establish a deadline of June 30, 2018 regarding the disposition of Hansen's personal property.

DATED this 8th day of June, 2018.

K&L GATES LLP


By */s/ David C. Neu*
  Michael J. Gearin, WSBA #20982
  David C. Neu, WSBA #33143
  Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER ESTABLISHING DEADLINE REGARDING DISPOSITION OF ROSS HANSEN'S PERSONAL PROPERTY - 3
501557436 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1705    Filed 06/08/18    Ent. 06/08/18 14:20:08    Pg. 3 of 4

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on June 8, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 8th day of June, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER ESTABLISHING DEADLINE REGARDING DISPOSITION OF ROSS HANSEN'S PERSONAL PROPERTY - 4

501557436 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1705    Filed 06/08/18    Ent. 06/08/18 14:20:08    Pg. 4 of 4