The Honorable Christopher M. Alston
Chapter 11
Hearing Date: Wednesday, June 13, 2018
Hearing Time: 9:30 am
Hearing Location: Seattle, Rm. 7206
Response Date: June 6, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

No. 16-11767-CMA

STATEMENT IN RESPONSE TO TRUSTEE'S REPLY IN SUPPORT OF MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBERANCES TO AMERICAN NUMISMATIC SOCIETY

Comes now, American Numismatic Association, Dick Johnson, Friedrike Merck, Daniel Altshuler, Don Everhart, Gould Studios, Don Wiegand and the Wiegand Foundation New York Numismatic Club, Karen Worth, Manship Artists Residency, Bob Palmisano, the heirs of Berthold Nebel, the Heirs of Marcel Jovine, the Heirs of Walker Hancock, and the National Sculpture Society (collectively the "Interested Parties"), Interested Parties in the above-reference matter, by and through their attorneys, Michelle Carmody Kaplan, of Kaplan Law PLLC, and John E. Kennedy, of Morley Thomas Law, and hereby submit this Statement in Response to the Truste's Reply in Support of Motion for Order Approving the Sale of

Interested Parties Statement
Re: Trustee's Reply – ANS Sale - 1

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

Certain Assets of the Estate Free and Clear of Liens, Interests, and Encumberances to American Numismatic Society. [ECF No. 1706].

1. The Interested Parties do not object to the sale of the pre-1998 MACO dies to the American Numismatic Society pursuant to the Trustee's Motion for Order Approving the Sale of Certain Assets of the Estate Free and Clear of Liens, Interests, and Encumberances to American Numismatic Society (the "ANS Sale Motion") [ECF No. 1676].

2. Prior to the filing of the ANS Sale Motion, Mr. Kennedy and the undersigned worked with Aimee Willig, counsel for the American Numismatic Society, and the Trustee's counsel, to generate a mutually agreeable form of order. That order was to have been filed with the Court as the proposed order in connection with the Sale Motion. The agreed order is now filed by the Trustee today.

3. As to the sale of assets to American Numismatic Society, the Interested Parties have none of the concerns raised previously in this case with respect to potential purchasers of assets. To the contrary, the Interested Parties seek to have assets in the hands of ANS as a wholly trusted organization founded upon a mission of historical preservation and education.

4. In fact, the following language setting forth ANS's history and purpose was proposed by Mr. Kennedy in connection with the drafting of an agreed order:

> The Court recognizes that the *American Numismatic Society* is a not-for-profit organization dedicated to the study of coins, currency, medals, tokens, and related objects from all cultures, past and present. The ANS has the foremost research collection and library specialized in numismatics in the United States whose resources are used to support research and education in numismatics, for the benefit of academic specialists, serious collectors, professional numismatists, and the interested public. The remaining assets of the Medallic Art Company, which include pre-1998 coining dies, sample strikes, galvanos and other miscellaneous and associated work have substantial historical and educational value consistent with the ANS' mission to support research and education in the Numismatic field. The ANS represents that its ownership and use of the MACO assets will remain consistent with its mission of education and historical preservation in the Numismatic Field.

Interested Parties Statement
Re: Trustee's Reply – ANS Sale - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

*The Court recognizes that the ANS APA is based on the educational and historical value of the MACO assets and not for purposes of economic advantage. While nothing in this Order authorizes the transfer of any copyright or other intellectual property, the ANS may make use of the purchased assets consistent with its core mission of historical preservation and education in the Numismatic field.*

DATED this 11th day of June 2018.

| KAPLAN LAW PLLC | MORLEY THOMAS LAW |
|---|---|
| By /s/ *Michelle Carmody Kaplan* <br> Michelle Carmody Kaplan <br> WSBA No. 27286 <br> Attorney for Interested Parties | By /s/ *John E. Kennedy* <br> John E. Kennedy <br> Pro Hac Vice OSB 98/2697 <br> Attorney for Interested Parties |

Interested Parties Statement
Re: Trustee's Reply – ANS Sale - 3

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

Case 16-11767-CMA    Doc 1711    Filed 06/11/18    Ent. 06/11/18 13:14:29    Pg. 3 of 3