| Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA # 33143<br>Brian T. Peterson, WSBA # 42088<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Christopher M. Alston<br>Chapter 11 |
|---|---|

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION TO APPROVE TERMS OF SEVERANCE AGREEMENT WITH EDGAR CHACON |
|---|---|

I, Mark Calvert, declare as follows:

1. I am the Chapter 11 Trustee of Northwest Territorial Mint, LLC ("NWTM" or "Debtor") pursuant to the Court's order of appointment dated April 11, 2016. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge. I submit this Declaration in support of the Motion to Approve Terms of Severance Agreement with Edgar Chacon (the "Motion").

2. Since May 2017, I have engaged in extensive marketing efforts related to a potential sale of the business. I entertained expressions of interest from multiple parties including offers to purchase the assets of the estate on a going concern basis for substantially all of the assets of the estate. No concrete offer materialized for such a sale on terms which provided any meaningful return to the estate. I have been forced to shut down the company's operations and liquidate the Debtor's assets.

DECLARATION OF MARK CALVERT IN SUPPORT OF
MOTION TO APPROVE TERMS OF SEVERANCE
AGREEMENT WITH EDGAR CHACON - 1

501595533 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 1722   Filed 06/15/18   Ent. 06/15/18 15:48:53   Pg. 1 of 4

3. Since the beginning of this year, I have engaged in negotiations with multiple buyers for various assets of the estate. I have separately reached agreements with Industrial Assets Corp. ("Industrial Assets"), Medalcraft Mint, Inc. ("Medalcraft"), and American Numismatic Society, for the purchase and sale of certain assets of the Debtor. The Industrial Assets and Medalcraft agreements were approved by the Court and have closed. The sale to Industrial Assets Corp. included substantially all of the Debtor's physical machinery and equipment. Medalcraft purchased the Medallic Art name and website; marketing materials; Medallic archives; customer list; sales history; vendor list; certain company owned dies associated with any customer for which there has been a sale in the last 20 years; tools; and woodworking equipment and other assets. The sale to American Numismatic includes older Medallic dies, medals, plaques, and other objects and archives that were created prior to January 1, 1998. The sale to American Numismatic Society was recently approved by this Court.

4. One of the Debtor's facilities is located in Dayton, Nevada. That facility housed the majority of the Debtor's custom minting operations. I closed business operations in Dayton at the end of December 2017. I have until the end of July to vacate the Dayton premises before Bob and Connie Hoff, the landlord, may commence an unlawful detainer action under state law. The majority of staff in Dayton, Nevada has been laid off and only a skeleton staff of five employees remains.

5. Edgar Chacon is the plant manager of Dayton and has a wide array of duties, which include but are not limited to managing the shut down of the company, arranging the shipment of dies, preparing items of property for sale, assisting with records retention or destruction, and maintaining the building in accordance with lease obligations. There is no other employee in Dayton that has the capability of performing the duties of Mr. Chacon, which are essential to my ability to wind down the company and liquidate the assets in Dayton, Nevada.

6. In early May, I reached an agreement with Mr. Chacon to ensure that he will stay employed through the closing and move-out of the Dayton, facility. Consistent with my

DECLARATION OF MARK CALVERT IN SUPPORT OF
MOTION TO APPROVE TERMS OF SEVERANCE
AGREEMENT WITH EDGAR CHACON- 2

501595533 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1722    Filed 06/15/18    Ent. 06/15/18 15:48:53    Pg. 2 of 4

understanding with Mr. Chacon, I have prepared a letter agreement for the Court's approval that is attached hereto as <u>Exhibit A</u> (the "Severance Agreement").

7. The Severance Agreement with Mr. Chacon provides that I will pay Mr. Chacon severance in the amount of $14,700 (approximately two months of pay) on July 8, 2018. In exchange, Mr. Chacon promises to continue working for the estate until such time that all tasks in Dayton are completed or until I determine that his employment is no longer necessary. Mr. Chacon will not seek, or accept other employment during this time. Under the agreement, Mr. Chacon will continue to be paid his existing normal hourly rate, at no less than 40 hours a week. All overtime, if approved, will be paid as time and a half.

8. If Mr. Chacon were to leave, I would be forced to locate and hire someone to perform Mr. Chacon's duties on a short-term basis. It would be very difficult to find such a person on short notice and such a person will not have the institutional knowledge and experience of Mr. Chacon. Even if I were able to find such an individual to hire, I would be forced to travel to Dayton often to supervise the management of the Dayton facility and oversee the sale and shipment of remaining property located in that facility.

9. For the foregoing reasons, I believe that approval of the Severance Agreement is in the best interests of the estate and justified under the circumstances. I therefore request that the Court approve the Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 15th day of June, at Seattle, Washington.

*/s/ Mark Calvert*
Mark Calvert

DECLARATION OF MARK CALVERT IN SUPPORT OF
MOTION TO APPROVE TERMS OF SEVERANCE
AGREEMENT WITH EDGAR CHACON- 3

501595533 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1722    Filed 06/15/18    Ent. 06/15/18 15:48:53    Pg. 3 of 4

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on June 15, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on June 15, 2018, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
c/o Ross Hansen, Member
P.O. Box 2148
Auburn, WA 98071-2148

Mr. Edgar Chacon
80 E. Airpark Vista Blvd
Dayton, NV 89403

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 15th day of June, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF MARK CALVERT IN SUPPORT OF MOTION TO APPROVE TERMS OF SEVERANCE AGREEMENT WITH EDGAR CHACON- 4

501595533 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1722    Filed 06/15/18    Ent. 06/15/18 15:48:53    Pg. 4 of 4