# EXHIBIT A

Cascade Financial
Mark Calvert (206) 909-3636
1501 4th Avenue #2840
Seattle, WA 98101


Edgar A. Chacon (775) 750-2373
70 Columbia Dr.
Dayton, NV 89403


Letter Agreement Regarding Severance Payment

Mr. Chacon,

By signing this letter agreement, you agree to the following terms stated below:

- You agree to continue to work as an employee of Northwest Territorial Mint, LLC ("NWTM") until the earlier of the following: (i) the date by which the Trustee of NWTM completes all necessary tasks associated with the wind-down of the business at 80 East Airpark Vista Blvd., Dayton, NV 89403 and vacates such premises, or (ii) when the Trustee determines, in his sole discretion, that your services are no longer necessary. The Trustee estimates that he will need your services through July 30, 2018.
- You will continue to be paid for your services according to your existing hourly rate, at no less than 40 hours a week. All overtime must be approved by the Trustee. If overtime is approved, overtime rate will be paid as time and a half.
- In exchange for the foregoing promise to continue to remain employed with NWTM, the Trustee agrees to pay you severance in the amount of $14,700.00. Such amount constitutes two months' worth of pay, and will be paid on July 8, 2018.
- This agreement constitutes a promise to continue to work for NWTM. You agree not to pursue or accept job offers while you are employed at NWTM.
- If you fail to perform your obligations under this letter agreement, you must refund the severance payment in full to the Trustee.
- This letter agreement shall be governed by the laws of the State of Washington, and the parties agree that the United States Bankruptcy Court for the Western District of Washington shall be the sole venue for any legal action related to this agreement.
- Except as expressly provided herein, this agreement does not modify or alter the terms of your employment with NWTM.
- This agreement is contingent upon approval by the Bankruptcy Court for the Western District of Washington.

501597018 v1

Edgar A. Chacon

X_____ DATE_____


Cascade Financial - Mark Calvert

X_____ DATE_____