**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | No. 16-11767-CMA<br><br>ORDER DENYING TRUSTEE'S MOTION FOR ORDER ESTABLISHING DEADLINE REGARDING DISPOSITION OF ROSS HANSEN'S PERSONAL PROPERTY |

This matter came before the Court on the Trustee's Motion for Order Establishing Deadline Regarding Disposition of Ross Hansen's Personal Property (the "Motion") (ECF No. 1662). The Court held a hearing on the Motion on June 13, 2018, at which it made findings of fact and conclusions of law that are incorporated herein. Now, therefore, it is hereby

ORDERED that the Motion is denied.

/ / / End of Order / / /

Presented by:

| Davis Wright Tremaine LLP<br>Attorneys for Ross Hansen | K&L Gates LLP<br>Attorneys for Trustee, Mark T. Calvert |
|---|---|
| By  */s/ Ragan L. Powers*<br>      Ragan L. Powers, WSBA #11935 | By  */s/ David C. Neu*<br>      David C. Neu, WSBA #33143 |

ORDER DENYING TRUSTEE'S MOTION - 1
4824-5257-6106v.1 0106937-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax