The Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF GORDON
SLETMOE, LEBANON OREGON
FIRE CHIEF

I, Gordon Sletmoe, declare under penalty of perjury pursuant to the laws of the state of Oregon as follows:

1.      I am the Fire Chief for Lebanon Oregon.

2.      In October 2016 the Lebanon Fire District purchased two dies from NWTM for a total of $1,400 in order to create challenge coins. We paid $700 for each die.

3.      After Receiving notice from the Trustee regarding how to assert ownership of the dies, I submitted an online form that included a copy of the invoice showing payment and an allegation of ownership of the dies. In response, I received the following email:

From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Thursday, May 31, 2018 3:12 PM
To: Gordon Sletmoe <gsletmoe@lebanonfire.com>
Subject: FW: Die Recovery Request Form

Mr. Sletmoe,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Lebanon Fire District. I have found the artwork for your coin and would be happy to process this request.  **The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other**

Declaration of Gordon Sletmoe - 1

**products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.**

Your die numbers are,
M 11 91
M 11 92

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

(Emphasis Added)

4.      Ms. Baker's email was very confusing as my understanding was that I would

have an opportunity to have the Court determine the ownership over the dies.

SIGNED this 15th    day of June, 2018 at Lebanon, Oregon

Gordon Sletmoe
Lebanon Fire Chief

Declaration of Gordon Sletmoe - 2