June 14, 2018

FILED
Western District of Washington
at Seattle

JUN 21 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

United States Bankruptcy Court
700 Stewart St #6301
Seattle, WA 98101

### *Notice of Northwest Territorial Mint LLC, Government agents and lawyers obstructing bankruptcy laws and their mental health.*

Dear Court Administrators,

"The United States Trustee Program is the component of the Department of Justice that works to protect the integrity of the bankruptcy system by overseeing case administration and litigating to enforce the bankruptcy laws.

Ensuring Compliance. Ensuring that all required reports, schedules, and fees are timely filed, and that the debtor manages money and assets consistent with the Bankruptcy Code and with its fiduciary duty to creditors....

Preventing Delay. Taking action to prevent undue delay by, for example, filing a motion to dismiss the case, to convert the case to a Chapter 7 liquidation, or to appoint a Chapter 11 trustee."

Above was taken from government website: https://www.justice.gov/ust/bankruptcy-fact-sheets/us-trustees-role-chapter-11-bankruptcy-cases

Government agent/BAR members and assigned trustee to this case have failed to protect creditors property and obstruct the bankruptcy laws causing much damage to the integrity of the bankruptcy system. Why they do this when a discharge in bankruptcy can make everyone whole is a mystery to me.

This lack of fiduciary duty to creditors would be appropriate to file complaints with the US Department of Justice. But these complaints fall into the hands of fellow lawyers. **BIASED**

The BAR disciplines attorney conduct and fiduciary duty to the public creditors which include: "commit any act involving moral turpitude, or corruption" WSBA Rules of professional conduct 8.4.

Government attorneys such as the U.S. Trustee or his assistant or the trustee and his lawyers could be considered in breach of fiduciary duties and/or corruption in this Bankruptcy proceeding.

Could it be one likely reason the lawyers won't discharge their duties in bankruptcy is they are all insolvent or bankrupt themselves and won't admit it or they suffer from mental breakdown due to the complexity and confusion of many U.S. codes, which are enacted by many lawyers over a long time now. The results are forms of madness, neurosis and psychosis causing harm to everyone around them with so many delays. I suggest a complete mental evaluation of every lawyer working for the U.S. Trustee's Office working on this case and Mark Calvert's lawyers in particular. Has the medical profession evaluated judge Alston? Why not?

Thank you for your government honesty and taking time to report any misconduct to the appropriate agency or any attorneys to Washington State Bar Association. The complaints should include complete mental evaluations of all the lawyers working this case. The BAR without conducting mental evaluations would be a complete derelict licensing association and an enemy of public safety.

Thank you,

Luc Martini