Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | Case No. 16-11767-CMA |
| NORTHWEST TERRITORIAL MINT, LLC, | SECOND NOTICE OF SUPPLEMENTAL BUDGET |
| Debtor. | |

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor") submits this second notice of supplemental budget (the "Second Supplemental Budget") pursuant to the Order Granting in Part and Denying in Part Motion for Relief from Stay (the "Order") (Dkt. 1450). The Order authorized the Trustee to use cash in the estate, otherwise subject to the lien of Robert and Connie Hoff, to pay expenses of liquidation of the bankruptcy estate, all in the amounts, for the purposes, and subject to the tolerances set forth in the Budget attached to the Order through and including March 9, 2018.

On March 8, 2018, the Trustee filed his first Notice of Supplemental Budget (the "First Notice"). The First Notice extended the Budget of the bankruptcy estate through June 30, 2018.

SECOND NOTICE OF SUPPLEMENTAL BUDGET- 1
501548775 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1736    Filed 06/21/18    Ent. 06/21/18 15:12:11    Pg. 1 of 5

Attached hereto as Exhibit A is a copy of the Second Supplemental Budget. The Trustee has provided the Second Supplemental Budget to Robert and Connie Hoff who have indicated their lack of objection to the Second Supplemental Budget and consented to the filing of this notice. The Second Supplemental Budget does not include payment of any of the costs relating to the Court's September 1, 2017 Cure Order (Dkt. 1185), as those amounts will be determined and paid after further agreements or proceedings.

DATED this 21st day of June, 2018.

K&L GATES LLP

By */s/ Michael J. Gearin*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

SECOND NOTICE OF SUPPLEMENTAL BUDGET- 2
501548775 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on June 21, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 21st day of June, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

SECOND NOTICE OF SUPPLEMENTAL BUDGET- 3
501548775 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

