Jack J. Cullen, WSBA #7330
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Phone (206) 447-4400

Richard Levy, Jr., NYS Atty. #1696756
(adm. *pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Phone (212) 421-4100

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

**NORTHWEST TERRITORIAL MINT, LLC,,**

Debtor.

Case No. 16-11767-CMA

***EX PARTE* STIPULATION FOR WITHDRAWAL OF COUNSEL FOR UNITED STATES GOLF ASSOCIATION AND ORDER**

Pursuant to Local Bankruptcy Rule 2089-1(b)(1), United States Golf Association ("USGA"), and the undersigned attorneys, hereby stipulate to the withdrawal of Jack Cullen of Foster Pepper, PLLC and Richard Levy, Jr. of Pryor Cashman LLP, as counsel of record for USGA effectively immediately. All future papers and pleadings herein can be sent to USGA at the following address:

United States Golf Association
77 Liberty Corner Road
Far Hills, NJ 07931

Undersigned counsel certify that there are no deadlines, hearings or trial that will be automatically continued as a result of our withdrawal. Undersigned counsel Richard Levy, Jr. further certifies that I have notified USGA that they may not appear or file pleadings *pro se*.

EX PARTE STIPULATION FOR WITHDRAWAL OF COUNSEL
OF RECORD FOR UNITED STATES GOLF ASSOCIATION - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

53053802.1

Case 16-11767-CMA    Doc 1739    Filed 06/22/18    Ent. 06/22/18 11:44:22    Pg. 1 of 2

DATED this 11th day of June, 2018.

**FOSTER PEPPER PLLC**

*/s/ Jack Cullen*
Jack J. Cullen, WSBA #7330

and

**PRYOR CASHMAN LLP**

*s/ Richard Levy, Jr.*
Richard Levy, Jr., NYS Atty. #1696756
*Admitted Pro Hac Vice*

Attorneys for *United States Golf Association*

**UNITED STATES GOLF ASSOCIATION**

By: /s/ Belinda Berman
    Belinda Berman
    Associate General Counsel
Email: BBerman@USGA.org
Tel.: (908) 781-1034

EX PARTE STIPULATION FOR WITHDRAWAL OF COUNSEL
OF RECORD FOR UNITED STATES GOLF ASSOCIATION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

53053802.1

Case 16-11767-CMA    Doc 1739    Filed 06/22/18    Ent. 06/22/18 11:44:22    Pg. 2 of 2