Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

**STIPULATION FOR APPOINTMENT OF MEDIATOR AND ASSIGNMENT TO THE HONORABLE THOMAS T. GLOVER MEDIATION PROGRAM**

IT IS HEREBY STIPULATED by and between all parties to this stipulation involving the above-captioned chapter 11 case, that pursuant to Local Bankruptcy Rule 9044–1, this matter be referred to the Honorable Thomas T. Glover Mediation Program. The parties have conferred and have agreed that the following individual is mutually acceptable for appointment as mediator in this matter:

Lawrence R. Ream
Schwabe, Williams & Wyatt
1420 5th Ave Suite 3400
Seattle WA 98101
(206) 407-1551
lream@schwabe.com

The parties seek the appointment of Mr. Ream as mediator with respect to the existing dispute regarding certain WARN Act claims between the Trustee and Brittany Konkel, on behalf of herself and all others similarly situated. The parties further seek the Court's approval of the Trustee's payment of his share of any fees owed to the mediator in connection with the mediation as provided

STIPULATION FOR APPOINTMENT OF MEDIATOR AND
ASSIGNMENT TO THE HONORABLE THOMAS T.
GLOVER MEDIATION PROGRAM - 1

K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

501415176 v5

Case 16-11767-CMA    Doc 1743    Filed 06/27/18    Ent. 06/27/18 11:40:41    Pg. 1 of 4

in Local Bankruptcy Rule 9050-1(b). In support of this Stipulation, the parties stipulate as follows:

1. On April 1, 2016, Northwest Territorial Mint, LLC (the "Debtor" or "NWTM") filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code.

2. An order appointing Mark Thomas Calvert as Chapter 11 Trustee was entered on April 11, 2016.

3. On January 31, 2018, Brittany Konkel, on behalf of herself and all others similarly situated ("Konkel"), filed a class action adversary proceeding complaint (the "Complaint") for the recovery of damages arising from the Debtor's alleged violation of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 et seq. (the "WARN Act"). Ms. Konkel alleges that the Debtor failed, under the requirements of the WARN Act, to provide adequate notice to employees of the closure of the Debtor's Dayton, Nevada, facility.

4. Konkel voluntarily dismissed the Complaint without prejudice, but has indicated that, if the mediation is unsuccessful, she will file a motion for allowance of a WARN Act class administrative priority claim, and seek class certification for others similarly situated.

5. Konkel and the Trustee previously sought the appointment, via *ex parte* motion, of Jay Kornfeld as mediator. Subsequently, it was determined that Mr. Kornfeld would no longer act as mediator for this dispute and the parties agreed upon Mr. Ream as mediator.

6. Mr. Ream has agreed to act as mediator under the Thomas T. Glover protocol under the fee structure of Local Bankruptcy Rule 9050-1.

7. The parties seek entry of an order appointing Mr. Ream as mediator and authorizing the Trustee to pay his ½ share of mediator fees in connection with this mediation.

//
//
//
//
//

STIPULATION FOR APPOINTMENT OF MEDIATOR AND ASSIGNMENT TO THE HONORABLE THOMAS T. GLOVER MEDIATION PROGRAM - 2

K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

501415176 v5

1      8.      The attorneys for the parties are:

| Attorneys for the Trustee | Attorneys for Brittany Konkel |
|---|---|
| Michael J. Gearin<br>David C. Neu<br>Brian T. Peterson<br>K&L Gates LLP<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104<br>206 623 7580<br><br>*/s/Michael J. Gearin*<br>Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA #33143<br>Brian T. Peterson, WSBA #42088<br><br>June 27, 2018_____<br>DATED | Lawrence R Cock<br>Jack M Lovejoy<br>CFL LAW GROUP, LLP<br>1001 4th Avenue, Suite 3900<br>Seattle, WA 98154<br>206-812-0836<br><br>Lawrence R Cock WSBA # 20326<br>Jack M Lovejoy WSBA # 36962<br><br>Mary E Olsen<br>Vance McCrary<br>The Gardner Firm PC<br>PO Drawer 3103<br>Mobile, AL 36652<br>(251) 433-8100<br><br>*/s/Mary E. Olsen*_____<br>Mary E. Olsen<br><br>Stuart J Miller<br>Lankenau & Miller, LLP<br>132 Nassau Street, Suite 1100<br>New York, NY 10038<br>(212) 581-5003<br><br>June 27, 2018_____<br>DATED |

STIPULATION FOR APPOINTMENT OF MEDIATOR AND
ASSIGNMENT TO THE HONORABLE THOMAS T.
GLOVER MEDIATION PROGRAM - 3

K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

501415176 v5

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on June 27, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 27th day of June, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

STIPULATION FOR APPOINTMENT OF MEDIATOR AND ASSIGNMENT TO THE HONORABLE THOMAS T. GLOVER MEDIATION PROGRAM - 4

501415176 v5

K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1743    Filed 06/27/18    Ent. 06/27/18 11:40:41    Pg. 4 of 4