**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

                      Debtor.

Case No. 16-11767-CMA

**ORDER APPOINTING MEDIATOR AND ASSIGNMENT TO THE HONORABLE THOMAS T. GLOVER MEDIATION PROGRAM**

This matter came before the Court on the *Stipulation for Appointment of Mediator and Assignment to The Honorable Thomas T. Glover Mediation Program Pursuant to LBR 9044-1* (the "Stipulation"). The Court having considered the Stipulation, and the pleadings and papers herein, and having found that good cause exists for the relief requested in the Motion,

NOW, THEREFORE, it is ORDERED as follows:

1. Lawrence R. Ream is appointed as the Mediator under the Honorable Thomas T. Glover Mediation Program with respect to the dispute between the Trustee and Brittany Konkel, on behalf of herself and all others similarly situated ("Konkel").

ORDER APPOINTING MEDIATOR AND ASSIGNMENT
TO THE HONORABLE THOMAS T. GLOVER
MEDIATION PROGRAM - 1
501416157 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 1749   Filed 06/29/18   Ent. 06/29/18 08:14:52   Pg. 1 of 2

2. The Trustee is authorized to use estate funds to pay his share of Mr. Ream's mediator fees pursuant to LBR 9050-1 without further order of this Court.

3. The Trustee, Mediator, and Konkel are to comply with the provisions of Local Bankruptcy Rule 9040-1 through Local Bankruptcy Rule 9050-1.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee
Northwest Territorial Mint, LLC

Approved for Entry:

CFL LAW GROUP, LLP
Lawrence R Cock WSBA # 20326
Jack M Lovejoy WSBA # 36962

THE GARDNER FIRM PC
M Vance E McCrary
Mary E Olsen

/s/ *Mary E Olsen*

LANKENAU & MILLER, LLP
Stuart J Miller

Attorneys for Plaintiff

ORDER APPOINTING MEDIATOR AND ASSIGNMENT
TO THE HONORABLE THOMAS T. GLOVER
MEDIATION PROGRAM - 2
501416157 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022