Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm 7206
Hearing Date: Friday, July 6, 2018
Hearing Time: 9:30 a.m.
Response Date: July 2, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Case No. 16-11767-CMA

DECLARATION OF DENISE LENTZ IN SUPPORT OF TRUSTEE'S RESPONSE TO INTERESTED PARTIES' MOTION TO ENFORCE A PRIOR COURT ORDER

Denise A. Lentz declares as follows:

1. I am a paralegal with K&L Gates, LLP. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge.

2. On May 25, 2018, I caused the notice in the form attached hereto as Exhibit A to be sent to 5,629 customers of NWTM. On June 4 and 5, 2018, I sent the email and form of notice attached hereto as Exhibit B to 8,408 email addresses which were associated with the customers of NWTM to whom the notice had been mailed.

3. I arranged with Coin World to publish a copy of the notice in its weekly magazine for three consecutive weeks. Attached as Exhibit C-E are copies of the published notice.

//

//

DECLARATION OF DENISE LENTZ IN SUPPORT OF
RESPONSE TO MOTION TO ENFORCE ORDER - 1
501634848 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 29th day of June, at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF DENISE LENTZ IN SUPPORT OF
RESPONSE TO MOTION TO ENFORCE ORDER - 2
501634848 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on June 29, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 29th day of June, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF DENISE LENTZ IN SUPPORT OF
RESPONSE TO MOTION TO ENFORCE ORDER - 3
501634848 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1756    Filed 06/29/18    Ent. 06/29/18 16:39:37    Pg. 3 of 16

# EXHIBIT A

## NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to

501320751 v5

transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

**It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice.** The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter.

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

**Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate.** Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

# EXHIBIT B

| From: | Lentz, Denise A. |
|---|---|
| To: | Lentz, Denise A. |
| Subject: | IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES |
| Date: | Monday, June 04, 2018 3:55:14 PM |
| Attachments: | Corrected_NWTM_die_settlement_notice.pdf |

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

## NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to

501320751 v5

transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

**It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice.** The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year).

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

**Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate.** Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

# EXHIBIT C

**NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES**

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice. The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter.

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate. Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

## THE 2019 OFFICIAL BLUE BOOK OF U.S. COINS

The Blue Book's price listings offer a real-world look at the coin market, gathered from dealers around the country. The new 76th edition includes updated prices, special features, and many new photographs. Coverage includes colonial and early American coins, federal coins (half cents through gold double eagles), commemoratives, Proof sets, die varieties, private and territorial gold, tokens, the newest Presidential dollars, National Park quarters, bullion coins, and other United States Mint products. More than 24,000 prices in multiple grades. Easy-to-follow coin-grading instructions. Coins and tokens from the 1600s to today. Historical information. Hundreds of detailed, actual-size photos.

As a collector, you can use it to find out how much your coins are worth!

**CSBLUE19**
The Official Blue Book of
U.S. Coins Handbook 2019
**Retail - $12.95   AA - $9.95**

## Get yours today at
## AmosAdvantage.com

Or call **1-800-572-6885** Outside U.S. & Canada Call: **1-937-498-0800**

**ORDERING INFORMATION:** *AA prices apply to paid subscribers of Amos Media titles, or for orders placed online. Prices, terms and product availability subject to change. Shipping & Handling: U.S.: Orders total $0–$10.00 charged $3.99 shipping. U.S. Order total $10.01–$79.99 charged $7.99 shipping. U.S. Order total $80.00 or more charged 10% of order total for shipping. Taxes will apply in CA, OH, & IL. Canada: 20% of order total. Minimum charge $19.99 Maximum charge $200.00. Foreign orders are shipped via FedEx Intl. or USPS and billed actual freight.

## DETECTING COUNTERFEITS

# FAKE 1803 BUST DOLLAR

## LETTER, NUMBER SPACING BOTH WAY OFF

**BY MICHAEL FAHEY**

The number of counterfeit Bust, Seated, Trade, and Morgan silver dollars we are seeing at ANACS continues to increase.

