The Honorable Christopher M. Alston
Chapter 11
Hearing: Seattle, Room 7206
July 6, 2018 at 9:30 a.m.
Response Date: June 29, 2018

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT LLC,<br>                Debtor. | NO. 16-11767-CMA<br><br>Chapter 11<br><br>COHEN'S RESPONSE REGARDING ROSS HANSEN'S CAMERA |

Ross Hansen filed an objection to the Trustee's motion for an order authorizing the sale of remaining property of the estate stating that he was the owner of a "WWII Camera F-56 Magazine" which is in the possession of the debtor, the Mint. The Mint has in its possession other personal property of Mr. Hansen's including a telescope. Creditors Bradley Cohen and Cohen Asset Management Inc. (collectively "Cohen") will cause to be issued a writ of garnishment to the Mint for Mr. Hansen's camera and telescope.

Cohen requests that the court not include in any order on the Trustee's motion any language directing the Trustee to deliver the Camera or telescope to Mr. Hansen.

COHEN'S RESPONSE REGARDING ROSS HANSEN'S CAMERA - 1

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

MPBA{17065/006/01692015-1}

Case 16-11767-CMA    Doc 1761    Filed 07/03/18    Ent. 07/03/18 15:40:32    Pg. 1 of 3

The normal state court execution procedures should be allowed to proceed in the ordinary course.

DATED July 3, 2018.

    MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

By: /s/ Joseph A. Hamell
Joseph A. Hamell
WA State Bar No. 29423
Michael E. Gossler
WA State Bar No. 11044
Attorneys for Bradley S. Cohen and
Cohen Asset Management, Inc.

COHEN'S RESPONSE REGARDING ROSS HANSEN'S CAMERA - 2

MPBA{17065/006/01692015-1}

**MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Case 16-11767-CMA    Doc 1761    Filed 07/03/18    Ent. 07/03/18 15:40:32    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that I am, and at all times herein mentioned have been, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-mentioned action, and competent to be a witness herein.

On the date written below, I caused the above document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons who have requested such notice.

DATED this 3rd day of July, 2018, at Seattle, Washington.

/s/ Leslie Preskitt
Leslie Preskitt

COHEN'S RESPONSE REGARDING ROSS HANSEN'S CAMERA - 3

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

MPBA{17065/006/01692015-1}

Case 16-11767-CMA    Doc 1761    Filed 07/03/18    Ent. 07/03/18 15:40:32    Pg. 3 of 3