| | |
|---|---|
| Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA # 33143<br>Brian T. Peterson, WSBA # 42088<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Christopher M. Alston<br>Chapter 11 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>LIST OF PARTIES ASSERTING AN INTEREST IN NORTHWEST TERRITORIAL MINT COINING DIES |

On May 21, 2018, the Court entered the Order Approving Motion to Approve (I) Deadline to Assert Claims with Respect to Ownership of NWTM Coining Dies and (II) Settlement Protocol to Resolve Claims to Ownership of NWTM Dies (the "Die Order"). Dkt. No. 1671. Pursuant to the Die Order, the Court instructed the Trustee to file a list with the names, addresses and phone numbers of each party that has asserted an interest in a NWTM Die, to the extent the Trustee has not settled that parties claim. Attached hereto as Exhibit A is the list. The Trustee continues to work to resolve the claims of the parties identified on the list.

DATED this 3rd day of July, 2018.

K&L GATES LLP

By /s/ David C. Neu
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

LIST OF PARTIES ASSERTING AN INTEREST IN
NORTHWEST TERRITORIAL MINT COINING DIES - 1
501656713 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1762    Filed 07/03/18    Ent. 07/03/18 15:53:02    Pg. 1 of 12

# EXHIBIT A

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Civil Air Patrol | Jon Stokes | 208 S. Juanity Ave, Unite A Redondo Beach CA 90277 | 310-292-1165 |
| Rialto Police Benefit Assoc. | Richard Royce | PO Box 816 Rialto CA 92376 | 951-849-9764 |
| Idaho Central Credit Union | Sabrina Ferro | 4400 Central Way Chubbuck ID 83202 | 208-637-8330 |
| Petersen Products CO LLC | Phil Lundman | 421 Wheeler Avenue Fredonia WI 53021 | 262-692-2416 |
| Tiger 2 Productions | Steven Haskin | PO Box 340662 Beavercreek OH 45434 | 937-431-1195 |
| Minuteman Defese, LLC. | Scott Shane | 7604 Wedd Street Overland Park KS 66204 | 913-709-3247 |
| Institute for Defense and Business | Ronald Mann | 1250 Environ Way Chapel Hill NC 27517 | 919-969-8008 |
| Turnbridge | Casey Olayos | 189 Orange Street New Haven CT 06510 | 203-892-5790 |
| MCOV | Edward Crow | 200 228th Street SW Bothell WA 98021 | 715-747-4608 |
| Midlothian Fire Department | Kevin Lucia | 100 W. Avenue F, Midlothian TX 76065 | 972-775-7662 |
| | Erik Pfaffenbach | 1147 Superior Ave. Ventura CA 93004 | 805-861-7565 |
| Global Music Awards | Thomas Baker | 7946 Ivanhoe Ave Ste. 201 La Jolla, CA 92037 | 858-779-1420 |
| | Abel Barrientes | 1501 Rialto Lane Davis CA 95618 | 916-712-2978 |
| Buy Low Sell High, INC. | Thomas Crowley | 353 E 3475 N. Ogden UT 84414 | 801-391-6806 |
| Hand & Hammer Inc. | Chip deMatteo | 2610 Morse Lane Woodbridge VA 22192 | 703-491-4866 |
| Laramie County Commissioners | Valerie Miller | 310 W 19 St. Suite 300 Cheyenne WY 82001 | 307-633-4260 |
| US Army CERDEC | Darla Flanagan | 6585 Surveillance Loop Building 6002, 3rd. Floor Aberdeen Proving Ground MD 21005-5424 | 443-861-7609 |
| Rose Packing Company, INC. | Jim Vandenbergh | 65 S. Barrington Road Barrington IL 60010 | 847-381-5700 |
| Hanford Patrol | Monty Giulio | 5152 W. Killdeer Ct. West Richland WA 99353 | 509-373-1527 |
| | Michael McDowell | 1470 Rose Street Berkeley CA 94702-1230 | 510-703-1101 |
| Clark County | Jerry M. Green | 8800 NE Hazel Dell Ave. Vancouver WA 98665 | 360-576-1195 |
| Tukwila Firefighters | Chuck Woolley | PO Box 69104 Seatac WA 98168 | 253-381-0279 |
| Wisconsin FORCE | Karin Liebetrau | | |
| South Pasadena Police Dept. | Anthony Abdalla | 1422 Mission St. South Pasadena CA 91030 | 626-403-7277 |
| ASA Gold & Precious Metals | David Christensen | 400 S El Camino Real Suite 710 San Mateo CA 94402 | 650-376-3135 |
| City of Guymon Fire | Dean McFadden | 402 NE 24th Guymon OK 73942 | 580-338-5536 |
