**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

1

2

3

4

5

6

7

8

9

10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

**ORDER GRANTING MOTION TO APPROVE TERMS OF SEVERANCE AGREEMENT WITH EDGAR CHACON**

This matter having come on for hearing on the motion (the "Motion") of Mark Calvert, the Chapter 11 Trustee (the "Trustee") to Approve Terms of Severance Agreement with Edgar Chacon (the "Motion"), and the Court having considered the Motion, any responsive and reply materials, argument of counsel, and the pleadings and papers herein, NOW, THEREFORE, it is ORDERED as follows:

1. The Motion is Granted.

2. The terms of the Severance Agreement described in the Motion and Declaration of Mark Calvert filed in support of the Motion are approved, provided, however, that the $14,700 "severance payment" described in the Severance Agreement may not be paid until termination of

\\\

ORDER GRANTING MOTION TO APPROVE TERMS
OF SEVERANCE AGREEMENT WITH EDGAR
CHACON - 1
501598135 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   Edgar Chacon's employment.

2   ///END OF ORDER///

3

4   Presented by:

5   K&L GATES LLP

6

7   */s/ Brian T. Peterson*
      Michael J. Gearin, WSBA #20982

8      David C. Neu, WSBA #33143
      Brian T. Peterson, WSBA #42088

9   Attorneys for Mark Calvert, Chapter 11 Trustee

10

11   Approved for entry:

12   DONALD A. BAILEY ATTORNEY AT LAW

13

14   */s/ Donald A. Bailey*
   Donald A. Bailey, WSBA #12289

15   Attorney for Bill Atalla

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO APPROVE TERMS
OF SEVERANCE AGREEMENT WITH EDGAR
CHACON  - 2
501598135 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 1768   Filed 07/09/18   Ent. 07/09/18 10:37:23   Pg. 2 of 2