**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON AND DESTROY RECORDS |

This matter came before the Court on the Chapter 11 Trustee's Motion requesting authority to abandon and destroy business records of NWTM from before 2013 (the "Motion"); the Court having considered the Motion, the accompanying declaration, any objections and reply materials, the arguments of counsel, and the pleadings and papers herein, the Court **HEREBY FINDS AND DETERMINES AS FOLLOWS**:

The company records that pre-date the year 2009 are of inconsequential value and benefit to the estate and are burdensome to the estate.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.　　The Motion is GRANTED IN PART, as further described herein.

ORDER GRANTING MOTION FOR AUTHORITY TO
ABANDON AND DESTROY RECORDS - 1
500993072 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. Ross Hansen is authorized to take possession of all company records that pre-date the year 2009. In addition, Mr. Hansen is authorized to and shall be permitted to take possession of (i) any and all company records that pre-date the year 2009 and that related to businesses of other than the Debtor, and (ii) any and all personal records of Mr. Hansen.

3. After 5:00 p.m. on July 20, 2018, the Trustee shall be authorized to destroy any company or other records, not already removed from the Dayton, Nevada, facility, that pre-date the year 2009.

4. Any remaining records from 2009 through 2016 as well as the Debtor server(s) shall be preserved and transferred to the Government as directed by the Honorable Richard A. Jones, United States District Court in *United States v. Hansen, et. al.,* CR 18-92 RAJ.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ David C. Neu*
    Michael J. Gearin, WSBA #20982
    David C. Neu, WSBA #33143
    Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

Approved for Entry :

DAVID WRIGHT TREMAINE LLP

*/s/ Ragan L. Powers*
    Ragan L. Powers, WSBA #11935
Attorneys for Ross Hansen

ORDER GRANTING MOTION FOR AUTHORITY TO
ABANDON AND DESTROY RECORDS - 2
500993072 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022