Entered on Docket July 10, 2018

**Below is the Order of the Court.**

_[Signature]_
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, | ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING THE SALE OF REMAINING PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

This matter came before the Court on the Chapter 11 Trustee's Motion for Order Authorizing the Sale of Remaining Property of the Estate Free and Clear of Liens, Claims, Interests, and Encumbrances (the "Motion"). Having considered the Motion, the Declaration of Mark Calvert filed in support of the Motion, any responses to the Motion and replies thereto, and the pleadings and papers herein, **THE COURT HEREBY FINDS AND DETERMINES AS FOLLOWS:**[1]

A. Notice of the Motion was sufficient, and no other or further notice of the Motion shall be required.

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

ORDER GRANTING TRUSTEE'S MOTION FOR SALE
OF REMAINING PROPERTY OF THE ESTATE - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Below is the Order of the Court.**

B. Approval of the Motion is in the best interests of the Debtor, its creditors, its estate, and other parties in interest.

C. The Trustee has demonstrated both (i) good, sufficient, and sound business purpose and justification, and (ii) compelling circumstances for the sale of the Debtor's Remaining Property.[2] pursuant to 11 U.S.C. § 363(b).

D. The Trustee may sell the Debtor's Remaining Property free and clear of all interests, liens and encumbrances, because one or more of the standards set forth in 11 U.S.C. § 363(f)(1)-(5) has been satisfied.

Now, therefore, it is **HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED.

2. The Trustee is authorized to sell, whether by public auction or private sale(s), all Remaining Property of the estate free and clear of liens, claims, interests, and encumbrances, provided, however, that the Trustee shall not sell the WWII Camera F-56 Magazine or WWII-era telescope.

3. The sale of the Debtor's Remaining Property (i) is or will be legal, valid and effective transfers of the assets; (ii) vests or will vest the buyer(s) at auction with all right, title and interest of the Debtor to such assets free and clear of all liens, claims, interests, and encumbrances pursuant to 11 U.S.C. § 363(f) of the Bankruptcy Code.

4. This Order shall be effective immediately upon entry, and any stay of orders provided for in Bankruptcy Rules 6004(h), 6006(d), 7062, and any other provision of the Bankruptcy Code or Bankruptcy Rules shall not apply, is expressly lifted, and this Order is immediately effective and enforceable.

---

[2] The term "Remaining Property" shall have the meaning given to it in the Motion and the Declaration of Mark Calvert filed in support of the Motion.

ORDER GRANTING TRUSTEE'S MOTION FOR SALE
OF REMAINING PROPERTY OF THE ESTATE - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

5. The Trustee may abandon or dispose of any Remaining Property to the extent he is unable to sell it.

/// END OF ORDER ///

Presented by:

K&L GATES LLP

*/s/ David C. Neu*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

Approved for Entry :

DAVID WRIGHT TREMAINE LLP

*/s/ Ragan L. Powers*
Ragan L. Powers, WSBA #11935
Attorneys for Ross Hansen

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

*/s/ Joseph A. Hamell*
Joseph A. Hamell, WSBA #29423
Attorneys for Bradley S. Cohen and
Cohen Asset Management, Inc.

ORDER GRANTING TRUSTEE'S MOTION FOR SALE
OF REMAINING PROPERTY OF THE ESTATE - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1772    Filed 07/10/18    Ent. 07/10/18 10:03:28    Pg. 3 of 3