Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

*EX PARTE* MOTION TO APPROVE NOTICE TO DIE CUSTOMERS REGARDING CANCELLATION OF JULY 17, 2018 OMNIBUS HEARING

Mark Calvert, the Chapter 11 Trustee (the "Trustee"), moves the Court for an *Ex Parte* Order Approving the Notice of Cancellation of Omnibus Hearing Regarding Claims of Ownership of Northwest Territorial Mint Coining Dies and Associated Materials (the "Notice"). At a hearing on July 6, 2018, the Trustee informed the Court that he does not intend to litigate disputed claims of ownership of coining dies and associated materials. Accordingly, the Court instructed the Trustee to provide notice of the cancellation of the July 17, 2018, omnibus hearing to parties who have asserted an interest in dies and associated materials. Accordingly, the Trustee requests approval of the form of the Notice attached hereto as Exhibit A, which he proposes to email and U.S. mail to all parties who have asserted an interest in Northwest Territorial Mint created coining dies or associated materials.

//

//

//

*EX PARTE* MOTION TO APPROVE NOTICE - 1
501667251 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1774    Filed 07/11/18    Ent. 07/11/18 10:20:33    Pg. 1 of 3

1     DATED this 11th day of July, 2018.

2

3                                                        K&L GATES LLP

4

5                                       By */s/ David C. Neu*
                                          Michael J. Gearin, WSBA #20982

6                                           David C. Neu, WSBA #33143
                                          Brian T. Peterson, WSBA #42088

7                                 Attorneys for Mark Calvert, Chapter 11 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*EX PARTE* MOTION TO APPROVE NOTICE - 2

501667251 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1774    Filed 07/11/18    Ent. 07/11/18 10:20:33    Pg. 2 of 3

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on July 11, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 11th day of July, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

*EX PARTE* MOTION TO APPROVE NOTICE - 3
501667251 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1774    Filed 07/11/18    Ent. 07/11/18 10:20:33    Pg. 3 of 3