# EXHIBIT A

NOTICE OF CANCELLATION OF OMNIBUS HEARING REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS

In late May, 2018, you received a Notice of Protocol Regarding Claims of Ownership of Northwest Territorial Mint Coining Dies and Associated Materials and Deadline to Assert Interests in or Ownership of Coining Dies (the "Die Notice").

The Die Notice set forth a process for you to assert ownership of coining dies ("NWTM Die"). The Die Notice further stated that if you asserted an ownership interest in a NWTM Die and did not reach a settlement with the Trustee, a hearing would be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing") to schedule a process for resolution of disputed ownership.

You are receiving this Notice because you have asserted an interest in a NWTM Die.

PLEASE TAKE NOTICE that the Initial Omnibus Hearing has been cancelled based on the Trustee's decision to settle all remaining claims of disputed ownership by turning over dies to parties claiming ownership for a $45.00 shipping charge.

If you have any questions you may contact the Trustee at:

c/o Denise Lentz
206-623-7580
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

501660340 v1