Craig S. Sternberg, WSBA 00521
STERNBERG THOMSON OKRENT & SCHER, PLLC
2033 Sixth Avenue, Ste. 251
Seattle, WA 98121
(206) 386-5438/FAX 206 374-2868

Hon. Christopher M. Alston
Hearing: July 27, 2018

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re )
) No. 16-11767 CMA
NORTHWEST TERRITORIAL MINT, LLC )
) Chapter 7
Debtor )
)

OFFER TO PURCHASE DIES
IN RESPONSE TO TRUSTEE'S MOTION
TO SELL DIES
[ECF No. 1765]

JACK SIMMONS makes an offer to purchase the unclaimed NWTM dies in response to and accordance with the terms of the Motion for Authority to Sell Dies and Proposed Order filed in this case under ECF No. 1765, and 1765-1; and the supporting declaration of Mark Calvert, Trustee ECF No. 1766 (the "Sale Motion") for a total purchase price of

$100,000.00

Jack Simmons will provide proof of and deposit or wire good funds either with the Clerk or the Trustee's Counsel by noon, Tuesday, July 24, 2018.

WHEREFORE, Jack Simmons prays that the Court approve the Trustee's Sale Motion

OFFER IN RESPONSE TO MOTION TO SELL

Page 1 of 3

_____
*STERNBERG THOMSON OKRENT & SCHER, PLLC*
*2033 Sixth Avenue, Ste. 521*
*Seattle, Washington 98121*
*(206) 386-5438 FAX 374-2868*

Case 16-11767-CMA    Doc 1779    Filed 07/20/18    Ent. 07/20/18 16:23:17    Pg. 1 of 3

for an order approving sale of unclaimed NWTM Dies free and clear, etc. to Jack Simmons for $100,000.00 pursuant to the terms set forth in the Motion and Proposed Order, and for such further and other relief as deemed just in the premises.

DATED this 20th day of July 2018

*/s/ Jack Simmons*
_____
Jack Simmons
42410 264th Ave SE
Auburn, WA 98022

Presented by

Sternberg Thomson Okrent & Scher, PLLC

By *s/ Craig S. Sternberg*
_____
Craig S. Sternberg, WSBA 521
Attorneys for the Jack Simmons

OFFER IN RESPONSE TO MOTION TO SELL

Page 2 of 3

_____
*STERNBERG THOMSON OKRENT & SCHER, PLLC*
*2033 Sixth Avenue, Ste. 521*
*Seattle, Washington 98121*
*(206) 386-5438 FAX 374-2868*

Case 16-11767-CMA    Doc 1779    Filed 07/20/18    Ent. 07/20/18 16:23:17    Pg. 2 of 3

## CERTIFICATE OF SERVICE

The undersigned does hereby declare under penalty of perjury that I served the offer in response to the Trustee's Motion for Authority to Sell to all parties in interest receiving notices by CM/EMF, and to

Northwest Territorial Mint, LLC
c/o Ross Hunter, Member
P O Box 2148
Auburn, WA 98071-2148

The Medalcraft Mint, Inc.
2660 W Mason Street
Green Bay, WI 54303

DATED under penalty of perjury at Seattle, Washington, this 6th day of July 2018

*/s/ Craig S. Sternberg*

Craig S. Sternberg, WSBA 521

OFFER IN RESPONSE TO MOTION TO SELL

Page 3 of 3

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
*2033 Sixth Avenue, Ste. 521*
*Seattle, Washington 98121*
*(206) 386-5438 FAX 374-2868*