# EXHIBIT A

[Jenifer Baker Sent Emails]

| From: | Sales Support </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALES SUPPORTA8D> |
|---|---|
| Sent: | Monday, May 14, 2018 10:50 AM |
| To: | 'Brian Stubbs' <brian@haskinsaward.com> |
| Subject: | RE: Haskins Medallions |

Brian - can I get a phone number to put on the UPS paperwork? I had 10 medals that I will be sending to you.

Thank you-
Jenifer

**From:** Brian Stubbs [mailto:brian@haskinsaward.com]
**Sent:** Friday, May 11, 2018 11:56 AM
**To:** Sales Support
**Subject:** Re: Haskins Medallions

Thank you. Please ship via UPS using shipper #■■■■■■ (Country Club of Columbus)

Brian Stubbs
2610 Cherokee Ave
Columbus, GA 31906

Please include the die that we paid for if you can locate it as well - there should be 6-10 medallions.


Brian Stubbs, PGA
Executive Director
Fred Haskins Commission
Past President, Georgia PGA

On Fri, May 11, 2018 at 1:10 PM, Sales Support <Sales.Support@nwtmint.com> wrote:
NWT Mint has gone out of business. I did locate your medallions that we are holding on the shelf. Looking at your previous orders, we usually engrave and silver plate them. Unfortunately, with the closure of the plant we will not be able to get the medallions silver plated. If you can provide me with a shipping account number, I can put all the medallions in poly bags and ship them to you.

My recommendation would be for you to work with Medalcraft Mint, 800-558-6348, they will be able to engrave and finish the medals.

Let me know how you would like to move forward.



**From:** Brian Stubbs [mailto:brian@haskinsaward.com]
**Sent:** Thursday, May 10, 2018 1:10 PM
**To:** Sales Support
**Subject:** Haskins Medallions

NWT Mint is holding Fred Haskins Award Medallions for us since you engrave 2 of them per year. I think you should have 6-10 medallions in your warehouse. I am hoping you can ship 2 medallions to our local trophy shop so that they can be added to our new Haskins Trophy bases.

Can you also confirm the number of medallions you are in possession of?

Baker_00000001

Please ship the two unengraved medallions to:

Crown Trophy
Attn: Tommy Marsh
[4617 Armour Rd.
Columbus, GA 31904](#)

Brian Stubbs, PGA
Executive Director
Fred Haskins Commission
Past President, Georgia PGA

| From: | Sales Support </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALES SUPPORTA8D> |
|---|---|
| Sent: | Monday, May 14, 2018 10:35 AM |
| To: | 'Brian Stubbs' <brian@haskinsaward.com>; Sales Support <Sales.Support@nwtmint.com> |
| Subject: | RE: Haskins Medallions |

Brian – I will pull the pieces and have them shipped out to you today. I will email you the tracking number.

Medalcraft Mint will be purchasing the customer files and dies for reproduction. When you are ready to reorder you can reach out to them, 800-558-6348. They will have access to your original die.

If you would like your die returned, you will have to work with the trustee Mark Calvert (mark@cascadecapitalgroup.com).

Thank you –
Jenifer

**From:** Brian Stubbs [mailto:brian@haskinsaward.com]
**Sent:** Friday, May 11, 2018 11:56 AM
**To:** Sales Support
**Subject:** Re: Haskins Medallions

Thank you. Please ship via UPS using shipper # ▉▉▉▉ (Country Club of Columbus)

Brian Stubbs
2610 Cherokee Ave
Columbus, GA 31906

Please include the die that we paid for if you can locate it as well - there should be 6-10 medallions.


Brian Stubbs, PGA
Executive Director
Fred Haskins Commission
Past President, Georgia PGA

On Fri, May 11, 2018 at 1:10 PM, Sales Support <Sales.Support@nwtmint.com> wrote:
NWT Mint has gone out of business. I did locate your medallions that we are holding on the shelf. Looking at your previous orders, we usually engrave and silver plate them. Unfortunately, with the closure of the plant we will not be able to get the medallions silver plated. If you can provide me with a shipping account number, I can put all the medallions in poly bags and ship them to you.

My recommendation would be for you to work with Medalcraft Mint, 800-558-6348, they will be able to engrave and finish the medals.

Let me know how you would like to move forward.


**From:** Brian Stubbs [mailto:brian@haskinsaward.com]
**Sent:** Thursday, May 10, 2018 1:10 PM
**To:** Sales Support

**Subject:** Haskins Medallions

NWT Mint is holding Fred Haskins Award Medallions for us since you engrave 2 of them per year. I think you should have 6-10 medallions in your warehouse. I am hoping you can ship 2 medallions to our local trophy shop so that they can be added to our new Haskins Trophy bases.

