company: Hand & Hammer Inc

company-address1: 2610 Morse Lane

company-city: Woodbridge

company-state: VA

company-zip: 22192

company-country: US

die-count: 1

|  |  |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Wednesday, May 30, 2018 4:00 PM |
| **To:** | 'vach55@hotmail.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | A063327-28 27MM 1 Year AA Coins - Dave Vachon V1 copy 2.jpg; SOF 186208 David Vachon - 27MM 1 Year AA Coins - .999 Silver copy.pdf |

---

Mr. Vachon,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to David Vachon. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
N 4 48
N 4 49

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 4:24 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: David

last-name: Vachon

address1: 96 Theophile Street

city: Manchester

state: NH

zip: 03102

country: US

email: vach55@hotmail.com

phone: 603-626-1008

company: Olde Yankee coin rings

company-address1: 96 Theophile Street

company-city: Manchester

company-state: NH

company-zip: 03102

company-country: US

die-count: 2

comment: I am interested in claiming ownership of Dies , N 4 48 , and N 4 49 . I paid for these dies and think that I should receive them . I was told at the time I purchased them that I own the dies and that they were just to be stored at the mint . See the attached documents . Please advise of anything I need to do to receive them . Thank You , Dave Vachon

PROJECT/ CLIENT: 27MM 1 Year AA Coins - Dave Vachon

DOMESTIC

| | |
|---|---|
| ART | A063327-28 |
| SALES | Noelle Baldwin |
| ARTIST | CT |
| DATE | 8-18-17 |
| PROOF | V1 |
| METAL | Silver |
| FINISH | Satin |
| SIZE | 27mm |
| QTY | 50 |

COLLAR










A063327-28
Obverse & Reverse
Approximate Size

ORDER#

1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com

Colors and finishes shown are approximate and will differ on each computer monitor.

NOTE: Graphic representation not to scale - please review SCALE IMAGE chart for actual production size. It is the responsibility of the customer - prior to final proof approval for production to make sure spelling of any text is correct. All PMS colors used in the production of custom product are listed for digital proof verification. It is the customer's responsibility to verify listed PMS colors to suit their need and application.

Graphic representations are the property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is strictly prohibited. All Rights reserved.




**NORTHWEST TERRITORIAL MINT LLC**

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order: 186208**

## Pro-Forma Invoice

**Sold To:**

David Vachon
96 Theophile St
Manchester NH 03102
UNITED STATES

**Ship To:**

David Vachon
96 Theophile St
Manchester NH 03102

| | | | |
|---|---|---|---|
| Order Date: | 8/17/2017 | Sales Person: | Noelle Baldwin |
| Contact: | David Vachon | Phone: | (603) 626-1008 |
| Customer ID: | 139294 | Email: | vach55@hotmail.com |
| Terms: | PRE-PAYMENT | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 9/28/2017 |

SHIPPING AND HANDLING CHARGES INCLUDED IN TOTAL
SIGNATURE REQUIRED UPON DELIVERY

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 50.00 | NB08171701 / 27MM ROUND, 1/4 OUNCE, .999 SILVER, PROOF-LIKE FINISH, 1 YEAR AA COIN, | $13.00 | $650.00 |
| 2 | 1.00 | N 4 48 / NEW OBVERSE DIE | $350.00 | $350.00 |
| 3 | 1.00 | N 4 49 / NEW REVERSE DIE | $350.00 | $350.00 |
| 4 | 50.00 | 04131 / STANDARD POLY BAG | $0.00 | $0.00 |
| | 1 | Shipping & Handling | $20.00 | $20.00 |

| | |
|---|---|
| Line Total: | $1,350.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $20.00 |
| ***Order Total*** | ***$1,370.00*** |

**From:** Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2>
**Sent:** Wednesday, May 30, 2018 3:58 PM
**To:** 'dnash24inf@comcast.net'
**Subject:** FW: Die Recovery Request Form
**Attach:** DM06200601_DEUCEFOUR.pdf

---

Mr. Nash,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Darrel Nash. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
F 7 73
F 7 74

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 9:16 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: DARREL

last-name: NASH

address1: 8419 133RD STREET EAST

city: PUYALLUP

state: WA

zip: 98373

country: US

email: DNASH24INF@COMCAST.NET

phone: 253-466-3499

die-count: 2

comment: YES I WOULD LIKE TO HAVE OR OBTAIN THE DIES FOR THE DEUCE FOUR COINS

THANK YOU




**ERP SKU Number:**
**Name:** 6771_F 7 74
**ERP SKU Number:**
**File Size:** 73 KB
**Creation Date:** May 1, 2013
*** Asset Type:** --Select--
**File:** 6771_F 7 74.gif
**File:** 6771_F 7 74.gif
**cm_DieNumber:** F 7 74




