| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 2:00 PM |
| To: | 'kevin.lucia@midlothian.tx.us' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | 2012 back.JPG; A004749 Midlothian with ladder.pdf |

Mr. Lucia -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Midlothian Fire Department. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
K 5 84
F 7 98

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 1:39 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Kevin

last-name: Lucia

address1: 100 W. Avenue F

city: Midlothian

state: TX

zip: 76065

country: US

email: kevin.lucia@midlothian.tx.us

phone: 972-775-7662

company: Midlothian Fire Department

company-address1: 100 W. Avenue F

company-city: Midlothian

company-state: TX

company-zip: 76065

company-country: US

die-count: 2

comment: We have two custom dies we purchased for our Department challenge coins. Job# A032541 and Job# A004749 (Die# F 7 98).

Thank you.

Dakey_00000040



**DOMESTIC**
**QTY: 100**
**Antique Bronze**



**OBV**

**Reverse**
**(Existing Die # F 7 98)**

JOB NUMBER: **A032541 v2**
DESIGNER: Brill
ILLUSTRATOR
SALES CONTACT Marty Colwell / Debi Davis
CLIENT: Midlothian FD
PROJECT NAME: Midlothian Fire Dept.
DATE: 05-01-2012

**Actual Size**
**39 mm**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.



Job #: A004749

Designer: Michael Berman

Sales: DICK MONROE

Client: MIDLOTHIAN FD

Description: CROSS

Date: 5-8-06

© Northwest Territorial Mint has a worldwide copyright
on the artwork in this coin. The artwork is not to be copied
by anyone by any means without first receiving permission
from Northwest Territorial Mint.

Actual Size
39 mm



| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 1:46 PM |
| To: | 'colayos@tpaddictiontreatment.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | 780935 - TURNBRIDGE.pdf |

Mr. Olayos -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Turnbridge. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
N 2 90
N 2 91
Box Die 0887

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 11:34 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Casey

last-name: Olayos

address1: 189 Orange Street

city: New Haven

state: CT

zip: 06510

country: US

email: colayos@tpaddictiontreatment.com

phone: 203-892-5790

company: Turnbridge

company-address1: 189 Orange Street

company-city: New Haven

company-state: CT

company-zip: 06510

company-country: US

die-count: 1

comment: This invoice was paid in full.

Baker_00000044

# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-843-9854

Fax: 253-735-2210

## INVOICE

| Sold To: | Ship To: |
|---|---|
| TURNBRIDGE | TURNBRIDGE |
| ATTN: CASEY OLAYOS | 189 ORANGE ST |
| 189 ORANGE ST | NEW HAVEN CT 06510 |
| NEW HAVEN CT 06510 | UNITED STATES |
| UNITED STATES | |

| | | | |
|---|---|---|---|
| Invoice Number: | 780935 | Sales Person: | Marty Colwell |
| Invoice Date: | 4/21/2017 | Terms: | Due on receipt of Inv. |
| Customer ID: | 147648 | Packing List: | 179999 |
| Order Number: | 171310 | PO Number: | |

03/24/2017 - CC Payment for $9,963.43, Transaction 60048068178

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | N 2 90 /<br>2D CUSTOM COINING DIE / 39MM / TO THY OWN SELF BE TRUE ONE DAY AT A TIME | 1 | $400.00 | $400.00 |
| 2 | N 2 91 /<br>2D CUSTOM COINING DIE / 39MM / COMMEMORATING YOUR DEDICATION TOWARD A LIFE WELL LIVED | 1 | $400.00 | $400.00 |
| 3 | MC03231701<br>39MM ONE TROY OUNCE .999 SILVER PROOF STRUCK MEDALLION - TURNBRIDGE T/SHIELD LOGO 'TO THY OWN SELF BE TRUE-ONE DAY AT A TIME' / COMMEMORATING YOUR DEDICATION TOWARD A LIFE WELL LIVED' | 500 | $24.75 | $12,375.00 |
| 4 | 03105 /<br>CAPSULE, 39MM DIRECT FIT SET (H39) | 500 | $0.50 | $250.00 |
| 5 | 01600 /<br>#68, LEATHERETTE, BLUE COMPLETE, 39MM(1.50) CAPPED/1.75(44MM) NON-CAPPED<br><br>GOLD FOIL STAMPED PUFF & SLEEVE (BD0887) | 500 | $6.00 | $3,000.00 |
| | Shipping & Handling | 1 | $245.70 | $245.70 |
| | Credit Card Payment Charge | 1 | $288.43 | $288.43 |

