| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Wednesday, May 30, 2018 4:31 PM |
| **To:** | 'jstokes@cap.gov' |
| **Subject:** | RE: Die Recovery Request Form |

Mr. Stokes -

I do understand your concerns. If you would like to negotiate the terms you will need to contact the lawyers at K & L Gates.

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Thank you-
Jenifer Baker

-----Original Message-----
From: Col Jon Stokes, CAP [mailto:jstokes@cap.gov]
Sent: Wednesday, May 30, 2018 11:47 AM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Jenifer,

The California Wing has already paid for these dies and should not have to pay again for the dies to be transferred, especially in light of the current situation. These dies should be transferred to our ownership without any further compensation or delay.

Regards,

Col Jon Stokes, CAP
Pacific Region Commander
(C) 310.292.1165
U.S. Air Force Auxiliary
gocivilairpatrol.com
pcr.cap.gov

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Wednesday, May 30, 2018 11:42 AM
To: jstokes@cap.gov
Subject: FW: Die Recovery Request Form

Mr. Stokes -

I have received your email requesting die ownership to be transferred from

Northwest Territorial Mint to Civil Air Patrol - California Wing. I have found the die numbers for your coin and would be happy to process this request. The fee for the ownership transfer is $300.00 per die.

Your die numbers are,
C 8 18
L 11 19

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 10:31 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jon

last-name: Stokes

address1: 28151 Highridge Road

address2: #310

city: Rancho Palos Verdes

state: CA

zip: 90275

country: US

email: jstokes@cap.gov

phone: 310-292-1165

company: Civil Air Patrol - California Wing

company-address1: 208 S. Juanita Ave

company-address2: Unit A

company-city: Redondo Beach

company-state: CA

company-zip: 90277

company-country: US

die-count: 2

comment: The dies should be sent to 28151 Highridge Road, #310, Palos Verdes, CA 90275

Bake9_00000080

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 4:30 PM |
| To: | 'lisa.holguin@ibwc.gov' |
| Subject: | FW: Die Recovery Request Form |

Ms. Holguin,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to you. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Do you have any documentation from the previous order?

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 2:10 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Lisa

last-name: Holguin

address1: 4171 N. Mesa

address2: Bldg C, Ste 306

city: El Paso

state: TX

zip: 79902

country: US

email: lisa.holguin@ibwc.gov

phone: 915-832-4765

company: USIBWC

company-address1: 4171 N. Mesa, Bldg C, Ste 306

company-city: El Paso

company-state: TX

company-zip: 79902

company-country: US

die-count: 2

comment: We purchase coins annually and we paid for the die back in 2004. Please advise if there is a cost in acquiring our die

Baker_00000082

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 4:29 PM |
| **To:** | 'lisa.holguin@ibwc.gov' |
| **Subject:** | FW: Die Recovery Request Form |

Ms. Holguin,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to you. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Do you have any documentation from the previous order?

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 2:10 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Lisa

last-name: Holguin

address1: 4171 N. Mesa

address2: Bldg C, Ste 306

city: El Paso

state: TX

zip: 79902

country: US

email: lisa.holguin@ibwc.gov

phone: 915-832-4765

company: USIBWC

company-address1: 4171 N. Mesa, Bldg C, Ste 306

company-city: El Paso

company-state: TX

company-zip: 79902

company-country: US

die-count: 2

comment: We purchase coins annually and we paid for the die back in 2004. Please advise if there is a cost in acquiring our die

Baker_00000084

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 4:28 PM |
| **To:** | 'ajatadero@gmail.com' |
| **Subject:** | FW: Die Recovery Request Form |

Arlyn -

Do you have the previous order or invoice number for the 150 coins you ordered?

Thank you -
Jenifer

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 2:36 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Arlyn

last-name: Atadero

address1: 191 Camino Del Mundo

city: Fort Collins

state: CO

zip: 80524

country: US

email: ajatadero@gmail.com

phone: 760-693-6712

company: Legend Coins

company-address1: 191 Camino Del Mundo

company-city: Fort Collins

company-state: CO

company-zip: 80524

company-country: US

die-count: 2

Baker_00000085

comment: I paid for the creation of these dies with the expectation of making 2500 medals. I was only able to order 125.

Baker_00000086

Ms. Holguin,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to you. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Do you have any documentation from the previous order?

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 2:10 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Lisa

last-name: Holguin

address1: 4171 N. Mesa

address2: Bldg C, Ste 306

city: El Paso

state: TX

zip: 79902

country: US

email: lisa.holguin@ibwc.gov

phone: 915-832-4765

company: USIBWC

company-address1: 4171 N. Mesa, Bldg C, Ste 306

company-city: El Paso

company-state: TX

company-zip: 79902

company-country: US

die-count: 2

comment: We purchase coins annually and we paid for the die back in 2004. Please advise if there is a cost in acquiring our die

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 4:15 PM |
| To: | 'marty@lainkart.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | bill-k597.pdf; bill-h21100.pdf; bill-2768.pdf |

Mr. Benoit,

I have found the artwork for your dies and would like to arrange shipment.

I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like to use.

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 11:34 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Martin

last-name: Benoit

address1: PO Box 2691

city: Bunkie

state: LA

zip: 71322

country: US

email: marty@lainkart.com

phone: 985-264-9777

die-count: 3

comment: These three dies were paid and archived at NWT Mint facility.

