| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 12:23 PM |
| **To:** | 'monty_j_Giulio@rl.gov' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | NW.MINT.DIE.MJG.pdf |

Mr. Giulio -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Hanford Patrol. I have found the die number for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has determined that we can ship the dies back to you, however I will need to charge for shipping in the amount of $45.00.

Your die number is,
H 22 31
H 22 32

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 9:13 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Monty

last-name: Giulio

address1: 5152 W. Killdeer Ct.

city: West Richland

state: WA

zip: 99353

country: US

email: Monty_J_Giulio@rl.gov

phone: 509-373-1527

company: Hanford Patrol

company-address1: 5152 W. Killdeer Ct.

company-city: West Richland

company-state: WA

company-zip: 99353

company-country: US

die-count: 2

Bates_00000138



# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

**Sold To:** Chief Monty Giulio
Chief Monty Giulio
5152 West Killdeer Ct
West Richland, WA 99353
United States

**Ship To:** Chief Monty Giulio
5152 West Killdeer Ct.
West Richland, WA 99353
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 426194 | **Salesman:** | Eric Boyd |
| **Invoice Date:** | 01/17/13 | **Terms:** | Credit Card |
| **Customer:** | HANFORDPATR | **Packing List:** | 426194 |
| **Order No:** | 398130 | | |

Paid $1,500.00 for Obverse Die H 22 31 with credit card on 12/10/12
Paid $1,340.35 (balance) with credit card on 01/18/13

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | H 22 31 - H 22 31 not shipped, archived at NWT Mint | | $1,500.00 / EA | $1,500.00 |
| 2 | 1 | H 22 32 - H 22 32 not shipped, archived at NWT Mint | | $750.00 / EA | $750.00 |
| 3 | 50 | EB07251201 - 2.25 INCH X 1.25 INCH ANTIQUE BRASS DOG TAG SHAPED MEDALLION WITH TWO COLORS ENAMEL AND BLANK ENGRAVING SPACE. OBVERSE FROM ART #A030594 AND DIE #H 22 31. REVERSE FROM ART #A030595 AND DIE #H 22 32. | | $11.50 / EA | $575.00 |

| | |
|---|---|
| Sub-total: | $2,825.00 |
| Sales Tax: | $0.00 |
| Shipped Via Fed Ex ground shipment: | $15.35 |
| *Invoice Total:* | *$2,840.35* |
| *Paid To Date:* | *-$2,840.35* |
| *Balance Due:* | *$0.00* |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page 1 of 1

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 12:00 PM |
| To: | 'jdalrymple@swenergy.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | box and box die QUOTE.pdf; QUOTE.pdf; Southwest Energy Quote.doc; A007080 SOUTHWEST ENERGY.pdf; A007079 SOUTHWEST POWER (2).pdf |

Good Afternoon Jenine - I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Southwest Energy LLC. I have found the die number for your coin and would be happy to process this request. The court has determined that we can ship the dies back to you, however I will need to charge for shipping in the amount of $45.00.

Your die numbers are,
H 3 17
H 3 18
Box Die

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 3:52 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jenine

last-name: Dalrymple

address1: 2040 West Gardner Lane

city: Tucson

state: AZ

zip: 85705

country: US

email: jdalrymple@swenergy.com

phone: 520-696-9495

company: Southwest Energy, LLC

company-address1: 2040 W Gardner Lane

company-city: Tucson

company-state: AZ

company-zip: 85705

company-country: US

die-count: 2

comment: Please see our claim for dies for front and back of coin, plus also our box die. jdalrymple@swenergy.com or 520 906 2635 for further info.

