| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Friday, June 1, 2018 12:01 PM |
| **To:** | 'neptunefc@sbcglobal.net' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | A051564 - 65 Rainey Medal - antique copper.jpg |

Mr. McDowell -

I received your email looking to do a die ownership transfer. Do you have the invoices for the dies you purchased?

Thank you-
Jenifer

-----Original Message-----
From: Dist - Webmaster
Sent: Wednesday, May 30, 2018 9:32 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Michael

last-name: McDowell

address1: 1470 Rose Street

city: Berkeley

state: CA

zip: 94702-1230

country: US

email: neptunefc@sbcglobal.net

phone: 510-703-1101

die-count: 6

comment: In 2012 I asked Eric Boyd of Northwest Territorial Mint to arrange to make 6 dies for 3 medals for the benefit of the San Francisco Fire Department. The original dies, made circa 1900, had been damaged. Because of the small run required for a medal of honor, Eric made it clear that I would pay to make the dies and would be the sole owner of the dies. NWT Mint would hold and store the dies, as a courtesy, at no cost, in the event of future orders. I was informed that I could pick up the dies at any time, as I was the owner of the dies. The original invoice number for making of the dies is 378576. The dies are as follows: Rainey Medal: #H 21 61 H 21 63, Sullivan Medal: #H 21 63 and H 21 64, Scannell Medal: H 21 65 and H 21 66. These dies are part of an important legacy of the SFFD and it is imperative that they be returned.



PROJECT/ CLIENT: Michael McDowell Rainey

**DOMESTIC**

JOB  A051564 - 65
SALES  Eric Boyd
ARTIST  Teresa Snider
DATE  29 Sept 2014
PROOF  V1
METAL  Copper
FINISH  Antique
SIZE  1.75 inch
QTY  12

Splash die





**Die: H 21 61 obverse splash**

**Die: H 21 62 reverse splash**

**Use scans from existing dies**





1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com

Colors and finishes shown are approximate and will differ on each computer monitor.

NOTE: Graphic representation not to scale - please review SCALE IMAGE chart for actual production size. It is the responsibility of the customer - prior to final proof approval for production to make sure spelling of any text is correct. All PMS colors used in the production of custom product are listed for digital proof verification. It is the customer's responsibility to verify listed PMS colors to suit their need and application.

Graphic representations are the property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is strictly prohibited. All Rights reserved.

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Friday, June 1, 2018 11:54 AM |
| **To:** | 'steve@tiger2.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | Graco Family Medal receipt 6 Feb 2008.pdf |

Mr. Haskin -

Unfortunately, I am not able to do anything with tooling and dies that were transferred to IRA Green. That would be something that IRA Green would have to handle. I am sorry that they are not being very helpful.

Good Luck -
Jenifer Bkaer

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 10:41 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Steven

last-name: Haskin

address1: 3812 Lofty Oaks Drive

city: Beavercreek

state: OH

zip: 45430

country: US

email: steve@tiger2.com

phone: 937-431-1195

company: Tiger 2 Productions

company-address1: PO Box 340662

company-city: Beavercreek

company-state: OH

company-zip: 45434

company-country: US

Baker_00000182

die-count: 2

comment: Denise, my die tool set for my military family medals were transferred, without my permission or consent, by the former owners of Graco when NWTM bought the company. I was in process of letting them know that I wanted the die tools back when I found out about the bankruptcy sale to Ira Green. The original owner of Graco (Samuel L. Graves) can also attest to the fact that I paid for the tools and that they are my property. I have contacted Ira Green but they won't confirm that have my tools and if they do, are refusing to return them. The medal design is copyrighted and I will be monitoring them but need some help getting these tools back into my possession. I am even willing to pay reasonable shipping costs to return them to my custody. You help is greatly appreciated.

Baker_00000183



## GRACO AWARDS
FED EMP ID ▮▮▮▮
P O BOX 27
TOMBALL TX 77377-0027

Phone : 281-255-2161     Fax : 281-255-6951
E-mail:     sales@gracoind.com

| INVOICE NO: | 21299 |
|---|---|
| Date : | 02/06/08 |
| Due Date : | 03/07/08 |
| Page : | 1 |

20113
Tiger 2 Productions
Steve Haskin
P O Box 340662
Beavercreek OH 45434-0662
USA



PAID
FEB 2 5 2008
BY: 2470

Ship To/Remarks
Tiger 2 Productions
Steve Haskin
3812 Lofty Oaks Drive
Beavercreek OH 45430

| _ VIA<br>GROUND | FOB<br>ORIGIN | PAYMENT TERMS<br>NET 30 DAYS | YOUR PO #<br>836 | OUR WORK #<br>0000040832 | REP<br>MW |
|---|---|---|---|---|---|

| GRACO<br>PART NO | ITEM<br>DESCRIPTION | QUANTITY<br>SHIPPED | QUANTITY<br>BACKORD | UNIT<br>PRICE | EXTENDED<br>TOTAL |
|---|---|---|---|---|---|
| 9 | DIE SET FOR FAMILY MEDA | 1.0 | | 775.0000 | 775.00 |
| 9 | DIE CHARGE FOR T2 DRAPE | 1.0 | | 150.0000 | 150.00 |
| 112.0328 | FS MEDAL T2 MILIT FAM M | 200.0 | | 2.1000 | 420.00 |
| 112.0329 | FS MEDAL T2 MILIT FAM M | 500.0 | | 3.2500 | 1625.00 |
| 112.0330 | FS MEDAL T2 MILIT FAM M | 300.0 | | 2.7500 | 825.00 |
| | GROUND SERVICE | | | | 63.98 |

PLEASE NOTE:     ALL INVOICES PAST DUE AFTER THE
DUE DATE SHOWN ABOVE WILL HAVE A FINANCE CHARGE
OF 1.5% OF THE UNPAID BALANCE ADDED.

| Sub-Total : | | 3858.98 |
|---|---|---|
| Tax | : | 0.00 |
| Total | : | 3858.98 |

Case 16-11767-CMA    Doc 1782-4    Filed 07/20/18    Ent. 07/20/18 16:54:29    Pg. 6 of 59    mk9_00000185

**GRACO AWARDS**
PO BOX 27
TOMBALL TX 77377-0027

PACKING LIST

Phone : 281-255-2161      Fax : 281-255-6951
E-mail: sales@gracoind.com

| | | | |
|---|---|---|---|
| Date: | 02/06/08 | No. : | 21299 |
| Due Date: | 03/07/08 | Page: | 1 |

20113
Tiger 2 Productions
Steve Haskin
P O Box 340662
Beavercreek OH  45434-0662
USA

(937) 427-1539

Ship To/Remarks
Tiger 2 Productions
Steve Haskin
3812 Lofty Oaks Drive
Beavercreek OH  45430

(937) 431-1195

| Ship Via | FOB | Your# | Our# | Rep. |
|---|---|---|---|---|
| GROUND | ORIGIN | 836 | 0000040832 | MW |

| ITEM | DESCRIPTION | SHIPPED | UNIT | CHECKED |
|---|---|---|---|---|
| 9 | DIE SET FOR FAMILY MEDAL | 1.0 | | |
| 9 | DIE CHARGE FOR T2 DRAPE BAR | 1.0 | | |
| 112.0328 | FS MEDAL T2 MILIT FAM MED/BRZ | 200.0 | EA | |
| 112.0329 | FS MEDAL T2 MILIT FAM MED/GOLD | 500.0 | EA | |
| 112.0330 | FS MEDAL T2 MILIT FAM MED/SIL | 300.0 | EA | |
| | GROUND SERVICE | | | |

Your order carefully checked for accuracy by _____
All returns must be made within 30 days of receipt, and MUST have a return
authorization number.          Call 281-255-2161 for an RA number.

