| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 7:19 PM |
| **To:** | 'jhaskel@pcta.org' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | NWTM medal die ownership claimant documents from PCTA.pdf |

Mr. Haskel,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 11 75
H 11 76

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 2:00 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jack

last-name: Haskel

address1: 1331 Garden Highway

address2: Suite 200

city: Sacramento

state: CA

zip: 95833

country: US

email: jhaskel@pcta.org

phone: 916-285-1846

company: Pacific Crest Trail Association

company-address1: 1331 Garden Highway

company-address2: Suite 200

company-city: Sacramento

company-state: CA

company-zip: 95833

company-country: US

die-count: 2

comment: PCTA purchased dies for the front and back of our medal. 5 pages of invoices, receipts, and history accompany this form to serve as evidence in support of our claim. Documentation attached shows die #: H 11 75 and H 11 76 make items CS12160901 and CS12160902.

Baker_00000240



# NORTHWEST TERRITORIAL MINT LLC
PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210


received
2/22/16

## *Invoice*

**Sold To:** Pacific Crest Trail Assoc
1331 Garden Highway
Sacramento, CA 95833
United States

**Ship To:** Pacific Crest Trail Assoc
1331 Garden Highway
Sacramento, CA 95833
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 194662 | **Salesman:** | Cindy Smith |
| **Invoice Date:** | 02/10/10 | **Terms:** | Payable On Receipt |
| **Customer:** | PCTA | **Packing List:** | 194662 |
| **Order No:** | 182088 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | H 11 75 - PCTA, not shipped, archived @ NWT Mint | | $850.00 / EA | $850.00 |
| 2 | 1 | H 11 76 - Pine wreath, engravable, not shipped, archived @ NWT Mint | | $750.00 / EA | $750.00 |
| 3 | 12 | CS12160901 - 3 inch antique brass PCTA medallions with no holes drilled. | | $8.00 / EA | $96.00 |
| 4 | 488 | CS12160902 - 3 inch antique brass PCTA medallions with bobbitts securely attached. | | $13.00 / EA | $6,344.00 |
| 6 | 488 | 03356 - RIBBON, NECK, 1.5"W X 33"L, CUSTOM LOGO: PACIFIC CREST TRAIL ASSOCIATION, WHITE LOGO, RIBBON COLOR PMS "286", FONT : OPTIMA BOLD | | $1.00 / EA | $488.00 |
| 7 | 12 | 01174 - BOX, BLUE, REAGAN STYLE W/PAD FOR 3in COIN, PUFF, W/WOOD STAND, WHITE BOX | | $10.25 / EA | $123.00 |

| | |
|---|---|
| **Sub-total:** | $8,651.00 |
| **Sales Tax:** | $0.00 |
| **Shipped Via Federal Express:** | $118.83 |
| **Invoice Total:** | $8,769.83 |
| **Paid To Date:** | $0.00 |
| **Balance Due:** | $8,769.83 |

Baker_00000241



# NORTHWEST TERRITORIAL MINT LLC

PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## Packing List

**Bill To:** Pacific Crest Trail Assoc
1331 Garden Highway
Sacramento, CA 95833
United States

**Ship To:** Pacific Crest Trail Assoc
1331 Garden Highway
Sacramento, CA 95833
United States

| | |
|---|---|
| **Shipment No:** 194662 | **Customer Code:** PCTA |
| **Shipment Date:** 02/10/10 | **Phone:** (916) 285-1846 |
| **Ship Via:** Federal Express | |
| **Order Number:** 182088 | **Terms:** Payable On Receipt |
| **Order Date:** 12/28/09 | |

