Hi Christine,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 19 66
H 19 78

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 10:34 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Christine

last-name: Marsh

address1: Natick Soldier Systems Center

address2: 10 General Greene Ave

city: Natick

state: MA

zip: 01760

country: US

email: christine.t.marsh.civ@mail.mil

phone: 508-233-4012

company: Natick Soldier Systems Center

company-address2: 10 General Greene Ave

company-city: Natick

company-state: MA

company-zip: 01760

company-country: US

die-count: 2

comment: Dies in question are Part No H1966 and Part No H1978 per the attached contract.

piic7_00000273



# 400 Piece - DOMESTIC





- ☐ White Enamel
- ■ PMS 295 Blue Enamel
- ■ PMS 187 Red Enamel
- ■ PMS 124 Yellow Enamel
- ■ PMS 357 Green Enamel
- ☐ PMSCool Gray 2 Enamel





**A031274 & A031275**
**Obverse & Reverse**
**1.75 Inch Custom Antique Copper Coin**
**Approximate Size**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

| 1. REQUISITION NUMBER | | PAGE 1 OF    11 |
|---|---|---|
| W9A2K13496003 | | |

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS-07F-0260L | 27-Dec-2011 | W911QY-12-F-0021 | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | | b. TELEPHONE NUMBER  *(No Collect Calls)* | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | W911QY |
|---|---|---|

NATICK CONTRACTING DIVISION (R&D)
ATTN: AMSRD-ACC-NS
BUILDING 1, KANSAS STREET
NATICK MA 01760-5011

TEL:
FAX:

| 10. THIS ACQUISITION IS |
|---|
| ☐ UNRESTRICTED |
| X SET ASIDE:     100 % FOR |
| X SB |
| ☐ HUBZONE SB |
| ☐ 8(A) |
| ☐ SVC-DISABLED VET-OWNED SB |
| ☐ EMERGING SB |
| SIZE STD: 500    NAICS: 332116 |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED |
|---|
| ☐ SEE SCHEDULE |

| 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) |
|---|
| 13b. RATING |

| 14. METHOD OF SOLICITATION |
|---|
| ☐ RFQ   ☐ IFB   ☐ RFP |

| 12. DISCOUNT TERMS |
|---|
| 00 Days - 0000%; Net 30 Days |

| 15. DELIVER TO | CODE | W9A2K |
|---|---|---|

SR W038 USA SOLDIER SYSTEMS CTR
JEAN FORGIONE
ACCOUNTABLE PROPERTY OFFICER, KANSAS STRE
NATICK MA 01760-5011

| 16. ADMINISTERED BY | | CODE | W911QY |
|---|---|---|---|

ELAINE SCARNICI
(508) 233-6178 - CONTRACT SPECIALIST
ELAINE.M.SCARNICI@US.ARMY.MIL
1 KANSAS STREET
NATICK MA 01760-5011

| 17a. CONTRACTOR/OFFEROR | CODE | 0V7S4 |
|---|---|---|

MEDALLIC ART COMPANY
MARTIN COLWELL
80 E AIRPARK VISTA BLDV
DAYTON NV 89403-8303

FACILITY CODE   0V7S4

TEL. 775-246-6000

| 18a. PAYMENT WILL BE MADE BY | CODE | HQ0303 |
|---|---|---|

DFAS  COLUMBUS
DFAS-ROCK ISLAND / JAIQBAC
PO BOX 182316
COLUMBUS OH 43218-2316

| 17b. ☐ CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED   X ☐ SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| **See Schedule** | **$4,223.00** |

| 27a. ☐ SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED.   ADDENDA ☐ ARE  ☐ ARE NOT ATTACHED |
|---|
| X 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA X☐ ARE  ☐ ARE NOT ATTACHED |

| 28. ☐ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29. AWARD OF CONTRACT: REFERENCE ☐ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA   (SIGNATURE OF CONTRACTING OFFICER) | 31c. DATE SIGNED |
|---|---|---|
| | *[signature]* | 04-Jan-2012 |

| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER   *(TYPE OR PRINT)*  STEPHEN S ABATE / CONTRACTING OFFICER  TEL: 508.233.6160    EMAIL: stephen.abate@us.army.mil |
|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 3/2005)
Prescribed by GSA
FAR (48 CFR) 53.212

Baker_00000275

| | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | |
|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |

**SEE SCHEDULE**

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | |
|---|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |

42b. RECEIVED AT *(Location)*

| 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 3/2005) BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

ADDENDUM TO 52.212-5
TECHNICAL POINT OF CONTACT:

Ms. Jean Forgione
Office of the Commander
US Army Natick Soldier Systems Center
Kansas Street
Natick, MA 01760-5011
Phone 508-233-5542

THE CONTRACTOR'S QUOTATION NUMBER 41662 DATED 13 DECEMBER 2011 IS HEREBY
INCORPORATED INTO THIS PURCHASE ORDER BY REFERENCE.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001 | | 1 | Each | $656.50 | $656.50 |
| | 3D HIGH RELIEF CUSTOM COINING DIE | | | | |
| | FFP | | | | |
| | Part Number H1966, (1.75 inch). Research Develop Acquire Sustain/NOT | | | | |
| | SHIPPED, TO BE ARCHIVED @ NWTN FACILITY | | | | |
| | FOB: Destination | | | | |
| | PURCHASE REQUEST NUMBER: W91A2K13486003 | | | | |

NET AMT $656.50

ACRN AA $656.50
CIN: W91A2K134860030001

a8b8a4d9_00000277

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0002 | | 1 | Each | $454.50 | $454.50 |

2D HIGH RELIEF CUSTOM COINING DIE
FFP
Part Number H1978, (1.75 inch).  Presented for Excellence-Command Team/NOT
SHIPPED, TO BE ARCHIVED @ NWTN FACILITY
FOB: Destination
PURCHASE REQUEST NUMBER: W91A2K13486003

| | | | | NET AMT | $454.50 |
|---|---|---|---|---|---|

ACRN AB $454.50
CIN: W91A2K134860030002

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0003 | | 400 | Each | $7.78 | $3,112.00 |

HIGH RELIEF ANTIQUE BRONZE COIN
FFP
Part Number MC12131101, with 5-Colors of Enamel Research Develop Acquire
Sustain/Presented for Excellence-Command Team.
FOB: Destination
PURCHASE REQUEST NUMBER: W91A2K13486003

| | | | | NET AMT | $3,112.00 |
|---|---|---|---|---|---|

ACRN AC $3,112.00
CIN: W91A2K134860030003

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | 10-FEB-2012 | 1 | SR W038 USA SOLDIER SYSTEMS CTR<br>JEAN FORGIONE<br>ACCOUNTABLE PROPERTY OFFICER,<br>KANSAS STRE<br>NATICK MA 01760-5011<br>508-233-5524<br>FOB: Destination | W91A2K |
| 0002 | 10-FEB-2012 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W91A2K |
| 0003 | 10-FEB-2012 | 400 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W91A2K |

## ACCOUNTING AND APPROPRIATION DATA

AA: 2122020000026N6N204230123000026EBN30010W91A2K1348600325AN1AS19130
AMOUNT: $656.50
CIN W91A2K134860030001: $656.50

AB: 2122020000026N6N204230123000026EBN30010W91A2K1348600425AN1AS19130
AMOUNT: $454.50
CIN W91A2K134860030002: $454.50

AC: 2122020000026N6N204230123000026EBN30010W91A2K1348202225AN1AS19130
AMOUNT: $3,112.00
CIN W91A2K134860030003: $3,112.00

## CLAUSES INCORPORATED BY REFERENCE

| 52.204-7 | Central Contractor Registration | APR 2008 |
|----------|--------------------------------|----------|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | JUN 2010 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUN 2003 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JUL 2010 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.225-1 | Buy American Act--Supplies | FEB 2009 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.232-11 | Extras | APR 1984 |

Baker_00000279

| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | JAN 2009 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | SEP 2007 |
| 252.211-7003 | Item Identification and Valuation | JUN 2011 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | APR 2003 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | MAR 2008 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2008 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-5    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (AUG 2011) (DEVIATION)

(a) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (a) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times, the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(b)(1) Notwithstanding the requirements of any other clause in this contract, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (b)(i) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (Pub. L. 110-252, Title VI, Chapter 1 (41 U.S.C. 251 note).

