| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 6:08 PM |
| **To:** | 'tom.conley@theconleygroup.com' |
| **Subject:** | FW: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176] |
| **Attach:** | 4.jpg; 5.jpg; Conley 1.jpg; Conley 2.jpg; Conley 3.jpg |

Mr. Conley,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
K 8 56
K 8 57

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Wednesday, June 06, 2018 9:50 AM
**To:** Tom.Conley@TheConleyGroup.com
**Cc:** Jenifer Baker
**Subject:** FW: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you for your email. I am forwarding this to Jenifer Baker at NWTM as she is handling the settlement process. Due to the large volume of requests she is receiving, her turnaround time to respond to die owner requests is within 48 hours. Thank you for your patience, it's appreciated.

Thank you,


**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Tom Conley [President] [mailto:Tom.Conley@TheConleyGroup.com]
**Sent:** Tuesday, June 05, 2018 4:42 PM
**To:** Lentz, Denise A.
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Ms. Lentz:
Good afternoon. Attached are photos of the coin I had NWTM make for me a few years ago. I never saw my die so I do not know what numbers it is has on it. I obviously want to retain my ownership of all intellectual property that was used to make the die. Can you tell me how I can get a copy of the paperwork for my order?
Thank you.
Tom

Tom M. Conley, CPP, CISM, CMAS
President & CEO
The Conley Group, Inc.
2867 104th Street
Des Moines, Iowa 50322
Voice: (515) 277-7437
Fax: (515) 277-7275
Government Secure E-mail: tconley@atix.riss.net
Web: www.theconleygroup.com
*Secure IP Video Teleconferencing Available*



**"Quality security is not expensive, it's priceless"**

NOTICE: This message and any accompanying documents or attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contain information intended for the specified individual(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Please consider the environment before printing this e-mail**

---

**From:** Lentz, Denise A. <Denise.Lentz@klgates.com>
**Sent:** Tuesday, June 05, 2018 12:01 PM
**To:** Lentz, Denise A. <Denise.Lentz@klgates.com>
**Subject:** IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.



Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

Baker_00000341








Baker_00000344



THE CONLEY GROUP

SECURITY FORCES

Baker  00000345





Baker_00000346

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 4:04 PM |
| **To:** | 'doug@iccinc.com' |
| **Subject:** | RE: [SUSPECTED SPAM] Die Request form |

Hi Doug –

You can contact the following mint who can help you with your orders.

Medalcraft Mint
800-558-63448
info@medalcraft.com

Thank you-
Jenifer Baker

**From:** doug@iccinc.com [mailto:doug@iccinc.com]
**Sent:** Tuesday, June 05, 2018 3:28 PM
**To:** Jenifer Baker
**Subject:** RE: [SUSPECTED SPAM] Die Request form

Jennifer,
I think you are one who told me about the company that can make coins, which is an affiliate of yours. Can you give me the name of that company and the contact information?

Doug Sheehan, Chairman and Founder



Investment Conversions & Consulting, Inc.
8920 NW Wood Rose Loop
Portland, OR 97229-7518
doug@iccinc.com
www.iccinc.com
503-297-8474

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** Friday, June 1, 2018 12:21 PM
**To:** doug@iccinc.com
**Subject:** RE: [SUSPECTED SPAM] Die Request form

Mr. Sheehan,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Baker_00000347

Your die numbers are,
H 24 98
H 24 99

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** Doug Sheehan [mailto:doug@iccinc.com]
**Sent:** Wednesday, May 30, 2018 9:05 AM
**To:** Lentz, Denise A.
**Subject:** [SUSPECTED SPAM] Die Request form

Denise,
I have filled out the form you requested for the die for the coins I ordered from the NW Territorial Mint.   A copy of my invoice is also attached.

