| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Sunday, June 10, 2018 4:37 PM |
| To: | 'Louis Sastre' <louis.sastre@5stonesintelligence.com>; 'David tinsley- CEO 5Stones' <david.tinsley@5stonesintelligence.com>; Lentz, Denise A. <Denise.Lentz@klgates.com> |
| Cc: | 'brian.talay@5stonesintelligence.com' |
| Subject: | RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIESFOR 5 Stones intelligence |

Hi Louis,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 26 85
H 26 86
H 27 87

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

**From:** Louis Sastre [mailto:louis.sastre@5stonesintelligence.com]
**Sent:** Tuesday, June 05, 2018 6:40 PM
**To:** Jenifer Baker; David tinsley- CEO 5Stones; Lentz, Denise A.
**Cc:** brian.talay@5stonesintelligence.com
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIESFOR 5 Stones intelligence

This is the reorder of our coins ( see attachment ). It shows how no charge for dies due to them being existing.

| 2 | 1.75 inch diameter High Relief Coining Dies – **existing** | $0.00 |
|---|---|---|

Louis Sastre
5 Stones intelligence
Chief of Commercial Travel Security Unit
Miami Office 305.396.9109
Washington D.C. 202.355.9447
Chicago Office 312.281.2905
Mexico Office +52 55.8421.4542
London Office +44 (0) 203.239.1574
(EMAIL) Louis.Sastre@5stonesintelligence.com
(MOBILE) 630-460-1700
www.5stonesintelligence.com
"intelligence for such a time as this"

**From:** Jenifer Baker
**Sent:** Tuesday, June 5, 2018 7:38 PM
**To:** Louis Sastre; David tinsley- CEO 5Stones; Lentz, Denise A.
**Cc:** brian.talay@5stonesintelligence.com
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIESFOR 5 Stones intelligence

Louis –

I have received your email regarding the dies.  Do you have a previous invoice with the die's listed?

Thank you-
Jenifer Baker

---

**From:** Louis Sastre [mailto:louis.sastre@5stonesintelligence.com]
**Sent:** Monday, June 04, 2018 6:30 PM
**To:** David tinsley- CEO 5Stones; Lentz, Denise A.; Jenifer Baker
**Cc:** brian.talay@5stonesintelligence.com; Jenifer Baker
**Subject:** IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES FOR 5 Stones intelligence

Good evening,
I have attached the Northwest Territorial Mint die request form and image of our dies.  Please acknowledge receipt of this email for our files.  If you have any questions or need further information regarding our dies, let me know.

Thank You

Louis Sastre
5 Stones intelligence
Chief of Commercial Travel Security Unit
Miami Office 305.396.9109
Washington D.C. 202.355.9447
Chicago Office 312.281.2905
Mexico Office +52 55.8421.4542
London Office +44 (0) 203.239.1574
(EMAIL) Louis.Sastre@5stonesintelligence.com
(MOBILE) 630-460-1700
www.5stonesintelligence.com
"intelligence for such a time as this"

---

**From:** David tinsley- CEO 5Stones
**Sent:** Monday, June 4, 2018 7:29 PM
**To:** Lentz, Denise A.
**Cc:** Louis Sastre; brian.talay@5stonesintelligence.com
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Louis..
review and contact Denise...
check as we discussed earlier...NW mint...agreed earlier to return our casts/forms etc re our coin
and advise....

thanks
dave t

David tinsley
5 Stones intelligence
Chief Executive Officer
Miami Office 305.396.9109
Washington D.C. 202.355.9447
London office ~ +44(0) 203 239 1574
Tel Aviv office ~ +972 732760456
E-Mail david.tinsley@5Stonesintelligence.com
Mobile 305.799.6123
www.5Stonesintelligence.com
"*intelligence for such a time as this*"
GMT - 5

This e-mail, including attachments, contains information that is confidential and may be protected by Government authority and/or attorney/client privilege. This e-mail,including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify sender. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. **All e-mail sent/received are subject to security scans and assessments.**

-------- Original Message --------
Subject: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES
From: "Lentz, Denise A." <Denise.Lentz@klgates.com>
Date: Mon, June 04, 2018 7:32 pm
To: "Lentz, Denise A." <Denise.Lentz@klgates.com>

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.



Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 4:59 PM |
| **To:** | 'Premananda devi dasi' <premanandadd@gmail.com> |
| **Cc:** | 'Pratul Patel' <pratulp@gmail.com> |
| **Subject:** | RE: Medallion, Time to reorder? |

Hi Parvathy,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
N 1 25
N 1 26

At this time we are not an operating mint and would not be able to produce anymore coins for you. Medalcraft Mint is a vendor that has equipment that is compatible with your dies. They would be able to produce new coins for you.

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker


**From:** Premananda devi dasi [mailto:premanandadd@gmail.com]
**Sent:** Tuesday, June 05, 2018 7:58 PM
**To:** Jenifer Baker
**Cc:** Pratul Patel
**Subject:** Fwd: Medallion, Time to reorder?

Hi Jenifer,


I got a communication saying that we should be writing to this e mail address reg. claims of ownership of NWTM coining dies. We made the following coin last year and were planning to place additional orders. I did not fully understand the communication. Does this mean that you will give us the original dies and we will not be able to place any more orders? How do we make more coins if we need them? Can you please explain how this works?

I am attaching the form you asked me to fill from your website. Appreciate it very much if you can explain how all this works. Thank you.

Sincerely,
Parvathy M. Russell (Premananda dd)

Baker_00000374

From: **Nicky Jarrett** <Nicky.Jarrett@nwtmint.com>
Date: Fri, Oct 27, 2017 at 9:15 AM
Subject: Medallion, Time to reorder?
To: "premanandadd@gmail.com" <premanandadd@gmail.com>
Cc: Russ Wilson <Russ.Wilson@nwtmint.com>

Hello,

As a valued customer, we trust you were well pleased with the previous order. Do you still have pieces on hand? Or, is it time to reorder soon?

Please contact me either by phone or email when you are ready to reorder or get started on a new project.

Customer #: 144495
Last order # : 158159   The medallion you ordered is pictured below.



Thank you again for choosing Northwest Territorial Mint. we appreciate your business.

Thank you,

Nicky Jarrett
775-461-7326
Sales Admin. To Russ Wilson


Russ Wilson
775-461-7347
Custom Sales Executive

Baker_00000375

**Nicky Jarrett**
Northwest Territorial Mint
Medallic Art Company
Sales Admin

(775) 461-7326
Nicky.Jarrett@nwtmint.com
80 Airpark Vista blvd.
Dayton, NV 89403

**Like us on Twitter : Just click here:** 
**Like us on Facebook : @MedallicArt & @nwtmintcustom**

Baker_00000376

Hi Lou,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
H 9 14
H 9 15

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker
.

-----Original Message-----
From: Lou Zefran [mailto:louzefran@yahoo.com]
Sent: Wednesday, June 06, 2018 11:09 AM
To: Jenifer Baker
Subject: Northwest Mint Invoice.pdf

Please add this invoice to our application for dies of the Sgt. Andrew Brown Freedom Award. We submitted an application on line this morning from Dr. James Zefran, 1214 Texas Palmyra Hwy, Honesdale, PA. 18431

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 3:20 PM |
| **To:** | 'John Burnett' <JBurnett@thesmithcenter.com> |
| **Subject:** | RE: Northwest Territorial Mint |

Hi John –

I don't see the supporting invoices attached. Could you please send those over to me?

Thank you-
Jenifer Baker

---

**From:** John Burnett [mailto:JBurnett@thesmithcenter.com]
**Sent:** Tuesday, June 05, 2018 1:40 PM
**To:** Jenifer Baker
**Subject:** Northwest Territorial Mint

Please see attached Die Request form and supporting documentation.

