| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Monday, June 11, 2018 2:41 PM |
| **To:** | 'bboquist@iciwyoming.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | ICI NW Mint Die Claim.pdf |

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
J 8 33
J 8 34

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Sunday, June 10, 2018 3:42 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Brian

last-name: Boquist

address1: 17080 Butler Hill Road

city: Dallas

state: OR

zip: 97338

country: US

email: bboquist@iciwyoming.com

phone: 503-623-4426

company: International Charter Incorporated

company-address1: 17080 Butler Hill Road

company-city: Dallas

company-state: OR

company-zip: 97339

company-country: US

die-count: 2

comment: J 8 33 and J 8 34 dies were purchased in 2010. Attached documentation. The dies were used for silver and brass coins.

Baker_00000405



# NORTHWEST TERRITORIAL MINT LLC

*Quotation*

Quote To: International Charter Inc
ATTN: Brian Boquist
17080 Butler Hill Road
Dallas, OR 97338
United States

| | | | | | |
|---|---|---|---|---|---|
| **Quote Number:** | 30815 | | **Contact:** | Brian Boquist | |
| **Quote Date:** | 05/12/10 | **Expires:** 05/14/10 | **Inquiry:** | bboquist@iciwyoming.com | |
| **Customer:** | ICI | | **Terms:** | Payable On Receipt | |
| **Salesman:** | Gene Frink | | **Phone:** | (503) 623-4426 | |
| **Ship Via:** | Fed Ex ground shipment | | **FAX:** | (503) 623-7665 | |
| **FOB:** | Auburn, WA | | | | |

PLEASE NOTE:

Prices quoted are for May 12, 2010 only regarding the spot price of the silver at $19.64 per troy ounce. If this quote is agreed upon in writing by 4:00 PM PST today, the prices are locked. Funds must be received within two (2) business days to cover the cost of the coins (spot price plus strike fee). If the prices are not agreed up on in writing today, the cost will be updated with the market changes on the date the customer requests.

* Funds due by May 14, 2010 to keep price locked: $81,312.00 (spot + strike fee)

| Item | **Part Number**<br>**Description** | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | GF04191001<br>ICI Corporate Silver coin - 39mm diameter, proof struck medallions, .999 Fine Silver, 1 Troy ounce, smooth edge, encapsulated | | 3,300 | $19.64 /EA |
| 2 | STRIKE FEE<br>Strike fee for processing proof struck medallions at the above quantity level. Includes capsules. | | 3,300 | $5.50 /EA |
| 3 | GF04191002<br>ICI Corporate Antique Merlin Gold coin - 39mm diameter, collar struck, antiqued merlin gold, smooth edge | | 1,000 | $4.00 /EA |
| 4 | J 8 33<br>J 8 33, Obverse: Not shipped, archived at NWT Mint | | 1 | $750.00 /EA |
| 5 | J 8 34<br>J 8 34, Reverse: Not shipped, archived at NWT Mint | | 1 | $750.00 /EA |

NWT36_00000406

| Item | Part Number Description | Revision | Quantity | Price |
|------|------------------------|----------|----------|-------|
| 6 | 01601<br>39MM BLACK LEATHERETTE COMPLETE | | 100 | $3.50 /EA |
| 7 | 03105<br>CAPSULE, 39MM SET | | 300 | $0.50 /EA |
| 8 | 03401<br>POUCH, BLACK LARGE, 4" x 5.5",PV45 | | 300 | $1.50 /EA |
| 9 | SHIPPING<br>TBD - FedEx or USPS Standard delivery rates apply and will be added on the final invoice | | 1 | $0.00 /EA |

**Total:**     **$89,412.00**

By  Gene Frink

NORTHWEST TERRITORIAL MINT LLC

| ARTIST | SALES | DATE | CUSTOMER | JOB# |
|--------|-------|------|----------|------|
| RE | Gene Frink | 5-7-12 | International Charter Incorporated | A013256-57 v.3 |



**#A013256 Obverse**
**39mm .999 Fine Silver Coin**
**Approximate Size**



**#A013257 Reverse**
**39mm .999 Fine Silver Coin**
**Approximate Size**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint

