

# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:  169081**

| **Sales Order Acknowledgement** |
|---|

**Sold To:**

Dr. Zachary J. Henneman
BASF CORPORATION (UNION)
2655 ROUTE 22 WEST
UNION NJ 07083

**Ship To:**

Dr. Zachary J. Henneman
BASF CORPORATION (UNION)
2655 ROUTE 22 WEST
UNION NJ 07083
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 2/23/2017 | Sales Person: | Marty Colwell |
| Contact: | BASF CORPORATION (UNION) | Phone: | 908-624-7537 |
| Customer ID: | 1036957 | Email: | zachary.j.henneman@basf.com |
| Terms: | Due on receipt of Inv. | Ship Via: | USPS First Class |
| PO Number: | | Due Date: | |

CUSTOMER SUPPLIED PALADIUM
SHIPPING & HANDLING TO BE ADDED TO FINAL INVOICE

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 6.00 | MC12071101 | / | 2.25 Inch x 5mm Thick .999 Palladium Medallion, Encapsulated<br>The Henry J. Albert Award / BASF Logo<br>Customer Supplied Palladium | $785.00 | $4,710.00 |
| 2 | 6.00 | 03103 | / | CAPSULE, 2.5 SET | $0.00 | $0.00 |
| 3 | 6.00 | 03146 | / | BEZEL, RING, Y-57, BLK, 2.25 TO FIT Y-65 2.5 CAP | $0.00 | $0.00 |
| 4 | 6.00 | BUBBLE SMALL | / | SMALL BUBBLE BAGS 4 X 5.5 | $0.00 | $0.00 |

| | |
|---|---|
| Line Total: | $4,710.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$4,710.00** |

Case 16-11767-CMA   Doc 1806-2   Filed 07/20/18   Ent. 07/20/18 19:50:10   Pg. 1 of 69   Dkt9_00004218

| From: | webmaster@nwtmint.com |
|---|---|
| Sent: | Wednesday, June 6, 2018 4:13 AM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | Die Recovery Request Form |
| Attach: | Superintendent Challenge Coin_Order 75515_Northwest Territorial Mint.pdf |

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Cassius

last-name: Cash

address1: Great Smoky Mountains National Park

address2: 107 Park Headquarters Road

city: Gatlinburg

state: TN

zip: 37738

country: US

email: jamie_sanders@nps.gov

phone: 865-436-1203

company: Great Smoky Mountains National Park

company-address1: 107 Park Headquarters Road

company-city: Gatlinburg

company-state: TN

company-zip: 37738

company-country: US

die-count: 2

comment: Part number M272 and M273

NWM_00004219



*Challenge Coins 4less (FL) 855-272-8451*

# NORTHWEST TERRITORIAL MINT LLC

*Nevada*

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order: 75515**

## Sales Order Acknowledgement

**Sold To:**
Brent Everitt
Great Smoky Mountains National Park
Office of the Superintendent
107 Park Headquarters Road
Gatlinburg TN 37738
UNITED STATES

**Ship To:**
Brent Everitt
Great Smoky Mountains National Park
Office of the Superintendent
107 Park Headquarters Road
Gatlinburg TN 37738
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 2/25/2015 | Sales Person: | Marty Colwell *2659* |
| Contact: | Great Smoky Mountains National Park | Phone: | |
| Customer ID: | 114434 | Email: | brent_everitt@nps.gov |
| Terms: | Due on receipt | Ship Via: | FedEx Ground |
| PO Number: | | Due Date: | 4/9/2015 |

PAID $2452.50 BY CREDIT CARD ON 02-26-15 SC
FEDEX GROUND S&H INCLUDED IN UNIT PRICE

| Line | Qty | Part Number / | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1.00 | M 2 72 / | 3D Custom Coining Die / 44mm - Text Change Only / Great Smoky Mountains National Park Office of the Superintendent | $400.00 | $400.00 |
| 2 | 1.00 | M 2 73 / | 3D Custom Coining Die / 44mm / Bear - Cabin - Mountains | $800.00 | $800.00 |
| 3 | 150.00 | MC02251502 / | 44mm Merlingold Proof-Like Medallion with 1-Color, Encapsulated - Great Smoky Mountains National Park Office of the Superintendent | $8.35 | $1,252.50 |

| | |
|---|---|
| Line Total: | $2,452.50 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| **Order Total** | **$2,452.50** |

Page: 1 of 1

NTMCP_00004220

BAKER_00004221

| From: | Gweneth Campbell <gu.campbell@gmail.com> |
|---|---|
| **From:** | Gweneth Campbell <gu.campbell@gmail.com> |
| **Sent:** | Wednesday, June 6, 2018 10:45 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Die request |
| **Attach:** | NW Territorial.pdf |

Please find attached the NWTM Die request form and supporting documentation.

Can you please give me an estimate of when I can expect the receive the die—I'd appreciate it.

If you need further information please contact me.

//guc

Gweneth Unger Campbell, Ph.D.
Lynnwood, WA USA
Phone: 206.419.2770
gu.campbell@gmail.com

Baker_00004222

Baker_00004223

# Northwest Territorial Mint Die Request Form

## Personal Info

First Name

Gweneth

Last Name

Campbell

Address

20520 23rd Avenue West

Address 2

City

Lynnwood

State

WA

Zip

98036

Country

USA

Email

gu.campbell@gmail.com

Phone

206.419.2770

## Company Info

Company Name

Address

Address 2

City

State

Zip

Country

## Die Information

Number of Dies Requesting

1

## Additional Info

Comment

Die number MC04161301

Once you fill this out you can email to jenifer.baker@nwtmint.com or send via mail to:

    c/o Denise Lentz
    K&L Gates LLP
    925 Fourth Ave., Suite 2900
    Seattle, WA 98104

© 2018 Northwest Territorial Mint, LLC.

# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

Sold To: Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

Ship To: Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

| Invoice Number: | 464283 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 06/03/13 | Terms: | Payable On Receipt |
| Customer: | CAMPBELLGWEN | Packing List: | 464266 |
| Order No: | 436915 | | |

04-14-13 Rec'd wire $52,851.00 LJP

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1,000 | SILVER - OUNCES OF SILVER TO BE HELD FOR AN UPCOMING CUSTOM COIN ORDER. | | $23.62 / EA | $23,620.00 |
| 2 | 1,100 | SILVER - OUNCES OF SILVER TO BE HELD FOR AN UPCOMING CUSTOM COIN ORDER. | | $23.71 / EA | $26,081.00 |
| 3 | 2,100 | MC04161301 - 39mm One Troy Ounce .999 Business-Strike Silver Coins Packaged in Tubes (Strike Fee Only) United States of America We The People GUC / NWTM Second Amendment | | $1.50 / EA | $3,150.00 |

|  |  |
|---|---|
| Sub-total: | $52,851.00 |
| Sales Tax: | $0.00 |
| Shipped Via FedEx GROUND: | $89.34 |
| Invoice Total: | $52,940.34 |
| Paid To Date: | -$52,851.00 |
| Balance Due: | $89.34 |

Pd #2379
6/10/2013

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Case 16-11767-CMA    Doc 1806-2    Filed 07/20/18    Ent. 07/20/18 19:50:10    Pg. 7 of 69    NWTM_00004224

# NORTHWEST TERRITORIAL MINT LLC

dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

**Sold To:** Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

**Ship To:** Gweneth Campbell
20520 23rd Ave West
Lynnwood, WA 98036
United States

| Invoice Number: | 453236 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 04/25/13 | Terms: | Payable On Receipt |
| Customer: | CAMPBELLGWEN | Packing List: | 453236 |
| Order No: | 436896 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | L 2 22 - 3D Custom Coining Die (39mm) Text Change Only: United States of America We The People GUC NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $300.00 / EA | $300.0 |

| | |
|---|---|
| Sub-total: | $300.0 |
| Sales Tax: | $0.0 |
| Shipped Via DIE - DO NOT SHIP: | $0.0 |
| Invoice Total: | $300.0 |
| Paid To Date: | -$300.0 |
| Balance Due: | $0.0 |

Payment not received within terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00004225

| From: | webmaster@nwtmint.com |
|-------|------------------------|
| **Sent:** | Wednesday, June 6, 2018 3:27 AM |
| **To:** | Dist - CustomInfo <CustomInfo@nwtmint.com>; Act Admin User <actleads@nwtmint.com> |
| **Subject:** | Free Quote Request Form |
| **Attach:** | 34560306_10155594122775922_6116409449595797504_n.jpg; badge.aspx.png |

The following info was submitted from: http://custom.nwtmint.com/ordering_quote.php

Name: Derick Kruger

Company: Town of Troy Water Patrol

Phone: 9209486087

Email: dpkrugs@gmail.com

Address: 259 Highlander Blvd

City: Theresa

State: WI

Zip: 53091

Newsletter: Y

Estimated_quantity: 1.75 in diameter, polished silverOn the front of the coin,

Project_description: 1.75 in diameter, polished silver

On the front of the coin, "PROFESSIONALISM" and "COMMUNICATIONS" should read from left to right, like the way it is worded on the back of the coin.

