

Dakes_00005823



DAKE2_00005824

| From: | Frank Ponzer <ponzer527@yahoo.com> |
|---|---|
| Sent: | Friday, June 8, 2018 1:20 PM |
| To: | Mark Calvert <mark@cascadecapitalgroup.com> |
| Cc: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | Fw: RE: RE: NWT Mint Die Request (Ponzer) |

Hello Mark,

I'm Frank Ponzer and I hired NWT Mint to create a pair of dies. Below you will find communication between NWT Mint and myself that explains my sentiments. Please act accordingly...

Respectfully,
Frank Ponzer

—— Forwarded Message ——
**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**To:** Frank Ponzer <ponzer527@yahoo.com>
**Sent:** Friday, June 8, 2018, 1:57:57 PM MDT
**Subject:** RE: RE: NWT Mint Die Request (Ponzer)

Frank —

Please contact the company trustee and voice your concerns regarding die ownership. Once the two of you come to a decision and the trustee emails me with that decision then I would be happy to pull you dies and send them to you.

Mark Calvert

CPA, CIRA, CTP, CFE, PI

1501 4th Avenue Suite 2840

Seattle Washington 98101

Cell: 206.909.3636

Mark@Cascadecapitalgroup.com

Thank you-

Jenifer Baker

**From:** Frank Ponzer [mailto:ponzer527@yahoo.com]

**Sent:** Tuesday, June 05, 2018 4:45 PM
**To:** Jenifer Baker
**Subject:** Re: RE: NWT Mint Die Request (Ponzer)


Jenifer,

If NWT Mint wants to repay me $2286 for the creation of the dies, it will be ok to keep them as property secured during bankruptcy. Other than that Marty and I talked before I hired NWT Mint and I'm the complete owner of the dies. I hired NWT Mint to create a set of dies, NWT Mint has no ownership in these dies, no person has my authorization to create coin/medallions through the use of these dies. The request of $300 per die is just stupid and will not be paid for property that I already own. If I parked my car on NWT Mint property (with permission of course) would my automobile become part of the bankruptcy process. NWT Mint created a product (dies) and was holding per their agreement until I requested them shipped to me or requested them to use the dies to create more coin/medallions. I am request the dies that I own be shipped to me at: 1765 wildfire Rd, Estes Park,CO 80517. These dies aren't property of NWT Mint and aren't to be secured as any form of monetary value toward bankruptcy proceedings. Furthermore the use of these dies cannot be authorized by any person other than myself. The attempt to secure these as monetary value is illegal and unethical. The fact that the Court would imply ownership of these dies isn't a reasonable judgement. This would mean that these dies could be sold at auction to the highest bider, the successful high bider could begin creating coin/medallions with the dies. This is a complete unethical process and no person would ever allow NWT Mint to have control and ownership of dies. Some of the dies that NWT Mint have in their possession they could state ownership of, because of years that have pasted and no contact with the person that had NWT Mint create them. That is understanding. Not the case with my dies. You have the die numbers, ship them to me.



Thank You,

Frank Ponzer




On Tuesday, June 5, 2018, 12:09:28 PM MDT, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:




Mr. Ponzer,


I have received your email requesting die ownership to be transferred from Northwest Territorial Mint to Frank Ponzer. I have found the die numbers for your coin and would be happy to process this request. The court has determined that NWTMINT retained ownership of all NWTMINT dies created to produce coins, medallions or other products for customers. The court has approved a fee for the ownership transfer in the amount of $300.00 per die.

Your die numbers are,

I 9 86

I 9 87


I am available by phone, 775-461-7341, if you would like to make a payment using a debit/credit card, or you can send a check to the following address. Dies will be pulled and shipped once payment has been received.


Northwest Territorial Mint

80 E. Airpark Vista Blvd

Dayton, NV 89403


Thank you-

Jenifer Baker

---

**From:** Frank Ponzer [mailto:ponzer527@yahoo.com]
**Sent:** Monday, June 04, 2018 9:54 AM
**To:** Jenifer Baker
**Cc:** Frank Ponzer
**Subject:** NWT Mint Die Request (Ponzer)


Jenifer,


Please ship the two dies to:


Frank Ponzer

1765 Wildfire Rd

Estes Park, CO 80517


Phone: 970-820-9630

You will find 2 attachment for proof of ownership and 2 photo attachments of the product (total of 4 attachments)

I was never given a number that would associate to each die, so the pictures should be of help to you.



