| From: | Tim Nagel <timnagelis@hotmail.com> |
|---|---|
| Sent: | Monday, July 2, 2018 8:49 PM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | Re: Correction to information provided in response to inquiry regarding Northwest Territorial Mint Dies |

Perfect ... thanks.... I will give you a call next week .... I'm not in a calling service area at the time ....

Regards
 Tim Nagel
<*((((>€

On Jun 27, 2018, at 7:33 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

> Hi Tim,
>
> If you would like I can get the die pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.
>
> Your die numbers are,
> 9 56, M 9 57, M 9 58, M 9 59
>
> Please call Alyssa Rainey at 775-461-7341 to discuss the shipping details for the return of your dies.
>
> Thank you -
> Jenifer Baker

**From:** Tim Nagel [mailto:timnagelis@hotmail.com]
**Sent:** Wednesday, June 20, 2018 3:41 PM
**To:** Jenifer Baker
**Subject:** Re: Correction to information provided in response to inquiry regarding Northwest Territorial Mint Dies

So what documentation is required for me to take possession on my dies .... I truly was under the impression that I owned the dies.... I do feel at the 400.00 usd each I already paid was my price ... other mints had no charge to make up the dies ....when news of the bankruptcy surfaced .... there was discussion on how and when I could get possession of the dies .... seeing as my dies are unique to my silver bars .... they are only good for me and I hold the copyright of any bars produced .... if any one else produces one silver bar using my dies  .. then my attorney will be my next step....  I was truly shocked to hear the 300.00 price per die .... and if that's going to be how you are moving forward ... then I think I need that appointment with my lawyer .... don't forget all my business and money paid transpired after nwtm declared bankruptcy ...so the trustee is well aware of the business I had with NWTM .... . and was kept in the dark about the bankruptcy until 2 months after

Regards
 Tim Nagel

On Jun 20, 2018, at 2:56 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

Baker_00005872

Dear Tim,

I am reaching out to correct an error in our last email communication to you. In it, we erroneously stated that the "court has determined that NWTMINT retained ownership of all NWTM dies." This statement was incorrect. The court has made no determination as to the ownership of NWTM dies. Per the previous written notice that you received, it is the Trustee's belief that with limited exceptions, NWTM retained ownership of all NWTM Dies created to produce coins, medallions, or other products for customers. The Trustee has received numerous communications from customers that believe that they own dies. To date, the court has made no determinations or rulings as to ownership of any NWTMINT dies. The court has authorized the trustee to settle disputed claims of ownership, but has not approved a settlement amount. At the current time, the Trustee is willing to settle claims of ownership for $300/die, an amount that is subject to negotiation. If documentation exists that establishes that a customer owns a die, the Trustee will return that die to the customer for cost of shipping.

We apologize for any confusion which our email caused.

Baker_00005873

| **From:** | Callanan, Christa <callanac@seattleu.edu> |
|---|---|
| **Sent:** | Monday, July 2, 2018 9:50 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | RE: Die Recovery Request Form |

Jennifer -
YES! That is exactly it! Minus the color.

Christa Callanan | Assistant Director of Donor Relations and Stewardship
SEATTLE UNIVERSITY | OFFICE OF ADVANCEMENT
901 12th Avenue, Seattle, WA 98122
Office: (206) 296-6965 | callanac@seattleu.edu

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Monday, June 25, 2018 4:21 PM
To: Callanan, Christa <callanac@seattleu.edu>
Subject: RE: Die Recovery Request Form

Christa - can you tell me if the attached image looks like the medallion you have ordered?

-----Original Message-----
From: Callanan, Christa [mailto:callanac@seattleu.edu]
Sent: Wednesday, June 20, 2018 3:25 PM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Hello, Jenifer -
After contacting several people within the University, nobody can seem to locate an invoice or other communication from what was probably 10-12 years ago. At that time they didn't really keep electronic copies of things and if there was still record of an invoice it is "probably in some box in a basement or attic somewhere around the university."

Do you have any records at all of having worked with Seattle University's Joe Phillips in the Albers College of Business and Economics? I hear that he may have been the one who placed the original order.

Or, perhaps this isn't the medal that was ordered through your company. Perhaps the medallion that we use is from a different company and perhaps the die you have isn't for the same medallion we are thinking it is from?

Any leads/thoughts you may have would be great - thank you!
Christa

Christa Callanan | Assistant Director of Donor Relations and Stewardship SEATTLE UNIVERSITY | OFFICE OF ADVANCEMENT
901 12th Avenue, Seattle, WA 98122
Office: (206) 296-6965 | callanac@seattleu.edu

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Thursday, June 14, 2018 12:29 PM
To: Callanan, Christa <callanac@seattleu.edu>
Subject: RE: Die Recovery Request Form

HI Christa,

I appreciate the image. I am still not finding anything in my system. If you have any documentation from previous invoices that you could send over that would be much appreciated. I will continue to look for the die and customer information.

Thank you -
Jenifer Baker

-----Original Message-----
From: Callanan, Christa [mailto:callanac@seattleu.edu]
Sent: Tuesday, June 12, 2018 8:43 AM
To: Jenifer Baker
Subject: RE: Die Recovery Request Form

Hi Jenifer -
Thanks so much for your quick reply.
Attached is a photo of the medal - I am still trying to locate invoices. There has been quite a bit of turn over in the past years!
I am uncertain as to when the medals may have been purchased. Perhaps in the range of 2007-08 looking at some of the medals.

