**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Wednesday, June 27, 2018 1:54 PM
**To:** Jenifer Baker
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]
**Importance:** High

Hi Jenifer,

Today I received a box containing all of our dies **except one**. I have attached paperwork and a spreadsheet indicating that the 2013 Lake Tahoe scene (side #2) die was not within the contents of the box.

Can you please look into this for me and advise?

Most appreciated,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132         *5500 Equity Avenue*
**CELL**  (775) 846.0481                  *Reno, Nevada 89502*
**FAX**  (775) 858.8089

  

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

---

**From:** Kathy Peak
**Sent:** Monday, June 11, 2018 3:44 PM
**To:** 'Jenifer Baker' <Jenifer.Baker@medallic.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you.

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132         *5500 Equity Avenue*
**CELL**  (775) 846.0481                  *Reno, Nevada 89502*

FAX (775) 858.8089

  

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Monday, June 11, 2018 3:24 PM
**To:** Kathy Peak <KPeak@dermody.com>
**Cc:** Mandy Bolinder <MBolinder@dermody.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you Kathy. I will be pulling dies tomorrow and will get this request fulfilled.

Jenifer Baker

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Monday, June 11, 2018 8:09 AM
**To:** Jenifer Baker
**Cc:** Mandy Bolinder
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Jenifer,

Our UPS account number for Dermody Properties is 

Please send me a tracking number when available.

Sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

EMAIL  kpeak@dermody.com
DIRECT  (775) 858.8080 x 132         *5500 Equity Avenue*
CELL  (775) 846.0481                 *Reno, Nevada 89502*
FAX  (775) 858.8089

 

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Monday, June 11, 2018 7:06 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Kathy,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 5 89
L 5 29
N 4 52
N 4 53
L 12 11
L 12 12
M 7 10
M 7 11
M 11 36
M 11 37
BOX DIE 0689

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Wednesday, June 06, 2018 3:30 PM
**To:** KPeak@dermody.com
**Cc:** Jenifer Baker
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy,

I honestly do not know as I am not the one processing the requests for NWTM. Jenifer Baker is going to be the one to

answer that question for you.  I have cc'd her on this email.

Thanks,
Denise

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Wednesday, June 06, 2018 3:22 PM
**To:** Lentz, Denise A.
**Subject:** NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Denise,

Northwest Territorial Mint has fabricated an annual commemorative coin for Dermody Properties for the past several years.  I have attached the invoices for the past five years as proof of our die ownership.  I will upload the same information to the link below, but wanted to inquire if there is anything different than this that you need from us in order to have the dies returned to this office.

Sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132        *5500 Equity Avenue*
**CELL**  (775) 846.0481                 *Reno, Nevada 89502*
**FAX**  (775) 858.8089




DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES

---

**Confidentiality Notice:**  The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner.  Thank you.

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]

Baker_00005999

**Sent:** Tuesday, June 05, 2018 11:58 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy,

Thank you for your email. Northwest Territorial Mint is in a Chapter 11 bankruptcy and in the process of liquidation. The document that I emailed yesterday details the process for the Chapter 11 Trustee to settle with customers regarding ownership of dies. If you are interested in a settlement in which the dies are returned to you please submit your information at:

www.dierequest.nwtmint.com

You can also reach out to Jenifer Baker at jenifer.baker@medallic.com or (775) 461-7341 if you have any questions.

Thank you,

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Tuesday, June 05, 2018 9:28 AM
**To:** Lentz, Denise A.
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Hi Denise,

I have tried to ascertain if Northwest Territorial Mint is still functioning via my contact, Marty Colwell, in Dayton, NV. Please advise asap so we can make arrangements to have our coin minted again for 2018. I begin the annual process in July, so I'd appreciate your prompt response.

Most sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132        5500 Equity Avenue
**CELL** (775) 846.0481                Reno, Nevada 89502
**FAX** (775) 858.8089

 

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Tuesday, June 05, 2018 9:25 AM
**To:** Lentz, Denise A. <Denise.Lentz@klgates.com>
**Subject:** IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

| | |
|---|---|
| **From:** | Kathy Peak <KPeak@dermody.com> |
| **Sent:** | Monday, July 9, 2018 9:17 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Subject:** | RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176] |

Thank you.

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132      *5500 Equity Avenue*
**CELL** (775) 846.0481                    *Reno, Nevada 89502*
**FAX** (775) 858.8089

    

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Monday, July 09, 2018 9:16 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy - I will see if I can locate the die and get it sent off to you.

Jenifer

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Wednesday, June 27, 2018 1:54 PM
**To:** Jenifer Baker
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]
**Importance:** High

Hi Jenifer,

Today I received a box containing all of our dies **except one**. I have attached paperwork and a spreadsheet indicating that the 2013 Lake Tahoe scene (side #2) die was not within the contents of the box.

Can you please look into this for me and advise?

Most appreciated,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132          *5500 Equity Avenue*
**CELL**  (775) 846.0481                  *Reno, Nevada 89502*
**FAX**  (775) 858.8089

    

**Confidentiality Notice:**  The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner.  Thank you.

**From:** Kathy Peak
**Sent:** Monday, June 11, 2018 3:44 PM
**To:** 'Jenifer Baker' <Jenifer.Baker@medallic.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you.

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132          *5500 Equity Avenue*
**CELL**  (775) 846.0481                  *Reno, Nevada 89502*
**FAX**  (775) 858.8089

    

**Confidentiality Notice:**  The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner.

Thank you.

