Hi Jenifer,

Our UPS account number for Dermody Properties is 

Please send me a tracking number when available.

Sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL**  kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132  *5500 Equity Avenue*
**CELL** (775) 846.0481  *Reno, Nevada 89502*
**FAX** (775) 858.8089


DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES



**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

**From:** Jenifer Baker [mailto:Jenifer.Baker@medallic.com]
**Sent:** Monday, June 11, 2018 7:06 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Kathy,

I have found the artwork for your dies. We can get them pulled and shipped out to you today. I will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
L 5 89
L 5 29
N 4 52
N 4 53
L 12 11
L 12 12
M 7 10
M 7 11
M 11 36

Baker_00006012

M 11 37
BOX DIE 0689

Please call me at 775-461-7341 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Wednesday, June 06, 2018 3:30 PM
**To:** KPeak@dermody.com
**Cc:** Jenifer Baker
**Subject:** FW: NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy,

I honestly do not know as I am not the one processing the requests for NWTM. Jenifer Baker is going to be the one to answer that question for you. I have cc'd her on this email.

Thanks,
Denise

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Wednesday, June 06, 2018 3:22 PM
**To:** Lentz, Denise A.
**Subject:** NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Hi Denise,

Northwest Territorial Mint has fabricated an annual commemorative coin for Dermody Properties for the past several years. I have attached the invoices for the past five years as proof of our die ownership. I will upload the same information to the link below, but wanted to inquire if there is anything different than this that you need from us in order to have the dies returned to this office.

Sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

---

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132        *5500 Equity Avenue*

**CELL** (775) 846.0481          *Reno, Nevada 89502*
**FAX** (775) 858.8089

 

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Tuesday, June 05, 2018 11:58 AM
**To:** Kathy Peak <KPeak@dermody.com>
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES [KLG-USW_Active01.FID52176]

Kathy,

Thank you for your email. Northwest Territorial Mint is in a Chapter 11 bankruptcy and in the process of liquidation. The document that I emailed yesterday details the process for the Chapter 11 Trustee to settle with customers regarding ownership of dies. If you are interested in a settlement in which the dies are returned to you please submit your information at:

www.dierequest.nwtmint.com

You can also reach out to Jenifer Baker at jenifer.baker@medallic.com or (775) 461-7341 if you have any questions.

Thank you,

**K&L GATES**

Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900
Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

---

**From:** Kathy Peak [mailto:KPeak@dermody.com]
**Sent:** Tuesday, June 05, 2018 9:28 AM
**To:** Lentz, Denise A.
**Subject:** RE: IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Baker_00006014

Hi Denise,

I have tried to ascertain if Northwest Territorial Mint is still functioning via my contact, Marty Colwell, in Dayton, NV. Please advise asap so we can make arrangements to have our coin minted again for 2018. I begin the annual process in July, so I'd appreciate your prompt response.

Most sincerely,

**Kathy Peak**
**Executive Assistant to Michael C. Dermody**

**EMAIL** kpeak@dermody.com
**DIRECT** (775) 858.8080 x 132        *5500 Equity Avenue*
**CELL** (775) 846.0481                 *Reno, Nevada 89502*
**FAX** (775) 858.8089




DP PARTNERS IS A MEMBER OF DERMODY PROPERTIES

**Confidentiality Notice:** The information contained in this email and any documents, files or previous email message attached to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

---

**From:** Lentz, Denise A. [mailto:Denise.Lentz@klgates.com]
**Sent:** Tuesday, June 05, 2018 9:25 AM
**To:** Lentz, Denise A. <Denise.Lentz@klgates.com>
**Subject:** IMPORTANT INFORMATION REGARDING NORTHWEST TERRITORIAL MINT DIES

Last week you received, via United States Mail, a document entitled NOTICE OF PROTOCOL REGARDING CLAIMS OF OWNERSHIP OF NORTHWEST TERRITORIAL MINT COINING DIES AND ASSOCIATED MATERIALS AND DEADLINE TO ASSERT INTEREST IN OR OWNERSHIP OF COINING DIES informing you of the procedure for claiming an ownership interest in coining dies held by Northwest Territorial Mint. The document contained an inaccuracy at the end of the first full paragraph on the second page, which stated "NWTM die numbers begin with a numerical value, while MACO die numbers begin with a letter."

The sentence should have read, "NWTM die numbers begin with a letter, while MACO die numbers begin with a numerical value (year)." A corrected notice is attached to this email.



Denise Lentz
Senior Paralegal
K&L Gates LLP
925 4th Ave. Suite 2900

Seattle, WA 98104-1158
Phone: 1-206-370-5761
E-mail: denise.lentz@klgates.com
Website: www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Denise.Lentz@klgates.com.-5

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

| | |
|---|---|
| **From:** | Holli Spiezio <holli@theacegrp.com> |
| **Sent:** | Monday, July 9, 2018 11:52 AM |
| **To:** | Jenifer Baker <Jenifer.Baker@medallic.com> |
| **Cc:** | Matt Merriman <mm@theacegrp.com> |
| **Subject:** | Re: NWTM - Die Request Form & Supporting Documentation |

Hi Jennifer,

Thanks for the info! We do have a UPS account that can be used. I will get with Alyssa for the shipping details.

