Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF PAUL WAGNER IN RESPONSE TO ORDER TO SHOW CAUSE

I, Paul Wagner, hereby declare:

1. I was formerly the President and Chief Information Officer of Northwest Territorial Mint, LLC ("NWTM" or "Debtor"). I continue to provide consulting services to the Mark Calvert, the chapter 11 Trustee (the "Trustee") on an as needed basis during the liquidation and windup phase of the bankruptcy case. Unless otherwise stated, I make the following statements based on my personal knowledge. I submit this Declaration in response to the Court's Order to Show Cause (the "Show Cause Order") entered on July 6, 2018.

2. In my capacity as Chief Information Officer, I have familiarity with the Debtor's storage of files and records, including the company's email system used by its employees. After entry of the Show Cause Order, I met with Jennifer Baker, an employee of the Debtor. I had conversations with Ms. Baker about her correspondence with customers related to resolving any

DECLARATION OF PAUL WAGNER - 1

501688809 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1819    Filed 07/20/18    Ent. 07/20/18 22:26:58    Pg. 1 of 3

disputes over ownership of coining dies, and the directive of the Show Cause Order.

3. I determined that all of Ms. Baker's correspondence responsive to the Show Cause Order was done via the Debtor's email system. After our conversations, I used the Debtor's computer system to access Ms. Baker's emails. I learned that Ms. Baker saved emails with customers about the return of coining dies in which they asserted an interest in a folder called "Die Requests." I then pulled all emails in Ms. Baker's "Die Requests" folder, as well as all emails in her inbox, sent folder, and deleted folder.

4. I sorted the emails I pulled from Ms. Baker's email system, and deleted communications that I determined were not related to die customers, including emails to the Trustee, Trustee's counsel, and communications with Medalcraft Mint, Inc., the purchaser of the Medallic dies. I took the remaining emails and saved them in a .pst file, which I placed in a "dropbox" folder that the Trustee's counsel could access.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 20th day of July, at Pullman, Washington.

*/s/ Paul Wagner*_____
Paul Wagner

DECLARATION OF PAUL WAGNER - 2

501688809 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on July 20, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 20th day of July, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF PAUL WAGNER - 3

501688809 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022