| | |
|---|---|
| **From:** | Leah Houston <lhouston@alphaguardian.com> |
| **Sent:** | Wednesday, May 30, 2018 4:02 PM |
| **To:** | Debbie Neese <DNeese@AlphaGuardian.com> |
| **Subject:** | Coin 4 |

[Image] [Image] [Image]

Get Outlook for iOS

Baker_00004582

| From: | Leah Houston <lhouston@alphaguardian.com> |
|---|---|
| **Sent:** | Wednesday, May 30, 2018 4:02 PM |
| **To:** | Debbie Neese <DNeese@AlphaGuardian.com> |
| **Subject:** | Coin 3 |

Image    Image

Get Outlook for iOS

Baker_00004583

| From: | Leah Houston <lhouston@alphaguardian.com> |
|---|---|
| **Sent:** | Wednesday, May 30, 2018 4:01 PM |
| **To:** | Debbie Neese <DNeese@AlphaGuardian.com> |
| **Subject:** | Coin 2 |

Image   Image

Get Outlook for iOS

| From: | Leah Houston <lhouston@alphaguardian.com> |
| --- | --- |
| Sent: | Wednesday, May 30, 2018 4:01 PM |
| To: | Debbie Neese <DNeese@AlphaGuardian.com> |
| Subject: | Coins |

Image   Image

Get Outlook for iOS