August 03, 2018

Dear Judge Christopher M. Alston,

This note is basically a begging one, frankly one asking for your discretionary remedy to partly defray the devastating impacts, personally and professionally on our lives brought on by th NWTM file.

Proximally Jan, Feb, Mar Apr but generally the mucking up of our 2018 life work plans. Disintegration everywhere. As of December 2017, our 2018 business plan slammed in to the dust... Cost of removing from use, loss of availability, loss of income, benefits, sacrifice: Peak opportunity Dec Jan for (five) cruise ship companies gift shops. NWTM product lines, inventory, contracts all forsaken. Jan 2018 stock replenishment plan demolished. Baseline revenue anticipated Jan Feb Mar Apr unobtainable because custom minted stock underpins all our endeavors. Also as of August 2018 eminent health challenges and a housing crisis that is currently unmanageable – no feasible contingencies. NWTM file administrative costs Jan Feb Mar Apr May 2018 $6000+. Cash reserves depleted, credit lines tapped, food stamps 3/18. We are grasping for any straw to be optimistic. Maybe a Bodhisattva Judge Alston, to do the human thing, the moral thing.

Please banish from mind the clichés of the slightly knowledgeable.

- Claims are like getting blood from a stone.... A fight over scraps.... Please show them wrong in this instance.

Trusting your experience and judgement, we make no specific fee/dollar amount requests. This may be presumptuous but one suggested formula for some of our administrative costs, 60 hours at $225/hour, trivial in context of trustee/attorney fee schedules.

Please take a look at included paper covering the Jan 2018 scuttled Medallic NWTM/Crabcat Studio contract. What's that worth? Short-term, mid-term, long-term. Lost income, opportunity, administrative costs, etc...

We shall accept any financial remedy the court finds fair and feasible.

Thanks for your thoughts and kindness,

Joseph P Illg
425-361-2382
PO Box 15163
Seattle, WA 98115

FILED
Western District of Washington
at Seattle

AUG 06 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Bankruptcy

TOPIC NWTMINT/ MEDALLIC WEBSITE

Based upon verbal contract authorized and approved by CEO Bill Atalla. Specific Terms NWTM shall create a website specific to CrabCat Studios Artwork, manufacture & fulfill purchase orders. Mr. Joseph Illg / CrabCat Studios shall receive 10% commission/royalty for all business generated via site.

After a couple of years of Mr. Illg's pitching the concept of collaboration the NWTM National Account Representative persuaded NWTM CEO Bill Atalla to OK/approve the creation of NWTM/Medallic arts website offering/featuring 3 images comprising Artisan Joseph Paul Illg's work, see attached visual. Miniature sculpture diameter 1 ¾" 3oz .998 silver with solid gold option. Mr. Illg assisted in developing providing thumb drives and contributing with descriptive wording "ancient, Salish inspired, spindle whorl art, etc." CrabCat Studios voluntarily invested time and money promoting the site.

We held out serious reasonable expectations for this essential piece of CrabCat/JPI business. Certainly, it's existence a plus for future partnering and investors, even tribal entities. Then early January 2018 the site was abruptly removed/scuttled. No apprise, no communication, no notification. Project miscarried. It took several weeks until Google information ceased. Yet one more deleterious/harmful from NWTM.

Judge Alston, PLEASE some financial remedy here. Yours to determine.



LEGACY SERIES LIVING TRADITIONS

Solid Silver miniatures
3mm only 2 3/4 diameter
Wyoming Woman,
Thunderbird Whale,
and Orca Whale
Joseph Paul Jilg
or bar reserved

Part of medallic arts website 2017-2018
Crabcat Studios
Joseph Jilg
Comission / Royalty
10% of retail
Website price for each piece $
diameter: 1.75"
weight: 3oz
material: .999 pure silver
solid gold, optional

Relating to: Bankruptcy Filing 16-11-767 CMA

Medallic Art Profile

Public Benefit Trust Museum



REF BR FILING 16-11-767



ALTERNATIVE BUDGET DEPICTED ↑

DEC JAN FEB MARCH NO NUUTM INVENTORY

REF DR FILING 16-11-767



23606 49th Place West, Mountlake Terrace
2018

← our place 1 block west



slated for demo. our designated alternative Housing



KEY DR FILING 10-11-167

BANKRUPTCY FILING 16-11-767 CMA

ANOTHER SET BACK .. TO ADD TO
2018 ROUGH PATCH - VISION / NOISE

AFTER 3 YEARS OF R#L
FOR CONCRETE ENGINEERS (T. SANNERS)
IS RECUPERATING FROM SUCCESSFUL
MAX. TOLERANCE WORK 1/4 (W) MEDICAL

.. TEMPORARILY) NO REVENUE SO ROH
INCREASING RELIANCE UPON RELIABILITY OF NEUTRINT





Crabcat Studios nativestoneconcrete.com

Carved Painted Bentwood Boxes
"Links to Ancestry"
From 17th c - 19th c
Inspirational Sources for JPI Studios
Originally of Yellow and Red Cedar









**JPI/Crabcat Studios**
PO Box 15163
Seattle, WA 98115-0163

crabcat@comcast.net
Phone: 425.361.2382

December 14th, 2017

Barbara Harriott ← *JAN 2018*
COSTCO *MS. HARRIOT NOTIFYED OF SUPPLY PROBLEMS*
999 Lake Drive *NW TM FILE*
Issaquah, WA 98027

Dear Ms. Harriott:

As a follow-through from our phone discussion, this is for Karla Jones' desk, as mentioned. Thanks.

