August 03, 2018

FILED
Western District of Washington
at Seattle

AUG - 8 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Dear Judge Christopher M. Alston,

This note is basically a begging one, frankly one asking for your discretionary remedy to partly defray the devastating impacts, personally and professionally on our lives brought on by th NWTM file.

Proximally Jan, Feb, Mar Apr but generally the mucking up of our 2018 life work plans. Disintegration everywhere. As of December 2017, our 2018 business plan slammed in to the dust... Cost of removing from use, loss of availability, loss of income, benefits, sacrifice: Peak opportunity Dec Jan for (five) cruise ship companies gift shops. NWTM product lines, inventory, contracts all forsaken. Jan 2018 stock replenishment plan demolished. Baseline revenue anticipated Jan Feb Mar Apr unobtainable because custom minted stock underpins all our endeavors. Also as of August 2018 eminent health challenges and a housing crisis that is currently unmanageable – no feasible contingencies. NWTM file administrative costs Jan Feb Mar Apr May 2018 $6000+. Cash reserves depleted, credit lines tapped, food stamps 3/18. We are grasping for any straw to be optimistic. Maybe a Bodhisattva Judge Alston, to do the human thing, the moral thing.

Please banish from mind the clichés of the slightly knowledgeable.

- Claims are like getting blood from a stone.... A fight over scraps.... Please show them wrong in this instance.

Trusting your experience and judgement, we make no specific fee/dollar amount requests. This may be presumptuous but one suggested formula for some of our administrative costs, 60 hours at $225/hour, trivial in context of trustee/attorney fee schedules.

Please take a look at included paper covering the Jan 2018 scuttled Medallic NWTM/Crabcat Studio contract. What's that worth? Short-term, mid-term, long-term. Lost income, opportunity, administrative costs, etc...

We shall accept any financial remedy the court finds fair and feasible.

Thanks for your thoughts and kindness,

Joseph P Illg
425-361-2382
PO Box 15163
Seattle, WA 98115

Reader,
Kindly bear with handwriting
Deficit (& motor/skill) contributes
to a keyboard challenge.
Thanks for understanding.



FILED
Western District of Washington
at Seattle

AUG - 8 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# CRABCAT • JPI Studio

*omitted piece*
Please combine & integrate
this memo with package hand
delivered Monday August 6 '18

Thanks Joe Ing

Reader,
Kindly bear with handwriting
Debie (a tandem living) contributes
to a keyboard challenge.
Thanks for understanding.