ADR Form 6 (12/11)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In Re:

__Northwest Territorial Mint, LLC__     ) Bankruptcy No. __16-11767-CMA__
                    Debtor

                    Plaintiff

    vs.                  Adversary No. _____

                    Defendant

## CERTIFICATE OF COMPLIANCE

1. In accordance with Local Bankruptcy Rule 9049-1(b) & (c), I hereby certify that pursuant to an order of assignment by this Court to the Honorable Thomas T. Glover Mediation Program dated __06/29/2018__, a Mediation Conference was __X__ was not ____ held.

   Date: __July 24, 2018__

   Date completed (if different): _____

2. A settlement of this matter was __X__ was not ____ reached.

3. If a settlement/resolution was reached, __the Parties__ [*Plaintiff, Defendant, Other*] prepared the written stipulation for settlement.

DATED: __August 14__, 20__18__.

MEDIATOR

                /s/ Lawrence R. Ream

                Print Name: Lawrence R. Ream, WSBA #18159