Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98005
(425) 454-5500

Hon. Christopher M. Alston
Chapter 11/Seattle
Hrg. Date: September 21, 2018 @ 9:30 am
Resp. Date: **September 14, 2018**

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:
NORTHWEST TERRITORIAL MINT, LLC
325 E. Washington St. #226
Sequim, WA 98382,

         Debtor.

Case No. 16-11767-CMA

NOTICE OF HEARING COMBINED WITH **AMENDED** MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing on Lawrence K. Engel's Motion to Withdraw as Counsel for the Chris A. Trivelas, Creditor, IS SET as follows:

JUDGE: Christopher M. Alston      TIME : 9:30 a.m.

PLACE: U.S. Courthouse      DATE: September 21, 2018
       700 Stewart St., Room 7206
       Seattle, WA 98101

The relief sought is described specifically in the subjoined Motion. This Notice is combined with the Motion described above as authorized by Local Rules.

## MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR

COMES NOW Lawrence K. Engel, Counsel for Chris A. Trivelas, Creditor, and makes the following Motion to Withdraw in the above entitled case as per G.R. 2 of the Local Rules of the

NOTICE OF HEARING COMBINED WITH **AMENDED** MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR - 1

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98009
(425) 454-5500

Case 16-11767-CMA    Doc 1859    Filed 08/22/18    Ent. 08/22/18 12:07:28    Pg. 1 of 4

U.S. District Court (incorporated into the Local Rules of the above-entitled Court by reference) as follows:

1. Mr. Engel has appeared in the above-entitled case for Chris A. Trivelas, Creditor, for monitoring purposes from May 11, 2016 to present. Mr. Trivelas filed his own Proof of Claim in the amount of $151,880 at Claim No. 1980 on May 18, 2016. All administration of the above-entitled case has been going smoothly under the Trustee's able hand since the time of filing. There will be little or no further meaningful work for the Mr. Trivelas' counsel to do in this case, which is approaching resolution.

2. Mr. Engel seeks to withdraw as counsel for the Mr. Trivelas herein since he has scheduled a planned retirement for the end of the calendar year 2018. Mr. Engel also has experienced some significant health issues in the end of 2017 and early 2018, that require his attention at this time.

3. Based on the foregoing, there is good cause shown to authorize Mr. Engel's withdrawal as counsel for Chris A. Trivelas, in the above-entitled case. The contact information for Mr. Trivelas is listed on the Claim No. 1980: **P.O. Box 725, North Bend, WA 98045-0725, phone number (206) 778-3798**, and his email address is **catpub@nwlink.com.**

4. There are no deadlines, hearings, or trials in the above-entitled case that will be automatically continued as a result of the proposed withdrawal of counsel. Mr. Trivelas is not a party to pending litigation in the above-entitled case (such as contested matters or adversary proceedings that affect him directly as a named party). The above-entitled case is one of the largest active Chapter 11 cases in this District. There are 3,110 claims on file totalling millions of dollars[1], and limited resources with which the Trustee can pay all allowed claims. Based on communications with Michael Gearin, Trustee's Counsel, in February 2018, Mr. Engel learned that it was most unlikely that there would be any meaningful distribution to unsecured creditors in this case. Given this backdrop, it is clear that Mr. Engel's withdrawl as Mr. Trivelas's Counsel, representing him on a General Unsecured Claim, will be unaffected by any upcoming deadlines in the above-entitled case.

---

[1] As per the Claims Register as it existed on August 21, 2018, there are $83,401,526.87 in total claims filed, of which, $3,009,839.86 are secured claims, and $1,586,379.83 are priority claims. The Trustee is seeking to set a Bar Date for Administrative Claims [ECF Docket No. 1843], and the amount of such administrative claims are as yet undetermined. The total amount of allowed claims also has yet to be determined.

NOTICE OF HEARING COMBINED WITH
**AMENDED** MOTION TO WITHDRAW AS
COUNSEL FOR CREDITOR - 2

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98009
(425) 454-5500

WHEREFORE, Mr. Engel respectfully requests that the Court grant relief on the above Motion to Withdraw as requested. This Motion is verified by the subjoined Declaration of Lawrence K. Engel.

---

IF YOU OPPOSE the subjoined **Amended** Motion to Withdraw and/or any of the relief specified above, you must file your written response with the Clerk of the U.S. Bankruptcy Court, U.S. Courthouse, 700 Stewart St., Room 6301, Seattle, WA 98101-1271, serve two copies on the Judge's Chambers, and serve one copy on the undersigned Lawrence K. Engel, Counsel for the moving party, 40 Lake Bellevue #100, Bellevue, WA 98005 NOT LATER THAN the RESPONSE DATE, which is **September 14, 2018.**

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED: August 22, 2018.

　　　　　　　　　　　/s/ Lawrence K. Engel
　　　　　　　　　　LAWRENCE K. ENGEL, WSBA #8421
　　　　　　　　　　Withdrawing Counsel for Chris A. Trivelas, Creditor

## **DECLARATION**

I, LAWRENCE K. ENGEL, declare that the following is true and correct under penalty of perjury, and pursuant to 28 U.S.C. § 1746:

1. I am counsel for the Chris A. Trivelas in the above entitled Chapter 11 case and am making this Declaration in support of the subjoined Motion. I have personal knowledge of all facts attested to herein, and am competent to testify to same.

2. I have read the subjoined **Amended** Motion to Withdraw, and believe that all factual statements contained therein are true and correct, under penalty of perjury, and hereby adopt same as my testimony herein.

NOTICE OF HEARING COMBINED WITH
**AMENDED** MOTION TO WITHDRAW AS
COUNSEL FOR CREDITOR - 3

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98009
(425) 454-5500

Case 16-11767-CMA    Doc 1859    Filed 08/22/18    Ent. 08/22/18 12:07:28    Pg. 3 of 4

I certify that the foregoing testimony is true and correct to the best of my knowledge and belief under penalty of perjury.

DATED at Mount Vernon, Washington this 22nd day of August, 2018.

/s/ Lawrence K. Engel
Lawrence K. Engel, WSBA # 8421

NOTICE OF HEARING COMBINED WITH **AMENDED** MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR - 4

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98009
(425) 454-5500

Case 16-11767-CMA    Doc 1859    Filed 08/22/18    Ent. 08/22/18 12:07:28    Pg. 4 of 4