**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>ORDER ESTABLISHING DEADLINE FOR FILING CLAIM FOR PAYMENT OF ADMINISTRATIVE EXPENSES AGAINST THE ESTATE<br>(For Claims Arising on or before 7/31/18) |

This matter having come before the Court on Mark Calvert's (the "Trustee") *Ex Parte* Motion for Order Establishing Deadline for Filing Applications for Payment of Administrative Claims (the "Motion"); the Court has reviewed the files and records herein and finds that no further notice or opportunity for hearing on the Motion is necessary; the relief to be granted under this Order is reasonable and appropriate, and in the best interests of the estate; and that good cause exists to grant the relief requested. Therefore it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Holders of administrative claims against this bankruptcy estate under 11 U.S.C. § 503(b), arising on or before July 31, 2018, must file such claims so they are actually received by the Bankruptcy Court on or before October 15, 2018 (the "Administrative Claims Bar Date"). Such

ORDER ESTABLISHING DEADLINE FOR FILING
CLAIM FOR PAYMENT OF ADMINISTRATIVE
EXPENSES AGAINST THE ESTATE - 1
501717603 v7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1866    Filed 08/30/18    Ent. 08/30/18 11:56:32    Pg. 1 of 8

**Below is the Order of the Court.**

claim must be filed via CM/ECF or sent, by first class mail, to the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

>Michael J. Gearin
>David C. Neu
>Brian T. Peterson
>K&L Gates, LLP
>925 Fourth Avenue, Suite 2900
>Seattle, WA  98104

3. No later than September 4, 2018, the Trustee shall serve notice in the form attached hereto as <u>Exhibit A</u> to the following individuals and entities: (i) all parties who have requested special notice in this case; (ii) the United States Trustee; (iii) applicable taxing authorities; (iv) vendors who delivered goods within the twenty day period prior to the bankruptcy petition date as reflected on the purchase order records of the estate[1]; (v) landlords who leased space to the estate on a postpetition basis; and (vi) the members of the Official Unsecured Creditors Committee and its counsel.

4. Professionals retained in this case whose employment has been approved pursuant to 11 U.S.C. § 327 shall file and serve their applications for compensation and note such applications for hearing no later than December 7, 2018.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

---

[1] Vendors may be notified by email or mail based on the vendor contact information in the company's records.

ORDER ESTABLISHING DEADLINE FOR FILING
CLAIM FOR PAYMENT OF ADMINISTRATIVE
EXPENSES AGAINST THE ESTATE - 2
501717603 v7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1866    Filed 08/30/18    Ent. 08/30/18 11:56:32    Pg. 2 of 8

# EXHIBIT A

**Below is the Order of the Court.**

Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINE FOR FILING CLAIM FOR PAYMENT OF ADMINISTRATIVE EXPENSES AGAINST THE ESTATE**
(For Claims Arising on or before 7/31/18)

**PLEASE TAKE NOTICE THAT:**

The United States Bankruptcy Court for the Western District of Washington, (the "**Bankruptcy Court**") has entered an Order (the "**Bar Date Order**") establishing the deadline (the "**Administrative Claims Bar Date**") by which certain holders of administrative claims under 11 U.S.C. § 503(b), arising on or after April 1, 2016 and on or before July 31, 2018, must file a claim for payment of administrative expenses (the "**Administrative Claim**") in the above-captioned chapter 11 case (the "**Bankruptcy Case**").

Administrative Claims are the claims described in sections 503 and 507 of title 11 of the United Sates Code. Among other things, these sections provide that certain types of claims are entitled to administrative expense priority, including without limitation: (i) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy case; (ii) certain taxes and penalties related thereto; (iii) compensation and reimbursement of certain officers; (iv) the actual, necessary expenses incurred by (a) certain creditors, (b) a creditor, an indenture trustee, an equity security holder, or a committee representing any such entites, in making a substantial contribution to a debtor's chapter 11 case (c) a custodian, (d) members of certain committees if incurred in the performance of the duties of such committees; and (v) compensation for services rendered by an indenture trustee.

