Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>THIRD NOTICE OF SUPPLEMENTAL BUDGET |

Mark Calvert (the "Trustee"), Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM" or the "Debtor") submits this third notice of supplemental budget (the "Third Supplemental Budget") pursuant to the Order Granting in Part and Denying in Part Motion for Relief from Stay (the "Order") (Dkt. 1450). The Order authorized the Trustee to use cash in the estate, otherwise subject to the lien of Robert and Connie Hoff, to pay expenses of liquidation of the bankruptcy estate, all in the amounts, for the purposes, and subject to the tolerances set forth in the Budget attached to the Order through and including March 9, 2018.

On March 8, 2018, the Trustee filed his first Notice of Supplemental Budget (the "First Notice"). The First Notice extended the Budget of the bankruptcy estate through June 30, 2018. On June 21, 2018, the Trustee filed his second Notice of Supplemental Budget (the "Second Notice"). The Second Notice extended the Budget of the bankruptcy estate through September 2, 2018.

THIRD NOTICE OF SUPPLEMENTAL BUDGET- 1
501810634 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1868    Filed 09/04/18    Ent. 09/04/18 15:05:44    Pg. 1 of 6

Attached hereto as Exhibit A is a copy of the Third Supplemental Budget. The Trustee has provided the Third Supplemental Budget to Robert and Connie Hoff who have indicated their lack of objection to the Third Supplemental Budget and consented to the filing of this notice.

DATED this 4th day of September, 2018.

K&L GATES LLP

By */s/ Michael J. Gearin*
 Michael J. Gearin, WSBA #20982
 David C. Neu, WSBA #33143
 Brian T. Peterson, WSBA #42088
 Attorneys for Mark Calvert, Chapter 11 Trustee

THIRD NOTICE OF SUPPLEMENTAL BUDGET- 2
501810634 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1868    Filed 09/04/18    Ent. 09/04/18 15:05:44    Pg. 2 of 6

# **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

That she is a Sr. Practice Assistant in the law firm of K&L Gates LLP, and on September 4, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 4th day of September, 2018 at Seattle, Washington.

*/s/ Benita G, Gould*
Benita G. Gould

THIRD NOTICE OF SUPPLEMENTAL BUDGET- 3
501810634 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

NWTM Case # 16-11767CMA
Weekly Cash Flow from
8/13/18 to 12/31/18

| | Actual Beginning 8/12/2018 | Actual Wk Ending 8/19/2018 | Actual Wk Ending 8/26/2018 | Projected Wk Ending 9/2/2018 | Projected Wk Ending 9/9/2018 | Projected Wk Ending 9/16/2018 | Projected Wk Ending 9/23/2018 | Projected Wk Ending 9/30/2018 | Projected Wk Ending 10/7/2018 | Projected Wk Ending 10/14/2018 | Projected Wk Ending 10/21/2018 | Projected Wk Ending 10/28/2018 | Projected Wk Ending 11/4/2018 | Projected Wk Ending 11/11/2018 | Projected Wk Ending 11/18/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | $2,809,232 | $2,809,232 | $2,817,139 | $2,826,222 | $2,802,445 | $2,721,904 | $2,732,974 | $2,723,319 | $2,785,931 | $2,792,181 | $2,791,431 | $2,805,681 | $2,804,931 | $2,803,781 | $2,803,031 |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Unfactored Collections | | $611 | $0 | $6,169 | $3,831 | $0 | $0 | $5,000 | $14,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prestige Factored A/R Now NWTM | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prestige Reserve | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Precious Metals | | $15,377 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Equipment Assets | | $0 | $0 | $1,125 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Industrial Assets Deposit / DIP | | $0 | $0 | $45 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies for MedalCraft | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies for Brookgreen | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Older Dies NY Numismatic Assoc | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Boy Scouts Inventory | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Scrap | | $0 | $93,535 | $0 | $16,465 | $25,000 | $0 | $25,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Store Inventory | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Clawback Claims | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Fees | | ($223) | ($211) | $0 | ($766) | ($300) | ($300) | ($300) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| World Pay Return/Chargeback | | $0 | $0 | $0 | ($2,000) | $0 | $0 | $35,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Lease Reimbursement | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Income | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Cash Receipts** | $0 | $15,765 | $93,324 | $7,339 | $17,530 | $24,700 | ($300) | $64,700 | $14,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Cash Outflow** | | | | | | | | | | | | | | | |
| Payroll | | $0 | $9,322 | $0 | $20,678 | $10,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Liability from last wk of 2017 | | $0 | $0 | $0 | $1,900 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Benefits | | $0 | $0 | $2,000 | $500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Workman's Comp | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contract Labor/Cleaning Building | | $0 | $0 | $0 | $0 | $0 | $750 | $0 | $750 | $750 | $750 | $750 | $750 | $750 | $750 |
| Customer Deposits on file to return | | $7,661 | $66,491 | $17,104 | $46,768 | $750 | $8,605 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Royalties | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Legal Fees | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Corp Taxes - Real & Personal Property | | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Corp Expenses; Travel | | $0 | $0 | $563 | $2,880 | $2,880 | $0 | $0 | $0 | $0 | $0 | $0 | $400 | $0 | $0 |
| General Liability/Insurance | | $0 | $0 | $0 | $0 | $0 | $0 | $1,338 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Corp expenses - State Taxes | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prestige Factored A/R | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| US Trustee Fees | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Facility Rent/Lease NV | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment Lease | | $0 | $0 | $8,355 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| COGS | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equip Repair/Maint | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Consumables | | $0 | $0 | $2,741 | $12,259 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| IT / Web / Hosting / Server /Software | | $0 | $0 | $0 | $959 | $0 | $0 | $0 | $0 | $0 | ($15,000) | $0 | $0 | $0 | $0 |
| UPS/FedEx NV | | $76 | $0 | $0 | $2,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Plant Maint/EPA compliance | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities VA | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Facility Rent/Lease WI | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| UPS/FedEx WI | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlements - WARN/Atalla | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlement - Hoffs | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Complete Close down | | $121 | $8,428 | $353 | $4,629 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Cash Outflow** | $0 | $7,858 | $84,241 | $31,116 | $98,072 | $13,630 | $9,355 | $2,088 | $7,750 | $750 | ($14,250) | $750 | $1,150 | $750 | $750 |
| Increase (Decrease) in Cash | $0 | $7,907 | $9,083 | ($23,777) | ($80,542) | $11,070 | ($9,655) | $62,613 | $6,250 | ($750) | $14,250 | ($750) | ($1,150) | ($750) | ($750) |
| **Ending Cash Balance** | $2,809,232 | $2,817,139 | $2,826,222 | $2,802,445 | $2,721,904 | $2,732,974 | $2,723,319 | $2,785,931 | $2,792,181 | $2,791,431 | $2,805,681 | $2,804,931 | $2,803,781 | $2,803,031 | $2,802,281 |

