```
FILED
2018 SEP -4 PM 4:02
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.
```

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-11767-CMA |
| | ) | |
| NORTHWEST TERRITORIAL MINT, LLC, | ) | CLAIM OF DIE RELATED MATERIALS |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

Plaintiff __Betty Carey__ comes to this Court being pro se.

Plaintiff has been denied due process for claiming dies and associated materials.

Plaintiff has been precluded from testifying in four different hearings after having been invited to the podium for testimony in this matter at this Court. Subsequent pleadings and Orders falsely state that all testimony has been considered. Plaintiff's material testimony regarding but not limited to fraud has not been considered.

Plaintiff has been lied to by the Trustee which shall be considered theft by deception, the deception being perpetrated under the color of law. Trustee Mark Calvert had led Plaitiff to believe thast her dies, along with everyone elses' does were going to be melted down and sold for approximately two dollars each, and that Plaintiff's precious metals were supposedly stolen, or "stold" by the debtor.

Plaintiff hereby claims all precious metals free and clear, including but not limited to: copper, silver, gold, platinum and palladium which plaintiff considers as being associate materials for die-making. If said materials are left in the Dayton Nevada facility after closing of August 31, 2018, Plaintiff Carey claims them. This is to prevent Trustee from claiming that the precious metals could have been left in the Dayton facility.

Plaintiff Carey had been led to believe that there would be a hearing for die owners who responded to the Trustee's ever-changing demands for submitting the protocol of proving die

ownership. The latest form could not be submitted online because it had been changed from the Judge's form within Order on May 21, 2018. It was changed, added to, from a one-page form to a two-page form which was inoperable and could not send. Plaintiff submitted the form via hand-delivery on June 21, 2018 in accordance with Trustee's demands.

Since submitting the form, Plaintiff has been physically threatened and assaulted several times for which she believes said threats are related to the above captioned case and the Trustee and Trustee's attorneys. Contrary to Judge's Order of May 21, 2018, Trustee did not list Plaintiff Carey on his July 3, 2018 listings of die owners who asserted claims.

This case has depleted Plaintiff's financial ability to set forth attorney assisted pleadings. Plaintiff struggles with medical issues and needs reasonable accommodations of additional time allowances.

A confidential law enforcement report will be forthcoming regarding the perceived theft of the metals by the Trustee, as well as the harassment and threats after submitting the Trustee's protocol form for claiming dies.

The above is true and correct to the best of my belief and knowlege; under penalty of Perjury.

Respectfully Submitted by Plaintiff Betty Carey:

_____
signature