

September 19, 2018

Alan D. Smith
ADSmith@perkinscoie.com
D. +1.206.359.8410
F. +1.206.359.9410

**VIA ECF**

Judge Christopher M. Alston
U.S. Courthouse
700 Stewart Street,
Room 7216
Seattle, WA 98101-1271

Re: Request for permission to appear telephonically - In re Northwest Territorial Mint, LLC, Case No. 16-11767-CMA

Dear Judge Alston:

On October 5, 2018 the court will hear the Trustee's Motion to Approve Compromise or Settlement with Robert and Connie Hoff Pursuant to FRBP 9019. I have been the lawyer at Perkins Coie primarily representing the Hoffs in these matters. Prior to the scheduling of this hearing, I made arrangements to attend a hearing in Anchorage, Alaska that same day. (The Anchorage hearing is in the afternoon so the hearings do not conflict.) I do not wish for the court to reschedule this hearing and so ask your permission to attend telephonically.

Very truly yours,

*/s/ Alan D. Smith*

Alan D. Smith

ADS:VMB