October 3, 2018

Michael J. Gearin
michael.gearin@klgates.com

T 206 370 6666
F 206 370 6067

**VIA ECF**

The Honorable Christopher M. Alston
U.S. Bankruptcy Court
700 Stewart Street
Chambers Room 7216
Seattle, WA  98101

**Re:**    *In re Northwest Territorial Mint LLC*, **Cause No. 16-11767-CMA;**

Dear Judge Alston:

We write regarding the hearing on the Trustee's Motion to Approve Settlement with Robert and Connie Hoff Pursuant to FRBP 9019 (Dkt. 1873) (the "Motion").  No parties have objected to the Motion.  The Court has directed that counsel for the Trustee and counsel for the landlord appear at the hearing to address questions of the Court.  Counsel for both the Trustee and landlord are out of town on Friday, October 5th.  Consequently, the Trustee has requested a continuance of the hearing via docket entry to the Court's next chapter 11 calendar on October 19, 2018 at 9:30.

Respectfully,

/s/ *Michael J. Gearin*

Michael J. Gearin

K&L GATES LLP
925 FOURTH AVENUE  SUITE 2900  SEATTLE  WA 98104-1158
T +1 206 623 7580  F +1 206 623 7022  klgates.com
501860822 v3