Honorable Christopher M. Alston
Chapter 11
Hearing Date: December 7, 2018
Hearing Time: 9:30 a.m.
Response Date: November 30, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | No. 16-11767-CMA<br><br>FINAL APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE |

Miller Nash Graham & Dunn, LLP, and Mark D. Northrup, counsel for the Official Unsecured Creditors' Committee in this case, hereby applies for: a) allowance of $384,137.00 in fees, with payment of this amount to be rendered only as provided by subsequent order of the Court; and b) allowance of $0 in costs and expenses. This Application is based on the files and records herein and on the Declaration of Mark D. Northrup filed herewith.

DATED this 12th day of October, 2018.

MILLER NASH GRAHAM & DUNN LLP

By /s/ Mark D. Northrup
Mark D. Northrup, WSBA# 16947
Email: mark.northrup@millernash.com
Attorneys for the Official Unsecured Creditors' Committee

FINAL APPLICATION FOR PAYMENT OF FEES
AND REIMBURSEMENT OF EXPENSES OF
COUNSEL FOR THE OFFICIAL UNSECURED
CREDITORS' COMMITTEE -- 1
No. 16-11767-CMA 4848-9434-6104.1

MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Case 16-11767-CMA    Doc 1894    Filed 10/12/18    Ent. 10/12/18 13:20:06    Pg. 1 of 1