# CFL LAW GROUP, LLP
Attorneys at Law
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Phone: (206) 292-8800

LAWRENCE R. COCK
(206) 812-0836
LRC@corrcronin.com

November 8, 2018

Honorable Christopher M. Alston
United States Bankruptcy Judge
Western District of Washington
700 Stewart Street
Seattle, WA 98101

Re:  *In re Northwest Territorial Mint, LLC,* Case No. 16-11767-CMA
Request re: 11/16/2018 11:00 a.m. Fairness hearing

Dear Judge Alston:

I am local counsel to Mary Olsen of The Gardner Firm. This letter concerns a hearing scheduled for next Friday, November 16, 2018 at 11:00 a.m. The pending matter is the final Fairness Hearing regarding the Settlement in this case.

I am writing to request that the court excuse me from next Friday's 11:00 a.m. hearing.

In the alternative, I request permission to appear by telephone.

I am making this request in the interest of economy. That is, with Ms. Olsen's appearance, my appearance is not needed and would cause the class to incur avoidable expense.

Sincerely,

*[signature]*

LAWRENCE R. COCK