Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

November 8, 2018

**Via CM/ECF**

Mary E. Olsen
The Gardner Firm P.C.
182 Saint Francis Street, Ste. 103
Mobile, AL 36652

Re: *Northwest Territorial Mint*, *LLC*, Case No. 16-11767
Request for Telephonic Appearance

Dear Ms. Olsen:

The Court received your letter filed on November 8, 2018 [Docket No. 1904], requesting that you be allowed to appear by telephone for the hearing set for **Friday November 16, 2018, at 11:00 a.m.** in the above-referenced proceeding. Please be advised that Judge Alston has granted the request. Below is the procedure for appearing by phone:

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone, you certify that you are not recording the proceedings.

Please do not hesitate to contact chambers should you have any questions.

Sincerely,

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston