Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

November 9, 2018

**Via CM/ECF**

Lawrence R. Cock
CFL Law Group, LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154

      Re:    *Northwest Territorial Mint*, *LLC*, Case No. 16-11767
              Request to be Excused from Hearing on Joint Motion

Dear Mr. Cock:

The Court received your letter filed on November 8, 2018 [Docket No. 1905], requesting that you be excused from appearing at the hearing on the Joint Motion set for **Friday November 16, 2018, at 11:00 a.m.** in the above-referenced proceeding. Please be advised that Judge Alston has granted the request. Your attendance is not required at the hearing, and Ms. Olsen is allowed to appear telephonically on behalf of the movant.

Please do not hesitate to contact chambers should you have any questions.

                                                       Sincerely,

                                                       Sameer M. Alifarag
                                                     Law Clerk to the Honorable Christopher M. Alston