16-11767

FILED
Western District of Washington
at Seattle

NOV - 8 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

November 6, 2018 A.D
Olympia City

Morgan,

The court rules have obstructed my bankruptcy matter, which is private and special.

Now Trustee Alston has a public notice in the district and I am unable to hold the Trustee's harmless until after a discharge of their duty to this beneficiary.

By: Jeffy McMurl, beneficiary and grantor

FILED ___ LODGED
___ RECEIVED
NOV 05 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| jeffrey mark mcmeel | ) ) ) Cause No.: 3:12-cv-06067 ) |
| plaintiff | ) "NOTICE TO CHRISTOPHER ALSTON, ) A TRUSTEE FOR JEFFREY MARK |
| Vs | ) MCMEEL" ) |
| United States | ) ) |
| Internal Revenue Service | ) ) |
| defendants | |

Comes now Jeffrey Mark of Mcmeel, Affiant, an emancipated inhabitant of Washington State and files this "NOTICE TO CHRISTOPHER ALSTON A TRUSTEE FOR JEFFREY MARK MCMEEL" in the Western District of Washington.

FOR: _____ JEFFREY MARK MCMEEL,

Grantor/beneficiary