November 13, 2018

David C. Neu
david.neu@klgates.com

T 206 370 8125
F 206 370 6289

The Honorable Christopher M. Alston
United State Bankruptcy Court
Western District of Washington
700 Stewart St. Room 7216
Seattle, Washington 98101

**Re:     In re Northwest Territorial Mint, LLC, USBC WA Western No. 16-11767
        Telephonic Appearance Request**

Dear Judge Alston:

We write to request that our client, Mark Calvert, Chapter 11 Trustee in the above captioned matter, be allowed to appear telephonically for the final hearing on the Joint Motion for an Order (1) Granting Class Certification for Purposes of Settlement Only; (2) Appointing Settlement Class Representative and Settlement Class Counsel; (3) Preliminarily Approving the Settlement Agreement between the Class Claimant, on her own behalf and on behalf of the Settlement Class; (4) Approving the Form and Manner of Notice to Settlement Class; (5) Scheduling a Final Fairness Hearing for the Final Consideration and approval of the Settlement; and (6) Finally Approving the Settlement; (the "Joint Motion"), currently set for November 16, 2018 at 11:00 a.m. (PDT).

The Trustee is unable to attend the hearing in person because he will out of town on business.

Thank you for your consideration of this request.

Very truly yours,

*/s/ David C. Neu*

David C. Neu

K&L GATES LLP
925 FOURTH AVENUE   SUITE 2900   SEATTLE   WA 98104-1158
T +1 206 623 7580  F +1 206 623 7022  klgates.com
501954981 v2