Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

November 14, 2018

<u>**Via CM/ECF**</u>

David Neu
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Re: *Northwest Territorial Mint*, *LLC*, Case No. 16-11767
Request for Telephonic Appearance

Dear Mr. Neu:

The Court received your letter filed on November 13, 2018 [Docket No. 1913], requesting that your client, Mark Calvert, be allowed to appear by telephone for the hearing set for **Friday November 16, 2018, at 11:00 a.m.** in the above-referenced proceeding. Please be advised that Judge Alston has granted the request. Below is the procedure for appearing by phone:

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone, you certify that you are not recording the proceedings.

Please do not hesitate to contact chambers should you have any questions.

Sincerely,

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston