Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: December 7, 2018
Hearing Time: 9:30 a.m.
Response Date: November 30, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, Debtor. | FIRST APPLICATION FOR COMPENSATION OF CASCADE CAPITAL GROUP LLC, AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE |

## INTRODUCTION

Cascade Capital Group, LLC ("Cascade") Accountants for Mark Calvert, the duly appointed Chapter 11 Trustee for Northwest Territorial Mint, LLC (the "Trustee"), hereby submits this Application for Compensation of Cascade Capital Group LLC (the "Cascade Application").[1] This Application is supported by the Declaration of Mark Calvert, filed contemporaneously herewith.

Cascade has provided professional financial services support to the Trustee for his efforts on behalf of creditors to preserve and realize on the value of the business of the bankruptcy estate and its assets for the benefit of creditors. A summary of the Trustee's activities and efforts on behalf of

---

[1] Cascade previously submitted an application for fees and expenses in compliance with the Court's direction that the Trustee, Trustee's Counsel, and Cascade Capital Group LLC ("Cascade") file fee applications and set them for hearing on October 6, 2017 (the "2017 Applications"). In the 2017 Applications Cascade and other professionals requested that the Court defer ruling on allowance or payment of fees. This Application supersedes and replaces the 2017 Cascade application and expands the timeframe for services to the period April 2016 through September 2018.

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 1

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

creditors is contained in the Trustee's Application for Compensation for the period April, 2016 through September 30, 2018 which summary is incorporated by reference.

Cascade's financial services have supported the Trustee's through an initial preservation, inventory and documentation of the inventory in the possession of the estate and later an extensive effort aimed at identifying precious metal in the possession of the estate that belonged to customers. Cascade's considerable efforts in this task resulted in the return of hundreds of thousands of dollars of customer stored inventory. Cascade assisted the Trustee in the investigation of numerous other matters of import to the estate including an analysis of the payment of American Express charges on Diane Erdmann's account by the Debtor which resulted in a judgment in favor of the estate of more than Four Hundred Thousand Dollars. Cascade assisted the Trustee in his efforts to prepare for the trial in the Medallic LLC case which was essential to the Trustee's ability to confirm ownership of the most important assets of the estate. Cascade created a bank database which allowed the Trustee to create multiple financial planning tools necessary to oversee the business operations of the estate. Cascade provided significant support to the limited financial staff of the estate's business in the form of services which would normally have been provided by an in house controller or chief financial officer. Cascade assisted in the preparation of bankruptcy schedules, monthly operating reports and financial statements for the business operations of the estate. Cascade prepared a detailed cash management reporting system which was essential to the business operations. Cascade prepared financial materials in connection with the Trustee's meetings with the creditors' committee. Cascade prepared a formal insolvency report and testified at the American Express trial. Cascade assisted the Trustee in connection with his arrangement of a DIP loan facility and the reporting and accounting until that loan was paid. Cascade assisted the Trustee in his efforts to sell the company as a going concern through the creation of financial models. After the Trustee terminated the business operations, Cascade assisted the Trustee in the sale of various packages of assets and the

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 2

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

resolution of customer issues. These services are more particularly described in various categories below.

## TERMS OF CASCADE APPOINTMENT AND PAYMENT HISTORY

### A. Date of Approval of Cascade's Employment and Administrative Duties

The Trustee was appointed as Chapter 11 Trustee on April 11, 2017. On June 7, 2016, the Court entered the Final Order Authorizing Employment of Cascade Capital Group, LLC as Accountants for Trustee (the "Employment Order"). The order is effective *nunc pro tunc* as of April 11, 2016.

### B. Statements of Prior Compensation and Itemized Time Records

True and correct copies of Cascade's billing statements are attached as **Exhibit A** to the Declaration of Mark Calvert in Support of this Application, filed contemporaneously herewith. The billing statements contain itemized time records which include the date the service was rendered, the identity of the person providing the services, a detailed description of the services performed and the total hours and amount of compensation requested. Cascade received an interim payment of $110,338.70 in fees in December 2016, pursuant to authority in the Order Establishing Procedures for Interim Payment of Fees and Costs of Professionals [Dkt. No. 394]. However, in 2017, Cascade refunded $100,000 of the interim advance to assist in addressing cash flow pressures for the estate's business and to help protect the potential enterprise value of the Debtor's business.

