Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: December 7, 2018
Hearing Time: 9:30 a.m.
Response Date: November 30, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br>      Debtor. | Case No. 16-11767-CMA<br><br>DECLARATION OF MARK CALVERT IN SUPPORT OF FIRST APPLICATION FOR COMPENSATION OF CASCADE CAPITAL GROUP LLC AS ACCOUNTANTS FOR THE TRUSTEE |

Mark Calvert declares as follows:

1. I am over the age of 18 years old and, if called as a witness, could and would testify to the matters set forth herein based on my personal knowledge. Unless otherwise stated herein, I make the following statements based upon my personal knowledge. I am a principal of Cascade Capital Group LLC ("Cascade"). I submit this Declaration in support of the Application for Compensation for Cascade Capital Group LLC as Accountants for the Chapter 11 Trustee (the "Cascade Application").

2. Cascade previously submitted an application for fees and expenses in compliance with the Court's direction that the Trustee, Trustee's Counsel, and Cascade Capital Group LLC ("Cascade") file fee applications and set them for hearing on October 6, 2017 (the "2017 Applications"). In the 2017 Applications Cascade and other professionals requested that the Court defer ruling on allowance or payment of fees. This Application supersedes and replaces the 2017

DECLARATION OF MARK CALVERT IN SUPPORT OF
APPLICATION FOR COMPENSATION FOR CASCADE
CAPITAL GROUP LLC - 1
501956696 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1925    Filed 11/16/18    Ent. 11/16/18 19:02:43    Pg. 1 of 4

Cascade application and expands the timeframe for services to the period April 2016 through September 2018.

3. My staff and I prepared the billing statements attached as **Exhibit A**. They are true and correct to the best of my knowledge. Pursuant to my Supplemental Declaration of Mark Calvert in Support of Application for Order Authorizing Employment of Cascade Capital Group, LLC as Accountants for Trustee [Dkt. No. 375], my hourly rate for services described in the Cascade Application is $350 per hour. This rate is discounted from my hourly rate for Trustee services in this case of $400 per hour and my normal hourly rate of $450 per hour for accounting related services. Thus, my hourly rate for the Cascade Application is discounted by approximately 22%. In addition, the hourly rate of Mr. McDonald for the Cascade Application is $300, which represents a 14.3% discount from his normal rate of $350.

4. A list Cascade's individual timekeepers who incurred time reflected in Cascade's billing statements, along with their titles and hourly rates is as follows: Mark Calvert, Principal ($350/hour); Charles Green, Senior ($350/hour); Christine Unwin, Senior Staff (and licensed private investigator) ($180/hour); Tod McDonald, Senior Manager with 15 plus years of experience with Cascade ($300/hour); Jody Cannady, a 15 year Accountant with Cascade ($120/hour); Marjorie Chappel, Staff ($100/hour); and Jessica Gilmore, Staff ($100-$150/hour). Travel for each employee was billed at half their stated hourly rate.

5. Attached hereto as **Exhibit B** is a summary of Cascade's monthly fees incurred, broken down by individual project categories. The particular project categories are described in more detail in the Cascade Application. Attached hereto as **Exhibit C** is a summary of monthly hours incurred by Cascade, broken down by particular project categories. Attached hereto as **Exhibit D** is a summary of monthly expenses incurred by Cascade, broken down by category.

DECLARATION OF MARK CALVERT IN SUPPORT OF
APPLICATION FOR COMPENSATION FOR CASCADE
CAPITAL GROUP LLC - 2
501956696 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

6. My staff and I prepared the billing statements attached as Exhibit A, as well as the summaries attached as Exhibits B through D. The exhibits attached hereto are true and correct to the best of my knowledge.

7. The Cascade Application provides the Court with information regarding the Cascade's efforts during this case and the amount of fees and costs incurred as a result. Cascade has supported the Trustee efforts to preserve the value of the estate's business, to formulate a reorganization plan, to create financial reporting and controls necessary to the operation of the business, to market the company for sale, to secure assets of the estate, to identify assets belonging to customers of the Debtor and to return them, and ultimately to liquidate the assets of the bankruptcy estate. Absent the services of the professionals in the case, including Cascade, there would not have been an effort to create value for the creditors and the business of the estate would not have been wound down in an orderly fashion. Cascade respectfully requests that the Court grant allowance of its fees in the amount of $926,742.20, approve costs in the amount of $27,147.00 and approve distribution of amounts as may be proposed by the Trustee to be paid to all professionals pro rata in partial satisfaction of allowed professional fees and expenses in the case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 15th day of November, 2018, at Seattle, Washington.

*/s/ Mark Calvert*
Mark Calvert

DECLARATION OF MARK CALVERT IN SUPPORT OF APPLICATION FOR COMPENSATION FOR CASCADE CAPITAL GROUP LLC - 3
501956696 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1925    Filed 11/16/18    Ent. 11/16/18 19:02:43    Pg. 3 of 4

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on November 16, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on November 16, 2018, she caused the foregoing document to be mailed to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
325 E Washington St #226
Sequim, WA 98382

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 16th day of November, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF MARK CALVERT IN SUPPORT OF APPLICATION FOR COMPENSATION FOR CASCADE CAPITAL GROUP LLC - 4
501956696 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1925    Filed 11/16/18    Ent. 11/16/18 19:02:43    Pg. 4 of 4