# EXHIBIT E

# Northwest Territorial Mint
# Trustee Fees - Cap Calculation

| Month | *Monthly Disbursements | | Trustee Fee Calculation | | | |
|---|---|---|---|---|---|---|
| | | | Min | Max | Rate | Fee |
| Apr-16 | 700,199 ** | | $0 | $5,000 | 25% | $1,250 |
| May-16 | 1,600,727 | | $5,001 | $50,000 | 10% | $4,500 |
| Jun-16 | 1,602,867 | | $50,001 | $1,000,000 | 5% | $47,500 |
| Jul-16 | 1,255,221 | | $1,000,001 | | 3% | $853,060 |
| Aug-16 | 1,218,795 | | **Trustee Fee Cap** | | | **$906,310** |
| Sep-16 | 1,296,041 | | | | | |
| Oct-16 | 1,249,893 | | | | | |
| Nov-16 | 1,277,215 | | | | | |
| Dec-16 | 1,464,056 | | | | | |
| Jan-17 | 1,100,053 | | | | | |
| Feb-17 | 1,061,663 | | | | | |
| Mar-17 | 1,350,863 | | | | | |
| Apr-17 | 1,105,183 | | | | | |
| May-17 | 1,290,936 | | | | | |
| Jun-17 | 1,185,032 | | | | | |
| Jul-17 | 1,175,870 | | | | | |
| Aug-17 | 1,332,797 | | | | | |
| Sep-17 | 1,237,258 | | | | | |
| Oct-17 | 1,510,134 | | | | | |
| Nov-17 | 1,336,305 | | | | | |
| Dec-17 | 1,185,167 | | | | | |
| Jan-18 | 534,840 | | | | | |
| Feb-18 | 255,686 | | | | | |
| Mar-18 | 351,539 | | | | | |
| Apr-18 | 428,426 | | | | | |
| May-18 | 117,306 | | | | | |
| Jun-18 | 169,646 | | | | | |
| Jul-18 | 175,472 | | | | | |
| Aug-18 | 387,826 | | | | | |
| Sep-18 | 82,378 | | | | | |
| Oct-18 | 395,944 | | | | | |
| **Total** | **29,435,335** | | | | | |

**Note:**
Total Cash available to Distribute 10/31/18 is $2,386,693 - @ 3% the Fee Cap would increase by $71,600 for a total of $977,910

*Derived from disbursements records in Trustee's Monthly Reports

**Removed Apr1-10 distribursements and intercompany transfers (included on MOR's disbursements in error)

| Transfers | 891,604.82 |
|---|---|
| Apr1-10 | 557,655.38 |