FILED
Western District of Washington
at Seattle

NOV 26 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Jeffrey Mark of McMeel
POB 6273
Bellevue, Washington (98008)

November 20, 2018
City of Bellevue

16 - 11767

Judge Christopher Alston
700 Stewart St
Room 6301
Seattle, WA 98101

Re: Penalty for private use

Dear Judge/trustee Christopher Alston,

Please charge my account for the $300 penalty for private use and charge the same to every issue I have deposited into the Northwest Territorial Mint LLC chapter 11 case with the clerk's office. Charge the same to your orders. Thank you.

You have my permission with this letter to obtain my social security number from the Social Security Administration to complete the charging request for the benefit of Jeffrey Mark of McMeel.

BY: _____ Jeffrey Mark of McMeel, beneficiary