Danial D. Pharris, WSBA # 13617
Lasher Holzapfel Sperry &
Ebberson, P.L.L.C.
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: December 7, 2018
Response Date: November 30, 2018
Hearing Time: 9:30am

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>NORTHWEST TERRITORIAL MINT LLC,<br><br>Debtor. | No. 16-11767-CMA<br><br>G.RA.CO. AWARDS MANUFACTURING, LP AND RETT, LP'S RESPONSE TO THE TRUSTEE'S MOTION TO APPROVE AND DISALLOW COST OF ADMINISTRATION CLAIMS |

Rett, LP ("Rett") and G.RA.Co. Awards Manufacturing, LP ("Graco Awards") submit this Response to the Trustee's Motion to Approve and Disallow Cost of Administration Claims. Rett and Graco Awards request the court to deny the Trustee's objection to their cost of administration claims totaling $112,088.29 by Rett and $58,111.14 for Graco Awards and as detailed herein.

1. **Post-Petition Breakup Fee Claimed by G.RA.Co. Awards Manufacturing, LP, Tom Tucker and Larry Cook.** G.RA.Co. Awards Manufacturing, LP ("Graco Awards") entered into a contract with the Trustee to purchase the assets of the Debtor's business minting coins,

G.RA.CO. AWARDS MANUFACTURING, LP
AND RETT, LP'S RESPONSE TO THE
TRUSTEE'S MOTION TO APPROVE AND
DISALLOW COST OF ADMINISTRATION
CLAIMS - 1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Case 16-11767-CMA    Doc 1937    Filed 11/29/18    Ent. 11/29/18 11:50:36    Pg. 1 of 4

awards, and medallions for third parties. The Trustee filed a motion to approve the sale including a break-up fee to Tom Tucker and Larry Cook, as owners of Graco Awards which had recently been formed to acquire the assets. The court subsequently approved a sale to another purchaser and the court continued the hearing for approval of the payment of the break-up fee to Tom Tucker, Larry Cook and/or to Graco Awards as their assignee. At a subsequent hearing, Graco Awards requested payment of $52,111.14 plus costs and attorney's fees in the amount of not to exceed $6,000. The Trustee objected to payment of any amount in excess of $25,000, however, the Trustee supported payment of a $25,000 break-up fee. Subsequently, the parties entered into a settlement agreement, however, final court approval was never obtained. The matter was not concluded, however, it is clear that Graco Awards timely asserted a claim that was acknowledged by the Trustee. Therefore, that claim should not be disallowed and instead should be approved in the amount of between $25,000-$58,111.14.

2. **Lease Agreement**. RETT and Northwest Territorial Mint, LLC (the "Debtor") entered into a Commercial Lease Agreement (the "Lease"), the effective date of which was May 12, 2011. A true and correct copy of that Lease was attached to Tom Tucker's June 21, 2016 Declaration as Exhibit A, (see Docket # 439, attachment 2).

3. **Rett Incurred Post-Petition Costs of Administration During the Trustee's Occupancy of the Premises**. Attached as Exhibit "1" to the Declaration of Tom Tucker in Response to the Trustee's Motion to Allow/Disallow Claims ("Tucker Decl.") is a summary of the

G.RA.CO. AWARDS MANUFACTURING, LP
AND RETT, LP'S RESPONSE TO THE
TRUSTEE'S MOTION TO APPROVE AND
DISALLOW COST OF ADMINISTRATION
CLAIMS - 2

LASHER HOLZAPFEL SPERRY & EBBERSON
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Case 16-11767-CMA    Doc 1937    Filed 11/29/18    Ent. 11/29/18 11:50:36    Pg. 2 of 4

post-petition expenses incurred and paid by Rett totaling $112,088.29 and pertaining to post-petition damages incurred during the Trustee's tenancy of the property.

      a. **During the Trustee's Occupancy and When The Trustee Moved Out of the Premises Environmental Damage Occurred That Had to Be Cleaned Up So the Property Could be Re-Leased.** Mr. Tucker and other Rett representatives observed and documented damage to the leased premises that was incurred during the post-petition occupancy and during the Debtor's vacation of the leased space. The damage included environmental contamination of the property when equipment and stored hazardous chemicals were removed from the property and spilled or released on the premises. Attached as Exhibit "1" to the Tucker Decl. is a copy of the New Tech Global Environmental, LLC invoices for testing, remediation and clean up of the premises. The total expenses incurred and paid by Rett was $28,944.85. Attached as Exhibit "2" to the Tucker Decl. is an accounting with pictures of the ongoing damage that occurred to the property during the post-petition occupancy and during the moving process and that were observed and recorded.

      b. **Additional Damages and Necessary Building Repair.** Similarly, during the post-petition move-out process there were additional damages to the building that had to be repaired before it could be re-leased. Many expenses related to the environmental damage as well. Attached as Exhibit "3" to the Tucker Decl. are correct copies of contractor invoices paid by Rett for the repairs, drywall contractor bills, and bills for materials including new carpet. The total of all repair costs were $46,466.44.

G.RA.CO. AWARDS MANUFACTURING, LP
AND RETT, LP'S RESPONSE TO THE
TRUSTEE'S MOTION TO APPROVE AND
DISALLOW COST OF ADMINISTRATION
CLAIMS - 3

LASHER HOLZAPFEL SPERRY & EBBERSON
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

Case 16-11767-CMA    Doc 1937    Filed 11/29/18    Ent. 11/29/18 11:50:36    Pg. 3 of 4

c. **Additional Damages Incurred During Cleanup, Repair and Remediation Process.** Rett incurred additional damages during the cleanup, repair and remediation process because the building could not be re-leased and costs of holding the building were incurred that would have otherwise been paid by lease revenues. The total amount of these expenses paid by Rett is $36,677. Attached to the Tucker Decl. as Exhibit "4" is an accounting and copies of billings and proof of payment of these amounts. The building was re-leased to a new tenant that pays $20,919.34 per month rent which is in excess of the holding costs for the months that the property could not be re-leased.

## CONCLUSION

Graco Awards and Rett respectfully request that the Court deny the Trustee's Motion to the extent inconsistent with the accountings provided herein and in the Tucker Decl.

DATED this 29th day of November 2018.

> LASHER HOLZAPFEL
> SPERRY & EBBERSON, P.L.L.C.
>
> /s/ Danial D. Pharris
> Danial D. Pharris, WSBA #13617
> Attorneys for RETT, LP and Graco Awards

G.RA.CO. AWARDS MANUFACTURING, LP
AND RETT, LP'S RESPONSE TO THE
TRUSTEE'S MOTION TO APPROVE AND
DISALLOW COST OF ADMINISTRATION
CLAIMS - 4

LASHER HOLZAPFEL SPERRY & EBBERSON
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563

Case 16-11767-CMA    Doc 1937    Filed 11/29/18    Ent. 11/29/18 11:50:36    Pg. 4 of 4