Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm 7206
Hearing Date: Friday, December 7, 2018
Hearing Time: 9:30 a.m.
Response Date: November 30, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Case No. 16-11767-CMA

DECLARATION OF JENIFER BAKER

Jenifer Baker declares as follows:

1. I am employed by Medalcraft Mint, LLC. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge.

2. I was employed by Northwest Territorial Mint, LLC ("NWTM) from September 2012 through December 2017 when the Trustee closed the business operations of NWTM. I was brought back to facilitate closing of NWTM's Dayton plant in February 2018 and worked through August 20, 2018.

3. The Court has questions regarding an email I sent stating that "I do not have access to those dies, however I can refer you to a company that can place a reorder using your existing dies". My intention in that email was to convey that Sierra Mint could process an order for the customer's product. I have no knowledge if the import vendor would use the same die or create a new die, I only intended to convey that Marty Colwell at Sierra Mint was the contact person to have the same

DECLARATION OF JENIFER BAKER - 1
501983143 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1951    Filed 12/05/18    Ent. 12/05/18 12:55:55    Pg. 1 of 3

product produced. No one at NWTM or Sierra Mint instructed me to inform customers that Sierra Mint was using NWTM's "existing" dies.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 5th day of December, at Dayton, Nevada.


                                             */s/ Jenifer Baker*
                                             Jenifer Baker

DECLARATION OF JENIFER BAKER - 2
501983143 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1951    Filed 12/05/18    Ent. 12/05/18 12:55:55    Pg. 2 of 3

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on December 5, 2018, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 5th day of December, 2018 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF JENIFER BAKER - 3
501983143 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1951    Filed 12/05/18    Ent. 12/05/18 12:55:55    Pg. 3 of 3