UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA<br><br>ORDER GRANTING, IN PART, TRUSTEE'S MOTION FOR ORDER (1) ALLOWING AND DISALLOWING ADMINISTRATIVE EXPENSE CLAIMS; AND (2) APPROVING DISTRIBUTIONS ON ADMINISTRATIVE EXPENSE CLAIMS |

This matter came before the Court on the Chapter 11 Trustee's Motion for Order (1) Allowing and Disallowing Administrative Expense Claims; and (2) Approving Distributions on Administrative Expense Claims (the "Motion"). Having considered the Motion, the Declaration of Mark Calvert filed in support of the Motion, any responses to the Motion and replies thereto, and the pleadings and papers herein, it is **HEREBY ORDERED AS FOLLOWS**:

1. The Court's oral comments on the record pertaining to the respective claims of the parties and the Motion are incorporated herein by this reference.

ORDER GRANTING, IN PART, TRUSTEE'S MOTION FOR ORDER (1) ALLOWING AND DISALLOWING ADMINISTRATIVE EXPENSE CLAIMS; AND (2) APPROVING DISTRIBUTIONS ON ADMINISTRATIVE EXPENSE CLAIMS - 1
501960873 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1964    Filed 12/18/18    Ent. 12/18/18 16:02:01    Pg. 1 of 3

2. The Motion is GRANTED in part.

3. Claims Numbered 3115 and 3116 filed by American Ribbon Manufacturers Inc. and Future Case Corp. are not entitled to administrative expense priority pursuant to 11 U.S.C. § 503 and shall not be entitled to any distribution in this case.

4. Claim No. 3120 filed by Kelsey Jordana is allowed in full and entitled to administrative expense priority under 11 U.S.C. § 503(b)(9). The Trustee is authorized to make an interim distribution of $230 to Ms. Jordana on her administrative priority claim.

5. Claim No. 3118 filed by Port City Centre LLC is allowed in full and entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b). The Trustee is authorized to make an interim distribution of $5,970 to Port City Centre LLC on its administrative priority claim.

6. The agreement between the Trustee and Michael White, resolving Claim No. 3119 filed by Mr. White, is hereby approved.[1] The Trustee is authorized to pay Mr. White $35,000 in full satisfaction of Claim No. 3119.

7. Claim No. 2818 filed by RETT, LP is neither allowed nor disallowed. Resolution of RETT, LP's administrative expense claims in the captioned case is deferred. The Trustee must file a Bankruptcy Rule 9019 motion in order to seek Court approval of any proposed agreed resolution of claims asserted by RETT, L.P.

//END OF ORDER///

---

[1] A copy of the agreement is attached as Exhibit A to the Supplemental Declaration of Mark Calvert in Support of the Motion (Dkt. No. 1946).

ORDER GRANTING, IN PART, TRUSTEE'S MOTION FOR ORDER (1) ALLOWING AND DISALLOWING ADMINISTRATIVE EXPENSE CLAIMS; AND (2) APPROVING DISTRIBUTIONS ON ADMINISTRATIVE EXPENSE CLAIMS - 2

501960873 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

Agreed as to Form and Entry:

LASHER HOLZAPFEL SPERRY EBBERSON

*/s/ Danial D. Pharris*
Danial D. Pharris, WSBA #13617
Attorneys for Rett, LP

DONALD A. BAILEY

*/s/ Donald A. Bailey*
Donald A. Bailey, WSBA #12289
Attorney for Michael White

ORDER GRANTING, IN PART, TRUSTEE'S MOTION FOR ORDER (1) ALLOWING AND DISALLOWING ADMINISTRATIVE EXPENSE CLAIMS; AND (2) APPROVING DISTRIBUTIONS ON ADMINISTRATIVE EXPENSE CLAIMS - 3
501960873 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022