16-11767

FILED
Western District of Washington
at Seattle

JAN 14 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Jeffrey Mark of McMeel
POB 6273
Bellevue, Washington (98008)

January 9, 2019
City of Bellevue

Chief Court Administrator
Bankruptcy Court at Seattle
700 Stewart St
Room 6301
Seattle, WA 98101

RE: Surety Bond No. : SEIFSU0691021

Chief duty officer of court administration,

  Please identify to this Claimant by mail the name and contact information of the DC court administrator who has a valid election certificate regarding the above mentioned surety bond. The bond is in favor of the United States of America; therefore I need the right person for customer satisfaction, closure and settlement.

    You may consider writing me a check for the value of the bond if you prefer and I can hold you and the DC court administrator harmless.

Thank you for honest fiduciary services,

FOR _[signature]_ _____ JEFFREY M MCMEEL