Randall Lovelace
5021 WAR 58 HWY
Melbourne, Arkansas 72556
870-346-5169 Office
870-373-0569 Cell

FILED
Western District of Washington
at Seattle

JAN 17 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Washington at Seattle
The Honorable Christopher M. Alston
700 Stewart Street
Seattle, Washington 98101

Case # 16-11767-CMA - Northwest Territorial Mint, LLC

Dear Mr. Alston,

I am writing this letter to request payment for the monies that I sent to Northwest Territorial Mint, LLC in the amount of $ 17,511.20. I understand that there is a petition before the court that was sent requesting payment for attorney fees that are in excess of 5.5 million dollars and I do not deem it fair to liquidate funds that has been acquired by the court to pay attorney fees before compensating the people, like myself that has been lost in the shuffle.

I am requesting a check to be issued for the full amount for the time, hardship, and inconvenience that this as imposed on my family. We sent this money to them in good faith for goods that has not been received. My sales order and funding paperwork to Northwest Territorial Mint LLC. for the amount shown is included for your consideration.

Please let me know what your response is.

Respectfully,

Randall Lovelace

Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, February 1, 2019
Hearing Time: 11:00 a.m.
Response Date: January 25, 2019

RECEIVED
Western District of Washington
at Seattle

JAN 17 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>NOTICE OF CONTINUED HEARING ON APPLICATIONS FOR COMPENSATION |
|---|---|

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: MARK D. NORTHRUP and MILLER NASH GRAHAM & DUNN, Attorneys for OFFICIAL UNSECURED CREDITORS COMMITTEE,
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST including all governmental entities as required by FRBP 7004(b)(4) and (6);
AND TO: ALL CREDITORS AND PARTIES IN INTEREST listed on official mailing matrix

PLEASE TAKE NOTE that a continued hearing on the applications for compensation for the Chapter 11 Trustee, Mark Calvert; Cascade Capital Group LLC, accountants for the Chapter 11 Trustee, Miller Nash Graham and Dunn LLP, Attorneys for the Official Unsecured Creditors' Committee; and K&L Gates LLP, Attorneys for the Trustee (collectively, the "Fee Applications") has been scheduled on **February 1, 2019, at 11:00 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101.

The Professionals have filed fee applications in the amounts set forth below, for services rendered herein, as provided in greater detail in the individual applications. The Fee Applications are for the time periods and amounts as indicted below:

NOTICE OF CONTINUED HEARING ON APPLICATIONS FOR COMPENSATION - 1
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| *Applicant* | *Fees* | *Expenses* | *Total Fees and Expenses* | *Billing Period* |
|---|---|---|---|---|
| Mark Calvert *Trustee* | $906,310.00 | $3,679.30 | [illegible] | April 8, 2016 through September 30, 2018 |
| Cascade Capital Group LLC *Accountants for the Chapter 11 Trustee* | $926,742.00 | $27,147.00 | [illegible] | April 11, 2016 through September 30, 2018 |
| Miller Nash Graham and Dunn LLP *Attorneys for the Official Unsecured Creditors' Committee* | $384,137.00 | $0 | [illegible] | April 22, 2016 through October 12, 2018 |
| K&L Gates LLP *Attorneys for the Chapter 11 Trustee* | $3,080,791.51 | $172,745.23 | [illegible] | April 8, 2016 through September 30, 2018 |

PLEASE TAKE FURTHER NOTICE that copies of the Fee Applications and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Email: denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Fee Applications, you must file your written objection NO LATER THAN **Friday, January 25, 2019 at midnight (PT).** Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to

Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104
Fax: (206) 623-7022

And

NOTICE OF CONTINUED HEARING ON APPLICATIONS FOR COMPENSATION - 2
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Mark Northrup
Miller Nash Graham & Dunn LLP
2801 Alaskan Way Suite 300
Seattle, WA 98121
Fax: (206) 340-9599

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Fee Applications may be deemed by the Court an admission that any opposition to the Fee Applications are without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(e), failure to appear at the hearing on the Fee Applications may be deemed by the Court to be an admission that any opposition to the Fee Applications are without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Fee Applications is timely filed and served, the Court may either (a) grant the Fee Applications by default at the hearing, or (2) grant the Fee Applications prior to the hearing on the Trustee's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Fee Applications was timely received.

DATED this 8th day of January, 2019.

