Case: #16-11767-CMA
Re: Northwest Territory Mint, LLC

FILED
Western District of Washington
at Seattle
JAN 18 2019
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

This is my written OBJECTION to fees being paid to attorneys and trustees, prior to monies paid back to creditors, such as me first. It flies in the face of everything "just" to pay them first.

Julie Williams
*Julie Will*
1-10-19