E James Lunt
2537 E. Edgewood Ave.
Mesa, AZ 85204
January 14, 2019

FILED
Western District of Washington
at Seattle

JAN 18 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

United State Bankruptcy Court
700 Stewart Street
Seattle, WA, 98101

RE: Case No. 16-11767-CMA

To whom it may concern:

This is to protest the proposed fees as being extremely excessive.

I thought that the purpose of the trustees, their accountants, and the attorneys was to look out for the interest of the creditors and to see that justice was done. How can these excessive fees accomplish this, and how do they relate to what the creditors will receive?

It appears that their primary interest as been to line their own pockets. I would think that much of the services could have been performed by less expensive individuals and that they could have more focus and concern for the creditors' interests.

Sincerely,

*[signature]*

E. James Lunt, CPA

Cc: Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104

Mark Northrup
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300
Seattle, WA 98121