16-11767

United States Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

M. Gearin
K&L Gates, LLP
925 Fourth Ave. Suite 2900
Seattle, WA 98104

K&L gates Zip code incorrect.

First, yes I do oppose ANY fees paid before the individuals that lost the funds in the beginning are paid.

Second, any fees paid for the Litigation expenses should be paid at the same % that the individuals that lost the money are paid.

Eric A. Watts
11365 N. Forest Grove Road
Mooresville, IN 46158

1/14/19

FILED
Western District of Washington
at Seattle
JAN 22 2019
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT