United States Bankruptcy Court

Western Division of Washington

700 Stewart Street

Seattle, WA 98111

January 14, 2019

FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Case No 16-11767-CMA

I am filing my adamite objection to the disbursement of fees to attorney, accountants, and the trustee before the original creditors are reimbursed.

As a retired carpenter with zero legal experience, I believe that I could have hired two professional forensic accountants, and would have the FBI immediately seize all assets of Ross Hanson and girl friend. All assets after a full accounting would have been divided on a percentage basis and would had have been paid out more than two years ago.

I regretfully observe the system to be broken. Is it any wonder the average citizen expresses such little trust in lawyers. In closing, I would question just to whom our bankruptcy laws were designed to protect? Once again, as a retired carpenter, I have a great suspicion the bankruptcy laws have been modified ( by lawyers ) to completely screw the creditors (such as myself), and enrich the lawyers themselves.

Sincerely,

David L. Sorensen

Cc: Michael Gearin

K&L Gates, LLP

