FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Christopher M Alston
United States Bankruptcy Judge
United States Bankruptcy Court
700 Stewart Street,
Seattle, Washington 90104

**Western District of Washington case 16-11767-CMA (Northwest Territorial Mint)**

I am writing to express my opposition to the fee applications submitted by the professionals involved in this case.

It does not seem like they have done their due diligence in numerous instances.
1. Addressing what appears to be clear fraud regarding Sierra Mint and the use of many of Northwest territorial Mints assets.
2. Conducting a proper audit of Mr. Calverts Financial records by the attorneys for the UCC.
3. Mr. Calverts poor accounting of the remaining assets of NWTM, and incompetent running of the business ie: losing $240,000 by sending a package uninsured.

For these reasons listed above and many more I reject to the payment of these fee applications by the professionals listed.

Frank Roberto
1666 Berkshire Rd
Merrick, NY 11566
NWTM Creditor