FILED
Western District of Washington
at Seattle
JAN 22 2019
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Jan 16, 2019

Honorable Christopher M. Alston
CHAPER 11
Seattle, Washington

Case No: 16-11767-CMA

Dear Honorable Christopher M. Alston

I am a retiree on a fixed income and do not have any fancy lawyers representing me who can assess fees and expenses as they see fit. My $1500 purchase is meager in comparison. However, I would hope you will consider returning my money, along with other small purchasers in this bankruptcy mess.

Thank you for any consideration in this matter.

Respectfully yours
Joy Trushenski
4158 Stampede Dr.
Carson City, NV 89701

cc Michael Gearin et. al.