To:       United States Bankruptcy Court                                    1/15/19

          Western District Of Washington

          At Seattle

          Case No. 16-11767-CMA

Subject:  Written Objection To Fee Applications For Compensation

Having experienced a haircut to the tune of nearly $20,000 as a result of the malfeasance and unethical behavior perpetrated on the unsuspecting public by the principals of Northwest Territorial Mint, I find it unconscionable that Calvert, et al, stand to make millions of dollars on this travesty.

I <u>strongly object</u> to anyone, other than those who actually lost money to the criminal organization FKA Northwest Territorial Mint, recouping one thin dime off this disaster.

That includes all attorneys, accountants, trustees, etc. Calvert and Cascade Capital have done nothing to recoup a penny for those that have been wronged, yet feel deserving of millions of dollars in compensation – I fail to find the justice in that arrangement.

Please take further notice that I object to and oppose any and all compensation to any and all applicants listed on the Notice of Continued Hearing On Applications For Compensation (Case No. 16-11767-CMA).

Jeff Manke

FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

MARK E
24517 137H
DES MOINES, WA 98198

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
HONORABLE CHRISTOPHER M. ALSTON
700 STEWART STREET
SEATTLE, WA 98101