TUE-10706 0981-c NWTMNOHCONTFEB1 16-11767
K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104

FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

000025 25 1 AB 0.405 98008 1 1 4321-1-76
Jeffrey M McMeel
PO Box 6273
Bellevue WA 98008-0273

JANUARY 14, 2019 A.D.

Notice accepted for value by an attorney or Trustee and returned for value to K & L Gates LLP.

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE $300 charged to The Trustee for settlement and closure

By: _Jeffy McMeel_ — Grantor/Grantee

JEFFREY MCMEEL

This notice was sent by an attorney or trustee and not through the US Court EBN system.

for Trustee Calvert $909,799.30, for Cascade Capital Group LLC $953,889.00, Miller Nash Graham and Dunn LLP $384,137.00 and K & L Gates LLP $3,253,536.74.

These charged particular items above can only be paid after the items are charged to my benefit to enable me to hold the applicants and others in this UNITED STATES FEDERAL COURT harmless. This federal project plan is to pay the bill only after the PENALTY FOR PRIVATE USE has been charged and paid for my benefit, use, enjoyment and other equitable remedies.

This agreement is without dispute and non negotiable. The bank accounts connected to these FEES AND EXPENSES are Insured, settled and closed by International Fidelity Insurance Company, the United States of America, Office of the Comptroller General and FDIC.

Court administrators discharge your duty and close the matter by sending me a check. My hand must endorse the settlement check.

The promise to pay is guaranteed by Federal Deposit Insurance Corporation and the DC court probate administrators.

respectfully,

FOR _____ [signature] _____ -JEFFREY MARK MCMEEL, Grantor/beneficiary

Jeffrey McMeel
POB 6273
Bellevue city
(98008)

January 15, 2019 A.D.
Bellevue
Washington State

Michael Gearin
K & L Gates LLP
925 Fourth Ave.
Suite 2900
Seattle, Washington
98101

Mark Northup
Miller nash Graham & Dunlap LLP
2801 Alaskan Way Suite 300
Seattle, WA 98121

The Bankruptcy Court
700 Stewart Street
Seattle, WA 98104

RE: APPLICATIONS FOR COMPENSATIONS   Case No. 16-11767-CMA

TO: PROFESSIONALS MARK CALVERT TRUSTEE, CASCADE CAPITAL GROUP LLC, MILLER NASH GRAHAM AND DUNN LLP, AND K&L GATES LLP
AND TO: COURT CLERK ADMINISTRATORS

    Comes now, Jeffrey Mark McMeel, Claimant/Creditor/Grantor/beneficiary in this application for compensation request of the Northwest Territorial Mint LLC federal project in bankruptcy.

    Please see the copy of the "OFFICIAL BUSINESS" envelope attached with this benefit authorization by this verified Grantor/beneficiary.

    UNITED STATES FEDERAL COURT CLERK/ADMINISTRATORS in your capacity as probate administrators, please charge my bankruptcy account PENALTY FOR PRIVATE USE $300 . Charge the same to the particular itemized FEES AND EXPENSES

| Applicant | Fees | Expenses | Total Fees and Expenses | Billing Period |
|---|---|---|---|---|
| Mark Calvert<br>*Trustee* | $906,310.00 | $3,679.30 | $909,799.30 | April 8, 2016 through September 30, 2018 |
| Cascade Capital Group LLC<br>*Accountants for the Chapter 11 Trustee* | $926,742.00 | $27,147.00 | $953,889.00 | April 11, 2016 through September 30, 2018 |
| Miller Nash Graham and Dunn LLP<br>*Attorneys for the Official Unsecured Creditors' Committee* | $384,137.00 | $0 | $384,137.00 | April 22, 2016 through October 12, 2018 |
| K&L Gates LLP<br>*Attorneys for the Chapter 11 Trustee* | $3,080,791.51 | $172,745.23 | $3,253,536.74 | April 8, 2016 through September 30, 2018 |

PLEASE TAKE FURTHER NOTICE that copies of the Fee Applications and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-

TUE-10706 0981-c NWTMNOHCONTFEB1 16-11767
K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104

PRESORTE
FIRST-CLASS
U.S. POSTAGE
THURMONT
PERMIT NO.

OFFICIAL BUSINESS ✱
UNITED STATES FEDERAL COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES FEDERAL COURT

FIRST-CLASS

000025 25 1 AB 0.405 98008 1 1 4321-1-76
Jeffrey M McMeel
PO Box 6273
Bellevue WA 98008-0273

✱ Accepted for value and returned for value, settlement and closure
By: [signature] Jffy McMul

Case 16-11767-CMA    Doc 1989    Filed 01/22/19    Ent. 01/22/19 14:34:29    Pg. 4 of 7



The Court
Bankruptcy
700 Stewart ST.
Seattle, WA
98101



The Court
Bankruptcy
700 Stewart ST.
Seattle, WA
98101

