January 16, 2019

FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

The Honorable Christopher M. Alston
Unites States Bankruptcy Court
700 Stewart Street #6391
Seattle, WA 98101

**RE: Western District of Washington case 16-11767-CMA (Northwest Territorial Mint)**

Sir,
I have been notified that there has been a Request for Compensation by legal staff related to the Northwest Territorial Mint (NWTM) Bankruptcy proceedings. As one of many Creditors I felt the need to express my thoughts on this bankruptcy proceeding. Thank you for allowing me to do so.

I have no legal training but I have watched the process play our over the past years. I have seen some or many of the assets of NWTM be sold, transferred to different companies under different names. In my opinion to circumvent the bankruptcy of NWTM and to hide funds and valuable assets.

I personally I had $3,493 stolen from me just the day or two before NWTM declared bankruptcy. I know that the company was fully aware of the impending bankruptcy at the moment they were taking my telephone order. Following the loss I have watched different companies such as Sierra Mint, at several locations (Texas, Nevada, China) take over the assets of NWTM and continue to make a profit.

The Request for Compensation in excess of $5,500,000 is one that I probably expected. Once again the thieves steal the funds, and the lawyers get rich on the backs of the little creditors. I feel that the Creditors should be considered when payments are made as this case is finalized.

Again, I appreciate your time in allowing me to offer my opinion of the process.

Respectfully,

Lee H. Thorsell
Bend, Oregon 97702