**Jodie Hirtler**
136 Big Creek lane
Murphy, NC 28906

jhirtler143@gmail.com

FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

14 Jan. 2019

**Honorable Christopher M. Alston**
United States Bankruptcy Court : : Western District of Washington at Seattle
Case No. 16-11767-CMA
700 Stewart Street, Seattle, WA. 98101

Hon. Alston,

I object to the paying of any of these people until I get paid for what was
stolen from me.

I have 458 units of .999 silver (One Ounce Troy) stagecoach bars delivered to
storage account on 9/10/2015. (see Proof of Claim-Claim 837-Filed
04/21/16-page 4) I requested delivery in April 2016. The trustee Mr. Calvert told
me I couldn't have my storage items back because they were in bankruptcy.

That was an inheritance from my dad that I entrusted to NorthWest Territorial
Mint. I want my silver/money back and I do not think it is just that anyone else
gets paid until I get what is rightfully mine.

Sincerely,

Jodie Hirtler

Murphy, North Carolina

cc: Michael Gearin, K&L Gates, LLP

Mark Northup, Miller Nash Graham & Dunn LLP