The Honorable Christopher M. Alston
United States Bankruptcy Court
700 Stewart Street #6301
Seattle, WA 98101

FILED
Western District of Washington
at Seattle

JAN 22 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Western District of Washington Case No. 16-11767-CMA
Re: Northwest Territorial Mint

January 14, 2019

Dear Honorable Judge Alston,

I, as a creditor, will attempt to make this as brief as possible since you are already aware of the details surrounding this case.

There is seemingly incontrovertible proof that bankruptcy fraud occurred, but at a recent hearing the Trustee says "I believe [Wagner]", the Trustee's attorney told you "this did not happen", the UCC's attorney took no action, and the U.S. Trustee's office said it has taken whatever action (if any) it will take. Where is the voice for the creditors?

Before these professionals are paid, I would like to see them look into a few matters including: 1) Sierra Mint taking over many of NW Territorial Mint assets which may well have caused NWTM to shut down, 2) explain why the Trustee would allow a $240K loss due to a single uninsured package, 3) and why did the Trustee ship $80,000 of cash uninsured after losing a $240K uninsured package.

Needless to say I oppose the Fee Applications for Compensation until these professionals perform like professionals.

Sincerely,

David Dougherty



David Dougherty
3946 old Milton Hwy
Walla Walla, WA 99362