January 19, 2019

The Honorable Christopher M. Alston
United States Bankruptcy Judge
Western District of Washington
Seattle, Washington 98101

FILED
Western District of Washington
at Seattle

JAN 23 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Larry F. Rowe
2418 County Road 220
Durango, Colorado 81303

Dear Judge Alston,

As an unsecured creditor in the Northwest Territorial Mint, LLC bankruptcy, Case No. 16-11767 CMA, I would like to submit my opposition to the exorbitant fee applications set forth by the legal entities involved in this matter.

I have been defrauded of my life savings by Northwest Territorial Mint and it seems that now the same is occurring by the Professionals involved. What small percentage of funds will be left for an unsecured creditor (the little man) after these entities are compensated?

Please render a decision with all due consideration for justice and protection for the working class American.

Respectfully,

*Larry F. Rowe*

Larry F. Rowe