Dear Clerk of US Bankruptcy Court

I do object to the attournies being compensated before those who suffered the loss.

Sincerely

[signature: John Eisenmann]



John Eisenmann
258 N 2nd St
Decatur IN 46733

Government & Regulations · PSBJ Investigates

# $13M in gold and precious metals has allegedly vanished from an Auburn mint 🔑





Bernard Ross Hansen is the founder and former president and CEO of Northwest Territorial Mint.
ILLUSTRATION BY MARA POTTER

**IN THIS ARTICLE**

Diane Erdmann
Person

Government & Regulations
Industry

Jim Frush
Person

More

By Ashley Stewart – Staff Writer, Puget Sound Business Journal
May 26, 2017, 5:30am EDT

A bankruptcy trustee claims he discovered $13 million in gold and precious metals was missing while attempting to recover assets from Northwest Territorial Mint, once billed as the largest private mint in the world. Here's what's happened since then.

Mark Northrup
Miller Nash Graham & Dunn LLP
2801 Alaskan Way Suite 300
Seattle, WA 98121
Fax: (206) 340-9599

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Fee Applications may be deemed by the Court an admission that any opposition to the Fee Applications are without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(e), failure to appear at the hearing on the Fee Applications may be deemed by the Court to be an admission that any opposition to the Fee Applications are without merit. Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Fee Applications is timely filed and served, the Court may either (a) grant the Fee Applications by default at the hearing, or (2) grant the Fee Applications prior to the hearing on the Trustee's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Fee Applications was timely received.

DATED this 8th day of January, 2019.

K&L GATES LLP

By /s/ Michael J. Gearin
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

DEAR JUDGE ALSTON,

I DO OBJECT TO THE ATTORNEES BEING COMPENSATED BEFORE THOSE WHO SUFFERED THE LOSS.

SINCERELY

John Eisenmann
258 N 2ND ST
DECATUR IN 46733

NOTICE OF CONTINUED HEARING ON
APPLICATIONS FOR COMPENSATION - 3
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1994    Filed 01/28/19    Ent. 01/23/19 11:23:57    Pg. 3 of 6

TUE-10706 0981-c NWTMNOHCONTFEB1 16-11767
K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA  98104

002147  2147 1 MB 0.421  46733  1 2  4321-1-2198

Danielle Eisenmann
258 N 2nd Street
Decatur, IN 46733-1328

This notice was sent by an attorney or trustee and not through the US Court EBN system.

Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, February 1, 2019
Hearing Time: 11:00 a.m.
Response Date: January 25, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

NOTICE OF CONTINUED HEARING ON APPLICATIONS FOR COMPENSATION

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: MARK D. NORTHRUP and MILLER NASH GRAHAM & DUNN, Attorneys for OFFICIAL UNSECURED CREDITORS COMMITTEE,
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST including all governmental entities as required by FRBP 7004(b)(4) and (6);
AND TO: ALL CREDITORS AND PARTIES IN INTEREST listed on official mailing matrix

PLEASE TAKE NOTE that a continued hearing on the applications for compensation for the Chapter 11 Trustee, Mark Calvert; Cascade Capital Group LLC, accountants for the Chapter 11 Trustee, Miller Nash Graham and Dunn LLP, Attorneys for the Official Unsecured Creditors' Committee; and K&L Gates LLP, Attorneys for the Trustee (collectively, the "Fee Applications") has been scheduled on **February 1, 2019, at 11:00 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101.

The Professionals have filed fee applications in the amounts set forth below, for services rendered herein, as provided in greater detail in the individual applications. The Fee Applications are for the time periods and amounts as indicted below:

NOTICE OF CONTINUED HEARING ON
APPLICATIONS FOR COMPENSATION - 1
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1994    Filed 01/23/19    Ent. 01/23/19 11:23:57    Pg. 5 of 6

| Applicant | Fees | Expenses | Total Fees and Expenses | Billing Period |
|---|---|---|---|---|
| Mark Calvert<br>*Trustee* | $906,310.00 | $3,679.30 | $909,799.30 | April 8, 2016 through September 30, 2018 |
| Cascade Capital Group LLC<br>*Accountants for the Chapter 11 Trustee* | $926,742.00 | $27,147.00 | $953,889.00 | April 11, 2016 through September 30, 2018 |
| Miller Nash Graham and Dunn LLP<br>*Attorneys for the Official Unsecured Creditors' Committee* | $384,137.00 | $0 | $384,137.00 | April 22, 2016 through October 12, 2018 |
| K&L Gates LLP<br>*Attorneys for the Chapter 11 Trustee* | $3,080,791.51 | $172,745.23 | $3,253,536.74 | April 8, 2016 through September 30, 2018 |

PLEASE TAKE FURTHER NOTICE that copies of the Fee Applications and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Email: denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Fee Applications, you must file your written objection NO LATER THAN **Friday, January 25, 2019 at midnight (PT)**. Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to

Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104
Fax: (206) 623-7022

And

NOTICE OF CONTINUED HEARING ON
APPLICATIONS FOR COMPENSATION - 2
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

002147    Case 16-11767-CMA    Doc 1994    Filed 01/23/19    Ent. 01/23/19 11:23:57    Pg. 6 of 6