Scott Ainsworth
2880 Tradewinds Trail
Green Bay, WI 54313
1-16-2019

FILED
Western District of Washington
at Seattle

JAN 25 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Christopher M. Alston
United States Bankruptcy Court
700 Stewart Street #6301
Seattle, WA 98101

Dear Honorable Christopher M. Alston:

I am a creditor in Western District of Washington case 16-11767-CMA (Northwest Territorial Mint).

It has come to my attention that the company Sierra Mint has been marketing products and using assets from Northwest Territorial Mint without having provided Northwest Territorial Mint with proper compensation. This may have caused NWTM close, and increase the loss to the creditors. As this has the appearance of bankruptcy fraud, and the Trustee and UCC have chosen not to investigate, I object to the Fee Applications file by the Professionals. It does not appear that they have been working in the best interest of all parties involved. I do not think they should be paid until the matter has been thoroughly investigated.

Sincerely,

Scott Ainsworth