January 16, 2019

The Honorable Christopher M. Alston
United States Bankruptcy Judge
Courtroom 7206
700 Steward Street
Seattle, WA 98101

Cc: Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104

Re: Northwest Territorial Mint, LLC Case #16-11767-CMA

Dear Judge Alston:

We do oppose the Fee Applications and this letter stands as our objection in writing.

Requesting fees in advance of settlement to the claimant is not fair or right or just.

Gross Miscarriage of Justice.

Sincerely,

Robert DiFata
1107 Horne Street
St. Charles, IL 60174-3729