FILED
Western District of Washington
at Seattle
JAN 23 2019
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Jan 15, 2019

FROM: MELVIN J. BELL
165 PARSONAGE ROAD
COLFAX, LA 71417
Ph (318) 899-5232
Cell (318) 613-7459
email: melvinbell2@gmail.com

CASE # 16-11767-CMA

CLAIM No 313 410

TO: K&L GATES LLP
925 4th Ave, Suite 2900
SEATTLE, WASH. 98104-1158

I AM A 74 YEAR OLD DISABLED VET. SPENT 27 YEARS ACTIVE DUTY USN. IT TOOK ME SEVERAL YEARS TO SAVE THE $8,228.00 TO INVEST IN NWTM; THAT THIS CO. STOLE FROM ME. I CERTAINLY <u>OBJECT</u> TO THE PAYMENT OF ATTY. FEES, I SINCERELY HOPE THE SORRY, SCUM SUCKING BOTTOM FEEDING SOB'S CAN SLEEP AT NIGHT KNOWING THESE FEES CERTAINLY ASSURES THAT NONE OF THE CLIENTS WILL NEVER RECOVER A CENT FROM SELLING ASSETS OF NWTM. HOPE THAT ALL INVOLVED WITH STEALING MY MONEY & THOSE INVOLVED IN THIS LEGAL BOONDOGGLE ROT IN HELL.

SINCERELY,

# COPY TO CLERK OF COURT

| Applicant | Fees | Expenses | Total Fees and Expenses | Billing Period |
|---|---|---|---|---|
| Mark Calvert<br>*Trustee* | $906,310.00 | $3,679.30 | $909,799.30 | April 8, 2016 through September 30, 2018 |
| Cascade Capital Group LLC<br>*Accountants for the Chapter 11 Trustee* | $926,742.00 | $27,147.00 | $953,889.00 | April 11, 2016 through September 30, 2018 |
| Miller Nash Graham and Dunn LLP<br>*Attorneys for the Official Unsecured Creditors' Committee* | $384,137.00 | $0 | $384,137.00 | April 22, 2016 through October 12, 2018 |
| K&L Gates LLP<br>*Attorneys for the Chapter 11 Trustee* | $3,080,791.51 | $172,745.23 | $3,253,536.74 | April 8, 2016 through September 30, 2018 |

PLEASE TAKE FURTHER NOTICE that copies of the Fee Applications and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Email: denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Fee Applications, you must file your written objection NO LATER THAN Friday, January 25, 2019 at midnight (PT). Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to

Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104
Fax: (206) 623-7022

And

NOTICE OF CONTINUED HEARING ON
APPLICATIONS FOR COMPENSATION - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98164-1158
TELEPHONE: (206) 623-7580

Case 16-11767-CMA    Doc 1997    Filed 01/23/19    Ent. 01/23/19 11:33:16    Pg. 2 of 2