1-13-2019

FILED
JAN 24 2019
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

CASE NO. 16-11767
CMA

TO: HONORABLE CHRISTOPHER M. ALSTON

TODAY I RECIEVED THE NOTICE ON APPLICATIONS FOR COMPENSATION FOR THE BANKRUPTCY OF NORTHWEST TERRITORIAL MINT.

I AM STRONGLY OPPOSED TO THE FEES OF ALL APPLICANTS EXCEPT MILLER, NASH, GRAHAM & DUNN LLP.

THE FEES CHARGED BY MARK CALVERT, CASCADE CAPITAL GROUP LLC. & ESPECIALLY K&L GATES LLP ARE WAY OUT OF LINE & IF PAID THEIR ASKING FEES, WILL MAKE EVERY INVESTOR VICTIMS AGAIN. IM A 65% SERVICE CONNECTED VETERAN THAT GOT $82,276.77 STOLEN BY DIANE RENEE ERDMANN & BERNARD ROSS HANSEN.

PLEASE DO NOT AWARD THESE OUTRAGEOUS FEES.

RESPECTFULLY
DAVID T LORD JR