FILED
Western District of Washington
at Seattle

JAN 25 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

January 16, 2018
Amanda Hull
7 Hesperus Ln (P.O. Box 127)
Emigrant MT 59027
406-333-4232
Amerisiss77@gmail.com

Honorable Christopher M. Alston
US Bankruptcy Judge Court Room 7206
700 Stewart Street, Seattle, WA 98101

REF.: North West Territorial Mint, LLC Case # 16-11767-CMA
Objection to the Fee Application

Dear Honorable Mr. Alston,

Would you please take in consideration the loss that we, the creditors, accrued when we paid for goods that the management of the NWTM had no apparent intent to deliver. I lost all of my savings of $ 7,210.00 that I had at the time of this unfulfilled investment in silver.

I am about to turn 70 years old and I don't qualify for Social Security benefits. For most of my life I have been doing volunteer work for young children and the youth. For this reason, I feel that my need is greater than those who are applying for fees.

I believe that it would be just for the creditors, like me, to be giving the priority with the distribution of the liquidated assets of the debtor.

I hope and pray that true justice prevails in the resolution of this entire case.

Sincerely,

Amanda Hull

*Amanda Hull*