United States Bankruptcy Court     Honorable Christopher M. Alston

Western District of Washington

at Seattle     Case No: 16-11767-CMA

FILED Western District of Washington at Seattle JAN 25 2019 MARK L. HATCHER, CLERK OF THE BANKRUPTCY COURT

Notice of continued hearing on applications for Compensation

Dear Sir, while in these applications a battery of attorneys and accountants expenses and wages may be justified, I VEHEMENTLY OBJECT to the Mark Calvert (Trustee) request for $906,310 in compensation for Two years work, that ended in nothing.

Was this business Re-named and heavily advertised, to promote a viable business? Was a strenuos effort made to build a new business model, based on honest operations and to acquire customer trust, contrary to the former owner's outright Fraud and Theft?

I see little that was done to promote a viable business, that might operate profitably and over time repay the creditors of Northwest Territorial Mint. Instead, what I see is a floundering effort to revitalize a company with a well-known history of larceny and deceit.

What I gather is to happen now, will be the auction of company assets, proceeds going to the largest credtors and the bulk of those defrauded of their hard earned money, will get Nothing.

So...I would NOT agree that Mark Calvert should walk away nearly a Million dollars richer, for accomplishing Nothing.

                                                        Respectfully,

                                                        Robert L. Reid

(Creditor)

                                                        1416 Hayes St Aberdeen,

WA 98520

| Applicant | Fees | Expenses | Total Fees and Expenses | Billing Period |
|---|---|---|---|---|
| Mark Calvert<br>*Trustee* | $906,310.00 | $3,679.30 | $909,799.30 | April 8, 2016 through September 30, 2018 |
| Cascade Capital Group LLC<br>*Accountants for the Chapter 11 Trustee* | $926,742.00 | $27,147.00 | $953,889.00 | April 11, 2016 through September 30, 2018 |
| Miller Nash Graham and Dunn LLP<br>*Attorneys for the Official Unsecured Creditors' Committee* | $384,137.00 | $0 | $384,137.00 | April 22, 2016 through October 12, 2018 |
| K&L Gates LLP<br>*Attorneys for the Chapter 11 Trustee* | $3,080,791.51 | $172,745.23 | $3,253,536.74 | April 8, 2016 through September 30, 2018 |

PLEASE TAKE FURTHER NOTICE that copies of the Fee Applications and related documents may be (1) reviewed and copied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA 98101 or (2) may be obtained by submitting a written request to Ms. Denise Lentz, Paralegal, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158, Email: denise.lentz@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Fee Applications, you must file your written objection NO LATER THAN **Friday, January 25, 2019 at midnight (PT)**. Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to

>Michael Gearin
>K&L Gates, LLP
>925 Fourth Avenue, Suite 2900
>Seattle, Washington 90104
>Fax: (206) 623-7022

And

NOTICE OF CONTINUED HEARING ON
APPLICATIONS FOR COMPENSATION - 2
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022