Douglas L. Davidson
516 E. Golden Bell Rd.
Saint David, AZ
85630



To: The Honorable Christopher M. Alston, U.S. Bankruptcy Judge,
and Michael J. Gearin, Attorney-at-Law, et al.


I am writing this letter in response to a mailing I received from Mr. Gearin, dated 8 Jan. 2019, concerning an upcoming hearing on the applications for compensation for various groups and individuals who have been involved in the bankruptcy proceedings for Northwest Territorial Mint, LLC, debtor,

Case No. 16-11767-CMA .

In his letter, Mr. Gearin invited creditors and parties in interest to write to the court and to express any objections we may have about the compensation request submitted by the above mentioned groups and individuals. While I have no objection at all about these parties receiving fair and reasonable compensation for their services (with hopes that the court will apply their considerable experience in determining if the requested compensation is, indeed, fair and reasonable), I DO have two STRONG objections about the matter, which I hope the Court will consider before approving ANY compensation to these entities.

1. In a previous writing, Mr. Gearin described an attempt at having some experienced professionals take over the NWTM's operations, to continue minting and selling items similar to those NWTM had done, with the intention of making a profit, ostensibly so that the victims of NWTM's fraudulent practices might re-coup a larger percentage of their losses. Apparently, the loss of trust associated with the bankruptcy prevented this endeavor from achieving its goal. My question, MY OBJECTION, is . . . if NTWM still had the means and materials produce the same (or similar) product as before, under new management, WHY didn't the "new" company make the product and SEND THAT PRODUCT TO THE PEOPLE WHO HAD ALREADY PAID FOR IT, the VICTIMS of the fraud BEFORE trying to sell to the public. Where is the justice in offering this product to NEW customers, who stand to benefit greatly from their investment, while the VICTIMS, who have had thousands and thousands of dollars of their money tied up for YEARS CONTINUE to LOSE money because they are unable to invest it elsewhere. Please ask those persons who are seeking compensation, WHY they provided an opportunity for NEW customers to benefit from the losses of THEIR CLIENTS, the VICTIMS in this case?

That question sugues nicely into my second objection . . .

2. WHY are we talking about how much money the accountants and lawyers "deserve" to get, when NOT ONE WORD (!!!) (at least in the correspondence I have received), NOT A SINGLE WORD has been said about WHEN and HOW MUCH the VICTIMS might receive. From a "JUSTICE" point of view, how can we award to, or even discuss what the accountants and lawyers will be compensated when NOT ONE SINGLE PENNY OF THE VICTIM'S MONEY HAS BEEN RETURNED, or even promised. Shouldn't the amount the accountants and lawyers DESERVE depend, at least a little, on how well they served their clients ??? I paid NWTM about $7,770.00 for 500 Troy Ounces of silver coins. After several years of petitioning and negotiating, what is the result? Because of the actions of these accountants and lawyers, some "new" customers benefitted because they were able to purchase, INVEST IN, silver coins that RIGHTFULLY belonged to ME (and other victims). What have I, a VICTIM, received from these lawyers and accountants? I have a manila folder that contains six or seven letters, NONE of which even mention re-couping any of my money, instead detailing why I will have to wait another 6 months to receive . . . my money ??? NO !!! To receive my NEXT letter detailing why I will have to wait another 6 months to receive . . . MY NEXT LETTER !!! Now, those same accountants and lawyers are asking and expecting to be paid were about FIVE MILLION DOLLARS when the VICTIMS they supposedly represent (I DO NOT FEEL WELL REPRESENTED !!!) still have NOT ONE SINGLE CLUE when or how much we might expect to re-coup from our losses. Seems that almost everybody involved benefits from these proceedings EXCEPT the victims. There simply IS NO JUSTICE in discussing how much compensation these people "DESERVE" UNTIL AFTER THE VICTIMS HAVE THEIR MONEY IN THEIR HANDS !!! And how much should they receive? How about basing it on the percentage of OUR investments they are able to return to us. If (and WHEN, not before) the victims receive 67 cents on the dollar of their investment, then pay the accountants and lawyers 67 cents on the dollar of what they are asking !!! (Like the lawyers on TV commercials . . . "We don't get paid until YOU get paid!")

There. You have my objections. Please consider them fair-mindedly.

Thanks for your time.

Sincerely,

Douglas L. Davidson,
Victim