FILED
Western District of Washington
at Seattle

JAN 28 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Case No. 16-11767-CMA

Forward To: Honorable Christopher M. Alston & Court
To: K&L Gates LLP

After reviewing the requested fee of over 5.5 million dollars, which I object to, I have to wonder: What will the victims receive finally? I, myself at 68 yrs. old looked at N.W.T.&R. which had a AAA rating from BBB and did business with the Pentagon, felt safe investing for retirement. I'm sure many other victims are similar to myself. May God guide you all in your decisions.

Respectfully,
Peter P Berger

