FILED
Western District of Washington
at Seattle

JAN 28 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

6511 Western Run Drive
Baltimore, MD 21215
January 22, 2019

By Facsimile to:

The Honorable Christopher M. Alston
United State Bankruptcy Court
Western district of Washington at Seattle
700 Stewart Street
Seattle, WA 98101

Re. Northwest territorial Mint, LLC Case#16-11767-CMA

Dear Honorable Judge Alston,

I have submitted a claim as a creditor for reimbursement for an order that I made to purchase silver coins from the Northwest Territorial Mint. Upon seeing the listing of the proposed attorney charges, I am struck by the enormity of the funds that are available for distribution for managing the court proceedings.

I oppose the proposed fees on the grounds that the services provided by these attorneys are ostensibly not worth the proposed amounts. How much effort or talent does it take to pass time in a process that it appears was known from the start will result only in the enrichment of the attorneys and no reimbursement for people situated as am I? I find this outrageous and respectfully request that all measures be pursued to limit attorney expenditures that erode the chances of creditors receiving any reimbursements for true damages, however small.

Sincerely,

Glenn Grayman
410-340-0548

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2019, a copy of the foregoing was faxed to:

Michael Gearin, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900 Seattle, WA 90104, Fax: 206-623-7022; and to

Mark Northrup, Miller Nash Graham & Dunn LLP, 2801 Alaskan Way Suite 300, Seattle, WA 98121, Fax: 206-340-9599.

GLENN B. GRAYMAN