Filed

January 21, 2019

FILED
LODGED
RECEIVED | MAIL |

JAN 28 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

**Court**
700 Stewart Street
Seattle, WA 981101

Re: Case No. 16-11767-CMA
Notice of Continued Hearing on Applications for Compensation

Honorable Judge,

This is cry for fairness to all.

It is unconscionable to grant the lawyers handling the above case to be granted the application for fees while being told that nothing, absolutely nothing can be paid out to those who had undelivered but paid silver bars from the Northwest Terriotiorial Mint, LLC.

The total compensation requested was for $5,501,362.04.

Would it not be fair that all share the burden pro-rata?

Why would there be such humongous lawyers efforts on this issue if there was nothing left of the Northwest Territorial Mint, LLC assets?

Why would law firms take on the case if there was nothing left?

If there was something left, should they not go to those who have already given their money to Northwest Territorial Mint, LLC?

I plead for justice from the court.

Respectfully,

Grace Yow   FORMERLY GRACE CRAMMER
16483 N 165th Avenue
Surprise, AZ 85388
Tel. No. 562 269 n8747
gdh112752@gmail.com

cc:
Michael Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 90104

Mark Northrup
Miller Nash Graham & Dunn LLP
2801 Alaskan Way Suite 300
Seattle, WA 98121