Igor Lachter
14-17 Lucena Dr
Fair Lawn, NJ 07410

To whom it may concern:

I oppose the Fee Applications.

01/22/2019

*[signature]*

Igor Lachter

Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Friday, February 1, 2019
Hearing Time: 11:00 a.m.
Response Date: January 25, 2019

RECEIVED
Western District of Washington
at Seattle

JAN 29 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

NOTICE OF CONTINUED HEARING ON APPLICATIONS FOR COMPENSATION

TO: NORTHWEST TERRITORIAL MINT, LLC, Debtor;
AND TO: MARK D. NORTHRUP and MILLER NASH GRAHAM & DUNN, Attorneys for OFFICIAL UNSECURED CREDITORS COMMITTEE,
AND TO: UNITED STATES TRUSTEE;
AND TO: SPECIAL NOTICE LIST including all governmental entities as required by FRBP 7004(b)(4) and (6);
AND TO: ALL CREDITORS AND PARTIES IN INTEREST listed on official mailing matrix

PLEASE TAKE NOTE that a continued hearing on the applications for compensation for the Chapter 11 Trustee, Mark Calvert; Cascade Capital Group LLC, accountants for the Chapter 11 Trustee, Miller Nash Graham and Dunn LLP, Attorneys for the Official Unsecured Creditors' Committee; and K&L Gates LLP, Attorneys for the Trustee (collectively, the "Fee Applications") has been scheduled on **February 1, 2019, at 11:00 a.m. (PT)** before the Honorable Christopher M. Alston, United States Bankruptcy Judge, in Courtroom 7206, 700 Stewart Street, Seattle, WA, 98101.

The Professionals have filed fee applications in the amounts set forth below, for services rendered herein, as provided in greater detail in the individual applications. The Fee Applications are for the time periods and amounts as indicted below:

NOTICE OF CONTINUED HEARING ON
APPLICATIONS FOR COMPENSATION - 1
502019622 v4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 2009   Filed 01/29/19   Ent. 01/29/19 14:16:00   Pg. 2 of 2