1/21/19

16-11767

FILED
Western District of Washington
at Seattle
JAN 29 2019
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Tim Tait
155 Hillcrest Rd
Mohnton PA
19540
Tele (717) 554-1253

To whom it may concern,

I, Tim Tait OPPOSE any expenses + fee's owed to Mark Calvert, Cascade Capital Group, Miller Nash Graham & Dunn LLP, K&L Gates LLP, this is insane that any monies due to others before customers who were scammed is immoral, greedy, ego driven and completely unfair. My family is out of my hard earn money due to some assholes greed. I, Tim Tait am entitled for re-embursement exactly as the named persons!
No payment until we are all paid