To All Parties concerned

United States Bankruptcy Court Western District of Washington at Seattle

Christopher M. Alston

Michael Grearin

Mark Northrup

FILED
Western District of Washington
at Seattle

JAN 2c 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Case No. 16-11767-CMA  NORTHWEST TERRITORIAL MINT, LLC

I Object to the Fees asked for in the applications

I and many others have already have suffered financial loss because of Northwest Territorial Mint

It appears we will only get back pennies on the Dollars.

To add insult to injury, now more will money will be taken from us due to the fees.

I would ask you to deny or greatly reduce the fees.


Thank you for your time,


Matthew Staley
620 south I street
Tacoma, WA 98405
(253 405 5027