The Honorable Christopher M. Alston　　　1/28/2019
United States Bankruptcy Court
700 Stewart Street #6301
Seattle, WA 98101

In reference to 16-11767-CMA (Northwest Territorial Mint). On November 14, 2015, I sent Northwest Territorial Mint a check for $39,833.15. For that money, Northwest Territorial Mint promised to ship me 35 Gold 1 oz American Eagles. Confirmation from Northwest to ship was February 2016. As you are aware, Northwest never sent me my Eagles and never refunded my money.

Over the last 3 years I have been following the bankruptcy case and in the beginning was relieved to see that Calvert and his team were intent on saving the business and were implementing a plan to become profitable and return my money. Unfortunately. Calvert doesn't seem to be a very honest man and I see there are many instances where he was not working towards my best interests as a creditor nor was he trying to save the company. I need to know if the allegation that NWTM President Paul Wagner's company Sierra Mint used NWTM assets without authorization or payment to NWTM is really bankruptcy fraud. Did Sierra Mint cause NWTM to shut down? Please take action on my behalf and make sure that no bankruptcy fraud took place. The money that is left should not be used to pay people who have not acted in the best interests of the creditors. The money I sent to purchase the Gold Eagles is part of my retirement fund. I worked hard for that money – why do criminals get to take it away from me with no repercussions?

I am hoping that you will investigate and make sure that everything is being done to ensure that all creditors are given a fair chance of collecting their investments. I am begging you to help me to recoup my retirement fund.

Best Regards,

Colleen Radtke

W13853 Country Road CC

Coloma, WI  54930

608-279-4972

## Check Images

Account: colleen's checking ***1756 | Check Number: 1033 | Date Posted: 12/2/2015 | Amount: $39,833.15

Zoom In Zoom Out Print



the transfer is received.

- Although it is possible that your check will be cleared by your bank before the end of the tenth-business-day holding period, please understand that due to bank privacy laws, it is simply not possible for us to inquire of your bank to know exactly when your check clears.

If we do not receive payment for your order within ten business days of the date of your transaction, we reserve the right to liquidate your position based on the London PM Fix for the applicable metal on the eleventh business day after your purchase, and **you will be liable for a $35 processing fee and for any market loss.** You will not benefit from any market gain.

| **TO MAIL A PAYMENT TO US, PLEASE SEND TO:** | **TO SEND A PAYMENT OVERNIGHT VIA FEDEX OR UPS:** | **FOR BANK WIRE TRANSFERS, PLEASE WIRE FUNDS TO:** |
|---|---|---|
| **Northwest Territorial Mint** P.O. Box 2148 Auburn, WA 98071-2148 | **Northwest Territorial Mint** 2505 S 320th Street Ste 110 Federal Way, WA 98003 | **HomeStreet Bank** 601 Union Street Seattle, WA 98101 ABA# 325 084 426 |

**For benefit of:**
**Northwest Territorial Mint, LLC**
Acct # 5398395195
2505 South 320th Street, Ste 110
Federal Way, WA 98003

**HomeStreet Bank Phone Number:**
800-719-8080

**NOTE:** Please use our full company name as shown above or the transfer will fail.

**IRAs**
If you are using your IRA to pay for your trade, you need to contact your trust company and provide them with a copy of the attached invoice. For information about buying precious metals with your IRA, please visit http://bullion.nwtmint.com/articles_ira.php

**CHECK YOUR ORDER STATUS ONLINE**
The status of your order can be viewed at any time on our web site, https://bullion.nwtmint.com/login/login.php. Your order status is updated when we receive your payment. To check the status of your order:

1. If you are not logged in, click on the "Account Login" link that appears at the top of our bullion web pages and enter your account login information.
2. If you are logged in, click on the the "My Account" link that appears at the top of our bullion web pages.
3. Click on the "View Your Orders" link on the "My Account" page.
4. You may view online trades only or all trades on the "Order Status" page by clicking on the corresponding tabs.

**SHIPPING TIME**
Our policy is to ship orders promptly after you have properly paid us. However, reductions in inventory resulting from an increased demand for certain bullion products and other reasons may delay shipping. If we cannot ship your order within the delivery time represented to you at the time of purchase, we will inform you prior to the expiration of that period of time that we are unable to meet the delivery date, and you may buy-back your order and obtain a full payment of the prevailing market price at the time of liquidation. Generally, gold, palladium and platinum are shipped via United States Postal Service Registered Insured mail. Silver is usually shipped via Federal Express Ground.

