RECEIVED
Western District of Washington
at Seattle

FEB -5 2019

GARY L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

To whom it may concern, January 14, 2019

regarding case # 16-11767-cma and compensation request by named parties, I object.

The $400 hourly rate for the trustee is ridiculous. As are the other fees being billed by the remaining vultures. If this constitutes justice, then you should all be ashamed. I have attached my previous correspondence which I received no reply regarding the sale of assets of NWTM.

Furthermore, having been made a creditor by Northwest Territory Mint via bankruptcy, of the money that I had attempted to invest by buying 400 ounces of silver that was unfulfilled, I request compensation of said money or silver, having a previous lien on any assets that are available for distribution prior to any other claims, therefore I object to any junior lien holder being paid before the victims of this case receives just compensation.

Signed Victim,

ANDRES JACOB

To: Honorable Christopher M. Alston
United States Bankruptcy Judge

Date: January 31, 2018

From: Andres Jacob
Creditor

In re:

Northwest Territorial Mint L.L.C.   Debtor

Case No. 16-11767-CMA
Chapter 11

Subject: Oppose ("the motion")

    Your Honor, I oppose "THE MOTION AUTHORIZING THE AUCTION AND SALE OF THE DEBTOR'S EQUIPMENT, DIES, TOOLING, ARCHIVES, AND INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBERANCES". I have a lien, claim, interest and encumbrance via my proof of claim form that was filed with your office, and do not relinquish my rights. I do not like the title of "creditor" that this bankruptcy case has bestowed upon a one time shrewd investor. Prior to this notice I have monitored the original website and official notices, hoping that the Trustee would somehow fix the problems with Northwest Territorial Mint L.L.C. and that somehow, sometime in the future I along with all the other "creditors" would be made WHOLE.

    This notice made me take an indebt look at all the legal motions and petitions along with the fees associated with their services by the parties placed in charge of this case by your Honor. The previous sale of the Debtor's assets along with business income appears to have been allocated to paying fees, salaries, lawyer, and accountants at an hourly rate greater than the hourly salary of the President of the United States of America. The free and clear sale of any remaining assets only removes any possibility of recovering any monies owed to myself or any other creditor. To be made Whole, I am owed $5,880 or 400 ounces of silver. I do not make $400.00 an hour, this was a lot of money for me, and I am sure the other creditors in this case share my pain.

Respectfully submitted,

*Andres Jacob*
Andres Jacob