UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:  ) No. 16-11767-CMA
)
NORTHWEST TERRITORIAL MINT, LLC, )
)
) SECOND SUPPLEMENTAL
) DECLARATION OF MARK D. NORTHRUP
Debtor. ) IN SUPPORT OF FINAL APPLICATION
) FOR PAYMENT OF FEES AND
) REIMBURSEMENT OF EXPENSES OF
) COUNSEL FOR THE OFFICIAL
) UNSECURED CREDTIORS' COMMITTEE
) (MILLER NASH GRAHAM & DUNN LLP)
)
)

For his Supplemental Declaration, Mark D. Northrup states as follows:

1.) I am a partner in the Seattle office of the law firm of Miller Nash Graham & Dunn LLP ('Miller Nash") and have acted in this case as counsel for the Official Unsecured Creditors' Committee (the "Committee"). I have personal knowledge of the facts set forth herein and, if called, would be competent to testify to them.

2.) **Procedural Background**. On October 12, 2018, I filed the Final Application for Payment of Fees and Reimbursement of Expenses of Counsel for the Official Unsecured Creditors Committee (Dkt. #1894; the "Miller Nash Fee Application"). In support of the Miller Nash Fee

SECOND SUPPLEMENTAL DECLARATION OF
MARK D. NORTHRUP IN SUPPORT OF FINAL
APPLICATION FOR PAYMENT OF FEES AND
REIMBURSEMENT OF EXPENSES OF COUNSEL
FOR THE OFFICIAL UNSECURED CREDITORS'
COMMITTEE (MILLER NASH GRAHAM & DUNN
LLP) -- 1
Case No. 16-11767-CMA 4829-8651-2521.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Case 16-11767-CMA    Doc 2035    Filed 03/04/19    Ent. 03/04/19 16:53:03    Pg. 1 of 2

Application I also filed my Declaration in Support of Final Application for Payment of Fees and Reimbursement of Expenses of Counsel for the Official Unsecured Creditors Committee (Dkt. #1895). At the Court's request, I subsequently filed a Supplemental Declaration of Mark D. Northrup in Support of Final Application for Payment of Fees and Reimbursement of Expenses of Counsel for the Official Unsecured Creditors' Committee (Dkt. #1979).

At the February 1, 2019 hearing on the Miller Nash Fee Application, the Court instructed Committee counsel to submit this Second Supplemental Declaration in order to address additional document requests identified by the Court.

3.) In response to the Court's February 1 request, attached hereto as Exhibit A is a copy of the By-Laws of the Committee.

4.) In response to the Court's February 1 request, attached hereto as Exhibit B (Group) are minutes of Committee meetings.

5.) In response to the Court's February 1 request, attached hereto as Exhibit C is an email (with attachments) that I transmitted to Mr. Michael Gearin on March 29, 2017.

6.) In response to the Court's February 1 request, attached hereto as Exhibit D (Group) are emails that I transmitted to K & L Gates (and any and all attorneys of that firm) during the period from February 1, 2017 to the present that mention Richard Pehl, Paula Pehl, and/or William Hanson.

Given at Seattle, Washington, under penalty of perjury under the laws of the State of Washington this 4th day of March, 2019.

/s/ *Mark D. Northrup*

SECOND SUPPLEMENTAL DECLARATION OF MARK D. NORTHRUP IN SUPPORT OF FINAL APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE (MILLER NASH GRAHAM & DUNN LLP) -- 2
Case No. 16-11767-CMA 4829-8651-2521.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599