# EXHIBIT D

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Thursday, February 02, 2017 11:49 AM
**To:** Calvert, Mark (EXTERNAL)
**Cc:** Gearin, Mike
**Subject:** RE: Atalla Agreement

Comment from Paula that you should check or clarify:

I find the language at 3.3, p. 2 contradictory:  one place states "before bonus" while the footnote states after bonus.  In cases of lack of clarity, awards are made in favor of the non-drafting party..... (see attached copy with highlights)


**Mark D. Northrup**
Partner

**From:** Northrup, Mark D.
**Sent:** Thursday, February 2, 2017 10:03 PM
**To:** Gearin, Mike
**Cc:** Calvert, Mark (EXTERNAL)
**Subject:** Re: Atalla Employment Agreement

Mike--Bill Hanson and Pettys have now joined the others, although Pettys in a vague way. It might make sense tomorrow for me to address the court first, so that I can confirm that the Committee does not want to oppose the appointment and we can right off the bat relieve the judge of any concerns about the Committee's bottom line. I can also describe the Committee's contribution to the revised Employment Agreement so that he knows the Committee has been actively involved. You can then do clean up if Alston has additional questions.

Sent from my iPhone

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Thursday, February 16, 2017 5:04 PM
**To:** Gearin, Mike
**Cc:** Calvert, Mark (EXTERNAL)
**Subject:** RE: Northwest Territorial Mint LLC - Deposition Schedule [KLG-USW_Active01.FID237675]

I will check. I have pressed for the identification of any other witnesses but have received none, except for the Pehls and their strong recommendation that officials from the Nevada commerce board be included.


**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**
*Please consider the environment before printing this e-mail.*

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Friday, February 17, 2017 1:53 PM
**To:** Gearin, Mike
**Cc:** Calvert, Mark (EXTERNAL)
**Subject:** RE: Northwest Territorial Mint LLC - Deposition Schedule [KLG-USW_Active01.FID237675]

The Pehls are not available on February 28. What are the options here? Are they going to be asked to travel for this? Video/telephone dep? Also, I understand that Ross has recently filed his appeal brief in the Cohen case (9th Circuit/16-15943). What is the story on the appeal bond? Did the court waive that? Thanks.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

From: Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
Sent: Wednesday, February 22, 2017 5:35 PM
To: Gearin, Mike
Subject: Re: NWTM/Bressler/Medallic LLC [KLG-USW_Active01.FID237675]

Paula says no meeting between Ross and Committee members. Ross is probably lying to Bressler about stuff like this to try to persuade Bressler that Ross has the creditors on his side. Bressler probably told Lerner the phoney story that Ross had told him.


Mark D. Northrup
Partner

Miller Nash Graham & Dunn LLP
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
Direct: 206.777.7536 | Office: 206.624.8300 | Fax: 206.340.9599 Mark.Northrup@millernash.com | https://protect-us.mimecast.com/s/6RQZBAc78vpkfb Please consider the environment before printing this e-mail.

---------------------------------------
CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information.  If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail.  Instead, please notify us immediately by replying to this message or telephoning us.  Thank you.
---------------------------------------

Petteys and Ciappellone have advised me this morning that rumors among creditors and the Committee have reached an apparent fever pitch (behind my back and without my knowledge), ostensibly propagated by Ross Hansen but received with some credibility by some other creditors:

1.)  $1 million in gold came to the Mint from Switzerland shortly before or after Mark C. was appointed.  Ross claims to have pictures and serial numbers.  What happened to this gold?  Did Mark C. sell or dispose of it?

2.)  After he was appointed, Mark C. "fire saled" coins and other items at Auburn at substantially discounted prices to coin dealers and others.

3.)  What happened to the spectrometer that I have previously asked about?  This is a very hot button issue and I need to address it with the Committee.  Dick Pehl thinks it was worth tens of thousands of dollars but was sold for $3,000.  He claims to have spoken to the guy who purchased it.

