Christopher M. Alston
U.S. Bankruptcy Judge

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

March 5, 2019

<u>**Via CM/ECF**</u>

Michael J. Gearin
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

      Re:    *In re Northwest Territorial Mint, LLC*, Case No. 16-11767

Dear Mr. Gearin:

      At the last hearing on the applications for compensation held on February 1, 2019, the Court instructed the Trustee and the attorneys to file supplemental declarations to address specific issues. While the declarations have been filed, certain requested information is missing. Your declaration does not address the allegation in your March 21, 2017 email to members of the unsecured creditors' committee that some members had collaborated with Ross Hansen in adversity to the interests of the bankruptcy. The declaration of Mark Calvert omits the following information required by the Court:

1. The Trustee made payments to Cascade Capital or to himself at least nine times. The UST14 in the monthly financial report contains a question, "Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?" The declaration does not explain why he checked the "no" box in the months he made those payments.

2. The declaration does not explain why the Trustee reimbursed himself and/or Cascade Capital without Court authority in violation of 11 U.S.C. §330(a)(1)(B).

3. The declaration does not attach copies of emails and attachments sent to Connie Hoff or Bob Hoff.

4. The declaration states that the Trustee had no communications with Richard Bressler from March 1, 2017 to present. The Court asked for all communications with Richard Bressler or his counsel. If he had no communications with Mr. Bressler's counsel, Mr. Calvert needs to make that clear.

5. While the declaration identifies the tasks left to do in the case, it does not state why those tasks have not yet been accomplished and when the Trustee anticipates completing them.

Please provide supplemental declarations that address these issues no later than 5 p.m. on Thursday, March 7, 2019.

Also, please provide the grand jury subpoenas referenced in Mr. Calvert's declaration by delivering copies to chambers by the same deadline. Thank you.

Sincerely,

The Honorable Christopher M. Alston
U.S. Bankruptcy Judge