Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: Wednesday, March 13, 2019
Hearing Time: 9:30 a.m.
Response Date: March 4, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

THIRD SUPPLEMENTAL REPLY DECLARATION OF MARK CALVERT IN SUPPORT OF FEE APPLICATIONS OF CHAPTER 11 TRUSTEE AND TRUSTEE'S PROFESSIONALS

Mark Calvert declares as follows:

1. I am the Chapter 11 Trustee of Northwest Territorial Mint, LLC ("NWTM" or "Debtor"). I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated herein, the following declaration is based on my personal knowledge. I submit this Declaration in Support of the Trustee's First Application for Compensation (Dkt. No. 1926) (the "Trustee Application"); the First Application for Compensation of Cascade Capital Group LLC as Accountants for the Chapter 11 Trustee (Dkt. No. 1924) (the "Cascade Application"); and K&L Gates LLP Application for Compensation (Dkt. No. 1928) (the "K&L Gates Application," and together with the Trustee's Application and the Cascade Application, the "Fee Applications").

2. This declaration supplements my Second Supplemental Reply Declaration of Mark Calvert in Support of Fee Applications of Chapter 11 Trustee and Trustee's Professionals (the "Second Supplemental Declaration"), and is filed in response to the letter to my counsel from the Court dated March 5, 2019.

THIRD SUPPLEMENTAL REPLY DECLARATION OF
MARK CALVERT IN SUPPORT OF FEE APPLICATIONS
OF CHAPTER 11 TRUSTEE AND TRUSTEE'S
PROFESSIONALS- 1

502112736 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2039    Filed 03/07/19    Ent. 03/07/19 16:51:23    Pg. 1 of 15

3. As I explained in the Second Supplemental Declaration, I was reimbursed for certain travel expenses, bond premiums and other expenses which were paid through my Cascade Capital Group ("CCG") credit card. A list of those payments, and detail as to why they were reimbursable was provided in paragraph 4 and Exhibit A to the Second Supplemental Declaration. I believed these reimbursements were ordinary course reimbursements of business expenses of NWTM. My sincere belief was that these were ordinary course transactions, and it did not occur to me that I needed court approval to reimburse them, just as I did not need approval to reimburse employees for reimbursable expenses which they incurred. As such, I, mistakenly, did not view these transactions as payment of professional fees which would have caused me to check "yes" in the box on the UST 14, which was an error on my part. As I explained in the Second Supplemental Declaration, the payments for which I was reimbursed were not necessitated by a lack of cash in the estate, nor was I attempting to conceal these reimbursements. Attached as Exhibit A are the pages from the Monthly Financial Reports showing each of the reimbursements.

4. Copies of my emails sent to Connie or Robert Hoff and the attachments are being provided to the Court on a separate drive due to the volume. Based on my manual search of my email account, I believe the emails I have provided are all of my emails to Robert or Connie Hoff.

5. I have searched my email for communications with Richard Bressler's counsel, Mr. Lerner. I have found no such communications other than those which were filed by my counsel in the Second Supplemental Declaration of Michael J. Gearin in Support of Consolidated Supplemental Reply in Support of Fee Applications of Trustee and Trustee's Professionals at Dkt. #2036.

6. As detailed in the Second Supplemental Declaration, the principal remaining tasks to be performed in concluding this chapter 11 case are (1) liquidation of the remaining unsold "store" inventory, (2) resolution of issues regarding the bullion and other property seized by the King County Sheriff, and (3) settlement or pursuit of third party claims based on transfers made by Diane Erdmann, and (4) payment of allowed administrative claims. A motion for resolution of issues

THIRD SUPPLEMENTAL REPLY DECLARATION OF
MARK CALVERT IN SUPPORT OF FEE APPLICATIONS
OF CHAPTER 11 TRUSTEE AND TRUSTEE'S
PROFESSIONALS- 2

502112736 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2039    Filed 03/07/19    Ent. 03/07/19 16:51:23    Pg. 2 of 15

regarding the disposition of property seized by the Sheriff will be filed before the hearing on March 13, 2019. Ms. Erdmann's time to appeal the judgment recently passed, and I have been resolving a settlement with Bradley Stephen Cohen regarding these assets. With respect to the store inventory, as explained to the Court, my intention was to sell it on consignment through Paul Wagner. The largely unfounded hostility shown to Mr. Wagner by certain parties in this proceeding caused him to withdraw his agreement to assist me in this endeavor, and I had to look for other opportunities to liquidate the inventory. I have solicited interest in the store inventory and other remaining assets of the estate from a number of potential purchasers. I met yesterday with a prospective purchaser who has indicated that he will present an offer to purchase the residual asset of the bankruptcy estate including the store inventory. Once we reach agreement with a purchaser, I will file a motion to sell the store inventory. My present expectation based on the expression of interest by the party I met with yesterday is that a sale motion could be filed within the next few weeks. My counsel has been in contact with parties who received transfers of proceeds of bullion sales from Diane Erdmann, seeking to settle claims. Thus far, these efforts have not been successful. If I cannot settle these claims, I will need to pursue them via adversary proceeding. I would intend to request closure of the case notwithstanding the existence of this remaining adversary proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 7th day of March 2019 at Seattle, Washington.

_____
Mark Calvert

THIRD SUPPLEMENTAL REPLY DECLARATION OF
MARK CALVERT IN SUPPORT OF FEE APPLICATIONS
OF CHAPTER 11 TRUSTEE AND TRUSTEE'S
PROFESSIONALS- 3

502112736 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2039    Filed 03/07/19    Ent. 03/07/19 16:51:23    Pg. 3 of 15

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on March 7, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 7th day of March, 2019 at Seattle, Washington.

/s/ Denise A. Lentz
Denise A. Lentz

THIRD SUPPLEMENTAL REPLY DECLARATION OF MARK CALVERT IN SUPPORT OF FEE APPLICATIONS OF CHAPTER 11 TRUSTEE AND TRUSTEE'S PROFESSIONALS- 4

502112736 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2039    Filed 03/07/19    Ent. 03/07/19 16:51:23    Pg. 4 of 15

# EXHIBIT A

# Northwest Territorial Mint
## Bankruptcy Case 16-11767CMA
### Trustee Reimbursements reported on MOR's

| Date | Amount | Payee Discription | Description in MOR's |
|---|---|---|---|
| 12/30/2016 | $8,907.56 | Transfer | Transfer |
| 3/2/2017 | $954.40 | CascadeCapital Group | Reimburse Trustee trip to Dayton |
| 4/28/2017 | $12,821.27 | CascadeCapital Group | Trustee Fees |
| 7/1/2017 | $1,983.35 | CascadeCapital Group | Trustee Reimb for Travel |
| 8/16/2017 | $1,385.60 | CascadeCapital Group | AP Vendor Paid |
| 9/18/2017 | $1,867.55 | CascadeCapital Group | Reimb Travel to Dayton |
| 12/20/2017 | $1,997.64 | CascadeCapital Group | Reimb - Kent POD |
| 1/26/2018 | $3,411.09 | CascadeCapital Group | Corp Expense Reimb |
| 2/1/2018 | $705.57 | CascadeCapital Group | Utilities |
| 2/8/2018 | $155.06 | CascadeCapital Group | Repair & Maint |

