Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm. 7206
Hearing Date: Friday, April 19, 2019
Hearing Time: 9:30 a.m.
Response Date: April 12, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

DECLARATION OF BRADLEY S. COHEN IN SUPPORT OF MOTION TO APPROVE SETTLEMENT WITH BRADLEY COHEN REGARDING SEIZED PERSONAL PROPERTY

Bradley S. Cohen declares as follows:

1. I submit this declaration in connection with the Trustee's Motion to Approve Settlement with Bradley Cohen Regarding Seized Personal Property (the "Motion"). I am competent in all ways to testify and unless otherwise stated, I make the following statements based on my personal knowledge.

2. Together with Cohen Asset Management, Inc., I hold a judgment against Ross Hansen, entered in case no. 12-01401, United States District Court for the District of Nevada, in the amount of $25,500,000 (the "Judgment").

COHEN DEC RE: MOTION TO APPROVE SETTLEMENT - 1
502112260 v1

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2050    Filed 03/12/19    Ent. 03/12/19 18:14:26    Pg. 1 of 3

3. On April 27, 2016 the King County, Washington, Sheriff executed a personal property writ of execution at Ross Hansen's residence in Auburn, Washington based on the Judgment.

4. The Sheriff seized personal property including coins and bullion, computers and paper records (the "Seized Property").

5. The amount of attorney fees which I incurred in pursuing the writ of execution and executing on the Seized Property was in excess of $15,000.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 28TH day of February, 2019, at Los Angeles, California.



Bradley S. Cohen

COHEN DEC RE: MOTION TO APPROVE SETTLEMENT - 2
502112260 v1

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2050    Filed 03/12/19    Ent. 03/12/19 18:14:26    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on March 12, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on March 12, 2019, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Northwest Territorial Mint LLC
325 E Washington St #226
Sequim, WA 98382

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 12th day of March, 2019 at Seattle, Washington.

/s/ *Denise A. Lentz*
Denise A. Lentz

COHEN DEC RE: MOTION TO APPROVE SETTLEMENT - 3
502112260 v1

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022