FILED
Western District of Washington
at Seattle

MAR 15 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

March 12, 2019
Bellevue City

Clerk Hatcher
United States Bankruptcy court
700 Stewart Street
Suite 6301
Seattle, WA 98101

Re: Case 16-11767-CMA

## Admission, confession and agreement of the lawyers fees Notice

TO: Mark Calvert
AND TO: ATTORNEYS FOR MARK CALVERT
AND TO: Mark Northup and the attorneys for the official unsecured creditors committee.

Dear court professional and attorneys,

Comes now, Jeffrey Mark McMeel and states as follows:

How do you come to reduce your fee amounts? Did you use the federal rules of evidence?

    Thank you for giving the amount missing and admitting your fees so you can fill up the coffers again using lawyer math. Because now the lawyer fees are not missing. In fact, according to your SUPPLEMENTAL SUBMISSION IN SUPPORT OF FEE APPLICATIONS OF PROFESSIONALS dated March 11, 2019, docket number 2043 all the lawyers are in agreement with the trustee Mark Calvert.
    The Court orders bank credits for the professionals. The supercedious claim of the missing inventory of gold and silver requires the Court to order the Trustee to make return to this creditor before bank credits are distributed to the professionals.

Further Affiant saith not,

_(signature)_ Jeffrey Mark McMeel, Affiant

State of Washington    }
                       }  ss.
County of Pierce       }

On this day personally appeared before me Jeffrey M. McMeel to me known to be the inhabitant described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned. Given under my hand and official seal this

12th day of MAR , (year) 2019

(Signature of officer) _____

(official seal)

Notary Public in and for the
state of Washington, residing at Pierce County.

[Notary seal: Christopher Korth, Notary Public, State of Washington, Commission Expires 1-27-20]

The mcmeel
PO B 6273
Bellevue, Washington
(98008)
Official Business

Clerk Hatcher & Court
United States Bankruptcy Court
700 Stewart Street
Suite 6301
Seattle, WA 98101

98101-444176