1  Michael J. Gearin, WSBA # 20982
   David C. Neu, WSBA # 33143
2  Brian T. Peterson, WSBA # 42088
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  (206) 623-7580

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

5

6

7

8        UNITED STATES BANKRUPTCY COURT
          WESTERN DISTRICT OF WASHINGTON
                   AT SEATTLE
9

10   In re:                                    Case No.  16-11767-CMA

11   NORTHWEST TERRITORIAL MINT, LLC,          *EX PARTE* MOTION FOR ORDER TO
                                               FILE DOCUMENTS UNDER SEAL
                                    Debtor.
12
           Mark Calvert, the Chapter 11 Trustee (the "Trustee"), submits this *Ex Parte* Motion for

13   Order to File Documents Under Seal (the "Motion") pursuant to LBR 9018-1.  In support of this

14   Motion, the Trustee states as follows:

15         1.      At a continued hearing on the fee applications of Chapter 11 Trustee and Trustee's

16   professionals, Judge Christopher Alston directed the Trustee to file under seal with the United States

17   Bankruptcy Court copies of Grand Jury Subpoenas served upon the Trustee.

18         WHEREFORE, the Trustee respectfully requests that the Court enter the order granting his

19   motion for order to file copies of Grand Jury Subpoenas served upon the Trustee under seal.

20         DATED this 20th day of March, 2019.

21

22                                             K&L GATES LLP

23

24                                             By */s/ Michael J. Gearin* _____
                                                   Michael J. Gearin, WSBA #20982
25                                                 David C. Neu, WSBA #33143
                                                   Brian T. Peterson, WSBA #42088
26                                             Attorneys for Mark Calvert, Chapter 11 Trustee

                                               K&L GATES LLP
                                               925 FOURTH AVENUE
                                               SUITE 2900
*EX PARTE* MOTION FOR ORDER TO FILE            SEATTLE, WASHINGTON 98104-1158
DOCUMENTS UNDER SEAL - 1                        TELEPHONE: (206) 623-7580
502134839 v2                                    FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a Paralegal in the law firm of K&L Gates LLP, and on March 20, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 20th day of March, 2019 at Seattle, Washington.


*/s/ Denise A. Lentz*
Denise A. Lentz

*EX PARTE* MOTION FOR ORDER TO FILE
DOCUMENTS UNDER SEAL - 2
502134839 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022