# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO FILE DOCUMENTS UNDER SEAL |

This matter having come before the Court on Mark Calvert's (the "Trustee") *Ex Parte* Motion for Order to File Documents Under Seal, the Court has reviewed the files and records herein and finds that no further notice or opportunity for hearing on the Motion is necessary; the relief to be granted under this Order is reasonable and appropriate, and in the best interests of the estate; and that good cause exists to grant the relief requested. Therefore it is hereby ORDERED as follows:

1. The Motion is GRANTED.
2. The Trustee is authorized to file copies of Grand Jury Subpoenas served upon the Trustee under seal.

///END OF ORDER///

ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO FILE DOCUMENTS UNDER SEAL - 1
501717603 v7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
 Michael J. Gearin, WSBA #20982
 David C. Neu, WSBA #33143
 Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO FILE DOCUMENTS UNDER SEAL - 2
501717603 v7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022