**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO FILE DOCUMENTS UNDER SEAL |

This matter having come before the Court on Mark Calvert's (the "Trustee") *Ex Parte* Motion for Order to File Documents Under Seal, the Court has reviewed the files and records herein and finds that no further notice or opportunity for hearing on the Motion is necessary; the relief to be granted under this Order is reasonable and appropriate, and in the best interests of the estate; and that good cause exists to grant the relief requested. Therefore it is hereby ORDERED as follows:

1. The Motion is GRANTED.
2. The Trustee is authorized to file copies of Grand Jury Subpoenas served upon the Trustee under seal.

///END OF ORDER///

ORDER GRANTING *EX PARTE* MOTION FOR ORDER
TO FILE DOCUMENTS UNDER SEAL - 1
501717603 v7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2059    Filed 03/21/19    Ent. 03/21/19 13:04:46    Pg. 1 of 2

**Below is the Order of the Court.**

1 Presented by:

2 K&L GATES LLP

3

4 */s/ Michael J. Gearin*
   Michael J. Gearin, WSBA #20982
5 David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
6 Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING *EX PARTE* MOTION FOR ORDER
TO FILE DOCUMENTS UNDER SEAL - 2
501717603 v7

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2059    Filed 03/21/19    Ent. 03/21/19 13:04:46    Pg. 2 of 2