FILED
19 APR 12 PM 2:53
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

The Honorable Christopher M. Alston
Chapter 11
Hearing Date: Friday, April 19, 2019
Hearing Time: 9:30 a.m.
Location: Courtroom 7206
Response Date: April 12, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

No. 16-11767-CMA

DECLARATION OF ROSS HANSEN IN SUPPORT OF LIMITED OBJECTION TO TRUSTEE'S MOTION TO LIQUIDATE ASSETS

I Ross Hansen declare as follows:

1. I am filing this declaration opposition to the Trustee's motion to liquidate assets (ECF 2044 and 2045).

2. Attached hereto as Exhibit A is a copy of the list of items the Trustee proposes to liquidate. I have put checkmarks next to certain items that are my personal property.

3. Included in the list of property that Mr. Calvert claims belongs to NWTM are three boxes of documents taken from my home. They contain personal records, including certain private medical records related to my child.

DECLARATION OF ROSS HANSEN IN OPPOSITION TO TRUSTEE'S
MOTION TO LIQUIDATE ASSETS - 1

4. In addition, attached is a photograph from the Sherriff's inventory that includes a medal on a blue and gold ribbon. The medal was awarded to me by an agency of the United States government.

DATED this 12th day of April, 2019.

By /s/ Ross Hansen
Ross Hansen

DECLARATION OF ROSS HANSEN IN OPPOSITION TO TRUSTEE'S
MOTION TO LIQUIDATE ASSETS - 2

# EXHIBIT A

# Inventory of Ross Hansen Seized Property
## May 10th, 2016
### Based on $1265 Gold and 17.05 Silver

| #  | Lot | DT* | Description | Weight | Quantity | Price | Total |
|----|-----|-----|-------------|--------|----------|-------|-------|
| 1  | 1&2 |     | Molly-T 50 Oz 999 Fine Silver Bar | 3.78 LBS | 1 | $850.00 | $850.00 |
| 2  | 1&2 |     | Bag Silver Bars/Copper Rounds | 7.1 LBS | 1 | $800.00 | $800.00 |
| 3  | 1&2 |     | Bag Wheat Pennies 50 Face worth 2.5 Cents Each | 34 LBS | 1 | $112.50 | $112.50 |
| 4  | 1&2 |     | Apple Ipad Pro | 2.78 LBS | 1 | N/A | N/A |
| 5  | 1&2 |     | Set of 70 Sterling Bicentennial Council Bars | 50 G/Each | 1 | $1,700.00 | $1,700.00 |
| 6  | 3&4 | 2   | Pure Silver Ruler | 12 Oz | 1 | $190.00 | $190.00 |
| 7  | 3&4 |     | Set of 30 WWII Medals 999 Fine Silver | 5.64 Lbs | 1 | $900.00 | $900.00 |
| 8  | 3&4 |     | Set of 50 1 Oz 999 Fine Silver Bars - World of Flight | 50 Oz | 1 | $835.00 | $835.00 |
| 9  | 3&4 |     | Set of 100 Sterling Rounds - Hisotry of Flight - 1.2 oz each | 17 LBS | 1 | $1,800.00 | $1,800.00 |
| 10 | 3&4 |     | Small Cardboard Box of Misc Coins, Bars and Knifes | 4.06 LBS | 1 | $260.00 | $260.00 |
| 11 | 3&4 |     | Plastic Bag of Misc. US Currency - Coins and 1's | 12.92LBS | 1 | $100.00 | $100.00 |
| 12 | 3&4 |     | Red Box with Misc Medals and Tokens | 8.87 LBS | 1 | $1,150.00 | $1,150.00 |
| 13 | 5&6 |     | Geneve 14 K Wrist Watch | .51 LBS | 1 | $1,000.00 | $1,000.00 |
| 14 | 5&6 |     | 2009 High Relief Gold Coin | 1 Oz | 1 | $1,850.00 | $1,850.00 |
