

April 16, 2019

David C. Neu
david.neu@klgates.com

T 206 370 8125
F 206 370 6289

VIA ECF

The Honorable Christopher M. Alston
United State Bankruptcy Court
Western District of Washington
700 Stewart St. Room 7216
Seattle, Washington 98101

Re: In re Northwest Territorial Mint, LLC, USBC WA Western No. 16-11767
Telephonic Appearance Request

Dear Judge Alston:

We write to request that our client, Mark Calvert, Chapter 11 Trustee in the above captioned matter, be allowed to appear telephonically for the hearings on Motion to Approve Settlement with Bradley Cohen Regarding Seized Personal Property and Motion to Authorize Liquidation of Seized Property and Distribution of Proceeds to Trustee, which are scheduled for hearing on April 19, 2019 at 9:30 a.m. The Trustee is unable to attend the hearing in person because he will be out of town.

Thank you for your consideration of this request.

Very truly yours,

/s/ David C. Neu

David C. Neu

K&L GATES LLP
925 FOURTH AVENUE  SUITE 2900  SEATTLE  WA 98104-1158
T +1 206 623 7580  F +1 206 623 7022  klgates.com
502189943 v2

Case 16-11767-CMA    Doc 2075    Filed 04/16/19    Ent. 04/16/19 14:55:20    Pg. 1 of 1