Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm. 7206
Hearing Date: Friday, April 19, 2019
Hearing Time: 9:30 a.m.
Response Date: April 12, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC

Debtor.

Case No. 16-11767-CMA

REPLY IN SUPPORT OF MOTION TO AUTHORIZE LIQUIDATION OF SEIZED PROPERTY AND DISTRIBUTION OF PROCEEDS TO TRUSTEE

## I. REPLY

Plaintiff and Judgment Creditor Mark Calvert as the Chapter 11 Trustee (the "Trustee") of Northwest Territorial Mint, LLC ("NWTM") files this Reply in support of his Motion to Authorize Liquidation of Seized Property and Distribution of Proceeds to Trustee [Dkt. No. 2044] (the "Motion"). Ross Hansen and Diane Erdmann filed objections to the Motion. Ms. Erdmann's objection is largely a personal attack on the Trustee. Ms. Erdmann also identifies the majority of the seized inventory that is the subject of the Motion as belonging to her. Mr. Hansen's objection states that the other items not claimed by Ms. Erdmann belong to him. Neither objection offers a legal justification for denying the relief requested in the Motion and allowing the Trustee to execute on Ms. Erdmann's interest in the seized inventory.

REPLY IN SUPPORT OF MOTION TO AUTHORIZE
LIQUIDATION OF SEIZED PROPERTY AND DISTRIBUTION
OF PROCEEDS TO TRUSTEE - 1
502189949 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2076    Filed 04/16/19    Ent. 04/16/19 15:02:34    Pg. 1 of 3

The fact that Ms. Erdmann and Mr. Hansen have claimed an ownership interest in *all* of the items of seized inventory highlights that the property should be split between the Cohen Parties and the Trustee according to the terms of the agreed-upon settlement. The assertions of Mr. Hansen and Ms. Erdmann regarding the ownership of individual items, for various reasons, cannot be adopted wholesale by the Trustee, this Court, and the Cohen Parties. The pending settlement with the Cohen Parties avoids the need for a factual determination regarding which assets were owned by Ms. Erdmann (in which case they are subject to execution by the Trustee) and which assets were owned by Mr. Hansen (in which case they are subject to execution by the Cohen Parties).

The Trustee therefore respectfully requests that the Court grant the Motion and authorize him to liquidate the Seized Property and to distribute the proceeds of such liquidation to the bankruptcy estate and the Cohen Parties in accordance with the terms of the Cohen Settlement Agreement.

DATED this 16th day of April, 2019.

K&L GATES LLP

By: */s/ David C. Neu*
Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

REPLY IN SUPPORT OF MOTION TO AUTHORIZE
LIQUIDATION OF SEIZED PROPERTY AND DISTRIBUTION
OF PROCEEDS TO TRUSTEE - 2
502189949 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2076    Filed 04/16/19    Ent. 04/16/19 15:02:34    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on April 16, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on April 16, 2019, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Diane Erdmann
PO Box 4024
Federal Way, WA 98063

Diane Erdmann
c/o Allen Lichtenstein
3315 Russell Road, No. 222
Las Vegas, NV 89120

Ross B. Hansen
PO Box 4024
Federal Way, WA 98063

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 16th day of April, 2019 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

REPLY IN SUPPORT OF MOTION TO AUTHORIZE LIQUIDATION OF SEIZED PROPERTY AND DISTRIBUTION OF PROCEEDS TO TRUSTEE - 3
502189949 v5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022