**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON
_____

Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

April 17, 2019

<u>**Via CM/ECF**</u>

David C. Neu
K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104

      Re:    *Northwest Territorial Mint, LLC*, Case No. 16-11767
              Request for Telephonic Appearance

Dear Mr. Neu:

      The Court received your letter filed on April 16, 2019 [Docket No. 2075], requesting that your client, Mark Calvert, Chapter 11 Trustee be allowed to appear by telephone for the hearings on the Motion to Approve Settlement with Bradley Cohen Regarding Seized Personal Property and the Motion to Authorize Liquidation of Seized Property and Distribution of Proceeds to Trustee set for **Friday April 19, 2019, at 9:30 a.m.** in the above-referenced proceeding. Please be advised that Judge Alston has granted the request. Below is the procedure for appearing by phone:

        ・ Dial: 1−888−363−4749
        ・ Enter Access Code: 8955076#
        ・ Press the # sign
        ・ Enter Security Code: 3564#
        ・ Speak your name when prompted

      DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone, you certify that you are not recording the proceedings.

      Please do not hesitate to contact chambers should you have any questions.

Sincerely,

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston