FILED
2019 APR 19 AM 9:02
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | INJURED PARTY'S NOTICE TO THE COURT RE: WITNESS INTIMIDATION |

**COMES NOW,** BETTY CAREY "BC", *pro se*, in the above captioned case, a creditor as well as a witness, states that the following is true and correct to the best of her knowledge:

## BACKGROUND

Northwest Territorial Mint, a twenty year old business with several branches around the U.S. and one in China, which manufactured coin-like medallions, military medals, Boy Scout badges, etc., filed bankruptcy April 1st, 2016. BC's family's stored precious metals, according to the trustee of the estate, had been "stold" [SIC] by the Debtor; however BC's investigation turned up information that the Trustee had inventoried approximately ten million dollars worth of metals but would not show the Inventory, he having told BC that there had only been a couple hundred thousand dollars worth of metals in the vaults left by the Debtor, and only

$1,011 left in a checking account, none of which could be related to her name or any of her family's names or businesses. BC's two-year investigation indicates that an estimated $150,000,000.00 [ONE HUNDRED FIFTY MILLION DOLLARS, (300,000 missing dies @ $500 each) WORTH OF BUSINESS PRODUCTS], and approximately $9,000,000.00 (NINE MILLION DOLLARS) WORTH OF CUSTOMER-STORED PRECIOUS METALS had disappeared from the Inventory <u>after the Trustee and his crew had taken charge of the estate.</u> The Trustee's own "investors" were in charge of accounting. No dies were going to be returned to customers because the trustee said he intended to melt down all 400,000 dies and sell them for scrap steel, for $2 each, even though the dies had cost customers approximately $700 each to design and manufacture.

The bankruptcy was supposed to be Chapter 11 proceedings, reorganizing the Debtor's businesses so that creditors' could be paid and made whole, so it did not make sense to BC why dies would be melted down and never returned, and stored precious metals could not be negotiated to be returned; she had not had any previous problems dealing with the debtor; it seemed that the mint's website was writing false information, so she investigated.

========================================================================

## SOME, NOT ALL INCLUSIVE, OBSTRUCTION, JUNE 20, 2018 – OCTOBER 9, 2018:

Throughout approximately two years of her investigating, BC endured countless people (she believes were stalkers) snapping photos of her, keeping tabs on her, and asking odd personal questions. Photographing her seemed meant to be harassment, her image and location potentially being sent with a press of a send-button for purposes of stalking, putting her in harm's way, and stealing her files and evidence.

Alleged present-day intimidation attempts, began on June 28, 2018, two days after the Trustee returned to Seattle before intensifying on October 15, 2018.

**June 20, 2018:** BC phoned the Trustee regarding the dies to be claimed and the claim-form that supposedly needed to be submitted by June 21, 2018 to preserve the right to argue ownership on July 17, 2018 and July 20, 2018. The Trustee said he was out of town, driving at the time of the phone call, and that he would be back on Tuesday, which would have been **June 26, 2018**. The problem was that the form on the website was still inoperable; a partially completed form would not send without all spaces being filled out; the online form would not accept keystrokes when filling out the blank space listed for additional proof of ownership; this was not the same form as the one-page more simple form that was approved by the judge in this matter after the Trustee had narrowly survived an Order To Show Cause for attempting to extract $300 per die from customers whom had stored the dies. The only way to comply with the Trustee's demand of submitting the form by June 21, 2018 was to sort of trick the claim form into accepting keystrokes and then downloading the form through a printer, filling out the hard-copy of the form and delivering it to the attorneys' address: K&L Gates at 925 4th Ave., 29th floor, downtown Seattle.

**June 21, 2018**, BC delivered the die claim form to the address of the attorneys' office in person prior to closing time. Tiffany Ng was at the front desk to receive it, although she told BC that she was not allowed to initial or sign for having received it, (as she had done previously), other than to give BC a business card with a date on it and another marking other than her name. BC submitted a Claim Form that had been printed from the bankrupt mint's website that was operated exclusively by Trustee Mark Calvert. The form had been inoperable as described above. [The Trustee was ORDERED to list all claimants on July 3, 2018 whom had submitted the form; however, BC's name was not listed.].

===============================================================

On or about **July 11, 2018**, [Details intentionally withheld], a muscly man stomped up to BC while she attempted to cross a downtown Seattle street and angrily, forcefully, shoved his extended middle fingers toward her eyes and face as if to send a Mafia-type message that she is

16-11-767-CMA: INJURED PARTY'S NOTICE
TO THE COURT RE: WITNESS INTIMIDATION

3of 12

Case 16-11767-CMA    Doc 2078    Filed 04/19/19    Ent. 04/19/19 11:21:02    Pg. 3 of 12

going to get f***ed-up; (the man fit the description of the Trustee's hired CEO.) [Many details are intentionally omitted] This man was extremely angry, not merely someone crazy; he did not appear to be a drug addict or derelict or insane, and he seemed to quickly target BC, select her in the midst of a crowd of approximately ten people.

