**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtors. | Case No: 16-11767-CMA<br><br>ORDER GRANTING RELIEF FROM STAY TO APPLY PRE-PETITION RETAINER |

THIS MATTER came before the Court on the Stipulation of Chapter 11 Trustee Mark Calvert ("Trustee") and Karr Tuttle Campbell, P.S. ("KTC") pursuant to 11 U.S.C. § 362(d)(1) of the Bankruptcy Code, Bankruptcy Rule 4001(a) and RCW 60.40.010 to entry of an order granting KTC relief from the automatic stay to allow KTC to apply a pre-petition retainer, as supported by the Declaration of Diana K. Carey. The Court finding that notice was adequate and that the requested relief is appropriate, that KTC has a valid attorney's lien on the $10,000 retainer in its possession and there being no objections or such objections being overruled, it is therefore

ORDER GRANTING RELIEF FROM STAY - 1
#1236178 v1 / 47727-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**Below is the Order of the Court.**

ORDERED that the Stipulated Motion is GRANTED, and Karr Tuttle Campbell is authorized to apply the $10,000 retainer to its prepetition fees and costs of $9,871.55, and is directed to remit the remaining amount of $128.45 to the Trustee.

/// End of Order ///

Presented by:

_[signature]_
Diana K. Carey, WSBA #16239
KARR TUTTLE CAMPBELL
Former Attorneys for Debtor

Approved for entry:

/s/ David C. Neu

David C. Neu, WSBA #33143
K&L Gates LLP
Attorneys for Chapter 11 Trustee Mark Calvert

ORDER GRANTING RELIEF FROM STAY - 2
#1236178 v1 / 47727-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 16-11767-CMA    Doc 2082    Filed 05/01/19    Ent. 05/01/19 09:27:50    Pg. 2 of 2