IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION District of WASHINGTON - Seattle

RE: NORTHWEST TERRITORIAL MI

:
: Bankruptcy Number: 16-11767-CMA
:
**Debtor**
: Chapter: 11

FILED
Western District of Washington
at Seattle

MAY 21 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

### REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Deb Secrest, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 05/14/2019

By: _____/S/ Deb Secrest_____
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankrupt@state.pa.us

UC-666 09-10 (page 1)