FILED
2019 MAY 24 AM 9:15
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, Debtor. | NOTICE OF ALLEGED ADDITONAL WITNESS INTIMIDATION |

**COMES NOW, BETTY CAREY "BC", _pro se_, in the above captioned case, a creditor as well as a witness, states that the following is true and correct to the best of her knowledge:**

**May 17, 2019, approximately 10:35 AM, Redmond WA:** BC, once again, for at least the third time, BC narrowly avoided being run over in what appeared to be vehicular assaults, this occurrence only a block away from the January 9, 2019 broken arm incident in Redmond. Each alleged vehicular assault has occurred within hours of BC finishing writing a letter regarding the bankruptcy proceedings and reaching out for help. Each of the assaults seemed to be directed toward colliding with her left leg, as if some adversary had been privy to her medical records and knew her most painful vulnerable area to target, and as if said adversaries were privy to where the street cameras "weren't" and where investigations would not occur.

At approximately 10:30 AM, BC disembarked from a Redmond bound bus and began walking along 161 Ave. toward the intersection of 83rd Ave. At approximately 10:35 AM BC proceeded to cross the street in accordance with the pedestrian signal light. A silver SUV

passed in front of her having driven from her right side to her left side. BC proceeded to walk approximately a quarter of the way through the crosswalk whereby the silver SUV, for no apparent legitimate reason, quickly sped *backwards* as if to target BC's left leg. This was reminiscent of January 9, 2019 alleged vehicular assault as previously described and submitted to this court on April 19, 2019, DOCKET NO. 2078. BC quickly took evasive maneuvers to avoid being hit by the reversing SUV. If she had not been paying attention she would have been run over or at least hit by the vehicle. Since the January 9th alleged vehicular assault BC had avoided going to Redmond because of the police response being dismissive and protective of the perpetrator, and the Redmond police dispatcher and Redmond police chief refusing to hear BC, as well as the Redmond mayor refusing to hear BC. The Redmond area seemed to create post traumatic stress disorder. This latest alleged attack creates further suspicion regarding the trustee's attorneys who protect the alleged lying trustee because their law-firm is partnered with Redmond's most famous, wealthiest, resident (which is the reason that it is impossible to acquire an attorney whom is not cowed by the immense influence and power of said famous Redmond resident's Gate's law-firm. BC has been physically attacked and harmed numerous times, including injuries requiring hospitalization and urgent emergency room care since the bankruptcy began on April 1, 2016, such as but not limited to the following:

There have been at least three alleged vehicular assaults:
1) Approximately July 2018 a car coming from nowhere sped toward BC as she attempted to cross Aurora Blvd and 90th Ave (exact records stored on an external USB drive were taken and not returned (allegedly stolen) on October 15, 2018 by Seattle Police during the false arrest of BC).
2) January 9, 2019, Redmond WA, as previously described in Docket No. 2078, a very quiet hybrid Ford vehicle, the same color as the road, with no blinker on as he turned toward BC at the intersection of 85th Ave and 161 Ave drove toward BC as if on a sneak attack; this ended with at least one broken arm but likely additional injuries to her leg and spine. Redmond police wrote a misleading police report stating there were no injuries and that BC had been essentially

16-11-767-CMA: NOTICE OF ALLEGED         2 of 3
ADDITIONAL WITNESS INTIMIDATION

Case 16-11767-CMA    Doc 2088    Filed 05/29/19    Ent. 05/29/19 13:16:00    Pg. 2 of 3

sitting in the road as if the perpetrator came along and rescued her.

3) April 17, 2019 a vehicle attempted to run over BC by quickly reversing as she crossed the street in Redmond as described above in this SUPPLEMENT TO DOCKET NO. 2078.

Respectfully submitted and sworn as truthful,

*BETTY CAREY*