Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767-CMA

SUPPLEMENTAL DECLARATION OF GENE FRINK IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES TO RANGER INDUSTRIES, LLC

I, Gene Frink, declare as follows:

1. I am the Manager of Ranger Industries, LLC. I am over eighteen (18) years of age and I am competent in all ways to testify. Unless otherwise stated, I make the following statements based on my personal knowledge. I submit this Declaration in support of the Motion for Order Authorizing the Sale of Property of the Estate Free and Clear of All Liens, Claims, Interests, and Encumbrances to Ranger Industries, LLC (the "Motion").

2. As described in the Motion, I entered into an Asset Purchase Agreement (the "APA") on behalf of Ranger Industries, LLC for the sale of certain assets of the estate. A true and correct copy of the APA is attached as Exhibit A to the proposed order granting the Motion. *See* Dkt. No. 2093-1.

SUPPLEMENTAL DECLARATION OF GENE FRINK IN
SUPPORT OF MOTION FOR ORDER AUTHORIZING
THE SALE OF PROPERTY FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES TO
RANGER INDUSTRIES, LLC - 1
502402004 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2097    Filed 08/12/19    Ent. 08/12/19 16:08:30    Pg. 1 of 2

3. Ranger Industries, LLC agrees to abide by Northwest Territorial Mint, LLC's privacy policy, as stated on its website at the following link: https://store.nwtmint.com/page/privacy_info/, with respect to NWTM customer information acquired in connection with the sale contemplated by the Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 12th day of August 2019, at Carson City, Nevada.

*/s/ Gene Frink*
Gene Frink

SUPPLEMENTAL DECLARATION OF GENE FRINK IN
SUPPORT OF MOTION FOR ORDER AUTHORIZING
THE SALE OF PROPERTY FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS, AND ENCUMBRANCES TO
RANGER INDUSTRIES, LLC - 2
502402004 v3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2097    Filed 08/12/19    Ent. 08/12/19 16:08:30    Pg. 2 of 2