FILED
Western District of Washington
at Seattle

AUG 0 0 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Jeffrey Mark of McMeel
POB 6273
Bellevue, Washington (98008)

August 25, 2019 A.D.
City of Bellevue

Office of the United States Court Administrator
Administrator Janet and clerk Jim Kinch
700 Stewart Street
Suite 6301
Seattle, WA 98101

RE: Surety, Subrogee and Claim Case No. : 16-11767 Northwest Territorial Mint LLC

Federal Reserve Project

    I do not consent to my name being securitized or collateralized to pay the debts of the United States owed to the Federal Reserve or other entity. My name is in fact a surety and subrogee which makes me the creditor to the debtor the United States. However, I have given the United States, US trustee, etc. power of attorney which bypasses any statutory laws or government codes which might have any operation of legal force against my surety, my subrogee or Jeffrey-Mark: McMeel, the Claimant and Creditor of the Estate which has been delivered to a court clerk of the United States by the bankruptcy laws of the United States.

    If you check the Claims registry you will find I have a verified proof of Claim under notary seal.

    Consider this your SF 61, the Appointment Affidavit and your Miranda warning to the undersigned. Our contract under the National Constitutions.

    Administrate your duties for this Claimant and beneficiary of the paramount Trust/Contract you swore to uphold. Execute your authority to settle the amount claimed held by the Bankruptcy Court clerk Jim Kinch and the court Administrator Janet at Seattle. I require payment now.

Thank you,

L.S. _____ *Jeffy Mark McMeel* _____ Jeffrey-Mark: McMeel a man of God in full life, beneficiary and priority Claimant

CC: Administrator Jose Cullen, US Trustee

# APPOINTMENT AFFIDAVITS

Fiduciary for Jeffrey-Mark: McMeel, in esse, Cestui Que trust                Today
_(Position to which Appointed)_                                              _(Date Appointed)_

U.S Court Administrator           Bankruptcy              Seattle
_(Department or Agency)_          _(Bureau or Division)_  _(Place of Employment)_

I, Jim Kuch _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
_(Signature of Appointee)_

Subscribed and sworn (or affirmed) before me this ____ day of _____, 2____

at _____          _____
        _(City)_                            _(State)_

(SEAL)                               _____
                                     _(Signature of Officer)_

Commission expires_____        _____
(If by a Notary Public, the date of his/her Commission should be shown)          _(Title)_

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APPOINTMENT AFFIDAVITS

Fiduciary for Jeffrey-Mark: McMeel, in esse, Cestui Que trust    Today
*(Position to which Appointed)*    *(Date Appointed)*

U.S Court Administration    U.S. Bankruptcy Court    Seattle
*(Department or Agency)*    *(Bureau or Division)*    *(Place of Employment)*

I, JANET ~ Court Administrator , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this____ day of _____, 2____

at _____    _____
   *(City)*    *(State)*

(SEAL)    *(Signature of Officer)*

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*    *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

