The Honorable Christopher M. Alston
Chapter 11
Location: Seattle

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT LLC,<br><br>Debtor. | No. 16-11767<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010 (b) Kathryn A. Ellis hereby gives notice of her appearance in this bankruptcy proceeding as the Chapter 7 Trustee of the estate of Diane Erdmann, Bk. No. 19-41238.

Pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010 (b), Kathryn A. Ellis hereby requests notice of all matters in the above captioned Chapter 11 case which require notice to creditors, to a creditor's committee, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010 (b), copies of all proposed plans and disclosure statements, notices of any orders, applications, complaints, Proofs of Claims, demands, hearings, motions, petitions, pleadings, or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise. Kathryn A. Ellis requests that such notice be served as follows:

Kathryn A. Ellis PLLC
5506 6th Ave S, Suite 207
Seattle, WA 98108

Dated this 19th day of September, 2019.

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Chapter 7 Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\NWTM\appear_not.wpd

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 1**