Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Rm. 7206
Hearing Date: Friday, October 18, 2019
Hearing Time: 9:30 a.m.
Response Date: October 11, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA<br><br>DECLARATION OF KATHRYN A. ELLIS IN SUPPORT OF RESPONSE TO PAULA AND RICHARD PEHL'S OBJECTION TO MOTION TO APPROVE SETTLEMENT WITH BRADLEY COHEN AND COHEN ASSET MANAGEMENT, INC. AND KATHRYN A. ELLIS AND TO AUTHORIZE SALE OF SEIZED PROPERTY |

Kathryn A. Ellis declares as follows:

1. I am the Chapter 7 Trustee in case no. 19-41238, United States Bankruptcy Court for the Western District of Washington.

2. Mark Calvert, Trustee of Northwest Territorial Mint, LLC, and I have filed motions to approve a settlement with respect to the Seized Property. Since those motions were filed, I have solicited alternative offers for purchase of the Seized Property, from the following entities:

- Renton Coin Shop Inc.
- The Gold Center Inc.
- Sound Gold Buyers
- The Coin Market LLC
- Redmond Rare Coins
- American Rarities Rare Coin Company

DECLARATION OF KATHRYN A. ELLIS - 1
502545721 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

- Cash for Gold
- Market Coins & Collectibles
- Pacific Iron & Metal
- Seattle Coin Shop
- Coin & Stamp Shop
- LJR Coins
- Tacoma Mall Blvd Coin & Stamp
- Pinnacle Rarities
- B&I Coin Shop
- American Coin & Vault

3. Of these entities, two have indicated a lack of interest, two have submitted competing offers in the amounts of $130,000.00 and $135,235.00, subject to inspection. Two entities have made offers, not subject to inspection. American Rarities Rare Coin Company ("ARRCC") offered $147,500. ARRCC is located in Boulder, Colorado, and has requested two days to pack and remove the items, which I believe can be accommodated from a storage facility nearby. LJR Coins offered $128,300.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 16th day of October, 2019, at Seattle, Washington.

Kathryn A. Ellis

DECLARATION OF KATHRYN A. ELLIS - 2
502545721 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2126    Filed 10/16/19    Ent. 10/16/19 14:53:41    Pg. 2 of 2