| | |
|---|---|
| | Honorable Christopher M. Alston |
| | Hearing Date: October 18, 2019 |
| | Hearing Time: 9:30 a.m. |
| | Location: Seattle |
| | Chapter 11 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 16-11767 |
| NORTHWEST TERRITORIAL MINT LLC, | RESPONSE IN SUPPORT OF NORTHWEST TERRITORIAL MINT LLC'S MOTION TO APPROVE SETTLEMENT WITH BRADLEY STEPHEN COHEN AND COHEN ASSET MANAGEMENT AND KATHRYN A. ELLIS AND TO AUTHORIZE SALE OF SEIZED PROPERTY |
| Debtor. | |

COMES NOW Kathryn A. Ellis, the Chapter 7 Trustee of the bankruptcy estate of Diane Erdmann, Bk. No. 19-41238, by and through the undersigned attorney, and submits the attached Reply to Objections that has been filed in the Erdmann estate (Bk. No. 19-41238, Docket No. 84) as a Response in support of Northwest Territorial Mint LLC's Motion to Approve Settlement with Bradley Stephen Cohen and Cohen Asset Management and Kathryn A. Ellis and to Authorize Sale of Seized Property.

DATED this 17th day of October, 2019.

                /s/ Kathryn A. Ellis
                Kathryn A. Ellis, WSBA #14333
                Attorney for Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\NWTM\settle_reply.wpd

**RESPONSE IN SUPPORT OF NORTHWEST TERRITORIAL MINT LLC'S MOTION TO APPROVE SETTLEMENT WITH BRADLEY STEPHEN COHEN AND COHEN ASSET MANAGEMENT AND KATHRYN A. ELLIS AND TO AUTHORIZE SALE OF SEIZED PROPERTY - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 16-11767-CMA    Doc 2131    Filed 10/17/19    Ent. 10/17/19 16:13:30    Pg. 1 of 5

Honorable Mary Jo Heston
Hearing Date: October 22, 2019
Hearing Time: 9:00 a.m.
Response Date: October 15, 2019
Location: Tacoma
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DIANE ERDMANN,<br><br>Debtor. | No. 19-41238<br><br>REPLY TO OBJECTIONS OF ERDMANN, PEHL AND HANSEN TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY |

COMES NOW Kathryn A. Ellis, the Chapter 7 Trustee herein, and in reply to the Objections of the Debtor and Paula and Richard Pehl to the Motion to Approve Settlement filed in this preceding, and the Objection of Ross Hansen filed in the bankruptcy estate of Northwest Territorial Mint LLC (Bk. No. 16-11767, Docket No. 2128) that was not filed in this proceeding, but is anticipated, states as follows:

## I. REPLY TO FACTS - ERDMANN

The debtor's objection claims that the motion to sell her "personal property" is for the benefit of Bradley Cohen and the estate of Northwest Territorial Mint, and contends they are not her creditors. However, those parties have competing interests in the assets and accordingly, while they are not creditors of her estate, and will receive no distribution by the estate, it is necessary to settle their adverse claims of interest to allow this estate's assets to be liquidated.

For clarification, items listed on the inventory, including numbers 4 (Apple iPad Pro), 52 (Dell desktop computer and monitor), and 78 (files and papers), are not part of the sale (they are

**REPLY TO OBJECTIONS OF ERDMANN, PEHL AND HANSEN TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 1**

KATHRYN A. ELLIS PLLC
5506 6ᵗʰ Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 19-41238-MJH    Doc 231    Filed 10/17/19    Ent. 10/17/19 16:43:30    Pg. 1 of 4

marked N/A) and either were seized by the FBI or returned to Mr. Ross. In any event, they are not a part of the sale.

The Trustee's motion proposes to sell the estate's interest to Bellevue Rare Coins or to the party making the highest and best offer at or prior to the time of the hearing. The Trustee has solicited other offers and has received, at this juncture, four higher bids, with the highest bid to date in the amount $147,500.00[1] from American Rarities Rare Coin Company located in Boulder, CO. The items will continue to be marketed and, as stated in the motion, it is the Trustee's intention to accept the highest and best offer she receives at or prior to the hearing on this motion.

## II. REPLY TO FACTS - PEHL

The debtor's bankruptcy schedules do not list the Pehls as creditors. See Docket No. 39. Further, the Pehls have not filed a Proof of Claim asserting that they are creditors of Ms. Erdmann. The debtor has listed the assets at issue as property of her estate. See Docket No. 39, page 10, and Docket No. 60, page 15. The debtor has also asserted ownership by herself in the case of Northwest Territorial Mint (see Bk. No. 16-11767, Docket No. 1319). The Pehls are correct that ownership has not been established and there are competing claims to property of this estate by the bankruptcy estate of Northwest Territorial Mint and Bradley Cohen/Cohen Asset Management Inc. for the reasons set forth in the Trustee's motion. The settlement of the competing interest in the assets is in the best interest of the estate as the cost of litigation would significantly diminish, if not eliminate, any meaningful net recovery to the estate. The Trustee has considered all of the factors set forth in *In re A & C Properties,* 784 F.2d 1377 (9th Cir.

---

[1] This amount was reduced to $147,000.00 due to the exclusion of the eleven items subsequently identified by Ross Hansen.

**REPLY TO OBJECTIONS OF ERDMANN, PEHL AND HANSEN TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

1986).

Exhibit 1 to the Trustee's motion, which contains the inventory of the Ross Hansen seized property, refers to a gold price as of the date of the preparation of that inventory, May 10, 2016. The reference in the motion to $1,004.00 per ounce was a typographical error. The current spot price of gold is $1,493.07.

### III. REPLY TO FACTS - HANSEN

Although Mr. Hansen's response was not filed in this bankruptcy proceeding, only in the estate of Northwest Territorial Mint LLC (see Bk. No. 16-11767, Docket No. 2128), the same is addressed here. To the extent of eleven items identified totaling a claimed amount of $3,297.50 in value, Mr. Hansen has not filed any exemption pursuant to any particular statute; his attorney only references RCW 6.15.010, without any section identified. Presuming that Mr. Hansen refers to RCW 6.15.010 (1)(d)(ii) (other personal property), Mr. Hansen can file a claim of exemption identifying the property claimed exempt and identify the specific law that allows the exemption (Official Form 106C), and those items identified and claimed exempt can be removed from the sale.

//

//

//

**REPLY TO OBJECTIONS OF ERDMANN, PEHL AND HANSEN TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 3**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 16-11767-CMA    Doc 2341    Filed 10/07/19    Ent. 10/07/19 16:04:33    Pg. 3 of 4

## IV. SUMMARY

In sum, Trustee has solicited offers from various other coin/precious metal buyers/dealers, one of which has made a higher and better offer. Three other bidders have made offers in excess of the current proposed buyer, but those bidders have made their offers subject to inspection of the inventory and/or are in lesser amounts than the highest and best offer received to date. The Trustee will accept the highest and best offer received at or prior to the hearing on this motion.

DATED this 17th day of October, 2019.

                                                /s/ Kathryn A. Ellis
                                                Kathryn A. Ellis, WSBA #14333
                                                Attorney for Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\settle_reply.wpd

**REPLY TO OBJECTIONS OF ERDMANN, PEHL AND HANSEN TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 4**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 16-14701-CMA    Doc 231    Filed 10/17/19    Ent. 10/17/19 16:04:33    Pg. 5 of 5