|   | Honorable Christopher M. Alston |
|---|---|
|   | Hearing Date: October 18, 2019 |
|   | Hearing Time: 9:30 a.m. |
|   | Location: Seattle |
|   | Chapter 11 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | No. 16-11767 |
|---|---|
| NORTHWEST TERRITORIAL MINT LLC,<br><br>Debtor. | SUPPLEMENTAL RESPONSE IN SUPPORT OF NORTHWEST TERRITORIAL MINT LLC'S MOTION TO APPROVE SETTLEMENT WITH BRADLEY STEPHEN COHEN AND COHEN ASSET MANAGEMENT AND KATHRYN A. ELLIS AND TO AUTHORIZE SALE OF SEIZED PROPERTY |

COMES NOW Kathryn A. Ellis, the Chapter 7 Trustee of the bankruptcy estate of Diane Erdmann, Bk. No. 19-41238, by and through the undersigned attorney, and submits the attached Declaration of Trustee (Exhibit 1) and Declaration of Christopher G. Williams (Exhibit 2) that have been filed in the Erdmann estate (Bk. No. 19-41238, Docket Nos. 85 and 86, respectively) in supplement to the Response in support of Northwest Territorial Mint LLC's Motion to Approve Settlement with Bradley Stephen Cohen and Cohen Asset Management and Kathryn A. Ellis and to Authorize Sale of Seized Property (Docket No. 2131).

DATED this 17th day of October, 2019.

                                       /s/ Kathryn A. Ellis
                                       Kathryn A. Ellis, WSBA #14333
                                       Attorney for Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\NWTM\settle_dec_reply.wpd

**SUPPLEMENTAL RESPONSE IN SUPPORT OF NORTHWEST TERRITORIAL MINT LLC'S MOTION TO APPROVE SETTLEMENT WITH BRADLEY STEPHEN COHEN AND COHEN ASSET MANAGEMENT AND KATHRYN A. ELLIS AND TO AUTHORIZE SALE OF SEIZED PROPERTY - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

# EXHIBIT 1

Honorable Mary Jo Heston
Hearing Date: October 22, 2019
Hearing Time: 9:00 a.m.
Response Date: October 15, 2019
Location: Tacoma
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DIANE ERDMANN,<br><br>Debtor. | No. 19-41238<br><br>DECLARATION OF TRUSTEE IN SUPPORT OF REPLY TO OBJECTIONS OF ERDMANN AND PEHL TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY |

Kathryn A. Ellis declares and states as follows:

1. I am the Trustee in this matter and have testimonial knowledge of the facts set forth in this declaration.

2. After buyer Bellevue Rare Coins was located, I drafted a solicitation letter directed to businesses in the coin and precious metal buying trades. The highest and best offer I have received is from American Rarities Rare Coin Company in the amount of $147,000. This offer is not subject to the buyer's inspection of the inventory. Presently, I am circulating that offer to the other potentially interested buyers, including the proposed buyer in the motion,

//

//

//

DECLARATION OF TRUSTEE IN SUPPORT OF REPLY
TO OBJECTIONS OF ERDMANN AND PEHL TO
MOTION TO APPROVE SETTLEMENT AND SALE OF
ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 1

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Bellevue Rare Coin, to determine whether any higher bids or offers will be made up to or at the time of the hearing.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 17th day of October, 2019 at Seattle, Washington.

By: /s/ Kathryn A. Ellis
Kathryn A. Ellis

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\settle_reply_KAE_dec.wpd

DECLARATION OF TRUSTEE IN SUPPORT OF REPLY
TO OBJECTIONS OF ERDMANN AND PEHL TO
MOTION TO APPROVE SETTLEMENT AND SALE OF
ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 2

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

# EXHIBIT 2

Honorable Mary Jo Heston
Hearing Date: October 22, 2019
Hearing Time: 9:00 a.m.
Response Date: October 15, 2019
Location: Tacoma
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>DIANE ERDMANN,<br><br>              Debtor. | No. 19-41238<br><br>DECLARATION OF CHRISTOPHER G. WILLIAMS IN SUPPORT OF REPLY TO OBJECTIONS OF ERDMANN AND PEHL TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY |

Christopher G. Williams, declares and states as follows:

1. I am the assistant to the Trustee herein, have testimonial knowledge of the facts set forth in this declaration and competent to testify thereto.

2. The Trustee drafted a solicitation letter and directed me to send that to businesses in the coin and precious metal buying trades. I conducted an online investigation for possible business and, where email addresses or fax numbers were not posted on their websites, called such businesses to obtain their contact information. Attached hereto as Exhibit 1 is my tracking list of to whom, when, and how the Trustee's letter was sent, together with the parties' responses as they have been received, if any to date.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 16th day of October, 2019 at Seattle, Washington.

By: /s/ Christopher G. Williams
Christopher G. Williams

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\settle_reply_CGW_dec.wpd

DECLARATION OF CHRISTOPHER G. WILLIAMS IN
SUPPORT OF REPLY TO OBJECTIONS OF ERDMANN AND
PEHL TO MOTION TO APPROVE SETTLEMENT AND SALE OF
ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 1

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 19-41238-MJH    Doc 86    Filed 10/17/19    Ent. 10/17/19 16:06:28    Pg. 1 of 3
Case 16-11767-CMA    Doc 2132    Filed 10/17/19    Ent. 10/17/19 16:36:42    Pg. 6 of 8

# EXHIBIT 1

Sent 10/4/2019

| | |
|---|---|
| Renton Coin Shop Inc. | Email |
| Northgate Rare Coins & Precious Metals | Email |
| The Gold Center Inc. | Email |
| Sound Gold Buyers | Email |
| The Coin Market LLC | Email |
| Redmond Rare Coins | Email (2 addresses) |
| American Rarities Rare Coin Company | Email |
| Cash for Gold | Email |
| Market Coins & Collectibles | Email |
| Pacific Iron & Metal | Facsimile |

Sent 10/7/2019

| | |
|---|---|
| Seattle Coin Shop | Email |

Sent 10/11/2019

| | |
|---|---|
| Coin & Stamp Shop | Email |
| LJR Coins | Email |
| Tacoma Mall Blvd Coin & Stamp | Email |
| Pinnacle Rarities | Email |
| B&I Coin Shop | not interested (but referred me to American Coin & Vault) |
| American Coin & Vault | Email |

| | |
|---|---|
| Sound Gold Buyers | 10/5/19 email saying no thank you. |

| | |
|---|---|
| Renton Coin Shop Inc. | 10/4 VM - interested in bidding |
| | 10/15 email - **$135,235 bid; requests inspection** |
| American Rarities Rare Coin Company | 10/4 T/C - will send offer 10/7/19 |
| | 10/10 email - **$147,500 bid** |
| Redmond Rare Coins | 10/7 T/C - will send soft bid, subject to inspection |
| | 10/8 email - **$130,000 bid; requests inspection** |
| Pacific Iron & Metal | 10/9 T/C - will send email confirming interest, but will require inspection first |
| | 10/10 email - notice of interest; requests inspection |
| Seattle Coin Shop | 10/10 email - notice of interest; requests inspection |
| Coin & Stamp Shop | 10/11 email - notice of interest |
| LJR Coins | 10/15 email (2) - notice of interest |
| | 10/15 email - **$128,300 bid** |