**Below is the Order of the Court.**

_[Signature]_
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>ORDER AUTHORIZING SALE OF SEIZED PROPERTY |

This matter having come before the Court on the NWTM Trustee's Motion to Approve Settlement with Bradley Cohen, Cohen Asset Management, and Kathryn A. Ellis (the "Motion"), and the Court having considered the Motion, the Declarations of Mark Calvert, David C. Neu, and Joe Munchel in support thereof, any responsive and reply papers, and the arguments of counsel, if any, and having found that:

1. The sale (the "Sale") proposed in the Motion is reasonable;

2. The minimum price for the Seized Property, set forth in the Motion, is reasonable; and

3. Good cause exists for authorizing the Sale,

NOW, THEREFORE, it is ORDERED as follows:

ORDER GRANTING MOTION TO APPROVE SALE - 1
502552984 v2

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2136    Filed 10/21/19    Ent. 10/21/19 11:04:39    Pg. 1 of 4

1. Pursuant to 11 U.S.C. § 363(b), the NWTM Trustee and Erdmann Trustee are authorized to participate in the consummation of a sale of the Seized Property less the following items (the "Excluded Items"), which shall be excluded from the sale:

| # | Lot | Description | Weight | Quantity |
|---|-----|-------------|--------|----------|
| 2 | 1&2 | Bag Silver Bars/Copper Rounds | 7.1 LBS | 1 |
| 3 | 1&2 | Bag Wheat Pennies 50 Face worth 2.5 Cents Each | 34 LBS | 1 |
| 10 | 3&4 | Small Cardboard Box of Misc Coins, Bars and Knifes | 4.06 LBS | 1 |
| 12 | 3&4 | Red Box with Misc Medals and Tokens | 8.87 LBS | 1 |
| 48 | 5&6 | Bag of Misc Token Medals - Mostly Non Precious | | 1 |
| 49 | 5&6 | Box Lot Misc Medals, Belt Buckle, Hobo Nickel | | 1 |
| 50 | 5&6 | Box Lot British Cap Insignia, Military & School Medals | | 1 |
| 51 | 5&6 | Assortment of Spoons Medals, Money Clips, ID Tags | 4.05 LBS | 1 |
| 57 | 10 | Small Box Medals - Lapel Pins | | 1 |
| 77 | 13 | Lot Misc Coins, Medals and Tokens | | 1 |
| 83 | 17 | Misc Medals | | 4 |

to Bellevue Rare Coins, American Rarities Rare Coin Shop, or any party providing a higher and better offer (the "Buyer"), provided, however, that the purchase price shall be no less than $127,886.19 (ten percent less than the Original Offer of $142,095.77);

2. If Bradley Cohen and Cohen Asset Management consent, Diane Erdmann, on behalf of Ross Hansen, may take possession of the Excluded Items at a time and place to be determined by the Erdmann Trustee;

ORDER GRANTING MOTION TO APPROVE SALE - 2
502552984 v2

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Below is the Order of the Court.**

3.  Except as otherwise specifically provided herein, pursuant to 11 U.S.C. §§ 105(a) and 363(f), the Seized Property shall be transferred at closing to the Buyer, free and clear of all interests, including liens, claims, and encumbrances, with all such interests to attach to the net proceeds of the sale in the order of their priority, with the same validity, force and effect which they now have as against the Seized Property;

4.  The sale of the Seized Property by the Trustees to Buyer (A) is or will be legal, valid and effective transfers of the Seized Property; (B) constitutes a transfer for reasonably equivalent value and fair consideration under the United States Bankruptcy Code; and (C) except as otherwise specifically provided herein, will vest Buyer with all right, title and interest of the estates of NWTM and Erdmann to the Seized Property free and clear of all liens, claims and encumbrances pursuant to Section 363(f) of the Bankruptcy Code;

5.  This Order shall be effective immediately upon entry, and any stay of orders provided for in Bankruptcy Rules 6004(h), 6006(d), 7062 and any other provision of the Bankruptcy Code or Bankruptcy Rules shall not apply, is expressly lifted and this Order is immediately effective and enforceable.

///END OF ORDER///

Presented by:

K&L GATES LLP

By: */s/ David C. Neu*
Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING MOTION TO APPROVE SALE - 3
502552984 v2

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2136    Filed 10/21/19    Ent. 10/21/19 11:04:39    Pg. 3 of 4

**Below is the Order of the Court.**

1 | Agreed as to form and entry:

2 | LAW OFFICE OF KATHRYN A. ELLIS

4 | By: */s/ Kathryn A. Ellis*

5 | Kathryn A. Ellis, WSBA #14333
Attorney for Trustee

ORDER GRANTING MOTION TO APPROVE SALE - 4
502552984 v2

K&L GATES, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022