Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle, Rm. 7206
Hearing Date: November 22, 2019
Hearing Time: 9:30 a.m.
Response Date: November 15, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re

Northwest Territorial Mint LLC,

　　　　Debtor.

Case No. 16-11767-CMC

**JOINDER IN TRUSTEE COUNSEL'S MOTION TO ALTER AND AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW IN ORDER ON FEE APPLICATIONS**

Mark Calvert hereby joins in the *Trustee Counsel's Motion to Alter and Amend Findings of Fact and Conclusions of Law in Order on Fee Applications* (Docket No. 2141) (the "Motion"), filed on October 25, 2019, by K&L Gates, LLP in the above-captioned bankruptcy case of Northwest Territorial Mint, LLC (the "Debtor"). Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Motion.

For the reasons set forth in the Motion and the *Declaration of Michael J. Gearin In Support of Trustee's Counsel's Motion to Alter and Amend Findings of Fact and Conclusions of Law in Order on Fee Applications* (Docket No. 2142), Mark T. Calvert joins in, adopts, and incorporates the arguments and authorities set forth in the Motion.

JOINDER IN TRUSTEE COUNSEL'S MOTION TO
ALTER AND AMEND FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 1
502574506 v1

K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2145    Filed 10/25/19    Ent. 10/25/19 18:41:02    Pg. 1 of 3

1  DATED: October 25, 2019                Respectfully submitted,

                                    By:      /s/ Mark Calvert

                                          Mark Calvert

JOINDER IN TRUSTEE COUNSEL'S MOTION TO
ALTER AND AMEND FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 2
502574506 v1

K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on October 25, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 25th day of October, 2019 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

JOINDER IN TRUSTEE COUNSEL'S MOTION TO ALTER AND AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW - 3
502574506 v1

K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022