


Crabcat Studio, Washington State

RECEIVED
Western District of Washington
at Seattle

OCT 29 2019

COPY

January 22, 2018

Relating to: Bankruptcy Filing 16-11-767-CMA

Dear Judge Christopher A. Alston,

Kindly bear with this somewhat unorthodox communication, it centers upon the ongoing kabuki dance with NWTM/Medallic reorganization Bankruptcy filing #16-11-767-CMA.

For 10 years we are clients of NWTM custom medallion minting division. Marty Colwell, mint custom sales specialist was (and may well be again) our vastly competent sales person, and technically resourceful man. Also, a low key "eye in the sky" re: past and current NWTM corporate strategizing/machinations.

For so many years we a experienced problem free, timely delivery, entirely satisfactory business relationship. Our need for JPI Crabcat inventory was seamlessly fulfilled.

Given that context until about a month ago, we had no cause for alarm, to investigate, nor were we apprized of the full impact/ramifications of NWTM/Medallic Arts Corporate world problems. Now they are already impinging on our livelihood. One proximal issue is the approximate $40k investment (for us an investment of a lifetime) in our working "splash cast" custom die tools – now sequestered, along with mold patterns, etc. at NWTM Tool library. Approximately 16 die tools comprise our collection (see visuals). See J. Illg and M. Colwell email thread January 18, 2018.

As of this date we are in the dark with respect of the state of affairs at NWTM, and the vulnerability, of our fully bought and paid for die tool collection. Again, we paid a premium for outright ownership of the tools.

For us personally and professionally it is a time of almost debilitating anxiety and distraction from our usual JPI Crabcat work activities, about our mounting efforts, need to inform clients of stock NA, business plans arrested, etc. The core of our concern is the sale to a liquidation minded/fire sale/ bottom fishing/ operating asset auctioning mint equipment buyer. Instead of a "keep the business entity functioning/going concern" kind of mint facility buyer. It would be further devastating and unjust for our die tool collection to be stolen and relegated to the category of operating assets to be melted as scrap or tools unscrupulously employed by a competing business. We have checked with DFI, have spoken with Mr. Calvert's law associates and have emailed Mr. Calvert (find enclosed email).

Crabcat Studio, Washington State



The tools are adapted from, inspired by PNW 18/19th century tribal master pieces of Salish Sea Spindle Whorl art. Years have gone into the evolution of the master plates, molds and patterns. 8,000 hours of Joseph Illg's time investment. We were on the cusp with corporate gift clients. Currently outreach to them discontinued. Supply of this stock is nuclear and vitally essential. They represent an historic meshing of Art, Culture and Technology. This inventory must continue for Crabcat/JPI to continue to survive and thrive as a small business with cash flow positivity. We've invested our house equity, etc. Our growing clientele base including, Tribal Museum Stores, Retail Gallery Venues, other private clients and organizations expect us to have supply for them.

This capability is an indispensable foundation for our endeavor. After a brutal recession we were just getting our footing again.

In the event NTWM is incapable or unwilling to produce and deliver art medallion stock we shall, for survival sake, have to make arrangements with an alternative minting facility. For that trustee Calvert must return our die tools. Our business is now disrupted, our livelihood jeopardized.

Please give us some cause for optimism. If your office could provide a remedy for our dilemma/situation/crisis we along with clients (past and present numbering over #1000) would be relieved and reassured that there is yet some compassion and humanity to buffer what all too often appears as an unjust cold blooded business arena. We still hold out hope that collaboration symbiosis and mutual benefit can win out.

Respectfully,

*J. Illg*

Joseph Paul Illg

Crabcat/JPI Studio

PO Box 15163 Seattle, WA 98115

Home Office 23606, 49th Place West, Mount Lake Terrace, WA 98043

Phone: 425-361-2382

Email: crabcat@comcast.net

Reader,
Kindly bear with handwriting
[redacted] contributes
to a keyboard confusion.
Thanks for understanding.

*ASIDE: While it was good of the court to order die tool transfer → Medal Craft it took 10 mo. before they delivered suitable inventory. By such time all operating capital depleted, 2018-2019 business plans demolished. Kindly add this note to our file.*
*—Joseph Paul Illg*

**Please consider sharing our campaign with your networks.** KINDLY
**Anything you can think of.**
GOOGLE: ILLG COWAN FUNDRAISER
**Only with your contribution can we continue making lovely things.**

URGENT! NEED A LITTLE BUNGALOW NOT HOMELESS FATE
✱ BARELY SURVIVING - HELP!



