FILED
Western District of Washington
at Seattle

OCT 29 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

October 24, 2019 AD
Renton

Dear Clerk Mark Hatcher,

The enclosed Standby Letter of Credit (copy) has been deposited in the night deposit box of BANK OF AMERICA.

The credits ($) ordered by Judge Alston are available at any Bank of America bank.

Please send me a receipt after your sight Draft has been deposited with the bank.

Thank you for honoring this presentment for the Sanctions Order.

respectfully,

Jeffrey-Mark: McMeel
c/o P.O. Box 6273    Bellevue City (98008)

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

United States Courthouse
700 Stewart Street, Room 6310
Seattle, WA 98101

October 15, 2019

Mr. Jeffrey McMeel
Post Office Box 6273
Bellevue, WA    98008

      Re:   16-11767 Northwest Territorial Mint LLC

Mr. McMeel,

You have requested a statement of the amount of sanctions owed in the above-referenced case as of October 31, 2019. The calculation below is based upon the following orders: (a) the Order Following Hearing on Order to Show Cause Why Sanctions Should Not be Imposed and Amended Order to Show Cause Re Civil Contempt (docket no. 328), and (b) the Order Following Hearing on Motion for Order (1) Restricting Jeffrey Mark McMeel from Filing Certain Pleadings and Documents; and (2) Sealing Certain Pleadings and Documents Previously Filed (docket no. 1295). This statement supersedes prior payoff statements.

| | |
|---|---|
| $4,999.00 | Balance owed per Court's order of October 26, 2017 (docket no. 1295) |
| $17,550.00 | Additional sanctions of $25.00/day accrued from November 28, 2017 through October 31, 2019 (702 days x $25) (per docket no. 1295) |
| **$22,549.00** | **Total sanctions owing as of October 31, 2019** |

Note that the amount of sanctions set forth above will continue to increase at the rate of $25.00/day after October 31, 2019, until paid in full, per the Court's order of October 26, 2017.

Mark L. Hatcher
Clerk of Court

Cc:   ECF Docket, case no. 16-11767

# IRREVOCABLE STANDBY LETTER OF CREDIT

By Certified #     7018 3090 0001 1221 3543

**Letter of Credit No:** 16-11767        **Date:** October 24, 2019 AD

**Date of Expiry:** November 30, 2019

**Beneficiary:**
Western Washington Bankruptcy court
700 Stewart Street #6301
Seattle, WA 98101

**Account Party:**
JEFFREY M MCMEEL
℅ P O Box 6273
Bellevue City (98008)

Attn: Mark L. Hatcher, Clerk of Court

Federal Reserve Bank through Bank of America Checking account No. ▮▮▮▮▮▮8397 ,bank routing No.▮▮▮▮0024 ("Issuing Bank") hereby establishes this Irrevocable and Transferable Standby Letter of Credit No. 16-11767 in favor of Western Washington Bankruptcy Court ("Beneficiary") for the account of Jeffrey Mark McMeel ("Account Party") for the aggregate amount of up to $22,549.00 -United States dollars- available to Beneficiary by presenting sight draft(s) to Issuing Bank when accompanied by a signed and dated statement by an authorized representative of Beneficiary certifying the following:

1. "The amount drawn herein is to satisfy obligations of Account Party between Beneficiary and Account Party. Wherefore, the undersigned Beneficiary does hereby demand payment of $_____. Beneficiary further certifies that supporting documents when required were presented to Account Party and that Account Party has not satisfied its obligations."

## SPECIAL TERMS AND CONDITIONS

1. Partial and multiple drawings are allowed hereunder. The amount that may be drawn by Beneficiary under this Letter of Credit shall be automatically reduced by the amount of any payments made through Issuing Bank checking account referencing this Letter of Credit.

2. This Letter of Credit shall automatically extend without amendment for periods of one month each from the present or any future expiry date.

3. This Letter of Credit is transferable without charge any number of times, but only in the amount of the full unutilized balance hereof and not in part and with the approval of Account Party which consent shall not be unreasonably withheld, conditioned or delayed.

4. The term "Beneficiary" includes any successor by operation of law of the named beneficiary to this Letter of Credit, including, without limitation, any liquidator, any rehabilitator, receiver or conservator.

5. Presentations for drawing may be delivered in person, by mail, by express delivery, or by facsimile.

6. All Bank charges are for the account of Account Party.

7. Typographical errors are acceptable in all documents presented by the Beneficiary so long as the typographical errors do not affect the value of the credit.

8. Issuing Bank checking account hereby agrees with Beneficiary that documents presented for drawing in compliance with the terms of this Letter of Credit will be duly honored upon presentation at Issuing Bank's counters if presented on or before the expiry date.

9. Unless otherwise expressly stated herein, this Letter of Credit is subject to the Bankruptcy laws of the United States, equity and legal doctrine of subrogation.

---

ISSUING BANK OF AMERICA ACCOUNT SIGNATURE

By _Jeffy Mark M·Meel_ authorized representative
Confirmer, Applicant and Issuer

State of Washington  }
                     }  ss.
County of King       }

On this day personally appeared before me _Jeffrey Mark Mc Meel_ known to be the man described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned. Given under my hand and official seal this

_24_ day of _October_, (year) _2019_

(Signature of officer) _____
(official seal)

> Susan I Oak
> Notary Public
> State of Washington
> My Appointment Expires 08/23/2023
> Commission Number 48689

Notary Public in and for the
state of Washington, residing at _Renton_