Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

November 6, 2019

<u>**Via U.S. Mail**</u>

Joseph Paul Illg
23606 49th Place West
Mountlake Terrace, WA 98043

    Re:    *In re Northwest Territorial Mint LLC*, Case No. 16-11767-CMA

Dear Mr. Illg:

    The Court received your letter that was placed on the Court's docket on October 29, 2019 [Docket No. 2150]. Your letter asks the Court for assistance in recovering property that you assert belongs to you. The Court cannot provide relief to anyone based on a letter. If you want the Court to take any action, you must file and serve a motion or commence an adversary proceeding in accordance with the Federal and Local Rules of Bankruptcy Procedure.

    Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having ex-parte contact with a party concerning matters that may come before it. The court staff is barred from giving you any legal advice in this matter. I strongly suggest that you contact an attorney to assist you in this matter.

Sincerely,

*[signature]*

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston

cc:    Michael Gearin & David Neu (*via ECF*)