FILED
Western District of Washington
at Seattle

NOV 13 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

William Hanson
PO Box 64655
University Place, WA
98464

November 7, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

FEDERAL BUILDING
700 STEWART ST
SEATTLE, WA 98101

CASE # 16-11767-CMA

THE HONORABLE CHRISTOPHER M. ALSTON

Your Honor:

The most character revealing aspect of Mr Gearin's motion to reconsider the court's decision on fee distribution is his audacity to make the request. The professionals' duty was to create some recovery for the creditors, but from the beginning of this BK, there has been no consideration of or for the creditors.

It appears that the professionals are positioning themselves to be first in line to recover on future discovery of assets of NWTM. Also, if this is a career that these professionals pursue, the result of this BK would look terrible on a resume.

William L. Hanson
Creditor NWTM