**Below is the Order of the Court.**

_[signature]_

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR ORDER GRANTING AUTHORITY TO (1) PAY SECURED TAX CLAIMS OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; AND (2) TO PAY CERTAIN ALLOWED ADMINISTRATIVE CLAIMS |

This matter came before the Court on the Chapter 11 Trustee's Motion for Order Granting Authority to (1) Pay Secured Tax Claims of Texas Comptroller of Public Accounts; and (2) to Pay Certain Allowed Administrative Claims (the "Motion"). Having considered the Motion, the Declaration of Mark Calvert filed in support of the Motion, any responses to the Motion and replies thereto, and the pleadings and papers herein, it is **HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED.

2. The Trustee is authorized to pay, to the State of Texas, $9,679.29 in full satisfaction of claim number 3034 and $1,201.37 in full satisfaction of claim number 3032.

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER
GRANTING AUTHORITY TO (1) PAY TAX CLAIMS OF
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; AND
(2) TO PAY CERTAIN ALLOWED ADMINISTRATIVE
CLAIMS - 1
502588415 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Below is the Order of the Court.**

3. The Trustee is authorized to pay $345.00 to Kelsey Jordana in full satisfaction of her allowed administrative claim.

4. The Trustee is authorized to pay $8,985.00 to Port City Centre LLC in full satisfaction of its allowed administrative claim.

//END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER GRANTING AUTHORITY TO (1) PAY TAX CLAIMS OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; AND (2) TO PAY CERTAIN ALLOWED ADMINISTRATIVE CLAIMS - 2
502588415 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022