Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Christopher M. Alston
Chapter 11
Hearing Location: Seattle Rm 7206
Hearing Date: Friday November 22, 2019
Hearing Time: 9:30 a.m.
Response Date: November 15, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, Debtor. | REPLY IN SUPPORT OF TRUSTEE COUNSEL'S MOTION TO ALTER AND AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW IN ORDER ON FEE APPLICATIONS |

## I. REPLY

K&L Gates LLP ("K&L Gates" or "Trustee Counsel"), counsel for the Chapter 11 Trustee for Northwest Territorial Mint, LLC (the "Trustee"), files this Reply in support of its Motion to Alter and Amend Findings of Fact and Conclusions of Law in Order on Fee Application (Dkt. No. 2141) ("Motion to Alter and Amend"). No objections have been filed to the Motion to Alter and Amend.[1]

Trustee Counsel is prepared to appear at the hearing Friday, November 22, 2019. The Trustee filed a joinder to the Motion to Alter and Amend. The Trustee has separate counsel, Paul Fogarty, who is prepared to specially appear for purposes of the Trustee's joinder, solely in the Trustee's capacity as an applicant for compensation.[2] While Trustee Counsel and Mr. Fogarty are prepared to

---

[1] On November 7, 2019, William Hanson filed a letter with the Court that references "Mr. Gearin's motion to reconsider the court's decision on fee distribution." However, that letter does contain any substantive response to the Motion to Alter and Amend and does not object to the relief requested.

[2] The Trustee is out of the country on a previously scheduled trip and is unable to attend the hearing.

TRUSTEE COUNSEL'S REPLY IN SUPPORT OF
MOTION TO ALTER AND AMEND FINDINGS OF
FACT AND CONCLUSIONS OF LAW IN ORDER ON
FEE APPLICATIONS- 1
502637113 v3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

attend the hearing, in light of the fact that there are no objections to the Motion to Alter and Amend, Trustee Counsel and the Trustee are prepared to rest on the pleadings if the Court determines that no hearing is necessary.

DATED this 19th day of November, 2019.

K&L GATES LLP

By */s/Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

TRUSTEE COUNSEL'S REPLY IN SUPPORT OF MOTION TO ALTER AND AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW IN ORDER ON FEE APPLICATIONS- 2
502637113 v3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2176    Filed 11/19/19    Ent. 11/19/19 15:29:25    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on November 19, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 19th day of November, 2019 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

TRUSTEE COUNSEL'S REPLY IN SUPPORT OF MOTION TO ALTER AND AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW IN ORDER ON FEE APPLICATIONS- 3

502637113 v3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2176    Filed 11/19/19    Ent. 11/19/19 15:29:25    Pg. 3 of 3