

Western District of Washington
FILED
at Seattle

DEC -- 2019

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# *Affidavit and Declaration of Status*

Comes now Jeffrey Mark McMeel, Affiant with his estate to whom it may concern:

Affiant hereby declares he is a Private Civilian and his estate is private, a free inhabitant and native of Washington and his estate are non-combatant, non-militant.

Affiant denies that he, his estate and all of its' goods are now or ever have been an enemy to, or an ally of an enemy to the United States of America, the United States or any other government.

Affiant disclaims that he and his estate are now or ever have been a fiduciary of or a surety for any commercial entity without full, complete, and timely disclosure.

Affiant presumes government courts, any agency of the United States, including Social Security Administration/ Trustees and government Social Security Account gives him civilian due process of law in any matter concerning Jeffrey Mark McMeel and his estate.

I verify the foregoing is true and correct, the truth and the whole truth , so help me God the Father.

Executed on this _29th_ day of _November_
Year of our Lord Two thousand and nineteen A.D.     Time_9:38_ (A.M) P.M.

By: _Jeffry Mark McMeel_ Jeffrey Mark of McMeel all rights and liberties
reserved. grantor/beneficiary

POB 6273 Bellevue, Washington (98008)   Tel.: 971-412-3626

State of Washington      }
_____}_____ss._____
County of King      }

On this day personally appeared before me_Jeffrey Mark McMeel_ known to be the man described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned. Given under my hand and official seal this

_29 th_ day of _November_, (year) _2019_

(Signature of officer)_Anna Ripich_
_____ (official seal)
Notary Public in and for the
state of Washington, residing at _Auburn, WA_

ANNA RIPICH
COMMISSION EXPIRES
NOTARY
199752
PUBLIC
5-19-22
STATE OF WASHINGTON

CERTIFICATE OF SERVICE

Affiant, L. S. Jeffrey- mark: McMeel, in Full Life do hereby certify that I mailed by first class mail on November 29 , 2019 A D:

Affidavit and Declaration of Status   Sworn November 29,2019 A D at Renton Washington

TO:
Court clerk
Western Washington Bankruptcy court
700 Stewart St.
#6301
Seattle, Washington 98101

AND TO:
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
One Columbus Circle NE
Washington D.C. 20544

AND TO:
UNITED STATES TRUSTEES OFFICE
700 STEWART ST
# 5103  SEATTLE, WA 98101

AND TO:
UNITED STATES ATTORNEYS OFFICE
700 STEWART ST.
# 5220  SEATTLE , WA 98101

AND TO:
SOCIAL SECURITY
636  120th Ave. NE
Bellevue, WA  98005

By: _____ L. S. Jeffrey-Mark: McMeel, a neutral
Beneficiary, and equity interest holder  in Full Life

PO Box 6273
Bellevue, Washington (98001)