Paul E. Fogarty, WSBA No. 26929
Fogarty Law Group PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
P: 206.826.9400

Honorable Christopher M. Alston

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

    Debtor.

Case No. 16-11767-CMA

NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT;

AND TO: PARTIES.

Please take notice that Mark Calvert, without waiving any objections, including objections as to improper service or jurisdiction, enters his appearance in this case, individually as a fee applicant, by and through his attorney of record, PAUL E. FOGARTY and Fogarty Law Group PLLC. You are advised that service of all further pleadings, notices, documents or other papers, exclusive of original process, may be had on defendant by serving the undersigned attorneys at the address stated below.

//
//
//
//

NOTICE OF APPEARANCE - 1

FOGARTY LAW GROUP PLLC
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
P: 206.826.9400  F: 206.826.9405

DATED this 2nd day of January, 2020.

        FOGARTY LAW GROUP PLLC

*Paul E. Fogarty* (signature)

_____
Paul E. Fogarty, WSBA No. 26929
Fogarty Law Group PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
P: 206.826.9400
F: 206.826.9405
pfogarty@fogartylawgroup.com
Attorney for Mark Calvert

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That he is a paralegal with Fogarty Law Group, and on January 2, 2020, he caused the foregoing to documents to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 2nd of January, 2020 at Seattle, Washington.

/s/Johan Karlsen
Johan Karlsen, Senior Paralegal

NOTICE OF APPEARANCE - 3

FOGARTY LAW GROUP PLLC
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
P: 206.826.9400  F: 206.826.9405

Case 16-11767-CMA    Doc 2183    Filed 01/02/20    Ent. 01/02/20 14:07:25    Pg. 3 of 3