Christopher M. Alston
  Bankruptcy Judge

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

January 3, 2020

Jeffrey Mark McMeel
P.O. Box 6273
Bellevue, WA 98001

    Re: *Northwest Territorial Mint LLC* **16-11767**

Dear Mr. McMeel:

    The Court received your recent telephone calls seeking to make inappropriate ex parte communications regarding the Northwest Territorial Mint LLC bankruptcy proceeding. You are prohibited from contacting any person by telephone in the Clerk's Office or my Chambers regarding this matter. All of your future communications with the Court about this case must be in writing and placed on the Court's docket.

    Sincerely,

    Christopher M. Alston
    United States Bankruptcy Judge

cc:    United States Marshals Service (via email)
       United States Trustee (via ECF)