Paul E. Fogarty, WSBA # 26929
FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 331-0172

Honorable Christopher M. Alston
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re

Northwest Territorial Mint LLC,

Debtor.

Case No. 16-11767-CMA

**AMENDED NOTICE OF APPEAL FROM ORDER ON FEE APPLICATIONS OF TRUSTEE, CASCADE CAPITAL GROUP, LLC, K&L GATES, AND MILLER NASH GRAHAM & DUNN [DKT. NO. 2118]; AND ORDER ON MOTION TO ALTER OR AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW IN ORDER ON FEE APPLICATIONS [DKT. NO. 2182]**

This Amended Notice of Appeal hereby amends the *Notice of Appeal* [D.I. 2184] filed on January 2, 2020 (the "Original Notice of Appeal"). Notice is hereby given that, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 28 U.S.C. § 158, Mark T. Calvert, trustee in the above-referenced case, by and through his attorneys of record, ("Appellant") hereby appeals to the United States Bankruptcy Appellate Panel of the Ninth Circuit from (a) the *Order on Fee Applications of Trustee, Cascade Capital Group, LLC, K&L Gates, and Miller Nash Graham & Dunn* of the United States Bankruptcy Court for the Western District of Washington at Seattle [D.I. 2118] (the "Fee Order"), and (b) the *Order on Motion to Alter or Amend Findings of Fact and Conclusions of Law in Order on Fee Applications* [D.I. 2182] (the "7052 Order," and together with the Fee Order, the "Orders").

AMENDED NOTICE OF APPEAL - 1

FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 331-0172
Facsimile: (206) 826-940

Case 16-11767-CMA    Doc 2193    Filed 01/06/20    Ent. 01/06/20 10:41:59    Pg. 1 of 5

Pursuant to Bankruptcy Rule 8003(a)(3) and in accordance with Official Form 417A, the names of all parties to the Orders and the names, addresses, and telephone numbers of their attorneys (or in the case of a pro se litigant, the address of such litigant) are:

| Party Name | Role | Attorney Contact Information |
|---|---|---|
| 1. Mark T. Calvert | Appellant | Paul E. Fogarty<br>FOGARTY LAW GROUP PLLC<br>1001 4th Avenue, Suite 3200<br>Seattle, WA 98154<br>Telephone: (206) 331-0172<br>-and-<br>Thomas E. Patterson<br>Daniel J. Bussel<br>Nir Maoz<br>KTBS LAW LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4010 |
| 2. K&L Gates | Applicant | Michael J. Gearin<br>David C. Neu<br>Brian T. Peterson<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Telephone: (206) 623-7580<br>(206) 623-7580 |
| 3. Cascade Capital Group, LLC<br>1501 Fourth Avenue<br>Suite 2840<br>Seattle, WA 98101 | Applicant | *Pro se* |
| 4. Official Unsecured Creditors Committee | Appellee | Mark D. Northrup<br>MILLER NASH GRAHAM & DUNN LLP<br>2801 Alaskan Way, Suite 300<br>Seattle, Washington 98121<br>Telephone: (206) 623-8300 |
| 5. William L. Hanson<br>P.O. Box 64655<br>University Place, WA | Appellee | *Pro se* |

AMENDED NOTICE OF APPEAL - 2

FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 331-0172
Facsimile: (206) 826-940

Case 16-11767-CMA    Doc 2193    Filed 01/06/20    Ent. 01/06/20 10:41:59    Pg. 2 of 5

| | | | |
|---|---|---|---|
| | 98464 | | |
| 6. | Randall Lovelace
5021 W AR 58 Hwy
Melbourne, AR 72556 | Appellee | *Pro se* |
| 7. | Julie Williams
819 Blazingwood Dr.
Greensboro, NC 27406 | Appellee | *Pro se* |
| 8. | E. James Lunt
2537 E. Edgewood Ave.
Mesa, AZ 85204 | Appellee | *Pro se* |
| 9. | Eric A. Watts
11365 N. Forest Grove Rd.
Mooreseville, IN 46158 | Appellee | *Pro se* |
| 10. | Robert Difatta
1107 Horne Street
St. Charles, IL 60174 | Appellee | *Pro se* |
| 11. | David L. Sorensen
10 Clover Lane
Pasco, WA 99301 | Appellee | *Pro se* |
| 12. | Frank Roberto
166 Berkshire Rd.
Merrick, NY 11566 | Appellee | *Pro se* |
| 13. | Jay Trushenski
4158 Stampede Drive
Carson City, NV 89701 | Appellee | *Pro se* |
| 14. | Jeff Manke
24917 13th Place S
Des Moines, WA 98198 | Appellee | *Pro se* |
| 15. | Jeffrey Mark McMeel
900 Jefferson St
Olympia WA 98501 | Appellee | *Pro se* |
| 16. | Lee H. Thorsell
23450 Butterfield Trail
Bend, OR 97702-9614 | Appellee | *Pro se* |

