# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: | Case No. 16-11767-CMA |
| NORTHWEST TERRITORIAL MINT, LLC, | Internal Appeal No. 20-S001 |
| Debtor. | **Appellee's Election to Have this Appeal Heard by the District Court** |

Paula Pehl, Appellee, through her counsel, Dillon E. Jackson of Law Office of Dillon E. Jackson PLLC, elects to have the appeal filed by Mark Calvert filed on January 2, 2020 (Dkt. # 2184) heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Appellee states:

1. Appellee's name is Paula Pehl.

2. Appellant did not elect to have this appeal heard by the District Court.

3. No other Appellee has filed an election to proceed in District Court.

4. Appellee is a creditor in the above entitled case.

Paul Pehl elects to have this appeal heard by the United States District Court rather than

/ / / /

/ / / /

Appellee's Election to Have this Appeal Heard by the District Court - 1

Law Office of Dillon E. Jackson PLLC
2510 Fairview Ave E #300
Seattle, Washington 98102
206 693-3605
djlawpllc@gmail.com

Case 16-11767-CMA    Doc 2203    Filed 01/14/20    Ent. 01/14/20 10:26:52    Pg. 1 of 2

by the Bankruptcy Appellate Panel.

Dated January 13, 2020.

Law Office of Dillon E. Jackson PLLC
s/ Dillon E. Jackson
Dillon E. Jackson, WSBA # 1539
djlawpllc@gmail.com
2510 Fairview Ave E. #300
Seattle, WA 98102
(206) 693-3605

Appellee's Election to Have this Appeal Heard by the District Court - 2

Law Office of Dillon E. Jackson PLLC
2510 Fairview Ave E #300
Seattle, Washington 98102
206 693-3605
djlawpllc@gmail.com