The Honorable Christopher M. Alston
United States Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101

Your Honor,

We have been party to these proceedings for going on five years.

We understand that these matters may take time, but it appears to be somewhat excessive and the most recent 2 batches of doucments we received were overwhelming to say the least.

All it did is outline attorney's fees, expenses, employee vacation compensation, etc.etc etc., amounts requested, amounts authorized, amounts declined.

Nowhere did I see anything regarding the victims and the amounts they are asking to be reimbursed.

Is this what is identified as a white colar crime? Attorneys etc. receiving thousands of dollars and the victims nothing.

I have claimed before in writing and do again, that this process appears to be a gross miscarrage of justice.

No doubt by the time it gets around to any compensation for the victim's the few assets remaining (if any) will have been gobbeled up in legal fees and expenses.

I don't know if it is appropriate that I address you directly, but I can not say that our voices are being heard at all
through the Attorneys handling these proceedings. We need some help for the claimants.

I don't feel any additional financial reimbursement for expenses should be granted without something for the real victims.

We are retired, living on fixed income, and intended this investment in silver to subsidise our income.

We also feel positively sure the owners of Northwest Territorial Mint are not being at all impacted as no doubt their
personal assetts were well protected.

Respectfully

Mr and Mrs Robert J DiFatta
1107 Horne St.
St Charles, IL 60174

RECEIVED
Western District of Washington
at Seattle

JAN 14 2020