The Honorable Christopher M. Alston
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| In Re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC , | Internal Appeal No. 20-S001 |
| Debtor. | **Appellee's Supplemental Designation of Record on Appeal** |

Paula Pehl, Appellee, through her counsel, Dillon E. Jackson of Law Office of Dillon E. Jackson PLLC, in accordance with Fed. R. Bankruptcy P. Rule 8009(a)(2) submits the following addition items designated as the record on appeal:

| Item | Entry Date | Docket No. |
|---|---|---|
| Declaration *of Larry R. Cook in Support of G. RA. Co. Awards Manufacturing LP's Memorandum Supporting Payment of Break-Up Fee* | 7/1/2016 | 480 |
| Objection *to Trustee's Motion for Order to Authorize (1) Deadline to Assert Claims of Ownership of Coining Dies, and (2) Settlement Protocol to Resolve Claims of Such Ownership* (Related document(s) | 4/11/2018 | 1580 |
| Declaration *of Joseph Negri in Support of Objection of United States Golf Association to Trustee's Motion for Order to Authorize (1) Deadline to Assert Claims of Onwership[sic] of Coining Dies, and (2) Settlement Protocol to Resolve Claims of Such Ownership* | 4/11/2018 | 1581 |
| Scheduling Order: Order Approving Motion to Approve (I) Deadline to Assert Claims With Respect to Ownership of NWTM Coining Dies; and (II) Settlement Protocol to Resolve Claims to Ownership of NWTM Dies (Related document(s) | 5/21/2018 | 1671 |
| Motion to Shorten Time *on Motion to Enforce a Prior Court Order*. | 6/19/2018 | 1730 |

Appellee's Supplemental Designation of Record - 1

Law Office of Dillon E. Jackson PLLC
2510 Fairview Ave E #300
Seattle, Washington 98102
206 693-3605
djlawpllc@gmail.com

| ORDER Following ORDER to Show Cause | 8/23/2018 | 1860 |

Dated January 20, 2020.

                                            Law Office of Dillon E. Jackson PLLC
*s/ Dillon E. Jackson*
Dillon E. Jackson, WSBA # 1539
djlawpllc@gmail.com
2510 Fairview Ave E. #300
Seattle, WA 98102
(206) 693-3605

Appellee's Supplemental Designation of Record - 2

Law Office of Dillon E. Jackson PLLC
2510 Fairview Ave E #300
Seattle, Washington 98102
206 693-3605
djlawpllc@gmail.com

Case 16-11767-CMA    Doc 2209    Filed 01/20/20    Ent. 01/20/20 11:53:05    Pg. 2 of 2