FILED
Western District of Washington
at Seattle

JAN 17 2020

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Jeffrey McMeel
℅ P O Box 6273
Bellevue City, (98008)

January 8, 2020 AD
Within city limits

Western Washington Bankruptcy Court
United States Courthouse
700 Stewart St. # 6301
Seattle, WA 98101

RE: Court fiduciary appointment Case No. 16-11767 Northwest territorial Mint LLC

Dear Court Fiduciaries,

    Please see the attached letter sent from Judge Alston's Chambers to one "Mr. McMeel". The telephone hearing with the deputy Brandon was within a fiduciary arrangement on file with the Court and in the court docket. The Court accepted my fiduciary power of attorney in 2016, available for public viewing.

    I, as authorized representative, for Jeffrey McMeel, Notice the Court that I am a private civilian, a free inhabitant on the soil of Washington state, a non belligerent, and non-combatant. I am not now, nor have I ever been an enemy to or ally to any enemy of the United States. I apologize for any confusion with the United States, the court or US Trustee.

Fiduciary appointment and verbal deposit

    For and on the record, my communication with Brandon, a court officer, partners in a fiduciary capacity are present, in the estate duties of the United States, which includes the court, where possession of the estate is held within city limits.

Verbal
My deposit with the court:

1. I accept your oaths under the Constitution and SF form 61 and bind you to it.
2. I am making a verbal deposit of title deeds to effect a reconveyance and reconversion of the estate held by the court.
3. I am an exclusive heir and beneficiary, cestui que trust, of the estate.
4. I am appointing the court as fiduciary in the matter.

Case 16-11767-CMA    Doc 2210    Filed 01/21/20    Ent. 01/22/20 09:42:40    Pg. 1 of 4

Thank you for acknowledging and accepting my fiduciary appointment for the court. Thank you for upholding your public oaths as is your duty. The court and I have an agreement, so show cause why not. It's agreed and on the record. I am going to hold you fiduciaries and the court to your words which you didn't say.

The fiduciary relationship is in equity, not a legal proceeding, which the court has a duty within trust relations. I have appeared in equity with special deposits. The court is holding the Res and I want the court to preserve the Trust property, manage and protect it for my benefit.

Consider making an act of confession to get it off your conscience and thus avoid the capital state.

Thank you for your honest, fair and honorable service as court fiduciary,

By: _____ Jeffrey McMeel, authorized representative.

Cc: U.S Court Administrators, US Trustee in Seattle

*[Handwritten at top: "January 10, 2020 AD"]*

*[Handwritten across top: "Equitable item of issue from you. Return for Deposit only! and Asset"]*

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

Christopher M. Alston
Bankruptcy Judge

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

January 3, 2020

Jeffrey Mark McMeel
P.O. Box 6273
Bellevue, WA 98001

Re: *Northwest Territorial Mint LLC* **16-11767**

Dear Mr. McMeel:

The Court received your recent telephone calls seeking to make inappropriate ex parte communications regarding the Northwest Territorial Mint LLC bankruptcy proceeding. You are prohibited from contacting any person by telephone in the Clerk's Office or my Chambers regarding this matter. All of your future communications with the Court about this case must be in writing and placed on the Court's docket.

Sincerely,

*[Signature]*

Christopher M. Alston
United States Bankruptcy Judge

*[Handwritten right of signature: "Court fiduciary appointment and acknowledgement accepted for value by Christopher M Alston."]*

*[Handwritten below: "Endorsed for value and return for deposit to the fiduciary court. By Jeffy McMeal authorized representative without recourse or warranty"]*

cc:  United States Marshals Service (via email)
     United States Trustee (via ECF)

Accepted for value return on deposit, return to Fiduciary Court Trustee for complete settlement. JANUARY 03, 2020 AD

Endorsed for the benefit — Jeffrey Mark McMeel

By: Jeffrey Mc-Meel, authorized representative without recourse for Collection