Jodie Hirtler
136 Big Creek Lane
Murphy, N.C.
28906

Claim # 837

FILED 01-14-2020
Western District of Washington
at Seattle
JAN 21 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Judge Alston,

I strenuously object to mailings purporting to be from attornies, or their firms, allegedly communicating notice requirements to parties with interest in Case No. 16-11767-CMA.

It appears that Mr. Fogarty and his firm have never been authorised by this court to communicate any information regarding the debtors' business, court proceedings, relationships

with creditors, vendors, empoyees, or any other entity whatsoever.

If Mr fogartys', his firm or others are in fact communicating officialy for the debtor, his companies, or this court without proper authorisation it is not innappopriate to both void that such motion, and, be sanctions imposed as in such severity to dissuade and discourage similar activities evermore. In the alternative it authority has been granted please withdraw such objection and please clarify when such appointment

occured on the record.

As I believe unauthorised communication porporting to be authentic can only further damage the integrity of the USBC, the trustees, the D.O.J and the system as a whole in both my eyes and the eyes of the public, I anticipate full clarifycation and resolution to these matter in the most amicable fashion.

Respectfully

Jodie S Kirtler 1/14/2020

JEK

## Certificate of Service

I, Steve McKnight, declare as follows,

That I caused to foregoing document to be mailed at the United States Post Office with sufficient postage affixed within the State of North Carolina, USA on 01-14-2020 (January 14 2020),

I, S.M., further declare under penalty of perjury that the foregoing is true and correct.

This 14th day of January, 2020, in North Carolina, USA.

S. McKnight





# PRIORITY
## ★ MAIL ★

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Fogarty Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154

**TO:**

Jodie Hirtler
136 Big Creek Ln
Murphy NC 28906

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE