Mr. Paul Fogarty
FOGARTY LAW GROUP PLLC
1001 4th Ave, Suite 3200
Seattle, WA 98154

January 21, 2020

CC: The Honorable Christopher M. Alston
    700 Stewart St.
    Seattle, WA 98101

BK Case # 16-11767-CMA
Appeal # 20-S001

Mr. Fogarty:

I am writing as one of the appellees noted in your notice of appeal for Mr. Calvert. Thank you, Mr. Fogarty, for informing us that the reason we were named as "appellees" was because we wrote letters of objection to motions. The motion receiving the greatest attention was the motion to convert to a chapter 7. Mr Calvert's former counsel accompanied all notifications of pending motions with the advisory that "Please take note that if you oppose the motion you must file no later than......." This means that such letters are accepted procedure. The relevant statutes and the Handbook for Unsecured Creditor's Committees support this conclusion.

Naming us as appellees is in keeping with the prior pattern of intimidation of creditors, particularly creditors who tried to prevent a total loss of assets remaining within the NWTM estate by Mr. Calvert. The parties noted as appellees expressed their opinions in writing to the court as the only method we had available to speak. Your client acted to neutralize the Creditor's Committee, with his former counsel pushing me off the UCC under threat of litigation.

In my view the court's decision on compensation to the professionals was more than generous given the outcome of the bankruptcy and the behavior and performance of the professionals.

William L. Hanson,
Unsecured Creditor NWTM