

Ms Jodie Hirtler
136 Big Creek Ln
Murphy, NC 28906

Case No. 16-11767
Internal No: 20-5001

Honorable Christopher Alston
700 Stewart St.
Seattle, WA 98101



RECEIVED
Western District of Washington
at Seattle

JAN 27 2020

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

01-21-2020

Honorable Christopher Alston,

I object to the trustee and the trustees' proffesionals recieving any further payments from the debtors estate due to a clear pattern of ~~fraud~~ mismanagement, malfeasence and non-feasence as shown in the records at numerous dockets throughout the case files. Specifically the trustee and his professionals have repeatedly misrepresented the physical inventory

(1)

located in the various vaults located in Dayton, Nevada and Federal Way, Washington as well as in Auburn, Washington. More specifically the trustee and his professionals have produced documents with markedly divergent numbers and weights of storage customer inventory located in the numerous vaults (see dkt #'s 457, 459, 607, 609, 622, 623, 624, 625, 629, 709 and DKT # 729 as well as exhibit A of dkt 457). The Inventory that was supposedly returned to ~~storage~~ certain storage

(2)

customer does not match the listing in DKT #457 exhibit A III nor does the total match the totals attested to by Ms. Christine Unwin in DKT #625 at #4.

I addition the timesheet submitted show the sale of "... continued sale of Inventory from the vaults" on Aug 24, 2016 (DKT #1982) before any such authority was established and confered by the court (DKT. #728) on Sept 21, 2016 almost one month later.

Due to these material irregularities

(3)

MS D.B.   2500
         1500
         ————
         4000

in record keeping as well as numerous others that show a wanton disregard for the feduciary responsibilities obligated to and attatching to the trustee and his professionals with regard to protecting the debtors assetts for the benefit of creditors...

I herein object to any Appeal or alterations to Judge Alstons' Orders of Oct, 2019. (DKT# 2182) [the "7052 Order]

In addition, I herein request fulfillment of my contract executed on 09-10-2015 between myself, Jodie E,

(4) JM

Hirtler, and N.W.T.M (debtor) as evidenced by claim #837 official Form 410, Proof of Claim, filed on April, 21st, 2016. The failure to honor the contract (reciept #106388) [Bullion Storage Agreement] is to be construed as a material breech and as such is subject to further relief as provided.

Respectfully,

Jodie Stoistla 1/21/2020

(5) SM