Appeal Status/Deficiency (apedef.jsp)(05/2012)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Northwest Territorial Mint LLC

Debtor(s).

Case No.: 16−11767−CMA
Chapter: 11
USDC Number: 20−cv−00079MJP
BAP Number: 20−1003
Internal Appeal Number: 20−S001

## NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: USDC**

Appeal documents due date: **January 31, 2020**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☐ Filing Fee not paid.

☐ Appellant Designation of Record not filed.

☐ Appellant Statement of Issues not filed.

☒ Requested Transcript not filed:
   **Reporter Name: Ahearn & Associates In.**
   Transcript Due Date: **unknown**
   Judge: **Christopher M Alston**
   Transcript date(s): **02/03/17 − 11/22/19**
   New deadline granted to Reporter : **n/a**

☒ Other: **Please see Exhibit A of document 2206, filed in BK16−11767, for complete list of transcripts**

**Deputy Clerk Processing this Appeal:**
   Name and Phone: **Janet Fortmann (206)370−5268**
   US Bankruptcy Court
   Western District of Washington
   District No: 0981, Office No: **2**

DATED: January 30, 2020

                                                       Mark L. Hatcher
                                                       Clerk, U.S. Bankruptcy Court

Case 16-11767-CMA    Doc 2218    Filed 01/30/20    Ent. 01/30/20 14:32:42    Pg. 1 of 1