**NWTM Case # 16-11767CMA**
**Weekly Cash Flow from**
**5/28/18 to 8/31/18**

Discontinued Dayton Lease 8/1/18 --->

| | Actual | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Ending 6/3/2018 | Wk Ending 6/10/2018 | Wk Ending 6/17/2018 | Wk Ending 6/24/2018 | Wk Ending 7/1/2018 | Wk Ending 7/8/2018 | Wk Ending 7/15/2018 | Wk Ending 7/22/2018 | Wk Ending 7/29/2018 | Wk Ending 8/5/2018 | Wk Ending 8/12/2018 | Wk Ending 8/19/2018 | Wk Ending 8/26/2018 | Wk Ending 9/2/2018 | Total |
| **Opening Cash Balance** | $2,477,285 | $2,454,290 | $2,938,375 | $2,854,877 | $2,859,927 | $3,161,394 | $3,104,369 | $3,074,880 | $3,081,080 | $3,227,130 | $3,221,930 | $3,217,980 | $3,224,780 | $3,210,830 | $2,477,285 |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Unfactored Collections | $0 | $6,121 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $0 | $0 | $106,121 |
| Prestige Factored A/R Now NWTM | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Prestige Reserve | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Sale of Precious Metals | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Sale of Equipment Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Industrial Assets Deposit / DIP | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Sale of Dies for MetalCraft | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $150,000 | $0 | $0 | $0 | $0 | $0 | **$150,000** |
| Sale of Dies for Brookgreen | $0 | $16,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$16,000** |
| Sale of Older Dies NY Numismatic Assoc | $0 | $420,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$420,000** |
| Sale of Boy Scouts Inventory | $0 | $30,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$30,000** |
| Sale of Scrap | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Store Inventory | $0 | $0 | $0 | $0 | $350,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$350,000** |
| Clawback Claims | $0 | $0 | $0 | $0 | $1 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$1** |
| Payroll Fees | $0 | $0 | $500 | $0 | $500 | $0 | $500 | $0 | $500 | $0 | $500 | $0 | $500 | $500 | **$3,500** |
| World Pay Return/Chargeback | $0 | ($500) | $0 | ($500) | $0 | ($500) | $0 | ($500) | $0 | ($500) | $0 | ($500) | $0 | ($500) | **($3,500)** |
| Lease Reimbursement | $0 | $104,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$104,000** |
| Other Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| **Total Cash Receipts** | **$0** | **$575,621** | **$10,500** | **$9,500** | **$360,501** | **$9,500** | **$10,500** | **$9,500** | **$160,500** | **$9,500** | **$10,500** | **$9,500** | **$500** | **$0** | **$1,176,122** |
| | | | | | | | | | | | | | | | |
| **Cash Outflow** | | | | | | | | | | | | | | | |
| Payroll | $23,012 | $0 | $34,544 | $0 | $23,000 | $0 | $12,000 | $0 | $12,000 | $0 | $12,000 | $0 | $12,000 | $10,000 | **$138,556** |
| Payroll Liability from last wk of 2017 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Benefits | $0 | $3,500 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $0 | **$7,500** |
| Workman's Comp | $0 | $0 | $0 | $0 | $0 | $500 | $6,839 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$7,339** |
| Contract Labor/Cleaning Building | ($649) | $649 | $0 | $1,700 | $13,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | **$30,700** |
| Customer Deposits on file to return | $70 | $11,512 | $50,005 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$61,587** |
| Royalties | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Corp Taxes - Real & Personal Property | $0 | $0 | $0 | $0 | $8,084 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,700 | **$10,784** |
| Corp Expenses; Travel | $0 | $2,750 | $750 | $750 | $750 | $0 | $750 | $0 | $750 | $0 | $750 | $0 | $750 | $0 | **$8,000** |
| General Liability/Insurance | $563 | $2,879 | $0 | $0 | $0 | $2,879 | $0 | $600 | $0 | $0 | $0 | $0 | $0 | $0 | **$6,920** |
| Corp expenses - State Taxes | $0 | $500 | $0 | $0 | $0 | $0 | $10,000 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | **$15,500** |
| Prestige Factored A/R | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| US Trustee Fees | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $35,000 | **$40,000** |
| Facility Rent/Lease **NV** | $0 | $46,446 | $0 | $0 | $0 | $46,446 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$92,892** |
| Equipment Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Utilities | $0 | $0 | $8,700 | $0 | $0 | $0 | $8,700 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$17,400** |
| COGS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Equip Repair/Maint | $0 | $500 | $0 | $500 | $0 | $500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$1,500** |
| Consumables | $0 | $500 | $0 | $500 | $0 | $500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$1,500** |
| IT / Web / Hosting / Server /Software | $0 | $21,000 | $0 | $0 | $0 | $11,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$32,000** |
| UPS/FedEx **NV** | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$5,000** |
| Plant Maint/EPA compliance | $0 | $0 | $0 | $0 | $2,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$2,500** |
| Utilities **VA** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Facility Rent/Lease **WI** | $0 | $1,300 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$1,300** |
| UPS/FedEx **WI** | $0 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$1,000** |
| Complete Close down | $0 | $0 | $0 | $1,000 | $0 | $1,000 | $0 | $1,000 | $0 | $11,000 | $0 | $1,000 | $0 | $1,000 | **$16,000** |
| **Total Cash Outflow** | **$22,995** | **$91,536** | **$93,999** | **$4,450** | **$59,034** | **$66,525** | **$39,989** | **$3,300** | **$14,450** | **$14,700** | **$14,450** | **$2,700** | **$14,450** | **$55,400** | **$497,977** |
| **Increase (Decrease) in Cash** | **($22,995)** | **$484,086** | **($83,499)** | **$5,050** | **$301,467** | **($57,025)** | **($29,489)** | **$6,200** | **$146,050** | **($5,200)** | **($3,950)** | **$6,800** | **($13,950)** | **($55,400)** | **$678,145** |
| **Ending Cash Balance** | **$2,454,290** | **$2,938,375** | **$2,854,877** | **$2,859,927** | **$3,161,394** | **$3,104,369** | **$3,074,880** | **$3,081,080** | **$3,227,130** | **$3,221,930** | **$3,217,980** | **$3,224,780** | **$3,210,830** | **$3,155,430** | **$3,155,430** |