As an authenticator, I have almost reached the point where I assume that every early type silver dollar and every key-date Morgan silver dollar I see will be a counterfeit.

The 1803 Draped Bust dollar illustrated here is a good example of what we are seeing lately.

Bust dollar variety specialists will spot the problems with this fake immediately. On a genuine 1803 Draped Bust, Large 3 dollar, the 13th star on the obverse almost touches the bust, and the 1 in the date almost touches the hair curl. On this counterfeit, there is a noticeable space on both.

Even so, this coin is evidence that the counterfeiters have been steadily improving their "product."

With this fake, the weight was within the tolerance level for a genuine coin, and the appearance of the stars, lettering and design details are all reasonable.



Under 10-power magnification you can see that these design elements are just a bit ragged, but not bad enough that the average collector would be able to spot the problems.

I have written many times over the past 35 years that counterfeiters tend to spend a lot of time with the obverse and reverse of their fakes, then "go cheap" with the edge. This is definitely the case here — a quick look at the edge reveals that the edge lettering HUNDRED CENTS ONE DOLLAR OR UNIT was poorly executed.

Notice the odd spacing of the word HUNDRED, which on a genuine coin is evenly spaced. On this fake, the letters appear as HU N D   R E D.





**Letters and numbers on this counterfeit 1803 Draped Bust, Large 3 dollar are considerably more widely spaced than on a genuine coin.**
*Images by Brian Kent, courtesy of ANACS.*

We have seen dozens of fake Bust dollars with this defective edge, including every date from 1794 to 1804, so the edge is a good place to start when examining a given coin. While properly spaced edge lettering does not guarantee that the coin is genuine, any Flowing Hair or Draped Bust dollar that exhibits the uneven spacing shown here is definitely a counterfeit.



**MICHAEL FAHEY** is a senior numismatist at ANACS in Denver, Colo.

21062p012.indd   12                                                                                                                                                      5/24/18   8:37 AM

Case 16-11767-CMA    Doc 1756    Filed 06/29/18    Ent. 06/29/18 16:39:37    Pg. 12 of 16

# EXHIBIT D



Special 1935-S Daniel Boone Bicentennial half dollar with 1934 PIONEER YEAR on the reverse and the S Mint mark is one of just 2,004 minted.

*Images courtesy of Q. David Bowers.*

### THE JOYS OF COLLECTING

# AFFORDABLE RARE COINS SOLD IN 1935

## DANIEL BOONE BICENTENNIAL COMMEMS

BY Q. DAVID BOWERS

In 1934, Wayte Raymond published *The Standard Catalogue of United States Coins*, complete with mintage and with prices in multiple grades! He also popularized album pages that fit in a binder and allowed coins to be viewed from both sides. In Neenah, Wisconsin, J.K. Post published his Penny Collector board, which was soon acquired by Whitman and launched the sale of many other albums. Two low-mintage commemorative half dollars minted in 1935 multiplied in value overnight. The number of collectors increased tenfold or more. The race was on!

During the hard times of the Depression, tens of thousands of people discovered the joys of numismatics and looked for "treasures" in pocket change and, if they could afford it, bought for investment a few low-mintage 1931-S Lincoln cents.

The commemorative coin boom of 1935 to 1936 increased the fever. This was launched by one man, Frank Dunn of Lexington, Kentucky, who was in charge of ordering and selling half dollars for the Daniel Boone Bicentennial in 1934. From his second-floor office in the Phoenix Hotel he sold 10,000 pieces for $1.60 each.

The year 1935 began in a normal way when 10,010 Boone halves were struck at the Philadelphia Mint in March and 5,005 each at the Denver and San Francisco Mints in May. These were dated 1935 on the reverse of the coin, representing the issue date. Philadelphia Mint coins were offered for $1.10 each, and $1.50 was charged for each Denver and San Francisco Mint coin. A 1935 Boone set of three coins cost a total of $4.10.