| Century 21 | Lisa Monteagudo | 89 Gage Blvd. Richland WA 99352 | 509-572-2456 |
| | Andrea Hidalgo | 1664 Sky Blue Drive Sun Prairie WI 53590 | 608-345-4695 |
| John T. Demptster, US Naval Sea Cadet | Debbie Treacy | 2145 Terwood Road Huntingdon Valley PA 19006 | 215-659-7922 |
| | Paul Kneib | 1002 York Way Gibsonia PA 15044 | 412-849-2261 |
| Pamlico County High School | Michael Robinson | 4504 Stratton Drive Trent Woods NC 28562 | 252-745-3151 |
| Lebanon Fire District | Gordon Sletmoe | 1050 W Oak Street Lebanon OR 97355 | 541-451-1901 |
| Earth Bound Construction | Eric Schack | 611 SW 23rd. Road Miami FL 33129 | 305-431-2007 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| AHMSA Internation | Ryan Richardson | 5150 N Loop 1604 W. San Antonio TX 78249 | 210-462-6732 |
| USIBWC | Lisa Holquin | 4171 N. Mesa Bldg. C Ste 306 El Paso TX 79902 | 915-832-4765 |
| KIALARA | Maxfield Mellenbruch | 2445 Brant St. # 510 San Diego CA 92101 | 619-987-4407 |
| Firetown Training Specialists | Steve Reno | 17705 157th Pl. SE Monroe WA 98272 | 360-794-5284 |
| Ryan Gander's Studio | Phil Mayer | 34 Ermine Mews Laburnum Street London AE E2 8BF | 206-555-1234 |
| Twin Arrows Camp | Gary Goldstein | 705 Boling Ranch Rd. Azle TX 76020 | 817-808-6481 |
| Euless Police Department | Gary Landers | 1102 W. Euless Blvd. Euless TX 76039 | 817-685-1506 |
| | Tom Schultz | 851 Violet Circle Naperville IL 60540 | 603-881-2821 |
| City of Brazil | Traci Orman | 203 E. National Ave. Brazil IN 47834 | 812-232-6003 |
| The Bronze Look, LLC | Randolph Evans | 311 Mercer Stret Princeton WV 24740 | 304-425-5005 |
| Choose Now Coin | Alexander Christensen | 889 S. Rainbow Bld. # 559 Las Vegas NV 89145 | 702-870-1000 |
| Elizabeth Avenue Vol. Fire Co. | Joel Lipman | 2 Wiley Drive Somerset NJ 08873 | 908-413-1705 |
| Historic Society of New Mexico | David Caffey | PO Box 1912 Santa Fe NM 87504 | 575-218-5774 |
| | Edward Yarish | 5849 Saddle Downs Place Centreville VA 20120 | 703-961-1198 |
| RNR RV Center | JoDean Bunny | 23203 E Knox Ave. Liberty Lake WA 99019 | 509-954-4896 |
| | Sarah Gann | 1415 Broadway St. Apt. 104 Fresno CA 93721 | 559-241-9199 |
| CDS | Robert LaBorde | 449n Montogomery Street Shreveport LA 71107 | 318-470-7290 |
| | Frank Ponzer | 1765 Wildfire Rd. Estes Park CO 80517 | 970-820-9630 |
| Development Authority of the North Country | Angela Marra | 317 Washington Street Suite 414 Watertown NY 13601 | 315-661-3289 |
| Stamford Police Department Bomb Squad | Phil Mazzucco | 14 Ledge Terrace Stamford CT 06905 | 203-327-1719 |
| Suffolk County | Daniel Furshpan | 100 Veterans Memorial Highway Hauppauge NY 11788 | 631-853-6187 |
| City of Redondo Beach | John LaRock | 415 Diamond Street Redondo Beach CA 90277 | 310-318-0671 |
| | Benjamin Paul | 1202 N 10th Place Renton WA 98057 | 617-512-4204 |
| Cowlitz 2 Fire & Rescue | Jeremy Huff | 701 Vine Street Kelso WA 98626 | 360-575-6291 |
| Evolutra Inc. | Gerard Hennelly | 1384 Hanbury Court Gahanna OH 43230 | 614-260-2911 |
| | Armando Mendoza | 1777 Main Street Lynden Washington 98264 | 509-290-2585 |
| Massachusetts Motorcycle Association | Doc D'Errico | PO Box 378 Brimfield MA 01010 | 508-954-8881 |
| American Towman | Annette O'Mahoney | 7 west Street Warwick NY 10990 | 845-986-4546 |
| 9th Civil Support Team | Daniel Ortiz | 11302 Independence Road Building 920 Los Alamitos, CA 90720 | 562-254-8284 |
| Alexco Resource Corp. | Colette MacMillan | 55 Burrard St. Box 216 Suite 1225 Two Bentall Centre Vancouver BC V7X 1M9 Canada | 604-631-4132 |
| Cafaye Imports LTD | Joe Grace | 1311 Vandalia St. Collinsville IL 62234 | 618-623-6719 |
| Ashland Fire Department Local 706 | Richard Carr | 1021 Carter Ave. Ashland KY 41101 | 740-550-1615 |