Can you also confirm the number of medallions you are in possession of ?

Please ship the two unengraved medallions to:

Crown Trophy
Attn: Tommy Marsh
[4617 Armour Rd.
Columbus, GA 31904](#)


Brian Stubbs, PGA
Executive Director
Fred Haskins Commission
Past President, Georgia PGA

| From: | Sales Support </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALES SUPPORTA8D> |
|---|---|
| Sent: | Monday, May 14, 2018 2:30 PM |
| To: | 'Brian Stubbs' <brian@haskinsaward.com>; Sales Support <Sales.Support@nwtmint.com> |
| Subject: | RE: Haskins Medallions |

Brian - the 10 medals will be shipping today UPS Ground and the tracking number is 1Z8503XF0349841413.

Thank you-
Jenifer

**From:** Brian Stubbs [mailto:brian@haskinsaward.com]
**Sent:** Monday, May 14, 2018 11:07 AM
**To:** Sales Support
**Subject:** Re: Haskins Medallions

7065809955

Brian Stubbs, PGA
Fred Haskins Commission
Sent from my iPhone

On May 14, 2018, at 1:50 PM, Sales Support <Sales.Support@nwtmint.com> wrote:

> Brian - can I get a phone number to put on the UPS paperwork? I had 10 medals that I will be sending to you.
>
> Thank you-
> Jenifer
>
> **From:** Brian Stubbs [mailto:brian@haskinsaward.com]
> **Sent:** Friday, May 11, 2018 11:56 AM
> **To:** Sales Support
> **Subject:** Re: Haskins Medallions
>
> Thank you. Please ship via UPS using shipper #2■■■■■■ (Country Club of Columbus)
>
> Brian Stubbs
> 2610 Cherokee Ave
> Columbus, GA 31906
>
> Please include the die that we paid for if you can locate it as well - there should be 6-10 medallions.
>
>
> Brian Stubbs, PGA
> Executive Director
> Fred Haskins Commission
> Past President, Georgia PGA
>
> On Fri, May 11, 2018 at 1:10 PM, Sales Support <Sales.Support@nwtmint.com> wrote:
> NWT Mint has gone out of business. I did locate your medallions that we are holding on the shelf. Looking

at your previous orders, we usually engrave and silver plate them. Unfortunately, with the closure of the plant we will not be able to get the medallions silver plated. If you can provide me with a shipping account number, I can put all the medallions in poly bags and ship them to you.

My recommendation would be for you to work with Medalcraft Mint, 800-558-6348, they will be able to engrave and finish the medals.

Let me know how you would like to move forward.


**From:** Brian Stubbs [mailto:brian@haskinsaward.com]
**Sent:** Thursday, May 10, 2018 1:10 PM
**To:** Sales Support
**Subject:** Haskins Medallions

NWT Mint is holding Fred Haskins Award Medallions for us since you engrave 2 of them per year. I think you should have 6-10 medallions in your warehouse. I am hoping you can ship 2 medallions to our local trophy shop so that they can be added to our new Haskins Trophy bases.

Can you also confirm the number of medallions you are in possession of ?

Please ship the two unengraved medallions to:

Crown Trophy
Attn: Tommy Marsh
4617 Armour Rd.
Columbus, GA 31904


Brian Stubbs, PGA
Executive Director
Fred Haskins Commission
Past President, Georgia PGA

Baker_00000006

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Monday, May 14, 2018 2:29 PM |
| To: | 'Jay Sliwinski' <jayski1642@gmail.com> |
| Subject: | RE: Spaatz Assoc |
| Attach: | 207575.pdf |

Jay - attached you will find the part numbers and quantities that are being shipped out today UPS Ground. The tracking number is 1Z8503XF0349693806. The total shipping for both orders is $63.00, you will see the prices reflected on the attached order. Please call me, 775-461-7341, to make the payment.

Thank you –
Jenifer

**From:** Jay Sliwinski [mailto:jayski1642@gmail.com]
**Sent:** Friday, May 11, 2018 12:16 PM
**To:** Jenifer Baker
**Subject:** Spaatz Assoc

Jennifer,

Thank you for shipping the 10 coins out to my sister as soon as you did. She was able to get the coin in time to have it engraved for the ceremony.

Do you have an estimated ship date for the remainder of our bench stock to my house in St Paul?