**ERP SKU Number:**
**Name:** 6772_F 7 73
**ERP SKU Number:**
**File Size:** 77 KB
**Creation Date:** May 1, 2013
*** Asset Type:** --Select--
**File:** 6772_F 7 73.gif
**File:** 6772_F 7 73.gif
**cm_DieNumber:** F 7 73

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Wednesday, May 30, 2018 3:53 PM |
| **To:** | 'gambler726@aol.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | receipt_silver_costs2014.pdf |

---

Mr. Crowley,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Buy Low Sell High, Inc. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 1 2
M 1 3

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 8:51 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Thomas

last-name: Crowley

address1: 353 E 3475 N

city: Ogden

state: UT

zip: 84414

country: US

email: gambler726@aol.com

phone: 801-391-6806

company: Buy Low Sell High, Inc

company-address1: 353 E 3475 N

company-city: Ogden

company-state: UT

company-zip: 84414

company-country: US

die-count: 2




**NORTHWEST TERRITORIAL MINT LLC**
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order: 61232**

## Sales Order Acknowledgement

**Sold To:**
Thomas Crowley
BUY LOW SELL HIGH, INC.
DBA TSP Talk
353 E 3475 N
Ogden UT 84414
UNITED STATES

**Ship To:**
Thomas Crowley
BUY LOW SELL HIGH, INC.
DBA TSP Talk
353 E 3475 N
Ogden UT 84414
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 12/1/2014 | Sales Person: | Marty Colwell |
| Contact: | BUY LOW SELL HIGH, INC. | Phone: | 801-391-6806 |
| Customer ID: | 108125 | Email: | support@tsptalk.com |
| Terms: | Due on receipt | Ship Via: | FedEx Ground |
| PO Number: | | Due Date: | 1/12/2015 |

SILVER PAID FOR ON O# 60310
SHIPPING & HANDLING TO BE ADDED TO FINAL INVOICE

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1.00 | M 1 2 / | 2D Custom Coining Die / 39mm / TSPTalk.com Buy Low Sell High.com - Friends Don't Let Friends Buy and Hold | $400.00 | $400.00 |
| 2 | 1.00 | M 1 3 / | 2D Custom Coining Die / 39mm / TSPTalk Logo - Buy Low - Sell High | $400.00 | $400.00 |
| 3 | 500.00 | MC12011401 / | 39mm One Troy Ounce .999 Silver Business Strike Coin Packaged in Tubes - TSP Talk.com Buy Low Sell High Inc.<br>Strike Fee Only | $2.00 | $1,000.00 |
| | 1 | Short Production Fee | | $250.00 | $250.00 |

| | |
|---|---|
| Line Total: | $1,800.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $250.00 |
| ***Order Total*** | ***$2,050.00*** |

Page: 1 of 1


Baker_00000030

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Wednesday, May 30, 2018 3:49 PM |
| **To:** | 'abflyer@yahoo.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | 175098 ABEL BARRIENTES.pdf; A053743-44 Abel Barrientes Proof v4 .jpg |

Mr. Barrientes,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Abel Barrientes. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
I 5 11
I 5 12

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 8:22 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Abel

last-name: Barrientes

address1: 1501 Rialto Lane

city: Davis

state: CA

zip: 95618

country: US

email: abflyer@yahoo.com

phone: 916-712-2978

die-count: 1




**NORTHWEST TERRITORIAL MINT LLC**
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order: 175098**

## Sales Order Acknowledgement

**Sold To:**

Abel Barrientes
1501 Rialto Lane
Davis CA 95618
UNITED STATES

**Ship To:**

Abel Barrientes
1501 Rialto Lane
Davis CA 95618
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 5/2/2017 | Sales Person: | Marty Colwell |
| Contact: | Abel Barrientes | Phone: | 916-712-2978 |
| Customer ID: | 119368 | Email: | abflyer@yahoo.com |
| Terms: | Due on receipt of Inv. | Ship Via: | |
| PO Number: | | Due Date: | 5/30/2017 |

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 100.00 | MC05121505 / | 2 Inch High Relief Antique Bronze Medalion with 4 Colors - Major General Abel Barrientes / Mobilization Assistant | $12.00 | $1,200.00 |
| 2 | 100.00 | 04131 / | STANDARD POLY BAG | $0.00 | $0.00 |
| | 1 | Shipping & Handling | | $28.00 | $28.00 |

| | |
|---|---|
| Line Total: | $1,200.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $28.00 |
| ***Order Total*** | ***$1,228.00*** |

Page: 1 of 1

PROJECT/ CLIENT: Abel Barrientes

DOMESTIC

JOB A053743-44
SALES Marty
ARTIST MP
DATE 12 May 15
PROOF V4
METAL Bronze
FINISH Antique
SIZE 2 inch
QTY 100

OBVERSE

REVERSE

PMS 282
PMS 280
WHITE



PMS 282

**Splash die**







A053743-44
Obverse & Reverse
Approximate Size

1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com

Colors and finishes shown are approximate and will differ on each computer monitor.