| | |
|---|---|
| Less Deposit | 9,963.43 |
| **Invoice Total:** | **$6,995.70** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$6,995.70** |

Case 16-11767-CMA    Doc 1782-1    Filed 07/20/18    Ent. 07/20/18 16:54:29    Pg. 7 of 39

Bakey_00000045

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum.  In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Bakey_00000046

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 1:41 PM |
| To: | 'mann@idb.org' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | DS01022008 documentation.pdf; DS08090601 documentation.pdf |

Mr. Mann -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Institute for Defense & Business. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
G 7 27
G 7 28
D 6 53
D 6 55

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 10:57 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Ronald

last-name: Mann

address1: 1250 Environ Way

city: Chapel Hill

state: NC

zip: 27517

country: US

email: mann@idb.org

phone: 919-969-8008

company: Institute for Defense and Business

company-address1: 1250 Environ Way

company-city: Chapel Hill

company-state: NC

company-zip: 27517

company-country: US

die-count: 2

comment: Not sure if these are NW Territorial Mint or Medallic Art Company dies, but submitting to be safe:
DS01022008
DS08090601

Baker_00000048



# NORTHWEST TERRITORIAL MINT

Auburn WA • Alexandria VA • Green Bay WI • The Pentagon • Dayton NV

5775 Barclay Drive, Ste 1, Alexandria, VA 22315 • Toll Free: 800-504-0811
Fax: 703-922-5546 • Website: NWTMint.com

January 25, 2012

Ronnie Mann
Institute for Defense & Business
Logtech MBA
1430 Environ Way
Chapel Hill NC 27517

RE: reorder reminder from Northwest Territorial Mint

Hello Ronnie,

As a valued customer, we trust you were well pleased with the following order. Do you still have pieces on hand? Or, is it time to reorder soon?

Order #: 293343      Order Date: Jul 28 2011      Code: IDB

| Item # | Qty | Description |
|--------|-----|-------------|
| DS01022008 | 100 | 1.75" antique brass splash mint coins: Destruction / Restoration |

Please contact me either by phone or email when you are ready to reorder or get started on a new project.

Thank you again for choosing Northwest Territorial Mint. We appreciate your business.

Best regards,

*Brenda*

Brenda Johnson, Sales
NORTHWEST TERRITORIAL MINT
Toll-Free: 800-504-0811 | Direct: 703-922-5783 | Cell: 703-597-1288
Email: BrendaJ@NWTmint.com

Baker_00000049



# NORTHWEST TERRITORIAL MINT

Auburn WA • Alexandria VA • Green Bay WI • The Pentagon • Dayton NV

5775 Barclay Drive, Ste 1, Alexandria, VA 22315 • Toll Free: 800-504-0811
Fax: 703-922-5546 • Website: NWTMint.com

January 25, 2012

Ronnie Mann
Institute for Defense & Business
Logtech MBA
1430 Environ Way
Chapel Hill NC  27517

RE:  reorder reminder from Northwest Territorial Mint

Hello Ronnie,

As a valued customer, we trust you were well pleased with the following order. Do you still have pieces on hand? Or, is it time to reorder soon?