Baker_00000089



# NORTHWEST TERRITORIAL MINT LLC

*Quotation*

**Quote**
**To:** Martin Benoit
523 West 17th Ave
Covington, LA 70433
United States

| | | | | |
|---|---|---|---|---|
| **Quote Number:** | 45967 | | **Contact:** | Martin Benoit |
| **Quote Date:** | 07/26/12 | **Expires:** 09/20/12 | **Inquiry:** | In Hands Date - 9/20/12 |
| **Customer:** | BENOITMARTIN | | **Terms:** | Credit Card |
| **Salesman:** | Eric Boyd | | **Phone:** | (985) 892-8064 |
| **Ship Via:** | Fed Ex ground shipment | | **FAX:** | |
| **FOB:** | Auburn, WA | | | |

In Hands Date - 9/20/12
Please charge credit card on file $750.00 now and send final invoice after product ships.
Please ship Fed Ex Ground.

| Item | Part Number<br>Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | K 5 97<br>K 5 97 not shipped, archived at NWT Mint facility | | 1 | $750.00 /EA |
| 2 | EB07261202<br>25MM (.25 OZ) ANTIQUE .999 SILVER MEDALLION FOR MARTIN BENOIT. OBVERSE FROM ART #A032693 AND DIE #K 5 97. REVERSE IS A BLANK STOCK DIE. | | 50 | $14.06 /EA |
| 3 | 03105<br>CAPSULE, 39MM SET with Bezels | | 30 | $0.50 /EA |
| 4 | SHIPPING<br>SHIPPING AND HANDLING CHARGE. TO BE INVOICED AFTER PRODUCT SHIPS. | | 1 | $0.00 /EA |

*Total:* **$1,468.00**

By Eric Boyd
NORTHWEST TERRITORIAL MINT LLC

# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY

80 E. Airpark Vista Blvd.

Dayton, NV 89403

Phone: 775-246-6000

Fax: 775-246-6006

*Quotation*

Quote To: Martin Benoit
523 West 17th Ave
Covington, LA 70433
United States

| | | | |
|---|---|---|---|
| **Quote Number:** | 45071 | **Contact:** | Martin Benoit |
| **Quote Date:** | 06/07/12  **Expires:** 08/16/12 | **Inquiry:** | In Hands Date - 8/16/12 |
| **Customer:** | BENOITMARTIN | **Terms:** | Credit Card |
| **Salesman:** | Eric Boyd | **Phone:** | (985) 892-8064 |
| **Ship Via:** | Fed Ex ground shipment | **FAX:** | |
| **FOB:** | Auburn, WA | | |

EVENT/ In hands date - 8/16/12

Paid $722.50 (50%) with credit card on 06/26/12
Charge balance after product ships.

Please ship Federal Express.

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | H 21 100<br>H 21 100 not shipped, archived at NWT Mint | | 1 | $775.00 /EA |
| 2 | E 8 4<br>1.75 INCH BLANK REVERSE SPALH DIE | | 1 | $0.00 /EA |
| 3 | EB06071201<br>1.75 ANTIQUE BRASS SPLASH MEDALLION FOR MARTIN BENOIT.<br>OBVERSE FROM ART #A032669 AND DIE #H 21 100. REVERSE FROM<br>STOCK DIE # E 8 4. | | 75 | $6.25 /EA |
| 4 | EB06071202<br>1.75 INCH ANTIQUE NICKEL SPLASH MEDALLION FOR MARTIN BENOIT.<br>OBVERSE FROM ART #A032669 AND DIE #H 21 100. REVERSE FROM<br>EXISTING STOCK DIE #E 8 4. | | 25 | $7.25 /EA |
| 5 | SHIPPING<br>SHIPPING AND HANDLING | | 1 | $20.00 /EA |

| Item | Part Number Description | Revision | Quantity | Price |
|------|------------------------|----------|----------|-------|

**Total:** **$1,445.00**

_____

By   Eric Boyd

NORTHWEST TERRITORIAL MINT LLC



# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY

80 E. Airpark Vista Blvd.

Dayton, NV 89403

Phone: 775-246-6000

Fax: 775-246-6006

*Quotation*

| | |
|---|---|
| Bill To: Martin Benoit<br>Martin Benoit<br>PO Box 792<br>Covington, LA 70434<br>United States | Ship To: Martin Benoit<br>523 West 17th Ave<br>Covington, LA 70433<br>United States |

| | | | | |
|---|---|---|---|---|
| **Quote Number:** | 55248 | **Contact:** | Martin Benoit | |
| **Quote Date:** | 02/07/14 | **Expires:** 03/06/14 | **Inquiry:** | EVENT/ IN HANDS DATE -3/6/14 |
| **Customer:** | BENOITMARTIN | **Terms:** | Credit Card | |
| **Salesman:** | Eric Boyd | **Phone:** | (985) 892-8064 | |
| **Ship Via:** | Federal Express | **FAX:** | | |
| **FOB:** | Auburn, WA | | | |

EVENT/ IN HANDS DATE - 3/6/14

Paid $800.00 with credit card on 02/07/14
Charge balance after product ships.