Bake3_00000141



# NORTHWEST TERRITORIAL MINT LLC

*Quotation*

**Quote To:** Southwest Energy LLC
2040 West Gardner Lane
Tucson, AZ 85705
United States

| | | | |
|---|---|---|---|
| **Quote Number:** | 21249 | **Contact:** | Jenine Dalrymple |
| **Quote Date:** | 07/16/08 **Expires:** 07/30/08 | **Inquiry:** | |
| **Customer:** | SWENERGY | **Terms:** | 50% Down/Balance on Receipt |
| **Salesman:** | Andrea Alberts | **Phone:** | (520) 636-9495 |
| **Ship Via:** | Fed Ex ground shipment | **FAX:** | (520) 547-3208 |
| **FOB:** | Auburn, WA | | |

Custom SW Energy Logo in Gold Leif

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 2 | BOX DIE<br>New box die w/personalized information for sleeve and puff In Gold Foil | | 1 | $125.00 /EA |
| 3 | 01111<br>BOX, 47 BLACK NO BOTTOM PAD | | 60 | $10.50 /EA |
| 4 | 01211<br>PAD, 47 BLACK 5-HOLES | | 60 | $0.00 /EA |

**Total:** **$755.00**

By  Andrea Alberts
NORTHWEST TERRITORIAL MINT LLC

Bates_00000142



# NORTHWEST TERRITORIAL MINT LLC

### *Quotation*

**Quote To:** Southwest Energy LLC
2040 West Gardner Lane
Tucson, AZ 85705
United States

| | | | |
|---|---|---|---|
| **Quote Number:** | 20223 | **Contact:** | Jeanine Dalrymple |
| **Quote Date:** | 05/06/08   **Expires:** 07/01/08 | **Inquiry:** | |
| **Customer:** | SWENERGY | **Terms:** | 50% Down/Balance on Receipt |
| **Salesman:** | Andrea Alberts | **Phone:** | (520) 636-9495 |
| **Ship Via:** | Fed Ex ground shipment | **FAX:** | (520) 547-3208 |
| **FOB:** | Auburn, WA | | |

Engraving can be done for an additional $5.00 per coin.

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | AA05060801<br>39MM Copper Medallion for Southwest Energy with Mining Montage on the front and Southwest Energy Logo. | | 60 | $5.50 /EA |
| 2 | AA05060802<br>39MM Merlin Gold Medallion for Southwest Energy with Mining Montage on the front and Southwest Energy Logo. | | 50 | $4.00 /EA |
| 3 | AA05060803<br>39MM Nickel Medallion for Southwest Energy with Mining Montage on the front and Southwest Energy Logo. | | 35 | $5.50 /EA |
| 4 | AA05060804<br>39MM 1 Troy Ounce .999 Fine Silver Medallions for Southwest Energy with Mining Montage on the front and Southwest Energy Logo. | | 25 | $24.90 /EA |
| 5 | AA05060805<br>39MM 1 Troy Ounce .999 Fine Silver Gold Select Medallions for Southwest Energy with Mining Montage on the front and Southwest Energy Logo. | | 10 | $34.90 /EA |
| 6 | AA05060806 | | 5 | $34.90 /EA |

| Item | Part Number Description | Revision | Quantity | Price |
|------|------------------------|----------|----------|-------|
|      | 39MM 1 Troy Ounce .999 Fine Silver Gold Plated (Entire Coin Gold Plated) Medallions for Southwest Energy with Mining Montage on the front and Southwest Energy Logo. | | | |
| 7 | 03105<br>39MM CAPSULE SET | | 200 | $0.50 /EA |
| 8 | H 3 17<br>H 3 17  Southwest Mining Montage,  not shipped, archived at NWT Mint | | 1 | $800.00 /EA |
| 9 | H 3 18<br>H 3 18 Southwest Logo,        not shipped, archived at NWT Mint | | 1 | $500.00 /EA |

**Total:**   **$3,268.50**

By   Andrea Alberts

NORTHWEST TERRITORIAL MINT LLC



# NORTHWEST TERRITORIAL MINT

P.O. Box 2148 · Auburn, Washington 98071-2148 · (800) 344-6468

March 27, 2008

Southwest Energy
Attn: Jenine Dalrymple
2040 West Gardner Lane
Tucson, AZ 85705

Dear Jenine,

Please find below pricing for your commemorative medallion.
Lead Times are 6-8 Weeks Upon Placement of Order.