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Friday, June 1, 2018 8:08 AM |
| To: | maxmellenbruch@gmail.com |
| Subject: | FW: Die Recovery Request Form |
| Attach: | dies_to_return_kialara.jpg |

Mr. Mellenbruch,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Kialara. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
N 2 84
N 2 85
M 7 27
M 7 28
M 7 29
N 1 20

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 2:57 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Maxfield

last-name: Mellenbruch

address1: 2445 Brant St #510

city: San Diego

state: CA

zip: 92101

country: US

email: maxmellenbruch@gmail.com

phone: 619-987-4407

company: KIALARA

company-address1: 2445 Brant St #510

company-city: San Diego

company-state: CA

company-zip: 92101

company-country: US

die-count: 6

comment: was told by Russ Wilson that I owned the dies but that NWTM would store them for me. I need these dies very much as my business is dependant on them.

I am needing all six dies I paid for, see attached

1. moon front
2. moon back
3. ricky allman
4. ricky/maxfield/julia reverse
5. maxfield mellenbruch
6. julia tourianski

Best regards,

Max Mellenbruch
www.kialara.com
1-619-987-4407
maxmellenbruch@gmail.com



PROJECT/ CLIENT:  To the Moon

DOMESTIC

ART  A061976-77
SALES  Russ Wilson
ARTIST  CT / JF
DATE  3-24-17
PROOF  V6
METAL  .999 fine silver
FINISH  Satin
SIZE  39mm
QTY  380

COLLAR

Gold select

NO ENAMEL

WHITE ENAMEL

Collar Die
DIE # N 2 84

Collar Die
DIE # N 2 85

Pantone 185 c
Pantone 7700 c
white
black

A061976-77
Obverse & Reverse
Approximate Size

ORDER
170872

PROJECT/ CLIENT:  Max Mellenbruch

DOMESTIC

JOB  A054679-80
SALES  Eric Boyd
ARTIST  CT
DATE  10-20-15
PROOF  V3
METAL  silver
FINISH  Satin
SIZE  39mm
QTY  100

RICKY
ALLMAN
2015

NORTHWEST TERRITORIAL MINT

Medallions - Medals - Coins - ChallengeCoins

PROJECT/ CLIENT:  Max Mellenbruch

DOMESTIC

JOB  A061446
SALES  Russ Wilson
ARTIST  CT
DATE  11-8-16
PROOF  V1
METAL  Silver
FINISH  Satin
SIZE  39mm
QTY  100

MAXFIELD
MELLENBRUCH
2016

existing die M 7 28

NORTHWEST TERRITORIAL MINT

Medallions - Medals - Coins - ChallengeCoins

PROJECT/ CLIENT:  Max Mellenbruch

DOMESTIC

JOB  A054686-A054680
SALES  Eric Boyd
ARTIST  CT
DATE  10-20-15
PROOF  V2
METAL  silver
FINISH  proof-like
SIZE  39mm
QTY  100

JULIA
TOURIANSKI
2015

Baker_00000189

Ms. Lange-Spencer,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 11 4
L 11 5

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 11:11 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Cheryl

last-name: Lange-Spencer

address1: 17401 Perdido Key Drive

city: Pensacola

state: FL

zip: 32507

country: US

email: cheryl@florabama.com

phone: 850-483-6268

company: Flora-Bama Management

company-address1: 17401 Perdido Key Drive

company-city: Pensacola

company-state: FL

company-zip: 32507

company-country: US

die-count: 2

comment: As you can see by the attachment, we ordered twice (2014 & 2016) from the same die. We paid $550 for each die for a total of $1100. It was our understanding that we purchased these. They would be stored at NWT Mint for future orders, such as our 2016 order, but they technically belong to us.
Please do not hesitate to reach out to me if you have any questions or need any additional information.
Thank you,
Cheryl Spencer



## Re: initial artwork for custom medallions

2 messages

**Cheryl Lange** <cheryl@florabama.com>                                    Sun, Jul 13, 2014 at 9:12 AM
To: Eric Boyd <Eric.Boyd@nwtmint.com>

We are so excited about this artwork!! The only problem I see is that the
registered mark is missing on our logo. You guys are awesome!!

Cheryl Lange
Marketing
Flora-Bama Lounge & Package
Direct Line: 850-483-6268

On 7/10/14, 5:31 PM, "Eric Boyd" <Eric.Boyd@nwtmint.com> wrote:

>Hi Cheryl,
>
>Please see initial artwork attached for your review.
>
>I think the front side with Theodore Tampary really came out great!
>
>The backside with your logo can use some adjustments.
>
>Let me know what you think and I will give you a call tomorrow to chat
>about it
>
>Thanks!
>
>Eric
>775-461-7347
>
>
>-----Original Message-----
>From: Cheryl Lange [mailto:cheryl@florabama.com]
>Sent: Monday, July 07, 2014 9:41 AM
>To: Eric Boyd
>Subject: Re: photos for custom medallions
>
>Thanks Eric! We have been brainstorming for an image to use on the coin.
>In the meantime, I was given a couple more images we would like to try.
>I'm crossing my fingers that they will work.
>
>Cheryl Lange
>Marketing
>Flora-Bama Lounge & Package
>Direct Line: 850-483-6268
>
>
>

Baker_00000192

>
>On 7/3/14, 5:46 PM, "Eric Boyd" <Eric.Boyd@nwtmint.com> wrote:
>
>>
>>Hi Cheryl
>>
>>I submitted the photos for artwork today and they told me they can not
>>illustrate because the photos are too blurry and we can't capture any
>>detail.
>>
>>Can you see if you can find any more photos or we'll have to find
>>another image?
>>
>>Let me Know.
>>
>>Thanks!
>>
>>Eric
>>
>>
>>
>>Sent from my iPhone
>>
>>> On Jul 3, 2014, at 7:43 AM, "Cheryl Lange" <cheryl@florabama.com>
>>>wrote:
>>>
>>> I was afraid of that happening.  On the off chance that it helps,
>>>I¹ve attached the file scanned in at a higher resolution.
>>>
>>> Cheryl Lange
>>> Marketing
>>> Flora-Bama Lounge & Package
>>> Direct Line: 850-483-6268
>>>
>>> From: Eric Boyd <Eric.Boyd@nwtmint.com<mailto:Eric.Boyd@nwtmint.com>>
>>> Date: Wednesday, July 2, 2014 at 5:35 PM
>>> To: Cheryl Lange <cheryl@florabama.com<mailto:cheryl@florabama.com>>
>>> Subject: photos for custom medallions
>>>
>>>
>>> Thanks Cheryl,
>>>
>>> Unfortunately we cannot use these photos. I even passed this along to
>>>our graphic designer to see if we could modify for it for us to use
>>>but no luck. We need a photo of at least 300 dpi¹s.
>>>
>>> If you don¹t have one or another photo to use, I can ask our
>>>illustrator to draw it up but it would be great  if can have something
>>>more to reference so we can capture all of the detail.  This requires
>>>a lot of time of resources but if we¹re going to be moving forward
>>>with a coin, then I have no problem with it.
>>>
>>> The cost for a sculpt and die would be $1,800.00.
>>>
>>> Please let me know if you can send me any additional photos to
>>>reference or any other designs to use and I¹m happy to request a
>>>drawing and artwork to be done. Will be there any text on this side?
>>>
>>> Thanks!
>>>
>>>
>>>