| Item | Open | Shipped | Back Ord | Canceled | Unit | Description | Revision | Job Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 0 | | EA | H 11 75  PCTA, not shipped, archived @ NWT Mint | | 182088-01 |
| 2 | 1 | 1 | 0 | | EA | H 11 76  Pine wreath, engravable, not shipped, archived @ NWT Mint | | 182088-02 |
| 3 | 12 | 12 | 0 | | EA | CS12160901  3 inch antique brass PCTA medallions with no holes drilled. | | 182088-03 |
| 4 | 488 | 488 | 0 | | EA | CS12160902  3 inch antique brass PCTA medallions with bobbitts securely attached. | | 182088-04 |
| 8 | 488 | 488 | 0 | | EA | 03356  RIBBON, NECK, 1.5"W X 33"L, CUSTOM LOGO: PACIFIC CREST TRAIL ASSOCIATION, WHITE LOGO, RIBBON COLOR PMS "286", FONT : OPTIMA BOLD | | 182088-05 |
| 7 | 12 | 12 | 0 | | EA | 01174  BOX, BLUE, REAGAN STYLE W/PAD FOR 3in COIN, PUFF, W/WOOD STAND, WHITE BOX | | 182088-06 |

Case 16-11767-CMA   Doc 1783   Filed 07/20/18   Ent. 07/20/18 16:58:41   Pg. 4 of 33   Baker_00000242



# NORTHWEST TERRITORIAL MINT LLC
### dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210



## INVOICE

**Sold To:**
PACIFIC CREST TRAIL ASSOC
ATTN: ACCOUNTS PAYABLE
1331 GARDEN HWY
SACRAMENTO CA 95833
UNITED STATES

**Ship To:**
PACIFIC CREST TRAIL ASSOC
1331 GARDEN HWY
SACRAMENTO CA 95833
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 791992 | Sales Person: | Russell Wilson |
| Invoice Date: | 7/31/2017 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1035057 | Packing List: | 191409 |
| Order Number: | 180871 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | CS12160902 / 3 INCH ANTIQUE BRASS MEDALLION FOR PCTA DRILLED AT 12 O'CLOCK POSSITION FOR A 3/8 BOBBIT | 1000 | $19.00 | $19,000.00 |
| 2 | mac390005 / NECK RIBBON 1.5" X 33" PMS 286 BLUE V CUT , CUSTOM , W/ PCT LOGO IN WHITE ( 03356 OLD PART NUMBER ) | 1000 | $0.00 | $0.00 |
| 3 | 04131 / STANDARD POLY BAG | 1000 | $0.00 | $0.00 |
| 4 | 04132 / POLY BAG-4X4 | 1000 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $256.80 | $256.80 |

| | |
|---|---|
| **Invoice Total:** | **$19,256.80** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$19,256.80** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

# NORTHWEST TERRITORIAL MINT

**Actual Size**
**3 inch**



JOB NUMBER: A01143B PACIFIC C. TRAIL.
DESIGNER: Michael Berman
ILLUSTRATOR:
SALES CONTRACT
SALES CONTACT CINDY SMITH
CLIENT: ERIC RYBACK
DATE: 7 9 09

DIE #:

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin

The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint

# Pacific Crest Trail Association
## Vendor QuickReport
### June 1, 2009 through June 6, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Northwest Territorial Mint LLC** | | | | | | | |
| Bill | 02/10/2010 | 194662 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -8,769.83 |
| Bill Pmt -Check | 03/17/2010 | 8868 | | 1011 · WFB Operati... | X | 2000 · Account... | -8,769.83 |
| Bill | 05/01/2011 | 280938 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -7,131.19 |
| Bill Pmt -Check | 05/20/2011 | 9966 | | 1011 · WFB Operati... | X | 2000 · Account... | -7,131.19 |
| Bill | 01/03/2013 | 421779 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -7,157.63 |
| Bill Pmt -Check | 02/08/2013 | 11406 | | 1011 · WFB Operati... | X | 2000 · Account... | -7,157.63 |
| Bill | 12/10/2014 | 664874 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -6,352.00 |
| Bill Pmt -Check | 01/02/2015 | 12906 | | 1011 · WFB Operati... | X | 2000 · Account... | -6,352.00 |
| Bill | 01/28/2016 | 733424 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -4,215.79 |
| Bill | 01/28/2016 | 733425 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -2,808.11 |
| Bill Pmt -Check | 02/10/2016 | 13828 | | 1011 · WFB Operati... | X | 2000 · Account... | -7,023.90 |
| Bill | 01/16/2017 | 773239 | | 2000 · Accounts Pa... | | 9310 · Trail Us... | -8,960.35 |
| Bill Pmt -Check | 02/01/2017 | 14633 | | 1011 · WFB Operati... | X | 2000 · Account... | -8,960.35 |
| Bill | 08/01/2017 | 791992 | | 2000 · Accounts Pa... | | 1300 · Inventory | -19,256.80 |
| Bill Pmt -Check | 09/01/2017 | 15105 | | 1011 · WFB Operati... | X | 2000 · Account... | -19,256.80 |