(ii) 52.219-8, Utilization of Small Business Concerns (DEC 2010) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) Reserved.

(iv) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

(v) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEP 2006) (38 U.S.C. 4212).

(vi) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

(vii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(viii) 52.222-41, Service Contract Act of 1965 (Nov 2007) (41 U.S.C. 351, et seq.).

(ix) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

___ Alternate I (AUG 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(x) 52.222-51, Exemption from Application of the Service Contract Act to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (Nov 2007) (41 U.S.C. 351, et seq.).

(xi) 52.222-53, Exemption from Application of the Service Contract Act to Contracts for Certain Services--Requirements (FEB 2009) (41 U.S.C. 351, et seq.).

(xii) 52.222-54, Employment Eligibility Verification (JAN 2009).

(xiii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (MAR 2009) (Pub. L. 110-247). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xiv) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

      http://FARSITE.HILL.AF.MIL        http://www.arnet.gov/far

(End of clause)

Baker_00000281

52.252-6   AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (48 CFR CHAPTER 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.212-7001  CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (JUN 2011)

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

___ 52.203-3, Gratuities (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

  **(1) _XX_ 252.203-7000, Requirements Relating to Compensation of Former DoD Officials (JAN 2009) (Section 847 of Pub. L. 110-181).**

  (2) ___ 252.203-7003, Agency Office of the Inspector General (SEP 2010) (Section 6101 of Pub. L. 110-252, 41 U.S.C. 3509 note).

  (3) ___ 252.205-7000, Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

  (4) ___ 252.219-7003, Small Business Subcontracting Plan (DoD Contracts) (OCT 2010) (15 U.S.C. 637).

  (5) ___ 252.219-7004, Small Business Subcontracting Plan (Test Program) (JAN 2011) (15 U.S.C. 637 note).

  **(6)(i) _XX_ 252.225-7001, Buy American Act and Balance of Payments Program (JAN 2009) (41 U.S.C. 10a-10d, E.O. 10582).**

  (ii) ___ Alternate I (DEC 2010) of 252.225-7001.

  (7) ___ 252.225-7008, Restriction on Acquisition of Specialty Metals (JUL 2009) (10 U.S.C. 2533b).

  (8) ___ 252.225-7009, Restriction on Acquisition of Certain Articles Containing Specialty Metals (JAN 2011) (10 U.S.C. 2533b).

  (9) ___ 252.225-7012, Preference for Certain Domestic Commodities (JUN 2010) (10 U.S.C. 2533a).

(10) _____ 252.225-7015, Restriction on Acquisition of Hand or Measuring Tools (JUN 2005) (10 U.S.C. 2533a).

(11) _____ 252.225-7016, Restriction on Acquisition of Ball and Roller Bearings (JUN 2011) (Section 8065 of Public Law 107-117 and the same restriction in subsequent DoD appropriations acts).

(12) )(i) ___ 252.225-7021, Trade Agreements (JUN 2011) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

(ii) ___ Alternate I (SEP 2008)

(iii) _____ Alternate II (DEC 2010) of 252.225-7021.

(13) _____ 252.225-7027, Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779).

(14) _____ 252.225-7028, Exclusionary Policies and Practices of Foreign Governments (APR 2003) (22 U.S.C. 2755).

(15)(i) _____ 252.225-7036, Buy American Act--Free Trade Agreements--Balance of Payments Program (DEC 2010) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

(ii) ___ Alternate I (JUL 2009) of 252.225-7036.

(iii) _____ Alternate II (DEC 2010) of 252.225-7036.

(iv) _____ Alternate III (DEC 2010) of 252.225-7036.

(16) _____ 252.225-7038, Restriction on Acquisition of Air Circuit Breakers (JUN 2005) (10 U.S.C. 2534(a)(3)).

(17) _____ 252.226-7001, Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (SEP 2004) (Section 8021 of Public Law 107-248 and similar sections in subsequent DoD appropriations acts).

(18) _____ 252.227-7015, Technical Data--Commercial Items (MAR 2011) (10 U.S.C. 2320).

(19) _____ 252.227-7037, Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321).

**(20) XX ___ 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports (MAR 2008) (10 U.S.C. 2227).**

(21) _____ 252.237-7010, Prohibition on Interrogation of Detainees by Contractor Personnel (NOV 2010) (Section 1038 of Pub. L. 111-84).

(22) _____ 252.237-7019, Training for Contractor Personnel Interacting with Detainees (SEP 2006) (Section 1092 of Public Law 108-375).

(23) _____ 252.243-7002, Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410).

(24) _____ 252.246-7004, Safety of Facilities, Infrastructure, and Equipment for Military Operations (OCT 2010) (Section 807 of Public Law 111-84).

(25)_____ 252.247-7003, Pass-Through of Motor Carrier Fuel Surcharge Adjustment to the Cost Bearer (SEP 2010) (Section 884 of Public Law 110-417).

(26)(i) _____ 252.247-7023, Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

(ii) _____ Alternate I (MAR 2000) of 252.247-7023.

(iii) _____ Alternate II (MAR 2000) of 252.247-7023.

(iv) __XX__ Alternate III (MAY 2002) of 252.247-7023.

(27) _____ 252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (FAR 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

(1) 252.237-7010, Prohibition on Interrogation of Detainees by Contractor Personnel (NOV 2010) (Section 1038 of Pub. L. 111-84).

(2) 252.237-7019, Training for Contractor Personnel Interacting with Detainees (SEP 2006) (Section 1092 of Public Law 108-375).

(3) 252.247-7003, Pass-Through of Motor Carrier Fuel Surcharge Adjustment to the Cost Bearer (SEP 2010) (Section 884 of Public Law 110-417).

(4) 252.247-7023, Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

(5) 252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(End of clause)

**5152.232-7003   INVOICING INSTRUCTIONS AND PAYMENT (WAWF INSTRUCTIONS) (NCD) (AUG 2009)**

(a) Invoices for goods received or services rendered under this contract shall be submitted electronically through Wide Area Work Flow – Receipt and Acceptance (WAWF):

(1) The vendor shall self-register at the web site https://wawf.eb.mil. Vendor training is available on the Internet at http://www.wawftraining.com.

(2) Select the invoice type within WAWF as specified below. Back up documentation (such as timesheets, etc.) can be included and attached to the invoice in WAWF. Attachments created in any Microsoft Office product are attachable to the invoice in WAWF. Total limit for the size of files per invoice is 5 megabytes.