Thanks,
Doug Sheehan, Chairman and Founder



Investment Conversions & Consulting, Inc.
8920 NW Wood Rose Loop
Portland, OR 97229-7518
doug@iccinc.com
www.iccinc.com
503-297-8474

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 7:00 PM |
| **To:** | 'ldoyle53@aol.com' |
| **Subject:** | RE: Die for Motivational Designs |

Hi Lynne,

I have found the artwork for your dies.  We can get them pulled and shipped out to you today.  I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 12 23
H 12 59
H 16 52
H 16 53

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker


**From:** ldoyle53@aol.com [mailto:ldoyle53@aol.com]
**Sent:** Wednesday, June 06, 2018 11:26 AM
**To:** Jenifer Baker
**Subject:** Die for Motivational Designs

Please see attached.


Lynne Doyle
Motivational Designs
614-488-0771

Baker_00000349

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 6:31 PM |
| **To:** | 'Snodgrass, Martha' <Martha.Snodgrass@leg.wa.gov> |
| **Subject:** | RE: Die Recovery Request Form |

Hi Martha,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
J 2 84
J 9 2

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: Snodgrass, Martha [mailto:Martha.Snodgrass@leg.wa.gov]
Sent: Wednesday, June 06, 2018 10:46 AM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Jenifer,

Here is a picture of the coin made from the die. It was made before I came here and I am not finding much in paperwork. Hopefully this will be enough!

Thanks
Martha

-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
Sent: Tuesday, June 5, 2018 2:00 PM
To: Snodgrass, Martha <Martha.Snodgrass@leg.wa.gov>
Subject: FW: Die Recovery Request Form

Hi Martha -

I received your request looking to retrieve ownership of your die. Do you have the previous order for this coin that you could forward over to me? Or an image of the coin would be great.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 04, 2018 12:52 PM
To: Jenifer Baker

Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Martha

last-name: Snodgrass

address1: 416 Sid Snyder Ave SW

address2: 106 Legislative Building

city: Olympia

state: WA

zip: 98501

country: US

email: Martha.Snodgrass@leg.wa.gov

phone: 360-786-1889

company: Washington State Legislative Gift Center

company-address1: 416 Sid Snyder Ave SW

company-address2: 106 Legislative Building

company-city: Olympia

company-state: WA

company-zip: 98501

company-country: US

die-count: 1

comment: The die is a replica of the Washington State quarter.

Baker_00000351

Hi Joseph,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 5 96
H 5 97

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 8:32 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Joseph

last-name: Slaga

address1: 2067 Lyndhurst Avenue

city: Camarillo

state: CA

zip: 93010

country: US

email: jpslaga@gmail.com

phone: 805-302-3125

company: PFGCA

die-count: 2

comment: Please see attached the shipping statement showing the dies for PFGCA

Ben,

I believe that Medalcraft Mint will be taking ownership of the dies. Their presses are compatible with our dies.

Medalcraft Mint
800-558-6348
info@medalcraft.com

Thank you-
Jenifer Baker

-----Original Message-----
From: Ben@paulimoto.org [mailto:Ben@paulimoto.org]
Sent: Tuesday, June 05, 2018 3:41 PM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Ms. Baker --

Thank you, very much, for the information. I am presently out of work and will need to speak with my wife about this. If we do not purchase the dies at this time, do you know who will be purchasing them and how we could subsequently order additional runs of coins?

Thank you,
--Ben

-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
Sent: Tuesday, June 5, 2018 3:32 PM
To: ben@paulimoto.org
Subject: FW: Die Recovery Request Form

Mr. Paul -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Benjamin Paul. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
M 5 76
M 5 77

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 04, 2018 4:08 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Benjamin

last-name: Paul

address1: 1202 N 10th Place

address2: 1501

city: Renton

state: WA

zip: 98057

country: US

email: ben@paulimoto.org

phone: 617-512-4204

company: Self

die-count: 2

comment: Hi -- My wife designed this coin for our wedding and we are concerned about losing the dies in the NWT bankruptcy hearing. I have attached the proof of purchase as well as the NWT Mint-issued proof. We are hereby asserting claim to the dies for our wedding coin.