**John Burnett**
**Vice President and Chief Financial Officer**
**The Smith Center for the Performing Arts**
361 Symphony Park Avenue, Las Vegas, NV 89106
p: (702) 749-2370 | | www.thesmithcenter.com



Connect with us:    

Baker_00000378

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 4:09 PM |
| **To:** | 'A Oppenheim' <a.oppenheim@hotmail.com> |
| **Subject:** | RE: Northwest Territorial Mint/Medallic Art Company |

If you were a customer of Medallic Art Company, then all the dies were transferred over to Medalcraft Mint. They were the vendor who purchased the Medallic Art side of the company.

If you ordered your dies through NWTMINT, then I would need you to forward over the invoices with the die tooling charges.

Thank you -
Jenifer Baker

---

**From:** A Oppenheim [mailto:a.oppenheim@hotmail.com]
**Sent:** Tuesday, June 05, 2018 3:57 PM
**To:** Jenifer Baker
**Subject:** Northwest Territorial Mint/Medallic Art Company

I am only learning now about the claims of ownership of dies at NWTM and the upcoming deadline.

Can you please advise me as to the procedure for claiming dies, galvanos, etc. for an issue that was produced originally by Medallic Art Co.

I believe the Claim form addresses only items produced by NWTM.

I appreciate any information in what I must do at this time, for 2 issues that were commissioned by my late grandfather in (1967), and later by myself (1983).

Thank you,

*Aaron Oppenheim*
*a.oppenheim@hotmail.com*
*845.461.8112*

Baker_00000379

Hi Suzie,

Do you have the invoice when the tooling die was produced?

Thank you-
Jenifer Baker

---

**From:** Controller [mailto:controller@silverstatestainless.com]
**Sent:** Wednesday, June 06, 2018 2:37 PM
**To:** Jenifer Baker
**Subject:** NWTM dies

Hi Jenifer,

Silver State Stainless received the Notice of Protocol regarding claims of Ownership of Northwest Territorial Mint Coining Dies. While reading the notice there was a section that states "It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice." The part that the MACO division is not subject to this notice concerns us. We did pay for our Custom 39mm Obverse Coining Die – Part number: M 2 59. We would like to take ownership of our die and we are not sure who we need to contact to obtain ownership.

Thank you for your help.

Suzie Moore
Controller
Silver State Stainless

Baker_00000380

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 5:28 PM |
| **To:** | 'David D. Masterson' <DavidM@sabuilds.com> |
| **Subject:** | RE: NWTM dies |

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
F 12 79
F 12 80
F 12 77
F 12 79
F 12 90
J 10 5
H 9 66
K 7 10

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** David D. Masterson [mailto:DavidM@sabuilds.com]
**Sent:** Wednesday, June 06, 2018 5:21 AM
**To:** Jenifer Baker
**Subject:** RE: NWTM dies

Good Morning Jenifer, attached is what I could find on the coins.

---

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Tuesday, June 05, 2018 6:50 PM
**To:** David D. Masterson <DavidM@sabuilds.com>
**Subject:** RE: NWTM dies

HI David –

I received your email, and the die request form. Do you have the invoice with the die charges on them?

Thank you-
Jenifer Baker

---

**From:** David D. Masterson [mailto:DavidM@sabuilds.com]
**Sent:** Tuesday, June 05, 2018 5:37 AM
**To:** Jenifer Baker
**Subject:** NWTM dies

To whom it may concern:
Schmueser & Associates asserts that it retains ownership of all dies that Northwest Territorial Mint produced for us.

Baker_00000381

David D. Masterson Sr.
Safety Director
970-263-6061 ext. 235
Mobile – 970-948-5014
[mailto:davidm@sabuilds.com](mailto:davidm@sabuilds.com)



Schmueser & Associates
811 22 Road
Grand Junction, Colorado 81505
Phone 970-263-6061
Fax 970-244-8888
Toll Free 1-888-256-6690

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Sunday, June 10, 2018 5:12 PM |
| **To:** | 'Frannie Field' <franniefield@sbcglobal.net> |
| **Subject:** | RE: NWTM dies |

I just tried to send the fax to the number again and the fax is not working. All it does is ring and ring.

I am going to need to see the invoices with the die tooling charge, you might need to see if you someone can help you on your end to scan the documents over to me.