Baker_00000408

Baker_00000409

| ARTIST | SALES | DATE | CUSTOMER | JOB# |
|--------|-------|------|----------|------|
| RE | Gene Frink | 5-12-10 | International Charter Incorporated | A013260-61 v.2 |



**#A013260 Obverse**
**39mm Antique Brass Coin**
**Approximate Size**



**#A013261 Reverse**
**39mm Antique Brass Coin**
**Approximate Size**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint

Case 16-11767-CMA    Doc 1783-4    Filed 07/20/18    Ent. 07/20/18 16:58:41    Pg. 7 of 36    Dake6_00000410

Baker_00000411



Brian Boquist <bboquist@iciwyoming.com>

# Re: GF04191001 - ICI coin

2 messages

**Boquist@aol.com** <Boquist@aol.com>        Mon, Aug 16, 2010 at 9:14 AM
To: Amy.Cohen@nwtmint.com
Cc: Gene@nwtmint.com, bboquist@iciwyoming.com, pboquist@iciwyoming.com

Amy:

Do you have a status on when the coins will be completed yet?

Thanks,

Brian J. Boquist
ICI Wyoming

In a message dated 8/13/2010 2:24:15 P.M. Pacific Daylight Time, Amy.Cohen@nwtmint.com writes:

> Brian,
>
> The only email that I have from you since our last correspondence on 7 June was the one you sent asking for a status update earlier this week. Have you sent others? I do not have any voicemails either. If you have asked several times and I don't have anything, that really concerns me. Both my spam and junk filters do not have anything in them either.
>
> I am still gathering information and will be speaking with the general manager shortly. Are you out-of-country right now?
>
> Respectfully,
>
> **Amy Cohen**
>
> Government/Military Sales
>
> Administrative Assistant

## Northwest Territorial Mint

Medallic Art Company

80 Airpark Vista Blvd

Dayton, NV 89403


(775) 461-7334 (direct)

(775) 246-6006 (fax)

amyc@nwtmint.com

nwtmint@nwtmint.com

---

**From:** Boquist [mailto:boquist@aol.com]
**Sent:** Friday, August 13, 2010 2:15 PM
**To:** Amy Cohen
**Subject:** Re: GF04191001 - ICI coin


Amy


I've asked several times  but got no answer.


Brian

-----Original Message-----
From: Amy Cohen <Amy.Cohen@nwtmint.com>
To: Boquist@aol.com <Boquist@aol.com>
Cc: Gene Frink <Gene@nwtmint.com>; Amy Cohen <Amy.Cohen@nwtmint.com>
Sent: Fri, Aug 13, 2010 4:40 pm
Subject: GF04191001 - ICI coin

Brian,


I am extremely sorry for the delay in response.  These coins were sent to
press earlier this month and should have been completed by now.  The last

Baker_00000413

conversation I had with production were that these were on track and I had received no delay notices for your project. The general manager is in the production room as I'm writing this email to find out why your order was not filled per the specifications of the dates listed and will be getting the completion date. I've not had this happen before and am extremely upset that you have not been taken care of as well as you should have been. I cannot begin to tell you how sorry I am. Your patience is so appreciated and I, for one, cannot say thank you enough for it.

We, the general manager and I, will be getting to the bottom of this in short order and will be in touch with you by Monday at the latest. I know that Gene left you a voicemail also explaining some of this.

Respectfully,

**Amy Cohen**

Government/Military Sales

Administrative Assistant

**Northwest Territorial Mint**

Medallic Art Company

80 Airpark Vista Blvd

Dayton, NV 89403

(775) 461-7334 (direct)

(775) 246-6006 (fax)

amyc@nwtmint.com

nwtmint@nwtmint.com

---

**From:** Boquist@aol.com [mailto:Boquist@aol.com]
**Sent:** Saturday, August 07, 2010 5:44 PM

Baker_00000414

**To:** Amy Cohen
**Subject:** Re: GF04191001 - ICI coin

Amy

It is August.  Coins?