How_referred: Search of police coins

Personal info has been captured and placed into the database if valid email was supplied.

NWTM_00004226

FRONT

BACK



1) AMERICAN FLAG BACKGROUND
2) 7 POINT STAR BADGE
3) WORDING — DUTY AND HONOR, TRUST
   COMMUNICATIONS, PROFESSIONALISM

1) DEPARTMENT PATCH
2) PLAIN BACK GROUND
3) WORDING — TOWN OF TROY WATER
   PATROL
   — KEEPING OUR WATERWAYS SAFE

★ BADGE PICTURE & PATCH PICTURE ALSO ATTACHED



Baker_00004228

| **From:** | Reed Thayer <Reed.Thayer@nwtmint.com> |
| **Sent:** | Wednesday, June 6, 2018 2:21 PM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | FW: Contact Us Form |
| **Attach:** | Contact Us Form.msg |

Reed Thayer
PHP/MySQL Developer
Northwest Territorial Mint
http://www.nwtmint.com/

Baker_00004229

The following info was submitted from: http://custom.nwtmint.com/contactus.php

Name: Dave Bell President Local 3689

Company: South Beach Profesional Fire Fighters Local 3689

Phone: 360-268-9832

Email: captain.bell@sbrfa.org

Newsletter: N

Product_interest: I am interested in obtaining our die for our coins that you have made for us in the past.

Personal info has been captured and placed into the database if valid email was supplied.

| | |
|---|---|
| **From:** | Rowell, Carla R CTR NAVAIR <carla.rowell.ctr@navy.mil> |
| **Sent:** | Wednesday, June 6, 2018 8:16 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Cc:** | Lysaght, Mark C CIV NAVAIR, MH-60R IPT Lead <Mark.Lysaght@navy.mil>; Dall, Thomas M CAPT AIR, PMA260 <thomas.dall@navy.mil>; Albrecht, Dennis CIV Principal Deputy PMA-260 <dennis.albrecht@navy.mil>; Burgess, Robert L CDR NAVAIR, AIR-6.6.2.4 <robert.l.burgess@navy.mil>; Pryor, Terri L CTR NAVAIR, 4.8.6.11 <terri.pryor.ctr@navy.mil>; Rowell, Carla R CTR NAVAIR <carla.rowell.ctr@navy.mil>; Burdett, Ronnie M CTR TAMI CNASC PAX RIVER MD <ronnie.burdett@navy.mil> |
| **Subject:** | FW: Northwest Territorial Mint |
| **Attach:** | Northwest Territorial Mint Bankruptcy ltr.pdf; NWTM Die_Coins 1st purchase.pdf |

Hello Jenifer,

Per below request and in accordance with the attached NWTM Bankruptcy letter, I am forwarding the NWTM Invoice as well as the Eagle Systems Purchase Order and payment documentation that shows the purchase of the PMA260 coins and die. As part of the support to the NAVAIR PMA260 program office, Eagle Systems is contracted to procure various materials in support of PMA260 projects and events. As stated in the bankruptcy letter, the intent is for PMA260 take ownership of the coin die. Please advise if there is any further action required.

Respectfully,

Carla Rowell
Eagle Systems, Inc., Program Manager
PMA260 Program Support
301-757-6830
carla.rowell.ctr@navy.mil

-----Original Message-----
From: Burdett, Ronnie M CTR TAMI CNASC PAX RIVER MD
Sent: Tuesday, June 05, 2018 12:10 PM
To: Rowell, Carla R CTR NAVAIR <carla.rowell.ctr@navy.mil>
Cc: Pryor, Terri L CTR NAVAIR, 4.8.6.11 <terri.pryor.ctr@navy.mil>; Burgess, Robert L CDR NAVAIR, AIR-6.6.2.4 <robert.l.burgess@navy.mil>; Albrecht, Dennis CIV Principal Deputy PMA-260 <dennis.albrecht@navy.mil>; Lysaght, Mark C CIV NAVAIR, MH-60R IPT Lead <Mark.Lysaght@navy.mil>; Dall, Thomas M CAPT AIR, PMA260 <thomas.dall@navy.mil>; jenifer.baker@medallic.com
Subject: Northwest Territorial Mint

Carla:
As per our conversation about Northwest Territorial Mint (NWTM) the manufacturer of the PMA260 Coins filing for bankruptcy the following is provided;

Attached is the letter from K&L Gates LLP (Bankruptcy Trustee) , Denise Lentz is the paralegal working this case. I spoke with her yesterday (206-623-7580) and she gave me the POC to speak to at NWTM.

Her name is Jenifer Baker and her phone number is 775-461-7341 and her

Baker_00004231

e-mail is jenifer.baker@medallic.com. I just spoke to Jenifer and she provided me with following requirements.

Eagle Systems needs to e-mail her copies of the invoices that showed we paid for the dies that NWTM made to produce the coins. It should have an invoice number and possibly a code about the dies.

Jenifer also stated that the Judge holding the bankruptcy hearing will be making a determination at the end of Jun about the disposition of the dies. She said they'd most probably go to a company called Metalcraft. Jenifer is also cc'ed on this e-mail

Any other questions let me know.

V/R
Ronnie Burdett
(301) 757-6894

Baker_00004232

## NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES

PLEASE TAKE NOTICE that on April 1, 2016, Northwest Territorial Mint, LLC ("NWTM") filed a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code under Case No. 16-11767-CMA. On April 11, 2016, the United States Bankruptcy Court for the Western District of Washington appointed Mark Calvert as the Chapter 11 Trustee (the "Trustee") over NWTM.

PLEASE TAKE FURTHER NOTICE that NWTM operated a custom minting business whereby customers would contract with NWTM to produce coins and medallions bearing specific designs. In order to produce these coins and medallions, NWTM created custom coining dies (each, together with any associated materials such as plasters, galvanos, and artwork, a "NWTM Die") to press the coin or medallion using the artwork provided by the customer.

PLEASE TAKE FURTHER NOTICE that based upon his investigation of the records of NWTM and the historical business practices of the business, the Trustee believes that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee understands that some NWTM customers may assert ownership of a NWTM Die. It is the intent of the Trustee to sell the NWTM Dies, subject to court approval, to a buyer capable of preserving the NWTM Dies and producing coins, medallions or other products at the request of the customer.

Further, NWTM maintains some associated material related to some die, which may include bas-relief sculptures, trim tools and a sample strike, or specimen, of a struck coin or medal.

PLEASE TAKE FURTHER NOTICE that if you assert an interest in or ownership of a NWTM Die or associated materials you must, by June 21, 2018 (the "Die Claim Deadline") contact the Trustee in writing and assert an interest in or ownership of a NWTM Die by filling out a request for die form at www.dierequest.nwtmint.com and must further provide any evidence in support of your claims of interest or ownership or contact the Trustee in writing at:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

Customers asserting an interest in a NWTM Die will need to provide information establishing their association with specific dies such as a copy of a sales quote, order, invoice, written communication, or other information sufficient to establish the association with a specific die.

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court has authorized the Trustee to settle customer claims of an interest in or ownership of a NWTM Die and to

24411004196017

Baker_00004233

transfer dies, galvanos and associated artwork to customers in connection with any such settlements.

**It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice.** The MACO division of NWTM generally created medallions in excess of 2" in diameter. Each die created by NWTM or MACO is assigned a die number, which can be found on the invoice issued when you purchased product from NWTM and MACO which required the creation of a die. NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter.