Danco_00005828



Dake3_00005829



NORTHWEST TERRITORIAL MINT LLC
dba Medalic Art Company
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-843-9854
Fax: 253-735-2210

## INVOICE

**Sold To:**
FRANK PONZER
1766 WILDFIRE RD
ESTES PARK CO 80517
UNITED STATES

**Ship To:**
FRANK PONZER
1766 WILDFIRE RD
ESTES PARK CO 80517
UNITED STATES

| | | | |
|---|---|---|---|
| Invoice Number: | 780048 | Sales Person: | Marty Colwell |
| Invoice Date: | 4/12/2017 | Terms: | Due on receipt of Inv. |
| Customer ID: | 147363 | Packing List: | 179057 |
| Order Number: | 170318 | PO Number: | |

SHIPPING & HANDLING TO BE ADDED TO FINAL INVOICE

03/09/2017 - CC Payment for $1,781.06, Transaction 20481872838.

| Line | Part Number / Part Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 1986 | 1 | $950.00 | $950.00 |
| | 3D HIGH RELIEF CUSTOM COINING DIE / 1.5 INCH / ROCKY MOUNTAIN NATIONAL PARK RAM | | | |
| 2 | 1987 | 1 | $450.00 | $450.00 |
| | 2D HIGH RELIEF CUSTOM COINING DIE / 1.5 INCH / IN GOD WE TRUST "Y" | | | |
| 3 | MC03091701 | 100 | $26.25 | $2,625.00 |
| | 1.5 INCH HIGH RELIEF ONE TROY OUNCE .999 ANTIQUE SILVER MEDALLION: SERIAL NUMBERED '2017' AT 8 O'CLOCK - ROCKY MOUNTAIN NATIONAL PARK RAM / IN GOD WE TRUST | | | |
| 4 | 04131 | 100 | $0.00 | $0.00 |
| | STANDARD POLY BAG | | | |
| | Credit Card Payment Charge | 1 | $56.06 | $56.06 |
| | Shipping & Handling | 1 | $20.00 | $20.00 |

3/9/17 paid $1781.06
5/10/17 paid $ 2,286.20
$ 4,067.26 Total ✓

| | |
|---|---|
| Less Deposit | 1,781.06 |
| **Invoice Total:** | **$2,320.00** |
| **Paid To Date:** | **$0.00** |
| **Balance Due:** | **$2,320.00** |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Page    1 of 1

NWTM_00005830

# Northwest Territorial Mint Die Request Form

## Personal Info

First Name
**Frank & Sheryl**

Last Name
**Ponzer**

Address
**1765 Wildfire Road**

Address 2

| City | State | Zip | Country |
|------|-------|-----|---------|
| Estes Park | CO | 80517 | USA |

Email
**ponzer527@yahoo.com**

Phone
**970-820-9630**

## Company Info

Company Name
**N/A**

Address
**N/A**

Address 2
**N/A**

| City | State | Zip | Country |
|------|-------|-----|---------|
| N/A | N/A | N/A | N/A |

## Die Information

Number of Dies Requesting
**2**

## Additional Info

Comment
**Customer ID 147363**
**Order/Invoice Number 170318, March 9, 2017 and May 10,2017**

Once you fill this out you can email to geek clutter@mailmind.com or send via mail to:

c/o Denise Lentz
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104

© 2018 Northwest Territorial Mint, LLC

Thank you,

Frank Ponzer

| | |
|---|---|
| **From:** | Rowell, Carla R CTR NAVAIR <carla.rowell.ctr@navy.mil> |
| **Sent:** | Friday, June 8, 2018 8:01 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Cc:** | Burdett, Ronnie M CTR TAMI CNASC PAX RIVER MD <ronnie.burdett@navy.mil>; Rowell, Carla R CTR NAVAIR <carla.rowell.ctr@navy.mil> |
| **Subject:** | FW: Send data from MFP11368997 06/06/2018 09:28 |
| **Attach:** | DOC060618.pdf |

Hi Jenifer,

Per my voicemail earlier today, PMA260 also purchased leatherette boxes and the related die. They also want to take ownership of that die. Please see details of purchase attached.

Thank you for your help!