I look forward to hearing from you.
Christa

Christa Callanan | Assistant Director of Donor Relations and Stewardship SEATTLE UNIVERSITY | OFFICE OF ADVANCEMENT
901 12th Avenue, Seattle, WA 98122
Office: (206) 296-6965 | callanac@seattleu.edu


-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Monday, June 11, 2018 7:12 AM
To: Callanan, Christa <callanac@seattleu.edu>
Subject: FW: Die Recovery Request Form

Christa,

I have received your request for the die ownership. I am not finding any previous invoices in my systems for the Seattle University. Do you have an image of the medal you could email over to me? Do you have any idea when the last time the medals were produced

Thank you -
Jenifer Baker

Baker_00005875

From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 3:41 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Christa

last-name: Callanan

address1: 901 12th Ave. Admin. 120

address2: PO Box 222000

city: Seattle

state: WA

zip: 98122-1090

country: US

email: callanac@seattleu.edu

phone: 206-296-6965

company: Seattle University

company-address1: 901 12th Ave. Admin. 120

company-address2: PO Box 222000

company-city: Seattle

company-state: WA

company-zip: 98122-1090

company-country: US

die-count: 1

comment: Hello, It has been some time since we have used the die for medallions and the history of the orders and people ordering has been lost. I am working to see if we can find proof of ownership either through an old invoice or communication of some type. It is a medallion for Seattle University, ordered through the University Advancement Office years ago for presentation to our endowed chairs. It is a die of our University Seal. We had thought it lost because we couldn't find who had cast the die and made the medals and were going to have to discontinue the use of the medals. Thanks so much for any information you can provide.

| From: | Jim Haga <admin@libertywarbirds.com> |
|---|---|
| **Sent:** | Monday, July 2, 2018 11:32 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Cc:** | Alyssa Rainey <Alyssa.Rainey@medallic.com> |
| **Subject:** | RE: Die Recovery Request Form |

Hi Jenifer and Alyssa-

Liberty War Birds UPS account ████████

Shipping address:

500 Airport Rd, Ste T
Lititz, PA. 17543

Thanks,
Jim Haga

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Friday, June 29, 2018 12:45 AM
To: admin@libertywarbirds.com
Cc: Alyssa Rainey <Alyssa.Rainey@medallic.com>
Subject: FW: Die Recovery Request Form

Mr. Haga,

We will need to charge you for the shipping of $45.00, unless you have a UPS
account you would like me to use.

You die number is,
K 5 92
K 5 93

Please call Alyssa Rainey at 775-461-7341 to discuss the shipping details
for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 20, 2018 9:50 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: James

last-name: Haga

address1: 1440 N. Red Maple Way

city: Downingtown

state: PA

zip: 19335

country: US

email: admin@libertywarbirds.com

phone: 610-764-7602

company: Liberty War Bird Association, Inc.

company-address1: 500 Airport Road

company-address2: Suite T

company-city: Lititz

company-state: PA

company-zip: 17543

company-country: US

die-count: 2

Baker_00005878

| **From:** | Lance Geeck <lance.geeck@rsfm.net> |
|---|---|
| **Sent:** | Monday, July 2, 2018 8:02 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | RE: Die Recovery Request Form |
| **Attach:** | 192417_RANCHO SANTE FE MINING COMPANY.PDF |

Jenifer,
Attached is a copy of the invoice as requested.
Thanks
Lance


-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Monday, July 2, 2018 7:56 AM
To: Lance Geeck <lance.geeck@rsfm.net>
Subject: FW: Die Recovery Request Form

Good Morning Mr. Geeck,

I have received your request regarding the die ownership transfer. In order to find your account, I will need you to send me over the invoice when the dies were cut. If you don't have the original invoice, could you please send me over the most recent invoice?

Thank you-
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Saturday, June 23, 2018 2:46 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Lawrence

last-name: Geeck

address1: 9655 Granite Ridge Dr

address2: Suite 200

city: San Diego

state: CA

zip: 92123

country: US

email: lance.geeck@rsfm.net

Baker_00005879

phone: 858-717-8090

company: Rancho Santa Fe Mining, Inc

company-address1: 9655 Granite Ridge Dr

company-address2: Suite 200

company-city: San Diego

company-state: CA

company-zip: 92123

company-country: US

die-count: 2

Baker_00005880



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:** 192417

## Pro-Forma Invoice

**Sold To:**

RANCHO SANTE FE MINING COMPANY
ATTN: LANCE GEECK
500 N RAINBOW BLVD
SUITE 300
LAS VEGAS NV 89107

**Ship To:**

RANCHO SANTE FE MINING COMPANY
ATTN: LANCE GEECK
500 N RAINBOW BLVD
SUITE 300
LAS VEGAS NV 89107

| | | | |
|---|---|---|---|
| Order Date: | 10/23/2017 | Sales Person: | Russell Wilson |
| Contact: | RANCHO SANTE FE MINING | Phone: | 702-359-0959 |
| Customer ID: | 152082 | Email: | lance.geeck@rsfm.net |
| Terms: | Due on receipt of Inv. | Ship Via: | UPS Ground |
| PO Number: | | Due Date: | 12/4/2017 |

DATE IN HANDS 12/4/2017

Precious Metal Purchases
Prices are based on the spot price of the metal and are good for today only, 10/23/2017
To lock in these prices the funds must be received by Northwest Territorial Mint by 4:00 PST on 10/25/2017
We accept wire transfers, cashier?s checks and debit cards.
If paying by a debit card, there will be a 3.25% surcharge on the cost of the metal.