---

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Monday, June 11, 2018 3:24 PM
**To:** Kathy Peak <KPeak@dermody.com>
**Cc:** Mandy Bolinder <MBolinder@dermody.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you Kathy. I will be pulling dies tomorrow and will get this request fulfilled.

Jenifer Baker

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Monday, June 11, 2018 8:09 AM
**To:** Jenifer Baker
**Cc:** Mandy Bolinder
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Jenifer,

Our UPS account number for Dermody Properties is 

Please send me a tracking number when available.

Sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132          *5500 Equity Avenue*
**CELL**  (775) 846.0481                        *Reno, Nevada 89502*
**FAX**  (775) 858.8089


DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES



**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

---

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]

**Sent:** Monday, June 11, 2018 7:06 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Kathy,

I have found the artwork for your dies.  We can get them pulled and shipped out to you today.  I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 5 89
L 5 29
N 4 52
N 4 53
L 12 11
L 12 12
M 7 10
M 7 11
M 11 36
M 11 37
BOX DIE 0689

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Wednesday, June 06, 2018 3:30 PM
**To:** KPeak@dermody.com
**Cc:** Jenifer Baker
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy,

I honestly do not know as I am not the one processing the requests for NWTM.  Jenifer Baker is going to be the one to answer that question for you.  I have cc'd her on this email.

Thanks,
Denise

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]

**Sent:** Wednesday, June 06, 2018 3:22 PM
**To:** Lentz, Denise A.
**Subject:** NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Denise,

Northwest Territorial Mint has fabricated an annual commemorative coin for Dermody Properties for the past several years. I have attached the invoices for the past five years as proof of our die ownership. I will upload the same information to the link below, but wanted to inquire if there is anything different than this that you need from us in order to have the dies returned to this office.

Sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132       *5500 Equity Avenue*
**CELL** (775) 846.0481                       *Reno, Nevada 89502*
**FAX** (775) 858.8089




DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Tuesday, June 05, 2018 11:58 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy,

Thank you for your email. Northwest Territorial Mint is in a Chapter 11 bankruptcy and in the process of liquidation. The document that I emailed yesterday details the process for the Chapter 11 Trustee to settle with customers regarding ownership of dies. If you are interested in a settlement in which the dies are returned to you please submit your information at:

www.dierequest.nwtmint.com

You can also reach out to Jenifer Baker at jenifer.baker@medallic.com or (775) 461-7341 if you have any questions.

Baker_00006007

Thank you,



Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Tuesday, June 05, 2018 9:28 AM
**To:** Lentz, Denise A.
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Hi Denise,

I have tried to ascertain if Northwest Territorial Mint is still functioning via my contact, Marty Colwell, in Dayton, NV. Please advise asap so we can make arrangements to have our coin minted again for 2018. I begin the annual process in July, so I'd appreciate your prompt response.

Most sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132      *5500 Equity Avenue*
**CELL** (775) 846.0481                    *Reno, Nevada 89502*
**FAX** (775) 858.8089

   

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Tuesday, June 05, 2018 9:25 AM
**To:** Lentz, Denise A. <Denise.Lentz@klgates.com>
**Subject:** IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Baker_00006008

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)."  A corrected notice is attached to this email.

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

| From: | Jenifer Baker </O=NWTM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENIFER BAKER1E2> |
|---|---|
| Sent: | Monday, July 9, 2018 4:47 PM |
| To: | 'Kathy Peak' <KPeak@dermody.com> |
| Subject: | RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176] |

Hi Kathy – I found the missing die and will get it shipped out to you this week.

Thank you-
Jenifer Baker

---

**From:** Jenifer Baker
**Sent:** Monday, July 09, 2018 9:08 AM
**To:** 'Kathy Peak'
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy - I will see if I can locate the die and get it sent off to you.

Jenifer

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Wednesday, June 27, 2018 1:54 PM
**To:** Jenifer Baker
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]
**Importance:** High

Hi Jenifer,

Today I received a box containing all of our dies **except one**. I have attached paperwork and a spreadsheet indicating that the 2013 Lake Tahoe scene (side #2) die was not within the contents of the box.

Can you please look into this for me and advise?

Most appreciated,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132        5500 Equity Avenue
**CELL** (775) 846.0481                 Reno, Nevada 89502
**FAX** (775) 858.8089



DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES



Visit us at Dermody.com

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only

for the use of the intended recipient and may be confidential and/or privileged.  If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner.  Thank you.

**From:** Kathy Peak
**Sent:** Monday, June 11, 2018 3:44 PM
**To:** 'Jenifer Baker' <Jenifer.Baker@medallic.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you.

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT**  (775) 858.8080 x 132          *5500 Equity Avenue*
**CELL**  (775) 846.0481                  *Reno, Nevada 89502*
**FAX**  (775) 858.8089

  

DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES

**Confidentiality Notice:**  The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner.  Thank you.

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Monday, June 11, 2018 3:24 PM
**To:** Kathy Peak <KPeak@dermody.com>
**Cc:** Mandy Bolinder <MBolinder@dermody.com>
**Subject:** RE: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Thank you Kathy.  I will be pulling dies tomorrow and will get this request fulfilled.

Jenifer Baker

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Monday, June 11, 2018 8:09 AM
**To:** Jenifer Baker
**Cc:** Mandy Bolinder
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]