Do you know anything about the bars of It's a Boy and It's a Girl that were mentioned in the original email?

Thanks!

Holli

On Mon, Jul 9, 2018 at 1:47 PM Jenifer Baker <Jenifer.Baker@medallic.com> wrote:

> Hi Holli,
>
> I have received your request for the die ownership transfer. We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.
>
> Your die numbers are,
>
> B 7 37 / B 7 53 / L 6 65 / D 10 51 / H 8 29 / K 8 36 / K 8 37
>
> Please contact Alyssa Rainey 775-246-6000 to discuss the shipping details for the return of your dies.
>
> Thank you -
>
> Jenifer Baker
>
> **From:** Holli Spiezio [mailto:holli@theacegrp.com]
> **Sent:** Tuesday, June 19, 2018 5:36 PM
> **To:** Jenifer Baker
> **Cc:** Matt Merriman
> **Subject:** NWTM - Die Request Form & Supporting Documentation

Baker_00006017

Jenifer,

Attached is the NWTM Die Request Form that Mr. Merriman of KATN Financial, Inc. (KATN) completed. Also attached are photographs of the various coins KATN has paid to have dies made for and various communications and invoices between KATN and NWTM.

KATN believes NWTM has the following dies that belong to KATN in their inventory of dies:

1. A one ounce silver 39mm Five Year Anniversary Coin Obverse Die

2. A one ounce silver 39mm Five Year Anniversary Coin Reverse Die

3. A one ounce silver 39mm Trip Coin Reverse Die # D 10 51

4. A one ounce silver 39 mm Trip Coin Obverse Die # H 8 29

5. A one ounce gold 30mm Trip Coin Obverse Die # K 8 36

6. A one ounce gold 30mm Trip Coin Reverse Die # K 8 37

7. A one ounce silver 39mm Sooner Trip Coin Obverse Die

Also checking our records we believe KATN has paid for 50 It's A Boy and 50 It's A Girl one ounce silver bars and only received 3 It's A Boy's and 2 It's A Girl's bars, which leaves 47 It's A Boy bars and 48 It's A Girl bars in NWTM's possession. We also believe KATN purchased 50 Sooner Trip coins and received only 7 coins leaving 43 in NWTM's possession.

We would like all dies associated with KATN or Sooner returned to us. Also we would like any coins or bars that say KATN, Sooner, It's A Boy or It's A Girl on them returned to us as NWTM would not strike a coin until it was paid for and often made us buy minimums as high as 50 coins or bars.

Should you have any questions, you may contact myself or Mr. Matthew Merriman at 636-717-0888 or katn1007@gmail.com.

**Holli Spiezio**

The ACE Group

holli@theacegrp.com

Baker_00006018

(314) 225-7250 Cell

--
Holli Spiezio
holli@theacegrp.com
(314) 225-7250

Baker_00006019

| From: | Duckett, David <David.Duckett@tsa.dhs.gov> |
|---|---|
| Sent: | Monday, July 9, 2018 8:43 AM |
| To: | Jenifer Baker <Jenifer.Baker@medallic.com> |
| Subject: | RE: TSA Baltimore - Invoice #: 144556 |

Jenifer,
You should have received an email from Keith Bailey with our UPS account to ship to us. If you did not let me know
David

**From:** Jenifer Baker <Jenifer.Baker@medallic.com>
**Sent:** Monday, July 9, 2018 10:54 AM
**To:** Duckett, David <David.Duckett@tsa.dhs.gov>
**Subject:** RE: TSA Baltimore - Invoice #: 144556

Hi David –

We can get the dies pulled and shipped out to you. We will have to charge you for the shipping of $45.00, unless you have a UPS account you would like me to use.

Your die numbers are,
H 9 92 / H 9 93

Please contact Alyssa Rainey 775-246-6000 to discuss the shipping details for the return of your dies.

Thank you -
Jenifer Baker


**From:** Duckett, David [mailto:David.Duckett@tsa.dhs.gov]
**Sent:** Monday, July 02, 2018 9:28 AM
**To:** Jenifer Baker
**Subject:** FW: TSA Baltimore - Invoice #: 144556

Jenifer,
Here is a copy of an invoice you requested.

David Duckett
Customer Service/Logistics Manager
TSA BWI Airport
939 Elkridge Landing RD.
Suite 300
Linthicum, MD 21090
david.duckett@dhs.gov

**From:** Yvette Lawrence <YvetteL@nwtmint.com>
**Sent:** Friday, June 19, 2009 7:51 PM
**To:** Duckett, David <David.Duckett@dhs.gov>
**Subject:** TSA Baltimore - Invoice #: 144556

Baker_00006020

Dear David Duckett,

We are contacting you today to make sure you have received the attached invoice # 144556 for a total due amount of $ 1,753.22.

If you need any additional documentation in order to process this payment, please feel free to contact me.

Thank you for your business and have a wonderful day.


*Yvette Lawrence*
Accounting Specialist
NORTHWEST TERRITORIAL MINT
P.O. Box 2148
Auburn, WA  98071-2148
800-344-6468 / Ext. 1014
Direct:  253-804-3814
Fax:  253-735-2210