**Joseph Paul Illg, Owner of JPI/Crabcat Studio** (Pacific Rim Art PRA since 1989), after years of development and tooling up, is proud to announce Crabcat Studio's celebrated Legacy Series Spindle Whorl art, which invites all to contemplate and appreciate the rich artistic cultural traditions of the "Ancient Northwest Coast." We offer this inspired selection for the enjoyment of people from all walks of life. All artwork is made entirely in Washington State, USA.

**The Spindle and its Whorl was an essential tool for the early textile and fabric industry.** Accomplished women prepared yarn of mountain goat wool and other fiber, including dog hair, developing yarn for their looms. The Salish 'selseltel' (whorl) was penetrated by a perpendicular collecting shaft element. The whorls bear fine sculptural carvings and engraved zoomorphic designs showing fantastic artisanship. They are truly of ancient inspiration: elegant monuments in miniature. Fine rare surviving whorls preserve and convey some customs of a noble people. They bring ancient voices.

**In cooperation with Northwest Territorial Mint, our 2018 stock comprises three different traditional spindle whorl images: Weaving, Eagle Salmon, and Otter,** each available in pure solid copper, .999 fine silver and gold,* each of open edition. The reverse of all 1-3/4" diameter artwork depicts the Lodge Pole Pine Branch, widely regarded as bringing longevity.

**Northwest Territorial Mint of Auburn, Washington, our associate and manufacturer, is the largest private mint in the US** and is capable of fast turnaround for large orders.

Thanks in advance for evaluating and reviewing the enclosed samples. We look forward to sitting and working together.

Best regards,

Joseph Paul Illg
JPI / Crabcat Studios
PO Box 15163 • Seattle, WA 98115-0163
Phone: 425.361.2382
CrabcatStudio@comcast.net
www.CrabcatStudio.com

* For gold orders, contact Marty Colwell at Territorial Mint: marty@nwtmint.com.

Mr. Illg makes no assertions with respect his ethnicity or tribal associations.

www.CrabcatStudio.com



**CrabcatStudio@comcast.net**

**Facebook: Crabcat Studio**

## BEST WHOLESALE PRICE LIST / CRABCAT - NMAI
## SPRING 2018

| PRODUCT | 100-499 | 500-999 | 1000+ | Suggested Retail |
|---|---|---|---|---|
| 1.25 Inch / 30mm Antique Copper | $9.00 | $8.50 | $8.25 | $38.00 |
| 1.5 Inch / 39mm Antique Copper | $10.50 | $10.00 | $9.75 | $39.00 |
| 1.75 Inch / 44mm Antique Copper | $12.00 | $11.50 | $11.25 | $52.00 |
| 1.75 Inch / 44mm Antique Copper Extra Thick | $15.00 | $14.25 | $13.50 | $58.00 |
| 1.25 Inch / 30mm Antique Silver* | $27.00 | $26.50 | $26.25 | $42.00 |
| 1.5 Inch / 39mm Antique Silver* | $39.75 | $39.25 | $39.00 | $59.00 |
| 1.75 Inch / 44mm Antique Silver* | $75.00 | $74.25 | $73.50 | $160.00 |
| 1.75 Inch Antique Silver Approximately 3 Troy Ounces* | $135.00 | $134.25 | $133.50 | $430.00 |
| 1.5 Inch / Antique Copper with Ring & Bead | $12.25 | $11.50 | $11.00 | $52.00 |
| 1.75 Inch / Antique Copper with Ring & Bead | $14.00 | $13.25 | $12.50 | $54.00 |
| 1.5 Inch / Antique Silver with Ring & Bead* | $39.75 | $39.50 | $39.00 | $115.00 |
| 1.75 Inch / Antique Silver with Ring & Bead* | $76.50 | $75.75 | $75.00 | $160.00 |

*Price based on current spot price of silver, subject to change*

* Price based on artwork alone. Includes folklore informational display tag. Prices subject to change.

*38" goat skin strands (dye substance fast) add $3.50.

* Customized leatherette gift boxes, silver necklace strands available. Contact Marty.