NOTICE OF ENTRY OF BAR DATE ORDER
ESTABLISHING DEADLINE FOR FILING CLAIM FOR
PAYMENT OF ADMINISTRATIVE EXPENSES
AGAINST THE ESTATE - 1
501715412 v9

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

You should **not** file an Administrative Claim Application if you do not have an administrative claim under 11 U.S.C. § 503(b) against the bankruptcy estate. The fact that you received this Notice does not necessarily mean that you have an administrative claim or that either the Trustee or the Bankruptcy Court believe that you have an administrative claim. For purposes of the Bar Date Order and this Notice, the term "administrative claim" means any type of claim set forth in 11 U.S.C. § 503(b).

Pursuant to the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust, or governmental unit) that holds or asserts an administrative claim against the estate for the relevant time period must file an Administrative Claim in the form provided on the attached **Exhibit 1**, so that it is actually received by the Bankruptcy Court on or before the Administrative Claims Bar Date set forth below. The Administrative Claim must be filed via CM/ECF or sent, by first class mail, to the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to counsel for the Trustee at the following address:

> Michael J. Gearin
> David C. Neu
> Brian T. Peterson
> K&L Gates, LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, Washington 90104

**Except as otherwise provided herein, each person or entity holding or asserting an administrative claim under 11 U.S.C. § 503(b) against the estate must file an Administrative Claim so that it is actually received by the Bankruptcy Court on or before October 15, 2018.**

The following persons and entities need NOT file an Administrative Claim by the Administrative Claims Bar Date:

a) Any person or entity that has already properly filed an Administrative Claim with the Debtor or the Bankruptcy Court; and

b) Administrative Claims arising after July 31, 2018.

Any person or entity that is required to timely file an Administrative Claim and who fails to do so on or before the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such claim (or filing a claim or application for payment of administrative claim with respect thereto) against the bankruptcy estate.

The Trustee reserves the right to dispute, or to assert offsets or defenses against, any Administrative Claim filed, as to the nature, amount, liability, classification, or otherwise. Nothing contained in this Notice shall preclude the Trustee from objecting to any Administrative Claim on any grounds.

NOTICE OF ENTRY OF BAR DATE ORDER
ESTABLISHING DEADLINE FOR FILING CLAIM FOR
PAYMENT OF ADMINISTRATIVE EXPENSES
AGAINST THE ESTATE - 2
501715412 v9

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 1866   Filed 08/30/18   Ent. 08/30/18 11:56:32   Pg. 5 of 8

**Below is the Order of the Court.**

You may wish to consult an attorney regarding questions concerning this Notice, including the completion of an Administrative Claim.

Dated: August 29, 2018

             K&L GATES LLP

             By */s/ Michael J. Gearin*
               Michael J. Gearin, WSBA #20982
               David C. Neu, WSBA #33143
               Brian T. Peterson, WSBA #42088
             Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE OF ENTRY OF BAR DATE ORDER
ESTABLISHING DEADLINE FOR FILING CLAIM FOR
PAYMENT OF ADMINISTRATIVE EXPENSES
AGAINST THE ESTATE - 3
501715412 v9

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT 1

**Administrative Expense Claims Bar Date October 15, 2018**

Below is the Order of the Court.

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON | | ADMINISTRATIVE EXPENSE PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>NORTHWEST TERRITORIAL MINT LLC | Case Number<br>16-11767-CMA | |

| This form should be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): | | |

| Name and address where notices should be sent:<br><br>Telephone number:<br>Email Address: | | |
|---|---|---|
| Name and address where payment should be sent (if different from above):<br><br>Telephone number:<br>Email Address: | Check here if this claim<br>☐ replaces or ☐ amends a previously filed administrative expense claim<br><br>Claim Number (if known): _____<br><br>Dated: _____ | |

**1. Basis for Administrative Priority Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Taxes
☐ Wages (Dates): _____
☐ Other _____

**2. Date debt was incurred:**    **3. If court judgment, date obtained:**

**4. Total Amount Administrative Claim:** $_____

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**6. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of the proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | |

501802302 v1