NWTM Case # 16-11767CMA
Weekly Cash Flow from
8/13/18 to 12/31/18

| | Projected Wk Ending 11/25/2018 | Projected Wk Ending 12/2/2018 | Projected Wk Ending 12/9/2018 | Projected Wk Ending 12/16/2018 | Projected Wk Ending 12/23/2018 | Projected Wk Ending 12/30/2018 | Projected 12/31/2018 | Total |
|---|---|---|---|---|---|---|---|---|
| **Opening Cash Balance** | $2,802,281 | $2,801,531 | $2,800,381 | $2,799,631 | $2,798,881 | $2,798,131 | $2,795,881 | $2,809,232 |
| **Cash Receipts** | | | | | | | | |
| Unfactored Collections | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $29,611 |
| Prestige Factored A/R Now NWTM | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prestige Reserve | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Precious Metals | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,377 |
| Sale of Equipment Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,125 |
| Industrial Assets Deposit / DIP | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $45 |
| Sale of Dies for MedalCraft | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Dies for Brookgreen | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Older Dies NY Numismatic Assoc | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Boy Scouts Inventory | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sale of Scrap | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $135,000 |
| Store Inventory | $0 | $0 | $0 | $0 | $0 | $0 | $300,000 | $325,000 |
| Clawback Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($2,100) |
| World Pay Return/Chargeback | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $33,000 |
| Lease Reimbursement | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Cash Receipts** | $0 | $0 | $0 | $0 | $0 | $0 | $300,000 | $537,058 |
| **Cash Outflow** | | | | | | | | |
| Payroll | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $40,000 |
| Payroll Liability from last wk of 2017 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Benefits | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,900 |
| Workman's Comp | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 |
| Contract Labor/Cleaning Building | $750 | $750 | $750 | $750 | $750 | $750 | $0 | $150,023 |
| Customer Deposits on file to return | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,605 |
| Royalties | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Legal Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Corp Taxes - Real & Personal Property | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,000 |
| Corp Expenses; Travel | $0 | $400 | $0 | $0 | $0 | $0 | $0 | $9,959 |
| General Liability/Insurance | $0 | $0 | $0 | $0 | $0 | $1,500 | $0 | $2,000 |
| Corp expenses - State Taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prestige Factored A/R | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| US Trustee Fees | $0 | $0 | $0 | $0 | $0 | $0 | $40,000 | $45,000 |
| Facility Rent/Lease NV | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment Lease | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,355 |
| COGS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equip Repair/Maint | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Consumables | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| IT / Web / Hosting / Server /Software | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,000 |
| UPS/FedEx NV | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($13,965) |
| Plant Maint/EPA compliance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,500 |
| Utilities VA | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Facility Rent/Lease WI | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| UPS/FedEx WI | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlements - WARN/Atalla | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlement - Hoffs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Complete Close down | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,531 |
| **Total Cash Outflow** | $750 | $1,150 | $750 | $750 | $750 | $2,250 | $40,000 | $290,408 |
| Increase (Decrease) in Cash | ($750) | ($1,150) | ($750) | ($750) | ($750) | ($2,250) | $260,000 | $246,649 |
| **Ending Cash Balance** | $2,801,531 | $2,800,381 | $2,799,631 | $2,798,881 | $2,798,131 | $2,795,881 | $3,055,881 | $3,055,881 |