Cascade has agreed, pursuant to the Employment Order to discount its billing rates. Cascade's individual timekeepers who incurred time reflected in Cascade's billing statements, along with their titles and hourly rates are as follows: Mark Calvert, Principal ($350/hour); Charles Green, Senior ($350/hour); Christine Unwin, Senior Staff (and licensed private investigator) ($180/hour); Tod McDonald, Senior Manager with 15 plus years of experience with Cascade ($300/hour); Jody Cannady, a 15 year Account with Cascade ($120/hour); Marjorie Chappel, Staff ($100/hour); and

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 3

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Jessica Gilmore, Staff ($100-$150/hour). Travel for each employee is billed at half their normal hourly rate.

Mark Calvert's hourly rate described in this application is discounted from his rate of $400/hour for Trustee services in this case and his normal hourly rate of $450 per hour for accounting related services. Thus, Mr. Calvert's hourly rate for the Cascade Application is discounted by a total of approximately 22%. In addition, the hourly rate of Mr. McDonald for the Cascade Application is $300, which is discounted by 14.3% from his normal rate of $350.

## SUMMARY OF PROFESSIONAL SERVICES BY PROJECT CATEGORY

In support of this Application, the Trustee submits the following supporting documentation, which is attached to the Declaration of Mark Calvert filed in support, and all of which is incorporated herein by reference:

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A | Itemized Billing Statements |
| Exhibit B | Summary Sheet of Monthly Fees by Project Category |
| Exhibit C | Summary Sheet of Monthly Hours by Project Category |
| Exhibit D | Summary Sheet of Monthly Expenses by Category |

The exhibits submitted in connection with this Application demonstrate the amount of fees Cascade incurred as accountant for Cascade from April 2016 through September 2018 (the "Application Period"). The exhibits break down, by each month, the amount of hours worked by Cascade and the amount of fees Cascade incurred. The exhibits further describe the number of fees and hours worked by Cascade within particular project categories.

As the exhibits demonstrate, Cascade incurred a total of $926,742.20 in fees during the Application Period. Cascade's fees were for the following categories of tasks, each of which are described in more detail below: Accounting, Bank Database, Bankruptcy Admin, Bankruptcy

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 4

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1924    Filed 11/16/18    Ent. 11/16/18 18:59:06    Pg. 4 of 13

Schedules, Cash Flow Management, Claims, Close of Company, Committee, Court Hearing, DIP, Insolvency, Inventory, Investigation (with 5 subcategories), Liquidation Analysis, Medallic, Monthly Operating Reports, Operations, Plan of Reorganization and Disclosure Statement, Sale of Assets, Sale of Company, Job Costing, and Travel.

Exhibit D is a chart showing the amount of costs the Cascade incurred in assisting the Trustee during the Application Period. The chart breaks down the fees he has incurred on a monthly basis and further describes the expenses using the following specific categories: Travel (Airfare), Travel (Meals), Travel (Ground), Travel (Lodging), Travel (Misc), Software (Quickbooks/Dropbox), Supplies, Outside Data Entry (Columbia Research-Committee Report), Outside Data Entry (India Data Entry), Outside Data Entry (PerfectAudit Data Entry), Outside Data Entry (PACER), Close Down Supplies, and Shipping. Cascade incurred a total of $27,147.00 in expenses during the Application Period.