K&L GATES LLP

By */s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

NOTICE OF CONTINUED HEARING ON APPLICATIONS FOR COMPENSATION - 3
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**NORTHWEST TERRITORIAL MINT LLC**
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

**Sales Order: 129122**

**Sold To:**

RANDALL LOVELACE
5021 W AR 58 HWY
MELBOURNE AR 72556-8968

**Ship To:**

RANDALL LOVELACE
5021 W AR 58 HWY
MELBOURNE AR 72556-8968
UNITED STATES

| | | | |
|---|---|---|---|
| Order Date: | 2/1/2016 | Sales Person: | tallmand |
| Contact: | RANDALL LOVELACE | Phone: | 870-373-0569 |
| *Customer ID:* | *1012029* | *Email:* | |
| Terms: | Due on receipt of Inv. | Ship Via: | |

9:33am 8-10 weeks to ship after good funds

| | | | | | |
|---|---|---|---|---|---|
| 1 | 590.00 | B10016 | / SILVER 1 OZ STAGECOACH BAR | $14.84 | $8,755.60 |
| 2 | 590.00 | B100048 | / 1 OUNCE STAGECOACH SILVER ROUND | $14.84 | $8,755.60 |

| | |
|---|---|
| Line Total: | $17,511.20 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| ***Order Total*** | ***$17,511.20*** |

Page: 1 of 1



P.O.Box 8
636 Ash Flat Drive
Ash Flat AR 72513
(870) 994-2311

Your wire request for $17,511.20 will be debited from account 752444.

*** WIRE DETAILS ***

**Wire Sequence**
12364

**Business Code / Wire Type**
CTR-Customer Transfer
1000 Basic Funds Transfer

**Originator Information**

**Originator**
RANDALL W LOVELACE
D 752444
KIMBERLY Y LOVELACE
DBA WHITE RIVER TRAILER AND EQUIPME
5021 W AR 58 HWY
United States

**Entered Date**
02/03/16 08:25 AM Central Time

**Effective Date**
02/03/16

**Receiving Financial Institution**
325084426 HOMESTREET BK SEA

**Beneficiary Information**

**Beneficiary**
Northwest Territorial Mint LLC
D 5398395195
2505 South 320th Street
Suite 110
Federal Way WA 98003
United States

SIGNATURE ______________________

DATE 02/03/16

randall@whiterivertrailer.com

| | |
|---|---|
| **Received:** | Apr 14, 2016 9:50 AM |
| **Expires:** | Apr 28, 2016 9:50 AM |
| **From:** | slesley@fnbc.us |
| **To:** | randall@whiterivertrailer.com |
| **Cc:** | |
| **Subject:** | Emailing: FNBC Bank |

**Attachments:** image002.gif, image001.gif

This message was sent securely using ZixCorp

Wire Transfer | Security Admin |  Help | Logoff | **WireXchange®**

Sarah Lesley 04/14/16 09:49 AM

## Outgoing Wire Detail

**General Information**

Wire Sequence Number: 12364

Type of Wire: New Wire

Create Print Receipt

Wire Status: Complete

OFAC Status: OFAC Passed

**Audit Trail Information**

Entered: 02/03/16 08:25 AM by Angie Hardaway

in person physical address on file

Verified: 02/03/16 08:29 AM by Jason Moore

deps were cash per angie

Posted: 02/03/16 08:30 AM by System

Forwarded to Fed: 02/03/16 08:30 AM by System

Completed: 02/03/16 08:30 AM by System

**Basic Settlement Information**

Effective Date: 02/03/16

IMAD: 20160203GMQFMP01000609

OMAD: 20160203L1LFBL4C00001502030930FT03

Amount: $17,511.20

Wire Fee: $15.00 - Wire Transfer Fee

Fee Account: Checking 752444

Sending Financial Institution: 082904991 FNBC Bank

Receiving Financial Institution: 325084426 HOMESTREET BK SEA

Business Function Code: CTR-Customer Transfer

Type Code: 1000 - Basic Funds Transfer

**Originator Information**

Originating FI Name:

Originator: RANDALL W LOVELACE

Originator Account: D 752444

Originator Address: KIMBERLY Y LOVELACE
DBA WHITE RIVER TRAILER AND EQUIPME
5021 W AR 58 HWY

Originator Country: United States

**Beneficiary Information**

Beneficiary FI Name:

Beneficiary FI Account:

Beneficiary FI Address:

Beneficiary: Northwest Territorial Mint LLC

Beneficiary Account: D 5398395195

Beneficiary Address: 2505 South 320th Street
Suite 110
Federal Way WA 98003

Beneficiary Country: United States

Reference For Beneficiary:

Originator To Beneficiary:

**Core System Information**

Debit Account: Checking 752444

Debit Transaction Code: 27

Debit Fee Account: Checking 752444

Credit Account: Federal Reserve Bank 12303

Statement Description: 12364 Northwest Territorial Mint LLC

Reference Number: 2

Reuse Wire

Create Recurring Wire Template

Add Memo

Electronic Mail:
FNBC Bank

This electronic mail transmission and any attachment is the property of FNBC and is not intended for transmission to or receipt by any unauthorized individual or entity. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling toll-free 888-435-2265

---

This message was secured by ZixCorp(R).

Secured by zixcorp