**ORDER LIQUIDATION POLICY**
When you place your order, you enter into a binding contractual agreement with us to remit payment in full based on the prevailing market purchase price agreed upon at the time your order was placed. Should you choose to sell your order prior to the date of delivery, we will liquidate your position based on the prevailing market purchase price at the time of buy-back, provided you have properly paid us. You will be liable for any difference in the event of market loss. If the prevailing market price of the items has gone up since your order, we will pay you the higher prevailing market price for

**Radtke, Colleen (GE Healthcare)**

**From:** Northwest Territorial Mint <bullioncustomerservice@nwtmint.com>
**Sent:** Tuesday, December 01, 2015 11:36 AM
**To:** Radtke, Colleen (GE Healthcare)
**Subject:** Trade #115315 - Payment Received Notification

Dear Colleen Radtke,

Thank you for sending your payment to Northwest Territorial Mint. Your Personal Check in the amount of $39,833.15 was received November 30th, 2015 and posted. Trade #115315 is now paid in full with an estimated shipping window of Feb 15th - Feb 19th. An e-mail will be sent to you the evening that your order is shipped with your tracking numbers included. If there is any delay in shipment you will be notified by e-mail.

If you have any questions please e-mail us at bullioncustomerservice@nwtmint.com Please call our bullion department at (800) 344-6468 Monday through Friday, 6:00 a.m. to 5:30 p.m. and Saturdays 8 a.m. to 12 p.m. Pacific Time if you would like to place an additional order. Thank you for your business.

FUNDS HOLDING PERIOD
-------------------

There is a ten-day holding period for personal checks and a five-day holding period for cashier's checks or money orders between the time we deposit your check and when your order enters the shipping queue. This waiting period allows us to be sure that funds are available and your check has cleared. Wire transfers are considered good funds the next business day.

It is possible that your check will be cleared by your bank before the end of the ten-day holding period, but please understand that due to bank privacy laws, it is simply not possible for us to inquire of your bank to know exactly when your check clears.

SHIPPING TIME
-------------

Our policy is to ship orders promptly after you have properly paid us. However, reductions in inventory resulting from an increased demand for certain bullion products and other reasons may delay shipping. If we cannot ship your order within the delivery time represented to you at the time of purchase, we will inform you prior to the expiration of that period of time that we are unable to meet the delivery date, and you may buy-back your order and obtain a full payment of the prevailing market price at the time of liquidation.

Generally, gold, palladium and platinum are shipped via United States Postal Service Registered Insured mail. Silver is usually shipped via Federal Express Ground. When your order is shipped, we will send you an e-mail with a tracking number.

ORDER LIQUIDATION POLICY
-----------------------

When you place your telephone order, you enter into a binding contractual agreement with Northwest Territorial Mint to remit payment in full based on the prevailing market purchase price agreed upon at the time your order was placed. Should you choose to buy-back your order prior to the date of delivery, Northwest Territorial Mint will liquidate your position based on the prevailing market purchase price at the time of buy-back, provided you have properly paid us.

your items. However, in the event we are unable to ship your order by the date promised, we will contact you and give you the option of initiating a buy back of your order based on the spot market price at that time or agreeing to wait an additional period of time for your order, which shall not be more than 30 days. If we are unable to deliver after the additional p eriod of time has elapsed we will pay you the full purchase price or the prevailing spot market price, whichever is higher.

### ORDER IS BINDING AGREEMENT - NO CANCELLATIONS

Once you place your order, you enter into a **binding contractual agreement** with us to remit payment in full based on the prevailing market purchase price agreed upon at the time your order was placed. As such, **we have a no-cancellation policy.**

You can return to check the status of your order at any time by logging into your account and clicking the **"View Your Orders"** link in your account page. Login to your account now: http://bullion.nwtmint.com/login/login.php

If you have any questions that were not answered here, or you would like to place an additional order, please call our toll-free number at **800-344-6468**, Monday through Friday, 7 a.m. to 5 p.m. and Saturdays 8 a.m. to 12 p.m. Pacific Time. You may visit our website anytime at http://bullion.nwtmint.com.

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Colleen Radtke | Case Number: 16-11767-CMA | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Colleen Radtke

**COURT USE ONLY**

Name and address where notices should be sent:
Colleen Radtke
W13853 County Road CC
Coloma, WI 54930

Telephone number: (608) 212-6280    email: colleen.radtke@ge.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
   (*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $_____39,833.15_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _purchase of 35 gold 1 oz. american eagle_
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: 8 8 6 6 | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _ (See instruction #3b) |

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
    $_____

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $_____

Amount of Secured Claim:    $_____

Annual Interest Rate_____% ☐ Fixed or ☐ Variable
(when case was filed)

Amount Unsecured:    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

**Amount entitled to priority:**

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

B10 (Official Form 10) (04/13)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Colleen Radtke
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature)                               (Date)

Telephone number:           email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.