4.)  FBI has told Bucknell that they are not indicting Ross or Diane but that they are investigating Mark C.'s conduct as trustee (!!!).

5.)  The estate is completely broke and at the March 1 status conference, the court is going to convert (or consider converting) the case to a Chapter 7.

There is at least one Committee member who apparently swallows this garbage and is advocating for trying to do a deal with Ross.  The atmosphere is toxic.  Please give me a response on items 1-3.  Thanks.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct:* 206.777.7536 | *Office:* 206.624.8300 | *Fax:* 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

--------------------------------------

| | |
|---|---|
| **From:** | Northrup, Mark D. |
| **Sent:** | Thursday, March 2, 2017 1:44 PM |
| **To:** | Gearin, Mike; Calvert, Mark (EXTERNAL) |
| **Cc:** | Calvert, Mark (EXTERNAL) |
| **Subject:** | RE: Case Rumors [KLG-USW_Active01.FID52176] |

Mike--At Tuesday's Committee call, it was made very forcefully clear to everyone that no Committee members should ever discuss or disclose information to Ross Hansen. Bill Hanson assumed that this message was specifically intended for him. He does not reach out to Ross but Ross calls Bill, whom Ross presumably sees as a weak link in the Committee chain. I do not think that any other Committee members share anything with Ross. Bill Hanson reported that Ross called him after the Committee meeting and attempted to scare him into believing that Bucknell would be filing a conversion motion (that Alston would supposedly grant at the March 1 status conference!!) and that the business would be "shut down in about two weeks." Ross also apparently tried to scare Bill into believing that the Trustee's recent engagement of Murphy proved that the Trustee was preparing to liquidate the entire business immediately. I think that Bill Hanson does see all this as a desperate attempt by Ross to scare the Committee into supporting Ross's plan to return to management of the business. I do not see Committee members (including Bill Hanson) further interacting with Ross.

| **From:** | Northrup, Mark D. |
|-----------|-------------------|
| **Sent:** | Friday, March 3, 2017 9:03 AM |
| **To:** | Gearin, Mike |
| **Cc:** | Peterson, Brian T. |
| **Subject:** | Re: Northwest Territorial Mint - Deposition Schedule [KLG-USW_Active01.FID237675] |

I highly doubt it. I think Raymond is Dick Pehl's childhood home and they are rarely there.

Sent from my iPhone

Mike--Have you contacted the Pehls about the subpoena?  Thanks.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct:* 206.777.7536 | *Office:* 206.624.8300 | *Fax:* 206.340.9599
**E-Mail | Web | Social | Blogs**
*Please consider the environment before printing this e-mail.*

----------------------------------

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

----------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

| | |
|---|---|
| **From:** | Northrup, Mark D. |
| **Sent:** | Tuesday, March 7, 2017 7:00 PM |
| **To:** | Gearin, Mike |
| **Subject:** | Re: Pehl |

She has gone silent. No response.

Sent from my iPhone

On Mar 7, 2017, at 5:56 PM, Gearin, Mike <Mike.Gearin@klgates.com> wrote:

> Did you hear from her about the subpoena?  Was she served?
>
> **From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
> **Sent:** Monday, March 06, 2017 11:04 AM
> **To:** Gearin, Mike
> **Subject:** Pehl
>
> Mike--Have you contacted the Pehls about the subpoena?  Thanks.
>
> **Mark D. Northrup**
> Partner
>
> **Miller Nash Graham & Dunn LLP**
> Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
> *Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
> **E-Mail | Web | Social | Blogs**
> *Please consider the environment before printing this e-mail.*
>
> --------------------------------
> **CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.
> --------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

| | |
|---|---|
| **From:** | Northrup, Mark D. |
| **Sent:** | Friday, March 10, 2017 4:20 PM |
| **To:** | Gearin, Mike; Calvert, Mark (EXTERNAL) |
| **Subject:** | RE: Attempts to Serve Subpoena on Pehls [KLG-USW_Active01.FID237675] |

I think Paula is focused on direct communications she may have had with Mark C. (which I perhaps haven't even seen).