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| 12/28/2016 | DC | VANGUARD INDUSTRIES | 57.80 | Computer supplies |
| 12/28/2016 | DC | CONTINENTAL AWARDS | 92.00 | Direct Materials |
| 12/28/2016 | DC | AMAZON | 57.47 | Indirect Supplies |
| 12/28/2016 | DC | AMAZON | 246.89 | Indirect Supplies |
| 12/28/2016 | DC | NVOHC LLC | 60.00 | RECRUITING |
| 12/28/2016 | WIRE | ROBERT AND CONNI 4539 | 45,225.32 | Rent |
| 12/28/2016 | DC | CALIFORNIA BRAZ | 888.30 | Service - Product improment |
| 12/28/2016 | DC | ALASKA AIR | 370.20 | TRAVEL |
| 12/29/2016 | BILL .COM | Alyssa Rainey | 9.97 | Employee Relations |
| 12/29/2016 | BILL .COM | Bill Knight | 10.00 | Employee Relations |
| 12/29/2016 | BILL .COM | Janette Jones | 12.98 | Employee Relations |
| 12/29/2016 | BILL .COM | Jenifer Baker | 83.27 | Employee Relations |
| 12/29/2016 | BILL .COM | Susan Skaggs | 85.80 | Employee Relations |
| 12/29/2016 | DC | MOSLOW WOOD PRO | 29.00 | Direct Materials |
| 12/29/2016 | BILL .COM | Alcal Container Sales LLC. | 3,000.00 | Indirect Supplies |
| 12/29/2016 | DC | ZONES INC | 2,452.80 | Indirect Supplies |
| 12/29/2016 | DC | ULINE | 533.48 | PACKAGING |
| 12/29/2016 | BILL .COM | Day-Lum Rentals & Management, Inc | 2,269.32 | Prepaid Expenses |
| 12/29/2016 | BILL .COM | HUMPHERY INDUSTRIES LTD | 2,434.76 | Prepaid Expenses |
| 12/29/2016 | BILL .COM | HUMPHERY INDUSTRIES LTD | 7,388.00 | Prepaid Expenses |
| 12/29/2016 | BILL .COM | PORT CITY CENTRE, LLC | 950.00 | Prepaid Expenses |
| 12/29/2016 | BILL .COM | SPRINGFIELD OFFICE CENTER | 3,597.63 | Prepaid Expenses |
| 12/29/2016 | BILL .COM | Kent Business Campus Assc. LLC | 5,000.00 | Rent |
| 12/29/2016 | BILL .COM | ADP PAYROLL FEESADP - FEES | 256.02 | Payroll Fees |
| 12/30/2016 | DW | Transfer | 8,907.56 | TRANSFER |
| 12/30/2016 | DC | RS HUGHES CO | 510.33 | COGS |
| 12/30/2016 | DC | RS HUGHES CO | 106.89 | COGS |
| 12/30/2016 | DC | SKB CASES | 288.46 | Direct Materials |
| 12/30/2016 | DC | UPS | 3,134.25 | Freight Domestic - COGS |
| 12/30/2016 | BILL .COM | UPS | 747.49 | Freight Domestic - COGS |
| 12/30/2016 | BILL .COM | UPS | 14.30 | Freight Domestic - COGS |
| 12/30/2016 | BILL .COM | UPS | 139.53 | Freight Domestic - COGS |
| 12/30/2016 | BILL .COM | UPS | 54.72 | Freight Domestic - COGS |
| 12/30/2016 | BILL .COM | UPS | 2,880.31 | Freight Domestic - COGS |
| 12/30/2016 | BILL .COM | Ups Supply Chain Solutions, Inc. | 432.00 | Indirect Supplies |
| 12/30/2016 | BILL .COM | Casaro labs | 185.82 | Indirect Supplies |
| 12/30/2016 | DC | AMAZON | 37.50 | Indirect Supplies |
| 12/30/2016 | DC | COINSAFE | 518.76 | Indirect Supplies |
| 12/30/2016 | DC | SPEEDY METALS | 62.83 | Office Supplies |
| 12/30/2016 | DC | OFFICESUPPLY.COM | 67.50 | PACKAGING |
| 12/30/2016 | DC | ULINE | 3,189.81 | Taxes & Licenses |
| 12/30/2016 | BILL .COM | LYON COUNTY TREASURER | 162.58 | Travel |
| 12/30/2016 | BILL .COM | CHRIS M LORD | 794.05 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | AT&T | 393.54 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | CENTURY LINK | 13.72 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | CENTURY LINK | 2,289.74 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | Telepacific Communications | 10,262.19 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | THRESHOLD COMMUNICATIONS | 124.52 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | Verizon Wireless | 201.00 | Utilities/Telecom |
| 12/30/2016 | BILL .COM | WALKER LAKE DISPOSAL INC | | |
| | | TOTAL | $ 1,463,112.84 | |

## 2. DISBURSEMENTS ITEMIZED KEY BANK - Texas Sale Proceeds 8122

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| 12/7/2016 | Transfer | Key Bank | $ 400,000.00 | Transfer to General A/C |
| 12/14/2016 | Transfer | Key Bank | $ 30,000.00 | Transfer to General A/C |
| 12/15/2016 | Transfer | Key Bank | $ 80,000.00 | Transfer to General A/C |
| | | TOTAL | $ 510,000.00 | |