| 15 | 5&6 | 4   | $20 Liberty Gold Coins | | 20 | $1,150.00 | $23,000.00 |
| 16 | 5&6 | 4   | 1855 S $20Gold Coin | | 1 | $1,500.00 | $1,500.00 |
| 17 | 5&6 | 4   | $20 SG Gold Coins | | 8 | $1,150.00 | $9,200.00 |
| 18 | 5&6 | 4   | 1900 $20 Gold MS 61 | | 1 | $1,250.00 | $1,250.00 |
| 19 | 5&6 | 4   | NGC & PCGS $20 Liberty Gold Coin MS 62 | | 11 | $1,268.00 | $13,948.00 |
| 20 | 5&6 | 4   | NGC & PCGS $20 Liberty Gold Coin MS 63 | | 7 | $1,350.00 | $9,450.00 |
| 21 | 5&6 | 4   | PCGS $20 Liberty Gold Coin MS 64 | | 2 | $1,800.00 | $3,600.00 |
| 22 | 5&6 | 4   | 1914 S $20 SG NGC MS 64 | | 1 | $1,380.00 | $1,380.00 |
| 23 | 5&6 | 4   | PCGS $20 SG MS 65 | | 3 | $1,650.00 | $4,950.00 |
| 24 | 5&6 | 4   | $10 Liberty Gold | | 4 | $593.75 | $2,375.00 |
| 25 | 5&6 | 4   | $10 1926 Indian | | 1 | $650.00 | $650.00 |
| 26 | 5&6 | 4   | $10 1893 PCGS MS 61 | | 1 | $615.00 | $615.00 |
| 27 | 5&6 | 4   | $10 Liberty Gold Coin PCGS & NGC MS 62 | | 6 | $335.00 | $2,010.00 |
| 28 | 5&6 | 4   | $10 Liberty Gold Coin PCGS & NGC MS 63 | | 6 | $415.00 | $2,490.00 |
| 29 | 5&6 | 3   | PAMP Suisse 100 Gram Gold Bars | | 11 | $4,048.00 | $44,528.00 |
| 30 | 5&6 |     | 1893 Carson City $1 PCGS XF 40 | | 1 | $750.00 | $750.00 |
| 31 | 5&6 |     | 1894 P Morgan $1 NGC F 12 | | 1 | $625.00 | $625.00 |
| 32 | 5&6 |     | 1894 O $1 Raw | | 1 | $75.00 | $75.00 |
| 33 | 5&6 |     | 1895 O Silver $1 | | 1 | $200.00 | $200.00 |
| 34 | 5&6 |     | 1935 S San Siego Half Dollar PCGS MS 65 | | 1 | $110.00 | $110.00 |
| 35 | 5&6 |     | 1936 York Half Dollar PCGS 67 | | 1 | $425.00 | $425.00 |
| 36 | 5&6 |     | 1936 Wisconsin Half Dollar NGC 66 | | 1 | $230.00 | $230.00 |
| 37 | 5&6 |     | 1937 Roanoke Half Dollar NGC 66 | | 1 | $280.00 | $280.00 |
| 38 | 5&6 |     | 1921 Alabama Half Dollar NGC 64 | | 1 | $250.00 | $250.00 |
| 39 | 5&6 |     | Roll 20 Coins 1878 CC Dollars | | 1 | $4,700.00 | $4,700.00 |
| 40 | 5&6 |     | 1947 Panama Balboa | | 81 | $12.00 | $972.00 |
| 41 | 5&6 | 1   | 2015 Australian 1 Oz Silver Coins | | 3 | $20.00 | $60.00 |
| 42 | 5&6 |     | Hawaiian Centennial 1 Oz Silver | | 1 | $20.00 | $20.00 |
| 43 | 5&6 |     | 1930's Vatican Set of 9 | | 1 | $40.00 | $40.00 |
| 44 | 5&6 |     | .999 Fine Silver Medals 1-10 Oz | | 5 | $86.00 | $430.00 |
| 45 | 5&6 |     | Bag small silver .925 Ingots 292 Grains | | 1 | $126.00 | $126.00 |
| 46 | 5&6 |     | First Day Issue Franklin Mint Medal | | 1 | $10.00 | $10.00 |
| 47 | 5&6 |     | 10 Piece 1991 Canadian $20 Silver Coins | | 1 | $160.00 | $160.00 |
| 48 | 5&6 |     | Bag of Misc Token Medals - Mostly Non Precious | | 1 | $235.00 | $235.00 |
| 49 | 5&6 |     | Box Lot Misc Medals, Belt Buckle, Hobo Nickel | | 1 | $75.00 | $75.00 |
| 50 | 5&6 |     | Box Lot British Cap Insignia, Military & School Medals | | 1 | $300.00 | $300.00 |
| 51 | 5&6 |     | Assortment of Spoons Medals, Money Clips, ID Tags | 4.05 LBS | 1 | $75.00 | $75.00 |