Some days following the verbal attack of July 11, 2018, a person whom BC had previously suspected was working with her legal adversaries stood near her at [Information withheld], an establishment somewhat affiliated with the Trustee's hired law-firm, kept repeating something such as, or similar to: You are f***ed; You're so-o-o-o-- f***ed!

Several physical attacks seemed to have something in common; they were directed at specific bodily areas that, if some enemy were unduly privy to her medical files, would know were vulnerable, [specific examples withheld to ensure medical privacy]. Hypothetical examples are: if her leg had been broken there would be an onslaught of "mini-attacks" directed toward her broken leg, perhaps someone walking on a sidewalk would suddenly veer into her path and aim for a collision with the broken leg; or an adult skateboarder might attempt to crash into her, having aimed for the broken area.

During July 2018, [exact details intentionally withheld for medical privacy] a bus driver catapulted her off a bus by pressing a button and engaging the handicap ramp to rise up and unfold and propel her forward from high above and then be forcefully thrown onto the sidewalk. It didn't seem like an accident, (just to briefly explain a few of numerous incidents). Said mishaps were so numerous and seemingly timed to correlate with Court matters that it is unlikely they were coincidental or accidental.

Physical attacks against BC seem to have stopped for nearly two months during approximately mid-August thru September 2018 since she notified the Court of such harassment and threats, until **October 9, 2018**, whereby an unusual occurrence happened at a facility somewhat associated with the Trustee's hired law-firm, [details intentionally omitted due to sensitivity of information].

===============================================================

For this particular writing, the scope of which will be solely limited to the alleged purposeful attacks, which suspiciously occurred during the Trustee's crew's billing period of **October 12, 2018 thru January 31, 2019,** a time-frame for which he asks the Court for permission not to submit documentation.

===============================================================

**October 15, 2018, approximately noon**, within only a few hours after B.C. finished writing two separate letters to the bankruptcy judge, Christopher M. Alston, and Bill Gates, she was *falsely* arrested at an establishment somewhat affiliated with the Trustee's law-firm, and taken to jail before being able to mail the letters or deliver them. The letters were immediately confiscated by the arresting Seattle police officers, along with the rest of her belongings. She had written to Bill Gates because three of the four attorneys in question are employed at Mr. Gate's father's law firm; they having been hired by the bankruptcy Trustee. [Bill Gates was to be the recipient of two letters, one dated October 15, 2018 and then later, one dated January 8, 2019.] Letter to Judge Alston is hereby submitted as **ATTACHMENT NO 1 :**

BC's clothes were taken by Department of Corrections and she was left with a tight fitting short-sleeved jumpsuit to which she felt as if she was allergic to, no socks or shoes, exposed to dirty floors of various cells she was transferred to while barefooted, with no way to wash her feet or cover her feet except for with toilet paper, as well, no soap available to wash with. Her legs swelled and became a mottled color. She loudly insisted upon seeing a doctor, to no avail. Eventually a DOC officer said she could see a nurse. But even though the jail's own nurse said she needed to see a doctor, they would not let her see a doctor.

Jailhouse torment and torture and stress lasted for twenty-five hours, she still not being released five hours after a judge signed an Order on October 16, 2018 at 9:30 AM for her release on her own recognizance. BC had been accused of such a small, dreamed up, infraction that even if she were to be guilty, which she was not, the fine might have been $25 at most, yet

the City Attorney (whom himself had been involved in bankruptcy cases for twenty five years before becoming the City prosecutor, likely knowing the present-day Trustee, BC's adversary, and surly knowing the law-firm) was requesting a jury trial and for BC to pay $1,000 bail for, not one, but two ridiculous counts of criminal trespass in the first degree.

The actual 10/16/18 hard-copy **Judge's Order** to release BC on her own recognizance and other evidence of alleged DOC wrongdoing, such as but not limited to, swabs of the walls exhibiting a strange lead-colored residue, was stolen, snatched right out of her hand by a Dept of Corrections officer, along with other evidence in her possession right before she was released, never to be returned.

BC later found out after being released, warning fliers regarding flesh-eating bacteria being rampant in Seattle, especially close-quarter unsanitary places (such as jails often filled people whom engage in drugs and homeless camps) were posted on Seattle billboards. Please see example of posted flier re: flesh-eating bacteria as **ATTACHMENT NO 2 :**

**Sometime after the October 15th-16th 2018 jailing:** [Information intentionally omitted for medical privacy] BC is in Emergency Room for what appeared to be painful and rapidly spreading flesh-eating bacteria reacting to heated water and in a pattern where her jailhouse garb had drawn up into bodily crevasses and brushed against previous scar tissue. Based upon the apparent virulence and then the cure, this did indeed seem to be flesh-eating bacteria.