✦ Fundraiser / Joseph Illg-Cowan • LEUKEMIA • HERBAL

✱ NOW FINANCES ARE HELLISH - NEED IMMEDIATE HELP $

23606, 49TH PLACE W. MLT WA. 98043

GOOGLE: ILLG COWAN



PRIMAL SCREAM TIME
$ LIFE IS A NIGHTMARE



UNFORSEEABE SETBACKS
ILLNESS AND STAGGERING MISFORTUNE
YOU MAY BE DISMAYED, JOE IS
STONE COLD TERRIFIED

**Joseph Paul Illg**
Pacific NW Coastal Inspired Native Art

- NEW! Stone Table Tops
- Ancient Salish Spindle Whorl Art
- Ceramic, Glass, Copper, Stone
- Salish Inspired Watches, Aurista Co.
- Fountains, Google Dario's Statuary
- Garden Art, Near S. Seattle Costco
- Jewelry Lines to Include:
  - Solid Copper & Silver Pendants
  - Corporate Custom & Quantity
  - Boehm's Candies of Issaquah, WA
- Salish inspired chocolates!

Made in Washington
crabcat@comcast.net
Phone: 425-361-2382

JPI, P.O. Box 15163
Seattle, WA 98115
www.CrabcatStudio.com



**BR CASE # 16/17671**

## https://www.gofundme

My neighbor, Joe Illg, has deep roots in the the Puget sound region, and for the past 20 years or so has been a prominent native inspired sculpture and repousse artist. His father was a marine biologist at the San Juan research center, and his mother was an artist and art teacher. His family generously bequeathed Illg preserve, eight hundred feet of shoreline on 11 acres to the San Juan island preservation trust. His art is displayed by or sold by, the Duamish, the Muckleshoot, the Jamestown S'Klallam, & the Snohomish tribes. Over the past year he has had to deal with a series of serious health, professional, and personal setbacks that have made it extremely difficult for him to get by, culminating in the impending loss of his house to the tennis court next door. I'm hoping to be able to extend to him a helping hand. **⊗ WITH STPT, NO RECIPROCATION, COOPERATION**

First a bit about Joe's health. Joe has chronic lymphocytic leukemia, which requires, even with medicare, $300 a month in medications. This eats up the entirety of his $300/month social security payments, meaning that his business is how he pays for everything else. In addition to his leukemia, he has severe osteo arthritis in his left knee, making it difficult to get around. His macular degeneration which requires Avastin injections so that he doesn't slowly go blind. He's also got Dupuytren's contracture in his ring fingers, which prevents him from extending them. He has managed to work through all of these things, since he needs to do so to support himself. This was fine for several years until he was hit with both a business and housing crisis.

In May 2016, the Northwest Territorial Mint, who Joe had contracted to make for him the pendants that made up most of his business, went bankrupt **GOOGLE SEE: NEWS NWTM BANKRUPT**

At first, he was still able to get pendants from them, but by 2017 he was unable to get any stock and, even worse, was unable to get his dies released by the bankruptcy court. He drained his savings through 2017 fighting to get his dies back and transferred to a new vendor. He only recently managed this in the past few months and is still working to get good quality product. In addition he spent 30-40 hours a week repousseing copper in his studio, on his feet, on his bad knee to make up for his lost income. **NOW DESTITUTE - PLEASE HELP**

Just as Joe started to get back on his feet with a new supplier, new problems came his way. After a slipshod repair by the local mechanic, the transmission on his van went out, and he was forced to purchase a replacement car, since he travels to art shows and fairs to sell his copper work.

As a final nail in the coffin, Joe found out recently that he will be forced to leave his home and studio of the past 5 years, as his house is being knocked down to make room for a tennis club.

I'm asking for help for Joe so that he can find a new home and studio and pay for the move, pay off the debts he's accumulated over a year of severely reduced income, and rebuild his savings.

**2019 VERY URGENT NEED ASAP A LITTLE 1 OR 2 BR BUNGALOW KING OR SNOHOMISH CO. LIVING TRUST etc. ITS ONLY REASONABLE JOSEPH PAUL ILLG SHOULD NOT BE OVERWHELMED WITH ANXIETY FACING HOMELESSNESS AND THE END OF HIS WORKLIFE AFTER ALL THE PERSONAL & PROFESSIONAL SACRIFICE OF LAST 25 y**