AMENDED NOTICE OF APPEAL - 3

FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 331-0172
Facsimile: (206) 826-940

Case 16-11767-CMA    Doc 2193    Filed 01/06/20    Ent. 01/06/20 10:41:59    Pg. 3 of 5

| | | |
|---|---|---|
| 17. Jodie Hirtler<br>136 Big Creek Ln<br>Murphy NC 28906 | Appellee | *Pro se* |
| 18. David Dougherty<br>3846 Old Milton Hwy<br>Walla Walla, WA 99362 | Appellee | *Pro se* |
| 19. Larry F. Rowe<br>2418 Country Road 220<br>Durango, CO 81303 | Appellee | *Pro se* |
| 20. John Eisenmann<br>258 N 2nd Street<br>Decatur, IN 46733 | Appellee | *Pro se* |
| 21. Scott Ainsworth<br>2880 Tradewinds Trail<br>Green Bay WI 54313 | Appellee | *Pro se* |
| 22. Melvin J. Bell<br>165 Parsonage Road<br>Colfax, LA 71417-6075 | Appellee | *Pro se* |
| 23. David J. Lord Jr.<br>1651 Bird Point Dr.<br>Cotopaxi, CO 81223 | Appellee | *Pro se* |
| 24. Amanda Hull<br>P.O. Box 127<br>Emmigrant, MT 59027 | Appellee | *Pro se* |
| 25. Robert L. Reid<br>1416 Hayes St<br>Aberdeen, WA 98520 | Appellee | *Pro se* |
| 26. Douglas L. Davidson<br>516 E. Golden Bell Rd.<br>Saint David, AZ 85630 | Appellee | *Pro se* |
| 27. Peter Berger<br>227 Deerfield Rd<br>Elmer NJ 08318 | Appellee | *Pro se* |
| 28. Glenn B. Grayman<br>6511 Western Run Dr. | Appellee | *Pro se* |

AMENDED NOTICE OF APPEAL - 4

FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 331-0172
Facsimile: (206) 826-940

Case 16-11767-CMA    Doc 2193    Filed 01/06/20    Ent. 01/06/20 10:41:59    Pg. 4 of 5

|  |  |  |  |
|---|---|---|---|
|  | Baltimore, MD 21215 |  |  |
| 29. | Grace Yow<br>16483 N 165th Avenue<br>Surprise, AZ 85388 | Appellee | *Pro se* |
| 30. | Igor Lachter<br>14-17 Lucena Dr.<br>Fair Lawn, NJ 07410 | Appellee | *Pro se* |
| 31. | Tim Tait<br>155 Hillcrest Rd.<br>Mohnton, PA 19540 | Appellee | *Pro se* |
| 32. | Matthew Staley<br>620 So I St<br>Tacoma, WA 98405 | Appellee | *Pro se* |
| 33. | Paula Pehl<br>813 Barnhart St<br>Raymond, WA 98577 | Appellee | *Pro se* |

Pursuant to Bankruptcy Rule 8003, a copy of the Fee Order is attached hereto as **Exhibit A** and a copy of the 7052 Order is attached hereto as **Exhibit B**. The Original Notice of Appeal was accompanied by the prescribed fee.

DATED: January 3, 2020            Respectfully submitted,

By:            /s/ Paul E. Fogarty
Paul E. Fogarty
FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 331-0172

*Attorney for Mark T. Calvert*

AMENDED NOTICE OF APPEAL - 5

FOGARTY LAW GROUP PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 331-0172
Facsimile: (206) 826-940

Case 16-11767-CMA    Doc 2193    Filed 01/06/20    Ent. 01/06/20 10:41:59    Pg. 5 of 5