Unexpectedly, in October 1935 at the Philadelphia Mint 10,008 more 1935-dated Boone half dollars were made, but with the addition of 1934 PIONEER YEAR in small numerals on the right side of the reverse. In November the Denver and San Francisco Mints produced very small quantities, just 2,003 and 2,004 respectively, of the modified design. News releases calling attention to the rare issues were sent out by Dunn.

New York City newspapers, among others, carried the information that a pair of low mintage Boone half dollars had been created at the Denver and San Francisco Mints and could be ordered for $3.70 by sending remittances to Dunn. This equaled $1.85 per coin — a truly affordable rarity. An illogical issue, but at such a low price, why not buy a pair?

**Q. DAVID BOWERS** is chairman emeritus of Stack's Bowers Galleries and numismatic director of Whitman Publishing LLC. He can be reached at his private email, **qdbarchive@metrocast.net**, or at Q. David Bowers LLC, Box 1804, Wolfeboro, NH 03894.



### Walking Liberty & Franklin Half Dollar Sale

**Brilliant Uncirculated**
Blazing white examples with excellent eye-appeal, perfect for your collection.

**$39.00** buys the pair

FREE coin catalog with every order

### Morgan & Peace Silver Dollar Sale

**Brilliant Uncirculated**
Order this lustrous pair today, including a 1921 Morgan & a 1923 Peace!

**$66.00** buys the pair

Order both specials **$98.50**

Add $5.00 postage
10-day return

## Mount Vernon

P.O. Box 1468 Dept. CW
Annapolis, MD 21404

• **Coin World** advertiser since 1976 • www.mtvernoncoin.com

**Order Hotline: 800-368-2314**

---

### "LARGE COLLECTIONS OF COINS & CURRENCY"
## ANNUAL CONSIGNMENT AUCTION
### HUGE SELECTION OF 1000'S OF COINS & CURRENCY"
### SUNDAY JULY 1, 2018 - 11 AM
VIEWING: 10AM – COMPLIMENTRY PASTRY & COFFEE
LARGE VARIETY OF CERTIFIED & RAW COINS & CURRENCY
"OVER 500 SELECTED LOTS – MANY VOLUME LOTS"



**INCLUDES:** 1883-CC $20 Liberty Gold Coin PCGS MS62,1787 FUGIO NEW HAVEN RES, BRASS – PCGS MS63! 1793 ½ P WASH, SHIP, LE – PCGS AU 53! 1794 TOKEN FRANLIN PRESS – PCGS AU53! 1834 CAPPED BUST HALF – PCGS AU58! 1854 BRAIDED HAIR ½ CENT – PCGS MS64BN! LARGE SELECTION OF $20 - $10 - $5 - $2½ & $1 CERTIFIED & RAW GOLD COINS! 1000'S OF MORGAN & PEACE DOLLARS – HALVES – QTR'S – DIMES – PENNIES ETC! "BU ORIGINAL ROLLS" & VOLUME LOTS! LARGE VARIETY OF CURRENCY – CERTIFIED & RAW! GOLD & SILVER BULLION! LITERLY 1000'S OF PIECES!!!!

**PHOTO CATALOG ONLINE: WEDNESDAY JUNE 13TH @ www.proxibid.com/jpc**

**TERMS:** CASH! GOOD CHECK! AMERICAN EXPRESS! VISA! M/C! DISCOVER! IN HOUSE BUYERS PREMIUM! A 2½% DISCOUNT OFF BUYERS PREMIUM WITH PAYMENT BY CASH – GOOD CHECK – CERTIFIED FUNDS ETC! ALL ITEMS ARE SOLD "AS-IS"! NO GUARANTEES OR WARRANTEES ARE GIVEN OR IMPLIED!

**LOCATION: KNIGHTS EVENT CENTER, 1760 4TH AVE. E, SHAKOPEE, MN**
**AUCTIONEERS: JAMES PETERSON CO. LLC**
P.O. BOX 24735 * EDINA, MN55424 • TEL: 612-231-5999 • EMAIL: imauctnr@yahoo.com
**"PLAN NOW TO ATTEND – ONLINE OR IN HOUSE"**

**NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES**

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice. The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year).