| Griesbach Lodge | Joe Zasada | 12304 118 Avenue Edmonton AB T5L 5G8 Canada | 780-218-5630 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| | Joseph Aaron | 16402 Ledge Park San Anotonio TX 78232 | 210-862-7843 |
| USAF | Ivy Schmit | 633 Independence Rd. Hurlburt Field FL 32544 | 318-664-0804 |
| Tyco Integrated Security | Robin Webb | 3601 Eisenhower Ave. Suite 300 Alexandria VA 22304 | 703-317-4227 |
| TTL Associates | Timothy Pedro | 1915 North 12thToledo OH 43604 | 419-214-5050 |
| Auramet Trading LLC | Justin Sullivan | 259 Calle Recinto Sur San Juan PR 00901 | 787-330-0086 |
| Genesis Alkali | Carla Ridenour | 956 County Road 11 Granger WY 82934 | 307-872-4123 |
| Hudson PTO | Annette Affeldt | 6611 Westpoint Dr. Hudson OH 44236 | 234-380-5567 |
| Tsuru Maritime, Inc. | Mike Bommersbach | 11012 Canyon Rd. Suite 8-850 Puyallup WA 98373 | 253-961-5281 |
| Falcon Defense Group | Steve Herberth | 3940 Bardstown Road, Suite 1A Louisville, KY 40218 | 502-491-6942 |
| Northern District of Ohio | Andrew Deserto | 801 Superior Ave. 12-100 Cleveland OH 44113 | 216-522-2068 |
| Secret Spot Gun Shop | Leo Bourne | 7221 Osborne Turnpike Richmond VA 23231 | 804-350-1042 |
| | Matthew Eckl | 32451 Golden Lantern Ste. 210 Laguna Niguel CA 92677 | 949-842-0196 |
| Yellow Dog Home | Joseph Dumas | 700 Windsor Street Gadsden AL 35903 | 256-492-6805 |
| Elderton State Bank | Volker Zaun | 143 N. Main Street P.O. Box 427 Elderton PA 15736 | 724-354-5015 |
| | Trevor Otto | | |
| Montana Fish, Wildlife & Parks | Wayde Cooperrider | 1420 E Sixth Avenue Helena MT 59620 | 406-444-9947 |
| Hobby Machine | Robert Miller | 1028 15th Avenue Fulton IL 61252 | 563-249-5715 |
| W C Jordan Enterprizes, Inc. | Curtis Jordan | 4452 Wonderland Drive Loiusville TN 37777 | 865-686-8191 |
| | Aaron Oppenheim | | 845-461-8112 |
| Everett Fire IAFF Local # 46 | Jason Brock | PO Box 616 Everett WA 98201 | 425-220-1419 |
| Royal Flush Bullion | Tim Nagel | 3746 53 Street Wetaskiwin AB T9A2K7 | 780-387-8348 |
| Sacred Fired Jewelry | Mary Nerney | 440 Hickory Circle Santa Rosa, CA 95407 | 707-480-8684 |
| | Russell Davis | 3616 Havenbrook St Norman OK 73072 | 405-314-5575 |
| | Pavarthy Russell | | |
| PFGCA | Joseph Slaga | 2067 Lyndhurst Avenue Camarillo CA 93010 | 805-302-3125 |
| San Antonio Police | Charles Campa | 10945 Paloma Drive Helotes TX 78023 | 210-710-4490 |
| | Thomas Cellucci | 42757 Cedar Ridge Blvd. Chantilly VA 20152 | 703-981-5044 |
| Great Smoky Mountains National Park | Cassius Cash | 107 Park Headquarters Road Gatlinburg TN 37738 | 865-436-1203 |
| U. S. Coast Guard Pro Gulf Coast | Anthony Granato | 911 Jackson Ave. #508 Pascagoula MS 39567 | 228-935-6744 |
| East Jefferson Fire Rescue | Emily Stewart | 24 Seton Road Port Townsend WA 98368 | 360-385-2626 |
| Motivational Designs | Lynne Doyle | 432 Golden Beach Blvd. Venice FL 34285 | 614-563-7209 |
| NOSSA | Mary Zickafoose | 3817 Strauss Avenue Suite 108 Indian Head MD 20640 | 301-744-6067 |
| Lantos Foundation | Denise Perron / Jill Hadaway | 6 Dixon Ave Suite 100 Concord NH 03301 | 603-226-3636 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| South Beach Professional Fire Fighters | Phil Woodruff | | 202-669-7445 |
| Seattle University | Captain Bell | 901 12th Avenue Admin. 120 Seattle WA 98122 | 360-268-9832 |
| Tahoe Rim Trail Endurance Runs | Christa Callanan | 504 N Division St Carson City NV 89703 | 206-296-6965 |
| Seattle World Cruiser Association | George Ruiz | 3600 Airport Way Renton WA 98057 | 775-721-0750 |
| | Robert Dempster | 6002 Tam O Shanter Lane Houtson TX 77036 | 206-465-5579 |
| Setcan Corporation | Kamron Kirkconnell | 1080 Kingsbury Avenue Winnipeg MB R2P1W5 | 281-960-0189 |
| New Madrid City Centennial Committee | Ryan Morin | 511 West 6th Street Portageville MS 63873 | 204-336-0011 |