Thank you

Jay



# NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 207575

## Sales Order Acknowledgement

**Sold To:**
MICHAEL HOWER
THE SPAATZ ASSOCIATION, INC
ATTN: ACCOUNTS PAYABLE
514 AMERICAS WAY #5229
BOX ELDER SD 57719
UNITED STATES

**Ship To:**
Jay Sliwinski
C/O Mike Czarnik
946 Westminster St.
St. Paul MN 55130
UNITED STATES

| | |
|---|---|
| Order Date: | 5/14/2018 |
| Contact: | THE SPAATZ ASSOCIATION, INC |
| Customer ID: | 1002330 |
| Terms: | Due on receipt of Inv. |
| PO Number: | |
| Sales Person: | NWTM House Account |
| Phone: | 719-447-7487 |
| Email: | secretary@spaatz.org |
| Ship Via: | UPS Ground |
| Due Date: | 5/25/2018 |

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 197.00 | 80255 | / | 39MM PROOF LIKE NICKEL MEDALLION FOR THE SPAATZ ASSOCIATION. OBVERSE " GENERAL SPAATZ FACE" FROM ART#A054604 AND DIE#C 3 55, REVERSE "ASSOCIATION 3 DIAMONDS" FROM ART#A054605 AND DIE#C 1 36. | $0.00 | $0.00 |
| 2 | 1.00 | 80263 | / | 39MM ANTIQUE NICKEL MEDALLION FOR THE SPAATZ ASSOCIATION. OBVERSE " GENERAL SPAATZ FACE" FROM ART#A054604 AND DIE#C 3 55, REVERSE "ASSOCIATION 3 DIAMONDS" FROM ART#A054605 AND DIE#C 1 36. | $0.00 | $0.00 |

Page: 1 of 3



**NORTHWEST TERRITORIAL MINT LLC**

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

Sales Order: 207575

## Sales Order Acknowledgement

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 3 | 13.00 | 80253 | / | 39MM ANTIQUE BRASS MEDALLION FOR THE SPAATZ ASSOCIATION. OBVERSE " GENERAL SPAATZ FACE" FROM ART#A054604 AND DIE#C 3 55, REVERSE "ASSOCIATION 3 DIAMONDS" FROM ART#A054605 AND DIE#C 1 36. | $0.00 | $0.00 |
| 4 | 17.00 | 80500 | / | 39MM PROOF LIKE NICKEL MEDALLION -FULLY REEDED) 50TH ANNIVERSARY FOR SPAATZ. EB01091401/ OBVERSE FROM ART#A038374 AND DIE#L 7 26. REVERSE FROM ART#A038375 AND DIE#L 7 27. | $0.00 | $0.00 |
| 5 | 67.00 | QT2416A | / | (CUSTOMER PART NUMBER 80102) .625"WIDE X .5" TALL PROOF LIKE BRONZE LAPEL PIN, BLACK ENAMEL, WITH DELUXE PIN BACK-THE SPAATZ ASSOCIATION | $0.00 | $0.00 |
| 6 | 78.00 | QT2416B | / | (CUSTOMER PART NUMBER 80100) .625"WIDE X .5" TALL PROOF LIKE NICKEL LAPEL PIN, BLACK ENAMEL, WITH DELUXE PIN BACK-THE SPAATZ ASSOCIATIO(N | $0.00 | $0.00 |
| 7 | 30.00 | 80252 | / | 39MM MERLIN GOLD (PROOF LIKE BRASS) MEDALLION FOR THE SPAATZ ASSOCIATION. OBVERSE " GENERAL SPAATZ FACE" FROM ART#A054604 AND DIE#C 3 55, REVERSE "ASSOCIATION 3 DIAMONDS" FROM ART#A054605 AND DIE#C 1 36. | $0.00 | $0.00 |
| 8 | 8.00 | 80254 | / | 39MM PROOF LIKE COPPER MEDALLION FOR THE SPAATZ ASSOCIATION. OBVERSE " GENERAL SPAATZ FACE" FROM ART#A054604 AND DIE#C 3 55, REVERSE "ASSOCIATION 3 DIAMONDS" FROM ART#A054605 AND DIE#C 1 36. | $0.00 | $0.00 |
| | 1 | | | 1ST. ORDER OF 10 COINS | $36.00 | $36.00 |
| | 1 | | | 2ND ORDER OF REMAINING STOCK | $27.00 | $27.00 |

Page: 2 of 3



## NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 207575

**Sales Order Acknowledgement**

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|

| | | | Line Total: | $0.00 |
| | | | Line Miscellaneous Charges: | $0.00 |
| | | | Order Miscellaneous Charges: | $63.00 |
| | | | **Order Total** | **$63.00** |

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Tuesday, May 29, 2018 7:34 AM |
| To: | 'Hedrick, John' <john.hedrick@spaatz.org> |
| Subject: | RE: The Spaatz Association Payment |

Good Morning –

I can take a credit card payment over the phone if you would like to call me 775-461-7341. I will be in the office all day today.