NOTE: Graphic representation not to scale - please review SCALE IMAGE chart for actual production size. It is the responsibility of the customer - prior to final proof approval for production to make sure spelling of any text is correct. All PMS colors used in the production of custom product are listed for digital proof verification. It is the customer's responsibility to verify listed PMS colors to suit their need and application.

Graphic representations are the property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is strictly prohibited. All Rights reserved.

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Wednesday, May 30, 2018 2:03 PM |
| **To:** | 'erikpfaffenbach@hotmail.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | Invoice1.pdf; Invoice2.pdf |

---

Mr. Pfaffenbach,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Erik Pfaffenbach. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
N 5 32
N 5 33

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 3:04 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Erik

last-name: Pfaffenbach

address1: 1147 Superior Avenue

city: Ventura

state: CA

zip: 93004

country: US

email: erikpfaffenbach@hotmail.com

phone: 805-861-7565

die-count: 2

comment: Obv. Die#:N 5 32
Rev. Die#:N 5 33




**NORTHWEST TERRITORIAL MINT LLC**
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

# Packing Slip



**Ship To:**
ERIK PFAFFENBACH
1147 SUPERIOR AVE
VENTURA CA 93004
UNITED STATES

**Sold To:**
ERIK PFAFFENBACH
1147 SUPERIOR AVE
VENTURA CA 93004
UNITED STATES

| | | | |
|---|---|---|---|
| Pack Slip: | 205125 | Customer ID: | 152007 |
| Ship Date: | 11/28/2017 | Phone: | 805-861-7565 |
| Ship Via: | UPS Ground | Email: | hampuswestin93@hotmail.com |
| Order Number: | 192010 | Terms: | Due on receipt of Inv. |
| Order Date: | | PO Number: | |

| Line | Part Number / Description | | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|---|
| 1 | N 5 32 / | 3D SCULPTED CUSTOM COINING DIE / 39MM / BANKERS BEWARE 2018 - MAN & BULL | 1 | 1 | 0 |
| 2 | N 5 33 / | 2D CUSTOM COINING DIE / 39MM / BE YOUR OWN BANK - RECESSED CIRCLE | 1 | 1 | 0 |
| 3 | MC10171702 | 39MM ONE TROY OUNCE .999 PROOF STRUCK SILVER MEDALLION, SIERAL NUMBERED 001-150 ON REVERSE, ENCAPSULATED - BANKERS BEWARE 2018 MAN & BULL / BE YOUR OWN BANK | 150 | 150 | 0 |


Baker_00000037

**NORTHWEST TERRITORIAL MINT LLC**
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

# Packing Slip



| Line | Part Number / Description | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|

-- Obv. Name:BANKERS BEWARE 2018/MAN + BULL-- Obv. Art#:A057818V4 -- Obv. Die#:N 5 32
-- Rev. Name:BE YOUR OWN BANK / RECESSED -- Rev. Art#:A05719V4 -- Rev. Die#:N 5 33
--Box/Puff Name:NONE -- Box Art#:NONE -- Box Die#:NONE

-- Product:COLLAR/MEDALLION STRUCK -- Size:39MM -- Shape:ROUND
-- Blank Thickness:
-- Weight:ONE TROY OUNCE -- Material:SILVER -- Finish:PROOF
-- Strike Quality:PROOF -- Lacquer:NONE -- Edge Finish:SINGLE BAR

-- Serial #:SEE ENGRAVING NOTES -- Hallmark:ASSAY @ 6 -- Gold Select:NONE
--
Engraving:SERIAL NUMBERED 001-150 ON REVERSE / SEE ARTWORK FOR SAMPLE

-- Enamel Obv. PMS Colors:NONE
-- Enamel Rev. PMS Colors:NONE
--
Production Notes:NEW DIES ORDERED 10/17/2017
HALL MARK '.999 FINE SILVER' @ 6 O'CLOCK
SERIAL NUMBERED ON FACE OF REVERSE
IN HANDS DATE 11/28/2017

-- Capsule:03105/39MM -- Pouch Size:NONE -- Pouch Color:NONE
-- Box Type:NONE -- Box Color:NONE
-- Box Sleeve Imprint:NONE -- Box Puff Imprint:NONE
-- Ribbon:NONE --Ribbon Type:NONE
--Certificate:CUSTOM - A057839 - WORKING ON CUSTOM C.O.A. WITH ART DEPARTMENT DD

--
Shipping Notes:PACKAGE IN CAPSULE + POLY BAG WITH SERIAL NUMBER LABEL & CUSTOM C.O.A. TO MATCH SERIAL NUMBER
IN HANDS DATE 11/28/2017

SP: MARTY COLWELL / PB: DEBI DAVIS

| Line | Part Number / Description | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|
| 4 | 03105 / CAPSULE, 39MM DIRECT FIT SET (H39) | 150 | 150 | 0 |
| 5 | 04131 / STANDARD POLY BAG | 150 | 150 | 0 |


Baker_00000038