Order #: 293343          Order Date: Jul 28 2011          Code: IDB

| Item # | Qty | Description |
|--------|-----|-------------|
| DS01022008 | 100 | 1.75" antique brass splash mint coins: Destruction / Restoration |

Please contact me either by phone or email when you are ready to reorder or get started on a new project.

Thank you again for choosing Northwest Territorial Mint. We appreciate your business.

Best regards,

*Brenda*

Brenda Johnson, Sales
NORTHWEST TERRITORIAL MINT
Toll-Free: 800-504-0811 | Direct: 703-922-5783 | Cell: 703-597-1288
Email: BrendaJ@NWTmint.com

Baker_00000050

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Wednesday, May 30, 2018 1:37 PM |
| **To:** | 'scott.mmdefense@gmail.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | NWT3.pdf; NWT2.pdf; NWT1.pdf |

Mr. Shane -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Minuteman Defense. I have found the die number for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 4 71

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 10:50 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Scott

last-name: Shane

address1: 7604 Wedd Street

city: Overland Park

state: KS

zip: 66204

country: US

email: scott.mmdefense@gmail.com

Baker_00000051

phone: 913-709-3247

company: Minuteman Defense, LLC.

company-address1: 7604 Wedd Street

company-city: Overland Park

company-state: KS

company-zip: 66204

company-country: US

die-count: 1

Baker_00000052


## FW: Email Receipt for deposit
1 message

**Eric Boyd** <Eric.Boyd@nwtmint.com>                                    Thu, Jun 4, 2015 at 6:05 PM
To: "Kathryn Arriola (kathryn.mmdefense@gmail.com)" <kathryn.mmdefense@gmail.com>

Kathryn,


Your order has been placed and below is your receipt of the deposit for your records.


Thanks!


Eric


**From:** annettet@nwtmint.com [mailto:annettet@nwtmint.com]
**Sent:** Thursday, June 04, 2015 3:48 PM
**To:** Eric Boyd; Kasey Brewer
**Subject:** Email Receipt


Merchant : Northwest Territorial Mint -in house
Date/Time : 6/4/2015 3:47:52 PM

_____ ORDER INFORMATION _____

Invoice : O#90788
Amount : $750.00
Payment Method : CC
Type : SALE
Account #: XXXX3552

_____ RESULTS _____
Response : Approved
Authorization Code : 04148G
Transaction ID : 484374891

_____ CUSTOMER BILLING INFORMATION ____

Customer ID : 120615
First Name : Scott
Last Name : Shane
Company :
Address :
City :
State/Province :
Zip/Postal Code : 66204
Country :
Phone :
E-Mail : eric.boyd@nwtmint.com, kasey.brewer@nwtmint.com



## FW: Email Receipt for deposit
1 message

**Eric Boyd** <Eric.Boyd@nwtmint.com>                                                    Thu, Jun 4, 2015 at 6:05 PM
To: "Kathryn Arriola (kathryn.mmdefense@gmail.com)" <kathryn.mmdefense@gmail.com>

Kathryn,


Your order has been placed and below is your receipt of the deposit for your records.


Thanks!


Eric



**From:** annettet@nwtmint.com [mailto:annettet@nwtmint.com]
**Sent:** Thursday, June 04, 2015 3:48 PM
**To:** Eric Boyd; Kasey Brewer
**Subject:** Email Receipt



Merchant : Northwest Territorial Mint -in house
Date/Time : 6/4/2015 3:47:52 PM

_____ ORDER INFORMATION _____

Invoice : O#90788
Amount : $750.00
Payment Method : CC
Type : SALE
Account #: XXXX3552

_____ RESULTS _____
Response : Approved
Authorization Code : 04148G
Transaction ID : 484374891


_____ CUSTOMER BILLING INFORMATION ____

Customer ID : 120615
First Name : Scott
Last Name : Shane
Company :
Address :
City :
State/Province :
Zip/Postal Code : 66204
Country :
Phone :
E-Mail : eric.boyd@nwtmint.com, kasey.brewer@nwtmint.com