Please ship Federal Express

| Item | Part Number<br>Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | H 27 68<br>H 27 68 not shipped, archived at NWT Mint | | 1 | $800.00 /EA |
| 2 | EB02071401<br>1.75 INCH ANTIQUE BRASS SPLASH MEDALLION FOR MARTIN BENOIT. OBVERSE FROM ART #A038393 AND DIE #H 27 68. REVERSE FROM EXISTING STOCK DIE #E 8 4. | | 60 | $6.50 /EA |
| 3 | EB02071402<br>1.75 INCH ANTIQUE NICKEL SPLASH MEDALLION FOR MARTIN BENOIT. OBVERSE FROM ART #A038393 AND DIE #H 27 68. REVERSE FROM EXISTING STOCK DIE #E 8 4. | | 40 | $7.50 /EA |
| 4 | SHIPPING<br>SHIPPING AND HANDLING CHARGE. TO BE INVOICED AFTER PRODUCT SHIPS. | | 1 | $0.00 /EA |

*Total:* **$1,490.00**

Baker_00000093

| Item | Part Number Description | Revision | Quantity | Price |
|------|------------------------|----------|----------|-------|

By  Eric Boyd

NORTHWEST TERRITORIAL MINT LLC

Baker_00000094

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 4:05 PM |
| To: | 'thadh@servaward.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | #15-161.pdf |

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to ServAward, Inc. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
H 6 18
H 6 19

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 11:03 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Thad

last-name: Hildreth

address1: 2925 Redding Rd.

address2: Ste 326

city: Atlanta

state: GA

zip: 30319

country: US

Baker_00000095

email: thadh@servaward.com

phone: 404-376-3660

company: ServAward, Inc.

company-address1: 4470 Chamblee Dunwoody Rd.

company-address2: Ste 326

company-city: Atlanta

company-state: GA

company-zip: 30338

company-country: US

die-count: 2

comment: Item is a 2" Double-Sided Coin - I believe that requires 2 dies.

Baker_00000096





| BILL TO | SHIP TO | | Date | 3/26/2015 |
|---|---|---|---|---|
| Thad Hildreth | Kent Rigsby | | | |
| ServAward, Inc. | Augusta National Golf Club | | PO# | 15-161 |
| 4470 Chamblee Dunwoody Rd, #326 | 2604 Washington Rd. | | | |
| Atlanta, GA  30338 | Augusta, GA  30904 | | Need by | |
| | | | | |
| Contact Name: | Bruce Proctor | | Ship Via | GRND |
| Email Address: | | | | |

| ServAward Contact: | thadh@servaward.com |
|---|---|

Thad Hildreth / ServAward, Inc.
4470 Chamblee Dunwoody Rd., Ste 326
Atlanta, GA  30338
T:  404-264-1822   F:  404-264-1823
**asi:  323555**

| Quantity | Item Code | Description | Price | | TOTAL Price | |
|---|---|---|---|---|---|---|
| 20 | | 2" Sterling Silver Medallion, Hand Finished, Coated | $ | 167.95 | $ | 3,359.00 |
| | | in a Protective Laquer, USA.  "Clifford Roberts" | | | $ | - |
| | | | | | $ | - |
| 14 | | Cherrywood Box (Customer has 6 in stock) | $ | 49.85 | $ | 697.90 |
| | | | | | $ | - |
| 1 | | Setup Charge | $ | 150.00 | $ | 150.00 |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | TOTAL | | $ | 4,206.90 |

**SPECIAL INSTRUCTIONS:**

See Quote no. BP-03162015-03

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 3:49 PM |
| **To:** | 'ryan@ahmsainternational.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | AHMSA International - Ryan Richardson Quote.pdf; img-209140754-0001.pdf |

Mr. Richardson,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to AHMSA International. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 8 80
M 8 81

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 10:38 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Ryan

last-name: Richardson

address1: 5150 N Loop 1604 W

city: San Antonio

state: TX

zip: 78249

country: US

email: ryan@ahmsainternational.com

Baker_00000098

phone: 210-462-6732

company: AHMSA International

company-address1: 5150 n loop 1604 W

company-city: San Antonio

company-state: TX

company-zip: 78249

company-country: US

die-count: 2

comment: Both the quote and invoice of the two dies are attached.



# NORTHWEST TERRITORIAL MINT

Auburn WA • Springfield VA • Green Bay WI • The Pentagon • Dayton NV

80 Airpark Vista Blvd, Dayton, NV 89403 • Toll Free: 800-843-9854
Fax: 775-246-6006 • Website: NWTMint.com

| **To** | AHMSA International, Inc. | **Date** | 12 22, 2015 |
| --- | --- | --- | --- |
| | Ryan Richardson | **Sales Person** | David Gasvoda |
| | (210) 477-2774 | **Email** | David.Gasvoda@nwtmint.com |
| | ryan@ahmsainternational.com | **Phone** | 253-528-1841 |

### QUOTATION #:     A054977

**PROJECT TITLE:**    AHMSA International Customer Appreciation

| Qty | DESCRIPTION | Unit Price | Total |
| --- | --- | --- | --- |
| 75 | 47mm round, custom minted, 3 dimensional, 2 ounces .999 Silver Coins struck with custom engraved hand polished steel coining dies for a proof like finish, with a reeded edge.  (Requires 2 oz silver per coin purchased separately), in a direct fit coin capsule, placed in a custom leatherette and silver foil stamped AHMSA International on the sleeve and inside puff | 19.79 | $1,484.00 |
| 1 | Obverse Custom Hand  Engraved Hand Polished Steel Coining Die | 625.00 | $625.00 |
| 1 | Reverse Custom Hand  Engraved Hand Polished Steel Coining Die | 725.00 | $725.00 |
| 1 | Hand Engraved Custom Box Die For Silver Foil Embossing | 200.00 | $200.00 |
| 75 | One Ounce Of .999 Pure Silver At Spot (will vary until the price is locked in) | 14.35 | $1,076.25 |
| 1 | Shipping Estimate | 60.00 | $60.00 |
| | | | |
| | **Subtotal** | | **$3,970.25** |
| | **Notes:** Includes A Stock Custom Certificate Of Authenticity (custom certificates are available.  Bullion is paid for when the silver price is locked in balance prior to the order shipping. | | |