## Q U O T E

| QUANTITY | DESCRIPTION | UNIT PRICE |
|---|---|---|
| 1 | 3 D 39MM Coining Die for Obverse | $800.00 |
| 1 | 2 D 39MM Coining Die for Reverse | $500.00 |
| 50-500 | 39MM .999 Fine Silver Gold Select Medallions | $36.48 |
| 501-1000 | 39MM .999 Fine Silver Gold Select Medallions | $36.20 |
| 50-500 | 39MM .999 Fine Silver Medallions | $26.48 |
| 50-500 | 39MM Copper Medallions | $5.50 |
| 50-500 | 39MM Nickel Medallions | $5.50 |
| 50-500 | 39MM Merlin Gold (Brass) Medallions | $4.00 |
| * | Silver Pricing is Subject to Change Daily | |
| Packaging Options: | | |
| 50-500 | 39MM Capsules | $0.50 |
| 50-500 | Velour Pouches | $1.00 |
| 50-500 | Premium Leatherettes | $5.00 |
| 1 | Custom Puff & Sleeve Die | $125.00 |
| | (Fee Waived for Orders Over 200pcs) | |

Terms: 50% Down Balance Upon Delivery

Baker_00000145

Sincerely,
Andrea Alberts
Custom Sales Representative

Baker_00000146

**SOUTHWEST
ENERGY**

JAMES D. TOOLE
30 YEARS

Job #: A007080
Designer: Michael Berman
POC: ANDREA ALBERTS
Client: SOUTHWEST ENERGY
Description: LOGO
Date: 21 FEB 2008

© Northwest Territorial Mint has a worldwide copyright
on the artwork in this coin. The artwork is not to be copied
by anyone by any means without first receiving permission
from Northwest Territorial Mint.

Actual Size
39 mm





Job #: A007079
Designer: Michael Berman
POC: ANDREA ALBERTS
Client: SOUTHWEST ENERGY
Description: PIT
Date: 21 FEB 2008

Actual Size
39 mm

© Northwest Territorial Mint has a worldwide copyright
on the artwork in this coin. The artwork is not to be copied
by anyone by any means without first receiving permission
from Northwest Territorial Mint.

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Thursday, May 31, 2018 11:28 AM |
| **To:** | 'nrosenblum@me.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | 183464 ROSENBLUM GOLDSMITHS.PDF; MC04060601.pdf; IMG_3903.jpg; IMG_3904.jpg; image001.jpg; NWTM2016 invoice.png |

Mr. Rosenblum -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Rosenblum/Goldsmiths Inc. I have found the die number for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die number is,
D 8 80
D 8 83

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 1:46 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Neal

last-name: Rosenblum

address1: 261 Park Ave.

city: Worcester

state: MA

zip: 01609

country: US

email: nrosenblum@me.com

Baker_00000149

phone: 508-755-4244

company: Rosenblum/Goldsmiths Inc

company-address1: 261 Park Ave.

company-city: Worcester

company-state: MA

company-zip: 01609

company-country: US

die-count: 2

comment: Hello,
I Neal Rosenblum represent Open Geospatial Consortium to facilitate the annual making of a 24k gold award medallion by contracting North West Territorial Mint (NWTM) to produce this product. The original Artwork and Die were produced in 1999 with a revision or a new die made at a later date. It has been our belief that since we paid for the die to be made to our specifications and was billed as a separate charge it was owned by Rosenblum/Goldsmiths Inc. for OGC. We would like this die returned to Rosenblum/Goldsmiths Inc. as soon as possible as we need to produce a new medallion to be rewarded before September 2018. Please contact me if further details are needed to expedite this request.

Baker_00000150



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 183464

## Sales Order Acknowledgement

| Sold To: | Ship To: |
|---|---|
| NEAL ROSENBLUM | NEAL ROSENBLUM |
| ROSENBLUM GOLDSMITHS | ROSENBLUM GOLDSMITHS |
| 261 PARK AVE | 261 PARK AVE |
| WORCESTER MA 01609 | WORCESTER MA 01609 |
| UNITED STATES | UNITED STATES |

| | | | |
|---|---|---|---|
| Order Date: | 7/21/2017 | Sales Person: | Marty Colwell |
| Contact: | ROSENBLUM GOLDSMITHS | Phone: | 508-755-4244 |
| Customer ID: | 1032404 | Email: | neal@goldsmithsgallery.com |
| Terms: | Due on receipt of Inv. | Ship Via: | USPS First Class |
| PO Number: | | Due Date: | 8/18/2017 |

Precious Metal Purchases

Prices are based on the spot price of the metal and are good for today only, Friday, July 21, 2017.