Baker_00000193

>>> Eric
>>> 775-461-7347
>>>
>>>
>>> From: Cheryl Lange [mailto:cheryl@florabama.com]
>>> Sent: Wednesday, July 02, 2014 2:27 PM
>>> To: Eric Boyd
>>> Subject: Re: confirmed we can meet your in hands date
>>>
>>> Eric
>>>
>>> Attached are the two pictures I was given.  Can you see if one of
>>>them will work?  Neither one is a very good quality, but then back in
>>>the 70's I don't think anything really was.  :)
>>>
>>> Cheryl Lange
>>> Marketing
>>> Flora-Bama Lounge & Package
>>> Direct Line: 850-483-6268
>>>
>>> From: Eric Boyd <Eric.Boyd@nwtmint.com<mailto:Eric.Boyd@nwtmint.com>>
>>> Date: Tuesday, July 1, 2014 at 3:14 PM
>>> To: Cheryl Lange <cheryl@florabama.com<mailto:cheryl@florabama.com>>
>>> Subject: RE: confirmed we can meet your in hands date
>>>
>>> Ok, great!
>>>
>>> It would be great if the image can stay as a simple 2D or text only
>>>since that's what I shared with my die cutter and that's what we based
>>>the time line on. 3D dies take longer will affect the time line but we
>>>can still try and push it through.
>>>
>>> Once I see your image, I will have to adjust the die price based on
>>>the amount of detail involved. Meeting your event date means I need to
>>>have artwork rendered and approved all by Thursday since Friday is
>>>holiday.
>>>
>>> When you do you think you can send me the image? This would be a Rush
>>>for us and we need to start artwork asap so we can stay on schedule.
>>>
>>> Thanks!
>>>
>>> Eric
>>> 775-461-7347
>>>
>>>
>>>
>>> From: Cheryl Lange [mailto:cheryl@florabama.com]
>>> Sent: Tuesday, July 01, 2014 1:03 PM
>>> To: Eric Boyd
>>> Subject: Re: confirmed we can meet your in hands date
>>>
>>> That's great!  The owners are very excited about this!  They decided
>>>they would like an image on the back, so I am trying to put something
>>>together.  We would like to go with the business strike.
>>>
>>> Thanks for all your help!
>>>
>>> Cheryl Lange
>>> Marketing
>>> Flora-Bama Lounge & Package

Baker_00000194

>>> Direct Line: 850-483-6268
>>>
>>> From: Eric Boyd <Eric.Boyd@nwtmint.com<mailto:Eric.Boyd@nwtmint.com>>
>>> Date: Tuesday, July 1, 2014 at 2:38 PM
>>> To: "'cheryl@florabama.com<mailto:'cheryl@florabama.com>'"
>>><'cheryl@florabama.com<mailto:'cheryl@florabama.com>'>
>>> Subject: confirmed we can meet your in hands date
>>>
>>> Hi Cheryl,
>>>
>>> I just confirmed with our Production team that we can meet your in
>>>hands date of 7/30 if we get the artwork started right away and
>>>approved within the next couple days.
>>>
>>> I can start on artwork asap if you feel the pricing is ok. I'll also
>>>have to have my Bullion Dept. give you a call and lock you in for the
>>>1000 ounces of Silver.
>>>
>>> Please send me your text for the backside and I can start on a mock
>>>up for your approval.
>>>
>>> If you do decide to move forward, let me know if you prefer a
>>>commemorative strike or a Business strike and I can put together a
>>>quote for you.
>>>
>>>
>>>
>>> Thanks!
>>>
>>>
>>>
>>> Eric
>>> 775-461-7347
>>>
>>>
>>>
>>> From: Eric Boyd
>>> Sent: Tuesday, July 01, 2014 11:16 AM
>>> To:
>>> Subject: FW: Free Quote Request Form
>>>
>>> Hi Cheryl,
>>>
>>> My name is Eric Boyd and I am happy to assist with your project.
>>>
>>> Based on your logo, the one-time die cost would be $550.00. If the
>>>backside has text only, that one-time die cost would be $450.00.
>>>
>>> For a commemorative 1 ounce proof strike, we charge the spot price +
>>>$7.00 each.
>>>
>>> We can also offer a 1 ounce Business strike for any orders of at
>>>least
>>>1000 ounces which you would quality for. Unit price is the spot price
>>>+$2.00 each.
>>>
>>> Since these are Silver I would also recommend placing these inside
>>>plastic capsules for protection from dirt, scratches and fingerprints.
>>>Plastic capsules cost - $.50 each.
>>>
>>> We can also offer inexpensive package or display options that I can

Baker_00000195

>>>provide photos and pricing for later.
>>>
>>> Please let me know if you have any questions or would like me to send
>>>you some material.
>>>
>>> If this pricing looks ok and you would like to see a full color mock
>>>up, please send me the text for the backside when its ready and I'm
>>>happy to get it started.
>>>
>>> Turn around time for initial orders is 5-6 weeks. Re orders take 3-4
>>>weeks.
>>>
>>> Please reach out if you have any questions.
>>>
>>>
>>> Thanks!
>>>
>>> Eric Boyd
>>> 775-461-7347
>>> Eric.boyd@nwtmint.com<mailto:Eric.boyd@nwtmint.com>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: webmaster@nwtmint.com<mailto:webmaster@nwtmint.com>
>>>[mailto:webmaster@nwtmint.com]
>>> Sent: Tuesday, July 01, 2014 10:51 AM
>>> To: Dist - CustomInfo; Act Admin User
>>> Subject: Free Quote Request Form
>>>
>>>
>>>
>>> The following info was submitted from:
>>>http://custom.nwtmint.com/ordering_quote.php
>>>
>>>
>>>
>>> Name: Cheryl Lange
>>>
>>>
>>>
>>> Company: Flora-Bama Lounge
>>>
>>>
>>>
>>> Phone: 850-483-6268
>>>
>>>
>>>
>>> Email: cheryl@florabama.com<mailto:cheryl@florabama.com>
>>>
>>>
>>>
>>> Address: 17401 Perdido Key Drive
>>>
>>>
>>>
>>> City: Pensacola
>>>
>>>

Baker_00000196

```
>>>
>>> State: FL
>>>
>>>
>>>
>>> Zip: 32507
>>>
>>>
>>>
>>> Newsletter: Y
>>>
>>>
>>>
>>> Estimated_quantity: 1000
>>>
>>>
>>>
>>> Project_description: We would like to get 1000 1-1 1/2" silver coins.
>>>One side would have the attached logo.  The other side will have text
>>>(still finalizing).
>>>
>>>
>>>
>>> How_referred: Google
>>>
>>>
>>>
>>>
>>>
>>> Personal info has been captured and placed into the database if valid
>>>email was supplied.
>>>
>>>
>>> <Tampary Working FIle-2.jpg>
>
```

---

**Cheryl Lange** <cheryl@florabama.com>
To: Eric Boyd <Eric.Boyd@nwtmint.com>

Sun, Jul 13, 2014 at 9:12 AM

We are so excited about this artwork!!  The only problem I see is that the
registered mark is missing on our logo. You guys are awesome!!