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 7:18 PM |
| **To:** | 'carters@catholicdioceseofwichita.org' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | NWTM Coin Orders H 3 50 and H 3 51.pdf |

Mr. Carter,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 3 50
H 3 51

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 1:48 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Scott

last-name: Carter

address1: 424 N. Broadway

city: Wichita

state: KS

zip: 67202

country: US

email: carters@catholicdioceseofwichita.org

phone: 316-440-1735

company: Father Kapaun Guild

company-address1: 424 N. Broadway

company-city: Wichita

Baker_00000246

company-state: KS

company-zip: 67202

company-country: US

die-count: 2

comment: I am writing in conjunction with Father John Hotze of the Father Kapaun Guild seeking a die that we had made in honor of Father Emil Kapaun, a priest and Army Chaplain. The Father Kapaun Guild seeks to carry on his legacy by sharing his heroic story, maintaining a museum in his honor and pursuing his cause for Canonization within the Catholic Church. The most current die number is H 3 50 and H 3 51 (The originals appear to have been DK06141301 and DK06141302 if I am reading correctly). We have several orders for coins made from the die, but unfortunately our accounting department did not have a copy of the original one when the die was made in 2011. We plan to keep producing the coins. Scott Carter

Baker_00000247

NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## Invoice

Sold To: Father Kapaun Guild
c/o Fr John Hotze
424 North Broadway
Wichita, KS 67202
United States

Ship To: Father Kapaun Guild
c/o Fr John Hotze
424 North Broadway
Wichita, KS 67202
United States

| Invoice Number: | 475053 | Salesman: | Dale King |
|---|---|---|---|
| Invoice Date: | 07/12/13 | Terms: | Payable On Receipt |
| Customer: | FATHERKAPAUN | Packing List: | 475053 |
| Order No: | 450066 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 200 | CS05300801 - 47mm Antique Brass Medallions with fully reeded edges. | | $6.00 / EA | $1,200.00 |
| 2 | 1 | DK06141301 - 47mm Antique Nickel Medallions with fully reeded edges. | | $0.00 / EA | $0.00 |
| 3 | 1 | DK06141302 - 47mm Antique Copper Medallions with fully reeded edges. | | $0.00 / EA | $0.00 |

|  |  |
|---|---|
| Sub-total: | $1,200.00 |
| Sales Tax: | $0.00 |
| Shipped Via FEDEX: | $23.79 |
| Invoice Total: | $1,223.79 |
| Paid To Date: | $0.00 |
| Balance Due: | $1,223.79 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.