(b) The following information, regarding invoice routing DODAAC's, must be entered for completion of the invoice in WAWF:

> **Receiving Report (DD 250) Destination Inspection / Destination Acceptance**
> **Inspect and Accept at place of destination**

Baker_00000284

| Invoice and Receiving Report (Combo) - Destination Inspection / Destination Acceptance | |
|---|---|
| Pay DoDAAC | HQ0303 |
| IssueBy DoDAAC | W911QY |
| Admin DoDAAC | W911QY |
| InspectBy DoDAAC | W91A2K |
| Ship To Code | W91A2K |

(c) The contractor shall submit invoices / cost vouchers for payment per contract terms.

(d) The Government shall process invoices / cost vouchers for payment per contract terms.

(e) For each invoice / cost voucher submitted for payment, the contractor shall also email the WAWF automated invoice notice directly to the following points of contact:

| Name | Email | Phone | Job Title |
|---|---|---|---|
| Jean Forgione | Jean.Forgione@us.army.mil | 508-233-5542 | Project Officer |
| Elaine Scarnici | Elaine.M.Scarnici@us.army.mil | 508-233-6178 | Contract Specialist |
| | | | |

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 5:58 PM |
| To: | 'barrett.taylor@mcsco.us' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | A034607 Multnomah County SheriffProof.jpg.jpg.jpg.jpg.jpg |

Hi Barrett,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
J 7 50
J 7 51
J 7 52
K 7 72

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 9:25 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Barrett

last-name: Taylor

address1: 3430 SW Vista Dr

city: Portland

state: OR

zip: 97225

country: US

email: Barrett.Taylor@MCSO.US

phone: 503-988-5724

company: Multnomah County Sheriff's Office - Court Service Unit

company-address1: 1021 SW 4th Rm 136

Baker_00000286

company-city: Portland

company-state: OR

company-zip: 97204

company-country: US

die-count: 1

comment: The listed die was used to strike 100 coins in 2012. The invoice for the purchase was Q47764. Total sale cost was $1575.00

Baker_00000287



## 100 Piece - DOMESTIC

### NEW



 Black Enamel

PMS 343 Green Enamel

### EXISTING



A015007
**Obverse**
**44mm Brass Coin**
**Approximate Size**

### NEW



A034607
**Reverse**
**44mm Brass Coin**
**Approximate Size**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

Hi Tehron,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
J 2 57
J 2 58

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 8:28 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Tehron

last-name: Bush

address1: 2 Park Court

city: Pottstown

state: PA

zip: 19464

country: US

email: Tehron.Bush@gmail.com

phone: 484-985-2855

company: Worley & Bush Company

company-address1: 2 Park Court

company-city: Pottstown

company-state: PA

company-zip: 19464

company-country: US

die-count: 2

comment: Requesting all Die(s) that Worley & Bush Company own(s).
Thank You,
Kindest Regards,
Tehron Jaqui Bush

Baker_00000290



# NORTHWEST TERRITORIAL MINT LLC
### dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

PAID

## INVOICE

**Sold To:**
WORLEY & BUSH COMPANY
2 PARK CT
POTTSTOWN PA 19464
UNITED STATES

**Ship To:**
WORLEY & BUSH COMPANY
2 PARK CT
POTTSTOWN PA 19464
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 782670 | Sales Person: | Marty Colwell |
| Invoice Date: | 5/4/2017 | Terms: | PRE-PAYMENT |
| Customer ID: | 1035215 | Packing List: | 181681 |
| Order Number: | 173296 | PO Number: | PREPAID |

04/14/2017 - CC Payment for $1,447.96, Transaction 60088625452

| Line | Part Number /<br>Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | MC08170901 /<br>39MM ONE TROY OUNCE .999 SILVER PROOF-STRUCK<br>MEDALLION, ENCAPSULATED - CS SHIELD / STIZO LOGO | 50 | $27.75 | $1,387.50 |
| 2 | 03105 /<br>CAPSULE, 39MM DIRECT FIT SET (H39) | 50 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $30.00 | $30.00 |
| | Credit Card Payment Charge | 1 | $30.46 | $30.46 |

| | |
|---|---|
| Less Deposit | 1,447.96 |
| **Invoice Total:** | **$0.00** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$0.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000291

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 5:32 PM |
| To: | 'zachary.j.henneman@basf.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | A22823 bv4-BASF Reverse.PDF; A22824 v2 BASF Front.PDF; NWT 169081 BASF - UNION.PDF |

Hi Zachary,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 19 72
H 19 73

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 6:00 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Zachary

last-name: Henneman

address1: BASF Corporation

address2: 2655 US Highway 22 West

city: Union

state: NJ

zip: 07083

country: US

email: zachary.j.henneman@basf.com

phone: 732-275-7986

company: BASF Corporation

Baker_00000292

company-address1: 2655 US Highway 22 West

company-address2: Assay Lab

company-city: Union

company-state: NJ

company-zip: 07083

company-country: US

die-count: 2

comment: These two dies are property of BASF Corporation and have been maintained by NWT; please release them and send the to the address indicated by this submission.


## Domestic



## Palladium



**Actual Size**
**2.25 inches**

| | |
|---|---|
| JOB NUMBER: | A22823 B v4 |
| DESIGNER: | Steve Bloom |
| SALES CONTACT | Marty Colwell |
| CLIENT: | IPMI |
| DATE: | 03-10-2011 |

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.


## Domestic
### qty. unknown



Obverse

## Palladium



**Actual Size**
**2.25 inches**

JOB NUMBER:  A22824 v2
DESIGNER:  Steve Bloom
SALES CONTACT  MARTY COLWELL
CLIENT:  IPMI
DATE:  03-07-2011

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 169081

## Sales Order Acknowledgement

**Sold To:**

Dr. Zachary J. Henneman
BASF CORPORATION (UNION)
2655 ROUTE 22 WEST
UNION NJ 07083

**Ship To:**

Dr. Zachary J. Henneman
BASF CORPORATION (UNION)
2655 ROUTE 22 WEST
UNION NJ 07083
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 2/23/2017 | Sales Person: | Marty Colwell |
| Contact: | BASF CORPORATION (UNION) | Phone: | 908-624-7537 |
| Customer ID: | 1036957 | Email: | zachary.j.henneman@basf.com |
| Terms: | Due on receipt of Inv. | Ship Via: | USPS First Class |
| PO Number: | | Due Date: | |

CUSTOMER SUPPLIED PALADIUM
SHIPPING & HANDLING TO BE ADDED TO FINAL INVOICE

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 6.00 | MC12071101 / | 2.25 Inch x 5mm Thick .999 Palladium Medallion, Encapsulated<br>The Henry J. Albert Award / BASF Logo<br>Customer Supplied Palladium | $785.00 | $4,710.00 |
| 2 | 6.00 | 03103 / | CAPSULE, 2.5 SET | $0.00 | $0.00 |
| 3 | 6.00 | 03146 / | BEZEL, RING, Y-57, BLK, 2.25 TO FIT Y-65 2.5 CAP | $0.00 | $0.00 |
| 4 | 6.00 | BUBBLE SMALL / | SMALL BUBBLE BAGS 4 X 5.5 | $0.00 | $0.00 |

| | |
|---|---|
| Line Total: | $4,710.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| ***Order Total*** | **$4,710.00** |