Thank you,
Ben Paul

Baker_00000354

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 3:50 PM |
| To: | 'webmaster@nwtmint.com' |
| Subject: | RE: Die Recovery Request Form |

Mr. Spencer,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 4 94
K 5 20
K 5 19
J 13 12
J 13 13

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 05, 2018 2:16 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: John

last-name: Spencer

address1: 2550 Prospect Ave

city: Helena

state: MT

zip: 59601

country: US

email: jospencer@mt.gov

phone: 406-444-1935

company: Montana Highway Patrol

company-address1: 2550 Propect Ave

Baker_00000355

company-city: Helena

company-state: MT

company-zip: 59301

company-country: US

die-count: 2

comment: We have this version and a previous version of dies for our agency, and we have some that were produced off shore.
Thank for taking care of this.
John

Baker_00000356

Hi Mary, -

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 12 4
L 12 5

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker-----Original Message-----
From: Mary Nerney [mailto:sacredfiresjewelry@gmail.com]
Sent: Tuesday, June 05, 2018 5:49 PM
To: Jenifer Baker
Subject: die request

Dear Jenifer,
Please let me know if more documentation is needed in order to receive these 3 dies back here.
Do I need to send Credit Card info for the shipping?
Mary Nerney
440 Hickory Circle
Santa Rosa, Ca. 95407

Because we had moved this last year, I only today received notification in the mail of the process for retrieval of the dies & would like to have them here for our archives.
We will not be having more made.
Thank you for your help.
Mary Nerney
Sacred Fires Jewelry
707.480.8684

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 5:17 PM |
| **To:** | 'Thomas A. Cellucci, PhD, MBA' <celluccit@aol.com> |
| **Subject:** | RE: Die Request Form |

Hi Tom,

I have found the artwork for your dies.  We can get them pulled and shipped out to you today.  I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die number is,
K 4 55

The reverse die that you use for this medal is a NWTMINT stock die.  That die would not be able to be transferred over.

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker


**From:** Thomas A. Cellucci, PhD, MBA [mailto:celluccit@aol.com]
**Sent:** Wednesday, June 06, 2018 3:39 AM
**To:** Jenifer Baker
**Subject:** Re: Die Request Form

Sorry Jenifer! Here's the information you requested.

Best,

Tom

Thomas A. Cellucci, PhD, MBA
p:703-981-5044


-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
To: Thomas A. Cellucci, PhD, MBA <celluccit@aol.com>
Sent: Tue, Jun 5, 2018 8:30 pm
Subject: RE: Die Request Form

Hi Tom –

The document you have attached is blank.  Can you please provide me with the required information and if you have previous invoice with the dies listed that would be very helpful.

Thank you-
Jenifer Baker

**From:** Thomas A. Cellucci, PhD, MBA [mailto:celluccit@aol.com]
**Sent:** Monday, June 04, 2018 4:55 PM
**To:** Jenifer Baker

**Subject:** Die Request Form

Please see attached...

Best,

Tom

Thomas A. Cellucci, PhD, MBA
p:703-981-5044

Baker_00000359

Hi Mary -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
G 11 96
G 11 97

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Zickafoose, Mary CIV NOSSA [mailto:mary.zickafoose@navy.mil]
Sent: Wednesday, June 06, 2018 12:10 PM
To: Jenifer Baker
Subject: RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

NOSSA (Naval Ordnance Safety and Security Activity) would like to have their
coin Die, but we're a Federal Government Agency and we would need to know
the cost of the item to see if it is something we'd be able to purchase.
I think we probably paid for it in the fees we paid to have our coins made.
So any idea what the cost is?

Thank you very much!

Mary Zickafoose (N026)
Purchase Card/Buyer
301-744-6067
301-744-6005 f
Mary.zickafoose@navy.mil
NOSSA
3817 Strauss Avenue, Suite 108
Indian Head, MD 20640

Notice: This is an official Department of Defense transmission. This transmission or its attachment(s), may contain material covered by the Privacy Act of 1974 and/or Personally Identifiable Information (PII) and are For Official Use Only (FOUO) Privacy Sensitive. Additionally, this message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the content of this information is prohibited and can result in both civil and criminal penalties. If you have received this communication in error, please notify the sender by reply e-mail and delete all copies of the original message.