Thank you -
Jenifer Baker

-----Original Message-----
From: Frannie Field [mailto:franniefield@sbcglobal.net]
Sent: Saturday, June 09, 2018 9:42 PM
To: Jenifer Baker
Subject: Re: NWTM dies

Jennifer,
I never received a fax at 415-331-2228, nor can I print out the form. I really am serious about this time sensitive situation. Please advise ASAP.
Best regards,
Frannie Field
415-300-7505 cell
On Jun 5, 2018, at 9:07 AM, Jenifer Baker wrote:

> Frannie -
>
> I have faxed over the form. I have also attached it to this email. If you don't get the fax maybe you can print the form.
>
> Once you have all the documentation you can fax it to me at 775-246-6006.
>
> Thank you-
> Jenifer Baker
>
> -----Original Message-----
> From: Frannie Field [mailto:franniefield@sbcglobal.net]
> Sent: Monday, June 04, 2018 6:50 AM
> To: Jenifer Baker
> Subject: Re: NWTM dies
>
> Jennifer,
>
> Can't get our computer to scan.
>
> Can you fax us a copy of the form please at 415-331-2228. Can't get it to print nor submit.
>
>
> i have supporting documentation as well. Thanks for your reply.

Baker_00000383

&gt;
&gt; Sincerely,
&gt; Frannie Field
&gt; V P The Jonathan Field Collection
&gt; 415-300-7505
&gt; On Jun 3, 2018, at 8:28 AM, Jenifer Baker wrote:
&gt;
&gt;&gt; Hi Frannie -
&gt;&gt;
&gt;&gt; Can you scan me the documents you have and then I can look into your account?
&gt;&gt;
&gt;&gt; Thank you-
&gt;&gt; Jenifer
&gt;&gt;
&gt;&gt; -----Original Message-----
&gt;&gt; From: Frannie Field [mailto:franniefield@sbcglobal.net]
&gt;&gt; Sent: Thursday, May 31, 2018 8:57 PM
&gt;&gt; To: Jenifer Baker
&gt;&gt; Subject: NWTM dies
&gt;&gt;
&gt;&gt; Jennifer,
&gt;&gt; I have tied to fill out the form for a request for our die 3 times, and it won't submit. I don't think it submitted. Let me know if you got it.
&gt;&gt;
&gt;&gt; It won't print either.
&gt;&gt;
&gt;&gt; Can you fax a copy to me at 415-331-2228 please. I have hard copy of e-mail invoice total from NWTM.
&gt;&gt;
&gt;&gt; I'm so sad that you are gone out of business. Hope we can get this all sorted out You did great work for Jonathan.
&gt;&gt;
&gt;&gt; Sincerely,
&gt;&gt;
&gt;&gt; Frannie Field
&gt;&gt; Vice President, The Jonathan Field Collection
&gt;&gt; 415-300-7505 cell.
&gt;

Baker_00000384

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 3:26 PM |
| **To:** | 'Cooperider, Wayde' <WaCooperider@mt.gov>; Lentz, Denise A. <Denise.Lentz@klgates.com> |
| **Cc:** | 'Hawkaluk, Aimee' <AHawkaluk@mt.gov> |
| **Subject:** | RE: NWTM dies |

Mr. Cooperider,

I have found the artwork for your dies.  We can get them pulled and shipped out to you today.  I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
K 5 18
K 5 21
K 5 22


Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker



**From:** Cooperider, Wayde [mailto:WaCooperider@mt.gov]
**Sent:** Tuesday, June 05, 2018 1:53 PM
**To:** Jenifer Baker; Denise.Lentz@klgates.com
**Cc:** Cooperider, Wayde; Hawkaluk, Aimee
**Subject:** NWTM dies

Ms. Baker:
Montana Fish, Wildlife & Parks is asserting an ownership claim on certain dies that we commissioned Northwest Territorial Mint to create for us and to use those dies to strike coins exclusively for Montana Fish, Wildlife & Parks.  The die numbers are believed to be CT06291201 and  CT06291202 as noted in the attached quote from Northwest Territorial Mint dated June 29, 2012.