Brian

In a message dated 6/7/2010 6:09:45 A.M. Pacific Daylight Time,
Amy.Cohen@nwtmint.com writes:

> Thank you for the update, sir.  According to the update that I received,
> we are looking at the coins to be ready during late July.  I will keep
> you appraised of any changes to the schedule.

Respectfully,

**Amy Cohen**

Government/Military Sales

Administrative Assistant

**Northwest Territorial Mint**

Medallic Art Company

80 Airpark Vista Blvd

Dayton, NV 89403

(775) 461-7334 (direct)

(775) 246-6006 (fax)

Baker_00000415



**Brian Boquist <bboquist@iciwyoming.com>**

# reorder reminder from Northwest Territorial Mint

1 message

**Gene Frink** <Gene.Frink@nwtmint.com>　　　　　　Thu, Apr 12, 2012 at 6:28 AM
To: "bboquist@iciwyoming.com" <bboquist@iciwyoming.com>

Hello Brian Boquist,

As a valued customer, we trust you were well pleased with the following order. Do you still have pieces on hand? Or, is it time to reorder soon?


Order #: 207376 Order Date: May 24 2010　　　Code: ICI　International Charter Inc

ITEM #　　QTY　　　DESCRIPTION
GF04191001　3300　ICI Corporate Silver coin - 39mm diameter, proof struck medallions, .999 Fine Silver, 1 Troy ounce, smooth edge, encapsulated

STRIKE FEE　3300　Strike fee for processing proof struck medallions at the above quantity level. Includes capsules.

GF04191002　1000　ICI Corporate Antique Merlin Gold coin - 39mm diameter, collar struck, antiqued merlin gold, smooth edge

1601　　100　39mm black leatherette box complete

3105　　300　Capsule, 39mm set

Shipped To:　17080 Butler Hill Road, Dallas OR 97338


Please contact me either by phone or email when you are ready to reorder or get started on a new project.

Thank you again for choosing Northwest Territorial Mint. We appreciate your business.

Best regards,
Gene

Gene Frink, Government Contract Manager NORTHWEST TERRITORIAL MINT
80 E Airpark Vista Blvd, Dayton, NV 89403
Cell: 253-677-5292 | Direct: 775-461-7333 | Fax: 775-246-6006
Email: gene@nwtmint.com | Website: www.nwtmint.com

Baker_00000416

Baker_00000417

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| --- | --- |
| Sent: | Monday, June 11, 2018 2:37 PM |
| To: | 'doug@nbcionline.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | A032567-68 JMR_comp.jpg; For Dennis #7122.jpg; QUOTE.pdf |

Hi Doug,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
K 4 3
K 4 4

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Sunday, June 10, 2018 9:34 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Doug

last-name: Kohnke

address1: 17675 SW Farmington Rd #382

city: Aloha

state: OR

zip: 97007

country: US

email: doug@nbcionline.com

phone: 503-481-3299

die-count: 2

comment: I am asserting ownership interest in dies which I believe correspond to the job number on the attached file A032567-68 JMR_comp.jpg. I don't see die numbers on the attached quote, QUOTE.PDF. I believe the die numbers to be A032567 and A032568.

Baker_00000418

I would like to have the dies sent to me. I will pay any shipping costs, if required, associated with sending the dies. Please advise on how I should proceed.
Thank you.
Doug Kohnke

Baker_00000419



**DOMESTIC**
QTY: 100
.999 Fine Silver
Proof Finish



**Obverse**

MOGAMBO GURU

WHEE! THIS INVESTING STUFF IS EASY!



**Reverse**

JUNIOR MOGAMBO RANGER

(JMR)

.999 FINE · 1 TROY OUNCE

WE'RE FREAKING DOOMED! · WE'RE FREAKING DOOMED!