Please take further notice that if you timely assert an ownership interest in a NWTM Die but do not reach a settlement with the Trustee, a hearing will be held on July 17, 2018, at 9:30 a.m., before the Honorable Christopher M. Alston, United States Bankruptcy Judge, 700 Stewart St., Seattle, WA 98101 (the "Initial Omnibus Hearing"). You may attend the Initial Omnibus hearing in person or by telephone. A call in number and further guidance on the Initial Omnibus Hearing will be provided at a later date.

**Please take further notice that if you believe you hold an interest in or own an NWTM Die, but you fail to assert your interest or ownership by the Die Claim Deadline, your claimed interest in or ownership of the NWTM Die will be deemed waived and extinguished, and the NWTM Dies will be deemed to be property of NWTM's bankruptcy estate.** Each recipient of this notice is personally responsible for reviewing this notice and timely asserting an interest in a die and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

501320751 v5

004192   24411004196017

Baker_00004234



# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

Sold To: Eagle Systems Inc.
PO Box 351
California, MD 20619
United States

Ship To: Eagle Systems Inc.
22560 Epic Drive
California, MD 20619
United States

| Invoice Number: | 218372 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 06/28/10 | Terms: | Payable On Receipt |
| Customer: | EAGLESYSTEM | Packing List: | 218372 |
| Order No: | 202147 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | J 7 99 - 3D COINING DIE: EAGLE SYSTEMS INC. - PMA 260 LOGO / NOT SHIPPED, TO BE ARCHIVED AT NWTM FACILITY | | $750.00 / EA | $750.00 |
| 2 | 1 | J 7 100 - 3D COINING DIE: EAGLE SYSTEMS INC. - WITHOUT GROUND SUPPORT & SEALS / NOT SHIPPED, TO BE ARCHIVED AT NWTM FACILITY | | $750.00 / EA | $750.00 |
| 3 | 110 | MC04231001 - 50MM ANTIQUE NICKEL MEDALLION, 3-COLOR ENAMEL: EAGLE SYSTEMS INC. - PMA 260 LOGO / WITHOUT GROUND SUPPORT & SEALS | | $7.25 / EA | $797.50 |

| | |
|---|---|
| Sub-total: | $2,297.50 |
| Sales Tax: | 137.85 $0.00 |
| Shipped Via Priority Overnight-FED EX: | $73.69 |
| *Invoice Total:* | *$2,371.19* |
| *Paid To Date:* | *$0.00* |
| *Balance Due:* | *$2,371.19* |

Baker_00004235

# Purchase Order



| Purchase Order Number: | 4Y02-001-034 |
|---|---|
| Date: | 4/22/2010 |

| VENDOR: Northwest Territorial Mint | Ship To: |
|---|---|
| 80 Airpark Vista Blvd | Eagle Systems, Inc. |
| Dayton, NV 89403 | 22560 Epic Dr. |
| 1-775-461-7331 | 1-California, MD 20619 |
| 775-246-6008 - FAX | |
| POC - Debi Davis | |
| Requested by: Kelly Goldsborough | Approved by: Carla Rowell |
| Contract Number: | Classification: Material |

| Item No. | Item Description | Quantity | Unit Price | Total Price | Due Date |
|---|---|---|---|---|---|
| | 3-D Coining Dies | 2 | $750.00 | $1,500.00 | |
| | 500mm antique nickel coins w/3 colors | 100 | $7.25 | $725.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |

| Sub Total | | $2,225.00 |
|---|---|---|
| Coupon | | |
| Tax | 6% | $137.85 |
| Shipping | | $73.69 |
| Grand Total | | $2,436.54 |

Required Delivery:
Payment Terms: c/c 6593
Comments:

| Vendor Authorized to Proceed to a Limit of: | $2,436.54 |
|---|---|
| | |

*All invoices must include Purchase Order No. and be mailed to:*
*Eagle Systems, Inc.*
*P.O. Box 351*
*California, MD 20619*
*Attn: Accounts Payable*
*301-863-2453 / 301-863-0435 Fax*

Eagle Systems, Inc. is an equal Opportunity Employer, has no segregated facilities, and complies with the regulations set forth in Executive Order 11246; the Vietnam Era Veterans Readjustment Assistance Act of 1974; and Section 503 of the Rehabilitation Act of 1973. All contractors, subcontractors and vendors of Eagle Systems, Inc. in the acceptance of this Purchase Order are to comply fully with the above regulations.

Form 3004.2 Purchase Order
March 29, 2010

Baker_00004236

| OUR REF NO | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 154972 | 218372 | 06/28/10 | 2371.19 | 2371.19 | 0.00 | 2371.19 |
| TOTALS | | | 2371.19 | 2371.19 | 0.00 | 2371.19 |

**EAGLE SYSTEMS, INC.**
P.O. BOX 351
CALIFORNIA, MD 20619
PH. 301-863-2463

**MARYLAND BANK**
AND TRUST COMPANY, N.A.
WALDORF, MD 20601

65-321-550

EZShield™ Check Fraud Protection for Business

2358

*****2371 DOLLARS AND 19 CENTS**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/31/10 | 002358 | *****2371.19 |

**PAY**
**TO THE ORDER OF**

NORTHWEST TERRITORIALMINT
80 AIRPARK VISTA BLVD

DAYTON          NV 89403-

**NOT VALID AFTER 180 DAYS**

AUTHORIZED SIGNATURE

Security features. Details on back.

**EAGLE SYSTEMS, INC.**

2358

PRODUCT DLM223     USE WITH 91500 ENVELOPE

Baker_00004237

**Kelly Goldsborough**

| | |
|---|---|
| **From:** | Weaver, Patrick S. CIV COMNAVAIRSYSCOMPATUXENTRIVERMD PMA-260D2 [patrick.weaver@navy.mil] |
| **Sent:** | Thursday, April 22, 2010 1:30 PM |
| **To:** | Carla Rowell; Kelly Goldsborough |
| **Cc:** | Carr, Gary T CTR PMA-260; debi.davis@nwtmint.com; Marty@nwtmint.com; Burdett, Ronnie M CTR GDIT CNASC PAX RIVER MD |
| **Subject:** | RE: PMA260 Coins |

Carla, approved. Pat

-----Original Message-----
From: Burdett, Ronnie M CTR GDIT CNASC PAX RIVER MD
Sent: Thursday, April 22, 2010 12:39 PM
To: Carla Rowell (crowell@eaglesystemsinc.net); kgoldsborough@eaglesystemsinc.net
Cc: Belcher, Michael E CAPT AIR1.0, PMA260; Carr, Gary T CTR PMA-260; Weaver, Patrick S. CIV COMNAVAIRSYSCOMPATUXENTRIVERMD PMA-260D2; 'debi.davis@nwtmint.com'; 'Marty@nwtmint.com'
Subject: PMA260 Coins

Carla/Kelly:
Captain Belcher has approved the attached coins (130 is the front & 131 is the back) in the quantity listed below. The extra 10 above the 100 are for Gary Carr and myself and I'll provide Debi Davis my credit card number to cover those 10. My POC's at Northwest Mint are Marty Colwell and Debi Davis, all pertinent info listed below. Marty is out the rest of the week so I'd appreciate it if you call Debi Davis and give her the go ahead and forward this e-mail on to her and Marty (cc'ed above) and also cc Gary Carr and myself and provide her with the credit card number so we can get this presentation material on order. It'll takes 6 weeks for the coins to be processed and have them shipped back to Eagle and Ya'all can get them to me.
V/R
Ron Burdett
(301) 757-6894

Quote:

| | | | |
|---|---|---|---|
| 2 | 3-D coining dies | $750.00ea | $1,500.00 |
| 100 | 50mm antique nickel coins w/3-colors | $7.25ea | $725.00 |
| | | Total | $2,225.00 |

| | | |
|---|---|---|
| 10 coins extra above the 100 will be paid for by Ronnie Burdett (personal) | $7.25ea | $72.50 |

Best regards,
Marty Colwell
Custom Sales
800-843-9854
775-461-7331(direct)
775-246-6008(fax)
Marty@NWTMint.com

Ronnie,

1

Baker_00004238

Sorry for the delay, some of our artists are moving facilities right now.

Please review the attached revisions. Let Marty or myself know if you should need additional revisions or if the artwork is approved. Thanks!