Respectfully,

Carla Rowell
301-757-6830
Carla.rowell.ctr@navy.mil

-----Original Message-----
From: Molly Hall [mailto:mhall@eaglesystemsinc.com]
Sent: Wednesday, June 06, 2018 10:38 AM
To: Rowell, Carla R CTR NAVAIR <carla.rowell.ctr@navy.mil>
Subject: [Non-DoD Source] FW: Send data from MFP11368997 06/06/2018 09:28

2nd Northwest Mint invoice information

-----Original Message-----
From: Toshiba Copier
Sent: Wednesday, June 6, 2018 9:29 AM
To: Molly Hall <mhall@eaglesystemsinc.com>
Subject: Send data from MFP11368997 06/06/2018 09:28

Scanned from MFP11368997
Date:06/06/2018 09:28
Pages:8
Resolution:200x200 DPI
----------------------------------------

Baker_00005832



# Purchase Order



| VENDOR: Northwest Territorial Mint | Ship To: |
|---|---|
| 80 Airpark Vista Blvd | Eagle Systems, Inc. |
| Dayton, NV 89403 | 22560 Epic Dr. |
| 1-775-461-7331 | 1-California, MD 20619 |
| 775-246-6008 - FAX | |
| POC - Debi Davis | |
| Requested by: Kelly Goldsborough | Approved by: Carla Rowell |
| Contract Number: | Classification: Material |

| Item No. | Item Description | Quantity | Unit Price | Total Price | Due Date |
|---|---|---|---|---|---|
| | Boxes | 25 | $5.50 | $137.50 | |
| | Dye (NAVAIR PMA260) | 1 | $150.00 | $150.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |

| Sub Total | | $287.50 |
|---|---|---|
| Coupon | | |
| Tax | 6% | |
| Shipping | | |
| Grand Total | | $287.50 |

Required Delivery:
Payment Terms: c/c 6593
Comments:

| Vendor Authorized to Proceed to a Limit of: | $287.50 |
|---|---|
| | |

*All invoices must include Purchase Order No. and be
mailed to:*
*Eagle Systems, Inc.*
*P.O. Box 351*
*California, MD 20619*
*Attn: Accounts Payable*
*301-863-2453 / 301-863-0435 Fax*

Eagle Systems, Inc. is an equal Opportunity Employer, has no segregated facilities,
and complies with the regulations set forth in Executive Order 11246; the Vietnam
Era Veterans Readjustment Assistance Act of 1974; and Section 503 of the
Rehabilitation Act of 1973. All contractors, subcontractors and vendors of Eagle
Systems, Inc. in the acceptance of this Purchase Order are to comply fully with the
above regulations.

Form 3004.2 Purchase Order
March 29, 2010

Baker_00005833



# NORTHWEST TERRITORIAL MINT LLC
### dba MEDALLIC ART COMPANY
80 Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

4402-001-049

## *Invoice*

Sold To: Eagle Systems Inc.
PO Box 351
California, MD 20619
United States

Ship To: Eagle Systems Inc.
22560 Epic Drive
California, MD 20619
United States

| | | | |
|---|---|---|---|
| Invoice Number: | 224571 | Salesman: | Marty Colwell |
| Invoice Date: | 07/26/10 | Terms: | Payable On Receipt |
| Customer: | EAGLESYSTEM | Packing List: | 224571 |
| Order No: | 215689 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|------|----------|-------------|----------|-----------|--------|
| 1 | 25 | 01610 - 50MM BLUE LEATHERETTE COMPLETE - CUSTOM GOLD FOIL STAMPED (NAVAIR / PMA 260) | | $5.50 / EA | $137.50 |
| 2 | 1 | BOX DIE - NEW BOX DIE WITH PERSONALIZED INFORMATION FOR SLEEVE & PUFF - NAVAIR / PMA260 | | $150.00 / EA | $150.00 |

| | |
|---|---|
| Sub-total: | $287.50 |
| Sales Tax: | $0.00 |
| Shipped Via Fed Ex-Cust. Acct.#: | $0.00 |
| Invoice Total: | $287.50 |
| Paid To Date: | -$287.50 |
| Balance Due: | $0.00 |

Page 1 of 1

Baker_00005834

# Receipt

Northwest Territorial Mint -in house
1307 W. Valley Hwy North
Auburn WA 98001
2538337780

**Description:**
Transaction Date: 8/9/2010 1:04:32 PM
Transaction ID: 71189233
Transaction Status: Approved
Authorization Code: 00561S
Type : SALE
Card Number: XXXX6593
Amount: $287.50
Invoice: 215689

Customer ID: EAGLESYSTEM

**Billing Information**
Lynda Johnson
Eagle Systems Inc
P O Box 351
California MD
20619
301-863-2453

**Shipping Information**

**Customer Notes:**

Baker_00005835



**Bank of America**



upromise

*4902-001-049*
*Northwest Territory*

LYNDA A JOHNSON
Account Number: ▮▮▮▮▮▮
July 20 - August 18, 2010

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

**Customer Service:**
1.877.736.0517

(1.800.346.3178 TTY)