Total funds required to lock this price in is the Spot Price+ cost to ship silver x Troy ounces: $4,462.50

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 250.00 | RW10231702 | / | 39MM PROOF-LIKE SILVER MEDALLION, NO COLOR BOTH SIDES, OBVERSE (N 5 39) REVERSE (N 5 40) DOUBLE BAR EDGE, EDGEMARKED @ 12 O'CLOCK "MADE IN USA" @ 6 O'CLOCK ".999 FINE SILVER" - RSF WATER LILIES | $10.00 | $2,500.00 |
| 2 | 1.00 | N 5 39 | / | NEW DIE- OBVERSE COLLAR 39MM WATER LILIES- RSF WATER LILIES | $1,800.00 | $1,800.00 |

Baker_00005881



# NORTHWEST TERRITORIAL MINT LLC

Remit To:

P.O. Box 2148

Auburn, WA 98071

Phone: 800-344-6468

Fax: 253-735-2210

**Sales Order:**    **192417**

## Pro-Forma Invoice

| Line | Qty | Part Number | / | Description | Unit Price | Amount |
|------|-----|-------------|---|-------------|-----------|--------|
| 3 | 1.00 | N 5 40 | / | NEW DIE- REVERSE COLLAR -39 MM LIMITED EDITION WATER LILIES - FOR RSF WATER LILIES | $900.00 | $900.00 |
| 4 | 250.00 | 03105 | / | CAPSULE, 39MM DIRECT FIT SET (H39) | $0.75 | $187.50 |
| 5 | 250.00 | 11101 | / | .999 FINE SILVER | $17.85 | $4,462.50 |
| 6 | 250.00 | 04131 | / | STANDARD POLY BAG | $0.00 | $0.00 |
| | 1 | | | Credit Card Payment Charge | $156.19 | $156.19 |
| | 1 | | | Shipping & Handling | $32.30 | $32.30 |
| | 1 | | | Sales Tax | $828.18 | $828.18 |

|  |  |
|--|--|
| Line Total: | $9,850.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $1,016.67 |
| ***Order Total*** | **$10,866.67** |

Baker_00005882

Jenifer,
Attached is our first purchase from Northwest territorial mint. It has the charge for the construction of the dies listed as well as our first 25 knives.

Nick Palermo
(D) 253-798-3043|(C) 253-377-8063| Nick.Palermo@piercecountywa.gov




-----Original Message-----
From: Nick Palermo
Sent: Thursday, June 28, 2018 7:03 PM
To: Jenifer Baker <Jenifer.Baker@medallic.com>
Subject: Re: Die Recovery Request Form

Yes we should. I will check when I am back in the office on Monday.

Sent from my iPhone

> On Jun 28, 2018, at 5:51 PM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Hi Nick,
>
> Do you have any previous invoicing for the purchase of the die tooling?
>
> Thank you-
> Jenifer Baker
>
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Monday, June 18, 2018 8:37 AM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: Palermo
>
> last-name: Nick
>
> address1: 10311 Chambers Creek Road
>
> city: University Place
>

> state: WA
>
> zip: 98467
>
> country: US
>
> email: Nick.Palermo@piercecountywa.gov
>
> phone: 253-798-3043
>
> company: Pierce County Planning and Public works
>
> company-address1: 10311 Chambers Creek Road
>
> company-city: University Place
>
> company-state: WA
>
> company-zip: 98467
>
> company-country: US
>
> die-count: 2
>
> comment: Please contact me if you have any questions or need further information.
> Thanks,
> Nick
>
>
>

Baker_00005884



# NORTHWEST TERRITORIAL MINT LLC
PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## *Invoice*

**Sold To:** Pierce County Public Works
10311 Chambers Creek Rd. W.
Attn: Howard Wellman
University Place, WA 98467-1040
United States

**Ship To:** Pierce County Public Works
, WA
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 112461 | **Salesman:** | Andrea Alberts |
| **Invoice Date:** | 12/09/08 | **Terms:** | Payable On Receipt |
| **Customer:** | PCPUBLICWORK | **Packing List:** | 112461 |
| **Order No:** | 117423 | **PO Number:** | 894343 |

"Collections ERI"

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | H 7 72 - H 7 72 Pierce County Publice Works Large Knife Obverse Die, not shipped, archived at NWT Mint | | $750.00 / EA | $750.00 |
| | 1 | H 7 73 - H 7 73 Pierce County Public Works Montage Reverse Large Knife Die, not shipped, archived at NWT Mint | | $750.00 / EA | $750.00 |

| | |
|---|---|
| **Sub-total:** | $1,500.00 |
| **Sales Tax:** | $0.00 |
| **Shipped Via WILL CALL:** | $0.00 |
| **Invoice Total:** | *$1,500.00* |
| **Paid To Date:** | *$0.00* |
| **Balance Due:** | *$1,500.00* |

APPROVED FOR
PAYMENT

402. 300 7400 53550 $8.00.00

Baker_00005885



# NORTHWEST TERRITORIAL MINT LLC

PO Box 2148 Auburn, WA 98071
1307 W VALLEY HWY N STE 101
Auburn, WA 98001
Phone: 800-344-6468
Fax: 253-735-2210

## *Invoice*

Sold To: Pierce County Public Works
10311 Chambers Creek Rd. W.
Attn: Howard Wellman
University Place, WA 98467-1040
United States