* For placing orders with complete fulfilment expect approximately 3 weeks to delivery.
To place orders or for any questions at all
Contact: Marty Colwell,
National Account Executive
Direct Line: (775) 461-7331
Email: Marty@nwtmint.com

DISRUPTION LBS OF INCOME

DECEMBER 2017
APPROX. #30 STANDARD MAIL OUTREACH
PACKAGES SENT TO CLIENT BASE.



crabcat creations

seattle artist designer
joseph paul lllg
of
crabcat studios
and crabcat creations
425.361.2382

also
nativestoneconcrete.com
owner jerry sanders
cherokee nation

Crabcat Studios and Native Stone Concrete Offering,
Carved, Cast, Carved. Olympic Peninsula nwr rock
Artist signed, dated, and editioned.

nativestoneconcrete.c
owner jerry sanders
cherokee nation

joseph paul illg
crabcat studios
washington state

## Joseph Paul Illg ... *traditionally inspired contemporary art*

For beyond 50 years Joseph Paul Illg, designer name Crabcat, has lived in the Puget Sound region, now known as the Salish Sea. It is an absolutely fabulous inspiring place of windblown rocky coast, lovely serene bays and protected inlets. For ages it has provided inhabitants a rich abundance of life essentials from intertidal gathering and of course, it brings continuous visitations of orca whale pods. It is a very diverse environment conveying timeless, mythical beauty.

Joe's experiences include working as a research biologist in coastal Alaskan and British Columbian waters for many summers. As a marine zoologist and artist, he considers knowledge of the region's evolving flora and fauna very essential to an understanding of the region's visual art traditions. Symbiosis is rooted here. For over 25 years. Northwest coastal art has been one of his chief interests. The artist makes no claim with respect his tribal affiliations, ethnicity or ancestry. Oriental studies have contributed toward understanding of indigenous cultural expressions.

Conceptually, the Artist's works contemplate the heart of traditional Pacific Northwest Coastal cultures, an inspiring archive of great mystery, strength, beauty and tremendous liveliness. It is so rich in remembrances, nourishing and suffusing all of his sculptural pieces. They are monuments in miniature permeated with legendary beings dancing..... metamorphosing..... with layers of anatomical and mythological abstraction.

Joe's pieces are personal statements, presenting a wonderful fusion of innovation with traditional design principles. It is based upon years of contemplation and enjoyment of our Pacific Northwest predecessors' cultures. Joseph is extremely pleased that his life's work is seen as that of a culture bearer, one of stewardship contributing toward an expanding appreciation of one of humankind's most inspired and vitally interesting artistic heritages. Along with individual acquisitions, his work is prominently exhibited with tribal, public and private institutions, nationally and internationally. All artwork is artist-signed, dated, and made entirely in North America.

*"His work demonstrates fantastic artisanship as well as a sophisticated understanding of traditional visual organization. Joe's pieces are original interpretations having an aesthetic quality that transcends regional boundaries and may be regarded as having an intimacy and a meaning universal to mankind."\**
*Dr. Leonie Piternick, Vancouver, Canada*

*"They are contemporary fine art pieces."*
*- Eva Heinitz, Univ. of Washington*

*" I collect, own and make gifts of Joseph Paul Illg's artwork."*     *-Ralph Anderson, Architect*

*"Joe's work furthers the interest of all who think seriously about North American Native cultures."     -Leanne Pauli*

*"Joseph Crabcat's work endures because it's authentic. It extends and expands opportunity for all to enjoy museum-quality material."*
*- Bill Hanson, Attorney*

**All rights reserved 2017**    crabcat@comcast.net    (425) 361-2382

The great art legacy of Northwest Coastal Indians provides Joseph Paul Illg inspiration for his uniquely original interpretations of Salish, Tsimshian, and Haida/Tlingit masterworks stemming from the 18th and 19th Centuries. Phenomenal beauty and strength of traditional formline is embodied in our fine contemporary art pieces.

Unity of style, and essential vitality informs any and all ancient works of the Northwest Coastal Region. Joseph Paul's thoughtfully carved templates, hand tooling and repossé work encourages appreciation of the sculptural and pictorial nature of these pieces.

One may read much into the artwork. Tales of legendary creatures and their exploits are there. Mythical beings figure prominently; Seasonal rythms are there as are tidal cycles.

Northwest Coastal Art has a multitude of meanings. It has many interesting grounds interesting manifestations. Artwork provides the viewer and reader many wonderous experiences. But, we must say it is true, as inhabitants of the 21st century, we can fathom only very little of the realm of the ancient ones.

| | | |
|---|---|---|
| Socially Symbolic Content. Linked with customary rank and stature. Ancestral portraits | Sexuality: androgynous human nature. Roots: Yin and Yang | Aesthetic pleasure: As with calligraphic brush work Point, line, plane, rhythm and organic interactions. |
| Ancient Myth Figures: Messengers of the gods with their cosmos. | Continuity and change: gestation, transformation and metamorphosis | Secondary Formline; rhythms of work activities, many of them ancient! |
| Embryonic developments, flow of time. | Dream Life Manifestaions: individual and collective. | Anatomical subjects: Organized workings of creatures, flora and fauna. |



JPl 2017