## NARRATIVE SUMMARY OF SERVICES RENDERED ON A PROJECT SUMMARY BASIS

All of the professional services rendered by Cascade during the Application are set forth in detail on Exhibit A to the Trustee's Declaration and summarized in the exhibits attached thereto. Brief descriptions of certain services deserving specific mention are highlighted below, by project category:

Accounting (Total Hours: 694.52. This category consists of duties typically performed by a controller for a business, such as meetings with accounting staff of the estate's business, giving direction and daily tasks, training of accounting staff on procedures and financial data entry, review of financial reports, account reconciliations, and closing of monthly financial statements of the estate's business. Cascade incurred a total of $90,505.40 in fees in this category during the Application Period.

Bank Database (Total Hours: 585.30). This category represents fees incurred in connection

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 5

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

with data collection of all bank/cash data, categorizing all transactions, and analysis of data. The database is a tool that allows the Trustee to explore, analyze, and identify financial trends, the flow of funds, and the availability of funds.

The database has been used in all aspects of the case, including fraudulent transfer analysis, analysis of distributions to owners and investigation of missing inventory. It is the tool that allowed the estate to confirm storage and lease customer payments for inventory returned to them, and it allowed the Trustee to track the source of funds used by Ross Hansen in the acquisition of the assets owned by Medallic Art Company, Ltd. The database was also instrumental in the Trustee's determination of the Debtor's insolvency dating back to 2008, and his determination that the Debtor used subsequent customer deposits to buy inventory to fulfill older customer orders. Using the database, the Trustee has been able to distinguish the amount of missing cash and inventory from amounts lost in the operations of the Debtor's business. Cascade incurred a total of $103,010.00 in fees in this category during the Application Period.

<u>Bankruptcy Admin</u> (Total Hours: 238.68). Among other services provided in this category during the Application Period, Cascade assisted the Trustee with the following (i) duties related to initial takeover of company as trustee; (ii) meetings with Ross Hansen; (iii) evaluation of the Debtor's insurance; (iv) meetings with lawyers; (v) indexing of files; (vi) compilation and review of documentation related Trustee's understanding the bankruptcy case; (vii) restriction of duties and access of employees to precious metals. Cascade incurred a total of $37,455.00 in fees in this category during the Application Period.

<u>Bankruptcy Schedules</u> (Total Hours: 102.05). This category includes work associated with the gathering of financial and operating data for the schedules filed with the Bankruptcy Court. Cascade incurred a total of $23,820.00 in fees was incurred in this category during the Application Period.

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 6

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1924    Filed 11/16/18    Ent. 11/16/18 18:59:06    Pg. 6 of 13

Cash Flow Management (Total Hours: 156.00). Among other services provided in this category, Cascade assisted the Trustee with his creation of a rolling daily cash flow with daily cleared incoming and outgoing cash transactions. The Trustee's daily cash flow schedule includes projections through the end of 2017 to help manage cash. Cash flow shortfalls were an ongoing and important issue faced by NWTM. Cascade incurred a total of $25,146.50 in fees in this category during the Application Period.

Claims (Total Hours: 244.06). Among other services provided in this category, Cascade assisted the Trustee in his analysis of missing assets, conducted analysis of storage customer claims, verified ownership of stored inventory, and conducted proof of claim reconciliations, principally for secured claims. Cascade incurred a total of $34,127.20 in fees in this category.

Close of Company (Total Hours: 84.06). This category includes work associated with logistical and closing of services for the move of the Auburn plant to Dayton and, close down and move out of the Kent office. Cascade assisted the Trustee with procedures and weekly updates on the closing and clean up items to be done to close the Dayton Plant, vacation liability analysis and WARN act analysis. Cascade incurred a total of $10,863.70 in fees in this category during the Application Period.

Committee (Total Hours: 86.90). Among other services provided in this category during the Application Period, Cascade assisted the Trustee in drafting reports for the Unsecured Creditors Committee. The Trustee participated in approximately nineteen committee meetings at which financial information prepared by Cascade was shared with the Committee. In addition, Cascade has assisted the Trustee in his efforts to work with the Committee to ensure that they had adequate information and help them understand the financial realities of this case. Cascade incurred a total of $20,475.00 in fees in this category during the Application Period.