**From:** Gearin, Mike [mailto:Mike.Gearin@klgates.com]
**Sent:** Friday, March 10, 2017 4:18 PM
**To:** Northrup, Mark D.; Calvert, Mark (EXTERNAL)
**Subject:** RE: Attempts to Serve Subpoena on Pehls [KLG-USW_Active01.FID237675]

We should be careful about this. The privilege still only applies to communications with counsel for the purpose of conveying legal advice. That certainly covers all of our communications: Calvert/Northrup/Gearin. And is covers communications with the committee where K&L is involved. There is risk that direct communications between the Trustee and the committee that do not involve counsel would not be covered by any privilege.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Thursday, March 09, 2017 7:09 PM
**To:** Calvert, Mark (EXTERNAL)
**Cc:** Gearin, Mike
**Subject:** Re: Attempts to Serve Subpoena on Pehls [KLG-USW_Active01.FID237675]

Agreed.

Sent from my iPhone

On Mar 9, 2017, at 6:37 PM, Mark Calvert <mark@cascadecapitalgroup.com> wrote:

> My view and understanding that it is 100 percent is covered by the agreement... If not the
> communication would have been significantly reduced and/or will be significantly reduced
>
> Mark
>
> *Sent from my Verizon 4G LTE Droid*
> On 9 Mar 2017 2:15 pm, "Northrup, Mark D." <Mark.Northrup@millernash.com> wrote:
> Mike--To what extent do you believe that communications between Committee members and Calvert/K&L are
> subject to a blanket privilege under the Joint Litigation and Confidentiality Agreement that we signed at the
> beginning of the case? Thanks.
>
>
> Mark D. Northrup
> Partner
>
> Miller Nash Graham & Dunn LLP
> Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
> Direct: 206.777.7536 | Office: 206.624.8300 | Fax: 206.340.9599
> Mark.Northrup@millernash.com | www.millernash.com
> Please consider the environment before printing this e-mail.

From: Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
Sent: Friday, March 10, 2017 4:49 PM
To: Calvert, Mark (EXTERNAL); Gearin, Mike
Subject: RE: Mint/Medallic Equipment

Any update on this?  Bill Hanson has asked about it.  Thanks.



Mark D. Northrup
Partner

Miller Nash Graham & Dunn LLP
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
Direct: 206.777.7536 | Office: 206.624.8300 | Fax: 206.340.9599 Mark.Northrup@millernash.com | https://protect-us.mimecast.com/s/K2RDB5SGZ0QZhR Please consider the environment before printing this e-mail.

---------------------------------------
CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information.  If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail.  Instead, please notify us immediately by replying to this message or telephoning us.  Thank you.
---------------------------------------

| From: | Northrup, Mark D. |
| Sent: | Tuesday, March 14, 2017 11:34 AM |
| To: | Gearin, Mike |
| Cc: | Calvert, Mark  (EXTERNAL) |
| Subject: | RE: Letter to Mark Northrup and Judge Alston. [KLG-USW_Active01.FID52176] |

Thanks.  I am advising the Committee of this immediately.  I strongly suspect that Bill Hanson is Hansen's mole on the Committee.  I am going to advise the Committee that any person who disclosed information to Ross must either resign from the Committee or expect to be removed.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Tuesday, March 14, 2017 1:38 PM
**To:** Gearin, Mike
**Cc:** Calvert, Mark (EXTERNAL)
**Subject:** RE: Letter to Mark Northrup and Judge Alston. [KLG-USW_Active01.FID52176]