## UST-14 Statement of Cash Disbursements Detail
## Exhibit 3.2

**1. DISBURSEMENTS ITEMIZED KEY BANK - General Account 8106**

| Date | Type | Payable To | Amount | Description |
|---|---|---|---:|---|
| 3/1/2017 | DC | AMAZON | $ (73.19) | AP Vendor Paid |
| 3/1/2017 | 11076 | ZACHARY CLARKE | $ (468.22) | Payroll Final Check |
| 3/1/2017 | 11078 | RENDI JOHNSON | $ (465.00) | Contract Labor |
| 3/1/2017 | DC | CONTINENTAL AWARDS | $ (75.00) | AP Vendor Paid |
| 3/1/2017 | DC | CONTINENTAL AWARDS | $ (50.00) | AP Vendor Paid |
| 3/1/2017 | DW | ENDICIA FEES | $ (400.00) | Postage |
| 3/1/2017 | DC | ESAFETY SUPPLIES | $ (34.37) | AP Vendor Paid |
| 3/1/2017 | WIRE | WD LIN JUNG-FENG 2553 | $ (12,789.50) | AP Vendor Paid |
| 3/1/2017 | DC | MCMASTER-CARR | $ (32.99) | AP Vendor Paid |
| 3/1/2017 | DC | MOSLOW WOOD | $ (106.00) | AP Vendor Paid |
| 3/1/2017 | DC | NVOHC LLC | $ (60.00) | Employee Recruitment |
| 3/1/2017 | DW | OUTGOING INTERNATIONAL WIRE FEE | $ (45.00) | Banking Fee |
| 3/1/2017 | Bill.com | PNP BILLPAYMENT | $ (7,882.00) | AP Vendor Paid |
| 3/1/2017 | DC | RIBBONBOWS | $ (5.10) | AP Vendor Paid |
| 3/1/2017 | DC | RIO GRANDE | $ (152.14) | AP Vendor Paid |
| 3/1/2017 | DC | SPEEDY METALS | $ (249.12) | AP Vendor Paid |
| 3/1/2017 | DC | SUPPLIESOUTLET. | $ (185.27) | AP Vendor Paid |
| 3/1/2017 | DC | ULINE | $ (145.50) | AP Vendor Paid |
| 3/1/2017 | WIRE | ROBERT AND CONNIE HOFF | $ (45,225.32) | NV Rent |
| 3/1/2017 | DC | GRAINGER | $ (64.02) | AP Vendor Paid |
| 3/2/2017 | Bill.com | ADOBE | $ (32.84) | AP Vendor Paid |
| 3/2/2017 | Bill.com | AIRGAS | $ (167.33) | AP Vendor Paid |
| 3/2/2017 | DC | AMAZON | $ (138.64) | AP Vendor Paid |
| 3/2/2017 | Bill.com | CASCADE CAPITAL GROUP | $ (954.40) | Reimb trustee trip to dayton |
| 3/2/2017 | 11075 | ROBERT HYDE | $ (95.29) | Payroll Final Check |
| 3/2/2017 | DC | CONNEY SAFETY | $ (59.10) | AP Vendor Paid |
| 3/2/2017 | DW | ADP PAYROLL FEESADP - FEES | $ (2,053.10) | Payroll Fees |
| 3/2/2017 | DW | AUTHNET GATEWAY BILLING | $ (86.95) | Credit Card Fees |
| 3/2/2017 | DW | AUTHNET GATEWAY BILLING | $ (62.10) | Credit Card Fees |
| 3/2/2017 | Bill.com | EVERGREEN ENGRAVERS | $ (222.00) | Contract Labor |
| 3/2/2017 | Bill.com | JAMES GOCHMANSKY | $ (125.64) | Reimb travel to Dayton |
| 3/2/2017 | Bill.com | JAY LEE STUDIOS | $ (183.50) | Qtrly Royalty Payment |
| 3/2/2017 | Bill.com | METAL CASTINGS CO. | $ (1,507.67) | AP Vendor Paid |
| 3/2/2017 | Bill.com | MILLARD WIRE | $ (4,612.76) | AP Vendor Paid |
| 3/2/2017 | Bill.com | MILLARD WIRE | $ (562.01) | AP Vendor Paid |
| 3/2/2017 | DC | QUALITY TOWING | $ (600.82) | Move from Aub to Dayton |
| 3/2/2017 | DC | SAMANTHA JERRILS | $ (87.50) | Reimb for Production needs. |
| 3/2/2017 | DC | OSHATOES.COM | $ (36.99) | AP Vendor Paid |
| 3/2/2017 | DC | TEXTOL SYSTEMS | $ (75.94) | AP Vendor Paid |
| 3/2/2017 | DC | THE WEBSTAURANT | $ (58.22) | AP Vendor Paid |
| 3/2/2017 | DW | USDA ALBUQUERQUE SERVICE CTR | $ (99.04) | Royalty Payment |
| 3/2/2017 | Bill.com | VERIZON WIRELESS | $ (124.51) | AP Vendor Paid |
| 3/3/2017 | DC | ALASKA AIR | $ (420.40) | Move from Aub to Dayton |
| 3/3/2017 | check | BOY SCOUTS OF AMERICA | $ (5,000.00) | Qtrly Royalty Payment |
| 3/3/2017 | DC | COINSAFE | $ (414.24) | AP Vendor Paid |
| 3/3/2017 | DW | ADP PAYROLL FEESADP - FEES | $ (891.96) | Payroll Fees |
| 3/3/2017 | DW | USPS | $ (2,000.00) | AP Vendor Paid |
| 3/3/2017 | Bill.com | GREEN HOUSE DATA | $ (6,456.00) | Utilities paid |
| 3/3/2017 | DC | JOHNSON BEARING | $ (26.26) | AP Vendor Paid |
| 3/3/2017 | DC | JOHNSON BEARING | $ (369.85) | AP Vendor Paid |
| 3/3/2017 | DC | OFFICESUPPLY.COM | $ (121.71) | Office Supplies |
| 3/3/2017 | DC | OFFICESUPPLY.COM | $ (103.73) | Office Supplies |
| 3/3/2017 | DC | QUICKMEDICAL | $ (107.85) | AP Vendor Paid |
| 3/3/2017 | DC | TRINITY TOOL | $ (301.00) | AP Vendor Paid |
| 3/3/2017 | WIRE | WORKNTURN INC | $ (5,000.00) | AP Vendor Paid |
| 3/6/2017 | Bill.com | ACRYLIC CONCEPT | $ (150.00) | AP Vendor Paid |
| 3/6/2017 | DC | ALAN BAKER SUPP | $ (596.80) | AP Vendor Paid |
| 3/6/2017 | DC | AMAZON | $ (39.95) | AP Vendor Paid |
| 3/6/2017 | DC | BETA DIAMOND | $ (46.00) | AP Vendor Paid |
| 3/6/2017 | DC | COSTCO | $ (145.31) | Employee Appreciation |
| 3/6/2017 | DW | ANTHEM BLUE | $ (46,023.84) | Benefits payment |

| Date | Type | Payable To | Amount | Description |
|---|---|---|---:|---|
| 4/26/2017 | Bill.com | UPS | $ 31.66 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 87.28 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 318.84 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 4,045.26 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 69.62 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 69.86 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 161.86 | Postage and Freight |
| 4/26/2017 | Bill.com | UPS | $ 1,037.38 | Postage and Freight |
| 4/26/2017 | DC | TRANSFER | $ 500.00 | Transfer to MAC bank acct |
| 4/26/2017 | Bill.com | COX COMMUNICATIONS | $ 647.46 | Utilities |
| 4/26/2017 | Bill.com | LYON COUNTY UTILITIES | $ 361.63 | Utilities |
| 4/26/2017 | Bill.com | THRESHOLD | $ 11,985.24 | Utilities |
| 4/27/2017 | DW | AMAZON MKTPLACE | $ 206.20 | AP Vendor Paid |
| 4/27/2017 | DW | AMAZONPRIME MEM AMZN.COM/PRME WA | $ 10.99 | AP Vendor Paid |
| 4/27/2017 | WIRE | LIN JUNG-FENG 2553 | $ 30,237.90 | AP Vendor Paid |
| 4/27/2017 | DC | MSC | $ 71.75 | AP Vendor Paid |
| 4/27/2017 | DC | OSBORN MANUFACTURING | $ 258.91 | AP Vendor Paid |
| 4/27/2017 | DC | RIO GRANDE INC | $ 241.20 | AP Vendor Paid |
| 4/27/2017 | DC | COSTCO | $ 386.24 | AP Vendor Paid |
| 4/27/2017 | DC | COSTCO | $ 231.29 | AP Vendor Paid |
| 4/27/2017 | DC | COSTCO | $ 179.85 | AP Vendor Paid |
| 4/27/2017 | DW | WIRE FEE | $ 45.00 | Bank Fee |
| 4/27/2017 | DC | ALASKA AIRLINES | $ 420.40 | Corporate Travel |
| 4/27/2017 | DC | ALASKA AIRLINES | $ 250.00 | Corporate Travel |
| 4/27/2017 | DC | ALASKA AIRLINES | $ 125.00 | Corporate Travel |
| 4/27/2017 | DC | ALASKA AIRLINES | $ 92.00 | Corporate Travel |
| 4/27/2017 | DC | ALASKA AIRLINES | $ 92.00 | Corporate Travel |
| 4/27/2017 | DC | PIZZA FACTORY | $ 44.06 | Employee Appreciation |
| 4/27/2017 | DC | FEDEX | $ 177.79 | Freight |
| 4/27/2017 | DC | IHIRE.COM | $ 535.50 | HR help ad |
| 4/27/2017 | 11093 | CHARLES PROCTOR | $ 54.04 | Payroll hours missed |
| 4/27/2017 | DW | PITNEY BOWES | $ 300.00 | Postage machine postage |
| 4/27/2017 | DW | WA ST DEPT REV TAX PMT | $ 33.83 | washington Sales Tax |
| 4/28/2017 | Bill.com | AIRGAS 3355662 | $ 92.96 | AP Vendor Paid |
| 4/28/2017 | Bill.com | AIRGAS 3355662 | $ 441.29 | AP Vendor Paid |
| 4/28/2017 | Bill.com | BLUE DOT WATER | $ 384.63 | AP Vendor Paid |
| 4/28/2017 | DC | CONTINENTAL AWARDS | $ 75.00 | AP Vendor Paid |
| 4/28/2017 | DC | PAUL H. GESSWEIS | $ 130.65 | AP Vendor Paid |
| 4/28/2017 | Bill.com | RENO DRAIN OIL SERVICE | $ 362.50 | AP Vendor Paid |
| 4/28/2017 | DC | SUPPLIESOUTLET | $ 438.56 | AP Vendor Paid |
| 4/28/2017 | DC | NEWEGG.COM | $ 26.79 | AP Vendor Paid |
| 4/28/2017 | Bill.com | KENT BUSINESS CAMPUS | $ 5,098.00 | Building Rent |
| 4/28/2017 | Bill.com | PORT CITY CENTRE, | $ 950.00 | Building Rent |
| 4/28/2017 | Bill.com | SPRINGFIELD | $ 3,597.63 | Building Rent |
| 4/28/2017 | Bill.com | EVERGREEN | $ 111.00 | Contract Labor |
| 4/28/2017 | Bill.com | JEREMY BURKARD | $ 350.00 | Contract Labor |
| 4/28/2017 | Bill.com | MARK PLACE | $ 1,187.50 | Contract Labor |
| 4/28/2017 | Bill.com | PAUL WAGNER | $ 439.34 | Employee Reimb. |
| 4/28/2017 | DW | ADP PAYROLL FEESADP - FEES | $ 855.33 | Payroll Fees |
| 4/28/2017 | DW | ADP PAYROLL FEESADP - FEES | $ 130.02 | Payroll Fees |
| 4/28/2017 | Bill.com | UPS | $ 5,432.44 | Postage and Freight |
| 4/28/2017 | Bill.com | CASCADE CAPITAL GROUP | $ 12,821.27 | Trustee Fees |
| 4/28/2017 | Bill.com | CENTURY LINK | $ 96.21 | Utilities |
| 4/28/2017 | Bill.com | CENTURY LINK | $ 788.83 | Utilities |
| 4/28/2017 | Bill.com | CITY OF AUBURN | $ 290.74 | Utilities |
| 4/28/2017 | Bill.com | FRONTIER | $ 6.56 | Utilities |
| 4/28/2017 | Bill.com | VERIZON | $ 254.74 | Utilities |
| 4/28/2017 | Bill.com | VERIZON | $ 129.54 | Utilities |
| | | **TOTAL** | **$ 1,107,603.62** | |