| # | Item# | Description | Weight | Qty | Unit | Total |
|---|---|---|---|---|---|---|
| 52 | 7&8 | Dell Desktop Computer and Monitor | | 1 | N/A | N/A |
| 53 | 9 | Stacks of US Pennies (33.23, 38.89, 32.34 LBS) | 104 LBS | 3 | $50.00 | $150.00 |
| 54 | 10 | Bag Face Value Halves | 14.24 LBS | 1 | $260.00 | $260.00 |
| 55 | 10 | Bags Wheat Cents | 24.93 LBS | 2 | $50.00 | $100.00 |
| 56 | 10 | Mt Rushmore Silver Plaque | | 1 | $345.00 | $345.00 |
| 57 | 10 | Small Box Medals - Lapel Pins | | 1 | $75.00 | $75.00 |
| 58 | 10 | 2004 Australian Proof Set | | 1 | $20.00 | $20.00 |
| 59 | 10 | Plastic Tub of Face Value Coinage | | 1 | $200.00 | $200.00 |
| 60 | 11 | Bag Misc. US Coins Face Value | 7.07 LBS | 1 | $50.00 | $50.00 |
| 61 | 11 | Bag Face Value Dimes | 36.60 LBS | 1 | $663.80 | $663.80 |
| 62 | 11 | Bag Face Value Nickels | | 1 | $110.00 | $110.00 |
| 63 | 11 | Bag Face Value Nickels | | 1 | $50.00 | $50.00 |
| 64 | 12 | Bags $100 Face 1979 S Susan B Anthony Dollars | | 2 | $105.00 | $210.00 |
| 65 | 12 | Bag $100 Face 1979 P Susan B Anthony Dollars | | 1 | $105.00 | $105.00 |
| 66 | 12 | Bag $100 Face 1980 P Susan B Anthony Dollars | | 1 | $110.00 | $110.00 |
| 67 | 12 | Bag $100 Face 1980 S Susan B Anthony Dollars | | 1 | $110.00 | $110.00 |
| 68 | 12 | Plastic Bag Face Value Half Dollars and Ike Dollars | | 1 | $65.00 | $65.00 |
| 69 | 12 | Bag Misc Lincoln Cents | 4.7 LBS | 1 | $20.00 | $20.00 |
| 70 | 12 | Bag Face Value Quarters | 25.45 LBS | 1 | $509.00 | $509.00 |
| 71 | 13 | Bag Face Nickels Nickels | 22.14 LBS | 1 | $100.00 | $100.00 |
| 72 | 13 | Bag Face Value Quarters | 38.33 LBS | 1 | $750.00 | $750.00 |
| 73 | 13 | Bag Face Value Quarters | 37.14 LBS | 1 | $750.00 | $750.00 |
| 74 | 13 | Bag Face Value Half Dollars | 10.67 LBS | 1 | $256.00 | $256.00 |
| 75 | 13 | Roll 20 Coins Ike Dollars | | 1 | $20.00 | $20.00 |
| 76 | 13 | 1936 Cleveland Half Dollars | | 5 | $65.00 | $325.00 |
| 77 | 13 | Lot Misc Coins, Medals and Tokens | | 1 | $210.00 | $210.00 |
| 78 | 14-16 | Files and Papers - N/A for evaluation | | | N/A | N/A |
| 79 | 17 | 19.2 Oz of 999 Fine Silver Bars and Rounds | 1.62 LBS | 1 | $320.00 | $320.00 |
| 80 | 17 | Small Yellow Plastic Tub Misc US Face Value | 10.45 LBS | 1 | $110.00 | $110.00 |
| 81 | 17 | Small Box of Misc Face Value US and Canadian Coins | 14.78 LBS | 1 | $150.00 | $150.00 |
| 82 | 17 | Plastic Jar Misc US Coins Face Value | 14.02 LBS | 1 | $100.00 | $100.00 |
| 83 | 17 | Misc Medals | | 4 | $1.25 | $5.00 |
| | | **Sub Total** | | | | $148,890.30 |
| | | Cash | | | | $6,000.00 |
| | | **Estimated Total** | | | | $154,890.30 |

### Summary

| | | |
|---|---|---|
| 1 | Extremely high degree of certainty were in the vault approximately 30-45 days ago | $60.00 |
| 2 | High degree of certainty was in Ross's office | $900.00 |
| 3 | Belief these items were in the vault around February or March, 2016 | $625.00 |
| 4 | Probability that they could have been in the vault, specific quantity undetermined. | $88,621.00 |
| | | **$90,206.00** |