===============================================================

**November 13, 2018:** BC had to be back in Seattle to attend hearings regarding being arrested on October 15, 2018, lest she miss the hearing and be arrested on a bench warrant.

===============================================================

**December 11, 2018:** BC had to be back in Seattle to attend hearings regarding being arrested on October 15, 2018; next hearings January 9, 2019 and January 15, 2019.

===============================================================

**January 8, 2019, 3:49 PM,** Trustee and opposing law-firm to B.C. filed their allegedly spurious Application For Compensation, billing over five million dollars; spurious considering various Trustee and crew's "explain-away(s)", the Trustee's and attorneys' explanations to the court often contradicting their own previous sworn testimony(s), and the enormous amount of unnecessary billing for attorneys' fees for court battles that should not have occurred, such as battles regarding returning customers' stored dies and metals, battles due to the Trustee allegedly lying.

**January 8, 2019, approximately 4:15 PM**, BC, within minutes of the Trustee's submission, mailed a letter to:　　　　　　　　　[info withheld]　　　　　　　　, However, it seemed that each time a letter was finished and ready for mailing, just as had happened on October 15, 2018, within hours, something horrific would happen to BC, the timing of the attacks correlating with BC attempting to get help by mailing S.O.S. letters and filing adversarial court pleadings in light of her being disallowed by the judge to speak in Court, and in light of her not being able to find attorneys willing to oppose such a headwind of powerful attorneys that represented the Trustee.

===============================================================

**January 9, 2019, approximately 10:45 AM, Redmond WA** was to be the day of BC's *fourth appearance in court* regarding the 10/15/18 false arrest. It was a clear day without excessive sun nor excessive cloudiness, little or no traffic, absolutely no reason for a driver not to see a pedestrian walking squarely within the crosswalk in compliance with the pedestrian crossing signal. Pedestrian B.C., for this report, referred to as ("Ped"), eastbound waited to

cross the street at the corner of 161 Ave NE and NE 85th St., Redmond WA. The pedestrian white light illuminated, signaling Ped, the lone pedestrian, that she had the right of way to walk, which she carefully did after looking and confirming no traffic. As she neared the mid-part of the crosswalk, well within the parameters of the walkway, almost to the middle of the street, she glanced toward her left and saw that a silver/gray car appeared to be coming in her direction, with her squarely in the middle of his bumper and showing no indication of stopping. Ped immediately stopped and then proceeded to back-step quickly to get away from the front of the car (the car being approximately 20 feet or so away at that point). It seemed that the car made a veer toward her even after she attempted to back up, whereby she moved backwards as quickly as she could move her feet, an estimated five or six steps trying to run backwards as the vehicle came toward her. The next thing she remembers is that she was flat on her backside on the pavement within the crosswalk, having reversed direction from being mid-way across the street, back to approximately a quarter of the way through the crosswalk with 6 or 8 seconds left on what turned out to be a twenty-second lengthy signal. Her pink and white thermal grocery bag landed near the front of the car, and her feet extended toward the bag but several feet away from it.

If Ped had not seen the car and quickly moved, she would have been squarely hit or run over by the car. She was concerned that the mishap was intentional so she gathered as much information as possible and asked the driver, to no avail, to call the police. She wrote the easily readable WA license number (AXS0596), and she saw the word "Hybrid" written on the car. Not wanting to risk further injury, she did not move from where she sat upright in the crosswalk, the car blocking what little traffic there was. Ped asked the driver to call the police but he refused and cavalierly told her that she could call police if she wanted them called. Ped asked his name and he said "Gary" and confirmed the spelling as having one "r"; then she asked for his last name whereby he said "Bamesberger", spelled as "B-a-m-e-s-b-e-r-g-e-r" he said when asked to clarify. A woman, whose stated name was Lynn Ellis, showed up with a phone a couple minutes after the fact and called the police at Ped's request. The driver falsely told her that he was in the process of calling the police. Ped told her he had refused to call them

until she got there. Ped saw that the vehicle was a "Ford" Hybrid, silver/gray the same color as the road, after the driver moved the car and she could see it at a different angle. The car was moved prior to the police arriving.

Ped felt that her left arm might be broken, her right arm perhaps cracked, and her hips, lower back and right ankle hurt. The driver seemed to attempt to get chummy with the after-the-fact witness. Ped overheard him telling her his phone number as being 206-890-35??; however when Ped asked her what phone number he gave her she said he didn't give her a phone number.

Redmond Police arrived approximately fifteen minutes after the fact, Officers John Atkinson(Caucasian) and Tom Gresham (African American). Ped insisted on officers recording all statements, including hers, but Officer Atkinson told her that they have no way of recording. Ped asked for all video footage from the street cameras, but he also said there were no cameras on these streets, even though one could see what appeared to be cameras, and it was a major intersection.