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate. Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

# EXHIBIT E




The 1930s were rife with scandals involving U.S. commemorative coins, including the 1936 Cincinnati Music Center half dollar.

*Images courtesy of Q. David Bowers.*

THE JOYS OF COLLECTING

# 'SOLD-OUT' CLAIMS WERE DEALER LIES

## ABUSES IN COMMEMORATIVE COINAGE

BY Q. DAVID BOWERS

Today in world news, scandals are everyday occurrences. In numismatics, major scandals are few and far between. Probably the most notorious of these started in 1935 with commemorative coins providing the opportunity.

Frank Dunn of Lexington, Kentucky, was in charge of marketing the half dollars made for the Daniel Boone Bicentennial in 1934.

The series was continued in 1935 with issues from all three Mints. In October 1935 at the Philadelphia Mint, 10,008 more 1935-dated Boone half dollars were made but with the addition of 1934 / PIONEER YEAR in small numerals on the right side of the reverse. In November the Denver and San Francisco Mints produced 2,003 and 2,004, respectively, of the modified design. New York City newspapers, among others, carried the information that a pair of these low mintage Boone half dollars could be ordered for $3.70 by sending remittances to Dunn.

These were also advertised in *The Numismatist*. Orders rushed in, but there was a problem. Everyone who ordered received a "Sorry, sold out" letter. Dunn said that they had all been sold to those who had read newspaper accounts.

No collection was complete without these two coins. In an undisclosed way, some came on to the market, and the price rose to $50 per pair! Not long afterward it was discovered that Dunn had retained most of the coins.

However, he was never prosecuted, and he continued selling three-coin Boone sets yearly through 1938.

In El Paso, Texas, L.W. Hoffecker, proprietor of the Watkins Coin Company, issued 1935 Old Spanish Trail half dollars, mintage 10,000, for $2 each. These, too, were quickly "sold out," and the price multiplied. Hoffecker claimed he had none left, but years later his estate had many.

Not to be outdone, in Cincinnati, industrialist Thomas G. Melish desired, in effect, a personal commemorative coin. He came up with the idea of that city celebrating its 50th anniversary as "a musical center of America." Trouble is that nothing notable in music occurred 50 years earlier, in 1886. Stephen Foster, depicted on the obverse, had no connection with Cincinnati. Melish offered three-coin sets for $7.75. These too were quickly "sold out." The price jumped to about $50 per set. Miraculously, he and his associates had some available at the new price.

**Q. DAVID BOWERS** is chairman emeritus of Stack's Bowers Galleries and numismatic director of Whitman Publishing LLC. He can be reached at his private email, qdbarchive@metrocast.net, or at Q. David Bowers LLC, Box 1804, Wolfeboro, NH 03894.




**Walking Liberty & Franklin Half Dollar Sale**

**Brilliant Uncirculated** Blazing white examples with excellent eye-appeal, perfect for your collection.

$39.00 buys the pair

FREE coin catalog with every order

**Morgan & Peace Silver Dollar Sale**

**Brilliant Uncirculated** Order this lustrous pair today, including a 1921 Morgan & a 1923 Peace!

$66.00 buys the pair

Order both specials $98.50

Add $5.00 postage 10-day return

**Mount Vernon**

P.O. Box 1468 Dept. CW
Annapolis, MD 21404

• Coin World advertiser since 1976 • www.mtvernoncoin.com

**Order Hotline: 800-368-2314**



# Dual Threat OttLite

Item# ACC213W   Retail $109.99   AA* $59.99

This GREAT lamp has a large magnifier attached with a flexible goose-neck for easy movement & positioning. The magnifier is a 3X-5X power. The lamp has a 13w "E" bulb. This bulb is rated to last up to 10,000 hours! The lamp is also on a flexible stem for optimal positioning. Get this great Lamp/Magnifier while they last!

**amosadvantage.com • 1-800-572-6885**

*AA prices apply to paid subscribers of Amos Media titles, or orders placed online.
Prices, terms and product availability subect to change. Shipping and handling rates will apply.

**NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES**

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice. The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year).

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate. Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.