| US Department of Health and Human Services | Ronnie Simmons | 601 East 12th Street Suite 349 Jansas City MS 64106 | 573-576-1386 |
| | Dan Houlahan | PO Box 29344 Indianapolis IN 46229-0344 | 816-518-8630 |
| Neighborhood Works | Joseph Boling | 999 North Capitol Street NE Suite 900 Washington DC 20002 | 317-894-2506 |
| | David Plihal | 1776 Weiser River Rd. Weiser ID 83672-5318 | 202-760-4060 |
| World Internet Numismatic Society | Kyla Dickerson | 449 Caroline Kirkwood MO 63122 | 208-549-1735 |
| Sanford Health | Dave Noble | 1305 W. 18th Street Sioux Falls SD 57105 | 314-821-2563 |
| USNLAA | David Stoos | 37349 Judd Rd. New Boston MI 48164 | 605-312-6560 |
| Walla Walla University | Dennis Kolodziej | 204 S. College Ave. College Place WA 99324 | 734-753-5790 |
| City of New York, DEP | Chris Drake | 45 Colubus Ave. Valhalla NY 10595 | 509-301-1777 |
| Cohn-Rives Surgical Society | Peter Dispensa | 1542 Tulane Ave. Room 734 New Orleans LA 70112 | 914-749-5340 |
| Hammer Clan | Leti Borrouso | PO Box 1152 Mattawa WA 99349 | 504-568-4752 |
| Kentucky Elks Veterans Service | John Solheim | 3711 Chevy Chase Road Louisville KY 40218 | 253-208-8093 |
| | Martin Harbolt | 302- N. Alfred Street Alexandria VA 22314 | 502-345-6724 |
| | Chris Peppel | 523 Morefront Road Lafayette CA 94549 | 206-393-8643 |
| Anoka County Attorney's Office | Charlie Hansen | 2100 3rd. Ave. Suite 700 Anoka MN 55303 | 925-283-4197 |
| Alliance Coin & Banknote Inc. | Elizabeth Mohr | 88 Mill Street Box 1806 Almonte ON K0A 1A0 Canada | 763-324-5471 |
| V.S. Enterprises LTD. | Sean Isaacs | 308 6th. Street Livermore IA 50558 | 613-558-2895 |
| Tyson Tool Co. LTD. | Mark Steil | 75 Ormont Dr. Toronto Ontario M9L 2S3 Canada | 515-379-1471 |
| Nebraska National Guard | Peter Von Richter | 2433 NW 24th Street Lincoln NE 68524 | 416-543-3705 |
| TSA | Larcy Allen | | 402-309-8104 |
| Corona-Norco Family YMCA | Bill Lawless | 1331 River Rd. Corona CA 92880 | 571-227-1892 |
| Redline Strategies LLC | Yolanda Carrillo | PO Box 260262 Plano TX 75026 | 951-736-1415 |
| Welfare and Recreation | Bruce Redline | 15962 Mussey Grade Rd. Ramona CA 92065 | 972-800-9355 |
| Master Association for Rancho La Quinta | Kyle Krall | 79285 Rancho La Quinta Drive La Quinta CA 92253 | 619-726-3777 |
| Shaker Heights Fire Department | Jamie Circle | 54 W. Bel Meadow Lane Chagrin Falls OH 44022 | 760-777-8807 |
| | Charles Huddleston | | 440-773-8396 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Red Wing Shoe | Robert "Tito" Warren | 314 Main Street Red Wing MN 55066 | 651-307-9539 |
| Windermere Real Estate | Rod Swisshelm | 2312 Pacific Ave. Olympia WA 98501 | 360-402-4663 |
| Weber State University | Carolyn Sciarini | 3850 Dixon Parkway Dept. 1013 Ogden UT 84408 | 801-626-6018 |
| Corvallis Rural Fire District | Jim Knapp or Rebecca Byrne | PO Box 13 Corvallis MT 59828 | 406-531-9884 |
| NB Corporation of America | Toru Kaneko | 930 Muirfield Dr. Park IL 60133 | 630-295-8880 |
| TSA South Dakota | Trisha Meyer | 1610 N. Minnesota Ave. Suite 201 Siox Falls SD 57104 | 605-330-2567 |
| Morley Thomas Law Firm | Richard Flaherty | | |
| | John Kennedy | | 541-258-3194 |
| Wild Sheep Foundation | Kim Nieters | 1285 Sheridan Ave. Suite 260 Cody WY 82414 | 406-404-8764 |
| | Stuart Montgomery | 3119 WoodPark Drive Victoria BC V9C 1P2 Canada | 250-478-7772 |
| Endeavour Silver Corp. | Daniel Dickson | 1130-609 Granville Street Vancouver BC V7Y 1G5 Canada | 604-640-4806 |
| Savannah River Nuclear Solutions | Joanne Hay | Savannah River Site, Building 773-41A Aiken SC 29808 | 803-725-1947 |
| Sisters of Mercy | Sr. Marie Henderson | 18093 Faust Detroit Michigan 48219 | 248-250-2690 |
| Johnson City Fire Department | Scott Kocan | 2 Enid Pl. Johnson City NY 13790 | 607-729-8986 |