Thank you-
Jenifer

**From:** Hedrick, John [mailto:john.hedrick@spaatz.org]
**Sent:** Thursday, May 24, 2018 4:45 AM
**To:** Jenifer Baker
**Subject:** The Spaatz Association Payment

Good morning Ms. Baker-

I am the treasurer and will be making payment for the coins.

Do you accept credit cards? If so, can you provide direction on whom to pay?

Thank you-

John W. Hedrick, National Treasurer
The Spaatz Association, Inc.

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 4:12 PM |
| To: | 'hjv@rosepacking.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | 20180530111250.pdf |

Mr. Vandenbergh,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Rose Packing Company, Inc. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
B 620
B 6 82

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 9:11 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jim

last-name: Vandenbergh

address1: 65 S. Barrington Road

city: Barrington

state: IL

zip: 60010

country: US

email: hjv@rosepacking.com

phone: 847-381-5700

company: Rose Packing Company, Inc.

company-address1: 65 S. Barrington Road

company-city: Barrington

company-state: IL

company-zip: 60010

company-country: US

die-count: 1

comment: We are asserting an interest in and ownership of the NWTM Die for Rose Packing Company.

Baker_00000013

# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

1216

## INVOICE

**Sold To:**
Rose Packing Company
65 S Barrington Rd
Barrington IL 60010
UNITED STATES

**Ship To:**
Rose Packing Company
65 S Barrington Rd
Barrington IL 60010
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 754535 | Sales Person: | Marty Colwell |
| Invoice Date: | 8/1/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 141308 | Packing List: | 151887 |
| Order Number: | 147416 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | MC06060702 / 39 mm antique bronze coin / rose packaging company | 100 | $6.00 | $600.00 |
| 2 | 04131 / STANDARD POLY BAG | 100 | $0.00 | $0.00 |

ENTERED AUG 1 5 2016

2333

8001

HBO
OK #809

| | |
|---|---|
| **Invoice Total:** | $600.00 |
| **Paid To Date:** | $0.00 |
| **Balance Due:** | $600.00 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

| | |
|---|---|
| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| Sent: | Wednesday, May 30, 2018 4:07 PM |
| To: | 'commissioners@laramiecounty.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | NWTMint.pdf |

Ms. Miller,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Laramie County Commissioners. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
J 6 68
M 5 59

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 8:27 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Valerie

last-name: Miller

address1: 310 W 19 ST

address2: Suite 300

city: Cheyenne

state: WY

zip: 82001

country: US

email: commissioners@laramiecounty.com

phone: 307-633-4260

company: Laramie County Commissioners

company-address1: 310 W 19 ST

company-address2: Suite 300

company-city: Cheyenne

company-state: WY

company-zip: 82001

company-country: US

die-count: 2

comment: Our Medallion has two different sides, we are interested in claiming the die for each side of the medallion, please advise if there is more we need to supply, thank you.

Baker_00000016

# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
LARAMIE COUNTY COMMISSIONERS
310 W 19TH ST
SUITE 300
CHEYENNE WY 82001
UNITED STATES

**Ship To:**
LARAMIE COUNTY COMMISSIONERS
310 W 19TH ST
SUITE 300
CHEYENNE WY 82001
UNITED STATES

| Invoice Number: | 711161 | Sales Person: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 9/17/2015 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1028629 | Packing List: | 106780 |
| Order Number: | 98266 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | M 5 59 / 2D Custom Coining Die / 39mm / Commissioners | 1 | $300.00 | $300.00 |
| 2 | MC07221501 / 39mm Merlingold Proof-Like Medallion, Serial Numbered 101-300 on Edge & Encapsulated - Laramie County Commissioners | 200 | $7.00 | $1,400.00 |
| | Shipping & Handling | 1 | $23.66 | $23.66 |

VNDR. # 5702  PO # _____
COM: _____  SUB: _____
ACCT: 101110017 747012

| | |
|---|---|
| *Invoice Total:* | **$1,723.66** |
| *Paid To Date:* | **$0.00** |
| *Balance Due:* | **$1,723.66** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 4:05 PM |
| To: | 'dechip@hand-hammer.com' |
| Subject: | FW: Die Recovery Request Form |

Mr. deMatteo,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Hand & Hammer Inc. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
H 26 4

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 5:54 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Chip

last-name: deMatteo

address1: 2610 Morse Lane

city: Woodbridge

state: VA

zip: 22192

country: US

email: dechip@hand-hammer.com

phone: 703-491-4866