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:  90788**

**Sold To:**

MINUTEMAN DEFENSE
ATTN: KATHRYN ARRIOLA
7604 WEDD ST
OVERLAND PARK KS 66204
UNITED STATES

**Ship To:**

MINUTEMAN DEFENSE
ATTN: KATHRYN ARRIOLA
7604 WEDD ST
OVERLAND PARK KS 66204
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 6/3/2015 | Sales Person: | Eric Boyd |
| Contact: | MINUTEMAN DEFENSE | Phone: | 913-558-4704 |
| Customer ID: | 120615 | Email: | |
| Terms: | Due on receipt of Inv. | Ship Via: | FedEx Ground |
| PO Number: | | Due Date: | |

QUOTE.

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|------|-----|-------------|---|-------------|------------|--------|
| 1 | 70.00 | EB06031501 | / | 39MM PROOF LIKE NICKEL MEDALLION FOR MINUTEMAN DEFENSE. OBVERSE FROM ART#A053919 AND DIE#M 4 64 WITH PMS COLORS: YELLOW 124c & BLUE 281 TRANSLUCENT. REVERSE FROM EXISTING STOCK DIE#D 7 49. | $7.50 | $525.00 |
| 2 | 15.00 | EB06031502 | / | 39MM PROOF LIKE NICKEL MEDALLION FOR MINUTEMAN DEFENSE. OBVERSE FROM ART#A053919 AND DIE#M 4 64 WITH PMS COLORS: RED 1805c TRANSLUCENT & BLACK. REVERSE FROM EXISTING STOCK DIE#D 7 49. | $7.50 | $112.50 |

Baker_00000055



**NORTHWEST TERRITORIAL MINT LLC**

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 90788

## Sales Order Acknowledgement

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|------|-----|---------------|-------------|-----------|--------|
| 3 | 15.00 | EB06031503 / | 39MM PROOF LIKE NICKEL MEDALLION FOR MINUTEMAN DEFENSE. OBVERSE FROM ART#A053919 AND DIE#M 4 64 WITH PMS COLORS: RED 1805c TRANSLUCENT & YELLOW 124c. REVERSE FROM EXISTING STOCK DIE#D 7 49. | $7.50 | $112.50 |
| 4 | 1.00 | M 4 64 / | NEW CUSTOM OBVERSE 39MM COINING DIE | $750.00 | $750.00 |
| 5 | 1.00 | D 7 49 / | 2nd Amendment NWTM STOCK DIE (NO CHARGE) | $0.00 | $0.00 |
| 6 | 100.00 | 03105 / | CAPSULE, 39MM DIRECT FIT SET (H39) | $0.00 | $0.00 |
| | 1 | | SHIPPING TO BE DETERMINED | $0.00 | $0.00 |

| | |
|---|---|
| Line Total: | $1,500.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$1,500.00** |

Baker_00000056

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 12:51 PM |
| To: | 'phil@petersenproducts.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | Northwest Territorial Mint die invoice.pdf |

Mr. Lundman -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 10 62
M 10 63

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 9:52 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: PHIL

last-name: LUNDMAN

address1: 421 WHEELER AVENUE

address2: PO BOX 340

city: FREDONIA

state: WI

zip: 53021

country: US

email: PHIL@PETERSENPRODUCTS.COM

phone: 262-692-2416

company: PETERSEN PRODUCTS CO LLC

company-address1: 421 WHEELER AVENUE

company-address2: PO BOX 340

company-city: FREDONIA

company-state: WI

company-zip: 53021

company-country: US

die-count: 2

comment: PLEASE NOTE THE ATTACHED INVOICE COPY. PETERSEN OWNS THE DIES.