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**

AHMSA International
ATTN: RYAN RICHARDSON
5150 N LOOP 1604 W
SAN ANTONIO TX 78249-1325
UNITED STATES

**Ship To:**

AHMSA International
ATTN: RYAN RICHARDSON
5150 N LOOP 1604 W
SAN ANTONIO TX 78249-1325
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 734789 | Sales Person: | David Gasvoda |
| Invoice Date: | 2/8/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 133272 | Packing List: | 131401 |
| Order Number: | 122936 | PO Number: | INVOICE |

Ref Bullion Order #123669

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | DG01131601   /<br>47 MM ROUND, 2 OUNCES .999 SILVER, 3D,  STRUCK WITH CUSTOM HAND ENGRAVED POLISHED STEEL COINING DIES, PROOF LIKE FINISH, REEDED EDGE; AHMSA INTERNATIONAL MEDALLION<br>INCLUDES:<br>DIRECT FIT COIN CAPSULE<br>CUSTOM LEATHERETTE WITH SILVER FOIL EMBOSSED SLEEVE & INSIDE PUFF<br>STOCK CERTIFICATE OF AUTHENTICITY<br>(REQUIRES 2 OZ SILVER PER COIN PURCHASED SEPARATELY) | 75 | $19.79 | $1,484.25 |
| 2 | M 8 80   /<br>NEW DIE - OBVERSE AHMSA INTERNATIONAL | 1 | $625.00 | $625.00 |
| 3 | M 8 81   /<br>NEW DIE - REVERSE AHMSA INTERNATIONAL | 1 | $725.00 | $725.00 |
| 4 | 03107   /<br>CAPSULE, 48MM SET | 75 | $0.00 | $0.00 |
| 5 | 01606   /<br>#68, LEATHERETTE, BLACK COMPLETE, 47MM(1.875) CAPPED/1.75(44.5MM) CAPPED | 75 | $0.00 | $0.00 |
| | Die Charge - Box Die | 1 | $200.00 | $200.00 |
| | STOCK COA x 75 | 1 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $89.75 | $89.75 |

Baker_00000101

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|------|-------------------------------|----------|------------|--------|

| | | | |
|---|---|---|---|
| | *Invoice Total:* | **$3,124.00** |
| | *Paid To Date:* | **$0.00** |
| | *Balance Due:* | **$3,124.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000102



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
AHMSA International
ATTN: RYAN RICHARDSON
5150 N LOOP 1604 W
SAN ANTONIO TX 78249-1325
UNITED STATES

**Ship To:**
AHMSA International
ATTN: RYAN RICHARDSON
5150 N LOOP 1604 W
SAN ANTONIO TX 78249-1325
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 734792 | Sales Person: | David Gasvoda |
| Invoice Date: | 2/8/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 133272 | Packing List: | 131528 |
| Order Number: | 123669 | PO Number: | |

Ref Custom Order #122936

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 11101        / .999 FINE SILVER | 150 | $14.80 | $2,220.00 |

| | |
|---|---|
| *Invoice Total:* | **$2,220.00** |
| *Paid To Date:* | **$0.00** |
| **Balance Due:** | **$2,220.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000103

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 3:41 PM |
| To: | 'rsmint@yahoo.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | E2GEN09120723.PDF |

Mr. Stehberger,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Rising Star Mint LLC. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
L 1 37
L 5 56
J 19 56
J 19 57
J 20 65
J 18 10
J 20 65
J 18 9

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 9:54 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: John

last-name: stehberger

address1: PO box 250735

city: Milwaukee

state: WI

zip: 53225

country: US

email: rsmint@yahoo.com

phone: 414-322-0607

company: Rising Star Mint LLC

company-address1: PO box 250735

company-city: Milwaukee

company-state: WI

company-zip: 53225

company-country: US

die-count: 1

Baker_00000105



# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY

80 E. Airpark Vista Blvd.

Dayton, NV 89403

Phone: 775-246-6000

Fax: 775-246-6006

*Quotation*

| Bill To: | RISING STAR MINT<br>PO Box 250735<br>Milwaukee, WI 53225<br>United States | Ship To: | RISING STAR MINT<br>PO Box 250735<br>Milwaukee, WI 53225<br>United States |
| --- | --- | --- | --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Quote Number:** | 53453 | | | **Contact:** | John Steh |
| **Quote Date:** | 10/09/13 | **Expires:** | 11/06/13 | **Inquiry:** | |
| **Customer:** | RSMINT | | | **Terms:** | Payable On Receipt |
| **Salesman:** | Marty Colwell | | | **Phone:** | (414) 322-0607 |
| **Ship Via:** | DIE ORDER-DO NOT SHIP | | | **FAX:** | |
| **FOB:** | Auburn, WA | | | | |