To lock in these prices the funds must be received by Northwest Territorial Mint by 4:00 PST on Tuesday, July 25, 2017.

We accept wire transfers, cashier's checks and debit cards.

If paying by a debit card, there will be a 3-1/4% surcharge on the cost of the metal.

Total funds required to lock this price in is the Spot Price x Troy ounces: $1,879.50

SHIP USPS REGISTERED/INSURED

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1.00 | MC04060601 | / | 40.5mm 1.5 Troy Ounce .999 Gold Proof-Struck Medallion, Engraved - Gardels Award | $2,379.50 | $2,379.50 |
| 2 | 1.00 | 01721 | / | BOX, CHERRY WOOD BLACK 4.5X4.5 GLASS TOP W/ 39MM NON- CAPPED BLACK PAD | $35.00 | $35.00 |

Baker_00000151



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 183464

## Sales Order Acknowledgement

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|------|-----|---------------|-------------|-----------|--------|
| 3 | 1.00 | Custom Bottom Pad | / CUSTOM BLACK BOTTOM PAD CUT TO FIT 40.55 MM COIN | $0.00 | $0.00 |
| | 1 | USPS S&H | | $55.00 | $55.00 |

| | |
|---|---|
| Line Total: | $2,414.50 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $55.00 |
| ***Order Total*** | ***$2,469.50*** |

Baker_00000152

# D 8 80
## 39mm



**ERP SKU Number:**
**Name:** 4891_d 8 80
**ERP SKU Number:**
**File Size:** 61 KB
**Creation Date:** May 1, 2013
**\* Asset Type:** --Select--
**File:** 4891_d 8 80.gif
**File:** 4891_d 8 80.gif
**cm_DieNumber:** D 8 80

Baker_00000153

D 8 83

39mm



**ERP SKU Number:**
**Name:** 4892_d 8 83
**ERP SKU Number:**
**File Size:** 61 KB
**Creation Date:** May 1, 2013
**\* Asset Type:** --Select--
**File:** 4892_d 8 83.gif
**File:** 4892_d 8 83.gif
**cm_DieNumber:** D 8 83

Baker_00000154



KENNETH D. GARDELS AWARD
IN
RECOGNITION OF
ENDURING CONTRIBUTIONS,
VISIONARY LEADERSHIP, AND
COMMITMENT TO THE IDEALS THAT
FUEL INNOVATION AND FOSTER OPEN
GEOSPATIAL TECHNOLOGY

Marie-Françoise Voidrot
September 2017

Baker_00000155



# Marty Colwell

Northwest Territorial Mint
Director of Sales

(800) 843-9854
(775) 461-7331
(775) 246-6006 Fax
Marty@nwtmint.com





**NORTHWEST TERRITORIAL MINT LLC**
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:    147281**

## Sales Order Acknowledgement

**Sold To:**

Neal Rosenblum
ROSENBLUM GOLDSMITHS
261 PARK AVE
WORCESTER MA 01609

**Ship To:**

NEAL ROSENBLUM
ROSENBLUM GOLDSMITHS
261 PARK AVE
WORCESTER MA 01609
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 7/12/2016 | Sales Person: | hynickv |
| Contact: | ROSENBLUM GOLDSMITHS | Phone: | 508-755-4244 |
| Customer ID: | 1032404 | Email: | neal@goldsmithsgallery.com |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 1.00 | MC04060601  /  40.5mm 1.5 Troy Ounce .999 Gold Proof-Struck Medallion, Engraved - Gardels Award | $2,462.50 | $2,462.50 |
| 2 | 2.00 | MC07121602  /  40.5mm 1 Troy Ounce .999 Silver Proof-Struck Medallion, Engraved | $29.50 | $59.00 |
| 3 | 3.00 | 01721  /  BOX, CHERRY WOOD BLACK 4.5X4.5 GLASS TOP W/ 39MM NON- CAPPED BLACK PAD | $28.00 | $84.00 |
| | 1 | 3 X $10 Engraving Charge | $30.00 | $30.00 |
| | 1 | Short Production Fee | $250.00 | $250.00 |

| | |
|---|---|
| Line Total: | $2,605.50 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $280.00 |
| **Order Total** | **$2,885.50** |