Cheryl Lange
Marketing
Flora-Bama Lounge & Package
Direct Line: 850-483-6268


On 7/10/14, 5:31 PM, "Eric Boyd" <Eric.Boyd@nwtmint.com> wrote:

>Hi Cheryl,
>
>Please see initial artwork attached for your review.
>

Baker_00000197

>I think the front side with Theodore Tampary really came out great!
>
>The backside with your logo can use some adjustments.
>
>Let me know what you think and I will give you a call tomorrow to chat
>about it
>
>Thanks!
>
>Eric
>775-461-7347
>
>
>-----Original Message-----
>From: Cheryl Lange [mailto:cheryl@florabama.com]
>Sent: Monday, July 07, 2014 9:41 AM
>To: Eric Boyd
>Subject: Re: photos for custom medallions
>
>Thanks Eric!  We have been brainstorming for an image to use on the coin.
>In the meantime, I was given a couple more images we would like to try.
>I'm crossing my fingers that they will work.
>
>Cheryl Lange
>Marketing
>Flora-Bama Lounge & Package
>Direct Line: 850-483-6268
>
>
>
>
>On 7/3/14, 5:46 PM, "Eric Boyd" <Eric.Boyd@nwtmint.com> wrote:
>
>>Hi Cheryl
>>
>>I submitted the photos for artwork today and they told me they can not
>>illustrate because the photos are too blurry and we can't capture any
>>detail.
>>
>>Can you see if you can find any more photos or we'll have to find
>>another image?
>>
>>Let me Know.
>>
>>Thanks!
>>
>>Eric
>>
>>
>>
>>Sent from my iPhone
>>
>>> On Jul 3, 2014, at 7:43 AM, "Cheryl Lange" <cheryl@florabama.com>
>>>wrote:
>>>
>>> I was afraid of that happening.  On the off chance that it helps,
>>>I've attached the file scanned in at a higher resolution.
>>>
>>> Cheryl Lange
>>> Marketing

Baker_00000198

>>> Flora-Bama Lounge & Package
>>> Direct Line: 850-483-6268
>>>
>>> From: Eric Boyd <Eric.Boyd@nwtmint.com<mailto:Eric.Boyd@nwtmint.com>>
>>> Date: Wednesday, July 2, 2014 at 5:35 PM
>>> To: Cheryl Lange <cheryl@florabama.com<mailto:cheryl@florabama.com>>
>>> Subject: photos for custom medallions
>>>
>>>
>>> Thanks Cheryl,
>>>
>>> Unfortunately we cannot use these photos. I even passed this along to
>>>our graphic designer to see if we could modify for it for us to use
>>>but no luck. We need a photo of at least 300 dpi's.
>>>
>>> If you don't have one or another photo to use, I can ask our
>>>illustrator to draw it up but it would be great  if can have something
>>>more to reference so we can capture all of the detail.  This requires
>>>a lot of time of resources but if we're going to be moving forward
>>>with a coin, then I have no problem with it.
>>>
>>> The cost for a sculpt and die would be $1,800.00.
>>>
>>> Please let me know if you can send me any additional photos to
>>>reference or any other designs to use and I'm happy to request a
>>>drawing and artwork to be done. Will be there any text on this side?
>>>
>>> Thanks!
>>>
>>>
>>> Eric
>>> 775-461-7347
>>>
>>>
>>> From: Cheryl Lange [mailto:cheryl@florabama.com]
>>> Sent: Wednesday, July 02, 2014 2:27 PM
>>> To: Eric Boyd
>>> Subject: Re: confirmed we can meet your in hands date
>>>
>>> Eric
>>>
>>> Attached are the two pictures I was given.  Can you see if one of
>>>them will work?  Neither one is a very good quality, but then back in
>>>the 70's I don't think anything really was.  :)
>>>
>>> Cheryl Lange
>>> Marketing
>>> Flora-Bama Lounge & Package
>>> Direct Line: 850-483-6268
>>>
>>> From: Eric Boyd <Eric.Boyd@nwtmint.com<mailto:Eric.Boyd@nwtmint.com>>
>>> Date: Tuesday, July 1, 2014 at 3:14 PM
>>> To: Cheryl Lange <cheryl@florabama.com<mailto:cheryl@florabama.com>>
>>> Subject: RE: confirmed we can meet your in hands date
>>>
>>> Ok, great!
>>>
>>> It would be great if the image can stay as a simple 2D or text only
>>>since that's what I shared with my die cutter and that's what we based
>>>the time line on. 3D dies take longer will affect the time line but we
>>>can still try and push it through.

Baker_00000199

>>>
>>> Once I see your image, I will have to adjust the die price based on
>>>the amount of detail involved. Meeting your event date means I need to
>>>have artwork rendered and approved all by Thursday since Friday is
>>>holiday.
>>>
>>> When you do you think you can send me the image? This would be a Rush
>>>for us and we need to start artwork asap so we can stay on schedule.
>>>
>>> Thanks!
>>>
>>> Eric
>>> 775-461-7347
>>>
>>>
>>>
>>> From: Cheryl Lange [mailto:cheryl@florabama.com]
>>> Sent: Tuesday, July 01, 2014 1:03 PM
>>> To: Eric Boyd
>>> Subject: Re: confirmed we can meet your in hands date
>>>
>>> That's great! The owners are very excited about this! They decided
>>>they would like an image on the back, so I am trying to put something
>>>together. We would like to go with the business strike.
>>>
>>> Thanks for all your help!
>>>
>>> Cheryl Lange
>>> Marketing
>>> Flora-Bama Lounge & Package
>>> Direct Line: 850-483-6268
>>>
>>> From: Eric Boyd <Eric.Boyd@nwtmint.com<mailto:Eric.Boyd@nwtmint.com>>
>>> Date: Tuesday, July 1, 2014 at 2:38 PM
>>> To: "'cheryl@florabama.com<mailto:'cheryl@florabama.com>'"
>>><'cheryl@florabama.com<mailto:'cheryl@florabama.com>'>
>>> Subject: confirmed we can meet your in hands date
>>>
>>> Hi Cheryl,
>>>
>>> I just confirmed with our Production team that we can meet your in
>>>hands date of 7/30 if we get the artwork started right away and
>>>approved within the next couple days.
>>>
>>> I can start on artwork asap if you feel the pricing is ok. I'll also
>>>have to have my Bullion Dept. give you a call and lock you in for the
>>>1000 ounces of Silver.
>>>
>>> Please send me your text for the backside and I can start on a mock
>>>up for your approval.
>>>
>>> If you do decide to move forward, let me know if you prefer a
>>>commemorative strike or a Business strike and I can put together a
>>>quote for you.
>>>
>>>
>>>
>>> Thanks!
>>>
>>>
>>>

Baker_00000200

>>> Eric
>>> 775-461-7347
>>>
>>>
>>>
>>> From: Eric Boyd
>>> Sent: Tuesday, July 01, 2014 11:16 AM
>>> To:
>>> Subject: FW: Free Quote Request Form
>>>
>>> Hi Cheryl,
>>>
>>> My name is Eric Boyd and I am happy to assist with your project.
>>>
>>> Based on your logo, the one-time die cost would be $550.00. If the
>>>backside has text only, that one-time die cost would be $450.00.
>>>
>>> For a commemorative 1 ounce proof strike, we charge the spot price +
>>>$7.00 each.
>>>
>>> We can also offer a 1 ounce Business strike for any orders of at
>>>least
>>>1000 ounces which you would quality for. Unit price is the spot price
>>>+$2.00 each.
>>>
>>> Since these are Silver I would also recommend placing these inside
>>>plastic capsules for protection from dirt, scratches and fingerprints.
>>>Plastic capsules cost - $.50 each.
>>>
>>> We can also offer inexpensive package or display options that I can
>>>provide photos and pricing for later.
>>>
>>> Please let me know if you have any questions or would like me to send
>>>you some material.
>>>
>>> If this pricing looks ok and you would like to see a full color mock
>>>up, please send me the text for the backside when its ready and I'm
>>>happy to get it started.
>>>
>>> Turn around time for initial orders is 5-6 weeks. Re orders take 3-4
>>>weeks.
>>>
>>> Please reach out if you have any questions.
>>>
>>>
>>> Thanks!
>>>
>>> Eric Boyd
>>> 775-461-7347
>>> Eric.boyd@nwtmint.com<mailto:Eric.boyd@nwtmint.com>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: webmaster@nwtmint.com<mailto:webmaster@nwtmint.com>
>>>[mailto:webmaster@nwtmint.com]
>>> Sent: Tuesday, July 01, 2014 10:51 AM
>>> To: Dist - CustomInfo; Act Admin User
>>> Subject: Free Quote Request Form
>>>

Baker_00000201

>>>
>>>
>>> The following info was submitted from:
>>>http://custom.nwtmint.com/ordering_quote.php
>>>
>>>
>>>
>>> Name: Cheryl Lange
>>>
>>>
>>>
>>> Company: Flora-Bama Lounge
>>>
>>>
>>>
>>> Phone: 850-483-6268
>>>
>>>
>>>
>>> Email: cheryl@florabama.com<mailto:cheryl@florabama.com>
>>>
>>>
>>>
>>> Address: 17401 Perdido Key Drive
>>>
>>>
>>>
>>> City: Pensacola
>>>
>>>
>>>
>>> State: FL
>>>
>>>
>>>
>>> Zip: 32507
>>>
>>>
>>>
>>> Newsletter: Y
>>>
>>>
>>>
>>> Estimated_quantity: 1000
>>>
>>>
>>>
>>> Project_description: We would like to get 1000 1-1 1/2" silver coins.
>>>One side would have the attached logo. The other side will have text
>>>(still finalizing).
>>>
>>>
>>>
>>> How_referred: Google
>>>
>>>
>>>
>>>
>>>
>>> Personal info has been captured and placed into the database if valid
>>>email was supplied.