# NORTHWEST TERRITORIAL MINT LLC

P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

## Packing Slip

Page: 1 of 1

**Ship To:** FR JOHN HOTZE
FATHER KAPAUN GUILD
C/O FR JOHN HOTZE
424 NORTH BROADWAY
WICHITA KS 67202
UNITED STATES

**Sold To:**
FATHER KAPAUN GUILD
C/O FR JOHN HOTZE
424 NORTH BROADWAY
WICHITA KS 67202
UNITED STATES

| | | | |
|---|---|---|---|
| Pack Slip: | 81653 | Customer ID: | 30866 |
| Ship Date: | 4/8/2015 | Phone: | 316-253-1259 |
| Ship Via: | FedEx Ground | Email: | |
| Order Number: | 78278 . | Terms: | Due on receipt of Inv. |
| Order Date: | | PO Number: | CHECK |

| Line | Part Number / Description | | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|---|
| 1 | CS05300801/ | 47mm Antique Brass Medallions with reeded edge using obverse die# H 3 51 and reverse die# H 3 50. Packaged in standard poly bags. | 500 | 500 | 0 |
| 2 | 03402 / | POUCH, BLACK SMALL, 2.75" X 3.25", GVP3-3 | 100 | 100 | 0 |
| 3 | 03405 / | POUCH, BLUE SMALL, 2-3/4 X 3.25" STRINGED,ROYAL BLUE, GVP3-7 | 100 | 100 | 0 |
| 4 | 03406 / | Small 2 3/4" x 3 1/4" Velvet Pouch-Burgundy GVP-3 | 100 | 100 | 0 |

*3 BOXES:*
*1 BOX @ 300 MEDALLIONS*
*1 BOX @ 200 MEDALLIONS*
*1 BOX @ 300 POUCHES*

Dave
253 - 528 - 1841



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
FATHER KAPAUN GUILD
c/o Scott Carter
424 N Broadway
Wichita KS 67202
UNITED STATES

**Ship To:**
FATHER KAPAUN GUILD
c/o Scott Carter
424 N Broadway
Wichita KS 67202
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 764234 | Sales Person: | David Gasvoda |
| Invoice Date: | 11/11/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030866 | Packing List: | 162522 |
| Order Number: | 156192 | PO Number: | |

SHIPPING AND HANDLING TO BE ADDED TO FINAL INVOICE

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | CS05300801 / <br> 47MM ROUND, HAND FINISHED ANTIQUE BRASS PATINA, REEDED EDGE, OBVERSE DIE # H 3 51, REVERSE DIE # H 3 50; CUSTOM MEDALLION FOR FATHER KAPAUN GUILD. | 500 | $6.59 | $3,295.00 |
| 2 | 04131 / <br> STANDARD POLY BAG | 500 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $100.70 | $100.70 |

| | |
|---|---|
| *Invoice Total:* | **$3,395.70** |
| *Paid To Date:* | **$0.00** |
| *Balance Due:* | **$3,395.70** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 7:10 PM |
| **To:** | 'jillh@lantosfoundation.org' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | medal.pdf |

Hi Denise,
I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 10 60
H 10 59
J 2 64
J 2 63

Are you working with Medalcraft Mint on a reorder of medals? I received a request back in the beginning of March from Medalcraft asking that your dies number H 10 60 and H 15 16 be shipped to their facility.

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker
.


-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 12:51 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Denise