Baker_00000296

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 5:21 PM |
| **To:** | 'jamie_sanders@nps.gov' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | Superintendent Challenge Coin_Order 75515_Northwest Territorial Mint.pdf |

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
M 2 72
M 2 73

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker
-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 4:13 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Cassius

last-name: Cash

address1: Great Smoky Mountains National Park

address2: 107 Park Headquarters Road

city: Gatlinburg

state: TN

zip: 37738

country: US

email: jamie_sanders@nps.gov

phone: 865-436-1203

company: Great Smoky Mountains National Park

company-address1: 107 Park Headquarters Road

company-city: Gatlinburg

Baker_00000297

company-state: TN

company-zip: 37738

company-country: US

die-count: 2

comment: Part number M272 and M273



_ChallengeCoins 4less (FL) 855-272-8451_

# NORTHWEST TERRITORIAL MINT LLC    _Nevada_

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order: 75515**

## Sales Order Acknowledgement

**Sold To:**
Brent Everitt
Great Smoky Mountains National Park
Office of the Superintendent
107 Park Headquarters Road
Gatlinburg TN 37738
UNITED STATES

**Ship To:**
Brent Everitt
Great Smoky Mountains National Park
Office of the Superintendent
107 Park Headquarters Road
Gatlinburg TN 37738
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 2/25/2015 | Sales Person: | Marty Colwell  _2659_ |
| Contact: | Great Smoky Mountains National Park | Phone: | |
| Customer ID: | 114434 | Email: | brent_everitt@nps.gov |
| Terms: | Due on receipt | Ship Via: | FedEx Ground |
| PO Number: | | Due Date: | 4/9/2015 |

PAID $2452.50 BY CREDIT CARD ON 02-26-15 SC
FEDEX GROUND S&H INCLUDED IN UNIT PRICE

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1.00 | M 2 72   / | 3D Custom Coining Die / 44mm - Text Change Only / Great Smoky Mountains National Park Office of the Superintendent | $400.00 | $400.00 |
| 2 | 1.00 | M 2 73   / | 3D Custom Coining Die / 44mm / Bear - Cabin - Mountains | $800.00 | $800.00 |
| 3 | 150.00 | MC02251502 / | 44mm Merlingold Proof-Like Medallion with 1-Color, Encapsulated - Great Smoky Mountains National Park Office of the Superintendent | $8.35 | $1,252.50 |

| | |
|---|---|
| Line Total: | $2,452.50 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **_Order Total_** | **$2,452.50** |

Page: 1 of 1

Baker_00000299

Baker_00000300

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 5 65
L 5 66

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 9:39 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Charles

last-name: Campa

address1: 10945 Paloma Dr

city: Helotes

state: TX

zip: 78023

country: US

email: aar6pk@aol.com

phone: 210-710-4490

company: San Antonio Police

die-count: 2

comment: This is the only proof of owner ship that I have. This is the copy of the invoice that I was given. Please let me know what the next step is. Thank you



# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY

80 E. Airpark Vista Blvd.

Dayton, NV 89403

Phone: 775-246-6000

Fax: 775-246-6006

*Quotation*

| Bill To: | Charles Campa | Ship To: | Charles Campa |
|---|---|---|---|
| | 109415 Paloma Drive | | 109415 Paloma Drive |
| | Helotes, TX 78023 | | Helotes, TX 78023 |
| | United States | | United States |

| | | | |
|---|---|---|---|
| Quote Number: | 53504 | Contact: | Charles Campa |
| Quote Date: | 10/11/13   Expires: 12/02/13 | Inquiry: | |
| Customer: | CAMPACHARLES | Terms: | Payable On Receipt |
| Salesman: | Marty Colwell | Phone: | (210) 710-4490 |
| Ship Via: | FedEx GROUND | FAX: | |
| FOB: | Dayton, NV | | |

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | L 5 65<br>3D Custom Coining Die (39mm): San Antonio Police Shield / Alamo<br>NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | 1 | $750.00 /EA |
| 2 | L 5 66<br>3D Custom Coining Die (39mm): San Antonio Police Badge with Engraving Area<br>NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | 1 | $750.00 /EA |
| 3 | MC10111301<br>39mm Copper Proof-Like Coin, Encapsulated<br>San Antonio Police - Alamo / Badge | | 45 | $7.25 /EA |
| 4 | MC10211301<br>39mm One Troy Ounce .999 Silver Proof-Struck Coin, Encapsulated<br>San Antonio Police - Alamo / Badge | | 5 | $31.00 /EA |
| 5 | MC SHIPPING<br>To Be Invoiced After Shipment | | 1 | $0.00 /EA |

*Total:*   **$1,981.25**

By  Martin Colwell

NORTHWEST TERRITORIAL MINT LLC

Baker_00000302

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 4:53 PM |
| **To:** | 'cpeppel@hushmail.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | tally-marks-copy.jpg |

Christopher,

Do you remember who your sales rep was for the order? What was the company name the order was placed under? I am not finding anything in the system for this coining die.

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 7:44 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Christopher

last-name: Peppel

address1: 302 N Alfred Street

city: Alexandria

state: VA

zip: 22314

country: US

email: cpeppel@hushmail.com

phone: 206-393-8643

die-count: 1

comment: Greetings - I designed a coin in 2012 or 2013 and would very much like to have the die. I no longer have any paperwork pertaining to the order, but I can tell you intricate details about it as I was the one who designed it. The attached image is at the center of the reverse of the coin. The coin itself was done in a proof nickel finish, no color. It has the USS AMERICA (LHA 6) crest on the obverse and "Presented by C5I Officer" on the reverse with the tally marks (attached) in the center surrounded by four job insignia of the US Navy (FC, ET, IC, IT). The edge of the coin is ridged with a blank spot where "Honor, Courage, Commitment" is stamped. Again - I would VERY MUCH like to have the die!

Baker_00000303

卌 卌 卌 卌 卌

卌 卌 卌 卌 卌

卌 卌 卌 卌 卌

卌 卌 卌 卌 卌

Baker_00000304

Hi Charles,

Do you have the invoice when you originally had the die tooling made? Or a previous invoice I can reference?

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 7:39 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Charles

last-name: Campa

address1: 10945 Paloma Dr

city: Helotes

state: TX

zip: 78023

country: US

email: aar6pk@aol.com

phone: 210-710-4490

company: San Antonio Police

company-address1: 10945 Paloma Dr

company-city: Helotes

company-state: TX

company-zip: 78023

company-country: US

die-count: 2

comment: I am interested in the ownership of the 2 dies that I purchased a few years ago. What kind of proof of ownership do you need? I was told that I could not possess the dies and that they had to stay at NWTM

Baker_00000306




# City of San Antonio
## San Antonio Police Department
### NARCOTICS TEST FORM
SUPPLEMENTARY REPORT

| Offense Details |
| --- |

Offense Classification: _____

Case Number: _____        Date Reported: _____

**Complainant Information:**

    Name: (Last, First, MI) _____

    Address: _____

**Occurrence Information:**

    Place of Occurrence: _____        (Street on or Number)