-----Original Message-----
From: Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
Sent: Wednesday, June 6, 2018 1:43 PM
To: Zickafoose, Mary CIV NOSSA <mary.zickafoose@navy.mil>
Subject: [Non-DoD Source] RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Mary,

Jenifer Baker of Northwest Territorial Mint is handling the die request process for the company. She would be a better person to address your questions. You can reach her at jenifer.baker@medallic.com or by phone at (775) 461.7341. Please note that due to the large volume of requests she is receiving, her turnaround time to respond to die owner requests is within 48 hours. Thank you for your patience, it's appreciated.

Thank you,
Denise

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com


-----Original Message-----
From: Zickafoose, Mary CIV NOSSA [mailto:mary.zickafoose@navy.mil]
Sent: Tuesday, June 05, 2018 12:30 PM
To: Lentz, Denise A.
Subject: RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

NOSSA (Naval Ordnance Safety and Security Activity) would like to have their coin Die, but we're a Federal Government Agency and we would need to know the cost of the item to see if it is something we'd be able to purchase. I think we probably paid for it in the fees we paid to have our coins made. So any idea what the cost is?

Thank you very much!

Mary Zickafoose (N026)
Purchase Card/Buyer
301-744-6067
301-744-6005 f
Mary.zickafoose@navy.mil
NOSSA
3817 Strauss Avenue, Suite 108
Indian Head, MD 20640

Notice: This is an official Department of Defense transmission. This
transmission or its attachment(s), may contain material covered by the
Privacy Act of 1974 and/or Personally Identifiable Information (PII) and are
For Official Use Only (FOUO) Privacy Sensitive. Additionally, this message
may contain competitive, sensitive or other non-public information not
intended for disclosure outside official government channels. If you are
not the intended recipient, be aware that any disclosure, copying,
distribution, or use of the content of this information is prohibited and
can result in both civil and criminal penalties. If you have received this
communication in error, please notify the sender by reply e-mail and delete
all copies of the original message.

-----Original Message-----
From: Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
Sent: Tuesday, June 5, 2018 12:38 PM
To: Lentz, Denise A. <Denise.Lentz@klgates.com>
Subject: [Non-DoD Source] IMPORTANT INFORMATION REGARDING NORTHWEST
TERRITORIAL MINT DIES

Last week you received, via United States Mail, a document entitled NOTICE
OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT
COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR
OWNERSHIP OF COINING DIES informing you of the procedure for claiming an
ownership interest in coining dies held by Northwest Territorial Mint. The
document contained an inaccuracy at the end of the first full paragraph on
the second page, which stated "NWTM die numbers begin with a numerical
value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while
MACO die numbers begin with a numerical value (year)." A corrected notice
is attached to this email.

<http://www.klgates.com/>

Denise Lentz

Baker_00000362

Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com <mailto:denise.lentz@klgates.com>
Website: www.klgates.com <http://www.klgates.com/>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com <mailto:Denise.Lentz@klgates.com> .-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com<mailto:Denise.Lentz@klgates.com>.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

Baker_00000363

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 4:44 PM |
| To: | 'david tinsley' <david.tinsley@5Stonesintelligence.com> |
| Cc: | 'Louis Sastre' <louis.sastre@5stonesintelligence.com>; Lentz, Denise A. <Denise.Lentz@klgates.com>; 'brian.talay@5stonesintelligence.com' |
| Subject: | RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES FOR 5 Stones intelligence |

David-

I am working with Louis and have not in any way mentioned that I would not return the dies.  I have procedures that I have to follow before I ship dies out.  Not only to protect you but to protect the company.  I have responded to Louis and will ship the dies out to you.  Per the courts I will have to charge for the shipping, which is a flat rate of $45.00.

Regards,
Jenifer Baker

**From:** david tinsley [mailto:david.tinsley@5Stonesintelligence.com]
**Sent:** Tuesday, June 05, 2018 7:06 PM
**To:** Jenifer Baker
**Cc:** Louis Sastre; Lentz, Denise A.; brian.talay@5stonesintelligence.com
**Subject:** Re: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES FOR 5 Stones intelligence

Jenifer ~
We have asked for the dies ~ previously & have been patient as Your company has worked thru their financial matters...