Kindly acknowledge your receipt of this email and claim.

Sincerely,


**Wayde Cooperider**
*Outdoor Skills & Safety Supervisor*
Communication and Education Division
**Montana Fish, Wildlife & Parks**

P.O. Box 200701
Helena, MT 59620-0701

Baker_00000385

Ph: (406) 444-9947
[Montana FWP](#) | [Montana State Parks](#) | [Montana Outdoors Magazine](#)

 THE **OUTSIDE** IS IN US ALL.

Baker_00000386

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Sunday, June 10, 2018 5:44 PM |
| **To:** | 'Perry Cabot' <jisoc@comcast.net> |
| **Subject:** | RE: NWTM/MACO Dies in Invoice #527762 |

Mr. Cabot,

The dies are physically stored in our Dayton, NV facility. If you would like to take ownership of the dies, I can pull them off the shelf and ship them out to you.

I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

As far as Medalcrafts quality of work, I have not personally been to their location or seen there minted coins. I have been told that the quality is similar to what Northwest Territorial Mint offers. I would recommend contacting Medalcraft Mint and requesting a physical sample of the piece.

Please let me know if you would like to have the dies sent back to you.

Thank you -
Jenifer Baker

---

**From:** Perry Cabot [mailto:jisoc@comcast.net]
**Sent:** Wednesday, June 06, 2018 7:47 AM
**To:** Jenifer Baker
**Subject:** NWTM/MACO Dies in Invoice #527762

Ms. Baker,

Please find attached a scan of Invoice #527762, dated 2/19/14, for the contract which produced dies H2675 and H2676.

Following our recent phone conversation, I ask the following questions:

1. **To which Firm/Division should these dies be attributed: MACO or NWTM?** I am aware that you all were co-located at the time; and generally MACO produced medallions of this 65mm size; and the salesman with whom I worked (Gene Frink) referred certain aspects of the order to the MACO Division. But the die numbering seems to indicate NWTM.

2. **Where are these dies physically stored? How about the sculpts and artwork? Where would they remain, if not sent to me?**

3. MACO has an exceptional reputation. MedalCraft Mint in Wisconsin says it has purchased some of MACO's presses; and would be able to execute a similar order in the future. **Would you say the quality would be similar?**

4. **Which MACO/NWTM artist can be credited with this work?** Moritz Furst was the famous US Mint engraver who executed the original obverse bust in 1819. In those days, the engraver's name was included in the strike. I understand the neither the US Mint nor you can do that now. But my correspondence with Frink indicates that one of your artisans accepted my challenge to include important details in the reverse of my order; and the resulting changes are stunning even at 10x! The name of that person needs to be preserved.

I look forward to your answers and how I should respond to Trustee Mark Calvert's June 21st, 2018 deadline for claiming dies.

Sincerely,

*OHPerry Cabot*

O. H. Perry Cabot
540-937-4541

Baker_00000387

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
K 8 61
K 8 62

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 11, 2018 8:38 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Paul

last-name: Sheldon

address1: 865 Montana st

city: Marysville

state: MI

zip: 48040

country: US

email: paul.sheldo15@gmail.com

phone: 313-505-6303

company: American Legion Post 449

company-address1: 299 Huron Rd

company-city: Marysville

company-state: MI

Baker_00000388

company-zip: 48040

company-country: US

die-count: 2



**NORTHWEST TERRITORIAL MINT LLC**
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

### *Invoice*

Sold To: AMERICAN LEGION POST 449
PAT SCHWARTZ/DAVE BANYAS
299 HURON RD
Marysville, MI 48040
United States

Ship To: AMERICAN LEGION POST 449
PAT SCHWARTZ/DAVE BANYAS
299 HURON RD
Marysville, MI 48040
United States

| Invoice Number: | 424918 | Salesman: | BRENDA JOHNSON |
| Invoice Date: | 01/11/13 | Terms: | Payable On Receipt |
| Customer: | LEGION 449 | Packing List: | 424918 |
| Order No.: | 400195 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 250 | BJ12121201 - 44MM ANTIQUE BRASS POST 449 CUSTOM COIN | | $5.25 / EA | $1,312.50 |
| 2 | 1 | DIES - SETUP/DIES | | $1,000.00 / EA | $1,000.00 |

| | |
|---|---|
| Sub-total: | $2,312.50 |
| Sales Tax: | $0.00 |
| Shipped Via Federal Express: | $31.51 |
| Invoice Total: | $2,344.01 |
| Paid To Date: | $0.00 |
| Balance Due: | $2,344.01 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

1-18-2013
# 307079706...