GOLD SILVER OIL

JOB NUMBER: **A032567 & 68 V2**
DESIGNER: Brill
ILLUSTRATOR
SALES CONTACT Marty Colwell / Debi Davis
CLIENT: Mogambo Guru
PROJECT NAME: Junior Mogambo Ranger
DATE: 05-07-2012



**Actual Size**
**39 mm**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

#7122



Baker_00000421



# NORTHWEST TERRITORIAL MINT LLC

### dba MEDALLIC ART COMPANY
### 80 E. Airpark Vista Blvd.
### Dayton, NV 89403
### Phone: 775-246-6000
### Fax: 775-246-6006

*Quotation*

**Quote**  Doug Kohnke
**To:**  17675 SW Farmington Rd. #382
Beaverton, OR 97007-3208
United States

| | | | |
|---|---|---|---|
| **Quote Number:** | 44576 | **Contact:** | Doug Kohnke |
| **Quote Date:** | 05/11/12  **Expires:** 06/22/12 | **Inquiry:** | |
| **Customer:** | KOHNKE DOUG | **Terms:** | Payable On Receipt |
| **Salesman:** | Marty Colwell | **Phone:** | |
| **Ship Via:** | FedEx Ground | **FAX:** | |
| **FOB:** | Dayton, NV | | |

CUSTOMER TO SUPPLY SILVER

| Item | Part Number / Description | Revision | Quantity | Price |
|---|---|---|---|---|
| 1 | K 4 3<br>3D Sculpted Custom Coining Die (39mm): Mogambo Guru / NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | 1 | $1,750.00 /EA |
| 2 | K 4 4<br>3D Custom Coining Die (39mm): Junior Mogambo Ranger / NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | 1 | $950.00 /EA |
| 3 | MC05111203<br>39mm One Troy Ounce .999 Silver Proof Coin, Encapsulated Mogambo Guru / Juior Mogambo Ranger | | 200 | $7.50 /EA |
| 4 | MC SHIPPING<br>To Be Invoiced After Shipment | | 1 | $0.00 /EA |

*Total:*  **$4,200.00**

By  Martin Colwell
NORTHWEST TERRITORIAL MINT LLC

Baker_00000422

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Monday, June 11, 2018 2:35 PM |
| **To:** | 'martin.l.harbolt@gmail.com' |
| **Subject:** | FW: Die Recovery Request Form |
| **Attach:** | Medal of Valor Initial Invoice-20170825.pdf |

Martin -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
I 10 62
I 10 63

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Sunday, June 10, 2018 7:29 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Martin

last-name: Harbolt

address1: 3711 CHEVY CHASE ROAD

city: LOUISVILLE

state: KY

zip: 40218-____

country: US

email: martin.l.harbolt@gmail.com

Baker_00000423

phone: 502-345-6724

company: KY Elks Veterans Service Commission

company-address1: 3711 CHEVY CHASE ROAD

company-city: LOUISVILLE

company-state: KY

company-zip: 40218-____

company-country: US

die-count: 2

comment: The invoice indicates part number RW08211701 and there are 2 dies associated with this part. The OBVERSE DIE and the REVERSE DIE.



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 186550

| | |
|---|---|
| | **Pro-Forma Invoice** |

**Sold To:**

KENTUCKY ELKS VETERNAS SERVICE COMMISSION
ATTN: MARTIN HARBOLT
3711 CHEVY CHASE ROAD
LOUISVILLE KY 40218
UNITED STATES

**Ship To:**

KENTUCKY ELKS VETERANS SERVICE COMMISSION
ATTN: MARTIN HARBOLT
3711 CHEVY CHASE ROAD
LOUISVILLE KY 40218
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 8/21/2017 | Sales Person: | Russell Wilson |
| Contact: | KENTUCKY ELKS VETERANS | Phone: | 502-345-6724 |
| Customer ID: | 150972 | Email: | martin.l.harbolt@gmail.com |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 10/9/2017 |

DATE IN HANDS 10/9/2017

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 25.00 | RW08211701 / | 1.5IN ANTIQUE BRONZE MEDALLION, NO COLOR BOTH SIDES, SMOOTH EDGE. EDGEMARKED @ 6' OCCLOCK "MADE IN THE USA" MILITARY LUG @ 12 O'CLOCK WITH BOBBIT FOR DRAPE RIBBON (BLUE WITH YELLOW STRIPE) | $25.00 | $625.00 |
| 3 | 25.00 | 900.0116 / | CASE PRES TYPE 16 MODIFIED- RUSS HAS THE CASES IN OFFICE - WILL BRING THEM DOWN FOR ORDER. | $0.00 | $0.00 |
| 4 | 25.00 | CUSTOM RIBBON | CUSTOM RIBBON - ROYAL BLUE WITH A YELLOW STRIPE DOWNT THE MIDDLE | $0.00 | $0.00 |
| | 1 | OBVERSE DIE | | $600.00 | $600.00 |
| | 1 | REVERSE DIE | | $600.00 | $600.00 |
| | 1 | Shipping & Handling | | $20.00 | $20.00 |