Best Regards,
Debi Davis
Assistant to Marty Colwell, Custom Sales Northwest Territorial Mint 80 Airpark Vista Blvd.
Dayton, NV 89403
debi.davis@nwtmint.com
775-461-7332 (Direct)
775-246-6008 (Fax)


-----Original Message-----
From: Marty Colwell [mailto:Marty@nwtmint.com]
Sent: Tuesday, April 13, 2010 17:14
To: Burdett, Ronnie M CTR GDIT CNASC PAX RIVER MD
Subject: coin designs

Ronnie,

Your patience has paid off.  Please review the attached coin designs and get back to me with your approval or revisions.  Thanks.   Marty


Best regards,
Marty Colwell
Custom Sales
800-843-9854
775-461-7331(direct)
775-246-6008(fax)
Marty@NWTMint.com

2

Baker_00004239



# NORTHWEST TERRITORIAL MINT LLC

## *Packing List*

**Bill To:** Eagle Systems Inc.
PO Box 351
California, MD 20619
United States

**Ship To:** Eagle Systems Inc.
22560 Epic Drive
California, MD 20619
United States

| | |
|---|---|
| **Shipment No:** 218372 | **Customer Code:** EAGLESYSTEM |
| **Shipment Date:** 06/17/10 | **Phone:** (301) 863-2453 |
| **Ship Via:** Priority Overnight-FED EX | |
| **Order Number:** 202147 | **Terms:** Payable On Receipt |
| **Order Date:** 04/26/10 | |

USE CUSTOMER FEDEX ACCT ▊▊▊▊ FOR SHIPPING

| | ------- Quantity ------- | | | | | | | Job |
|---|---|---|---|---|---|---|---|---|
| **Item** | **Open** | **Shipped** | **Back Ord** | **Canceled** | **Unit** | **Description** | **Revision** | **Number** |
| 1 | 1 | 1 | 0 | | EA | J 7 99  3D COINING DIE: EAGLE SYSTEMS INC. - PMA 260 LOGO / NOT SHIPPED, TO BE ARCHIVED AT NWTM FACILITY | | 202147-01 |
| 2 | 1 | 1 | 0 | | EA | J 7 100  3D COINING DIE: EAGLE SYSTEMS INC. - WITHOUT GROUND SUPPORT & SEALS / NOT SHIPPED, TO BE ARCHIVED AT NWTM FACILITY | | 202147-02 |
| 3 | 110 | 110 | 0 | | EA | MC04231001  50MM ANTIQUE NICKEL MEDALLION, 3-COLOR ENAMEL: EAGLE SYSTEMS INC. - PMA 260 LOGO / WITHOUT GROUND SUPPORT & SEALS | | 202147-03 |

Packing Clerk's Initials
NORTHWEST TERRITORIAL MINT LLC

Received In Good Order By
Eagle Systems Inc.

Page 1 of 1

Baker_00004240

Attached are copies of paid invoices for Coín dies I have purchased from this company over the years. I would like them returned to me as soon as possible. This is probably not even a full list of my dies, but this is what I could find in my files. Basically, all 25 and 20 mm horse coin dies belong to me, since they did not make these sizes for anyone else.

Thank you for your attention,

Carol Ehrlich

Sent from my iPad

Begin forwarded message:

> **From:** Mary Ellen Sencer <saddletrailsrealty@gmail.com>
> **Date:** June 6, 2018 at 9:09:03 PM EDT
> **To:** Carol Ehrlich <carolehrli@gmail.com>
> **Subject: Revised Coin File**
>
>
> Attached
> --
> Mary Ellen Sencer Broker/Owner
> Saddle Trail Realty, LLC
> Tel.    561 512 4340
> Fax.    561 623 6309
> saddletrailsrealty@gmail.com

Baker_00004241

# Northwest Territorial Mint Die Request Form

## Personal Info

First Name
Carol

Last Name
Ehrlich

Address
1483 Barrymore Ct.

Address 2

City
Wellington

State
Florida

Zip
33414

Country
USA

Email
carolehrli@gmail.com

Phone
561-779-9717

## Company Info

Company Name
Ehrlich Designs

Address
1483 Barrymore CT

Address 2

City
Wellington

State
Florida

Zip
33414

Country
USA

## Die Information

Number of Dies Requesting
11 (+)

## Additional Info

Comment

I have enclosed invoices for eleven dies. These are the only ones I could find in my records. But basically, all the 25mm and 20mm these coin die dies belong to me. I have approximately 15 dies done by this company over the years.

I would like them returned to me, as they all belong to me and not to this company.

Once you fill this out you can email to jenifer.baker@nwtmint.com or send via mail to:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

© 2018 Northwest Territorial Mint, LLC.



# Invoice

# NORTHWEST TERRITORIAL MINT

P.O. Box 2148 • Auburn, WA 98071-2148

(253) 833-7780 • 1 (800) 344-6468 • (253) 735-2210

**PAID**

| | |
|---|---|
| **Invoice #** | **02-1549** |
| Date | 8/22/2002 |

**Bill To:**

Ehrlich Design
Attn: Carol Ehrlich
42 Bucks Path
East Hampton, NY 11937

*1-800-344-6468*

| Salesperson | P.O. Number | | Shipped Via | F.O.B. | Terms |
|---|---|---|---|---|---|
| WJA | | | | Auburn | credit card |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Coining Die | 25mm Coining Die - Stallion | 750.00 | 750.00 |
| 1 | Coining Die | 25mm Coining Die - Signature | 450.00 | 450.00 |

| | |
|---|---|
| **Total** | $1,200.00 |
| **Payments/Credits** | $-1,200.00 |
| **Balance Due** | $0.00 |

*Bill*

*Made copy*

Please make all checks payable to: Northwest Territorial Mint
If you have any questions concerning this invoice, call 1-800-344-6468
THANK-YOU FOR YOUR BUSINESS

Baker_00004243

Northwest Territorial Mint LLC
P.O. Box 2148
Auburn, WA 98071

# INVOICE

| Invoice No. | 425009 |
|---|---|
| Customer No. | EHRLI |

Telephone: (800) 344-6468
Warehouse: MAIN

<table>
<tr><td colspan="2">Bill To</td><td colspan="2">Ship To</td></tr>
<tr><td colspan="2">Ehrlich Design<br>42 Bucks Path<br>East Hampton, NY 11937</td><td colspan="2">Ehrlich Design<br>42 Bucks Path<br>East Hampton, NY 11937</td></tr>
<tr><td colspan="2">Telephone: 516-835-0488<br>Contact: Carol Ehrlich</td><td colspan="2">Telephone: 516-835-0488<br>Contact: Carol Ehrlich</td></tr>
</table>

| Ship Via | F.O.B. | Terms | Salesperson |
|---|---|---|---|
| UPS Ground | Auburn, WA | BALANCE DUE UPON RECEI | Marty Colwell |

| Invoice Date | Order Date | SO # | Order ID | PO# | Resale |
|---|---|---|---|---|---|
| 02/22/05 | 01/25/05 | 401559 | 5686 | | |

| Order Quantity | Shipped Quantity | BO | Item Number / Item Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 1 | N | DIES<br>3-D coining die | U of M: EA | 750.00 | 750.00 |
| 50.00 | 50.00 | N | C/METAL<br>25mm antique bronze coins | U of M: EA | 2.50 | 125.00 |
| 25.0000 | 25.0000 | N | C/SILVER<br>25mm silver medallions | U of M: EA | 9.50 | 237.50 |

*Pd
4-12-05*

| Print Date | 02/23/05 | Total Tax | 0.00 | Subtotal | 1,112.50 |
|---|---|---|---|---|---|
| Print Time | 09:44:38 AM | | | Freight | 18.95 |
| Page | 1 | Balance Due | 1,131.45 | | |
| | | | | Invoice Total | 1,131.45 |

Printed By: Laurie Schreiner

Baker_00004244

# Invoice



# NORTHWEST TERRITORIAL MINT

P.O. Box 2148 • Auburn, WA 98071-2148
(253) 833-7780 • 1 (800) 344-6468 • Fax (253) 735-2210

| | |
|---|---|
| **Invoice #** | **02-1549** |
| Date | 8/22/2002 |

**Bill To:**

Ehrlich Design
Attn: Carol Ehrlich
42 Bucks Path
East Hampton, NY 11937

*1-800-344-6468*

| Salesperson | P.O. Number | | Shipped Via | F.O.B. | Terms |
|---|---|---|---|---|---|
| WJA | | | | Auburn | credit card |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Coining Die | 25mm Coining Die - Stallion | 750.00 | 750.00 |
| 1 | Coining Die | 25mm Coining Die - Signature | 450.00 | 450.00 |