## Payment Information

▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to **$35.00.**

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | ▮▮ ▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮ ▮ | ▮▮▮▮▮▮ ) |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Transactions

| Transaction Date | Posting Date | Description | | Reference Number ▮▮ | | ▮▮▮ | ▮▮ |
|---|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | | ▮ | ▮ | ▮▮▮ | |
| | | | | | | | ▮▮▮ |

▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮ ▮▮ ▮ ▮ ▮

▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

իլիկիսկիորիիննիկիրիսկիսիկիորիկությ

LYNDA A JOHNSON
PO BOX 351
CALIFORNIA MD 20619-0351

կլիսկիկիկիկիկիկիկիկիկիկիկիկիկիկիկ

Account Number: ▮▮▮ ▮▮▮ ▮▮▮

New Balance Total ................................................ ▮▮▮
Minimum Payment Due ......................................... ▮▮▮
   Payment Due Date  .................................................09/15/10

Enter payment amount  $ _____

☐ *Check here for a change of mailing address or phone numbers.*
*Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: Bank of America





## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | | | |
|---|---|---|---|---|---|---|



08/09　10　NORTHWEST TERRITORIQPS 2538337780　WA4YO2-001-049 4108

## 2010 Totals Year-to-Date

## Interest Charge Calculation

| | | | | | Subject to Interest Rate | Charges by Transaction Type |
|---|---|---|---|---|---|---|

Baker_00005837



Sign Off

Search   Locations   Mail   Help

**Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service**



Return to Pay Bills

**Secure Area**

Accounts · Bill Pay & e-Bills · Transfer Funds · Investments · Customer Service
Search · Locations · Mail · Help · Site Map · Sign Off

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2010 Bank of America Corporation. All rights reserved.



# Kelly Goldsborough

**From:** Weaver, Patrick S. CIV COMNAVAIRSYSCOMPATUXENTRIVERMD PMA-260D2
[patrick.weaver@navy.mil]
**Sent:** Tuesday, July 06, 2010 11:15 AM
**To:** Carla Rowell
**Cc:** Kelly Goldsborough; Burdett, Ronnie M CTR GDIT CNASC PAX RIVER MD
**Subject:** RE: 4304 4Y02 Purchase
**Signed By:** patrick.weaver@navy.mil

ok

-----Original Message-----
From: Carla Rowell [mailto:crowell@eaglesystemsinc.net]
Sent: Tuesday, July 06, 2010 9:52 AM
To: Weaver, Patrick S. CIV COMNAVAIRSYSCOMPATUXENTRIVERMD PMA-260D2
Cc: Kelly Goldsborough; Carla Rowell; Burdett, Ronnie M CTR GDIT CNASC PAX RIVER MD
Subject: 4304 4Y02 Purchase

Pat,
Request authorization to purchase boxes and a dye for the PMA260 coins.
Est. cost is $300.

Kelly,
Once we have approval from Pat, Ron will place the order over the phone. Can you please
follow up with credit card information as you did with the coins?

Thanks!
Carla

-----Original Message-----
From: Burdett, Ronnie M CTR GDIT CNASC PAX RIVER MD [mailto:ronnie.burdett@navy.mil]
Sent: Tuesday, July 06, 2010 9:13 AM
To: Carla Rowell
Subject: Coin Boxes

Carla:
I spoke with Captain Belcher about the boxes for the coins, he likes the blue box from
Northwest Mint where we are getting the coins. The boxes cost $5.50 each and we need to buy
a box dye. Captain Belcher only wants a few of these boxes as he will use them for special
occasions only.

The box Dye will be as follows;
    NAVAIR
    PMA260
That will be imprinted on the box and also inside on the white tufted material.