Ship To: Pierce County Public Works
, WA
United States

| Invoice Number: | 136838 | Salesman: | Andrea Alberts |
|---|---|---|---|
| Invoice Date: | 04/02/09 | Terms: | Payable On Receipt |
| Customer: | PCPUBLICWORK | Packing List: | 136838 |
| Order No: | 135982 | PO Number: | 922887 |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 25 | AA03190902 - 3.875" x 1.1875" Antique Nickel Large Lock Back Knife for Pierce County Public Works Obverse Die: H 7 72 Reverse Die: H 7 73 | | $36.75 / EA | $918.75 |

| | |
|---|---|
| Sub-total: | $918.75 |
| Sales Tax: | $0.00 |
| Shipped Via WILL CALL: | $0.00 |
| *Invoice Total:* | *$918.75* |
| *Paid To Date:* | *$0.00* |
| *Balance Due:* | *$918.75* |



APPROVED FOR PAYMENT

Baker_00005886

Hi Jenifer,

I received the dies last week, so everything is good with that. Our graphics department was wondering if you had the digital files too, so I thought that I would check to see if you were getting involved with that. These were made several years before I and they came along, so we don't happen to have those files on hand.

Thank you very much,

Scott Carter
Fr. Kapaun Guild Coordinator
Kapaun's Men Coordinator
Diocese of Wichita
316-440-1735
carters@CatholicDioceseofWichita.org

-----Original Message-----
From: Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
Sent: Sunday, June 10, 2018 9:18 PM
To: Scott Carter <carters@CatholicDioceseOfWichita.org>
Subject: FW: Die Recovery Request Form

Mr. Carter,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 3 50
H 3 51

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Wednesday, June 06, 2018 1:48 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Scott

last-name: Carter

address1: 424 N. Broadway

city: Wichita

state: KS

zip: 67202

country: US

email: carters@catholicdioceseofwichita.org

phone: 316-440-1735

company: Father Kapaun Guild

company-address1: 424 N. Broadway

company-city: Wichita

company-state: KS

company-zip: 67202

company-country: US

die-count: 2

comment: I am writing in conjunction with Father John Hotze of the Father Kapaun Guild seeking a die that we had made in honor of Father Emil Kapaun, a priest and Army Chaplain. The Father Kapaun Guild seeks to carry on his legacy by sharing his heroic story, maintaining a museum in his honor and pursuing his cause for Canonization within the Catholic Church. The most current die number is H 3 50 and H 3 51 (The originals appear to have been DK06141301 and DK06141302 if I am reading correctly). We have several orders for coins made from the die, but unfortunately our accounting department did not have a copy of the original one when the die was made in 2011. We plan to keep producing the coins. Scott Carter

Baker_00005888

| From: | Harleyngtrain <harleyngtrain@gmail.com> |
|---|---|
| Sent: | Monday, July 2, 2018 8:32 AM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | Re: Die Recovery Request Form |

Jenifer,
Thank you for the update. I will call Alyssa in about 4 hours to arrange for the shipping.

Gabby Dekock

> On Jul 2, 2018, at 07:51, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>
> Good Morning Gabby,
>
> I have received your request for the die ownership transfer. We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.
>
> Your die numbers are,
> D 11 99
>
> Please contact Alyssa Rainey 775-246-6000 to discuss the shipping details for the return of your dies.
>
> Thank you -
> Jenifer Baker
>
> -----Original Message-----
> From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
> Sent: Friday, June 22, 2018 8:25 AM
> To: Jenifer Baker
> Subject: Die Recovery Request Form
>
> The following info was submitted from: http://dierequest.nwtmint.com/
>
> first-name: Gabby
>
> last-name: Dekock/ San Jose Police MERGE UNIT
>
> address1: 3640 Floral Dr
>
> city: Santa Cruz
>
> state: CA
>
> zip: 95062
>
> country: US
>
> email: harleyngtrain@gmail.com
>
> phone: 408-710-6026
>

Baker_00005889

> die-count: 2
>
> comment: Customer Account # 1031158. Part #DM08260503
>
>
>
> <IMG_6475.JPG>

Baker_00005890

| From: | Campbell, Bradford -FS <bcampbell04@fs.fed.us> |
|---|---|
| Sent: | Monday, July 2, 2018 9:47 AM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com>; Mark Calvert <mark@cascadecapitalgroup.com>; Johnson, Barbara A -FS <barbarajohnson@fs.fed.us> |
| Cc: | Lentz, Denise A. <Denise.Lentz@klgates.com> |
| Subject: | RE: Forest Service dies-Minerals and Geology |

Thank you Jenifer. I'll follow up with Barbara as well-



**Brad
Campbell
Area
Geologist
Forest
Service
Oregon
National
Forests
p:
541
-
471
-
6788
bcampbell04@fs.fed.us**
2164
SE
Spalding
Avenue
Grants
Pass,
OR
97526
www.fs.fed.us
USDA

**Caring
for
the
land
and
serving
people**

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Thursday, June 28, 2018 2:12 PM
**To:** Campbell, Bradford -FS <bcampbell04@fs.fed.us>; Mark Calvert <mark@cascadecapitalgroup.com>; Johnson, Barbara A -FS <barbarajohnson@fs.fed.us>
**Cc:** Lentz, Denise A. <Denise.Lentz@klgates.com>
**Subject:** RE: Forest Service dies-Minerals and Geology

Hi Brad,

Thank you for the email. I have reached out to Barbara for payment and will wait for her returned call.

Looking through your account I was able to find 3 dies for the U. S. Forest Services.