Court Hearings (Total Hours: 40.10). This category consists of time related to court hearings

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 7

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1924    Filed 11/16/18    Ent. 11/16/18 18:59:06    Pg. 7 of 13

where Cascade was providing financial services support, expert analysis or testimony, including meetings with the Trustee's counsel in preparation for the hearings. This category includes time reviewing declarations and attending court when appropriate. Cascade provided assistance to the Trustee in addressing financial information requested by the Court and by creditors. Cascade incurred a total of $13,575.00 in fees in this category during the Application Period.

<u>DIP</u> (Total Hours: 35.09). This category consists of services Cascade performed related to setting up the DIP loan facility and reconciling and reporting the loan draws and repayments. Tasks included completing the application process, setting up a new bank account and lockbox, pulling eligible accounts for funding assignments, reconciling payments received, journal entries based on reconciled account and analysis on timing of when the company needed additional funding. Cascade incurred a total of $4,166.30 in fees in this category during the Application Period.

<u>Insolvency</u> (Total Hours: 423.41). This category consists of work the Cascade performed relating to the collection and analysis of financial data related to NWTM and Medallic Art Company. Cascade incurred a significant amount of time in this area preparing for the Medallic litigation. Cascade's analysis regarding the Debtor's insolvency confirmed the nature and extent of the insolvency of the Debtor dating back to 2008, the year before the acquisition of the assets owned by Medallic Art Company, Ltd. In addition, the insolvency and the bank database confirmed the use of NWTM customer deposits to complete the acquisition of the Medallic assets. Cascade later used this work product to finalize an insolvency report and to provide testimony in connection with the trial on the American Express fraudulent transfer case. Cascade incurred a total of $78,176.20 in fees in this category during the Application Period.

<u>Inventory</u> (Total Hours: 735.89). This category consists of work performed by Cascade taking physical inventory of precious metals in all vault locations, weighing metals, documenting location of metals and documenting ownership of metals found. This category also includes time

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 8

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1924    Filed 11/16/18    Ent. 11/16/18 18:59:06    Pg. 8 of 13

associated with the return of customer owned inventory. Cascade incurred a total of $126,737.20 in fees in this category during the Application Period.

Investigation (Multiple Categories) (Total Hours: 813.53). Among other services provided in this category during the Application Period, Cascade assisted the Trustee in his search for missing inventory, collection and analysis of data related to the Debtor's payment of the American Express card in Diane Erdmann's name, review of correspondence related to Ross Hansen and Diane Erdmann, response to information requests from the FBI and Department of Justice, and participation in depositions of Ross Hansen and Diane Erdmann. The Debtor's lack of adequate records, internal controls, segregation of duties by staff, and customer storage records all resulted in a significant amount of work and effort by Cascade in this category. Cascade incurred a total of $166,024.60 in this category during the Application Period.

Liquidation Analysis (Total Hours:85.57). This category consists of work that Cascade performed related to collecting data, creating rollforward schedules, creating cost benefit schedules and using all information to create a liquidation analysis the Trustee used to analyze projected recoveries. Cascade incurred a total of $14,635.00 in fees in this category during the Application Period.

Medallic (Total Hours: 272.67). Among other services provided in this category, Cascade performed services related to the verification and identification of assets allegedly owned by Medallic Art Company, LLC ("Medallic"); review and analysis of Medallic financial statements, and preparation of analysis to be presented at trial. The Medallic litigation required a significant amount of time to confirm the flow of funds, the Debtor's insolvency, and fraudulent transfers. The Medallic litigation was critical to the bankruptcy estate, as the Trustee's ownership of the Medallic-related assets was essential to preserving the Debtor's business and confirming the ownership of the estate's

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 9

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

501955890 v6

most valuable assets. Cascade incurred a total of $55,184.40 in this category during the Application Period.

<u>Monthly Operating Reports</u> (Total Hours: 224.37). This category consists of efforts the Cascade took to collect data from accounting staff for the required operating reports. Cascade analyzed financial statement data for accuracy and drafted write-ups of significant monthly events. Cascade incurred a total of $27,469.40 in fees in this category during the Application Period.