I sent a very tough letter to the Committee, asserting that whoever disclosed this should resign from the Committee. Bill Hanson has now just called me to confess that he did it accidentally. The Bressler issue and another issue were in the same sentence of my long email to the Committee last night and Bill claims that he only intended to mention one thing to Ross but accidentally mentioned both items, including the Bressler settlement information. He said that he knew he screwed up the minute the words left his mouth. Bottom line: he said he would resign. He said he was frustrated and sick of dealing with Ross anyway. Whether or not the other Committee members will try to keep him, I do not know.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

| | |
|---|---|
| **From:** | Northrup, Mark D. |
| **Sent:** | Tuesday, March 14, 2017 1:46 PM |
| **To:** | Gearin, Mike |
| **Cc:** | Calvert, Mark  (EXTERNAL) |
| **Subject:** | RE: Letter to Mark Northrup and Judge Alston. [KLG-USW_Active01.FID52176] |

I raised that specific issue in my email to the Committee but Hanson did not address it.  Paula should be able to confirm the source, since she typically insists on reviewing and editing everything.

**From:** Northrup, Mark D.
**Sent:** Tuesday, March 14, 2017 3:27 PM
**To:** Gearin, Mike
**Cc:** Calvert, Mark  (EXTERNAL)
**Subject:** RE: Letter to Mark Northrup and Judge Alston. [KLG-USW_Active01.FID52176]

Yes, I think Bill Hanson is the only problem.  I will again ask him point blank who drafted the letter.

**From:**           Northrup, Mark D.
**Sent:**           Friday, March 17, 2017 12:04 PM
**To:**           Mark Calvert; 'Mike.gearin@klgate.com'
**Subject:**           RE: Proposed Mint Equipment Sale

FYI--I have been advised that the Pehls, apparently with some support by the Hoffs, are likely going to challenge the $190k proposed Murphy sale on the basis that specialty equipment of this kind needs to be advertised nationally and sold by a national outfit like DoveBid or Koster Industries. Murphy will need to provide evidence of such national marketing and bid solicitation and also provide evidence to justify the proposed sale price, such as appraisals conducted by other equipment experts.

**From:** Northrup, Mark D.
**Sent:** Friday, March 17, 2017 1:50 PM
**To:** Mark Calvert; 'Mike.gearin@klgate.com'
**Subject:** RE: Proposed Mint Equipment Sale

As an update, the Pehls apparently do not object to the pending $190k sale.  But they are focused on any future Murphy auction.

I had a long talk with Petteys. We both agree that Bill Hanson has to go. Petteys has agreed to approach the Pehls on the same issue, to see if they will go voluntarily. Mark—Contrary to your belief, Bob Hoff is involved with Paula on the equipment sale stuff. See following email.

**From:** Northrup, Mark D.
**Sent:** Friday, March 17, 2017 4:37 PM
**To:** Gearin, Mike; Calvert, Mark (EXTERNAL)
**Subject:** RE: Proposed Mint Equipment Sale [KLG-USW_Active01.FID52176]

Would the two of you consider asking the court/UST to remove the Pehls from the Committee, based on their collusion with Ross and Bill Hanson, if they refuse to resign voluntarily? Petteys might find your view on this useful. Thanks.

**From:** Northrup, Mark D.
**Sent:** Monday, March 20, 2017 11:20 AM
**To:** Gearin, Mike; Calvert, Mark  (EXTERNAL)
**Subject:** RE: Committee Matters

Mike—Very sorry to have missed your event on Friday.  I got stuck on an unrelated matter.  Can you and Mark give me your thoughts on the Pehl issue?  They have gone quiet.  Thanks.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Tuesday, March 21, 2017 10:21 AM
**To:** Gearin, Mike; Calvert, Mark (EXTERNAL)
**Subject:** RE: Committee Matters

Bill Hanson is now declining to resign from the Committee.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

--------------------------------

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

--------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

**From:** Northrup, Mark D.
**Sent:** Tuesday, March 21, 2017 11:07 AM
**To:** Gearin, Mike; Calvert, Mark  (EXTERNAL)
**Subject:** RE: Committee Matters

Larry Ciappellone just called me about this.  Bill Hanson is calling him now, too.  Ciappellone would like to see the Pehls and Hanson gone from the Committee but recognizes the bad blood that it would create if the Committee actually had to vote on removal.  He is also concerned about who would vote.  So his view is (and he makes sense) that the Trustee should take the lead on this, not only with the email but perhaps with a communication to Martin Smith.