## 2. DISBURSEMENTS ITEMIZED KEY BANK - Texas Sale Proceeds 8122

| Date | Type | Payable To | Amount | Description |
|---|---|---|---:|---|
| | | No Activity | | |
| | | **TOTAL** | **$ -** | |

# UST14 Statement of Cash Disbursements Detail
## Exhibit 3.2

### 1. DISBURSEMENTS ITEMIZED KEY BANK General Account 8106

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| 7/1/2017 | Bill.com | DARLENE MOORE | $ 32.00 | AP Vendor Paid |
| 7/1/2017 | Bill.com | DELL MARKETING L.P. | $ 5,773.13 | AP Vendor Paid |
| 7/1/2017 | Bill.com | NEW YORK UNIVERSITY | $ 8,455.40 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 4,046.84 | AP Vendor Paid |
| 7/1/2017 | Bill.com | NV ENERGY | $ 4,452.05 | AP Vendor Paid |
| 7/1/2017 | Bill.com | TELEPACIFIC | $ 2,682.80 | AP Vendor Paid |
| 7/1/2017 | Bill.com | VERIZON | $ 249.74 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 66.57 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 565.93 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 1,164.47 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 105.27 | AP Vendor Paid |
| 7/1/2017 | Bill.com | NV ENERGY SOLAR | $ 5,726.64 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 5,413.80 | AP Vendor Paid |
| 7/1/2017 | Bill.com | DYNAWEAVE | $ 2,950.00 | AP Vendor Paid |
| 7/1/2017 | Bill.com | WALKER LAKE | $ 510.00 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 121.65 | AP Vendor Paid |
| 7/1/2017 | Bill.com | AVENTION, INC. | $ 3,750.00 | AP Vendor Paid |
| 7/1/2017 | Bill.com | MICHAEL WHITE | $ 71.99 | Empl Reimb |
| 7/1/2017 | Bill.com | AT&T | $ 1,103.59 | AP Vendor Paid |
| 7/1/2017 | Bill.com | PROFESSIONAL CREDIT | $ 65.52 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 1,147.57 | AP Vendor Paid |
| 7/1/2017 | Bill.com | GREEN HOUSE DATA | $ 1.45 | AP Vendor Paid |
| 7/1/2017 | Bill.com | SIERRA CHEMICAL | $ 484.59 | AP Vendor Paid |
| 7/1/2017 | Bill.com | THRESHOLD | $ 10,260.11 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 16.46 | AP Vendor Paid |
| 7/1/2017 | Bill.com | 4IMPRINT, INC | $ 1,014.56 | AP Vendor Paid |
| 7/1/2017 | Bill.com | BILL ATALLA | $ 45.43 | Empl Reimb |
| 7/1/2017 | Bill.com | BILL ATALLA | $ 322.54 | Empl Reimb |
| 7/1/2017 | Bill.com | CASCADE CAPITAL GROUP | $ 1,983.35 | Trustee Reimb for Travel |
| 7/1/2017 | Bill.com | COLONIAL LIFE | $ 1,099.15 | AP Vendor Paid |
| 7/1/2017 | Bill.com | ELITE SUPPLY | $ 406.98 | AP Vendor Paid |
| 7/1/2017 | Bill.com | EVERGREEN | $ 111.00 | AP Vendor Paid |
| 7/1/2017 | Bill.com | GREEN HOUSE DATA | $ 6,552.84 | AP Vendor Paid |
| 7/1/2017 | Bill.com | TIMELESS MILITARY COINS | $ 71.75 | AP Vendor Paid |
| 7/1/2017 | Bill.com | TRANSLINE SUPPLY | $ 14.25 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 186.16 | AP Vendor Paid |
| 7/1/2017 | Bill.com | UPS | $ 154.52 | AP Vendor Paid |
| 7/2/2017 | Bill.com | UPS | $ 4,172.27 | AP Vendor Paid |
| 7/2/2017 | Bill.com | UPS | $ 212.46 | AP Vendor Paid |
| 7/3/2017 | DC | ADOBE | $ 32.99 | AP Vendor Paid |
| 7/3/2017 | DW | AMAZON | $ 2.99 | AP Vendor Paid |
| 7/3/2017 | DW | AMAZON | $ 42.74 | AP Vendor Paid |
| 7/3/2017 | DW | AMAZON | $ 422.38 | AP Vendor Paid |
| 7/3/2017 | DW | AMAZON | $ 254.82 | AP Vendor Paid |
| 7/3/2017 | Bill.com | BLUE DOT WATER | $ 489.63 | AP Vendor Paid |
| 7/3/2017 | Bill.com | COX COMMUNICATIONS | $ 390.14 | AP Vendor Paid |
| 7/3/2017 | DC | CUSTOM MASTERS | $ 180.00 | AP Vendor Paid |
| 7/3/2017 | DC | FRAME A COIN | $ 550.00 | AP Vendor Paid |
| 7/3/2017 | DC | MCMASTERCARR | $ 46.38 | AP Vendor Paid |
| 7/3/2017 | DC | MILLENNIUM HTL | $ 99.46 | AP Vendor Paid |
| 7/3/2017 | DC | NORLAND PRODUCT | $ 573.00 | AP Vendor Paid |
| 7/3/2017 | DC | ON DISPLAY | $ 1,846.97 | AP Vendor Paid |
| 7/3/2017 | Bill.com | UNIFI EQUIPMENT | $ 1,301.92 | AP Vendor Paid |
| 7/4/2017 | Bill.com | VERIZON | $ 322.44 | AP Vendor Paid |
| 7/5/2017 | Bill.com | BRIAN KILPATRICK | $ 375.00 | AP Vendor Paid |
| 7/5/2017 | DC | COSTCO | $ 139.26 | Employee Relations |
| 7/5/2017 | DW | AUTHNET GATEWAY BILLING | $ 87.45 | Web gateway access fee |
| 7/5/2017 | DW | AUTHNET GATEWAY BILLING | $ 67.00 | Web gateway access fee |
| 7/5/2017 | Bill.com | EDGAR CHACON | $ 200.00 | Empl Reimb |
| 7/5/2017 | Bill.com | EVERGREEN | $ 111.00 | AP Vendor Paid |
| 7/5/2017 | Wire | BONJET INTERNATI 2133 | $ 1,032.80 | AP Vendor Paid |