Ped thought she overheard the driver lie to Officer Gresham, the policeman who interviewed the driver, saying that he stopped to help because she was just sitting in the road. Police seemed dismissive, perhaps because Ped did not want to talk within earshot of the driver, not wanting to give him any information if he was one who was sent to run over her. Police dismissed anything she said and rushed her as if to try to get rid of a problem. At no time did Ped say she was not hurt.

MOST IMPORTANTLY: Near the end of the police being involved, Ped was able to look the driver in the eyes and (politely) ask him a question, which was, "Did you do this intentionally?" Rather than immediately saying no, no way! Or, are you kidding me? I wouldn't do that! Or no I didn't. He didn't say anything, but rather moved backward for a few steps, whereby Officer Tom Gresham quickly interjected himself into the conversation and loudly told the driver, **"YOU DON'T HAVE TO ANSWER THAT! YOU'RE FREE TO GO!"** The driver left with great haste never saying that he did not do this intentionally, and

also the police left quickly, leaving Ped to limp off with at least one severely broken arm with large (effusion), and the need for future surgery, as she would find out hours later in the day.

The Redmond policemen wrote a nonsensical report about Ped being found sitting on the crosswalk and the (unnamed driver, driving a car with no description or license plate number written in the report) stopped to aid the woman in the street being a "traffic hazard". Rather than writing VEHICULAR ASSAULT, the Redmond police wrote the report such that Ped caused a "TRAFFIC HAZARD", a roadway blockage, as if the driver stopped just to help. January 9, 2019, 1:30 PM: What turned out to be less than three hours after the alleged vehicular assault, the charges of 10/15 and 10/16/2018 against BC were dropped, dismissed "in the best interest of justice"; however, without prejudice, which remains scary for BC as the false arrest issue could be brought again.

========================================================================

*It seems that just as the effects of one assault wains, another begins:*

========================================================================

**January 21, 2019**, BC ingested two newly purchased generic Tylenol; approximately 30 minutes later she felt weak and somewhat breathless, as if she was a car running out of gas, then approximately 10 minutes later she lost consciousness and could not be readily revived, and would not blink even with someone tapping at her eyeballs. [Medical information intentionally omitted for privacy]

: This was a near-death experience lasting over three days in a hospital. [Details withheld due to medical privacy]. She believes that the Tylenol was tampered with before purchasing, and was meant to harm her. The generic Tylenol had been a predictable purchase as it was prescribed for pain regarding the broken arm (because BC avoids narcotic medications).

========================================================================

**March 3, 2019, (worth mentioning):** A silver Mercedes car [ WA license No:        ] changed lanes and began driving in the wrong lane of a parking lot toward BC as if to

intentionally make an effort to run over her, although this was not a close call because BC saw it coming from a distance far enough away to get out of the way, she was forced into being in front of an oncoming motorcycle coming from a different direction, not stopping at a stop sign, as if this could have been an orchestrated attack while BC walked in the parking lot.

===============================================================================

**March 11, 2019**, the Trustee's Professionals' Application For Compensation totaling over five million dollars which had been amended to reflect a proposed 45% discount subtracting approximately $3,000,000.00, plus a request for an extra $600,000.00 pertains to specifically the time-frame of October 15, 2018 thru January 31, 2019, includes the alleged hospitalizing attacks on BC (NOT-YET-BILLED AS OF MARCH 11, 2019). The Professionals were asking the Court's permission to not calculate the [perhaps forceful nature of] said billing. The Trustee had been misleading during BC's phone calls of 2016 and 2017 and 2018; lack of documentation of billing likely removes evidence of the Professionals' wrongdoing if allowed.

---

For the above reasons of suspicion of interference, slander against the Debtor, and harm of BC and alleged threats against employees as previously described by the employees themselves, BC **OBJECTS** to all of the billing to be paid to the Trustee and Professionals, and reiterates her **MOTION FOR A SPECIAL 2004 EXAMINATION** of the Trustee and Professionals, with emphasis of Title 18, Section 15, regarding intimidating witnesses.

I hereby swear under penalty of Perjury that the above is true and correct to the best of my knowledge.

BETTY CAREY

# CERTIFICATE OF SERVICE

On or within 24 hours of April <u>19</u>, 20<u>19</u> a true and correct copy of the forgoing: <u>Injured Party's Notice re: Witness Intimidation</u>, was delivered to the Bankruptcy Court, Clerks' Office, at 700 Stewart St., 6th floor, Seattle WA; K&L Gates, 925 Fourth Ave., 29th Floor, Seattle WA, _____.

<u>BETTY CAREY</u>
PRINTED NAME