| Vancouver Island University | Gary Gray | 900 Fifth Street Bldg. 300 Room 143 Nanaimo BC V9R 5S5 Canada | 250-740-6230 |
| Black Butte Mine LLC | Thomas Stephens | | 509-998-8100 |
| Western Virginia Regional Jail | Richard Haines | | 540-529-7561 |
| South Dakota Air National Guard | Ms. Marcella Rions | 1201 W. Algonquin Street Sioux Falls SD 57104-0264 | 605-988-5907 |
| NMCB-8 | Rick Reese | 5363 Aploina Yorba Linda CA 92886 | 714-701-0453 |
| Keller Williams Puget Sound | Mark Van Antwerp | 4701 S. 19th Street # 200 Tacoma WA 98405 | 253-370-1068 |
| New Zealand | Stephen Guy | 410 Church Street St. Palmerston North New Zealand | 64 6 351 3637 |
| King Tribe | Ken King | 10746 27th. Ave. SW Seattle WA 98146 | 206-390-1721 |
| | George Croissant | 142 West Condot Rd. Apt 2 St. Marys PA 15857 | 814-861-6907 |
| USS Ronald Regan | Edward Windas | | |
| Academy of Catholic Theology | Rev. Thomas Petri | 487 Michigan Ave. NE Washington DC 20017 | 202-495-3835 |
| Cinnaminson Fire Department | William Kramer | 1621 Riverton Road Cinnaminson New Jersey 08077 | 856-829-5220 |
| Congressman Mark Amodei | Stacy Parobeck | 5310 Kietzke Lane Suite 103 Reno NV 89511 | 775-686-5760 |
| Freedom Force International | Edward Gilbert | | |
| Arlington Families | Holly Holeman | 3351 Ardley Court Falls Church VA 22041 | 571-213-0483 |
| | Kevin Rock | 5668 Battee Drive Churcton MD 20733 | 202-276-6277 |
| Safariland | Brenda Howard | 13386 International Parkway Jacksonville FL 32218 | 904-741-1753 |
| City of Westminster | Amanda Schreck | 4800 W/ 92nd. Ave Westminister CO 80031 | 303-658-2192 |
| City of Fallon | Linda Stephens | 179 S. Laverne St. Fallon Nevada 89407 | 775-423-2106 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| TLG Worldwide LLC | Jay Wright | 10687 Gaskins Way Suite 105 Manassas VA 20109 | 571-778-1441 |
| MSU Federal Credit Union | James Hunsanger | 3777 West Road East Lansing MI 48826-1208 | 517-333-2424 |
| West Georgia Coin Club | Teresa Robinson | PO Box 242 Bowdon GA 30108 | 770-328-7580 |
| U.S. Office of Government Ethics | Grant Anderson | 1201 New York Ave. N.W. Suite 500 Washington DC 20005 | 202-482-9318 |
| Pacific Northwest Numismatic Assoc. | Ed Fischer | P.O. Box 2034 Salem OR 97308 | 503-507-6721 |
| Bozeman Police Department | Sandra Pack | 30 North Rouse Bozeman MT 59715 | 406-582-2234 |
| Sons of Norway | Christine Anderson | PO Box 7679 Tacoma WA 98417 | 206-784-6181 |
| City of Manhattan | James Gill | 3017 N Valley Dr. Manhattan Beach CA 90266 | 310-802-1097 |
| New York Yacht Club | Susan Barker | 37 West 44th Street New York NY 10036 | 212-382-1000 |
| Canadian Fallen Firefighters | Gaetan Magnan | 440 Laurier Ave. W. Suite 200 Ottawa Ontario K1R 7X6 Canada | 613-786-3024 |
| Clallam County Fire Distric | Lori Coleman / Chris Turner | 323 N Fifth Ave. Sequim WA 98382 | 360-683-4242 |
| Placer County | Robert Sandman | 175 Fulweiler Ave. Auburn CA 95603 | 530-889-4044 |
| Kolibri Weingarten | Donna Dill | 520 Wautoma Rd. Sunnyside WA 98944 | 509-837-8494 |
| MC Companies | Lisa Taylor | 15170 N. Hayden Rd. Suite 1 Scottsdale AZ 85260 | 480-291-0227 |
| World Class Promotions, Inc. | Larry Bryerman | 175 Olde Half Day Road Lincolnshire IL 60069 | 847-821-7800 |
| | Greg Peters | PO Box 431 Unalaska AK 99685 | 907-581-7543 |
| City of Freeport | Wallace Shaw | | |
| United States Attorney's Office | Elan Levey | 300 N. Los Angeles Street Fed. Bldg. Rm 7516 Los Angeles CA 90012 | 213-894-3997 |
| Minnesota State Police | Jason Curtis | 445 Minnesota Street Saint Paul MN 55101-5155 | 320-223-6666 |
| White Fleet Drilling | Scott Broeksta/Gail Maniscalco | 4200 Research Forest Drive Suite 500 Woodlands TX 77381 | 281-210-3140 |
| Medic Once Foundation | Kim Martin | 11747 NE 1st. Street Suite 310 Bellevue WA 98005 | 425-625-2137 |