Baker_00000058

<u>NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST</u>
<u>TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE</u>
<u>TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES</u>

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM")
filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code
under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the
Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the
"Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby
customers would contract with NWTM to produce coins and medallions bearing specific
designs. In order to produce these coins and medallions, NWTM created custom coining dies
(each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM
Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM
and the historical business practices of the business, the Trustee believes that with limited
exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions,
or other products for customers. The Trustee understands that some NWTM customers may
assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject
to court approval, to a buyer capable of preserving the NWTM Dies and producing coins,
medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-
relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM
Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the
Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request
for die form at www.dierequest.nwtmint.com and must further provide any evidence in support
of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz<br>
K&L Gates LLP<br>
925 Fourth Ave., Suite 2900<br>
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing
their association with specific dies such as a copy of a sales quote, order, invoice, written
communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized
the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to

*PLEASE NOTE THE ATTACHED.*
*PETERSON OWNS THE DIES —*
*PHIL LUND MN*

501320751 v5

Baker_00000059



# NORTHWEST TERRITORIAL MINT

Auburn WA • Springfield VA • Green Bay WI • The Pentagon • Dayton NV

80 Airpark Vista Blvd, Dayton, NV 89403 • Toll Free: 800-843-9854
Fax: 775-246-6006 • Website: NWTMint.com

| **To** | Petersen Products | **Date** | May 23, 2016 |
|---|---|---|---|
| | C/O Naiomi Lundman | **Sales Person** | Russ Wilson |
| | | **Email** | Russ.Wilson@nwtmint.com |

QUOTATION #:    A056538/39

**PROJECT TITLE:**  Petersen Products 100th Anniversary Coin

*262-692-2416*

| Qty | DESCRIPTION | Unit Price | Total |
|---|---|---|---|
| 100 | 1.50" round, custom minted, medallions struck with custom engraved polished steel coining dies for an antique bronze finish with a smooth edge. | 8.00 | $800.00 |
| 100 | 1.50" round, custom minted, medallions struck with custom engraved polished steel coining dies for a satin (or proof-like) silver finish with a smooth edge. | 15.00 | $1,500.00 |
| 1 | Obverse Custom Engraved Hand Polished Steel Coining Die | 600.00 | $600.00 |
| 1 | Reverse Custom Engraved Hand Polished Steel Coining Die | 800.00 | $800.00 |
| 100 | Presentation cases | 5.00 | $500.00 |
| 100 | Troy ounces of silver (TBD based on market proce, approximately $17 per ounce) | TBD | TBD |
| | | | |
| | | | |
| | | | |
| | | | |
| 1 | Shipping (To Be Determined) | **TBD** | TBD |
| | | | |
| | | **SUBTOTAL** | $4,200.00 |
| | | | |
| | | | |
| Notes: | | | |

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Wednesday, May 30, 2018 12:17 PM |
| **To:** | 'sferro@iccu.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | ee6e3cc81ae04579bb3a8bf658d97570_a02b15ae-f489-4d30-9d13-f527195e47b9.pdf |

Ms. Ferro

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Idaho Central Credit Union. I have found the die numbers for your coin and would be happy to process this request. The court approved fee for the ownership transfer is $300.00 per die.

Your die numbers are,
N 5 53
N 5 54

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 8:42 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Sabrina

last-name: Ferro

address1: 4400 Central Way

city: Chubbuck

state: ID

zip: 83202

country: US

email: sferro@iccu.com

phone: 208-637-8330

Baker_00000061

company: Idaho Central Credit Union

company-address1: 4400 Central Way

company-city: Chubbuck

company-state: ID

company-zip: 83202

company-country: US

die-count: 2



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**

Idaho Central Credit Union
Attn: Sabrina Ferro
PO Box 2469
Pocatello ID 83206
UNITED STATES

**Ship To:**

Idaho Central Credit Union
Attn: Sabrina Ferro
4400 Central Way
Chubbuck ID 83202
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 813550 | Sales Person: | Noelle Baldwin |
| Invoice Date: | 1/15/2018 | Terms: | Due on receipt of Inv. |
| Customer ID: | 152343 | Packing List: | 213434 |
| Order Number: | 193922 | PO Number: | |