DIE ORDER ONLY

| Item | Part Number<br>Description | Revision | Quantity | Price |
| --- | --- | --- | --- | --- |
| 1 | L 5 56<br>2D Custom Coining Die (18mm): Mexican<br>NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | 1 | $300.00 /EA |

**Total:** **$300.00**

By   Martin Colwell

NORTHWEST TERRITORIAL MINT LLC

Baker_00000106

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 3:12 PM |
| **To:** | 'gsletmoe@lebanonfire.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | SKMBT_C45418053108190.pdf |

Mr. Sletmoe,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Lebanon Fire District. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 11 91
M 11 92

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 8:14 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Gordon

last-name: Sletmoe

address1: 1050 W Oak St

city: Lebanon

state: OR

zip: 97355

country: US

email: gsletmoe@lebanonfire.com

Baker_00000107

phone: 541-451-1901

company: Lebanon Fire District

company-address1: 1050 W Oak St

company-city: Lebanon

company-state: OR

company-zip: 97355

company-country: US

die-count: 2

comment: In October 2016 Lebanon Fire District purchased two dies from NWTM for a total of $1,400. We believe that these dies belong to us and are submitting this claim to have them returned to us.

Baker_00000108



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 154701

**Sales Order Acknowledgement**

**Sold To:**
FIRE CHIEF GORDON SLETMOE
LEBANON FIRE DISTRICT
1050 WEST OAK STREET
LEBANON OR 97355
UNITED STATES

**Ship To:**
FIRE CHIEF GORDON SLETMOE
LEBANON FIRE DISTRICT
1050 WEST OAK STREET
LEBANON OR 97355
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 10/12/2016 | Sales Person: | Marty Colwell |
| Contact: | LEBANON FIRE DISTRICT | Phone: | 541-405-5939 |
| Customer ID: | 143552 | Email: | GARY427963@YAHOO.COM |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 11/25/2016 |

SHIPPING & HANLDING TO BE ADDED TO FINAL INVOICE

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1.00 | M 11 91 / | 3D COINING DIE /CUSTOMER SUPPLIED SCULPT / 39MM / LEBANON FIRE DISTRICT FIREMAN | $700.00 | $700.00 |
| 2 | 1.00 | M 11 92 / | 3D COINING DIE / CUSTOMER SUPPLIED SCULPT / 39MM / LEBANON FIRE DISTRICT EAGLE | $700.00 | $700.00 |
| 3 | 250.00 | MC10121601 / | 39MM NICKEL WITH SATIN FINISH LEBANON FIRE DISTRICT COIN PACKAGED IN A POLY BAG | $7.00 | $1,750.00 |
| 4 | 250.00 | 04131 / | STANDARD POLY BAG | $0.00 | $0.00 |

201-61240

| | |
|---|---|
| Line Total: | $3,150.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$3,150.00** |

Baker_00000109

**LEBANON FIRE DISTRICT**

**46481**

Vendor: Northwest Territorial Mint LLC
Vendor No. 40788          Vendor Account No:

| Invoice Number | Date | Description | |
|---|---|---|---|
| 154701 | 10/27/2016 | | |

Check Date: 10/27/2016
Check Amount: 3,150.00

Invoice Amount
3,150.00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND • PADLOCK ICON DISAPPEARS WITH HEAT • FLUORESCENT FIBERS AND OTHER SECURITY FEATURES



**LEBANON FIRE DISTRICT**
1050 WEST OAK STREET
LEBANON, OREGON 97355
(541) 451-1901

**KeyBank National Association**
Lebanon, Oregon 97355
24-201-1230

**46481**

Date
10/27/2016

Amount
3,150.00

**Pay:**   THREE THOUSAND ONE HUNDRED FIFTY AND XX / 100

**To the order of:**
Northwest Territorial Mint LLC
POB 2148
Auburn, WA 98071

AUTHORIZED SIGNATURE

⑈046481⑈ ⑆123002011⑆ 37045100383⑈

---

**LEBANON FIRE DISTRICT**

**46481**

Vendor: Northwest Territorial Mint LLC
Vendor No. 40788          Vendor Account No:

| Invoice Number | Date | Description | |
|---|---|---|---|
| 154701 | 10/27/2016 | | |

Check Date: 10/27/2016
Check Amount: 3,150.00

Invoice Amount
3,150.00

Baker_00000110

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Thursday, May 31, 2018 1:17 PM |
| **To:** | 'pfkrj@concolidated.net' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | NWTM Original Order.pdf |

Mr. Kneib,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Andrea Hidalgo. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
I 3 66
I 5 27

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 6:55 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: PAUL

last-name: KNEIB

address1: 1002 YORK WAY

city: GIBSONIA

state: PA

zip: 15044

country: US

email: PFKRJ@CONSOLIDATED.NET

Baker_00000111

phone: 412-849-2261

die-count: 2

comment: Attached you will find my original order which includes the dies from my original design that I submitted to NWTM to produce the dies and pins. I am unsure if there are more than one set of dies for my design in your possession. NWTM had some quality control issues in the production of my dies and pins which they attempted to correct more than once and finally did. Due to their quality control issues I was only charged once for die production but I did receive more than one shipment of pins until they finally addressed the quality control issues and produced pins that were consistent with my intended design. So, I would like to receive all dies and other materials related to my design that may be in your possession.
I also have a JPG image of my design that I can provide you of my design which I will send you as well separately. This form appears to only permit the attachment of one file.