Page:  1 of 1

Baker_00000158

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 11:00 AM |
| **To:** | 'dean.mcfadden@guymonok.org' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | nwt mint.pdf |

Mr. McFadden -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to City of Guymon Fire. I have found the die number for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die number is,
L 2 86

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 1:23 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Dean

last-name: McFadden

address1: 402 NE 24th

city: Guymon

state: OK

zip: 73942

email: dean.mcfadden@guymonok.org

phone: 580-338-5536

Baker_00000159

company: City of Guymon Fire

company-address1: 402 NE 24th

company-city: Guymon

company-state: OK

company-zip: 73942

die-count: 2

comment: These were dies for our fire department. They are used as our signature giveaways.

Baker_00000160



# NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:     128480**

## Sales Order Acknowledgement

**Sold To:**
DEAN MCFADDEN
GUYMON FIRE DEPARTMENT
402 NE 24th
GUYMON OK 73942
UNITED STATES

**Ship To:**
DEAN MCFADDEN
GUYMON FIRE DEPARTMENT
402 NE 24th
GUYMON OK 73942
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 1/26/2016 | Sales Person: | Marty Colwell |
| Contact: | GUYMON FIRE DEPARTMENT | Phone: | 580-338-5536 |
| Customer ID: | 1026965 | Email: | dean.mcfadden@guymonok.org |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | BASE METAL | Due Date: | 2/16/2016 |

SHIPPING & HANDLING TO BE ADDED TO FINAL INVOICE

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 50.00 | GF05241301  /  39MM ANTIQUE BRASS, 3-COLORS OF ENAMEL COIN -  GUYMON FIRE DEPARTMENT | $8.55 | $427.50 |

| | |
|---|---|
| Line Total: | $427.50 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$427.50** |

Page:  1 of 1

Baker_00000161

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, May 31, 2018 10:26 AM |
| To: | 'mns@asaltd.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | Northwest Territorial Mint.pdf |

Mr. Christensen,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to ASA Gold and Precious Metals Limited. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
J 13 91
J 13 92

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 1:22 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: David

last-name: Christensen

address1: 400 S El Camino Real

address2: Suite 710

city: San Mateo

state: CA

zip: 94402

country: US

email: mns@asaltd.com

phone: 650-376-3135

company: ASA Gold and Precious Metals Limited

company-address1: 400 S El Camino Real

company-address2: Suite 710

company-city: San Mateo

company-state: CA

company-zip: 94402

company-country: US

die-count: 1

comment: Please contact Mary Sleeper, Operations Manager regarding any further questions or updates regarding this submission request. Thank you.

Baker_00000163



# NORTHWEST TERRITORIAL MINT LLC
### dba MEDALLIC ART COMPANY
80 Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

**Sold To:** ASA Limited
ATTN: Rodney Yee
400 S El Camino Real Ste 710
San Mateo, CA 94402
United States

**Ship To:** ASA Limited
ATTN: Rodney Yee
400 S El Camino Real Ste 710
San Mateo, CA 94402
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 268482 | **Salesman:** | James Elliott |
| **Invoice Date:** | 02/28/11 | **Terms:** | Credit Card |
| **Customer:** | ASA | **Packing List:** | 268482 |
| **Order No:** | 256647 | | |