Baker_00000202

>>>
>>>
>>> <Tampary Working FIle-2.jpg>
>



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 38179

## Sales Order Acknowledgement

**Sold To:**

FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

**Ship To:**

FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 7/16/2014 | Sales Person: | robinsone |
| Contact: | FLORA-BAMA LOUNGE | Phone: | 850-483-6268 |
| Customer ID: | 99097 | Email: | CHERYL@FLORABAMA.COM |
| Terms: | Due on receipt | Ship Via: | |

CUSTOM PROJECT
ERIC BOYD
38158

| Line | Qty | Part Number / Description | | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1,000.00 | 11101 | / .999 FINE SILVER | $20.82 | $20,820.00 |

| | |
|---|---|
| Line Total: | $20,820.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$20,820.00** |

Baker_00000204

Baker_00000205



LOUNGE, PACKAGE, & OYSTER BAR

# Medallion, Time to reorder?

1 message

**Nicky Jarrett** <Nicky.Jarrett@nwtmint.com>                                        Mon, Jun 5, 2017 at 3:39 PM
To: "CHERYL@FLORABAMA.COM" <CHERYL@florabama.com>
Cc: Russ Wilson <Russ.Wilson@nwtmint.com>

Hello,

As a valued customer, we trust you were well pleased with the previous order. Do you still have pieces on hand? Or, is it time to reorder soon?

Please contact me either by phone or email when you are ready to reorder or get started on a new project.

Customer #: 99097

Last order # : 152062 The medallion you ordered is pictured below.

Thank you again for choosing Northwest Territorial Mint. we appreciate your business.

Thank you,

Nicky Jarrett

775-461-7326

Sales Admin. To Russ Wilson

Russ Wilson

775-461-7347

Custom Sales Executive

Baker_00000206





**Nicky Jarrett**
Northwest Territorial Mint
Medallic Art Company
Sales Admin

(775) 461-7326
Nicky.Jarrett@nwtmint.com
80 Airpark Vista blvd.
Dayton, NV 89403



📄 **Nicky Jarrett.vcf**
33K

Baker_00000207



# NORTHWEST TERRITORIAL MINT LLC

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order:** 152062

## Sales Order Acknowledgement

**Sold To:**
FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

**Ship To:**
FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 9/12/2016 | Sales Person: | hynickv |
| Contact: | FLORA-BAMA LOUNGE | Phone: | 850-483-6268 |
| Customer ID: | 99097 | Email: | CHERYL@FLORABAMA.COM |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |

SHIPPING TO BE DETERMINED ON FINAL INVOICE

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 1,000.00 | EB07161401 / 39MM .999 BUSINESS STRIKE SILVER MEDALLION FOR FLORA BAMA. OBVERSE ART FROM #A051187 AND DIE #I 11 4, REVERSE FROM ART #A051188 AND DIE #L 11 5. PLACE ALL IN PLASTIC CAPSULES. | $2.50 | $2,500.00 |
| 2 | 1,000.00 | 11101 / .999 FINE SILVER | $18.96 | $18,960.00 |
| 3 | 1,000.00 | 04131 / STANDARD POLY BAG | $0.00 | $0.00 |

| | |
|---|---|
| Line Total: | $21,460.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$21,460.00** |

Page: 1 of 1

Baker_00000208

Baker_00000209



# NORTHWEST TERRITORIAL MINT LLC

80 East Airpark Vista Blvd.
Dayton, NV 89403
Phone: 800-843-9854
Fax: 775-246-6006

## Packing Slip

Page:     1 of 2

**Ship To:**
FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

**Sold To:**
FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

| | | | |
|---|---|---|---|
| Pack Slip: | 160868 | Sales Person: | Russell Wilson |
| Ship Date: | 10/26/2016 | Phone: | 850-483-6268 |
| Ship Via: | UPS Ground | Email: | CHERYL@FLORABAMA.COM |
| Order Number: | 152062 | Terms: | Due on receipt of Inv. |
| Order Date: | | PO Number: | |

4 BOXES @ 250 EACH

| Line | Part Number / Description | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|
| 1 | EB07161401 / 39MM .999 BUSINESS STRIKE SILVER MEDALLION FOR FLORA BAMA. OBVERSE ART FROM #A051187 AND DIE #l 11 4, REVERSE FROM ART #A051188 AND DIE #L 11 5. PLACE ALL IN PLASTIC CAPSULES. | 1000 | 1000 | 0 |

Baker_00000210

Baker_00000211



# NORTHWEST TERRITORIAL MINT LLC

80 East Airpark Vista Blvd.
Dayton, NV 89403
Phone: 800-843-9854
Fax: 775-246-6006

## Packing Slip

**Ship To:**
FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

**Sold To:**
FLORA-BAMA LOUNGE
ATTN: CHERYL LANGE
17401 PERDIDO KEY DR
PENSACOLA FL 32507
UNITED STATES

| | | | |
|---|---|---|---|
| Pack Slip: | 160868 | Sales Person: | Russell Wilson |
| Ship Date: | 10/26/2016 | Phone: | 850-483-6268 |
| Ship Via: | UPS Ground | Email: | CHERYL@FLORABAMA.COM |
| Order Number: | 152062 | Terms: | Due on receipt of Inv. |
| Order Date: | | PO Number: | |

4 BOXES @ 250 EACH

| Line | Part Number / Description | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|
| 1 | EB07161401 / 39MM .999 BUSINESS STRIKE SILVER MEDALLION FOR FLORA BAMA. OBVERSE ART FROM #A051187 AND DIE #l 11 4, REVERSE FROM ART #A051188 AND DIE #L 11 5. PLACE ALL IN PLASTIC CAPSULES. | 1000 | 1000 | 0 |

Baker_00000213

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Friday, June 1, 2018 12:19 PM |
| **To:** | 'marc.a.butler@gmail.com' |
| **Subject:** | FW: NWTM Die Request |

Good Afternoon,

I received your email regarding the die transfer.  Once we have determined who the new vendor will, I will send you a follow up email.  We will have more of an idea at the end of this month.

Thank you –
Jenifer

---

**From:** Marc Butler [mailto:marc.a.butler@gmail.com]
**Sent:** Wednesday, May 30, 2018 9:51 AM
**To:** Lentz, Denise A.
**Subject:** NWTM Die Request

Good Day,

  I just received your Notice of Protocol letter regarding the Northwest Territorial Mint coin dies.

  Since the die used for my coins was created long before my purchase, I do not believe I have any right to ownership of the die.  Also, I do not have any real desire to purchase/obtain/store the die.

  As stated in the letter, the intent is to sell the dies to a buyer capable of preserving the die and to produce coins.  Therefore, I would like to know if it is possible to be informed who the particular die of interest was sold to so that I can contact them for future orders.