last-name: Perron

address1: 6 Dixon Ave

city: Concrd

state: NH

zip: 03301

country: US

email: jillh@lantosfoundation.org

phone: 603-226-3636

company: Lantos Foundation for Human Rights

company-address1: 6 Dixon Ave

company-address2: Suite 100

company-city: Concrd

company-state: NH

company-zip: 03301

company-country: US

die-count: 2

comment: Receipt is attached to email

Baker_00000252

*L.F. Pd 11/2/09 $4237.36 1# 506*



# NORTHWEST TERRITORIAL MINT LLC
PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## *Invoice*

**Sold To:** The Lantos Foundation
19 Pleasant Street
Concord, NH 03301
United States

**Ship To:** The Lantos Foundation
19 Pleasant Street
Concord, NH 03301
United States

| Invoice Number: | 167207 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 09/28/09 | Terms: | Payable On Receipt |
| Customer: | LANTOSFOUNDA | | |
| Order No: | 157447 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | H 10 60 - Tom Lantos 3 in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $1,600.00 / EA | $1,600.00 |
| 2 | 1 | H 10 59 - Human Rights Prize 3in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $600.00 / EA | $600.00 |
| 3 | 1 | J 2 64 - Tom Lantos 1.75 in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $300.00 / EA | $300.00 |
| 4 | 1 | J 2 63 - Human Rights Prize 1.75 in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $300.00 / EA | $300.00 |
| 5 | 1 | MC08190903 - 3 inch 10 troy oz .999 fine silver Tom Lantos Human Rights Prize medallion, with a bobbit and navy neck ribbon. In a wood box.<br>Packing List: 167205 | | $337.50 / EA | $337.50 |
| 6 | 100 | MC09190904 - 1.75 inch antique bronze Tom Lantos Human Rights Prize medallion, in a capsule and black leatherette box<br>Packing List: 167207 | | $10.75 / EA | $1,075.00 |

| | |
|---|---|
| Sub-total: | $4,212.50 |
| Sales Tax: | $0.00 |
| Shipping Charges: | $24.86 |
| *Invoice Total:* | *$4,237.36* |
| *Paid To Date:* | *$0.00* |
| *Balance Due:* | *$4,237.36* |

Page 1 of 2

Baker_00000253

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 6:54 PM |
| To: | 'karl.knobbs@usdoj.gov' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | 2013 coin order.pdf |

Hi Karl,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
D 2 39
C 8 33

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 11:22 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Karl

last-name: Knobbs

address1: 1000 SW 3rd Ave

address2: Suite 401

city: Portland

state: OR

zip: 97204

country: US

email: karl.knobbs@usdoj.gov

phone: 503-326-5007

company: U.S. Marshals

company-address1: 1000 SW 3rd Ave

NWTM_00000254

company-address2: Suite 401

company-city: Portland

company-state: OR

company-zip: 97204

company-country: US

die-count: 2

comment: I am unaware of how many die's exist that are associated with the District of Oregon US Marshals. I would like to request all the die's for the district of Oregon US Marshals. The address above is the main office for the Marshals in Oregon and as far as I know I was the last person to order coins for the office.

Baker_00000255



# NORTHWEST TERRITORIAL MINT LLC

## *Packing List*

**Bill To:** Ka█████
28█████ █orland Rd
No███ ██ ██R 97133
Uni██ █es

**Ship To:** Karl Knobbs
1000 SW 3rd Ave
Portland, OR 97204
United States

████ No: 484365
██Date: 08/16/13
██Via: FedEx GROUND
█umber: 458993
█der Date: 07/25/13

**Customer Code:** KNOBBS,KARL
**Phone:** (503) 326-5007

**Terms:** Credit Card

| Item | Shipped | Back Ord | Canceled | Unit | Description | Job Number |
|------|---------|----------|----------|------|-------------|------------|
| 1 | 31 | 0 | 0 | EA | MC09150701 39mm antique bronze coin, packaged in a tube<br>US Marshals Service of Dist of Oregon / USMS Star | 458993-01 |
| 3 | 26 | 0 | 0 | EA | MC07291302 39mm merlingold proof-like coin, encapsulated<br>US Marshals Service of Dist of Oregon / USMS Star | 458993-03 |
| 4 | 1 | 0 | 0 | EA | MC SHIPPING To Be Invoiced After Shipment | 458993-04 |
| 5 | 0 | 0 | 0 | EA | 00301 BLANKS, 39MM, MAT'L #230, THICKNESS .100, 1,000 BLANKS PER BOX | 458993-05 |
| 6 | 0 | 0 | 0 | EA | 00303 BLANK, 39MM, CUPERNICKEL, THICKNESS .100, 1,000 BLANKS PER BOX | 458993-06 |
| 7 | 0 | 0 | 0 | EA | 00301 BLANKS, 39MM, MERLINGOLD, THICKNESS .100, 1,000 BLANKS PER BOX | 458993-07 |