    District of Occurrence: _____

    Date of Occurrence: _____        Time of Occurrence: _____

Date of This Report: _____        Time of This Report: _____

| SUSPECT NAME(S) | |
| --- | --- |
| | |

| Testing Results |
| --- |

*In compliance with SAPD Procedure #710, this Member conducted a preliminary probable cause identification test of a suspected controlled substance. This test was conducted in reference to the suspect(s) listed above and the SAPD case number listed above. The results of the test are indicated below: (Please check appropriate box)*

**Description of Substance being tested:**

[ ] No test conducted due to insufficient amount of suspected substance submitted;

[ ] Test indicated **INCONCLUSIVE** results for the presence of a controlled substance;

[ ] Test indicated **POSITIVE** results for the presence of:

The following Nark II narcotics identification system test(s) were conducted: (Check test(s) conducted)

[ ] #01 Opiates/Amphetamines     [ ] #05 Marijuana     [ ] #11 Heroin

[ ] #03 Barbiturates     [ ] #07 Cocaine     [ ] #15 Methamphetamine/Ecstasy

[ ] #04 LSD     [ ] #08 Methadone

Member Making Report: _____        Badge No.: _____

Baker_00000307

Hi Jason,

I will need you to send me over previous invoicing for the coin you have ordered? If you have the original invoice when the die tooling was order that would be even better. Once I have reviewed the invoicing then I can locate your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 5:09 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jason

last-name: Brock

address1: PO Box 991

city: Mukilteo

state: WA

zip: 98275

country: US

email: jbrock@iaff46.org

phone: 425-220-1419

company: Everett fire IAFF Local #46

company-address1: P.O. BOX 616

company-city: Everett

company-state: WA

company-zip: 98201

company-country: US

die-count: 2

comment: Please send us the dies for our Firefighter coin. If you need a physical address please send them to 15225 West Lake Goodwin Rd Stanwood, WA 98292.
Thank you for your consideration, Jason Brock Union Secretary IAFF #46. If you need any further info please call my cell 425-220-1419

Baker_00000309

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 4:14 PM |
| To: | 'jbroc@iaff26.org' |
| Subject: | FW: Die Recovery Request Form |

Hi Jason,

I will need you to send me over previous invoicing for the coin you have ordered? If you have the original invoice when the die tooling was order that would be even better. Once I have reviewed the invoicing then I can locate your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 5:09 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jason

last-name: Brock

address1: PO Box 991

city: Mukilteo

state: WA

zip: 98275

country: US

email: jbrock@iaff46.org

phone: 425-220-1419

company: Everett fire IAFF Local #46

company-address1: P.O. BOX 616

company-city: Everett

company-state: WA

company-zip: 98201

company-country: US

Baker_00000310

die-count: 2

comment: Please send us the dies for our Firefighter coin. If you need a physical address please send them to 15225 West Lake Goodwin Rd Stanwood, WA 98292.
Thank you for your consideration, Jason Brock Union Secretary IAFF #46. If you need any further info please call my cell 425-220-1419

Baker_00000311

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 4:02 PM |
| **To:** | 'samiam1075@sbcglobal.net' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | challenge coin.JPG |

Hi Simo,

Do you have any previous invoices with the tooling die charges? Or when was the last order placed?

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 3:20 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Simo

last-name: Miljus

address1: 3629 S. 94th st

city: Milwaukee

state: WI

zip: 53228

country: US

email: samiam1075@sbcglobal.net

phone: 414-327-1411

die-count: 2

comment: I am unsure on what type of documentation is required to prove proof of ownership of the dies for the medallion I had produced by NWTM. I am interested in obtaining the original dies and have not received any correspondence from anyone regarding this matter. thank you

Baker_00000312



| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 3:43 PM |
| **To:** | 'wcjordan@att.net' |
| **Subject:** | FW: Die Recovery Request Form |

Mr. Jordan -

Do you have an previous invoices you can forward over to me with the tooling dies?

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 2:11 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: W. Curtis

last-name: Jordan

address1: 4452 Wonderland Drive

city: Louisville

state: TN

zip: 37777

country: US

email: wcjordan@att.net

phone: 865-686-8191

company: W C Jordan Enterprizes, Inc.

company-address1: 4452 Wonderland Drive

company-city: Louisville

company-state: TN

company-country: US

die-count: 6

comment: I purchased and own three sets of dies that were being archived by NWT Mint, as demonstrated by the attached receipts. I designed these dies and own a trademark on the design. I claim the dies and all rights.
W. Curtis Jordan 6/5/2018

Baker_00000314

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 3:19 PM |
| To: | 'peck873@comcast.net' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | copies of invoices for all custom dies purchased at NWTM.pdf |

Mr. Peck,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 1:19 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jon

last-name: Peck

address1: 111 Winsor Drive

city: White River Junction

state: VT

zip: 05001

country: US

email: peck873@comcast.net

phone: 802-296-6932

company: Newf Emporium & Friends, Inc.

company-address1: 111 Winsor Drive

company-city: White River Junction

company-state: VT

company-zip: 05001

Baker_00000315

company-country: US

die-count: 14

comment: Hello - thank you for contacting me. Page one of the attached pdf shows all 14 dies which I have purchased from NWTM in the last 9 years. It also shows the NWTM assigned part number for each design as well as the custom die number. The other 13 pages are the invoices which show what i paid for each custom die and when. I could not locate the invoice for the earliest one for Newfoundland Dogs die H 10 80, but know I paid either $500 or $550. You will also notice that there are no die numbers for both Mastiff and Bulldog, but you can clearly see where I was invoiced for them. For some reason, no number was listed on these invoices. Please confirm you have received this email. I will also likely mail a copy of everything to the Seattle address you provided. Please keep me posted on what is next. I still sell the items produced from these dies and either need them back or credit for them if I no longer have access to them. Thanks Jon Peck Owner - Newf Emporium & Friends, Inc.
www.biggentledogs.com

Baker_00000316



|  | PART # / DIE # | COPY OF INVOICE W/ DIE |
|---|---|---|
| | | (14 DIES) |
| Newf | GF09150901 DIE H 10 80 - H 10 80 | DIE COST WAS 500 or 550 — ☐ INVOICE TOO OLD, COULD NOT FIND |
| Bernese | GF12201201 DIE K 8 92 - K 8 92 | ☑ |
| LEO | EB11031403 DIE I 3 48 | ☑ |
| MASTIFF | GF01201401 DIE - NO # BUT HAVE JOB # + PROOF | ☑ |
| DANE | EB07141501 DIE I 5 57 | ☑ |
| GSD | EB03181602 DIE I 7 75 | ☑ |
| SANT | EB02041601 DIE I 7 53 | ☑ |
| PYR | EB01071601 DIE I 7 37 | ☑ |
| Husky | EB05261601 DIE I 8 26 | ☑ |
| Golden | EB05161602 DIE I 8 25 | ☑ |
| Labrador | EB06101601 DIE I 8 43 | ☑ |
| Rottie | RW01261701 DIE I 9 62 | ☑ |
| Boxer | RW02011701 DIE I 9 65 | ☑ |
| Bulldog | RW09131608 DIE - NO #, see INVOICE 761060 FOR DIE CHARGE | ☑ |

Baker_00000317



# NORTHWEST TERRITORIAL MINT LLC
## dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

**Sold To:** Newf Emporium & Friends
111 Winsor Drive
White River Junction, VT 05001
United States

**Ship To:** Newf Emporium & Friends
111 Winsor Drive
White River Junction, VT 05001
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 429151 | **Salesman:** | Gene Frink |
| **Invoice Date:** | 01/30/13 | **Terms:** | Payable On Receipt |
| **Customer:** | NEWFEMPORIUM | **Packing List:** | 429151 |
| **Order No:** | 405698 | | |