We have also supported them with additional orders in an effort to assist them -

As i have not read your docs (Louis is handling this) - at the end of the day - we own and have paid for the material and expect it shipped to us...

Best regards
david

David tinsley
5 Stones intelligence
Chief Executive Officer
Miami Office - 305.396.9109
Washington D.C. - **202.355.9447**
London Office - +44 (0) 203 239 1574
Tel Aviv Office - +972 357 74006
(EMAIL)**David.tinsley@5Stonesintelligence.com**
(MOBILE) 305-799-6123
**www.5Stonesintelligence.com**
*"intelligence for such a time as this"*
*GMT -5*


On Jun 5, 2018, at 8:38 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

Louis –

I have received your email regarding the dies.  Do you have a previous invoice with the die's listed?

Thank you-
Jenifer Baker

---

**From:** Louis Sastre [mailto:louis.sastre@5stonesintelligence.com]
**Sent:** Monday, June 04, 2018 6:30 PM
**To:** David tinsley- CEO 5Stones; Lentz, Denise A.; Jenifer Baker
**Cc:** brian.talay@5stonesintelligence.com; Jenifer Baker
**Subject:** IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES FOR 5 Stones intelligence

Good evening,
I have attached the Northwest Territorial Mint die request form and image of our dies.  Please acknowledge receipt of this email for our files.  If you have any questions or need further information regarding our dies, let me know.

Thank You

Louis Sastre
5 Stones intelligence
Chief of Commercial Travel Security Unit
Miami Office 305.396.9109
Washington D.C. 202.355.9447
Chicago Office 312.281.2905
Mexico Office +52 55.8421.4542
London Office +44 (0) 203.239.1574
(EMAIL) Louis.Sastre@5stonesintelligence.com
(MOBILE) 630-460-1700
www.5stonesintelligence.com
"intelligence for such a time as this"

---

**From:** David tinsley- CEO 5Stones
**Sent:** Monday, June 4, 2018 7:29 PM
**To:** Lentz, Denise A.
**Cc:** Louis Sastre; brian.talay@5stonesintelligence.com
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Louis..
review and contact Denise...
check as we discussed earlier...NW mint...agreed earlier to return our casts/forms etc re our coin
and advise....

thanks
dave t

Baker_00000365

David tinsley
5 Stones intelligence
Chief Executive Officer
Miami Office 305.396.9109
Washington D.C. 202.355.9447
London office ~ +44(0) 203 239 1574
Tel Aviv office ~ +972 732760456
E-Mail david.tinsley@5Stonesintelligence.com
Mobile 305.799.6123
www.5Stonesintelligence.com
"*intelligence for such a time as this*"
GMT - 5

This e-mail, including attachments, contains information that is confidential and may be protected by Government authority and/or attorney/client privilege. This e-mail,including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify sender. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. **All e-mail sent/received are subject to security scans and assessments.**

-------- Original Message --------
Subject: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES
From: "Lentz, Denise A." <Denise.Lentz@klgates.com>
Date: Mon, June 04, 2018 7:32 pm
To: "Lentz, Denise A." <Denise.Lentz@klgates.com>

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 4:40 PM |
| **To:** | 'Russell M Davis' <russellmdavis@earthlink.net> |
| **Subject:** | RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES |

Hi Russell,

Do you have the invoice with the die tool charges?

Thank you-
Jenifer Baker

**From:** Russell M Davis [mailto:russellmdavis@earthlink.net]
**Sent:** Tuesday, June 05, 2018 6:42 PM
**To:** Jenifer Baker
**Subject:** Fw: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Hi Jenifer,

   I have not received any US Mail on this subject as of today.

   I have attached the Die Claim form with my information.

Thanks,

Russell M. Davis

-----Forwarded Message-----
From: "Lentz, Denise A."
Sent: Jun 5, 2018 11:50 AM
To: "Lentz, Denise A."
Subject: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES


Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)."  A corrected notice is attached to this email.


 K&L Gates LLP

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761

Baker_00000368

E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

Baker_00000369