Baker_00000390

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| Sent: | Monday, June 11, 2018 3:20 PM |
| To: | 'msteil@trvnet.net' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | A003974 color.pdf |

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
A 6 76

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 11, 2018 7:19 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Mark

last-name: Steil

address1: 308 6th St

address2: P.O. Box 99

city: Livermore

state: IA

zip: 50558

country: US

email: msteil@trvnet.net

Baker_00000391

phone: 515-379-1471

company: V.S. Enterprises LTD

company-address1: 308 6th St

company-address2: P.O. Box 99

company-city: Livermore

company-state: IA

company-zip: 50558

company-country: US

die-count: 1

Baker_00000392



PRESENTED FOR EXCELLENCE

Steil

Job #: A003974

Designer: Rick Heddlesten

Sales: Marty

Client: Steil

Description: Presented for Excellence

Date: 1-5-06

© Northwest Territorial Mint has a worldwide copyright
on the artwork in this coin. The artwork is not to be copied
by anyone by any means without first receiving permission
from Northwest Territorial Mint.

Actual Size
50 mm



| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Monday, June 11, 2018 3:14 PM |
| To: | 'sean@alliancecoin.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | Alliance Silver Round (NWTM).jpg |

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
K 7 24

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 11, 2018 6:18 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Sean

last-name: Isaacs

address1: 88 Mill Street

address2: Box 1806

city: Almonte

state: ON

zip: K0A 1A0

country: CA

email: sean@alliancecoin.com

Baker_00000394

phone: 613-558-2895

company: Alliance Coin & Banknote Inc.

company-address1: 88 Mill Street

company-address2: Box 1806

company-city: Almonte

company-state: ON

company-zip: K0A 1A0

company-country: CA

die-count: 2

comment: Thank you for providing the opportunity to assert an ownership claim on our single Alliance Coin & Banknote die. This die - featuring our corporate logo - was commissioned by us, and paid for by US Funds wire payment on October 26, 2012. Sincerely, Sean Isaacs ,President

Baker_00000395

# 1000 Piece - DOMESTIC





A034281
**39mm Silver Proof-like Coin**
**Approximate Size**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Monday, June 11, 2018 3:10 PM |
| **To:** | 'elizabeth.mohr@co.anoka.mn.us' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | Dye Cast Invoice.pdf |

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
L 5 86
L 5 87

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 11, 2018 6:01 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Elizabeth

last-name: Mohr

address1: 2100 3rd Ave, Suite 720

city: Anoka

state: MN

zip: 55303

country: US

email: elizabeth.mohr@co.anoka.mn.us

phone: 763-324-5471

Baker_00000397

company: Anoka County Attorney's Office

company-address1: 2100 3rd Ave, Suite 720

company-city: Anoka

company-state: MN

company-zip: 55303

die-count: 2

comment: Anoka County purchased two dye casts in November of 2013. See attached invoice for
L 5 86 for DJ10231301, from art A037357 and
L 5 87 for DJ10231301, from art A037358

Baker_00000398



# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

| | | | |
|---|---|---|---|
| **Sold To:** | Anoka County Attorney's Office<br>2100 3rd Avenue, Suite 720<br>Anoka, MN 55303<br>United States | **Ship To:** | Anoka County Attorney's Office<br>Attn: Amanda Vickstrom<br>2100 3rd Avenue, Suite 720<br>Anoka, MN 55303<br>United States |

| | | | |
|---|---|---|---|
| Invoice Number: | 505028 | Salesman: | Darrell Johnson |
| Invoice Date: | 11/15/13 | Terms: | Credit Card |
| Customer: | ANOKACTY | Packing List: | 505028 |
| Order No: | 476223 | PO Number: | 499406 |

Email receipt to Amanda.Vickstrom@co.anoka.mn.us.