Baker_00000425



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 186550

**Pro-Forma Invoice**

| Line | Qty | Part Number / Description | Unit Price | Amount |
|------|-----|---------------------------|------------|--------|

| | | Line Total: | $625.00 |
|--|--|--|--|
| | | Line Miscellaneous Charges: | $0.00 |
| | | Order Miscellaneous Charges: | $1,220.00 |
| | | ***Order Total*** | **$1,845.00** |

Baker_00000426

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Monday, June 11, 2018 2:34 PM |
| To: | 'martin.i.harbolt@gmail.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | Medal of Valor Initial Invoice-20170825.pdf |

Martin -

I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Petersen Products. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
I 10 62
I 10 63

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Sunday, June 10, 2018 7:29 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Martin

last-name: Harbolt

address1: 3711 CHEVY CHASE ROAD

city: LOUISVILLE

state: KY

zip: 40218-____

country: US

email: martin.l.harbolt@gmail.com

Baker_00000427

phone: 502-345-6724

company: KY Elks Veterans Service Commission

company-address1: 3711 CHEVY CHASE ROAD

company-city: LOUISVILLE

company-state: KY

company-zip: 40218-____

company-country: US

die-count: 2

comment: The invoice indicates part number RW08211701 and there are 2 dies associated with this part. The OBVERSE DIE and the REVERSE DIE.



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:    186550**

| Pro-Forma Invoice |
| :---: |

**Sold To:**

KENTUCKY ELKS VETERNAS SERVICE COMMISSION
ATTN: MARTIN HARBOLT
3711 CHEVY CHASE ROAD
LOUISVILLE KY 40218
UNITED STATES

**Ship To:**

KENTUCKY ELKS VETERANS SERVICE COMMISSION
ATTN: MARTIN HARBOLT
3711 CHEVY CHASE ROAD
LOUISVILLE KY 40218
UNITED STATES

| | | | |
| --- | --- | --- | --- |
| Order Date: | 8/21/2017 | Sales Person: | Russell Wilson |
| Contact: | KENTUCKY ELKS VETERANS | Phone: | 502-345-6724 |
| Customer ID: | 150972 | Email: | martin.l.harbolt@gmail.com |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 10/9/2017 |

DATE IN HANDS 10/9/2017

| Line | Qty | Part Number / | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | 25.00 | RW08211701   / | 1.5IN ANTIQUE BRONZE MEDALLION, NO COLOR BOTH SIDES, SMOOTH EDGE. EDGEMARKED @ 6' OCCLOCK "MADE IN THE USA"  MILITARY LUG @ 12 O'CLOCK WITH BOBBIT FOR DRAPE RIBBON (BLUE WITH YELLOW STRIPE) | $25.00 | $625.00 |
| 3 | 25.00 | 900.0116        / | CASE PRES TYPE 16 MODIFIED- RUSS HAS THE CASES IN OFFICE - WILL BRING THEM DOWN FOR ORDER. | $0.00 | $0.00 |
| 4 | 25.00 | CUSTOM RIBBON | CUSTOM RIBBON - ROYAL BLUE WITH A YELLOW STRIPE DOWNT THE MIDDLE | $0.00 | $0.00 |
| | 1 | OBVERSE DIE | | $600.00 | $600.00 |
| | 1 | REVERSE DIE | | $600.00 | $600.00 |
| | 1 | Shipping & Handling | | $20.00 | $20.00 |

Baker_00000429



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 186550

## Pro-Forma Invoice

| Line | Qty | Part Number / Description | Unit Price | Amount |
|------|-----|---------------------------|------------|--------|

| | | | Line Total: | $625.00 |
| | | | Line Miscellaneous Charges: | $0.00 |
| | | | Order Miscellaneous Charges: | $1,220.00 |
| | | | ***Order Total*** | **$1,845.00** |