*Bill.*

*Made copy*

| | |
|---|---|
| **Total** | $1,200.00 |
| **Payments/Credits** | $-1,200.00 |
| **Balance Due** | $0.00 |

Please make all checks payable to: Northwest Territorial Mint
If you have any questions concerning this invoice, call 1-800-344-6468
THANK-YOU FOR YOUR BUSINESS

Baker_00004245

Northwest Territorial Mint LLC
P.O. Box 2148
Auburn, WA 98071

# INVOICE

Telephone: (8 3) 344-6468
Warehouse: MAIN

| Invoice No. | 425009 |
|---|---|
| Customer No. | EHRLI |

| Bill To | Ship To |
|---|---|
| Ehrlich Design | Ehrlich Design |
| 42 Bucks Path | 42 Bucks Path |
| East Hampton, NY 11937 | East Hampton, NY 11937 |
| | |
| Telephone: -835-0488 | Telephone: 516-835-0488 |
| Contact: Carol Ehrlich | Contact: Carol Ehrlich |

| Ship Via | F.O.B. | Terms | Salesperson |
|---|---|---|---|
| UPS Ground | Auburn, WA | BALANCE DUE UPON RECEI | Marty Colwell |

| Invoice Date | Order Date | P.O. # | Ordered By | Qty | Invoice # |
|---|---|---|---|---|---|
| 02/22/05 | 01/25/05 | 401559 | 5686 | | |

| Ordered Quantity | Shipped Quantity | Tax | Item Number / Item Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 1 | N | DIES | U of M: EA | 750.00 | 750.00 |
| | | | 3-D coining die | | | |
| 50.00 | 50.0 | N | C/METAL | U of M: EA | 2.50 | 125.00 |
| | | | 25mm antique bronze coins | | | |
| 25.0000 | 25.0000 | N | C/SILVER | U of M: EA | 9.50 | 237.50 |
| | | | 25mm silver medallions | | | |

*Pd 4-12-05*

| Print Date | 02 3/05 | Total Tax | 0.00 | Subtotal | 1,112.50 |
|---|---|---|---|---|---|
| Print Time | 09:44:38 AM | | | Freight | 18.95 |
| Page | 1 | Balance Due | 1,131.45 | | |
| | | | | Invoice Total | 1,131.45 |

Printed By: Laurie Schreiner

Baker 00004246

# NORTHWEST TERRITORIAL MINT LLC

1307 W. Valley Hwy N., Suite 101
P.O. Box 2148
Auburn, WA 98071-2148
Phone: 800-344-6468
Fax: 253-735-2210

*MARTY@NWTMINT.Com*

## Invoice

Sold To: Ehrlich Design
12516 Equine Lane
Wellington, FL 33414
United States

Ship To: Ehrlich Design
12516 Equine Lane
Wellington, FL 33414
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 14367 | Salesman: | Marty Colwell |
| Invoice Date: | 12/22/05 | Terms: | Payable On Receipt |
| Customer: | EHRLI | Packing List: | 14367 |
| Order No: | 14273 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | DIE - 2006 coining die | | $750.00 / EA | $750.00 |

| | |
|---|---|
| Sub-total: | $750.00 |
| Sales Tax: | $0.00 |
| Shipped Via United Parcel Service: | $0.00 |
| Invoice Total: | $750.00 |
| Paid To Date: | $0.00 |
| Balance Due: | $750.00 |

50  25mm
2006 ANT. BRONZE  Paid

Page 1 of 1

Baker_00004247



# NORTHWEST TERRITORIAL MINT LLC

PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## *Invoice*

**Sold To:** Ehrlich Design
12516 Equine Lane
Wellington, FL 33414
United States

**Ship To:** Ehrlich Design
12516 Equine Lane
Wellington, FL 33414
United States

| Invoice Number: | 64719 | Salesman: | Marty Colwell |
| Invoice Date: | 03/10/08 | Terms: | Payable On Receipt |
| Customer: | EHRLI | Packing List: | 64719 |
| Order No: | 60740 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | G 8 95 - 20mm Horsehead coining die | | $750.00 / EA | $750.00 |
| 2 | 50 | MC01310805 - 20mm Antique bronze medallions, thin for bezel, Horsehead obverse and signature reverse | | $2.85 / EA | $142.50 |
| 3 | 1 | G 8 96 - 25mm 2008 Horse coining die | | $750.00 / EA | $750.00 |
| 4 | 60 | MC01310806 - 25mm Antique bronze medallion, thin for bezel, 2008 horse obverse and signature reverse | | $2.85 / EA | $171.00 |
| 5 | 10 | MC01310807 - 25mm .999 silver medallion, thin for bezel, 2008 Horse obverse and signature reverse | | $12.25 / EA | $122.50 |

| | |
|---|---|
| Sub-total: | $1,936.00 |
| Sales Tax: | $0.00 |
| Shipped Via United Parcel Service: | $9.55 |
| **Invoice Total:** | **$1,945.55** |
| *Paid To Date:* | *$0.00* |
| **Balance Due:** | **$1,945.55** |


*paid*

Baker_00004248



# NORTHWEST
# TERRITORIAL MINT, LLC

# Invoice

P.O. Box 2148 • Auburn, WA 98071-2148

**(253) 833-7780** • 1 (800) 344-6468 • FAX (253) 735-2210

| Date | Invoice # |
|------|-----------|
| 8/13/2003 | **03-1424** |

| Bill To: | Ship To: |
|----------|----------|
| Ehrlich Design<br>Attn: Carol Ehrlich<br>42 Bucks Path<br>East Hampton, NY 11937 | |

| P.O. Number | Terms | Salesperson | Shipped Via | F.O.B. | Order # |
|-------------|-------|-------------|-------------|--------|---------|
| | credit card | Bill | UPS | Auburn | 1074 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Coining Die | 25mm, custom coining die (Jumper) | 750.00 | 750.00 |
| 15 | Silver | 25mm, 1oz .999 fine silver medallions | 8.00 | 120.00 |
| 35 | Medallions, Anti... | 25mm, antique bronze medallions | 2.50 | 87.50 |
| | Shipping & Han... | This order shipped 8/12/03 along with invoice 03-1576. All freight charges are on this invoice | 45.30 | 45.30 |

| All work is complete! | Total | $1,002.80 |
|---|---|---|
| | Payments/Credits | $0.00 |
| | **Balance Due** | $1,002.80 |

Please make all checks payable to: Northwest Territorial Mint
If you have any questions concerning this invoice, call 1-800-344-6468
THANK-YOU FOR YOUR BUSINESS

Baker_00004249

# Invoice



# NORTHWEST
# TERRITORIAL MINT

P.O. Box 2148 • Auburn, WA 98071-2148

(253) 833-7780 • 1 (800) 344-6468 • (253) 735-2210

**PAID**

*1-800-344-6468*

| | |
|---|---|
| **Invoice #** | **02-1549** |
| Date | 8/22/2002 |

**Bill To:**

Ehrlich Design
Attn: Carol Ehrlich
42 Bucks Path
East Hampton, NY 11937

| Salesperson | P.O. Number | Shipped Via | F.O.B. | Terms |
|---|---|---|---|---|
| WJA | | | Auburn | credit card |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Coining Die | 25mm Coining Die - Stallion | 750.00 | 750.00 |
| 1 | Coining Die | 25mm Coining Die - Signature | 450.00 | 450.00 |

*Bill*

| | |
|---|---|
| **Total** | $1,200.00 |
| **Payments/Credits** | $-1,200.00 |
| **Balance Due** | $0.00 |

Please make all checks payable to: Northwest Territorial Mint
If you have any questions concerning this invoice, call 1-800-344-6468
THANK-YOU FOR YOUR BUSINESS

Baker_00004250



# NORTHWEST
# TERRITORIAL MINT

P.O. Box 2148 • Auburn, WA 98071-2148

(253) 833-7780 • 1 (800) 344-6468 • (253) 735-2210

**PAID**

# Invoice

| | |
|---|---|
| **Invoice #** | **03-304** |
| Date | 2/18/2003 |

**Bill To:**

Ehrlich Design
Attn: Carol Ehrlich
42 Bucks Path
East Hampton, Y 11937

| Salesperson | P.O. Number | Shipped Via | F.O.B. | Terms |
|---|---|---|---|---|
| WJA | | N/A | Auburn | Due upon reciept of invoice |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | Coining Die | 25mm Custom coining dies | 850.00 | 1,700.00 |

| | |
|---|---|
| **Total** | $1,700.00 |
| **Payments/Credits** | $-1,700.00 |
| **Balance Due** | $0.00 |

Please make all checks payable to: Northwest Territorial Mint
If you have any questions concerning this invoice, call 1-800-344-6468
THANK-YOU FOR YOUR BUSINESS

Baker_00004251



I don't know if this particular coin is included in the invoices I sent you, but this is mine. The date marked is '2009' and it is 25mm in diameter.