The box dye is $150.00  (one time cost only) The minimum order is 25 each and that's what
we'll order = $137.50

Total order will be $287.50

V/R
Ron Burdett
(301) 757-6894

Baker_00005839



# NORTHWEST TERRITORIAL MINT LLC

## *Packing List*

**Bill** Eagle Systems Inc.
**To:** PO Box 351
California, MD 20619
United States

**Ship** Eagle Systems Inc.
**To:** 22560 Epic Drive
California, MD 20619
United States

| | |
|---|---|
| **Shipment No:** 224571 | **Customer Code:** EAGLESYSTEM |
| **Shipment Date:** 07/26/10 | **Phone:** (301) 863-2453 |
| **Ship Via:** Fed Ex-Cust. Acct.# | |
| **Order Number:** 215689 | **Terms:** Payable On Receipt |
| **Order Date:** 07/20/10 | |

USE CUSTOMER FEDEX ACCT # ■■■■■

Charge card ending in 6593 after shipping

| Item | Open | Shipped | Back Ord | Canceled | Unit | Description | Revision | Job Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 25 | 25 | 0 | | EA | 01610 50MM BLUE LEATHERETTE COMPLETE - CUSTOM GOLD FOIL STAMPED (NAVAIR / PMA 260) | | 215689-01 |
| 2 | 1 | 1 | 0 | | EA | BOX DIE NEW BOX DIE WITH PERSONALIZED INFORMATION FOR SLEEVE & PUFF - NAVAIR / PMA260 | | 215689-02 |

Packing Clerk's Initials
NORTHWEST TERRITORIAL MINT LLC

Received In Good Order By
Eagle Systems Inc.

Page 1 of 1

Baker_00005840

| **From:** | jared.grove@groveminting.com |
| **Sent:** | Friday, June 8, 2018 7:22 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Grove Minting Company die invoices |
| **Attach:** | GroveMinting2011_ReturnedDi.jpg; GroveMinting2012.jpg; GroveMinting2013.jpg; GroveMinting2014.jpg; GroveMinting2015PackingSlip.jpg |

Dear Jennifer,

Included are invoices I was able to locate from 2011 through 2015. (will follow up with 2016/2017 in a separate email)

Of Note: The 2011 attachment is for the return shipment of those dies at $20. We already have our 2011 dies in our possession.

The 2012 through 2014 attachments call out the die numbers as mentioned in my first correspondence.
The 2015 attachment differs as it is the packing slip, but does call out the combined part number for those the dies.
I will follow up again with the 2016 and 2017 original invoicing when located, if necessary.

Regards,

Jared


Jared Grove
Founder & CEO
Grove Minting Company
www.groveminting.com

Baker_00005841



# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

Sold To: Grove Minting Company

Ardmore, PA 19003
United States

Ship To: Grove Minting Company
c/o Jared Grove
PO Box 188
Ardmore, PA 19003
United States

| Invoice Number: | 472658 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 07/03/13 | Terms: | Payable On Receipt |
| Customer: | GROVEMINTING | Packing List: | 472658 |
| Order No: | 454602 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | J 14 57 - 3D Custom Coining Die (18mm): Grove Minting Company - 1/10 Grove Eagle<br>DIE RETURNED PER CUSTOMER'S REQUEST | | $0.00 / EA | $0.00 |
| 2 | 1 | J 14 58 - 3D Custom Coining Die (18mm): Grove Minting Company - One Tenth Grove Minting Company<br>DIE RETURNED PER CUSTOMER'S REQUEST | | $0.00 / EA | $0.00 |

| | |
|---|---|
| Sub-total: | $0.00 |
| Sales Tax: | $0.00 |
| Shipped Via United States Postal Service: | $20.00 |
| *Invoice Total:* | *$20.00* |
| *Paid To Date:* | *$0.00* |
| *Balance Due:* | *$20.00* |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00005842



# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

Sold To: Grove Minting Company

Ardmore, PA 19003
United States

Ship To: Grove Minting Company
c/o Jared Grove
PO Box 188
Ardmore, PA 19003
United States

| Invoice Number: | 388171 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 08/23/12 | Terms: | Credit Card |
| Customer: | GROVEMINTING | Packing List: | 388171 |
| Order No: | 366514 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1,000 | MC07121205 - 25mm Copper Proof-Like Coin Packaged in Poly Bag 1854-Flying Eagle / Grove Minting Company-Crest | | $4.00 / EA | $4,000.00 |
| 3 | 1 | K 5 59 - 3D Custom Coining Die (25mm): 1854 / Flying Eagle NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $750.00 / EA | $750.00 |
| 4 | 1 | K 5 60 - 3D Custom Coining Die (25mm): Grove Minting Company / Crest NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $750.00 / EA | $750.00 |

| | |
|---|---|
| Sub-total: | $5,500.00 |
| Sales Tax: | $0.00 |
| Shipped Via United States Postal Service: | $167.44 |
| Invoice Total: | $5,667.44 |
| Paid To Date: | $0.00 |
| Balance Due: | $5,667.44 |

Payment not received within the terms as listed on invoice will result in an additional charge of 1.5% per month, 18% per annum. In addition the customer is responsible for costs of collection including reasonable attorneys fees incurred in the collection process.