Baker_00005891

Die Numbers are: B 5 66 / B 5 79 / G 9 39

Thank you -
Jenifer Baker

---

**From:** Campbell, Bradford -FS [mailto:bcampbell04@fs.fed.us]
**Sent:** Tuesday, June 26, 2018 2:27 PM
**To:** Mark Calvert; Jenifer Baker; Johnson, Barbara A -FS
**Cc:** Campbell, Bradford -FS; Lentz, Denise A.
**Subject:** Forest Service dies-Minerals and Geology

Jenifer,
I spoke with Mr. Mark Calvert this afternoon about dies used by NWTM for the Forest Service, and how I may recover them. Mr. Calvert and I agreed that a sum of three-hundred dollars ($300) will cover the costs of shipping those dies to me at [Brad Campbell; Forest Service, GPIO; 2164 SE Spalding Ave.; Grants Pass, OR 97526] as below.

I explained to Mr. Calvert that the $300 payment would be addressed through Barbara Johnson, listed on this email. Please contact Barbara Johnson for payment. Her phone numbers are: (541) 592-4002 (office), or (541) 589-2142 (cell); email: barbarajohnson@fs.fed.us

If you have any questions, or need additional information, please contact me. Mr. Calvert and Ms. Lentz were both very helpful with this process, which was complicated due to retirements in our agency among other factors. All involved have been helpful and a pleasure to work with in resolving this issue. Thank you-



**Brad
Campbell
Area
Geologist
Forest
Service**
Oregon
National
Forests
**p:
541
-
471
-
6788
bcampbell04@fs.fed.us**
2164
SE
Spalding
Avenue
Grants
Pass,
OR
97526
www.fs.fed.us

USDA

Caring
for
the
land

Baker_00005892

**and
serving
people**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| **From:** | Sarah Gann <skibob2001@yahoo.com> |
| **Sent:** | Monday, July 2, 2018 9:37 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Re: FW: Die Recovery Request Form |

Good morning,
Just following up to see where we are at with this?

V/R,
SARAH J. GANN, 2d Lt, CA ANG
Officer in Charge, 144th Sustainment Flight
Fresno Air National Guard
Office 559.454.5393 (DSN 839)
Cell 559.241.9199
Office sarah.j.gann2.mil@mail.mil
Personal skibob2001@yahoo.com

On Monday, June 4, 2018, 4:09:18 PM PDT, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

Sarah -

Do you have any images for this coin? Looking at your account this looks like a job that was done out of our Graco facility in Texas.

Thank you -
Jenifer

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Sunday, June 03, 2018 4:26 PM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Sarah

last-name: Gann

address1: 1415 Braodway St Apt 104

city: Fresno

state: CA

zip: 93721

country: US

email: skibob2001@yahoo.com

phone: 559-241-9199

die-count: 2

Baker_00005894

| From: | Levey, Elan (USACAC) <Elan.Levey@usdoj.gov> |
|---|---|
| **Sent:** | Monday, July 2, 2018 11:24 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Cc:** | Alyssa Rainey <Alyssa.Rainey@medallic.com> |
| **Subject:** | RE: UPDATED: Northwest Territorial Mint: U.S. District Court, U.S. Bankruptcy Court, Central District of CA |

Hello,
If you are able to ship by fed ex instead of UPS, I should be able to obtain that number quickly and get that to you.
Also, Alyssa, please let me know if you located any additional Dies beyond those that we previously discussed last week.
Thanks very much.

**Elan S. Levey | Assistant United States Attorney**
United States Attorney's Office | Central District of California
300 N. Los Angeles Street | Fed. Bldg., Rm. 7516 | Los Angeles, CA 90012
T: 213.894.3997 | F: 213.894.7819 | elan.levey@usdoj.gov

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** Thursday, June 28, 2018 3:36 PM
**To:** Levey, Elan (USACAC) <elevey@usa.doj.gov>
**Cc:** Alyssa Rainey <Alyssa.Rainey@medallic.com>
**Subject:** FW: UPDATED: Northwest Territorial Mint: U.S. District Court, Central District of CA

Good Afternoon,

We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 4 80
L 11 97
L 4 81

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

**From:** Levey, Elan (USACAC) [mailto:Elan.Levey@usdoj.gov]
**Sent:** Monday, June 25, 2018 4:44 PM
**To:** Gearin, Mike
**Subject:** UPDATED: Northwest Territorial Mint: U.S. District Court, Central District of CA

Mr. Gearin,

As a follow-up to our conversation last week, attached please find documentation evidencing the U.S. District Court, Central District of CA's written documentation of its claim to the Dies. Please note that this documentation was not previously submitted with the online form **and applies only to the U.S. District Court. To clarify, the prior documentation I submitted with the online claim on June 21, 2018 only pertains to the U.S. Bankruptcy Court. This email is intended to supplement the online claim of the U.S. District Court to provide more accurate documentation in**

Baker_00005895

**support of its claim only.**

Further, the U.S. District Court and the U.S. Bankruptcy Court conducted business with the debtor through invoices, purchase orders, sales order acknowledgements and related correspondence.

The Courts desire to retain possession of their Dies. I hope that we can reach an informal resolution to accomplish this result.

I look forward to hearing from you,

Elan Levey
**Elan S. Levey | Assistant United States Attorney**
United States Attorney's Office | Central District of California
300 N. Los Angeles Street | Fed. Bldg., Rm. 7516 | Los Angeles, CA 90012
T: 213.894.3997 | F: 213.894.7819 | elan.levey@usdoj.gov

Please let me know if you have any follow up questions.

Thanks, Pam

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

Ms. Baker,

As directed by the court, our letter was sent via UPS, tracking no.: 1ZAY47700290953506. Please let me know if I need to send it electronically. Thank you.