<u>Plan of Reorganization and Disclosure Statement</u> (Total Hours: 135.75). Cascade assisted the Trustee in his evaluation of the Debtor's operations, formulation of a financial model for a reorganization plan, and assessment of tax and other issues relevant to the plan of reorganization. Cascade was involved in dialogue with the Committee and its counsel regarding the draft reorganization plan.  Cascade incurred a total of $36,965.00 in fees in this category during the Application Period.

<u>Operations</u> (Total Hours: 191.43)  Among other services provided in this category during the Application Period, Cascade assisted the Trustee with understanding all departments, creating and establishing new procedures for all departments, sales training and researching and implementing new systems and software for HR and Accounting.  Cascade incurred a total of $34,014.60 in fees in this category during the Application Period.

<u>Sale of Assets</u> (Total Hours: 41.84). This category consists of Cascade's efforts to assist the Trustee in the creation of the Trustee's price model for the Trustee's sale of the Graco business in Tomball, Texas, which was sold for approximately $1 million and generated additional liquidity for the business, and the sale of excess equipment and fixtures in Nevada. Cascade incurred a total of $6,688.80 in fees in this category during the Application Period.

<u>Sale of Company</u> (Total Hours: 22.70). This category consists of work performed by Cascade in assisting the Trustee in evaluating the possible sale of the entire company, including creating a

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 10

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1924    Filed 11/16/18    Ent. 11/16/18 18:59:06    Pg. 10 of 13

buyers list, formulating price models, extensive correspondence with potential buyers, meeting with potential buyers, creating and sending potential buyers requested information. Cascade incurred a total of $2,800.00 in fees in this category during the Application Period.

<u>Job Costing</u> (Total Hours: 65.10). This category consists of work the Cascade performed related to the gathering of production data, die cost analysis, and various categories of custom orders cost to determine business profitability of the Debtor. Despite the fact that the Debtor is a manufacturing company, it had no job costing at the time of the Trustee's appointment. That is, the Debtor did not know the cost of individual products. Nor did the Debtor know which projects were causing the company to make money vs. lose money. The implementation of a job costing system is key to the Trustee's efforts to reorganize the estate. The job costing system has proven to be very valuable, and has identified that the company has been losing money on smaller jobs and jobs with more enamel colors. The job costing system also confirmed the cost associated with the estate's quality assurance process which was at the end of the manufacturing process. The Debtor's prior practices resulted in the Debtor having to manufacturing more coins than required by a particular contract, to account for damaged coins to be pulled and eliminated from the process. The Debtor now starts manufacturing at a lower number, and has modified contracts allowing the Debtor to deliver a few more or a few less than the contracted number. This process has improved profitability of the Debtor. Cascade incurred a total of $9,470.00 in this category during the Application Period.

<u>Travel</u> (Total Hours: 38.81). This category consists of time spent by Cascade traveling to local and out-of-state locations. Cascade has billed its travel time at half the normal hourly rate of Cascade's timekeepers. Cascade incurred a total of $3,432.90 in fees in this category during the Application Period.

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 11

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1924    Filed 11/16/18    Ent. 11/16/18 18:59:06    Pg. 11 of 13

## **CONCLUSION**

Cascade submits the foregoing Application and respectfully requests that the Court approve the fees and costs described herein pursuant to 11 U.S.C. § 330 and LBR 2016-1 and grant authority for the Trustee to disburse funds in partial satisfaction of the allowed fees and costs..

DATED this 16th day of November, 2018.

CASCADE CAPITAL GROUP

By */s/ Mark Calvert* _____
Mark Calvert

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 12

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on November 16, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on November 16, 2018, she caused the foregoing document to be mailed to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
325 E Washington St #226
Sequim, WA 98382

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 16th day of November, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

FIRST APPLICATION FOR COMPENSATION OF
CASCADE CAPITAL GROUP LLC - 13

501955890 v6

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022