**From:** Northrup, Mark D.
**Sent:** Tuesday, March 21, 2017 1:32 PM
**To:** Gearin, Mike; Calvert, Mark  (EXTERNAL)
**Subject:** RE: Litigation Hold Notice and Document Production Request [KLG-USW_Active01.FID52176]

Now he is resigning?  Unbelievable.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Wednesday, March 22, 2017 1:12 PM
**To:** Gearin, Mike
**Subject:** RE: Letter and Conflict with April 13, 2017 Hearing Date

Mike—Let me know when/if you talk to Martin Smith about Bill Hanson.  I have not yet notified the other Committee members of his resignation.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

---------------------------------------

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

---------------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Thursday, March 23, 2017 4:55 PM
**To:** Gearin, Mike; Calvert, Mark (EXTERNAL)
**Subject:** RE: Mint Committee Issues

1.) Martin Smith has confirmed with me that Bill Hanson is officially off the Committee.

2.) Mark—Are you interested in giving the Committee an update on operations and case status? Or do you still want to quarantine the Committee (the Pehls) from information?

3.) Mike—Did you meet with Bucknell?

4.) It may be useful to have a Declaration from the Committee in support of your opposition to Bucknell's motion to change the trial date. Let me know.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

----------------------------------
**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.
----------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

**From:** Northrup, Mark D.
**Sent:** Thursday, March 23, 2017 5:14 PM
**To:** Gearin, Mike; Calvert, Mark  (EXTERNAL)
**Subject:** RE: Mint Committee Issues

Yes.  I just sent out the notice, after Martin confirmed with me that Hanson was officially off the Committee.

**From:** Northrup, Mark D.
**Sent:** Monday, March 27, 2017 10:45 AM
**To:** Gearin, Mike; Calvert, Mark (EXTERNAL)
**Subject:** Pehl Communications

Mike—Have you had any response from the Pehls? I did get an email from Paula this morning with some details about her recent communications with Ross.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Tuesday, March 28, 2017 3:30 PM
**To:** Gearin, Mike; Calvert, Mark (EXTERNAL)
**Subject:** RE: Mint Committee Issues

Thanks. I have been on another case all day but wanted to let you know that I sent Paula an email yesterday advising her (among other things) to respond to you on the Ross disclosure issue and also on the trial testimony issue. Let me know if/when you hear from her.


**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**
*Please consider the environment before printing this e-mail.*

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Wednesday, March 29, 2017 1:31 PM
**To:** Gearin, Mike
**Subject:** Committee Document Production Request

Paula has apparently intended for me to pass this on to you.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*

-----------------------------------

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

-----------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mike.Gearin@klgates.com.

**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Friday, March 31, 2017 11:16 AM
**To:** Gearin, Mike; Calvert, Mark (EXTERNAL)
**Subject:** RE: Objection to Trial Continuance

Mike—Three of the five Committee members have authorized me to submit a brief statement that the Committee opposes the request to continue the May 2 trial. (I have not heard from the Pehls or David James.) What is your filing schedule today? I can send you the text of my brief statement and you can put it on your firm paper, in support of your objection to the continuance. Let me know.

**Mark D. Northrup**
Partner

**Miller Nash Graham & Dunn LLP**
Pier 70 | 2801 Alaskan Way - Suite 300 | Seattle, Washington 98121
*Direct*: 206.777.7536 | *Office*: 206.624.8300 | *Fax*: 206.340.9599
**E-Mail | Web | Social | Blogs**

*Please consider the environment before printing this e-mail.*