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| 8/14/2017 | DW | GOOGLE *ADWS | $ 2,800.00 | Marketing |
| 8/14/2017 | Transfer | TRANSFER TO KEY BANK | $ 13,375.92 | Transfer to Payroll |
| 8/15/2017 | WIRE | A-MARK PRECIOUS 3253 | $ 13,500.00 | AP Vendor Paid |
| 8/15/2017 | DW | PITNEY BOWES | $ 100.00 | Postage |
| 8/15/2017 | DW | BENTO TECH | $ 500.00 | Production Expense |
| 8/15/2017 | Transfer | TRANSFER TO KEY BANK | $ 709.89 | Transfer to Prestige Pmt |
| 8/15/2017 | DW | SPS COMMERCE | $ 847.25 | Web Access for Gov Billing |
| 8/15/2017 | DW | BERKLEY | $ 6,839.00 | Workers Compensation pmt |
| 8/16/2017 | Bill.com | AIR-TITE HOLDERS | $ 459.24 | AP Vendor Paid |
| 8/16/2017 | DC | BOHLER UDDEHOLM | $ 1,129.15 | AP Vendor Paid |
| 8/16/2017 | Bill.com | CASCADE CAPITAL GROUP | $ 385.60 | AP Vendor Paid |
| 8/16/2017 | Bill.com | CASCADE CAPITAL GROUP | $ 1,000.00 | AP Vendor Paid |
| 8/16/2017 | DC | COSTCO | $ 134.49 | AP Vendor Paid |
| 8/16/2017 | Bill.com | JONAS SERVICE $ | $ 12.78 | AP Vendor Paid |
| 8/16/2017 | Bill.com | NEW WORLD | $ 500.00 | AP Vendor Paid |
| 8/16/2017 | DC | NVOHC LLC | $ 65.00 | AP Vendor Paid |
| 8/16/2017 | DC | OFFICESUPPLY.COM | $ 249.85 | AP Vendor Paid |
| 8/16/2017 | DC | LYON COUNTY | $ 202.17 | AP Vendor Paid |
| 8/16/2017 | Bill.com | RINECO | $ 246.67 | AP Vendor Paid |
| 8/16/2017 | Bill.com | RINECO | $ 550.00 | AP Vendor Paid |
| 8/16/2017 | Bill.com | UNIFI EQUIPMENT | $ 1,431.92 | AP Vendor Paid |
| 8/16/2017 | Bill.com | UPS 8503XF | $ 5,133.88 | AP Vendor Paid |
| 8/16/2017 | Bill.com | UPS E7F213 VA | $ 110.63 | AP Vendor Paid |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 30.95 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 30.95 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 30.95 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 30.95 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 35.90 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 52.45 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 53.45 | Contract Labor |
| 8/16/2017 | Bill.com | DIANA VILLARREAL | $ 160.95 | Contract Labor |
| 8/16/2017 | Bill.com | EVERGREEN | $ 111.00 | Contract Labor |
| 8/16/2017 | Bill.com | EVERGREEN | $ 111.00 | Contract Labor |
| 8/16/2017 | Bill.com | MARK PLACE | $ 1,387.50 | contract Labor |
| 8/16/2017 | Bill.com | PAT'S PINS | $ 250.00 | Contract Labor |
| 8/16/2017 | Bill.com | TOM EDISS LANDSCAPE, | $ 412.00 | Contract Labor |
| 8/16/2017 | Bill.com | FORTUNE | $ 4,774.00 | Corp Tax - Crime |
| 8/16/2017 | DC | LYON COUNTY | $ 8,086.91 | NV Real Prop Qtr Pmt |
| 8/16/2017 | Transfer | TRANSFER TO KEY BANK | $ 250.00 | Transfer to Prestige Pmt |
| 8/16/2017 | Bill.com | AT&T 920 499-2973 | $ 310.07 | Utility |
| 8/16/2017 | Bill.com | FRONTIER | $ 13.23 | Utility |
| 8/16/2017 | Bill.com | TELEPACIFIC | $ 2,622.23 | Utility |
| 8/17/2017 | Bill.com | 4IMPRINT, INC | $ 148.00 | AP Vendor Paid |
| 8/17/2017 | DC | AMAZON | $ 108.90 | AP Vendor Paid |
| 8/17/2017 | DC | BILL.COM, INC | $ 59.97 | AP Vendor Paid |
| 8/17/2017 | Bill.com | ELITE SUPPLY | $ 84.31 | AP Vendor Paid |
| 8/17/2017 | Bill.com | ELITE SUPPLY | $ 159.59 | AP Vendor Paid |
| 8/17/2017 | Bill.com | ELITE SUPPLY | $ 165.41 | AP Vendor Paid |
| 8/17/2017 | Bill.com | ELITE SUPPLY | $ 166.75 | AP Vendor Paid |
| 8/17/2017 | Bill.com | ELITE SUPPLY | $ 457.85 | AP Vendor Paid |
| 8/17/2017 | WIRE | LIN JUNG-FENG 2553 | $ 25,194.50 | AP Vendor Paid |
| 8/17/2017 | DC | NVOHC LLC | $ 65.00 | AP Vendor Paid |
| 8/17/2017 | DC | SPEEDY METALS | $ 78.21 | AP Vendor Paid |
| 8/17/2017 | Bill.com | UPS 8503XF | $ 1,670.00 | AP Vendor Paid |
| 8/17/2017 | Bill.com | UPS E7F213 VA | $ 7.29 | AP Vendor Paid |
| 8/18/2017 | Bill.com | BLUE DOT WATER | $ 514.63 | AP Vendor Paid |
| 8/18/2017 | DC | DELL SOFTWARE | $ 1,918.00 | AP Vendor Paid |
| 8/18/2017 | Bill.com | DEVON | $ 555.60 | AP Vendor Paid |
| 8/18/2017 | Bill.com | GREEN HOUSE DATA | $ 6,456.00 | AP Vendor Paid |
| 8/18/2017 | Bill.com | UPS 8503XF | $ 4,556.61 | AP Vendor Paid |
| 8/18/2017 | Bill.com | UPS FRIEGHT | $ 57.17 | AP Vendor Paid |
| 8/18/2017 | Bill.com | FORTUNE | $ 5,948.34 | Corp Tax - Gen Liab |
| 8/18/2017 | Bill.com | COLONIAL LIFE | $ 1,136.10 | Employee Benefits |
| 8/18/2017 | DW | AETNA LIFE INS PREMIUM | $ 51,763.16 | Employee Benefits |
| 8/18/2017 | DW | GOOGLE *ADWS | $ 500.00 | Marketing |
| 8/18/2017 | DW | ADP PAYROLL FEESADP - FEES | $ 1,064.13 | Payroll Fees |
| 8/18/2017 | DW | ADP PAYROLL FEESADP - FEES | $ 770.81 | Payroll Fees |
| 8/18/2017 | Bill.com | EDGAR CHACON | $ 64.00 | Reimb Production needs |