| New York Presbyterian Hospital | Timothy Mathiasen | 525 East 68th. Street Box 123 New York NY 10065 | 212-342-0935 |
| BMGI | John Stokke | 2365 Carillon Point Kirkland WA 98033 | 425-889-7921 |
| | Julie Somers | 10 Warren Place Montclair NJ 07042 | 973-722-5511 |
| Conway Fire Department Local 4016 | Steven Craig | 6 Vilsonia Way Vilonia AR 72173 | 501-920-7038 |
| Calvary Industrial C | Shawn Nealon | 2217 E. Fairfield St. Mesa AZ 85213 | 480-406-9905 |
| Blind Endeavors | Victor Henderson | PO Box 3035 Montrose CO 81402 | 970-787-5438 |
| City of Puyallup | Jessica Johnson | 333 S. Meridian Puyallup WA 98371 | 253-841-5584 |
| Polaris | Michael Thomas | 9955 59th. Ave. North Plymouth MS 55442 | 763-519-1986 |
| | Adam Knott | 325 E. Washington St. #204 Sequim WA 98382 | 360-452-6029 |
| Bremerton Fire Department | Jeremy Dixon | 911 Park Ave. Bremerton WA 98337 | 360-471-0036 |
| Jefferson Masonic Association | Richard Sobotta | 7800 W. Catalpa Ave. Chicago IL 60656 | 847-361-1927 |
| Bering Sea Eccotech | Barry Merrill | 606 B. Thimble Shoals Blvd. Suite B2 Newport News VA 23606 | 757-223-1446 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Pierce County Planning and Public Workds | Nick Palermo | 10311 Chamers Creek Road University Place WA 98467 | 253-798-3043 |
| Meadowvale, Inc. | Alicia Collins | 1305 E. 6th St. Sandwich IL 60548 | 630-361-7550 |
| ARI, USMC | Florouel Asesor | 3000 U.S. Marine Corps 2D247, The Pentagon Washington DC 20380 | 703-740-2659 |
| Carson Masonic Lodge # 1 | Bill Barbie | 113 E. Washington St. Carson City NV 89706 | 775-882-8109 |
| Poulsbo Fire Department | Trevor Holmberg | 911 NE Liberty Rd. Poulsbo WA 98370 | 425-218-0829 |
| | Jon Didrickson / Robert Tulloch | 206 South Lincoln Street Suite 202 Port Angeles WA 98362 | 360-775-3885 |
| Priestly Fraternity of St. Peter in Los Angeles | Fr. James Fryar | 645 W. 9th. Street Unit 110-419 Los Angeles CA 90015 | 325-454-1002 |
| TSA Department of Homeland Security | Lily Macdonald | 4200 George J. Bean Parkway Suite 2540 Tampa FL 33607 | 813-227-4057 |
| Superior Firefighters IAFF Local 74 | Suzanne Olson | 3326 Tower Ave. Superior WI 54880 | 218-393-2132 |
| College of the Ozarks | Cheryl Marley | 100 Opportunity Ave. Point Lookout MO 65726 | 417-690-2396 |
| Texas International Terminal | Mark Hamilton | PO Box 17017 Galveson TX 77552 | 409-795-7897 |
| US Court of Appeals for the Ninth Circuit | John Lansing | 95 7th. Street San Francisco CA 94103 | 415-355-8097 |
| Newton Fire Museum, Inc. | Daniel Finkle | 150 Spring Street Newton NJ 07860 | 862-266-3028 |
| 128th Civil Engineering Squadron | Michael Bialcik | 1685 E. Grange Ave. Milwaukee WI 53207 | 414-944-8789 |
| City of Mesa Police Department | Marc Therre | 130 N Robson St. Mesa AZ 85201 | 480-226-8742 |
| Windham Fire Department | Patrick Robertson | 3 Fellows Rd. Windham NH 03087 | 603-966-7929 |
| | Eric Miller | PO Box 228 Westtown PA 19395 | 610-637-2016 |
| Dupont Professional Firefighters Local 3829 | Joshua Tinsley | 1780 Civic Drive Dupont WA 98327 | 253-310-5558 |
| Liberty War Bird Assoc., Inc. | James Haga | 500 Airport Road Suite T Lititz PA 17543 | 610-764-7602 |
| Unbridled, LLC | Debra LerMond | 203 Mission Ave. Ste.122 Cashmere WA 98815 | 206-274-9114 |
| Office of Idaho Governor | Jon Hanian | 700 W. Jefferson St. Boise ID 83702 | 208-854-3015 |
| AntennaSys Inc. | Spencer Webb | PO Box 118 Windham NH 03087 | 877-377-6467 |
| ConocoPhillips | Patrick Chasteen | 165 Lost Cabin Road Lysite WY 82642 | 307-876-4119 |
| First Special Service Force Assoc. | Bill Woon | 1330 Cayuse Rd. Helena MT 59602 | 406-495-0382 |
| Office of the Governor | Stephen George | 800 East 17th Ave. Columbus OH 43211 | 614-297-2361 |