SHIPPING AND HANDLING CHARGES INCLUDED IN TOTAL
SIGNATURE REQUIRED UPON DELIVERY

11/06/2017 - Rcvd Wire Transfer for $19,800.00. jrf

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | NB11061701 / 39MM ROUND .999 FINE SILVER WITH PROOF-LIKE FINISH, SMOOTH EDGE, CUSTOM IDAHO CENTRAL CREDIT UNION COIN. | 1100 | $6.75 | $7,425.00 |
| 2 | N 5 53 / NEW OBVERSE DIE | 1 | $1200.00 | $1,200.00 |
| 3 | N 5 54 / NEW REVERSE DIE | 1 | $400.00 | $400.00 |
| 4 | 03105 / CAPSULE, 39MM DIRECT FIT SET (H39) | 1100 | $0.00 | $0.00 |
| 5 | 11101 / .999 FINE SILVER | 1100 | $18.00 | $19,800.00 |
| 6 | 04131 / STANDARD POLY BAG | 1100 | $0.00 | $0.00 |
| | SHIPPING & HANDLING | 1 | $150.00 | $150.00 |

| | | |
|---|---|---|
| Less Deposit | | 19,800.00 |
| *Invoice Total:* | | **$9,175.00** |
| *Paid To Date:* | | **$0.00** |
| ***Balance Due:*** | | **$9,175.00** |

Baker_00000063

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|------|-------------------------------|----------|------------|--------|

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum.  In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000064

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 12:13 PM |
| To: | 'rrr.akadata@verizon.net' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | _RPBA A007546 color.pdf; _RPBA A007547 Rialto color.pdf |

Mr. Royce -

I have received your email regarding the transfer of die ownership. After doing some research, we have already transferred some of your dies to Medalcraft Mint, see the attached images of those dies that have been transferred.

I have found the die numbers for the SWAT coin and would be happy to process this request. The court approved fee for the ownership transfer is $300.00 per die.

The die number is,
G 9 58

The reverse die that is used with the SWAT coin is owned by Northwest Territorial Mint. They are both common reverses that I would not be able to transfer over to you.

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker


-----Original Message-----
From: Dist - Webmaster
Sent: Sunday, May 27, 2018 10:24 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Richard

last-name: Royce

address1: 950 Beaumont Ave #3236

city: Beaumont

state: CA

zip: 92223

country: US

email: rrr.akadata@verizon.net

phone: 951-849-9764

company: Rialto Police Benefit Association

company-address1: PO Box 816

company-city: Rialto

company-state: CA

company-zip: 92376

company-country: US

die-count: 4

comment: We have purchased and own 4 dies for the Rialto Police Benefit Association. I'm not sure of the die numbers but the job numbers and images are attached. Also, we had provisional use of a St. Michael and SWAT die for use with the Carrera Memorial Die for non profit use. I don't know those die numbers but have attached their image(s) as well. Please let me know if you need additional information.

Baker_00000066



RIALTO POLICE

POLICE OFFICER

THE GREAT SEAL OF THE STATE OF

CALIFORNIA

RIALTO POLICE

RIALTO

POLICE

BENEFIT ASSOCIATION

Job #: A007546

Designer: Michael Berman

Sales: ANDREA ALBERTS

Customer: RIALTO PD

Description: BADGES

Date: 08/13/2007

© Northwest Territorial Mint has a worldwide copyright
on the artwork in this coin. The artwork is not to be copied
by anyone by any means without first receiving permission
from Northwest Territorial Mint.