Baker_00000112



# NORTHWEST TERRITORIAL MINT LLC

80 East Airpark Vista Blvd.
Dayton, NV 89403
Phone: 800-843-9854
Fax: 775-246-6006

## Packing Slip

**Ship To:**

MR. PAUL KNEIB
1002 YORK WAY
GIBSONIA PA 15044
UNITED STATES

**Sold To:**

MR. PAUL KNEIB
1002 YORK WAY
GIBSONIA PA 15044
UNITED STATES

| | | | |
|---|---|---|---|
| Pack Slip: | 66964 | Sales Person: | Brenda Johnson |
| Ship Date: | 1/8/2015 | Phone: | 4128492261 |
| Ship Via: | FedEx Ground | Email: | PFK4@PITT.EDU |
| Order Number: | 57754 | Terms: | Due on receipt |
| Order Date: | | PO Number: | |

| Line | Part Number / Description | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|
| 1 | BJ01111414 / BJ01111414 - 1" X 1" ANTIQUE NICKEL METAL LAPEL PIN WITH BLACK ENAMEL | 50 | 50 | 0 |
| 2 | BJ02111414 / BJ02111414 - 1" X 1" .999 SILVER, SATIN FINISH, METAL WITH BLACK ENAMEL | 8 | 8 | 0 |
| 3 | DIE # I 3 66 / DIE # I 3 66 | 1 | 1 | 0 |



| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 1:11 PM |
| To: | 'oracle2468@gmail.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | Andrea Hidalgo die receipt.pdf |

Ms. Hidalgo,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Andrea Hidalgo. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 11 48
M 11 49

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 5:03 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Andrea

last-name: Hidalgo

address1: 1664 SKY BLUE DRIVE

city: SUN PRAIRIE

state: WI

zip: 53590

email: oracle2468@gmail.com

phone: 608-345-4695

die-count: 2

comment: We own #M 11 48 /OBV DIE

we own #M 11 49 / REV DIE

Baker_00000115



## NORTHWEST TERRITORIAL MINT

Medallions - Medals - Coins - ChallengeCoins

PROJECT/ CLIENT: HOPE DESIGN LTD

DOMESTIC

OBVERSE

REVERSE

A056604
Brenda
MP
15 July 16
V4
Copper-Nickel
Antique
1.5 inch (39mm)
100

**Collar die**

A056604
Obverse & Reverse
Approximate Size

PMS 349
PMS 107
BLACK

1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com

NOTE: Graphic representation not to scale - please review SCALE IMAGE chart for actual production size. It is the responsibility of the customer - prior to final proof approval for production to make sure spelling of any text is correct. All PMS colors used in the production of custom product are listed for digital proof verification. It is the customer's responsibility to verify listed PMS colors to suit their need and application.

Colors and finishes shown are approximate and will differ from each computer monitor.

Graphic representations are the property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is strictly prohibited. All Rights reserved.

Baker_00000116

# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
ANDREA HIDALGO
1664 SKY BLUE DR
SUN PRAIRIE WI 53590
UNITED STATES

**Ship To:**
ANDREA HIDALGO
1664 SKY BLUE DR
SUN PRAIRIE WI 53590
UNITED STATES

| Invoice Number: | 759241 | Sales Person: | Brenda Johnson |
|---|---|---|---|
| Invoice Date: | 9/22/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 142379 | Packing List: | 156985 |
| Order Number: | 150692 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | BJ08261601 / 39MM ANTIQUE NICKEL MEDALLION WITH 3 COLORS ON REVERSE | 100 | $8.25 | $825.00 |
| 2 | DIE # M 11 48 / OBV DIE | 1 | $550.00 | $550.00 |
| 3 | DIE # M 11 49 / REV DIE | 1 | $550.00 | $550.00 |
| 4 | 04131 / STANDARD POLY BAG | 100 | $0.00 | $0.00 |

PAID ✓ # 3966 US BANK 9/29/16

| | |
|---|---|
| **Invoice Total:** | **$1,925.00** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$1,925.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

Baker_00000117

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Thursday, May 31, 2018 2:04 PM |
| **To:** | 'egibstein@hotmail.com' |
| **Subject:** | Jenifer's Contact |

Mr. Gibstein –

Just to follow up with our phone call, here is my contact information.  I will send Mark Calvert an email requesting that he get in touch with you.

Jenifer Baker
775-461-7641

Baker_00000118

The court determined that NWTMINT retained ownership of the dies, they are considered tooling to produce the coins. This was a settlement the court arranged. If you would like to dispute the charges, I believe the information was provided in the letter with a court date.

-----Original Message-----
From: McFadden, Dean [mailto:dean.mcfadden@guymonok.org]
Sent: Thursday, May 31, 2018 11:25 AM
To: Jenifer Baker
Subject: Re: Die Recovery Request Form

If we payed for die in first place why are we required to pay again?