Paid $1733.60 with credit card 2/17/11
Paid $1211.94 with credit card 03/03/11

| Item | Quantity | Description | Revision | Unit Price | Amount |
|------|----------|-------------|----------|-----------|--------|
| 1 | 1 | JE02171101 - 30mm ASA Limited 1 troy ounce 24-kt gold proof like coin, encapsulated, in leatherette box | | $275.00 / EA | $275.00 |
| 2 | 1 | GOLD - 1 ounce of 24-kt gold at $1,376 per ounce on 2/16/11 | | $1,376.00 / EA | $1,376.00 |
| 3 | 1 | EDGEMARK - Engrave edgemark "NYSE ASA" at 12 o'clock position and "1 Troy Ounce 24-kt Gold" at 6 o'clock position | | $0.00 / EA | $0.00 |
| 4 | 1 | 03105 - Capsule, 39mm set with black bezel to fit 30mm coin | | $0.00 / EA | $0.00 |
| 5 | 1 | 01601 - 39mm black leatherette complete | | $6.25 / EA | $6.25 |
| 6 | 10 | JE02171102 - 30mm ASA Limited 1 ounce .999 fine silver proof like coin, encapsulated, and black velour pouch | | $10.50 / EA | $105.00 |
| 7 | 10 | FINE SILVER - 30 ounces of fine silver at $30.71 per ounce on 2/16/11 | | $30.71 / EA | $307.10 |
| 8 | 10 | EDGEMARKING - Engrave edgemark "NYSE ASA" at 12 o'clock position and "1 ounce .999 Fine Silver" at 6 o'clock position | | $0.00 / EA | $0.00 |
| 9 | 10 | 03142 - Capsule, 39mm deep bottom, RC 39-2 with black bezel to fit 33mm coin | | $0.00 / EA | $0.00 |
| 10 | 10 | 03402 - Pouch, black small, 2.75" x 3.25", CSP-3 | | $0.00 / EA | $0.00 |
| 11 | 1 | FRONT DIE - Die# J 13 91  ASA Gold and Precious Metal Ltd with globe | | $310.00 / EA | $310.00 |
| 12 | 1 | REVERSE DIE - Die# J 13 92  New York Stock Exchange with building | | $475.00 / EA | $475.00 |
| 13 | 1 | SERVICE FEE - 3% service charge for credit card payment of $1,683.10 in precious metal. | | $50.50 / EA | $50.50 |

| | |
|---|---|
| **Sub-total:** | **$2,904.85** |
| **Sales Tax:** | **$0.00** |
| **Shipped Via express mail:** | **$40.69** |

Page 1 of 2

Baker_00000164

| Item | Quantity | Description | Revision | Unit Price | Amount |
|------|----------|-------------|----------|------------|--------|

| | | |
|---|---|---|
| *Invoice Total:* | *$2,945.54* |
| *Paid To Date:* | *-$2,945.54* |
| *Balance Due:* | *$0.00* |

Baker_00000165

Print Reciept

# Receipt

---

Northwest Territorial Mint -in house
1307 W. Valley Hwy North
Auburn WA 98001
2538337780

---

**Description:**
Transaction Date: 3/3/2011 3:40:16 PM
Transaction ID: 9709370
Transaction Status: Approved
Authorization Code: 01013Z
Type : SALE
Card Number: XXXX8919
Amount: $1,211.94
Invoice: Q36145

Customer ID: ASA

---

**Billing Information**
Rodney Yee
ASA Limited
400 S. El Camino Real Ste. 710
San Mateo CA
94402
650-376-3135

---

**Shipping Information**

---

**Customer Notes:**

☒ CLOSE THIS WINDOW    🖨 PRINT    📧 E-MAIL THIS RECEIPT

Baker_00000166

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| Sent: | Thursday, May 31, 2018 10:24 AM |
| To: | 'tabdalla@southpasadenaca.gov' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | invoice copy.pdf; SPPD Dies PO.pdf |

Mr. Abdalla,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to South Pasadena Police Department. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
L 13 94
L 13 95

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 12:36 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Anthony

last-name: Abdalla

address1: 1422 Mission St.

city: South Pasadena

state: CA

zip: 91030

country: US

email: tabdalla@southpasadenaca.gov

Baker_00000167

phone: 626-403-7277

company: South Pasadena Police Department

company-address1: 1422 Mission St.

company-city: South Pasadena

company-state: CA

company-zip: 91030

company-country: US

die-count: 2



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**

South Pasadena Police
Attn: SGT Tony Abdalla
1422 Mission Street
South Pasadena CA 91030
UNITED STATES