Thank you,
Marc Butler

Baker_00000214

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, June 1, 2018 12:21 PM |
| **To:** | 'doug@iccinc.com' |
| **Subject:** | RE: [SUSPECTED SPAM] Die Request form |

Mr. Sheehan,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 24 98
H 24 99

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** Doug Sheehan [mailto:doug@iccinc.com]
**Sent:** Wednesday, May 30, 2018 9:05 AM
**To:** Lentz, Denise A.
**Subject:** [SUSPECTED SPAM] Die Request form

Denise,
I have filled out the form you requested for the die for the coins I ordered from the NW Territorial Mint. A copy of my invoice is also attached.

Thanks,
Doug Sheehan, Chairman and Founder



Investment Conversions & Consulting, Inc.
8920 NW Wood Rose Loop
Portland, OR 97229-7518
doug@iccinc.com
www.iccinc.com
503-297-8474

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, June 1, 2018 4:08 PM |
| **To:** | 'Rising Star Mint, Inc.' <rsmint@yahoo.com> |
| **Subject:** | RE: Die Recovery Request Form |

John –

Here is the UPS tracking number for the 7 dies that were sent out today.

1Z8503XF0350225818

Thank you!
Jenifer Baker

---

**From:** Rising Star Mint, Inc. [mailto:rsmint@yahoo.com]
**Sent:** Friday, June 01, 2018 1:55 PM
**To:** Jenifer Baker
**Subject:** Re: FW: Die Recovery Request Form

Dear Jenifer, Could you please send me a receipt for the shipping charges for the seven coining dies, thank you very much John.

On Thursday, May 31, 2018, 5:40:49 PM CDT, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

Mr. Stehberger,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Rising Star Mint LLC. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
L 1 37
L 5 56
J 19 56
J 19 57
J 20 65
J 18 10
J 20 65
J 18 9

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 9:54 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

Baker_00000216

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: John

last-name: stehberger

address1: PO box 250735

city: Milwaukee

state: WI

zip: 53225

country: US

email: rsmint@yahoo.com

phone: 414-322-0607

company: Rising Star Mint LLC

company-address1: PO box 250735

company-city: Milwaukee

company-state: WI

company-zip: 53225

company-country: US

die-count: 1

Baker_00000217

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, June 1, 2018 1:48 PM |
| **To:** | 'Steve Haskin' <steve@tiger2.com> |
| **Subject:** | RE: Die Recovery Request Form |

Yes, the letter only applies to the tools in Nevada.

-----Original Message-----
From: Steve Haskin [mailto:steve@tiger2.com]
Sent: Friday, June 01, 2018 12:53 PM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Thanks Jenifer,

Ira Green never really confirmed they had them. Are the tools discussed in the letter only NWTM tools from Nevada? I appreciate your support!

Steve Haskin, President
Tiger 2 Productions
P.O. Box 340662
Beavercreek, OH 45434-0662
(937) 431-1195
(937) 431-8203 Fax
www.tiger2.com

-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
Sent: Friday, June 1, 2018 2:54 PM
To: Steve Haskin <steve@tiger2.com>
Subject: FW: Die Recovery Request Form

Mr. Haskin -

Unfortunately, I am not able to do anything with tooling and dies that were transferred to IRA Green. That would be something that IRA Green would have to handle. I am sorry that they are not being very helpful.

Good Luck -
Jenifer Bkaer

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 10:41 AM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Steven

last-name: Haskin

Baker_00000218

address1: 3812 Lofty Oaks Drive

city: Beavercreek

state: OH

zip: 45430

country: US

email: steve@tiger2.com

phone: 937-431-1195

company: Tiger 2 Productions

company-address1: PO Box 340662

company-city: Beavercreek

company-state: OH

company-zip: 45434

company-country: US

die-count: 2

comment: Denise, my die tool set for my military family medals were transferred, without my permission or consent, by the former owners of Graco when NWTM bought the company. I was in process of letting them know that I wanted the die tools back when I found out about the bankruptcy sale to Ira Green. The original owner of Graco (Samuel L. Graves) can also attest to the fact that I paid for the tools and that they are my property. I have contacted Ira Green but they won't confirm that have my tools and if they do, are refusing to return them. The medal design is copyrighted and I will be monitoring them but need some help getting these tools back into my possession. I am even willing to pay reasonable shipping costs to return them to my custody. You help is greatly appreciated.

Baker_00000219

Good Morning Martin -

The production facility is located in Dayton Nevada, that is where all the dies and production is done. The dies would be shipped UPS Ground so a physical address would be needed. As far as the packaging, my office manager has been wrapping each die separately with foam pads and then boxes with foam popcorn. We have yet to have any issues with dies that have been sent.

Thank you -
Jenifer Baker

-----Original Message-----
From: Martin J Benoit, WFA [mailto:benoitwfa1@yahoo.com]
Sent: Friday, June 01, 2018 8:08 AM
To: Jenifer Baker
Subject: Re: FW: Die Recovery Request Form

Hello,

Thanks for your quick response regarding my three dies at NTM. Some questions before I call to arrange shipping details:

1. What would be your connection to the bankruptcy proceedings or trustee in this matter? I noticed the contact phone number listed is in Nevada, but the notification letter originated in Washington state.

2. Will my three dies be shipped via USPS to my PO box listed or will my physical location address be needed to send via either UPS or Fedex?

3. Will the dies be packaged to avoid damage in transit so I may have future coins/medallions struck from my dies as needed?

Thank you for your assistance with this.

Martin

Martin J Benoit, WFA
Louisiana Ink Art
marty@LaInkArt.com
www.LaInkArt.com
"Creating art in ink...
...a square inch an hour."

On 5/31/2018 6:15 PM, Jenifer Baker wrote:
> Mr. Benoit,
>
> I have found the artwork for your dies and would like to arrange shipment.

Baker_00000220

> 
> I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like to use.
> 
> Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.
> 
> Thank you -
> Jenifer Baker
> 
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Thursday, May 31, 2018 11:34 AM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
> 
> The following info was submitted from: http://dierequest.nwtmint.com/
> 
> first-name: Martin
> 
> last-name: Benoit
> 
> address1: PO Box 2691
> 
> city: Bunkie
> 
> state: LA
> 
> zip: 71322
> 
> country: US
> 
> email: marty@lainkart.com
> 
> phone: 985-264-9777
> 
> die-count: 3
> 
> comment: These three dies were paid and archived at NWT Mint facility.
> 
> 
> 

Baker_00000221

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Friday, June 1, 2018 8:31 AM |
| To: | 'Thad Hildreth' <thadh@servaward.com> |
| Subject: | RE: Die Recovery Request Form |

Good Morning -

I do understand your concerns and was able to speak to my Trustee regarding your offer. The trustee, Mark Calvert was able to get approval to sell the dies for $200.00 per die.

If we can settle on that amount I can get the dies pulled and shipped out today. I will need you to contact me with the credit card information, 775-461-7341.

Thank you -
Jenifer Baker

-----Original Message-----
From: Thad Hildreth [mailto:thadh@servaward.com]
Sent: Friday, June 01, 2018 6:57 AM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Good morning Jenifer -

Thank you for your timely reply. I would like to make an offer in the amount of $125.00 per die. Please understand my reasoning:

The customer orders these particular coins once every 10 years. There are only 2 awarded every year for the winners of the Member Par 3 Contest. If they order again, then it won't be until 2025. There are no assurances that the program will continue and I would certainly be taking a risk.

We work on a very thin margin with this client as their Merchandising team is razor sharp and very resourceful.

We could easily take an existing coin in stock and duplicate the mold with a different manufacturer. The latest technology is excellent.

I look forward to your response.