# NORTHWEST TERRITORIAL MINT LLC

## *Packing List*

**Bill To:** Karl Knobbs
28009 NW Borland Rd
*North Plains, OR 97133*
United States

**Ship To:** Karl Knobbs
1000 SW 3rd Ave
Portland, OR 97204
United States

| | |
|---|---|
| **Shipment No:** 489367 | **Customer Code:** KNOBBS,KARL |
| **Shipment Date:** 09/10/13 | **Phone:** (503) 326-5007 |
| **Ship Via:** FedEx Ground | |
| **Order Number:** 458993 | **Terms:** Credit Card |
| **Order Date:** 07/25/13 | |

| | Quantity | | | | | | |
|---|---|---|---|---|---|---|---|
| Item | Open | Shipped | Back Ord | Canceled | Unit | Description | Job Number |
| 2 | 111 | 111 | 0 | 0 | EA | MC07251301 39mm nickel proof-like coin, encapsulated US Marshals Service of Dist of Oregon / USMS Star | 458993-02 |

*MᴺᴴF* LH
Packing Clerk's Initials
NORTHWEST TERRITORIAL MINT LLC

_____
Received In Good Order By
Karl Knobbs

Page 1 of 1

?
BURY 15
KURFESS 10
BENNETT-HUNSRD 25

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 6:45 PM |
| **To:** | 'vrfountain@earthlink.net' |
| **Subject:** | FW: Die Recovery Request Form |

Hi Vernie -

I received your email, but there was nothing attached. Could you please attach the documents so I can review?

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 11:06 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Vernie

last-name: Fountain

address1: 2211 West Norton Road

city: Springfield

state: MO

zip: 65803

country: US

email: vrfountain@earthlink.net

phone: 417-833-5130

company: Fountain National Academy of Professional Embalming Skills

company-address1: 2211 West Norton Road

company-city: Springfield

company-state: MO

company-zip: 65803

company-country: US

die-count: 2

Baker_00000259

comment: my Company Fountain National Academy has done business with Northwest Territorial Mint
The Mint has made:
Fountain National Academy of Professional Embalming Skills Distinguished Professional Service Medallion
and the associated Lapel Pins. I have attached copies above.
I am asking for all dies associated with those items.
Thanks
Vernie R. Fountain, Owner

Bates_00000260

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 6:40 PM |
| To: | 'dvlpasst@armyheritage.org' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | A050915-16-5 (tank proof).pdf; A056743 (helicopter proof).pdf |

Hi Rhonda,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 10 86
L 10 87
N 3 30

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 10:56 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Rhonda

last-name: Newton

address1: PO Box 839

city: Carlisle

state: PA

zip: 17013

country: US

email: dvlpasst@armyheritage.org

phone: 717-258-1102

company: Army Heritage Center Foundation

company-address1: PO Box 839

company-city: Carlisle

company-state: PA

company-zip: 17013

company-country: US

die-count: 2

comment: Attached a proofs for the two silver coins with Northwest Territorial Mint produced for us. If you need proof of payment/receipt of the coins to show that they were produced, please let me know.

Baker_00000262

# NORTHWEST TERRITORIAL MINT

PROJECT/CLIENT: Kristopher Ruth - Army Heritage Center Foundation



JOB     A050915-16

SALES   Brenda Johnson

ARTIST  Andrew Wilson

DATE    06/19/14

PROOF   V5

METAL   Silver

FINISH  Proof

SIZE    39mm

QTY     100

**COLLAR**

**DIE #:**

**DIE #:**

NOTE: Graphic representation not to scale - please review SCALE IMAGE chart for actual production size. It is the responsibility of the customer - prior to final proof approval for production to make sure spelling of any text is correct. All PMS colors used in the production of custom product are listed for digital proof verification. It is the customer's responsibility to verify listed PMS colors to suit their need and application.