*Bernese*

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 50 | GF12201201 - 1.25" ANTIQUE BRASS PET TAG WITH ST. FRANCIS PRAYER ON REVERSE, LIGHT ANTIQUE BRASS FINISH, SPLASH MINTED, JUMPER RING, AND S-HOOK, SMOOTH EDGE | | $6.00 / EA | $300.00 |
| 2 | 1 | K 8 92 - K 8 92       not shipped, archived at NWT Mint | | $550.00 / EA | $550.00 |
| 3 | 1 | E 6 28 - St. Francis Prayer Reverse (E 6 28) | | $0.00 / EA | $0.00 |
| 4 | 50 | 00329 - BLANKS 32MM KEY TAG, MAT'L #230, THICKNESS .100. 1,000 PER BOX | | $0.00 / EA | $0.00 |

| | |
|---|---|
| **Sub-total:** | **$850.00** |
| **Sales Tax:** | **$0.00** |
| **Shipped Via Fed Ex ground shipment:** | **$16.30** |
| *Invoice Total:* | *$866.30* |
| *Paid To Date:* | *$0.00* |
| **Balance Due:** | **$866.30** |

*Paid √ Bank of America (cc)*

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

*both done*

Page 1 of 1

Baker_00000318



**NORTHWEST TERRITORIAL MINT LLC**
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DRIVE
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DRIVE
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 665637 | Sales Person: | Eric Boyd |
| Invoice Date: | 12/12/2014 | Terms: | Due on receipt |
| Customer ID: | 1030811 | Packing List: | 61643 |
| Order Number: | 55365 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB11031403 / -V3 1.25 INCH SPLASH ANTIQUE BRASS PET TAG FOR NEWF EMPORIUM & FRIENDS. OBVERSE "LEONBERGER" FROM ART#A052508 AND DIE #1 3 48. REVERSE "ST FRANCIS PRAYER" FROM DIE#I 3 60. LIGHT ANTIQUE BRASS FINISH, SMOOTH EDGE. JUMPER RING, AND S-HOOK. | 50 | $6.00 | $300.00 |
| 2 | I 3 48 / NEW CUSTOM 1.25 INCH SPLASH PET TAG DIE FOR NEWF EMPORIUM & FRIENDS "LEONBERGER". | 1 | $550.00 | $550.00 |
| 3 | I 3 60 / 1.25 INCH REVERSE SPLASH DIE "ST FRANCIS PRAYER" FOR NEWF EMPORIUM & FRIENDS. | 1 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $20.48 | $20.48 |

| | |
|---|---|
| **Invoice Total:** | $870.48 |
| **Paid To Date:** | $0.00 |
| **Balance Due:** | $870.48 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

Baker_00000319

# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DRIVE
WHITE RIVER JUNCTION VT 05001

**Ship To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DRIVE
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 618028 | Sales Person: | Gene Frink |
| Invoice Date: | 3/27/2014 | Terms: | Due on receipt |
| Customer ID: | 1030811 | Packing List: | 15936 |
| Order Number: | 11189 | PO Number: | |

*MASTIFF*

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | GF01201401 / 1.25" ANTIQUE BRASS PET TAG, WITH ST. FRANCIS ON THE REVERSE. JUMPER RINGH AND S-HOOK, SMOOTH EDGE-SPLASH MINTED | 50 | $6.50 | $325.00 |
| | New 1.25" custom die | 1 | $600.00 | $600.00 |
| | To be added to final invoice | 1 | $17.79 | $17.79 |

54-7021-2117    2126

NEWF EMPORIUM & FRIENDS, INC.
111 WINSOR DRIVE
WHITE RIVER JUNCTION, VT 05001
(802) 296-6932

April 14, 2014
date

Pay to the order of Northwest Territorial Mint  $ 942.79

Nine Hundred Forty Two Dollar An 79/100                dollars

MASCOMA SAVINGS BANK
Sykes Ave., White River Jct., VT 05001

⑈ 2126

| | |
|---|---|
| **Invoice Total:** | **$942.79** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$942.79** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000320



# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

# INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DRIVE
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DRIVE
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 707078 | Sales Person: | Eric Boyd |
| Invoice Date: | 8/19/2015 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 *(DANE)* | Packing List: | 102309 |
| Order Number: | 96709 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB07141501 / <br> 1.25 INCH ANTIQUE BRASS SPLASH MEDALLION FOR NEWF. OBVERSE "GREAT DANE" FROM ART#A054266 AND DIE #I5 57. REVERSE " SAINT FRANCIS PRAYER" IS FROM EXISTING DIE#I 3 60. NO EDGEMARK. | 35 | $6.00 | $210.00 |
| 2 | I 5 57 / <br> NEW CUSTOM OBVERSE 1.25 INCH SPLASH DIE | 1 | $600.00 | $600.00 |
| | SHIPPING TO BE DETERMINED | 1 | $25.45 | $25.45 |

*9-14-15*
*Paid w/ Amazon Visa card*
*ending in 7637*
*(JN)*

| | |
|---|---|
| *Invoice Total:* | **$835.45** |
| *Paid To Date:* | **$0.00** |
| *Balance Due:* | **$835.45** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000321

# NORTHWEST TERRITORIAL MINT LLC

**dba Medallic Art Company**

Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210



**INVOICE**

**Sold To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 744332 | Sales Person: | Eric Boyd |
| Invoice Date: | 4/20/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 141648 |
| Order Number: | 136023 | PO Number: | |

*(GSD)*

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB03181602 / -v2  1.25 INCH ANTIQUE BRASS PET TAG FOR NEWF EMPORIUM & FRIENDS-GERMAN SHEPHERD. OBVERSE FROM ART# A055880 AND DIE#1775. REVERSE IS FROM AN EXISTING STOCK DIE # I 3 60. ATTACH JUMPER RING AND S-HOOK, SMOOTH EDGE.  PLEASE PLACE IN POLY BAGS. | 50 | $6.00 | $300.00 |
| 2 | I 7 75  /  NEW DIE - OBV | 1 | $600.00 | $600.00 |
| | Shipping & Handling | 1 | $27.21 | $27.21 |

*Pend in full*
*Biz Debit Card*
*5-12-16*

| | |
|---|---|
| ***Invoice Total:*** | **$927.21** |
| ***Paid To Date:*** | **$0.00** |
| ***Balance Due:*** | **$927.21** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

Baker_00000322



# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 740769 | Sales Person: | Eric Boyd |
| Invoice Date: | 3/21/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 137717 |
| Order Number: | 129787 | PO Number: | |

Shipped with Order 133955

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB02041601 /<br>-v1 1.25 INCH ANTIQUE BRASS ST. BERNARD PET TAG FOR NEWF EMPORIUM. OBVERSE FROM ART# A055826 AND DIE# I 7 53. REVERSE FROM EXISTING STOCK DIE# I 3 60. LIGHT ANTIQUE BRASS FINISH, WITH JUMPER RING AND S-HOOK. PLACE IN POLY BAGS. | 50 | $6.00 | $300.00 |
| 2 | I 7 53 /<br>NEW DIE - OBV | 1 | $600.00 | $600.00 |
| | Shipping & Handling | 1 | $37.28 | $37.28 |