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 50 | DJ10231301 - 47mm antique brass medallions for Anoka County Judicial System Veterans Court Graduates. Obverse from art A037357 and die L 5 86 and has no enamel. Reverse from art A037358 and die L 5 87 and has 1 color enamel. Package in standard poly bags. | | $8.55 / EA | $427.50 |
| 2 | 1 | L 5 86 - L 5 86 for DJ10231301 and from art A037357 not shipped, archived at NWT Mint | | $750.00 / EA | $750.00 |
| 3 | 1 | L 5 87 - L 5 87 for DJ10231301 and from art A037358 not shipped, archived at NWT Mint | | $950.00 / EA | $950.00 |

| | |
|---|---|
| Sub-total: | $2,127.50 |
| Sales Tax: | $0.00 |
| Shipped Via Fed Ex ground shipment: | $14.43 |
| *Invoice Total:* | *$2,141.93* |
| *Paid To Date:* | *-$2,141.93* |

Baker_0000399

Hi Charlie,

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die number is,
M 10 23

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Sunday, June 10, 2018 9:22 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Charlie

last-name: Hansen

address1: 523 Morecroft Road

city: Lafayette

state: CA

zip: 94549

country: US

email: chhansen@comcast.net

phone: 925-283-4197

die-count: 2

Baker_00000401



# NORTHWEST TERRITORIAL MINT LLC

80 East Airpark Vista Blvd.
Dayton, NV 89403
Phone: 800-843-9854
Fax: 775-246-6006

## Packing Slip

Page: 1 of 1

**Ship To:**
CHARLIE HANSEN
523 MORECROFT RD
LAFAYETTE CA 94549
UNITED STATES

**Sold To:**
CHARLIE HANSEN
523 MORECROFT RD
LAFAYETTE CA 94549
UNITED STATES

| | | | |
|---|---|---|---|
| Pack Slip: | 144610 | Sales Person: | Eric Boyd |
| Ship Date: | 5/18/2016 | Phone: | |
| Ship Via: | UPS Ground | Email: | |
| Order Number: | 140259 | Terms: | Due on receipt of Inv. |
| Order Date: | | PO Number: | |

| Line | Part Number / Description | Quantity Ordered | Quantity Shipped | Quantity Remaining |
|---|---|---|---|---|
| 1 | EB04261601 / 39MM PROOF LIKE BRASS MEDALLION FOR CHARLIE HANSEN. OBVERSE FROM ART # A055908 AND DIE # M 10 23. REVERSE FROM EXISTING DIE # B 2 60. | 50 | 50 | 0 |
| 2 | 03105 / CAPSULE, 39MM DIRECT FIT SET (H39) | 50 | 50 | 0 |
| 3 | NEW DIE / NEW DIE - OBVERSE M 10 23 | 1 | 1 | 0 |

ERIC.BOYD@NWTM.com

# Charles Hansen

Hi Charlie,

Below is the final paid receipt for your records.

Thanks!

Eric

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Thursday, May 19, 2016 3:04 PM
**To:** Chali Spurlock
**Subject:** Transaction Receipt from Northwest Territorial Mint for $1122.38 (USD)

## Order Information

Description:        Order 140259

Invoice Number   747250
Customer ID       139040

**Billing Information**                **Shipping Information**
Charles H Hansen
Chali.Spurlock@nwtmint.com

                                        **Total:  $1122.38 (USD)**

## Payment Information

Date/Time:            19-May-2016 15:03:55 PDT
Transaction ID:       8422471689
Payment Method:       Visa xxxx5050
Transaction Type:     Purchase
Auth Code:            180838
Entry Mode:           Keyed

## Merchant Contact Information
Northwest Territorial Mint
Federal Way, WA 98003
US
annettet@nwtmint.com

1

Baker_00000403