Baker_00000430

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Monday, June 11, 2018 2:31 PM |
| To: | 'dbailey@iaff4034.org' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | A032520 Bainbridge Island Fire DepartmentProof - coin.jpg |

Hello David,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
K 4 82

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Saturday, June 09, 2018 9:40 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: David

last-name: Bailey

address1: PO Box 11582

city: Bainbridge Island

state: WA

zip: 98110

country: US

email: dbailey@iaff4034.org

phone: 206-390-9427

company: IAFF Bainbridge Fire Local 4034

company-address1: PO Box 11582

company-city: Bainbridge Island

Baker_00000431

company-state: WA

company-zip: 98110

company-country: US

die-count: 1



# 100 Piece - DOMESTIC





**A032520**
**39mm Custom Antique Brass Coin**
**Approximate Size**

© Northwest Territorial Mint has a worldwide copyright on the artwork in this coin.
The artwork is not to be copied by anyone by any means without first receiving permission from Northwest Territorial Mint.

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Monday, June 11, 2018 2:29 PM |
| To: | 'oldlawman@reagan.com' |
| Subject: | FW: Die Recovery Request Form |
| Attach: | HAMMER CLAN DIE CLAIM 2018.pdf |

Hi John,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
M 11 87

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Saturday, June 09, 2018 1:47 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: John

last-name: Solheim

address1: PO BOX 1152

city: Mattawa

state: WA

zip: 99349

country: US

email: oldlawman@reagan.com

phone: 253-208-8093

company: Hammer Clan

company-address1: PO Box 1152

company-city: Mattawa

Baker_00000434

company-state: WA

company-zip: 99349

company-country: US

die-count: 2

comment: It was hard to figure out how to use the proof of ownership section. This file should contain my receipt (order 153877 -invoice 153877 customer ID 1033609) and other photo's & email to fill the proof box. Please send me an e-mail when you get this and I will forward those items if they did not turn out. I will be sending a letter to Denise Lentz asserting ownership of two Hammer clan dies.

I don't see how you could have missed me for claims if you have access to the NWTM files.
John Solheim oldlawman@reagan.com PO BOX 1152 Mattawa, WA 99349 253-208-8093

Baker_00000435

## Transaction Receipt from Northwest Territorial Mint, LLC for $450.00 (USD)

From: Auto-Receipt
Sent: Tue, Oct 4, 2016 at 08:46
To: John Solheim

---

Order Information
Description: Order 153877 - Deposit (Die)
Invoice Number 153877
Customer ID 1033609

---

**Billing Information**           **Shipping Information**
John Solheim
oldlawman@reagan.com

---

                                         **Total:$450.00 (USD)**

Payment Information
Date/Time: 4-Oct-2016 8:46:00 PDT
Transaction ID: 8681741589
Payment Method: Visa xxxx3180
Transaction Type: Purchase
Auth Code: 626960

Merchant Contact Information
Northwest Territorial Mint, LLC
Federal WAy, WA 98003
US
jodi.fields@nwtmint.com

Baker_00000436

## Coin order?

**From:** Marty Colwell
**Sent:** Wed, Nov 9, 2016 at 13:01
**To:** oldlawman@reagan.com

---

image001.jpg (16.9 KB)      Marty Colwell.vcf (10.8 KB)   — **Download all**

Images not displayed:  Show images  or  Always show images from this sender

John,

Your coining die is here and ready to go.  When do you expect to order coins?

Marty

Marty Colwell

Baker_00000437

2ⁿᵈ Die



NORTHWEST TERRITORIAL MINT    Medallions - Medals - Coins - ChallengeCoins

PROJECT/ CLIENT: **HAMMER CLAN**

**DOMESTIC**

JOB A057152
SALES Marty
ARTIST MP
DATE 21 Sept 16
PROOF V1
METAL Silver
FINISH Proof-like

OPTION 1           OPTION 2

Baker_00000438

ORIG DIE





Baker_00000439