The coins manufactured for me have (use) my signature die for the reverse side of the coin.

I am out of this particular coin and I definitly want this die returned to me, along with all the others!

Carol Ehrlach

Baker_00004252



Baker_00004253



2003

Baker_00004254

Baker_00004255

| | |
|---|---|
| **From:** | Lou Zefran <louzefran@yahoo.com> |
| **Sent:** | Wednesday, June 6, 2018 11:09 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Northwest Mint Invoice.pdf |
| **Attach:** | Northwest Mint Invoice.pdf; ATT00001.txt |

Please add this invoice to our application for dies of the Sgt. Andrew Brown Freedom Award. We submitted an application on line this morning from Dr. James Zefran, 1214 Texas Palmyra Hwy, Honesdale, PA. 18431



**NORTHWEST TERRITORIAL MINT LLC**
PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## *Invoice*

**Sold** Freedom Award
**To:** Dr. James Zefran
1214 Texas Palmyra Hwy
Honesdale, PA 18431
United States

**Ship** Freedom Award
**To:** Dr. James Zefran
1214 Texas Palmyra Hwy
Honesdale, PA 18431
United States

| Invoice Number: | 139549 | Salesman: | Dick Monroe |
| Invoice Date: | 04/15/09 | Terms: | 50% Down/Balance on Receipt |
| Customer: | FREEDOMAWA | | |
| Order No: | 129609 | | |

REC PAY 2/25/09 PC#1003 $2537.50  K

| em | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 15 | DM01270901 - 3 inch fully gold plated copper medallion in cherrywood box<br>Packing List:     139535 | | $25.50 / EA | $382.50 |
| 1 | 15 | DM01270901 - 3 inch fully gold plated copper medallion in cherrywood box<br>Packing List:     139549 | | $25.50 / EA | $382.50 |
| 2 | 1 | H 9 14 - 3 inch 3 dimensional sculpted die from art #A006070 (Sgt Brown)<br>Packing List:     139535 | | $2,000.00 / EA | $2,000.00 |
| 3 | 1 | H 9 15 - 3 inch 3 dimensional die from art #A006071 (Parachute)<br>Packing List:     139535 | | $900.00 / EA | $900.00 |
| 4 | 15 | 01100-34 - BOX, CHERRYWOOD, 6" X 6", GLASS TOP, 3" BLACK COIN PAD<br>Packing List:     139535 | | $42.00 / EA | $630.00 |
| 4 | 15 | 01100-34 - BOX, CHERRYWOOD, 6" X 6", GLASS TOP, 3" BLACK COIN PAD<br>Packing List:     139549 | | $42.00 / EA | $630.00 |
| 5 | 1 | SET UP FEE - Fee for ordering under the minimum quantity<br>Packing List:     139535 | | $150.00 / EA | $150.00 |

| | |
|---|---|
| Sub-total: | $5,075.00 |
| Sales Tax: | $0.00 |
| Shipped Via Federal Express: | $52.45 |
| *Invoice Total:* | *$5,127.45* |
| *Paid To Date:* | *-$2,537.50* |
| *Balance Due:* | *$2,589.95* |

Baker_00004257

Sent from my iPad

Baker_00004259

| From: | Robert Dempster <r.dempster11@yahoo.com> |
|---|---|
| Sent: | Wednesday, June 6, 2018 7:26 PM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Cc: | Bob Dempster <r.dempster11@yahoo.com>; Diane Dempster <dianedempster@icloud.com> |
| Subject: | NWT Mint Coining Dies Request Form |
| Attach: | Dempster_NWTMintDiesReq.pdf; ATT00001.htm |

Greetings,

We received legal notice and are submitting the attached form, as part of the protocol for our ownership claim for our dies, for which we have paid.

Please see attached form.

Robert I. Dempster
Executive Director
**Diane W. Dempster, EdD, Secretary**
**Seattle World Cruiser Association**
300 Airport Way Ste 203
Renton, WA 98057 USA
+1 206 465 5579
r.dempster11@yahoo.com
www.seattleworldcruiser.org

# Northwest Territorial Mint Die Request Form

## Personal Info

First Name
ROBERT + DIANE

Last Name
DEMPSTER

Address
SEATTLE WORLD CRUISER ASSOCIATION

Address 2
300 AIRPORT WAY STE 203

City
RENTON

State
WA

Zip
98057

Country
USA

Email
r.dempster11@yahoo.com

Phone
(206) 465-5579

## Company Info

Company Name
SEATTLE WORLD CRUISER ASSOCIATION

Address
300 AIRPORT WAY STE 203

Address 2

City
RENTON

State
WA

Zip
98057

Country
USA

## Die Information

Number of Dies Requesting
6

## Additional Info

Comment
WE CLAIM OWNERSHIP OF DIES THAT WERE NOTED ON THE FOLLOWING QUOTES
A062016-17, A062024-25 AND A062026-27 (ALSO SEE A062022-23 FOR REEDS)
FURTHER INFORMATION TO FOLLOW.

Once you fill this out you can email to: jenifer.baker@nwtmint.com or send via mail to:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave, Suite 2900
Seattle, WA 98104

© 2018 Northwest Territorial Mint, LLC

Baker_00004261

Baker_00004262

| **From:** | Controller <controller@silverstatestainless.com> |
|---|---|
| **Sent:** | Wednesday, June 6, 2018 2:37 PM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | NWTM dies |

Hi Jenifer,

Silver State Stainless received the Notice of Protocol regarding claims of Ownership of Northwest Territorial Mint Coining Dies. While reading the notice there was a section that states "It is important to note that this Notice only relates to dies manufactured by Northwest Territorial Mint. Dies manufactured by the Medallic Art Company ("MACO"), a separate division of NWTM are not subject to this notice." The part that the MACO division is not subject to this notice concerns us. We did pay for our Custom 39mm Obverse Coining Die – Part number: M 2 59. We would like to take ownership of our die and we are not sure who we need to contact to obtain ownership.

Thank you for your help.

Suzie Moore
Controller
Silver State Stainless

| | |
|---|---|
| **From:** | Jill Hadaway <jillh@lantosfoundation.org> |
| **Sent:** | Wednesday, June 6, 2018 12:55 PM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | NWTM dies |
| **Attach:** | medal receipt.pdf; medal.pdf |

Jennifer,

On behalf of our Director, Denise Perron, I have sent the completed form via your website but could only attach one PDF form so I have attached both our bill for the 2 dies as well as the cancelled check as proof of ownership. If you need any additional information, please do not hesitate to contact me. Thank you.