Baker_00005843



# NORTHWEST TERRITORIAL MINT LLC
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

## *Invoice*

Sold To: Grove Minting Company

Ardmore, PA 19003
United States

Ship To: Grove Minting Company
c/o Jared Grove
PO Box 188
Ardmore, PA 19003
United States

| Invoice Number: | 449887 | Salesman: | Marty Colwell |
|---|---|---|---|
| Invoice Date: | 04/18/13 | Terms: | Credit Card |
| Customer: | GROVEMINTING | Packing List: | 449886 |
| Order No: | 422011 | | |

PAID $13521.58 BY CREDIT CARD ON 02-28-13 SC
Paid $119.09 with credit card on 04/19/13

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | L 1 26 - 3D Sculpted Custom Coining Die (30mm): Liberty 1877 NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $1,500.00 / EA | $1,500.00 |
| 2 | 1 | L 1 27 - 3D Custom Coining Die (30mm): Grove Minting Company Crest with Assay NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $750.00 / EA | $750.00 |
| 3 | 250 | SILVER - OUNCES OF SILVER FOR CUSTOM COIN ORDER | | $29.21 / EA | $7,302.50 |
| 4 | 500 | MC02271301 - 30mm 1/2 Troy Ounce .999 Silver Proof Struck Coin, Encapsulated 1877 Liberty / Grove Minting Company Crest with Assay (Strike Fee & Capsule Only) | | $7.50 / EA | $3,750.00 |
| 5 | 1 | SURCHARGE - 3 % SURCHARGE FOR PAYING WITH CREDIT CARD. | | $219.08 / EA | $219.08 |
| 7 | 10 | 01601 - 39MM BLACK LEATHERETTE COMPLETE INSTALL P/N MC02271301 CAPSULE & BEZEL ON SEPARATE LINE ITEM OF ORDER | | $5.00 / EA | $50.00 |

| | |
|---|---|
| Sub-total: | $13,571.58 |
| Sales Tax: | $0.00 |
| Shipped Via United States Postal Service: | $69.09 |
| Invoice Total: | $13,640.67 |
| Paid To Date: | -$13,640.67 |

Baker_00005844



**NORTHWEST TERRITORIAL MINT LLC**
dba MEDALLIC ART COMPANY
80 E. Airpark Vista Blvd.
Dayton, NV 89403
Phone: 775-246-6000
Fax: 775-246-6006

### *Invoice*

Sold To: Grove Minting Company

Ardmore, PA 19003
United States

Ship To: Grove Minting Company
c/o Jared Grove
PO Box 188
Ardmore, PA 19003
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 487901 | **Salesman:** | Marty Colwell |
| **Invoice Date:** | 09/04/13 | **Terms:** | Credit Card |
| **Customer:** | GROVEMINTING | **Packing List:** | 487898 |
| **Order No:** | 456464 | | |

PAID $17050.00 BY CREDIT CARD ON 07-11-13 SC
Paid $113.56 with credit card on 09/05/13

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | L 3 88 - 3D Sculpted Custom Coining Die (39mm): 2014 / Woman with Eagle, Sword & Shield 1872 NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $1,500.00 / EA | $1,500.00 |
| 2 | 1 | L 3 89 - 3D Sculpted Custom Coining Die (39mm): 2014 / Grove Minting Co Crest .999 Silver One Trade Dollar NOT SHIPPED, TO BE ARCHIVED @ NWTM FACILITY | | $1,500.00 / EA | $1,500.00 |
| 3 | 500 | MC07111302 - 39mm One Troy Ounce .999 Silver Proof-Struck Coin, Encapsulated 2014 Design - Woman with Eagle, Sword & Shield 1872 / Grove Minting Co Crest .999 Silver One Trade Dollar (Spot $20.02 + Stike-Capsule $7.48) | | $27.50 / EA | $13,750.00 |
| 4 | 1 | SURCHARGE - 3 % SURCHARGE FOR PAYING WITH CREDIT CARD. | | $300.00 / EA | $300.00 |

| | |
|---|---|
| Sub-total: | $17,050.00 |
| Sales Tax: | $0.00 |
| Shipped Via United States Postal Service: | $113.56 |
| *Invoice Total:* | *$17,163.56* |
| *Paid To Date:* | *-$17,163.56* |
| *Balance Due:* | *$0.00* |

Baker_00005845