Lily MacDonald
Supervisory Program Specialist
Department of Homeland Security
Transportation Security Administration
4200 George J. Bean Parkway, Suite 2540
Tampa, Florida 33607
Phone: 813-227-4057
Cell: (813) 235-3627



-----Original Message-----
From: Jenifer Baker <Jenifer.Baker@medallic.com>
Sent: 28 June, 2018 23:43
To: MacDonald, Lily <Lily.Macdonald@tsa.dhs.gov>
Subject: RE: Die Recovery Request Form

Hi Lily,

I don't see anything attached to the email. Could you please resend to me?

Thank you -
Jenifer Baker

-----Original Message-----
From: webmaster@nwtmint.com [mailto:webmaster@nwtmint.com]
Sent: Tuesday, June 19, 2018 6:08 AM
To: Jenifer Baker
Subject: Die Recovery Request Form

The following info was submitted from: http://dierequest.nwtmint.com/

first-name: Lily

last-name: MacDonald

address1: 4200 George J. Bean Parkway

address2: Suite 2540

city: Tampa

state: FL

zip: 33607

country: US

email: lily.macdonald@tsa.dhs.gov

phone: 813-227-4057

company: Transportation Security Administration/Department of Homeland Security

company-address1: 4200 George J. Bean Parkway

company-address2: Suite 2540

company-city: Tampa

company-state: FL

company-zip: 33607

company-country: US

die-count: 2

comment: The dies documented in attached documentation are the property of TSA/DHS. We request these dies be returned to prevent them from being used inappropriately by others. Please contact Ms. Macdonald on this matter.

Baker_00005898

Re: Die 6 12

Hi Jenifer,

As per our email of June 14 the Die was to be sent out per UPS. Can you please send me a tracking number as it has not arrived. Thank you. Regards, Peter von Richter

---

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** June 14, 2018 8:35 PM
**To:** Peter von Richter
**Subject:** RE: Re Die number H 6 12

Hi Peter –

I will get the die pulled and shipped off to you.

Thank you-
Jenifer Baker

---

**From:** Peter von Richter [mailto:pgvr@hotmail.com]
**Sent:** Wednesday, June 13, 2018 10:07 AM
**To:** Jenifer Baker
**Subject:** Re Die number H 6 12

Hi Jenifer.

This is to confirm phone message I left earlier.

Please ship to. Attn; Vic Gallagher, Rani Tool Corp, 320 Troy Circle , Unit C, Knoxville, Tn, 37919
on UPS account ▮▮▮▮▮▮ Thank You. Regards, Peter von Richter

Received the dies today. Thanks


On 6/25/2018 12:41 PM, Jenifer Baker wrote:
> Hi Ross,
>
> We received your payment for the dies. I will have the 2 dies pulled and shipped out to you within the next couple weeks.
>
> Thank you -
> Jenifer Baker
>
> -----Original Message-----
> From: Jenifer Baker
> Sent: Monday, June 11, 2018 12:01 PM
> To: 'Ross Cox'
> Subject: RE: Bankruptcy Albert Pike Medallion
>
> Hi Ross,
>
> I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.
>
> Your die numbers are,
> H 16 15
> H 16 16
>
> Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.
>
> Thank you -
> Jenifer Baker
>
> -----Original Message-----
> From: Ross Cox [mailto:csfarm@centex.net]
> Sent: Friday, June 08, 2018 3:36 AM
> To: Jenifer Baker
> Subject: Bankruptcy Albert Pike Medallion
>
> Please see attached concerning the Albert Pike Medallion.
>
> Thank you.
>
> Ross J. Cox, Sr., Secretary
>
> San Saba Scottish Rite
>
> San Saba, Texas
>

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Thursday, July 5, 2018 5:58 PM |
| To: | 'mkolb@carolina.rr.com' |
| Subject: | Die Ownership Transfer |

Mr. Kolb,

Looking at your invoice and previous order, the dies for your coin come from our import vendor. We do not have access to those dies, however when you are ready to place a reorder I can give you a recommendation.

Sierra Mint
Marty Colwell
Marty.colwell@sierramint.com
775-298-8774

Marty will be able to price new coins for you.

Thank you -
Jenifer baker

Good morning, Jenifer;

My name is Sean Isaacs, and I believe you have been corresponding with my colleague, Bruce McCaffery, to whom you kindly arranged for the return of a pair of our dies.

Bruce is currently overseas, however I thought it pressing to contact you directly concerning the shipment in question which was retrieved by myself yesterday.

While the package did indeed contain our own Alliance Coin & Banknote die (thank you!), I discovered that an entirely unrelated die was sent to Bruce in error, rather than his correct "C2C" die as anticipated.

It is possible to have a second pass at trying to locate his die?

Thank you in advance for any possible advice on this.

Regards,

Sean Isaacs
Alliance Coin & Banknote
88 Mill Street
Almonte, Ontario
K0A 1A0
613-256-6785

| | |
|---|---|
| **From:** | John "Tre'" Kennedy <jkennedy@jekiii.com> |
| **Sent:** | Thursday, July 5, 2018 11:21 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Cc:** | Neu, David <david.neu@klgates.com>; Michelle Carmody Kaplan <michelle@kaplanlawpllc.com> |
| **Subject:** | Re: Die Request |

Jenifer, Mr. Neu said I could speak directly with you as we try and coordinate the location and shipment of our clients dies and associated works. We don't really know what all is available still on sculpts, galvanos, and where the sample strikes are. I know you are somewhat overwhelmed so please let me know the best way for us to coordinate. We still have one client, Heidi Wastweet, who is fairly close and willing to drive to Dayton to help, especially if there are a number of the bigger items that would be very expensive to ship. Also, we would be willing to pay Cathy Swinburg for a day to help you just work on locating our client's items. Please let me know the best way.