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| 9/15/2017 | ACH | ADP PAYROLL FEESADP - FEES | $ 770.98 | AP Vendor Paid |
| 9/15/2017 | Debit Card | AMAZON MKTPLACE | $ 686.80 | AP Vendor Paid |
| 9/15/2017 | Debit Card | AMAZON MKTPLACE | $ 13.83 | AP Vendor Paid |
| 9/15/2017 | Debit Card | COSTCO | $ 180.77 | Employee Relations |
| 9/15/2017 | Debit Card | GOOGLE *ADWS155 | $ 500.00 | AP Vendor Paid |
| 9/15/2017 | Debit Card | JET.COM | $ 29.12 | AP Vendor Paid |
| 9/15/2017 | Debit Card | OFFICESUPPLY.COM | $ 77.50 | AP Vendor Paid |
| 9/15/2017 | ACH | PAYPAL        VERIFYBANK | $ 0.31 | AP Vendor Paid |
| 9/15/2017 | ACH | PITNEY BOWES | $ 400.00 | AP Vendor Paid |
| 9/15/2017 | Debit Card | ULINE | $ 153.50 | AP Vendor Paid |
| 9/17/2017 | Bill.com | UPS E7F213 VA | $ 161.09 | AP Vendor Paid |
| 9/17/2017 | Bill.com | Ups Y793A6 | $ 413.94 | AP Vendor Paid |
| 9/18/2017 | Bill.com | Airgas 3355662 | $ 164.07 | AP Vendor Paid |
| 9/18/2017 | Debit Card | BRADY IND | $ 382.17 | AP Vendor Paid |
| 9/18/2017 | Bill.com | Cascade Capital Group | $ 1,867.55 | Reimb travel to Dayton |
| 9/18/2017 | Check | CHECK #    11115 | $ 1,385.25 | Payroll |
| 9/18/2017 | Debit Card | ESAFETY SUPPLIES | $ 21.18 | AP Vendor Paid |
| 9/18/2017 | Debit Card | J PATTON SPORTS | $ 638.64 | AP Vendor Paid |
| 9/18/2017 | Debit Card | OSBORN MANUFACTURING | $ 949.56 | AP Vendor Paid |
| 9/18/2017 | Debit Card | OSBORN MANUFACTURING | $ 864.64 | AP Vendor Paid |
| 9/18/2017 | Debit Card | STAPLES DIRECT | $ 299.77 | AP Vendor Paid |
| 9/18/2017 | ACH | USPS | $ 2,000.00 | AP Vendor Paid |
| 9/19/2017 | Bill.com | ARROW BOX | $ 915.00 | AP Vendor Paid |
| 9/19/2017 | Bill.com | Brenda L Johnson | $ 1,300.00 | Reimb for Move out expense |
| 9/19/2017 | Bill.com | ERIN SHEAR | $ 13.90 | Reimb for Postage |
| 9/19/2017 | Debit Card | HUBBARD-HALL | $ 1,238.60 | AP Vendor Paid |
| 9/19/2017 | Debit Card | JET.COM | $ 19.19 | AP Vendor Paid |
| 9/19/2017 | Debit Card | JOANN STORES | $ 12.51 | AP Vendor Paid |
| 9/19/2017 | Debit Card | NVOHC LLC | $ 65.00 | AP Vendor Paid |
| 9/19/2017 | Bill.com | Sherm's Custom | $ 324.00 | AP Vendor Paid |
| 9/19/2017 | Bill.com | SOUTHWEST GAS | $ 271.87 | AP Vendor Paid |
| 9/19/2017 | Transfer | Transfer 8130 | $ 125,956.63 | Transfer to Payroll Account |
| 9/20/2017 | Wire | A-MARK PRECIOUS | $ 5,340.00 | AP Vendor Paid |
| 9/20/2017 | Bill.com | ARROW BOX | $ 2,712.50 | AP Vendor Paid |
| 9/20/2017 | Debit Card | GOOGLE *ADWS155 | $ 500.00 | AP Vendor Paid |
| 9/20/2017 | Bill.com | LYON COUNTY | $ 303.85 | Utilities |
| 9/20/2017 | Bill.com | Lyon County Utilities | $ 349.30 | Utilities |
| 9/20/2017 | Debit Card | PANDA PRINTING | $ 244.99 | AP Vendor Paid |
| 9/20/2017 | ACH | PITNEY BOWES | $ 300.00 | AP Vendor Paid |
| 9/20/2017 | Wire | TOP TREE DECORATION | $ 91.15 | AP Vendor Paid |
| 9/20/2017 | Transfer | Transfer 8130 | $ 48,742.60 | Transfer to Payroll Account |
| 9/20/2017 | Transfer | Transfer 8775 | $ 8,390.00 | Transfer to Prestige Loan Acct |
| 9/20/2017 | Bill.com | UPS FRIEGHT | $ 155.24 | AP Vendor Paid |
| 9/20/2017 | Bill.com | UPS FRIEGHT | $ 177.74 | AP Vendor Paid |
| 9/20/2017 | Bill.com | Wisconsin Public | $ 430.66 | Utilities |
| 9/21/2017 | Bill.com | ALAN BAKER | $ 298.40 | AP Vendor Paid |
| 9/21/2017 | Debit Card | BETA DIAMOND | $ 180.00 | AP Vendor Paid |
| 9/21/2017 | Debit Card | COINSAFE | $ 1,348.88 | AP Vendor Paid |
| 9/21/2017 | Bill.com | Future Case Corp. | $ 487.50 | AP Vendor Paid |
| 9/21/2017 | Debit Card | INT*IN *EXCEL H | $ 294.60 | AP Vendor Paid |
| 9/21/2017 | Debit Card | MCMASTER-CARR | $ 251.48 | AP Vendor Paid |
| 9/21/2017 | Bill.com | NOVEL BOX | $ 99.95 | AP Vendor Paid |
| 9/21/2017 | Debit Card | OFFICE DEPOT | $ 65.31 | AP Vendor Paid |
| 9/21/2017 | Transfer | Transfer 8130 | $ 32,537.96 | Transfer to Payroll Account |
| 9/21/2017 | Transfer | Transfer 8775 | $ 26,750.00 | Transfer to Prestige Loan Acct |
| 9/21/2017 | Debit Card | USPS | $ 400.00 | AP Vendor Paid |
| 9/22/2017 | ACH | ADP PAYROLL FEESADP - FEES | $ 1,022.88 | AP Vendor Paid |
| 9/22/2017 | ACH | ADP PAYROLL FEESADP - FEES | $ 146.54 | AP Vendor Paid |
| 9/22/2017 | Debit Card | AIR-TITE HOLDER | $ 411.27 | AP Vendor Paid |
| 9/22/2017 | Debit Card | COSTCO | $ 100.65 | Employee Relations |
| 9/22/2017 | Debit Card | MSC | $ 194.06 | AP Vendor Paid |
| 9/22/2017 | Debit Card | NVOHC LLC | $ 65.00 | AP Vendor Paid |
| 9/22/2017 | Bill.com | Paul Wagner. | $ 202.22 | Travel to Dayton Plant |
| 9/22/2017 | Debit Card | SIERRA CHEMICAL | $ 484.59 | AP Vendor Paid |
| 9/22/2017 | Transfer | Transfer 8775 | $ 11,686.64 | Transfer to Prestige Loan Acct |
| 9/23/2017 | Bill.com | Ups 8503XF | $ 163.23 | AP Vendor Paid |
| 9/24/2017 | Bill.com | UPS E7F213 VA | $ 110.09 | AP Vendor Paid |
| 9/24/2017 | Bill.com | Ups Y793A6 | $ 341.89 | AP Vendor Paid |