| Clarksville - Montogermy County School Systems | Karlene Brown | 621 Gracey Ave. Clarksville TN 37040 | 931-553-1102 |
| | Eugene Stilp | 1550 Fishing creek Valley Rd. Harrisburg PA 17112 | 717-829-5600 |
| Anaconda Fire Dept. | Cody Tocher | 420 W. Commercial Anaconda MT 59711 | 406-560-0130 |
| Two Star Maritime / Matt Brooks | Pamela Levy | 4725 Thorton Ave. Fremont CA 94536 | 415-265-1432 |
| LACH | Gary Whitfield | 17730 Lake Cypress Hill Dr. Cypress TX 77429 | 281-351-4424 |
| Helmerich &Payne, Inc. | Jessica Peet | 1437 S. Boulder Ave. Suite 1400 Tulsa OK 74119 | 212-237-0108 |
| US Holocaust Memorial Museum | Amy Bush | 100 Raoul Wallenberg Place S.W. Washington D.C. 20024 | 202-488-6589 |
| First Majestic Silver Corp. | Chantel Neumeyer | 925 W. Georgia St. Vancouver BC V6C 3L2 Canada | 604-688-3033 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| | Paul Rachal | 875 E. Silverado Ranch Blvd. Apt. 2217 Las Vegas NV 89183 | 215-287-9009 |
| Dept. of the Army | Beverlee Burton | 2700 Army-Pentagon 1D143A - Dach 4 Washington DC 20310 | 571-256-8747 |
| Healing Canna LLC | Mark Eccher | 3692 E. Bijou St. Colorado Springs CO 80909 | 719-465-4492 |
| Tacoma Firefighters, IAFF Local 31 | Matthew Frank | 1109 South 50th. Street Tacoma WA 98408 | 253-472-7802 |
| Imaginary Trout LLC | Joshua Abel | 2017 E. Rockwood Blvd. Spokane WA 99203 | 480-332-6081 |
| Ronald Reagan Memorial Museum | Jerry Zuk | 40 Presidential Drive Simi Valley CA 93065 | 805-577-4174 |
| | Donald Smith | 63 Richard Drive Elkton MD | 302-598-2100 |
| National Sailing Hall of Fame | Lee Tawney | 69 Prince George Street Annapolis MD 21401 | 410-295-3022 |
| Armed Forces Benefits Network | Michael Nordquist | 7024 Via Campanile Ave. Las Vegas NV 89131 | 702-210-6038 |
| Bristol Professional Firefighters | Jeffrey Simpson | 182 Elm Lane Bluff City TN 37618 | 423-646-6853 |
| Fill the Promise | Joseph Gallagher | 5 Rolling Farm Court Catonsville MD 21228 | 443-864-6109 |
| Panini American, Inc. | Yesica Acuna | 5325 FAA Blvd. Suite 100 Irving TX 75061 | 817-662-5329 |
| Price Quote International | Robert Reedy | 5738 Flamingo Drive Houston TX 77033 | 713-738-5029 |
| San Jose Police Department | Gabby Dekock | 3640 Floral Dr. Santa Cruz CA 95062 | 408-710-6026 |
| Rancho Santa Fe Mining, Inc. | Lawrence Geeck | 9655 Granite Ridge Dr. Suite 200 San Diego CA 92123 | 858-717-8090 |
| TSA | David Duckett | 939 Elkridge Landing RD. Suite 300 Linthicum MD 21240 | 410-689-3669 |
| Shy Pins | Shawndis Lee-Robinson | 3820 E. Spokane St. Tacoma WA 98404 | 253-439-8669 |
| Three Marketeers Inc. dba: Buckle Tree | Fred Lange | 1063 Main Street Sturgis SD 57785 | 605-374-6302 |
| Order of Daedalians and Deadalian Foundation | Maureen De Felice | 55 Main Circle Blg. 676 Randolph Air Force Base TX 78148 | 210-945-2111 |
| Designs Computed / Daniel Carr / dba Moonlight Mint | Daniel Carr | 1669 26th Street S.W. Loveland CO 80537-6968 | 970-667-7610 |
| | John Davis | 306 Wyoming Ave. Beckley WV 25801 | 304-541-0713 |
| Eastern Oregon Mining Assoc. | Ken Alexander | P.O. Box 153 Unity OR 97884 | 541-446-3413 |
| Little Wood Works | Jane Ingram | 104 Batesview Dr. Greenville SC 29607-1129 | 864-233-9931 |
| HQ Tradoc | Karl Ellcessor | 950 Jefferson Ave. Bldg. 950 RM 1050 Fort Eustis VA 23604 | 757-501-5765 |
| KATN Financial, INC> | Matthew Merriman | 933 Gravois Road Fenton MD 63026 | 636-717-0888 |
| Nevada Northern Railway Museum (Law Office of Lance Lee) | Lance Lee | 1001 Fourth Ave. Ste 3200 Seattle WA 98154-1003 | 206-332-9841 |
| UNFPA | Yuna Ko | | 212-297-5125 |
| | Frank Cavuoti | 1409 Longwood Ct. Warrensburg MO 64093 | 660-525-3551 |
| The San Jacinto Descendants | Denton Bryant | 30542 Country Meadows Dr. Tomball TX 77375 | 281-516-1678 |