Actual Size
39 mm





**CITY OF RIALTO, CALIFORNIA**

*"Bridge to Progress"*

**INCORPORATED NOV. 17, 1911**

Job #: A007547

Designer: Michael Berman

Sales: ANDREA ALBERTS

Customer: RIALTO PD

Description: SEAL

Date: 08/08/2007

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin. The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

Actual Size
39 mm



Baker_00000068

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 11:42 AM |
| To: | 'jstokes@cap.gov' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | img098.pdf |

Mr. Stokes -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Civil Air Patrol - California Wing. I have found the die numbers for your coin and would be happy to process this request. The fee for the ownership transfer is $300.00 per die.

Your die numbers are,
C 8 18
L 11 19

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 10:31 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jon

last-name: Stokes

address1: 28151 Highridge Road

address2: #310

city: Rancho Palos Verdes

state: CA

zip: 90275

country: US

email: jstokes@cap.gov

Baker_00000069

phone: 310-292-1165

company: Civil Air Patrol - California Wing

company-address1: 208 S. Juanita Ave

company-address2: Unit A

company-city: Redondo Beach

company-state: CA

company-zip: 90277

company-country: US

die-count: 2

comment: The dies should be sent to 28151 Highridge Road, #310, Palos Verdes, CA 90275

Baker_00000070




| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Wednesday, May 30, 2018 4:20 PM |
| To: | 'jerry.green@ccfd6.org' |
| Subject: | FW: Request for Die Form (or other assistance) |
| Attach: | NW Territorial Mint, LLC (Die Recovery Request) 5-30-2018.pdf |

Mr. Green,

It was nice speaking with you this afternoon. I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Clark County Fire District. I have found the die numbers for your coin and would be happy to process this request.  The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 10 68
M 10 69

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card,  or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

---

**From:** Jerry Green [mailto:jerry.green@ccfd6.org]
**Sent:** Wednesday, May 30, 2018 11:12 AM
**To:** Jenifer Baker
**Subject:** Request for Die Form (or other assistance)
**Importance:** High

Hi Jenifer,
Thank you for your information via phone just now.

Below is the original email sent to you that bounced back.

I received your name from Denise Lentz of K&L Gates LLP in Seattle, WA regarding my attempt to receive the die that our agency purchased from NW Territorial Mint LLC.  The die request form doesn't appear to be on the associated website provided in the letter received, and therefore am reaching out to you for assistance in assuring I meet the June 21, 2018 deadline as referenced in the letter.

You will find purchasing information attached to email for verification, along with a letter that was just sent out to Ms. Gates.  Denise immediately called me and provided your contact information as the individual who is handling this process of die recovery.

Baker_00000072

Your assistance is greatly appreciated.

Sincerely,

Jerry



**Jerry M. Green**
**Fire Chief**
**Clark County FD6**
**(360) 576-1195**
**Jerry.Green@ccfd6.org**
www.CCFD6.org

*Disclaimer:* This email and related attachments, and any response, is subject to public disclosure pursuant to Ch 42.56 RCW.



## NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 144295

| Pro-Forma Invoice |
|---|

**Sold To:**
Nick McCarty
Clark County Fire District 6
8800 NE Hazel Dell Ave
Vancouver WA 98665
UNITED STATES

**Ship To:**
Clark County Fire District 6
ATTN: Nick McCarty
8800 NE Hazel Dell Ave
Vancouver WA 98665
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 6/7/2016 | Sales Person: | David Gasvoda |
| Contact: | Clark County Fire District 6 | Phone: | (360) 576-1195 |
| Customer ID: | 140414 | Email: | n.mccarty@comcast.net |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | INVOICE | Due Date: | 7/20/2016 |

EVENT DATE 07/20/16
S&H = COMPLEMENTARY; SIGNATURE REQUIRED AT DELIVERY

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 125.00 | DG06071604 / 1.75 INCH ROUND, 2D, HAND FINISHED ANTIQUE BRONZE PATINA, MINTED WITH OUR CUSTOM STEEL COINING DIES, ENAMEL ON OBVERSE AND REVERSE, SMOOTH EDGE, CUSTOM MEDALLION FOR CLARK COUNTY FIRE DISTRICT 6. | $9.45 | $1,181.25 |
| | 1 | Die Charge - OBVERSE | $650.00 | $650.00 |
| | 1 | Die Charge - REVERSE | $400.00 | $400.00 |