Sent from my iPhone

> On May 31, 2018, at 1:00 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Mr. McFadden -
>
> I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to City of Guymon Fire. I have found the die number for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.
>
> Your die number is,
> L 2 86
>
> I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.
>
> Northwest Territorial Mint
> 80 E. Airpark Vista Blvd
> Dayton, NV 89403
>
> Thank you-
> Jenifer Baker
>
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Wednesday, May 30, 2018 1:23 PM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: Dean

Baker_00000119

>
> last-name: McFadden
>
> address1: 402 NE 24th
>
> city: Guymon
>
> state: OK
>
> zip: 73942
>
> email: dean.mcfadden@guymonok.org
>
> phone: 580-338-5536
>
> company: City of Guymon Fire
>
> company-address1: 402 NE 24th
>
> company-city: Guymon
>
> company-state: OK
>
> company-zip: 73942
>
> die-count: 2
>
> comment: These were dies for our fire department. They are used as our signature giveaways.
>
>
>
> <nwt mint.pdf>

Baker_00000120

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 3:46 PM |
| **To:** | 'David Vachon' <vach55@hotmail.com> |
| **Subject:** | RE: Die Recovery Request Form |

David -

Thank you for providing me with the current email between yourself and Kim Fall. Northwest Territorial Mint did make some exceptions with customers and your email documentation proves that you are in that category. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: David Vachon [mailto:vach55@hotmail.com]
Sent: Thursday, May 31, 2018 10:19 AM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Hello Jenifer ,
I was under the impression that I owned those dies since I already paid for them and they were to be housed at the mint for my use this was what I was told at the time of purchase by one of your sale representatives . I have attached an e-mail correspondence stating that . I can forward the entire e-mail to you if you wish . So why are you asking me to pay again for something I am supposed to own ? I can understand that I would pay to ship them to me, but that figure you gave me is almost the entire cost of what I paid to have them made initially .I think am entitled to those dies and I should be able to get them in my possession for just the standard Shipping cost to me .
I was only able to purchase once from those dies then your company folded , If your representative would have expressed that the business was near an end I would have pursued another mint ,but I was misled into believing that all was fine with your company there was no indication by the sales rep that the future was uncertain .Please let me know how I can get my dies without that outrageous cost. Thank You , Dave Vachon

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Wednesday, May 30, 2018 7:00 PM
To: vach55@hotmail.com
Subject: FW: Die Recovery Request Form

Mr. Vachon,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to David Vachon. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
N 4 48

Baker_00000121

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 4:24 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: David

last-name: Vachon

address1: 96 Theophile Street

city: Manchester

state: NH

zip: 03102

country: US

email: vach55@hotmail.com

phone: 603-626-1008

company: Olde Yankee coin rings

company-address1: 96 Theophile Street

company-city: Manchester

company-state: NH

company-zip: 03102

company-country: US

die-count: 2

comment: I am interested in claiming ownership of Dies , N 4 48 , and N 4 49 . I paid for these dies and think that I should receive them . I was told at the time I purchased them that I own the dies and that they were just to

be stored at the mint . See the attached documents . Please advise of anything I need to do to receive them .
Thank You , Dave Vachon

Baker_00000123

Valerie –

I understand and will put you on the contact list once a new vendor has been approved. At that time the dies will be forwarded over to the vendor and you can still have access on getting your coins minted.

Thank you-
Jenifer

**From:** Commissioners [mailto:commissioners@laramiecounty.com]
**Sent:** Thursday, May 31, 2018 12:59 PM
**To:** Jenifer Baker
**Subject:** RE: Die Recovery Request Form

Jennifer,

Thank you for the information, however the Commissioner's think that paying for the transfer of the dies to us after already paying to have the dies created is too much to ask. Therefore, we are no longer interested in recovering the dies. Please cancel our request.

Thank you!

Valerie Miller
Executive Assistant
Laramie County Commissioners
(307) 633-4260
310 W. 19 St., Ste. 300
Cheyenne WY, 82001
valmiller@laramiecounty.com

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Wednesday, May 30, 2018 5:07 PM
To: Commissioners
Subject: FW: Die Recovery Request Form

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Ms. Miller,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Laramie County Commissioners. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to

produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
J 6 68
M 5 59

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 8:27 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Valerie

last-name: Miller

address1: 310 W 19 ST

address2: Suite 300

city: Cheyenne

state: WY

zip: 82001

country: US

email: commissioners@laramiecounty.com

phone: 307-633-4260

company: Laramie County Commissioners

company-address1: 310 W 19 ST

company-address2: Suite 300

company-city: Cheyenne

company-state: WY

Baker_00000125

company-zip: 82001

company-country: US

die-count: 2

comment: Our Medallion has two different sides, we are interested in claiming the die for each side of the medallion, please advise if there is more we need to supply, thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 1:23 PM |
| **To:** | 'Kevin Lucia' <Kevin.Lucia@Midlothian.tx.us> |
| **Subject:** | RE: Die Recovery Request Form |

Mr. Lucia -

We will send an update once it has been determined who the new vendor will be. At that time the dies will be forwarded over to them.

Thank you -
Jenifer Baker

-----Original Message-----
From: Kevin Lucia [mailto:Kevin.Lucia@Midlothian.tx.us]
Sent: Thursday, May 31, 2018 6:46 AM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Ms. Baker,
After discussion with our Fire Chief, we have decided to not pay the ownership transfer fee for our two dies. It was our understanding when we the dies were made, we paid for the dies at that time and they belonged to us - they were just housed at NWTMINT. It seems unfair to have to pay for something we have already paid for, but the court ruling stands.

If something changes on transfer of dies, please let us know.