**Ship To:**

South Pasadena Police
Attn: SGT Tony Abdalla
1422 Mission Street
South Pasadena CA 91030
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 661033 | Sales Person: | Robyn Armani |
| Invoice Date: | 11/20/2014 | Terms: | Due on receipt |
| Customer ID: | 107504 | Packing List: | 56695 |
| Order Number: | 58986 | PO Number: | email |

Email receipt to: Tony Abdalla
tabdalla@southpasadenaCA.gov

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | L 13 94 / Obverse Die A052128 | 1 | $825.00 | $825.00 |
| 2 | L 13 95 / Reverse Die A052129 | 1 | $595.00 | $595.00 |

| | |
|---|---|
| **Invoice Total:** | **$1,420.00** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$1,420.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000169

# PURCHASE ORDER

# CITY of SOUTH PASADENA
**Finance Department, 1414 Mission Street**
**South Pasadena, CA 91030      Tel: (626) 403-7254**

INVOICE IN DUPLICATE TO:
THIS NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, SHIPPING PAPERS, AND PACKAGES.

15167

**Ship to:**

Northwest Territorial Mint LLC

P.O. Box 2148

Auburn, WA 98071

South Pasadena Police Department

1422 Mission Street

South Pasadena, CA 91030

| DATE OF ORDER | AS PER QUOTATION | TERMS | F.O.B. | FRT. PREPAID | DELIVER ON OR BEFORE |
|---|---|---|---|---|---|
| | | 30-Days | | | |

| ITEM | QUANTITY | DESCRIPTION | UNIT PR. | UNIT | DISC. | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | Part# L1394 / Obverse Die #A052128 | | | | $825.00 |
| 2 | 1 | Part# L1395 / Reserve Die #A052129 | | | | $595.00 |
| | | *Custom Medallion 44mm, Nickel Antiqued Round, Smooth Edge, Color Both Sides, 3d, with Serial Numbering. | | | | |

| TERMS | | TOTAL AMOUNT | $1,420.00 |
|---|---|---|---|

1. SUBJECT TO CALIFORNIA STATE SALES OR USE TAX. FEDERAL EXCISE TAX EXEMPT.
2. DELIVERY CHARGES MUST BE PREPAID.
3. SHIPMENTS ARE SUBJECT TO OUR INSPECTION AND APPROVAL AT FINAL DESTINATION BEFORE PAYMENT WILL BE PROCESSED.
4. ALL MERCHANDISE MUST COMPLY WITH APPLICABLE REQUIREMENTS OF CAL-OSHA AND/OR FEDERAL - OSHA REGULATIONS (OCCUPATIONAL SAFETY & HEALTH ACT).

APPROVED BY

*Sand Batt*

DIRECTOR OF FINANCE
NOT A PURCHASE ORDER UNLESS SIGNED

| RECEIVING RECORD | | | | | | | APPROVED BY |
|---|---|---|---|---|---|---|---|
| DATE REC'D | VENDOR NO. | ITEM NO. | QTY. REC'D | BACK ORDER | BAL. DUE | INITIAL | |

DEPARTMENT HEAD

DELIVERY COMPLETED

| | APPROVED BY | DATE |
|---|---|---|
| ITEMS | ACCOUNT | W/O OR EQUIP NO. |
| | 101-4011-8020 | |

**PURCHASE ORDER NO.**     15167

**FINANCE DEPT. COPY**

Baker_00000170

Mr. Woolley,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Tukwilla Firefighters. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
J 8 79
J 8 78

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, May 30, 2018 12:07 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Chuck

last-name: Woolley

address1: 9720 67th Ave Ct E

city: Puyallup

state: WA

zip: 98373

country: US

email: mammoth1318@gmail.com

phone: 253-381-0279

company: Tukwila Firefighters

company-address1: PO Box 69104

company-city: Seatac

company-state: WA

company-zip: 98168

company-country: US

die-count: 2

comment: We had an earlier die/design that had the IAFF logo, with our Local 2088 on one side and the other side had the "America Unites" logo with 3 firefighters raising the US flag after September 11, 2001. I attached pictures of the coin, but I don't have an order from when we initially got them.



| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Thursday, May 31, 2018 11:32 AM |
| **To:** | 'R Royce' <rrr.akadata@verizon.net> |
| **Subject:** | RE: Die Recovery Request Form |

---

I can have die number G 9 58 transferred to Medalcraft. That die will be sent out today.