Sincerely,

Thad Hildreth
ServAward, Inc.
OFFICE: 404.264.1822 | MOBILE: 404.376.3660
4470 CHAMBLEE DUNWOODY RD, STE 326
ATLANTA, GA 30338

-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
Sent: Thursday, May 31, 2018 7:05 PM

Baker_00000222

To: Thad Hildreth <thadh@servaward.com>
Subject: FW: Die Recovery Request Form


I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to ServAward, Inc. I have found the artwork for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
H 6 18
H 6 19

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 11:03 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Thad

last-name: Hildreth

address1: 2925 Redding Rd.

address2: Ste 326

city: Atlanta

state: GA

zip: 30319

country: US

email: thadh@servaward.com

phone: 404-376-3660

company: ServAward, Inc.

Baker_00000223

company-address1: 4470 Chamblee Dunwoody Rd.

company-address2: Ste 326

company-city: Atlanta

company-state: GA

company-zip: 30338

company-country: US

die-count: 2

comment: Item is a 2" Double-Sided Coin - I believe that requires 2 dies.

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Friday, June 1, 2018 7:40 AM |
| To: | 'Arlyn Atadero' <ajatadero@gmail.com> |
| Subject: | RE: Die Recovery Request Form |

The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

**From:** Arlyn Atadero [mailto:ajatadero@gmail.com]
**Sent:** Thursday, May 31, 2018 6:36 PM
**To:** Jenifer Baker
**Subject:** Re: FW: Die Recovery Request Form

I had ordered 125 of what I hoped would be 2600.
Thanks!
Arlyn

On Thu, May 31, 2018 at 5:27 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
Arlyn -

Do you have the previous order or invoice number for the 150 coins you ordered?

Thank you -
Jenifer

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 2:36 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Arlyn

last-name: Atadero

address1: 191 Camino Del Mundo

Baker_00000225

city: Fort Collins

state: CO

zip: 80524

country: US

email: ajatadero@gmail.com

phone: 760-693-6712

company: Legend Coins

company-address1: 191 Camino Del Mundo

company-city: Fort Collins

company-state: CO

company-zip: 80524

company-country: US

die-count: 2

comment: I paid for the creation of these dies with the expectation of making 2500 medals. I was only able to order 125.

Baker_00000226

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, June 1, 2018 7:34 AM |
| **To:** | 'Rising Star Mint, Inc.' <rsmint@yahoo.com> |
| **Subject:** | RE: Die Recovery Request Form |

Mr. Stehberger,

I received all your submissions yesterday requesting the return of your dies. I am unable to send out the dies until an agreement with the trustee has been made.  We spoke on the phone a few days ago and I did provide you with the lawyers information.  You may also call and talk to the trustee.  Once an agreement has been made then I would be happy to pull all your dies and send them out.

Trustee Information:
Mark Calvert
mark@cascadecapitalgroup.com
206.909.3636

Thank you –
Jenifer Baker

---

**From:** Rising Star Mint, Inc. [mailto:rsmint@yahoo.com]
**Sent:** Friday, June 01, 2018 5:14 AM
**To:** Jenifer Baker
**Subject:** Re: FW: Die Recovery Request Form

Dear Jenifer I'm sorry to inform you but all seven of my dies have been paid for already and have always belonged to me, I have a number of cashiers checks to prove that, the courts have no right to say what becomes of these dies,  please ship my belongings asap to the address provided, as you can see in the attachment that I was charged 300 for each die in the invoices I have already sent this is just one of 4 requests sent yesterday and I will be talking to the lawyer in charge as I did yesterday

On Thursday, May 31, 2018, 5:40:49 PM CDT, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

Mr. Stehberger,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Rising Star Mint LLC.  I have found the artwork for your coin and would be happy to process this request.  The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved the settlement for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
L 1 37
L 5 56
J 19 56
J 19 57
J 20 65
J 18 10
J 20 65
J 18 9

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card,  or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint

Baker_00000227

80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Thursday, May 31, 2018 9:54 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: John

last-name: stehberger

address1: PO box 250735

city: Milwaukee

state: WI

zip: 53225

country: US

email: rsmint@yahoo.com

phone: 414-322-0607

company: Rising Star Mint LLC

company-address1: PO box 250735

company-city: Milwaukee

company-state: WI

company-zip: 53225

company-country: US

die-count: 1

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, June 1, 2018 1:39 PM |
| **To:** | 'edward gibstein' <egibstein@hotmail.com>; 'frankhbrady@gmail.com'; 'Daniel Davidson' <dan@thetemplehouse.com> |
| **Cc:** | 'launie@lifestimecapsule.com' |
| **Subject:** | RE: Jenifer's Contact |
| **Attach:** | The Temple House.pdf |

Good Afternoon –

I have received the credit card payment.  The invoice is attached for your records.  I have the dies and we will get them boxed up and shipped out.

They will be shipped to the following:
The Temple House
Attn: Daniel Davidson
1415 Euclid Ave.
Miami Beach FL, 33139

Thank you-
Jenifer Baker

---

**From:** edward gibstein [mailto:egibstein@hotmail.com]
**Sent:** Friday, June 01, 2018 9:53 AM
**To:** Jenifer Baker; frankhbrady@gmail.com; Daniel Davidson
**Subject:** Re: Jenifer's Contact

Jennifer,

I have included Frank Brady herein. Mr. Brady will call you with credit card to pay for the 2 tools "on your desk".

Thank you for your assistance.

Regards,

Eddie

---

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** Friday, June 1, 2018 10:35 AM
**To:** edward gibstein; Daniel Davidson
**Subject:** RE: Jenifer's Contact

You can contact me at 775-461-7341 with the credit card information.  Once the payment has gone through we will pack them up and ship them out UPS Ground.

Thank you –
Jenifer

---

Baker_00000229

**From:** edward gibstein [mailto:egibstein@hotmail.com]
**Sent:** Friday, June 01, 2018 4:30 AM
**To:** Jenifer Baker; Daniel Davidson
**Subject:** Re: Jenifer's Contact

Jennifer,

After our call I spoke with Mark Calvert. I understand the tools are on your desk ready to ship. Mark indicated that the price per tool is $300 regardless of ownership, as dictated by the bankruptcy court.

How do we pay for the tools and have them shipped asap?

Thx,

Eddie
516-382-7627

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** Thursday, May 31, 2018 5:04 PM
**To:** egibstein@hotmail.com
**Subject:** Jenifer's Contact

Mr. Gibstein –

Just to follow up with our phone call, here is my contact information. I will send Mark Calvert an email requesting that he get in touch with you.

Jenifer Baker
775-461-7641

Baker_00000230



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:  207702**

<div style="border:1px solid; text-align:center;">

**Sales Order Acknowledgement**

</div>

**Sold To:**

The Temple House
Attn: Daniel Davidson
1415 Euclid Ave.
33139 FL
UNITED STATES

**Ship To:**

The Temple House
Attn: Daniel Davidson
1415 Euclid Ave.
33139 FL
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 6/1/2018 | Sales Person: | NWTM House Account |
| Contact: | The Temple House | Phone: | 786-280-6565 |
| Customer ID: | 154107 | Email: | |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 6/8/2018 |

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 2.00 | SHIPPING / | SHIPPING - TRANSFER DIE OWNERSHIP OF 2 DIES.<br><br>DIE NUMBERS:<br>J 1 26<br>J 1 27 | $300.00 | $600.00 |

| | |
|---|---|
| Line Total: | $600.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| ***Order Total*** | **$600.00** |

Page:  1 of 1

Baker_00000231

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, June 1, 2018 7:36 AM |
| **To:** | 'edward gibstein' <egibstein@hotmail.com>; 'Daniel Davidson' <dan@thetemplehouse.com> |
| **Subject:** | RE: Jenifer's Contact |

You can contact me at 775-461-7341 with the credit card information. Once the payment has gone through we will pack them up and ship them out UPS Ground.