Colors and finishes shown are approximate and will differ on each computer monitor.

Graphic representations are the property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is strictly prohibited. All Rights reserved.

1 800 344 6468
Sales@nwtmint.com
www.nwtmint.com



# NORTHWEST TERRITORIAL MINT



## DOMESTIC

PROJECT/ CLIENT:   ARMY HERITAGE / RHONDA NEWTON



ART   A056743 - A050916 V5

SALES   Brenda Johnson

ARTIST   CT

DATE   3-24-17

PROOF   V1

METAL   .999 fine silver

FINISH   Proof - like

SIZE   39mm

QTY   100

## COLLAR



A056743 / A050916 V5
Obverse & Reverse is existing
Approximate Size

## ORDER#

NOTE: Graphic representation not to scale - please review SCALE IMAGE chart for actual production size. It is the responsibility of the customer - prior to final proof approval for production to make sure spelling of any text is correct. All PMS colors used in the production of custom product are listed for digital proof verification. It is the customer's responsibility to verify listed PMS colors to suit their need and application.

Colors and finishes shown are approximate and will differ on each computer monitor.

Graphic representations are the property of Northwest Territorial Mint. Reproduction or use of images without prior consent from Northwest Territorial Mint is strictly prohibited. All Rights reserved.

1 800 344 6468

Sales@nwtmint.com

www.nwtmint.com

Baker_00000264

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 6:17 PM |
| **To:** | 'barrett.taylor@mcso.us' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | A034607 Multnomah County SheriffProof.jpg.jpg.jpg.jpg.jpg |

Hi Barrett,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
J 7 50
J 7 51
J 7 52
K 7 72

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 9:25 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Barrett

last-name: Taylor

address1: 3430 SW Vista Dr

city: Portland

state: OR

zip: 97225

country: US

email: Barrett.Taylor@MCSO.US

phone: 503-988-5724

company: Multnomah County Sheriff's Office - Court Service Unit

company-address1: 1021 SW 4th Rm 136

company-city: Portland

company-state: OR

company-zip: 97204

company-country: US

die-count: 1

comment: The listed die was used to strike 100 coins in 2012. The invoice for the purchase was Q47764. Total sale cost was $1575.00



# 100 Piece - DOMESTIC

## NEW



■ Black Enamel

■ PMS 343 Green Enamel

| EXISTING | NEW |
|----------|-----|
|  |  |
| A015007 | A034607 |
| **Obverse** | **Reverse** |
| **44mm Brass Coin** | **44mm Brass Coin** |
| **Approximate Size** | **Approximate Size** |

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 6:15 PM |
| To: | 'estewart@ejfr.org' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | NWTM.doc |

Hi Emily,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
G 6 89
G 9 59

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 10:41 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Emily

last-name: Stewart

address1: 24 Seton Rd

city: Port Townsend

state: WA

zip: 98368

country: US

email: estewart@ejfr.org

phone: 360-385-2626

company: East Jefferson Fire Rescue

company-address1: 24 Seton Rd

company-city: Port Townsend

NWTM_00000268

company-state: WA

company-zip: 98368

company-country: US

die-count: 2

Baker_00000269



# EAST JEFFERSON FIRE RESCUE

**24 Seton Rd**
**Port Townsend, WA  98368**
**360-385-2626   www.ejfr.org**

**SERVING THE COMMUNITIES OF:**

**Port Townsend**

**Port Hadlock**

**Chimacum**

**Irondale**

**Kala Point**

**Cape George**

**Marrowstone Island**

To Whom it May Concern:

East Jefferson Fire Rescue is interested in purchasing the coin die from Northwest Territorial Mint. Please let me know how to proceed.

Sincerely,

Emily Stewart
Admin Assistant
East Jefferson Fire Rescue
360.385.2626

Baker_00000270

Baker_00000271