*(handwritten: 2 INVOICES)*

*(handwritten: SAINT)*

*(handwritten: TOTAL $1237.28 Paid via Bank of America CC 4-6-16)*

| | |
|---|---|
| **Invoice Total:** | **$937.28** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$937.28** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page:     1 of 1

Baker_00000323

# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 735247 | Sales Person: | Eric Boyd |
| Invoice Date: | 2/10/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 131868 |
| Order Number: | 125650 | PO Number: | EVENT 2/25 |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB01071601 / 1.25 INCH ANTIQUE BRASS PYRENEES PET TAG FOR NEWF EMPORIUM. OBVERSE FROM ART# A054785 AND DIE# I 7 37. REVERSE FROM EXISTING STOCK DIE# I 30 60. LIGHT ANTIQUE BRASS FINISH, JUMPER RING AND S-HOOK. | 50 | $6.00 | $300.00 |
| 2 | I 7 37 / NEW DIE - OBV | 1 | $600.00 | $600.00 |
| | SHIPPING TO BE DETERMINED | 1 | $35.04 | $35.04 |

*(handwritten: "Pyr Tag")*

*(handwritten: Pnd in full via Cepion 1  3-7-16)*

| | |
|---|---|
| **Invoice Total:** | **$935.04** |
| **Paid To Date:** | **$13.04** |
| **Balance Due:** | **$922.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000324



# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

*Jodi*
*253-528-1816*

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 750332 | Sales Person: | Eric Boyd |
| Invoice Date: | 6/16/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 147662 |
| Order Number: | 143243 | PO Number: | |

*HUSKY*

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB05261601 / 1.25 INCH ANTIQUE BRASS PET TAG FOR NEWF & FRIENDS - SIBERIAN HUSKY. OBVERSE FROM ART# A055962 AND DIE# I 8 26. REVERSE FROM EXISTING STOCK DIE# I 3 60. ATTACH JUMPER RING AND S HOOK, SMOOTH EDGE. PLACE IN POLY BAGS. | 75 | $6.00 | $450.00 |
| 2 | I 8 26 / OBVERSE DIE - I 8 26 | 1 | $600.00 | $600.00 |
| 3 | 04131 / STANDARD POLY BAG | 75 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $41.91 | $41.91 |

*Paid in full via Paypal 7-12-16  JP*

| | |
|---|---|
| **Invoice Total:** | **$1,091.91** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$1,091.91** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

Baker_00000325



# NORTHWEST TERRITORIAL MINT LLC
dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

*Jodi*
*253-528-1816*

# INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 749836 | Sales Person: | Eric Boyd |
| Invoice Date: | 6/10/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 *(Golden)* | Packing List: | 147173 |
| Order Number: | 142104 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB05161602 / 1.25 INCH ANTIQUE BRASS PET TAG FOR NEWF * FRIENDS - GOLDEN RETRIEVER. OBVERSE FROM ART #A055950 AND DIE# I 8 25. REVERSE FROM EXISTING STOCK DIE# I 3 60. ATTACH JUMPER RING AND S-HOOK, SMOOTH EDGE. PLACE IN POLY BAGS. | 100 | $6.00 | $600.00 |
| 2 | I 8 25 / OVERSE DIE - I 8 25 | 1 | $600.00 | $600.00 |
| | Shipping & Handling | 1 | $38.73 | $38.73 |

*Pad via PayPal*
*7-6-16*

| | |
|---|---|
| **Invoice Total:** | **$1,238.73** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$1,238.73** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000326



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210


## INVOICE

**Sold To:**

NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**

NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 753466 | Sales Person: | Eric Boyd |
| Invoice Date: | 7/19/2016 *(LABRADOR)* | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 150890 |
| Order Number: | 144925 | PO Number: | |

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EB06101601 /<br>v2 - 1.25 INCH ANTIQUE BRASS PET TAG FOR NEWF & FRIENDS - LABRADOR RETRIEVER. OBVERSE FROM ART #A055981 AND DIE # I 8 43, REVERSE FROM EXISTING STOCK DIE # I 3 60. ATTACH JUMPER RING AND S-HOOK, SMOOTH EDGE. PLACE IN POLY BAGS. | 100 | $6.00 | $600.00 |
| 2 | I 8 43 /<br>OBVERSE DIE - I 8 43 | 1 | $600.00 | $600.00 |
| 3 | 04131 /<br>STANDARD POLY BAG | 100 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $47.38 | $47.38 |

| | |
|---|---|
| *Invoice Total:* | **$1,247.38** |
| *Paid To Date:* | **$0.00** |
| *Balance Due:* | **$1,247.38** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page: 1 of 1

Baker_00000327

# NORTHWEST TERRITORIAL MINT LLC



dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210



## INVOICE

**Sold To:**

NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**

NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 775838 | Sales Person: | Russell Wilson |
| Invoice Date: | 2/23/2017 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 174761 |
| Order Number: | 167015 | PO Number: | |

*ROTTIE* (handwritten)

SHIPPING COSTS TO BE DETERMINED ON FINAL INVOICE

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | RW01261701 /<br>1.25" ANTIQUE BRONZE PET TAG-ROTTWEILER  OBVERSE<br>FROM SPLASH DIE I 9 62, REVERSE FROM EXISTING STOCK<br>DIE I 3 60 | 50 | $6.00 | $300.00 |
| 2 | I 9 62 /<br>NEW DIE | 1 | $700.00 | $700.00 |
| 3 | 04131 /<br>STANDARD POLY BAG | 50 | $0.00 | $0.00 |
| | Shipping & Handling | 1 | $31.08 | $31.08 |

|  | |
|---|---|
| ***Invoice Total:*** | **$1,031.08** |
| ***Paid To Date:*** | **$0.00** |
| ***Balance Due:*** | **$1,031.08** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum.  In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page:     1 of 1

Baker_00000328



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| Invoice Number: | 776404 | Sales Person: | Russell Wilson |
|---|---|---|---|
| Invoice Date: | 2/28/2017 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811 | Packing List: | 175312 |
| Order Number: | 167476 | PO Number: | |

*Boxer* (handwritten)

SHIPPING COSTS TO BE DETERMINED ON FINAL INVOICE

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | RW02011701 / 1.25" ANTIQUE BRONZE PET TAG, BOXER, OBVERSE FROM 9 65, REVERSE FROM EXISTING DIE I 3 60 SMOOTH EDGE | 50 | $6.00 | $300.00 |
| 2 | 04131 / STANDARD POLY BAG | 50 | $0.00 | $0.00 |
| 3 | I 9 65 / NEW DIE- OBVERSE | 1 | $800.00 | $800.00 |
| | Shipping & Handling | 1 | $30.70 | $30.70 |

| | |
|---|---|
| *Invoice Total:* | **$1,130.70** |
| *Paid To Date:* | **$0.00** |
| *Balance Due:* | **$1,130.70** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000329



# NORTHWEST TERRITORIAL MINT LLC

dba Medallic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

**Ship To:**
NEWF EMPORIUM & FRIENDS
ATTN: JON PECK
111 WINSOR DR
WHITE RIVER JUNCTION VT 05001
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 761060 | Sales Person: | Russell Wilson |
| Invoice Date: | 10/11/2016 | Terms: | Due on receipt of Inv. |
| Customer ID: | 1030811  *BULLDOG* | Packing List: | 159251 |
| Order Number: | 152271 | PO Number: | |

SHIPPING TO BE DETERMINED

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | RW09131608 / 1.25" ANTIQUE BRONZE PET TAG W/ NO JUMP RING, NEWF EMPORIUM | 100 | $6.00 | $600.00 |
| 2 | 04131 / STANDARD POLY BAG | 100 | $0.00 | $0.00 |
| | Die Charge | 1 | $800.00 | $800.00 |
| | Shipping & Handling | 1 | $38.64 | $38.64 |

| | |
|---|---|
| *Invoice Total:* | **$1,438.64** |
| *Paid To Date:* | **$0.00** |
| *Balance Due:* | **$1,438.64** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000330

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 3:16 PM |
| **To:** | 'jimlee28@hotmail.com' |
| **Subject:** | FW: Die Recovery Request Form |

James -

Do you have any previous invoices, with the tooling dies on them?