Warmly,
Jill

Jill Hadaway
Lantos Foundation for Human Rights
6 Dixon Ave.
Concord, NH 03301
(603) 226-3636

Baker_00004264

505   $42.00   11/13/2009



TOM LANTOS FOUNDATION
FOR HUMAN RIGHTS AND JUSTICE
19 PLEASANT ST., 2ND FLOOR
CONCORD, NH 03301

506

54-7093/2117

DATE 11/2/09

PAY
TO THE
ORDER OF  Northwest Territorial Mint LLC                $ 4237.36

forty two hundred thirty seven 36/100   DOLLARS

Laconia
Savings Bank

FOR  Int# 167207

506   $4,237.36   11/06/2009

Baker_00004265



L.F Pd 11/2/09 $4237.36 J# 506

# NORTHWEST TERRITORIAL MINT LLC
PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## *Invoice*

**Sold To:** The Lantos Foundation
19 Pleasant Street
Concord, NH 03301
United States

**Ship To:** The Lantos Foundation
19 Pleasant Street
Concord, NH 03301
United States

| Invoice Number: | 167207 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 09/28/09 | Terms: | Payable On Receipt |
| Customer: | LANTOSFOUNDA | | |
| Order No: | 157447 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | H 10 60 - Tom Lantos 3 in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $1,600.00 / EA | $1,600.00 |
| 2 | 1 | H 10 59 - Human Rights Prize 3in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $600.00 / EA | $600.00 |
| 3 | 1 | J 2 64 - Tom Lantos 1.75 in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $300.00 / EA | $300.00 |
| 4 | 1 | J 2 63 - Human Rights Prize 1.75 in custom coining die, not shipped, archived at NWT Mint<br>Packing List: 167205 | | $300.00 / EA | $300.00 |
| 5 | 1 | MC08190903 - 3 inch 10 troy oz .999 fine silver Tom Lantos Human Rights Prize medallion, with a bobbit and navy neck ribbon. In a wood box.<br>Packing List: 167205 | | $337.50 / EA | $337.50 |
| 6 | 100 | MC09190904 - 1.75 inch antique bronze Tom Lantos Human Rights Prize medallion, in a capsule and black leatherette box<br>Packing List: 167207 | | $10.75 / EA | $1,075.00 |

| | |
|---|---|
| Sub-total: | $4,212.50 |
| Sales Tax: | $0.00 |
| Shipping Charges: | $24.86 |
| *Invoice Total:* | *$4,237.36* |
| *Paid To Date:* | *$0.00* |
| *Balance Due:* | *$4,237.36* |

Page 1 of 2

Baker_00004266

| **From:** | Perry Cabot <jisoc@comcast.net> |
| **Sent:** | Wednesday, June 6, 2018 7:47 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | NWTM/MACO Dies in Invoice #527762 |
| **Attach:** | 527762.pdf |

Ms. Baker,

Please find attached a scan of Invoice #527762, dated 2/19/14, for the contract which produced dies H2675 and H2676.

Following our recent phone conversation, I ask the following questions:

1.  **To which Firm/Division should these dies be attributed:  MACO or NWTM?**  I am aware that you all were co-located at the time; and generally MACO produced medallions of this 65mm size; and the salesman with whom I worked (Gene Frink) referred certain aspects of the order to the MACO Division.  But the die numbering seems to indicate NWTM.

2.  **Where are these dies physically stored?  How about the sculpts and artwork?  Where would they remain, if not sent to me?**

3.  MACO has an exceptional reputation.  MedalCraft Mint in Wisconsin says it has purchased some of MACO's presses; and would be able to execute a similar order in the future.    **Would you say the quality would be similar?**

4.  **Which MACO/NWTM artist can be credited with this work?**  Moritz Furst was the famous US Mint engraver who executed the original obverse bust in 1819.  In those days, the engraver's name was included in the strike.  I understand the neither the US Mint nor you can do that now.  But my correspondence with Frink indicates that one of your artisans accepted my challenge to include important details in the reverse of my order; and the resulting changes are stunning even at 10x!  The name of that person needs to be preserved.

I look forward to your answers and how I should respond to Trustee Mark Calvert's June 21st, 2018 deadline for claiming dies.

Sincerely,

*OHPerry Cabot*

O. H. Perry Cabot
540-937-4541

Baker_00004267

# NORTHWEST TERRITORIAL MINT LLC

## *Invoice*

**Sold To:** PERRY (OHP) CABOT, LTC
2485 SUMMERSET DRIVE
Jeffersonton, VA 22724
United States

**Ship To:** PERRY (OHP) CABOT, LTC
2485 SUMMERSET DRIVE
Jeffersonton, VA 22724
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 527762 | **Salesman:** | Gene Frink |
| **Invoice Date:** | 02/19/14 | **Terms:** | Payable On Receipt |
| **Customer:** | PERRYCABOT | | |
| **Order No:** | 491875 | | |

12-05-13 Rec'd ck $8,665.00 LJP

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 50 | GF12021301 - 2.5" DIAMETER SPLASH DEEP RELIEF HAND WET BUFFED ANTIQUE BRASS MEDALLIONS WINT SERIAL NUMBERING ON EDGE<br>Packing List: 527758 | | $25.75 / EA | $1,287.50 |
| 1 | 50 | GF12021301 - 2.5" DIAMETER SPLASH DEEP RELIEF HAND WET BUFFED ANTIQUE BRASS MEDALLIONS WINT SERIAL NUMBERING ON EDGE<br>Packing List: 527761 | | $25.75 / EA | $1,287.50 |
| 1 | 50 | GF12021301 - 2.5" DIAMETER SPLASH DEEP RELIEF HAND WET BUFFED ANTIQUE BRASS MEDALLIONS WINT SERIAL NUMBERING ON EDGE<br>Packing List: 527762 | | $25.75 / EA | $1,287.50 |
| 2 | 2 | SCULPT - SERVICE CHARGE FOR PREPARATION OF SCULPTED MODEL - OBVERSE AND REVERSE<br>Packing List: 527758 | | $1,200.00 / EA | $2,400.00 |
| 3 | 2 | GF DIES - CUSTOM COINING DIE:<br>NOT SHIPPED TO BE ARCHIVED AT NWTM FACILITY<br>Packing List: 527758 | | $650.00 / EA | $1,300.00 |
| 4 | 50 | 01620 - #44, LEATHERETTE, BLUE COMPLETE, 2.50(64MM) CAPPED<br>Packing List: 527761 | | $7.00 / EA | $350.00 |
| 5 | 50 | 01100-44 - BOX, POCKET BOX, ROSEWOOD COLOR, BLACK INSERT FOR 2.50(64MM) NON-CAPPED COIN<br>Packing List: 527762 | | $15.00 / EA | $750.00 |

Baker_00004268

| Item | Quantity | Description | | Revision | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 1 | H 26 75 - H 26 75<br>Mint | not shipped, archived at NWT | | $0.00 / EA | $0.00 |
| | | Packing List: | 527758 | | | |
| 8 | 1 | H 26 76 - H 26 76<br>Mint | not shipped, archived at NWT | | $0.00 / EA | $0.00 |
| | | Packing List: | 527758 | | | |

| | |
|---|---|
| Sub-total: | $8,662.50 |
| Sales Tax: | $0.00 |
| Shipped Via Fed Ex ground shipment: | $122.77 |
| Invoice Total: | $8,785.27 |
| Paid To Date: | -$8,665.00 |
| Balance Due: | $120.27 |

Baker_00004269

| **From:** | Sarah Gann <skibob2001@yahoo.com> |
| **Sent:** | Wednesday, June 6, 2018 8:52 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Re: Die Recovery Request Form |
| **Attach:** | image1.jpeg; ATT00001.txt; image2.jpeg; ATT00002.txt |

Please see attached...



144th FighterWing

Fresno, CA

First Sergeant Council

Baker_00004271

Baker_00004272



ONE SHARP ROCK

144th FIGHTER WING

California ANG

Baker_00004273

Sent from my iPhone

> On Jun 4, 2018, at 16:09, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Sarah -
>
> Do you have any images for this coin?  Looking at your account this looks like a job that was done out of our Graco facility in Texas.
>
> Thank you -
> Jenifer
>
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Sunday, June 03, 2018 4:26 PM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: Sarah
>
> last-name: Gann
>
> address1: 1415 Braodway St Apt 104
>
> city: Fresno
>
> state: CA
>
> zip: 93721
>
> country: US
>
> email: skibob2001@yahoo.com
>
> phone: 559-241-9199
>
> die-count: 2
>
>
>
> <First Sergeant Council Coin Receipt NOV 2016.pdf>

Baker_00004274

That would be great, thanks.
Sure you are plenty busy - appreciate it.

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Wednesday, June 06, 2018 7:47 PM
To: Dalrymple, Jenine
Subject: RE: Die Recovery Request Form

Jenine,

I am sorry I keep missing you. Why don't you call me on my cell phone 775-722-3430 in the morning and we can get this taken care of.