John "Tre'" Kennedy
Morley Thomas Law Firm
541.258.3194 - O
503.730.3742 - M

On Mon, Jun 18, 2018 at 9:47 AM, John "Tre'" Kennedy <jkennedy@jekiii.com> wrote:
> Called again this morning. Please call me at 503-730-3742
>
> John "Tre'" Kennedy
> Morley Thomas Law Firm
> 541.258.3194 - O
> 503.730.3742 - M
>
> On Sat, Jun 16, 2018 at 8:01 AM, Jenifer Baker <Jenifer.Baker@medallic.com> wrote:
>> Mr. Kennedy,
>>
>>
>> We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.
>>
>>
>> Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.
>>
>>
>> Thank you -
>>
>> Jenifer Baker

Baker_00005903

**From:** John "Tre'" Kennedy [mailto:jkennedy@jekiii.com]
**Sent:** Wednesday, June 13, 2018 10:58 AM
**To:** Jenifer Baker
**Cc:** Neu, David; Denise.Lentz@klgates.com; Michelle Carmody Kaplan
**Subject:** Die Request

Ms. Baker, this office represents the businesses/individuals listed in the attached die summary. The die summary provides identification of the dies demanded as well as documentation showing their ownership of the requested dies. This email and attachment serves as official notice as required by the Court's order that the businesses/individuals are asserting an interest and ownership of the identified dies, as well as, any associated work, including plasters, extra strikes, sample strikes (specimens) or original artwork. Please contact me as soon as possible to arrange shipping of this material or rejection of this demand so we can make preparations for the hearing on July 17, 2018.

In the event that NWTM will not ship the dies identified herein, please accept this request for information and documents relating to all documentation concerning the ownership of the dies, including all communications with the identified businesses/individuals, invoices, sales quote, or orders, for which NWTM/Trustee will use to assert ownership of the identified dies.

John "Tre'" Kennedy

Morley Thomas Law Firm

541.258.3194 - O

503.730.3742 - M

| | |
|---|---|
| **From:** | Peter von Richter <pgvr@hotmail.com> |
| **Sent:** | Thursday, July 5, 2018 8:35 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Re: Re Die number H 6 12 |

Thank you. Jenifer, Regards, Peter

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** July 5, 2018 11:19 AM
**To:** Peter von Richter
**Subject:** RE: Re Die number H 6 12

Hi Peter,

The die has not shipped yet.  We are working very quickly to get through all the customers die requests.  Once the die has shipped you will receive the tracking notification through UPS.

Thank you-
Jenifer Baker

**From:** Peter von Richter [mailto:pgvr@hotmail.com]
**Sent:** Tuesday, July 03, 2018 11:10 AM
**To:** Jenifer Baker
**Subject:** Re: Re Die number H 6 12

Re: Die 6 12
Hi Jenifer,
As per our email of June 14 the Die was to be sent out per UPS. Can you please send me a tracking number as it has not arrived. Thank you. Regards, Peter von Richter

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** June 14, 2018 8:35 PM
**To:** Peter von Richter
**Subject:** RE: Re Die number H 6 12

Hi Peter –

I will get the die pulled and shipped off to you.

Thank you-
Jenifer Baker

**From:** Peter von Richter [mailto:pgvr@hotmail.com]
**Sent:** Wednesday, June 13, 2018 10:07 AM
**To:** Jenifer Baker
**Subject:** Re Die number H 6 12

Hi Jenifer.
This is to confirm phone message I left earlier.
Please ship to. Attn; Vic Gallagher, Rani Tool Corp, 320 Troy Circle , Unit C, Knoxville, Tn, 37919
 on UPS account ███████ Thank You. Regards, Peter von Richter

Baker_00005905

**From:** Zac Henneman <zachary.j.henneman@basf.com>
**Sent:** Thursday, July 5, 2018 8:50 AM
**To:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Subject:** RE: Transaction Receipt from Northwest Territorial Mint, LLC for $45.00 (USD)

Package received. Thank you very much.

Regards,

Zac


**Dr. Zachary J. Henneman**
Manager RCC/CM - Precious Metals Assay Services Laboratory

Phone: +1 908 624-7537, Mobile: +1 732 275-7986, Email: zachary.j.henneman@basf.com
Postal Address: BASF Corporation, 2655 Route 22 West, 07083 Union, NJ, United States




"Great companies don't hire skilled people and motivate them, they hire already motivated people and inspire them." - Simon Sinek

---

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Wednesday, June 27, 2018 4:33 PM
**To:** Zac Henneman <zachary.j.henneman@basf.com>
**Subject:** RE: Transaction Receipt from Northwest Territorial Mint, LLC for $45.00 (USD)

Zac,

Your package is shipping out today.  The tracking number is 1Z8503XF0349257251.

Thank you for your patience,
Jenifer

---

**From:** Zac Henneman [mailto:zachary.j.henneman@basf.com]
**Sent:** Monday, June 25, 2018 4:25 AM
**To:** Jodi Fields
**Cc:** Jenifer Baker
**Subject:** RE: Transaction Receipt from Northwest Territorial Mint, LLC for $45.00 (USD)

Thank you for the receipt. Are you able to provide a tracking number for the dies?

Thanks.