| Date | Type | Payable To | Amount | Description |
|---|---|---|---:|---|
| 12/20/2017 | DC | COINSAFE | $ 342.64 | AP VENDOR PAID |
| 12/20/2017 | Bill.com | Ira Green, Inc | $ 549.36 | AP VENDOR PAID |
| 12/20/2017 | DC | MCMASTER-CARR | $ 101.01 | AP VENDOR PAID |
| 12/20/2017 | DC | MOSLOW WOOD | $ 26.32 | AP VENDOR PAID |
| 12/20/2017 | DC | MSC | $ 315.55 | AP VENDOR PAID |
| 12/20/2017 | Bill.com | PITNEY BOWES | $ 100.00 | AP VENDOR PAID |
| 12/20/2017 | Bill.com | TELEPACIFIC | $ 2,574.07 | AP VENDOR PAID |
| 12/20/2017 | Bill.com | Ups 8503XF | $ 3,039.60 | AP VENDOR PAID |
| 12/20/2017 | DW | AETNA LIFE INS PREMIUM | $ 39,997.03 | BENEFITS |
| 12/20/2017 | Bill.com | Colonial Life | $ 964.34 | BENEFITS |
| 12/20/2017 | Bill.com | MARK PLACE | $ 1,450.00 | CONTRACT LABOR |
| 12/20/2017 | Bill.com | Paul Wagner. | $ 50.17 | CORP TRAVEL - REIMB |
| 12/20/2017 | Bill.com | Frontier | $ 6.67 | UTILITIES |
| 12/21/2017 | Bill.com | Airgas 3355662 | $ 32.47 | AP VENDOR PAID |
| 12/21/2017 | Bill.com | Airgas 3355662 | $ 178.97 | AP VENDOR PAID |
| 12/21/2017 | DC | H-B PACKAGING | $ 419.75 | AP VENDOR PAID |
| 12/21/2017 | DC | OFFICE DEPOT | $ 73.88 | AP VENDOR PAID |
| 12/21/2017 | DC | OFFICE DEPOT | $ 20.33 | AP VENDOR PAID |
| 12/21/2017 | Bill.com | PITNEY BOWES | $ 300.00 | AP VENDOR PAID |
| 12/21/2017 | DC | ULINE | $ 51.50 | AP VENDOR PAID |
| 12/21/2017 | DC | ULINE | $ 24.18 | AP VENDOR PAID |
| 12/21/2017 | CK #11124 | CASCADE CAPITAL | $ 1,997.64 | REIMB - KENT POD |
| 12/21/2017 | Transfer | Transfer to 8775 | $ 61,919.09 | TRANSFER TO PRESTIGE |
| 12/21/2017 | Transfer | Transfer to 8775 | $ 51,725.55 | TRANSFER TO PRESTIGE |
| 12/21/2017 | Transfer | Transfer to 8775 | $ 38,190.36 | TRANSFER TO PRESTIGE |
| 12/21/2017 | Transfer | Transfer to 8775 | $ 19,611.44 | TRANSFER TO PRESTIGE |
| 12/22/2017 | DC | AMAZON | $ 14.52 | AP VENDOR PAID |
| 12/22/2017 | DW | ADP PAYROLL FEES | $ 965.13 | PAYROLL FEES |
| 12/22/2017 | DW | ADP PAYROLL FEES | $ 884.36 | PAYROLL FEES |
| 12/26/2017 | DW | USPS | $ 2,000.00 | AP VENDOR PAID |
| 12/26/2017 | DW | USPS | $ 400.00 | AP VENDOR PAID |
| 12/26/2017 | DW | USPS | $ 10.00 | AP VENDOR PAID |
| 12/26/2017 | Bill.com | EDGAR CHACON | $ 436.00 | CORP TRAVEL - REIMB |
| 12/26/2017 | DC | GOLD DUST | $ 177.60 | CORPORATE TRAVEL |
| 12/26/2017 | DC | GOLD DUST | $ 88.80 | CORPORATE TRAVEL |
| 12/27/2017 | DW | ALSCO INC. | $ 369.38 | AP VENDOR PAID |
| 12/27/2017 | Bill.com | Brenda L Johnson | $ 550.00 | MONTHLY STIPEND- VA |
| 12/27/2017 | Transfer | Transfer to 8130 | $ 175,473.20 | TRANSFER TO PAYROLL |
| 12/27/2017 | Transfer | Transfer to 8130 | $ 1,500.00 | TRANSFER TO PAYROLL |
| 12/28/2017 | DC | WITHDRAWAL - | $ 400.00 | DAY LABOR KENT MOVE |
| 12/28/2017 | Transfer | Transfer to 8130 | $ 23,000.00 | TRANSFER TO PAYROLL |
| 12/29/2017 | CK #11125 | KATHYJEAN FLEET | $ 150.00 | MOVING COMPENSATION |
| 12/29/2017 | DW | ADP PAYROLL FEES | $ 133.60 | PAYROLL FEES |
| | | TOTAL | $ 988,103.12 | |

2. DISBURSEMENTS ITEMIZED KEY BANK Texas Sale Proceeds 8122

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| | | No Activity | | |
| | | | | |
| | | | | |
| | | TOTAL | $ - | |

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| 1/25/2018 | Bill.com Pmt | LYON COUNTY UTILITIES | $ 424.52 | VENDOR PAYMENT |
| 1/26/2018 | Ck#11131 | CASCADE CAPITAL GROUP | $ 3,411.09 | CORP EXPENSE REIMB |
| 1/26/2018 | DW | WORLDPAY | $ 60.53 | CREDIT CARD FEES |
| 1/26/2018 | Transfer | TRANSFER TO 8775 | $ 18,023.50 | LOAN PMT TO PRESTIGE |
| 1/26/2018 | Transfer | TRANSFER TO 8775 | $ 13,286.50 | LOAN PMT TO PRESTIGE |
| 1/26/2018 | Transfer | TRANSFER TO 8775 | $ 2,500.00 | LOAN PMT TO PRESTIGE |
| 1/26/2018 | Transfer | TRANSFER TO 8130 | $ 11,302.92 | PAYROLL |
| 1/26/2018 | DW | ADP PAYROLL FEESADP - FEES | $ 133.60 | PAYROLL FEES |
| 1/26/2018 | DW | PITNEY BOWES POSTAGE | $ 50.00 | POSTAGE |
| 1/29/2018 | DW | OVERDRAFT ITEM CHARGE | $ 32.00 | BANK FEES |
| 1/29/2018 | DW | USPS | $ 2,000.00 | POSTAGE |
| 1/29/2018 | DW | BENTO TECHNOLOGIBENTO TECH | $ 650.00 | PRE-PAID PRODUCTION |
| 1/29/2018 | Bill.com Pmt | UNITED STATES TRUSTEE | $ 10,400.00 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 13.21 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 26.09 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 169.23 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 292.13 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 416.60 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 2,327.62 | VENDOR PAYMENT |
| 1/29/2018 | Bill.com Pmt | UPS 8503XF | $ 3,447.76 | VENDOR PAYMENT |
| 1/30/2018 | DW | WORLDPAY | $ 29.08 | CREDIT CARD FEES |
| 1/30/2018 | DW | WORLDPAY | $ 221.54 | CREDIT CARD FEES |
| 1/30/2018 | Bill.com Pmt | ANNETTE TRUNKETT | $ 30.00 | VENDOR PAYMENT |
| 1/30/2018 | Bill.com Pmt | BILL KNIGHT | $ 23.10 | VENDOR PAYMENT |
| 1/30/2018 | Bill.com Pmt | MARTIN COLWELL | $ 236.00 | VENDOR PAYMENT |
| 1/31/2018 | Bill.com Pmt | NV ENERGY SOLAR- | $ 5,507.20 | VENDOR PAYMENT |
| | | TOTAL | $ 369,648.51 | |