| Basilica of St. Michael the Archangel | Philip Pfeiffer | 19 North Palafox Street Pensacola FL 32591 | 850-433-2906 |
| Pierce County Security Inc. | Emmett Smith | 2002 99th Street East Tacoma WA 98445 | 253-535-4433 |
| | Travis Primrose | 5121 Victory Lane Orange TX 77630 | 409-735-7435 |
| The Ohio Gun Collectors Assoc. | Laura Knotts | PO Box 670406 Sagamore Hills OH | 330-467-5733 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Konosioni Lodge 950 | John Buckley | 150 Hiawatha Place Syracuse NY 13208 | 315-416-8272 |
| Underway LLC | Brad Blakely | 400 Rocky Road Road Henderson NV 89015 | 702-444-4726 |
| USS Oklahoma City Assoc. | Scott Coleman | 29776 Clear Lake Rd. Eugene OR 97404 | 541-463-0555 |
| Coastal Community Bank | Robert Britton | 2033 Haystack Way Myrtle Beach SC 29579 | 843-236-4697 |
| Montana Senate | Laura Byers | 5415 Evergreen Way Everett WA 98203 | 425-349-2674 |
| Silver Trading Company | Se. Roger Webb | 1132 Ginger Ave. Billings MT 59105 | 406-861-9322 |
| Hamilton Family Enterprise, Inc. | Larry LaBorde | 1651 East 70th Street Shreveport LA 71105 | 318-470-7291 |
| LandDesign | Douglas Hamilton | 4201 So. Parker Rd. Aurora CO 80014 | 303-915-7262 |
|  | Michael A. Kolb | 8816 Brentfield Road Huntersville NC 28078 | 704-619-5181 |
|  | C.C. Ibsen | 650 Blain St. Missoula MT 59801 | 406-240-0739 |
| Navy League of the United States | Bud Southard | 1093 Gambrel Dr. Carson City NV 89701 |  |
| TND Holdings, LLC | Lannie Aulger | 2062 N Woodruff Mesa AZ 85207 | 971-506-5692 |
|  | Robert Shaheen | 17040 Grand Bay Drive Boca Raton FL 33496 | 561-995-9484 |
| State of Jefferson | Anthony Intiso | 416 Butte St. Yreka CA 96097 | 530-841-0308 |
| RNO Financial Eureka House of Metals | Gary Anderson | PO Box 5156 Incline Village NV 89450 | 503-901-5566 |
| Return of the Nightingale Project | Jill Schumacher | PO Box 83126 Portland OR 97823 | 503-341-9460 |
|  | Keith Diaz | 386 Belmont St. Waymart PA 18472 |  |
| Phoenix Police Department | Matthew Eyrich | 3443 S. Central Ave. Phoenix AZ 85040 | 602-896-7835 |
| Marathon Medical Corporation | Joh St. Leger | 3251 Lewiston Street Suite 16 Aurora CO 80011 | 303-916-4664 |
|  | Darryl Powers | 4611 Amberwood Ave. LaPalma CA 90623 | 714-742-6723 |
| Washington Township Firefighters Assoc. | Richard Ewing | 8320 McEwen Road Dayotn OH 45458 | 937-613-5433 |
| Jarbidge Arts Council | Mary Stadstad | 238 W. Skylark Dr. Boise ID 83702 | 208-345-7735 |
| World Business Industries LLC | Gilbert and Susan Velasquez | 17020 Southwood Drive Colorado Springs CO 80908 | 719-201-2737 |
|  | Fred Zinkann | 82 East Circle Drive Montgomery IL 60538 | 630-892-5373 |
| City of Wichita | Jo Hensley | 455 N. Main First Floor Wichita KS 67202 | 316-268-4331 |
| Stebgo Metals Inc. | Thomas Stebbing | 250 Bridgepoint Dr. So. St. Paul, MN 55075 | 651-451-8888 |
| AC-119 Gunship Association | Gus Sininger | 312 Woodrow St. NE Apt. 1 Ft. Walton Beach FL 32547 | 850-865-2634 |
| Kosko Minting Company | Brian Kosko | 26828 Maple Valley Black Diamon Rd. SE Suite 145 Maple Valley WA 98038 | 253-232-9777 |
| Kennewick Fire Department | Matthew Martens | 5502 West 24th. Ave. Kennewick, WA 99338 | 509-302-1280 |
| columbus Division of Fire | William Ehrgood | 9445 Santa Clara Circle Plain City OH 43064 | 614-595-1317 |
| Morgan's Sabre | Richard Dickson | 734 20th. Ave. N Texas City TX 77590 | 409-789-2712 |
|  | Don Marco Alfaro | 2606 Marlboro St. Lubbock TX 79415 |  |
| 173d Airborne Brigade National Memorial Foundatiom | Floyd Riester | 5314 70th. Ave. NE Rochester MN 55906 | 507-993-4147 |

| CUSTOMER NAME | CONTACT NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Drive, Chip and Putt | Marc Blaustein | 15608 Riverside Drive W 3H New York NY 10032 | 646-522-6039 |
| | Lee Bennett | | 706-667-6119 |