0212-000-800

522 20 3210
1817
Auburn

JG
6-8-16

Mauren ordered 6/8/16

| | |
|---|---|
| Line Total: | $1,181.25 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $1,050.00 |
| **Order Total** | **$2,231.25** |

Page: 1 of 1

**\*** need to void check—Mauren paid w/ Visa 8/1/16 voiding warrant.

Baker_00000074



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210



*Ordered 6/8/16*

**Sales Order:    144295**

## Pro-Forma Invoice

**Sold To:**
Nick McCarty
Clark County Fire District 6
8800 NE Hazel Dell Ave
Vancouver WA 98665
UNITED STATES

**Ship To:**
Clark County Fire District 6
ATTN: Nick McCarty
8800 NE Hazel Dell Ave
Vancouver WA 98665
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 6/7/2016 | Sales Person: | David Gasvoda |
| Contact: | Clark County Fire District 6 | Phone: | (360) 576-1195 |
| Customer ID: | 140414 | Email: | n.mccarty@comcast.net |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | INVOICE | Due Date: | 7/20/2016 |

EVENT DATE 07/20/16
S&H = COMPLEMENTARY; SIGNATURE REQUIRED AT DELIVERY

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 125.00 | DG06071604 / | 1.75 INCH ROUND, 2D, HAND FINISHED ANTIQUE BRONZE PATINA, MINTED WITH OUR CUSTOM STEEL COINING DIES, ENAMEL ON OBVERSE AND REVERSE, SMOOTH EDGE, CUSTOM MEDALLION FOR CLARK COUNTY FIRE DISTRICT 6. | $9.45 | $1,181.25 |
| | 1 | | Die Charge - OBVERSE | $650.00 | $650.00 |
| | 1 | | Die Charge - REVERSE | $400.00 | $400.00 |

| | |
|---|---|
| Line Total: | $1,181.25 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $1,050.00 |
| **Order Total** | **$2,231.25** |

Page: 1 of 1

,

Baker_00000075

Print Receipt

# erchant: Northwest Territorial Mint

505 S. 320th St Suite 110
Federal Way, WA 98003                    (253) 833-7780
US

Order information

| | | | |
|---|---|---|---|
| Description: | Order 144295 - Shipping Charge still to be added on & charged | | |
| Order Number: | | P.O. Number: | |
| Customer ID: | 140414 | Invoice Number: | 144295 |

**Billing Information**                    **Shipping Information**
Kristan Maurer
Clark County Fire District 6

kristan.maurer@ccfd6.orf

| | |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| **Total: USD** | **2,231.25** |

Payment Information

| | |
|---|---|
| Date/Time: | 08-Jun-2016 17:01:45 PDT |
| Transaction ID: | 8477508675 |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 097728 |
| Payment Method: | Visa XXXX1966 |

Baker_00000076



May 30, 2018

C/O Denise Lentz
K&L Gates, LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Dear Ms. Lentz,

I am attempting to secure the die cast that was ordered, when our agency purchased it along with 125 coins from Northwest Territorial Mint LLC in June of 2016 (Sales Order: 144295, and included in this letter along with other supporting documentation.

Unfortunately, the "die form" doesn't appear to be located on the www.diereqquest.nwtmint.com website, or is very hard to find if it is there.

I left a voicemail at approximately 10:30 a.m. this morning for you, providing information for contacting me as well, along with what I'm attempting to complete prior to the deadline of June 21, 2018 as indicated in the letter received from K&L Gates LLP on May 29th.

Your assistance in assisting me prior to the deadline would be greatly appreciated.

Sincerely,

Jerry Green

Baker_00000077