Thank you for your help,

Kevin Lucia
Fire Marshal
Midlothian Fire Department

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Wednesday, May 30, 2018 16:00
To: Kevin Lucia <Kevin.Lucia@Midlothian.tx.us>
Subject: FW: Die Recovery Request Form

Mr. Lucia -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Midlothian Fire Department. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
K 5 84
F 7 98

Baker_00000127

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 1:39 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Kevin

last-name: Lucia

address1: 100 W. Avenue F

city: Midlothian

state: TX

zip: 76065

country: US

email: kevin.lucia@midlothian.tx.us

phone: 972-775-7662

company: Midlothian Fire Department

company-address1: 100 W. Avenue F

company-city: Midlothian

company-state: TX

company-zip: 76065

company-country: US

die-count: 2

comment: We have two custom dies we purchased for our Department challenge coins. Job# A032541 and Job# A004749 (Die# F 7 98).

Thank you.

Baker_00000128

Baker_00000129

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 3:01 PM |
| **To:** | 'eric schack' <earthboundconstruction@yahoo.com> |
| **Subject:** | RE: Die Request Form |

Mr. Schack –

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Earth Bound Construction. I have found the artwork for your coin and would be happy to process this request.   The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 4 38
M 4 39
L 2 16
L 2 17

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card,  or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker


**From:** eric schack [mailto:earthboundconstruction@yahoo.com]
**Sent:** Thursday, May 31, 2018 8:26 AM
**To:** Jenifer Baker
**Subject:** Die Request Form

Good Morning Jenifer,

Please note I am sending you the "die request form" in order to claim the (2) dies stored at Northwest Territorial Mint's facility.


Thanks

Eric Schack

Baker_00000130

Brenda -

I have found the artwork for your dies. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** Brenda Webb [mailto:brenda@idcbak.com]
**Sent:** Thursday, May 31, 2018 11:15 AM
**To:** Jenifer Baker
**Cc:** dwilliams2@bak.rr.com
**Subject:** Northwest Mint Dies

Please see the attached memo from Dave Williams. Please direct any questions to him at 661-589-9575.


Brenda Webb
Industrial Design & Construction Inc.

Ms. Smithers,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Wayne Automatic Fire Sprinklers, Inc.. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
I 6 73
I 6 74
I 9 7
I 9 8

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

---

**From:** Barbara E. Smithers [mailto:besmithers@waynefire.com]
**Sent:** Thursday, May 31, 2018 8:44 AM
**To:** Jenifer Baker
**Subject:** Northwest Territorial Mint Die Request Form

Please see attached Die Request Form submitted on behalf of Wayne Automatic Fire Sprinkler, Inc. and supporting documentation. Please let me know if you need any additional information.

Thank you.

Barbara Smithers
Corporate Counsel
Wayne Automatic Fire Sprinklers, Inc.
222 Capitol Court , Ocoee, FL 34761
Direct: 321-221-2074







Baker_00000133

Jerry -

Medalcraft Mint is a supplier of coins and would be able to use your dies to produce the medals. My recommendation would be to reach out to the owner and have a discussion with him.

Medalcraft Mint
Jerry Moran
920-593-1544

Thank you-
Jenifer Baker

---

**From:** Jerry Green [mailto:jerry.green@ccfd6.org]
**Sent:** Wednesday, May 30, 2018 4:52 PM
**To:** Jenifer Baker
**Subject:** RE: Request for Die Form (or other assistance)

Jennifer,

I will be talking about the purchasing again or our "**Clark County Fire District 6**" die(s) with staff, since we paid $1,050 originally for them, and they were to be owned by us.
Not being a maker of such coins as we purchased, I don't know how easy it is to find another minter that would make items for us, and not assured they wouldn't say that they need to cast their own die(s) anyway.
Perhaps you have some insight on this since as I recall you worked for the original maker we purchased through before employment with current company.

Thanks for your assistance.

Jerry

---

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Wednesday, May 30, 2018 4:20 PM
**To:** Jerry Green <jerry.green@ccfd6.org>
**Subject:** FW: Request for Die Form (or other assistance)
**Importance:** High

Mr. Green,

It was nice speaking with you this afternoon. I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Clark County Fire District. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 10 68
M 10 69

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

---

**From:** Jerry Green [mailto:jerry.green@ccfd6.org]
**Sent:** Wednesday, May 30, 2018 11:12 AM
**To:** Jenifer Baker
**Subject:** Request for Die Form (or other assistance)
**Importance:** High

Hi Jenifer,
Thank you for your information via phone just now.

Below is the original email sent to you that bounced back.

I received your name from Denise Lentz of K&L Gates LLP in Seattle, WA regarding my attempt to receive the die that our agency purchased from NW Territorial Mint LLC. The die request form doesn't appear to be on the associated website provided in the letter received, and therefore am reaching out to you for assistance in assuring I meet the June 21, 2018 deadline as referenced in the letter.

You will find purchasing information attached to email for verification, along with a letter that was just sent out to Ms. Gates. Denise immediately called me and provided your contact information as the individual who is handling this process of die recovery.

Your assistance is greatly appreciated.

Sincerely,

Jerry



**Jerry M. Green**
**Fire Chief**
**Clark County FD6**

**(360) 576-1195**
**Jerry.Green@ccfd6.org**
www.CCFD6.org

*Disclaimer:*  This email and related attachments, and any response,
is subject to public disclosure pursuant to Ch 42.56 RCW.

Baker_00000136