-----Original Message-----
From: R Royce [mailto:rrr.akadata@verizon.net]
Sent: Wednesday, May 30, 2018 3:07 PM
To: Jenifer Baker
Subject: Re: Die Recovery Request Form

Am I to understand only two of our four dies were transferred to Medalcraft for production without a fee? If that's the case, I need all our dies transferred asap as I need to resume production. We suffered during Law Enforcement Memorial Week not having any more coins on hand because of this fiasco.

Sent from my iPhone

> On May 30, 2018, at 12:12, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Mr. Royce -
>
> I have received your email regarding the transfer of die ownership. After doing some research, we have already transferred some of your dies to Medalcraft Mint, see the attached images of those dies that have been transferred.
>
> I have found the die numbers for the SWAT coin and would be happy to process this request. The court approved fee for the ownership transfer is $300.00 per die.
>
> The die number is,
> G 9 58
>
> The reverse die that is used with the SWAT coin is owned by Northwest Territorial Mint. They are both common reverses that I would not be able to transfer over to you.
>
> I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.
>
> Northwest Territorial Mint
> 80 E. Airpark Vista Blvd
> Dayton, NV 89403
>
> Thank you-
> Jenifer Baker
>
>
>
> -----Original Message-----
> From: Dist - Webmaster
> Sent: Sunday, May 27, 2018 10:24 AM

Baker_00000174

> To: denise.lentz@klgates.com
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: Richard
>
> last-name: Royce
>
> address1: 950 Beaumont Ave #3236
>
> city: Beaumont
>
> state: CA
>
> zip: 92223
>
> country: US
>
> email: rrr.akadata@verizon.net
>
> phone: 951-849-9764
>
> company: Rialto Police Benefit Association
>
> company-address1: PO Box 816
>
> company-city: Rialto
>
> company-state: CA
>
> company-zip: 92376
>
> company-country: US
>
> die-count: 4
>
> comment: We have purchased and own 4 dies for the Rialto Police Benefit Association. I'm not sure of the die numbers but the job numbers and images are attached. Also, we had provisional use of a St. Michael and SWAT die for use with the Carrera Memorial Die for non profit use. I don't know those die numbers but have attached their image(s) as well. Please let me know if you need additional information.
>
>
>
> <_RPBA A007546 color.pdf>
> <_RPBA A007547 Rialto color.pdf>

Baker_00000175

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Thursday, May 31, 2018 12:35 PM |
| **To:** | 'Vic Hellberg' <vic@hellberg.com> |
| **Subject:** | RE: help |

Vic –

Unfortunately at this time the company is out of business and not producing the stock product you previously ordered. I am not sure if the online store will remain open after the bankruptcy. My suggestion would be to continue monitoring the website.

Thank you –
Jenifer Baker

---

**From:** Vic Hellberg [mailto:vic@hellberg.com]
**Sent:** Wednesday, May 30, 2018 9:36 AM
**To:** Dist - Customer Service
**Subject:** help

## Dear sirs:

**I got a piece in the mail about ownership of dies and bankruptcy proceedings.  Are you going to stay in business for ordering the coins that I stock for my ship's store?**

**Vic**



**Vic Hellberg**
**204 North 18th Street**
**Marshalltown, IA 50158**
☎**641-752-6882 Home**
📠**641-752-7059 Fax**
☎**641-485-4367 Cell**
☎**641-752-3675 Work**
✉**plankowner4@gmail.com** My Laptop
✉**vic@hellberg.com**  **Work**
**www.ussseattleaoe-3.org**

Baker_00000176

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Friday, June 1, 2018 8:27 AM |
| **To:** | 'olympiccomm@aol.com' |
| **Subject:** | Bankruptcy Letter |
| **Attach:** | Bankruptcy Leter.pdf |

Per your voicemail, attached you will find the letter pertaining to the NWTMINT dies.

Thank you –
Jenifer Baker
775-461-7341

Baker_00000177

NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to

Baker_00000178

transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

**It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice.** The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year).

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

**Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate.** Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

Baker_00000179