Thank you –
Jenifer

**From:** edward gibstein [mailto:egibstein@hotmail.com]
**Sent:** Friday, June 01, 2018 4:30 AM
**To:** Jenifer Baker; Daniel Davidson
**Subject:** Re: Jenifer's Contact

Jennifer,

After our call I spoke with Mark Calvert. I understand the tools are on your desk ready to ship. Mark indicated that the price per tool is $300 regardless of ownership, as dictated by the bankruptcy court.

How do we pay for the tools and have them shipped asap?

Thx,

Eddie
516-382-7627

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** Thursday, May 31, 2018 5:04 PM
**To:** egibstein@hotmail.com
**Subject:** Jenifer's Contact

Mr. Gibstein –

Just to follow up with our phone call, here is my contact information. I will send Mark Calvert an email requesting that he get in touch with you.

Jenifer Baker
775-461-7641

Baker_00000232

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 4:12 PM |
| **To:** | 'studio@havocdesign.com' |
| **Subject:** | FW: challenge coin [KLG-USW_Active01.FID52176] |

Hi

If you could forward over the previous invoices for the coins you are wishing to take ownership on, then I can research your request.

Thank you-
Jenifer Baker

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Tuesday, June 05, 2018 4:14 PM
**To:** Havoc Studio
**Cc:** Jenifer Baker
**Subject:** RE: challenge coin [KLG-USW_Active01.FID52176]

Thank you for your email.  I am copying Jenifer Baker at NWTM as she is handling the settlement process.  Please note that there was no email correspondence attached to the email that I received from you so please send your information again.

Thank you,


**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Havoc Studio [mailto:studio@havocdesign.com]
**Sent:** Tuesday, June 05, 2018 10:37 AM
**To:** Lentz, Denise A.
**Subject:** Fwd: challenge coin

hi there,

ive received your email regarding the dies.

please find attached email correspondence regarding this matter

the job was signed off and production was made.

i have run two dies through this company, New Century Consulting, and Guns and Smoke

Baker_00000233

i am unsure as how to proceed, please advise


B Thakur

Havoc Design

t:   +44 (0) 845 154 4893
**NEW OFFICE NUMBER**

m:  +44 (0) 7792 214 617
e:   studio@havocdesign.com
ftp.havocdesignftp.co.uk
skype: havocdesign

Suite 3
21 Victoria Street
ST Albans
AL1 3JJ


Begin forwarded message:

**From:** Russ Wilson <Russ.Wilson@nwtmint.com>
**Subject: RE: challenge coin**
**Date:** 6 November 2015 at 20:33:42 GMT
**To:** Havoc Studio <studio@havocdesign.com>

If we do this in the USA (more cost but exceptional product) I can expect 1 week for art and at least 3 weeks for production.  With the overseas factory (less cost and excellent product) expect 1 week for art and 4 weeks production.

Thanks,

**Russ Wilson**
Northwest Territorial Mint
Custom Sales

1-505-239-2622
Russ.Wilson@nwtmint.com
2505 S. 320th St. Ste.110
Federal Way, WA  98003

---

**From:** Havoc Studio [mailto:studio@havocdesign.com]
**Sent:** Friday, November 06, 2015 1:23 PM
**To:** Russ Wilson
**Subject:** Re: challenge coin

hi russ,

appreciate your honesty on this! i will speak to my client and get back to you

Baker_00000234

what is a realistic deadline?

Havoc Design

t:  +44 (0) 5601 500 732
m: +44 (0) 7792 214 617
e:  studio@havocdesign.com
ftp.havocdesignftp.co.uk
skype: havocdesign

> On 6 Nov 2015, at 19:20, Russ Wilson <Russ.Wilson@nwtmint.com> wrote:
>
> Hello Baz,
>
> Thank you for your inquiry with Northwest Territorial Mint (NWTM)!  My name is Russ Wilson, in Custom Sales, with NWTM.
>
> The approximate basic costs usually consist of $7-8 per coin.  We can make excellent products from our overseas mint that provides high quality at an economic price point and where tiny color details are exceptional, _OR_ we can produce your project in our USA factory in Dayton, Nevada where our highly detailed dies and stamping process is above exceptional!
>
> Any time we stamp something with metal we need to make dies.  Die costs to produce specially made deep-relief dies for our overseas factory typically range from $200-250 (depending on product and design detail)  and USA made dies typically range from $600-800 (depending on product and design detail).  Dies are a ONE-TIME cost and once the dies are made, we maintain, clean, inspect, repair and replace them forever and any re-orders of the same design are only the price per unit to produce.
>
> You can compare quality differences by browsing our online store at https://store.nwtmint.com/ and note the "Made in the USA" stamp on many of our coin webpages.  Our minimum order is 50 and shipping is free if you are paying with government funds.  We have produced some awesome products and we have the best value since our prices are competitive but our quality is the best, bar none!
>
> Baz, I gotta be honest and let you know that I'm not positive that we can have your coin rendered with art and produced by the end of the month.  Typically it takes about a week to get art rendered and approved by you.  The production times normally takes 5-6 weeks, but I can do a RUSH job and be successful in 3 weeks.  The fastest I have had our overseas factory produce and deliver an item is 4 weeks, and the USA factory has done it in 3 weeks with simple designs.  I can do this project for you, but I need art immediately from you and I think you might need to reconsider your delivery schedule.  I want to do the project, but I also want to give you the straight scoop.
>
> Thanks,
> <image002.jpg>
> _____
> **From:** Brenda Tidwell
> **Sent:** Friday, November 06, 2015 11:46 AM

Baker_00000235

**To:** studio@havocdesign.com
**Cc:** Russ Wilson
**Subject:** FW: challenge coin


Thank you for contacting Northwest Territorial Mint. Unfortunately, Darrell Johnson is no longer with our company.  I will have your  new representative Russ Wilson contact you within one business day to help you with your project and answer questions.
If one of our representatives does not contact you within that time, please feel free to email or call me directly at the contact information below.
We can also help you with your project immediately by calling 1-800-344-6468, Monday thru Friday, 8:00 AM to 5:00 PM PST.

Thank you again for your inquiry, and we are excited to do business with you soon.

Sincerely,


<image001.jpg>



-----Original Message-----
From: Havoc Studio [mailto:studio@havocdesign.com]
Sent: Friday, November 06, 2015 5:46 AM
To: Dist - Customer Service
Subject: challenge coin

hi guys,

you did a job for me a few years ago, the quality was excellent and the turnaround time good, so i am here with another brief!

im looking to produce a run of 'silver dollars' for an american bar here in the UK (western themed, hence the dollar)

i'll need around x200, in silver finish, 2" diameter, milled edges and branding to both edges.

ideally we'd need them around the end of november… i know this is tight!

can you prepare some quotes for me please?

thanks

Baz



Havoc Design

t:   +44 (0) 5601 500 732
m:  +44 (0) 7792 214 617

Baker_00000236

e:  studio@havocdesign.com
ftp.havocdesignftp.co.uk
skype: havocdesign


<Russ Wilson.vcf>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

Baker_00000237

Captain Bell,

Do you have a previous invoice or the invoice when the dies were ordered?

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 2:19 PM
To: Dist - CustomInfo; Act Admin User
Subject: Contact Us Form

The following info was submitted from: http://custom.nwtmint.com/contactus.php

Name: Dave Bell President Local 3689

Company: South Beach Profesional Fire Fighters Local 3689

Phone: 360-268-9832

Email: captain.bell@sbrfa.org

Newsletter: N

Product_interest: I am interested in obtaining our die for our coins that you have made for us in the past.


Personal info has been captured and placed into the database if valid email was supplied.