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 1:18 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: James

last-name: Lee

address1: 4725 montgomery rd

city: norwood

state: OH

zip: 45212

country: US

email: jimlee28@hotmail.com

phone: 513-458-4556

company: Norwood Firefighters L445

company-address1: 4725 montgomery rd

company-city: Norwood

company-state: OH

company-zip: 45212

company-country: US

die-count: 2

Baker_00000331

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 6:19 PM |
| **To:** | 'gu.campbell@gmail.com' |
| **Subject:** | FW: Die request |
| **Attach:** | NW Territorial.pdf |

Hi Gweneth,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 2 22

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker


**From:** Gweneth Campbell [mailto:gu.campbell@gmail.com]
**Sent:** Wednesday, June 06, 2018 10:45 AM
**To:** Jenifer Baker
**Subject:** Die request

Please find attached the NWTM Die request form and supporting documentation.

Can you please give me an estimate of when I can expect the receive the die—I'd appreciate it.

If you need further information please contact me.

//guc

Gweneth Unger Campbell, Ph.D.
Lynnwood, WA USA
Phone: 206.419.2770
gu.campbell@gmail.com

Baker_00000332

Baker_0000333

# Northwest Territorial Mint Die Request Form

## Personal Info

First Name
Gweneth

Last Name
Campbell

Address
20520 23rd Avenue West

Address 2

City
Lynnwood

State
WA

Zip
98036

Country
USA

Email
gu.campbell@gmail.com

Phone
206.419.2770

## Company Info

Company Name

Address

Address 2

City

State

Zip

Country

## Die Information

Number of Dies Requesting
1

## Additional Info

Comment
Die number MC04161301

Once you fill this out you can email to jenifer.baker@nwtmint.com or send via mail to:

    c/o Denise Lentz
    K&L Gates LLP
    925 Fourth Ave., Suite 2900
    Seattle, WA 98104

© 2018 Northwest Territorial Mint, LLC.



# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

**Sold To:** Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

**Ship To:** Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 464283 | **Salesman:** | Marty Colwell |
| **Invoice Date:** | 06/03/13 | **Terms:** | Payable On Receipt |
| **Customer:** | CAMPBELLGWEN | **Packing List:** | 464266 |
| **Order No:** | 436915 | | |

04-14-13 Rec'd wire $52,851.00 LJP

| Item | Quantity | Description | Revision | Unit Price | Amoun |
|---|---|---|---|---|---|
| 1 | 1,000 | SILVER - OUNCES OF SILVER TO BE HELD FOR AN UPCOMING CUSTOM COIN ORDER. | | $23.62 / EA | $23,620.00 |
| 2 | 1,100 | SILVER - OUNCES OF SILVER TO BE HELD FOR AN UPCOMING CUSTOM COIN ORDER. | | $23.71 / EA | $26,081.00 |
| 3 | 2,100 | MC04161301 - 39mm One Troy Ounce .999 Business-Strike Silver Coins Packaged in Tubes (Strike Fee Only) United States of America We The People GUC / NWTM Second Amendment | | $1.50 / EA | $3,150.00 |

| | |
|---|---|
| Sub-total: | $52,851.00 |
| Sales Tax: | $0.00 |
| **Shipped Via FedEx GROUND:** | $89.34 |
| *Invoice Total:* | $52,940.34 |
| *Paid To Date:* | -$52,851.00 |
| *Balance Due:* | $89.34 |

Pd #2379
6/10/2013

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000334



# NORTHWEST TERRITORIAL MINT LLC
### dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

**Sold To:** Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

**Ship To:** Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 453236 | **Salesman:** | Marty Colwell |
| **Invoice Date:** | 04/25/13 | **Terms:** | Payable On Receipt |
| **Customer:** | CAMPBELLGWEN | **Packing List:** | 453236 |
| **Order No:** | 436896 | | |

| Item | Quantity | Description | Revision | Unit Price | Amou |
|---|---|---|---|---|---|
| 1 | 1 | L 2 22 - 3D Custom Coining Die (39mm) Text Change Only: United States of America We The People GUC NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $300.00 / EA | $300.0 |

| | |
|---|---|
| **Sub-total:** | $300.0 |
| **Sales Tax:** | $0.0 |
| **Shipped Via DIE - DO NOT SHIP:** | $0.0 |
| **Invoice Total:** | $300.0 |
| **Paid To Date:** | -$300.0 |
| **Balance Due:** | $0.0 |

Payment not received within terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00000335

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 7:13 PM |
| **To:** | 'phil@philwashingtondc.com' |
| **Subject:** | FW: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176] |

Mr. Woodruff,

Do you have any previous invoicing for your account that I can reference? Then I can locate your dies and work out the details for shipment.

Thank you -
Jenifer Baker

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Wednesday, June 06, 2018 1:00 PM
**To:** phil@philwashingtondc.com
**Cc:** Mary @ Woodruff Law; LutheranWorld@aol.com; Jenifer Baker
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you for your email. I am copying Jenifer Baker at NWTM on this response as she is handling the settlement process. Due to the large volume of requests she is receiving, her turnaround time to respond to die owner requests is within 48 hours. Thank you for your patience, it's appreciated.

Thank you,
Denise

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** phil@philwashingtondc.com [mailto:phil@philwashingtondc.com]
**Sent:** Wednesday, June 06, 2018 12:21 PM
**To:** Lentz, Denise A.
**Cc:** Mary @ Woodruff Law; Phil@PhilWashingtonDC.com; LutheranWorld@aol.com
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

NOTICE TO K & L GATES, LLP

June 6, 2018

This is to inform you that we wish to claim our dies and, further, we claim that they were paid for in full by payment to Northwest Territorial Mint. The dies are for the following medallions:

Baker_00000336

1. Lutheran World Missions - 500th Anniversary of Reformation

2. First Flight Society - Anniversary of Wright Brothers First Flight (110, et. al.)

Please advise of any specific procedures for obtaining the dies asap, and any objections to these claims or costs related to obtaining the dies.

Thank you,

Phil Woodruff

Phil@PhilWashingtonDC.com

-------- Original Message --------
Subject: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES
From: "Lentz, Denise A." <Denise.Lentz@klgates.com>
Date: Tue, June 05, 2018 9:52 am
To: "Lentz, Denise A." <Denise.Lentz@klgates.com>

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com .-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

Baker_00000337

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.