Thank you -
Jenifer Baker

-----Original Message-----
From: Dalrymple, Jenine [mailto:JDalrymple@swenergy.com]
Sent: Wednesday, June 06, 2018 7:46 PM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Jenifer,
I will call you tomorrow again, if I don't reach you I will mail a check.
Thank you,
Jenine


-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Thursday, May 31, 2018 12:00 PM
To: Dalrymple, Jenine
Subject: FW: Die Recovery Request Form

Good Afternoon Jenine - I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Southwest Energy LLC. I have found the die number for your coin and would be happy to process this request. The court has determined that we can ship the dies back to you, however I will need to charge for shipping in the amount of $45.00.

Your die numbers are,
H 3 17
H 3 18
Box Die

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you

can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 3:52 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jenine

last-name: Dalrymple

address1: 2040 West Gardner Lane

city: Tucson

state: AZ

zip: 85705

country: US

email: jdalrymple@swenergy.com

phone: 520-696-9495

company: Southwest Energy, LLC

company-address1: 2040 W Gardner Lane

company-city: Tucson

company-state: AZ

company-zip: 85705

company-country: US

die-count: 2

comment: Please see our claim for dies for front and back of coin, plus also our box die. jdalrymple@swenergy.com or 520 906 2635 for further info.

Baker_00004276

Jenifer,
I will call you tomorrow again, if I don't reach you I will mail a check.
Thank you,
Jenine


-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Thursday, May 31, 2018 12:00 PM
To: Dalrymple, Jenine
Subject: FW: Die Recovery Request Form

Good Afternoon Jenine - I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Southwest Energy LLC. I have found the die number for your coin and would be happy to process this request. The court has determined that we can ship the dies back to you, however I will need to charge for shipping in the amount of $45.00.

Your die numbers are,
H 3 17
H 3 18
Box Die

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: Dist - Webmaster
Sent: Tuesday, May 29, 2018 3:52 PM
To: denise.lentz@klgates.com
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Jenine

last-name: Dalrymple

address1: 2040 West Gardner Lane

city: Tucson

state: AZ

zip: 85705

country: US

email: jdalrymple@swenergy.com

phone: 520-696-9495

company: Southwest Energy, LLC

company-address1: 2040 W Gardner Lane

company-city: Tucson

company-state: AZ

company-zip: 85705

company-country: US

die-count: 2

comment: Please see our claim for dies for front and back of coin, plus also our box die. jdalrymple@swenergy.com or 520 906 2635 for further info.

Baker_00004278

Jenifer,

Any word on our request?

Edward Hadfield CFO, CFC, MIFireE
Fire Chief
Rincon Band of Luiseño Indians
33485 Valley Center Road | Valley Center, CA 92082
O: 760-297-2300 | C: 760-703-3655
Email:ehadfield@rincontribe.org

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail by return E-Mail or by telephone.

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Tuesday, June 05, 2018 10:24 AM
To: steve; Ed Hadfield
Subject: RE: Die Recovery Request Form

Ed -

Attached you will find the images for the dies listed below.

Thank you -
Jenifer Baker

-----Original Message-----
From: Jenifer Baker
Sent: Monday, June 04, 2018 4:02 PM
To: 'steve'
Subject: RE: Die Recovery Request Form

Thank you Steve for the image.

I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,
G 11 11

I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.

Northwest Territorial Mint
80 E. Airpark Vista Blvd
Dayton, NV 89403

Thank you-
Jenifer Baker

-----Original Message-----
From: steve [mailto:renosteve@hotmail.com]
Sent: Sunday, June 03, 2018 3:02 PM
To: Jenifer Baker
Subject: Re: Die Recovery Request Form

Jenifer,
Thanks for the quick response. I sent you a picture of the front and back of the coin. It's hard to read the text on the back but if it helps it says:
The nobility of the occupation thrills us & stimulates us to deeds of daring , even of supreme sacrifice Chief E. Crocker FDNY 1911

Please feel free to call if you have questions

Sent from my iPhone

> On Jun 3, 2018, at 08:28, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Hi Steve -
>
> I received your requesting regarding the die ownership transfer. Do you have any images of the coin you could forward over to me. Unfortunately, document you sent doesn't give me any information regarding your account.
>
> Thank you,
> Jenifer Baker
>
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Thursday, May 31, 2018 6:15 PM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: STEVE
>
> last-name: RENO
>
> address1: 17705 157th Pl SE
>

> city: Monroe
>
> state: WA
>
> zip: 98272
>
> country: US
>
> email: renosteve@hotmail.com
>
> phone: 360-794-5284
>
> company: Firetown Training Specialists
>
> company-address1: 17705 157th Pl SE
>
> company-city: Monroe
>
> company-state: WA
>
> company-zip: 98272
>
> company-country: US
>
> die-count: 2
>
> comment: Unfortunately other than the form you sent me regarding your unfortunate situation, the last correspondence I have is an email from you for a request to reorder. I will forward that email to Denise Lentz. I am sorry to hear about your situation, you guys were always great to work with.
> Best Regards,
> Steve Reno - Firetown Training
>
>
>
> <Are You Ready to Reorder 2.pdf>

Baker_00004281

Jenifer,

Here is a picture of the coin made from the die. It was made before I came here and I am not finding much in paperwork. Hopefully this will be enough!

Thanks
Martha

-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
Sent: Tuesday, June 5, 2018 2:00 PM
To: Snodgrass, Martha <Martha.Snodgrass@leg.wa.gov>
Subject: FW: Die Recovery Request Form

Hi Martha -

I received your request looking to retrieve ownership of your die. Do you have the previous order for this coin that you could forward over to me? Or an image of the coin would be great.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Monday, June 04, 2018 12:52 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Martha

last-name: Snodgrass

address1: 416 Sid Snyder Ave SW

address2: 106 Legislative Building

city: Olympia

state: WA

zip: 98501

country: US

email: Martha.Snodgrass@leg.wa.gov

phone: 360-786-1889

company: Washington State Legislative Gift Center

company-address1: 416 Sid Snyder Ave SW

company-address2: 106 Legislative Building

company-city: Olympia

company-state: WA

company-zip: 98501

company-country: US

die-count: 1

comment: The die is a replica of the Washington State quarter.

Baker_00004283



Baker_00004284

| From: | Neal Rosenblum <nrosenblum@me.com> |
| Sent: | Wednesday, June 6, 2018 7:49 AM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | Re: Die Recovery Request Form |

Hello Jenifer,
Would you email a invoice receipt for the dies and shipping. We have received the dies in good condition.
Thank you
Neal Rosenblum


> On May 31, 2018, at 2:27 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Mr. Rosenblum -
>
> I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Rosenblum/Goldsmiths Inc. I have found the die number for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.
>
> Your die number is,
> D 8 80
> D 8 83
>
> I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.
>
> Northwest Territorial Mint
> 80 E. Airpark Vista Blvd
> Dayton, NV 89403
>
> Thank you-
> Jenifer Baker
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Wednesday, May 30, 2018 1:46 PM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: Neal
>
> last-name: Rosenblum
>
> address1: 261 Park Ave.
>
> city: Worcester
>
> state: MA
>

Baker_00004285

> zip: 01609
>
> country: US
>
> email: nrosenblum@me.com
>
> phone: 508-755-4244
>
> company: Rosenblum/Goldsmiths Inc
>
> company-address1: 261 Park Ave.
>
> company-city: Worcester
>
> company-state: MA
>
> company-zip: 01609
>
> company-country: US
>
> die-count: 2
>
> comment: Hello,
> I Neal Rosenblum represent Open Geospatial Consortium to facilitate the annual making of a 24k gold award medallion by contracting North West Territorial Mint (NWTM) to produce this product. The original Artwork and Die were produced in 1999 with a revision or a new die made at a later date. It has been our belief that since we paid for the die to be made to our specifications and was billed as a separate charge it was owned by Rosenblum/Goldsmiths Inc. for OGC. We would like this die returned to Rosenblum/Goldsmiths Inc. as soon as possible as we need to produce a new medallion to be rewarded before September 2018. Please contact me if further details are needed to expedite this request.
>
>
>
> <183464 ROSENBLUM GOLDSMITHS.PDF><MC04060601.pdf><IMG_3903.jpg><IMG_3904.jpg><image001.jpg><NWTM2016 invoice.png>

Baker_00004286