Zac


**Dr. Zachary J. Henneman**

Manager RCC/CM - Precious Metals Assay Services Laboratory

Phone: +1 908 624-7537, Mobile: +1 732 275-7986, Email: zachary.j.henneman@basf.com
Postal Address: BASF Corporation, 2655 Route 22 West, 07083 Union, NJ, United States



"Great companies don't hire skilled people and motivate them, they hire already motivated people and inspire them." - Simon Sinek

---

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Monday, June 18, 2018 12:15 PM
**To:** Zac Henneman <zachary.j.henneman@basf.com>
**Subject:** Transaction Receipt from Northwest Territorial Mint, LLC for $45.00 (USD)

Order Information

Description:        Transfer of Die Ownership

Invoice Number      207822

| Billing Information | Shipping Information |
|---|---|
| Zachary Henneman | |
| zachary.j.henneman@basf.com | |

                                                    **Total:  $45.00 (USD)**

Payment Information

| | |
|---|---|
| Date/Time: | 18-Jun-2018 9:15:28 PDT |
| Transaction ID: | 40769035062 |
| Payment Method: | MasterCard xxxx2108 |
| Transaction Type: | Purchase |
| Auth Code: | 094353 |

Merchant Contact Information

Northwest Territorial Mint, LLC
Federal WAy, WA 98003
US
jodi.fields@nwtmint.com

Baker_00005907

| | |
|---|---|
| **From:** | John "Tre'" Kennedy <jkennedy@jekiii.com> |
| **Sent:** | Friday, July 6, 2018 12:07 PM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | Contact |

John "Tre'" Kennedy
Morley Thomas Law Firm
541.258.3194 - O
503.730.3742 - M

Baker_00005908

| | |
|---|---|
| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
| **Sent:** | Friday, July 6, 2018 8:07 AM |
| **To:** | 'jstleger@marathonmed.com' |
| **Cc:** | Alyssa Rainey <Alyssa.Rainey@medallic.com> |
| **Subject:** | Die Ownership Transfer |

Mr. St. Leger,

I have received your request for the die ownership transfer. We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Looking through your account records, I have found a total of 9 dies. Your die numbers are,
J 20 19 / J 20 20 / J 20 45 / M 8 62 / M 6 40 / I 9 98 / I 10 81 / I 9 99 / L 2 5

The lapel pin was produced from our import vendor. We do not have access to those dies, however I can give you a referral if you want to have more produced.
Sierra Mint
Marty Colwell
Marty.colwell@sierramint.com
775-298-8774

Please contact Alyssa Rainey 775-246-6000 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

Baker_00005909

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, July 6, 2018 8:05 AM |
| **To:** | 'jsleger@marathonmed.com' |
| **Cc:** | Alyssa Rainey <Alyssa.Rainey@medallic.com> |
| **Subject:** | Die Ownership Transfer |

Mr. St. Leger,

I have received your request for the die ownership transfer.   We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Looking through your account records, I have found a total of 9 dies. Your die numbers are,
J 20 19 / J 20 20 / J 20 45 / M 8 62 / M 6 40 / I 9 98 / I 10 81 / I 9 99 / L 2 5

The lapel pin was produced from our import vendor.  We do not have access to those dies, however I can give you a referral if you want to have more produced.
Sierra Mint
Marty Colwell
Marty.colwell@sierramint.com
775-298-8774

Please contact Alyssa Rainey 775-246-6000 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

Baker_00005910

| **From:** | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| **Sent:** | Friday, July 6, 2018 9:22 AM |
| **To:** | 'jhensley@wichita.gov' |
| **Cc:** | Alyssa Rainey <Alyssa.Rainey@medallic.com> |
| **Subject:** | Die Ownership Transfer |

Hi Jo,

I have received your request for the die ownership transfer.   We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
J 8 48 / F 8 47 / F 8 46 / G 3 80 /  BD0131

The cuff links and tie tacks were produced from our import vendor.  We do not have access to those dies, however I can give you a referral if you want to have more produced.
Sierra Mint
Marty Colwell
Marty.colwell@sierramint.com
775-298-8774

Please contact Alyssa Rainey 775-246-6000 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

Baker_00005911

Jenifer,

Good afternoon. I did call and leave a voice mail with both you and Alyssa regarding the dies for the USS Oklahoma City. We would like to have them and need to know what to do next. Do you bill us or take credit card or do we mail you a check?

The die numbers are as folows:

J 3 99 /  D 2 48

Please advise.   Bob Britton     843-236-4697(H)  or  860-917-7701(C).   Thank you.


robert c. britton

Baker_00005912

| From: | John St. Leger <jstleger@marathonmed.com> |
|---|---|
| Sent: | Friday, July 6, 2018 9:25 AM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | FW: Sales team training |

Hello Jenifer,

Is there someone else I should contact to pay for my shipping fees and arrange shipping?

Thanks.

Best regards,

John

John St. Leger
President



3251 Lewiston Street, Suite 16
Aurora, CO 80011
*Medical Distribution excellence with honor, integrity and urgency*
*Celebrating 16 years of excellence!*
Service Disabled Veteran Owned Small Business
CVE Verified
Email  jstleger@marathonmed.com
Website:  www.marathonmed.com
Toll Free  877-431-4753
Ph    303-339-4305
Cell  303-916-4664
Fax   855-339-4309

**From:** Ashley Flanagan [mailto:aflanagan@nddmed.com]
**Sent:** Friday, July 6, 2018 9:40 AM
**To:** John St. Leger
**Subject:** Automatic reply: Sales team training

Hi,

I am currently out of the office and will have no access to email until I return on Wednesday July 18. If this is urgent, please contact customer service at customerservice@nddmed.com or 978-470-0923.

Best,

Thank you

Ashley Flanagan
Executive Sales Assistant

Baker_00005913