2. DISBURSEMENTS ITEMIZED KEY BANK  Texas Sale Proceeds 8122

| Date | Type | Payable To | Amount | Description |
|---|---|---|---|---|
| | | No Activity | | |
| | | | | |
| | | TOTAL | $ - | |

# UST14 Statement of Cash Disbursements Detail
## Exhibit 3.2

**1. DISBURSEMENTS ITEMIZED KEY BANK General Account 8106**

| Date | Type | Payable To | Amount | Description |
|---|---|---|---:|---|
| 2/1/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 5,716.09 | VENDOR PAYMENT |
| 2/1/2018 | CK 11132 | CASCADE CAPITAL GROUP | $ 705.57 | UTILITIES |
| 2/2/2018 | DW | ADP PAYROLL FEES | $ 655.15 | PAYROLL FEES |
| 2/2/2018 | DW | AUTHNET GATEWAY | $ 87.70 | WEB PORTAL ACCESS |
| 2/2/2018 | DW | AUTHNET GATEWAY | $ 38.30 | WEB PORTAL ACCESS |
| 2/2/2018 | DW | NEVADA TAX | $ 2,240.13 | SALES TAX |
| 2/5/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 6,456.00 | VENDOR PAYMENT |
| 2/5/2018 | DW | WA ST DEPT REV | $ 2,785.16 | SALES TAX |
| 2/6/2018 | DW | AETNA LIFE INS | $ 11,951.52 | HEALTH BENEFITS |
| 2/6/2018 | DW | BERKLEYNET | $ 6,839.00 | WORKERS COMPENSATION |
| 2/6/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 452.88 | VENDOR PAYMENT |
| 2/6/2018 | TRANSFER | Transfer to 8130 | $ 39,585.31 | PAYROLL |
| 2/6/2018 | DW | WORLDPAY | $ 206.32 | CREDIT CARD FEES |
| 2/6/2018 | DW | WORLDPAY | $ 195.15 | CREDIT CARD FEES |
| 2/6/2018 | DW | WORLDPAY | $ 111.28 | CREDIT CARD FEES |
| 2/7/2018 | DW | SPS COMMERCE | $ 674.39 | WEB PORTAL ACCESS |
| 2/7/2018 | TRANSFER | Transfer to 8775 | $ 7,500.39 | LOAN PMT TO PRESTIGE |
| 2/8/2018 | CK 11134 | FEDEX | $ 38.50 | SHIPPING |
| 2/8/2018 | CK 11135 | CASCADE CAPITAL GROUP | $ 155.06 | REPAIR AND MAINT |
| 2/8/2018 | DW | JAN KBO MANAGE ACCESS | $ 10.00 | BANK FEES |
| 2/8/2018 | DW | JAN KEYNAV INTERNATIONAL | $ 70.00 | BANK FEES |
| 2/8/2018 | DW | JAN KEYNAV ONLINE ACCESS | $ 15.00 | BANK FEES |
| 2/8/2018 | DW | JAN KEYNAV WIRE MAINTENANCE | $ 20.00 | BANK FEES |
| 2/8/2018 | DW | JAN LOCKBOX PACKAGE | $ 140.00 | BANK FEES |
| 2/8/2018 | DW | JAN RDC MONTHLY FEE | $ 30.00 | BANK FEES |
| 2/9/2018 | CK 11133 | ROB WM. VUGTEVEEN | $ 300.00 | VENDOR PAYMENT |
| 2/9/2018 | TRANSFER | Transfer to 8130 | $ 1,962.61 | PAYROLL |
| 2/9/2018 | TRANSFER | Transfer to 8775 | $ 5,200.00 | LOAN PMT TO PRESTIGE |
| 2/12/2018 | DW | NORTHERNINVESTOR | $ 2,993.73 | GENERAL LIAB |
| 2/12/2018 | DW | SOUTHWEST GAS | $ 3,263.22 | UTILITIES |
| 2/13/2018 | TRANSFER | Transfer to 8775 | $ 6,566.91 | LOAN PMT TO PRESTIGE |
| 2/13/2018 | DW | WORLDPAY | $ 409.95 | CREDIT CARD FEES |
| 2/14/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 2,840.00 | VENDOR PAYMENT |
| 2/14/2018 | CK 11136 | PORT CITY CENTRE, LLC | $ 975.00 | LEASE PMT |
| 2/15/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 10,482.65 | VENDOR PAYMENT |
| 2/15/2018 | DW | LABOR&INDUSTRIES | $ 971.89 | WA WORKERS COMP |
| 2/15/2018 | TRANSFER | Transfer to 8775 | $ 2,650.00 | LOAN PMT TO PRESTIGE |
| 2/15/2018 | DW | VSP | $ 486.13 | BENEFITS PMT |
| 2/15/2018 | DW | WA ST DEPT REV | $ 444.71 | SALES TAX |
| 2/15/2018 | DW | WA ST DEPT REV | $ 47.26 | SALES TAX |
| 2/15/2018 | DW | WORLDPAY | $ 102.07 | CREDIT CARD FEES |
| 2/16/2018 | DW | ADP PAYROLL FEES | $ 816.66 | PAYROLL FEES |
| 2/16/2018 | DW | ADP PAYROLL FEES | $ 407.20 | PAYROLL FEES |
| 2/16/2018 | DW | NEVADA TAX | $ 4.48 | SALES TAX |
| 2/16/2018 | TRANSFER | Transfer to 8122 | $ 40,000.00 | ACCOUNT TRANSFER |
| 2/16/2018 | DW | WORLDPAY | $ 784.95 | CREDIT CARD FEES |
| 2/20/2018 | CK 11137 | Cynthia Pedro | $ 642.01 | PAYROLL |
| 2/20/2018 | DW | COLONIAL LIFE | $ 108.90 | BENEFITS PMT |
| 2/20/2018 | DW | NORTHERNINVESTOR | $ 2,878.59 | GENERAL LIAB |
| 2/20/2018 | TRANSFER | Transfer to 8775 | $ 582.50 | LOAN PMT TO PRESTIGE |
| 2/20/2018 | DW | VSP | $ 648.80 | BENEFITS PMT |
| 2/20/2018 | DW | WA ST DEPT REV | $ 158.30 | SALES TAX |
| 2/20/2018 | DW | WORLDPAY | $ 35.95 | CREDIT CARD FEES |
| 2/21/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 1,664.80 | VENDOR PAYMENT |
| 2/22/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 2,206.60 | VENDOR PAYMENT |
| 2/22/2018 | DW | RETURN CHG: DEBIT | $ 32.00 | BANK FEES |
| 2/23/2018 | DW | ADP PAYROLL FEES | $ 133.60 | PAYROLL FEES |
| 2/26/2018 | Bill.com Pmt | MISC VENDORS - Bill.com | $ 1,298.00 | VENDOR PAYMENT |
| 2/27/2018 | DW | THE HARTFORD | $ 449.50 | AUTO INSURANCE |
| 2/27/2018 | TRANSFER | Transfer to 8122 | $ 3,000.00 | ACCOUNT TRANSFER |
| 2/27/2018 | DW | WORLDPAY | $ 55.95 | CREDIT CARD FEES |