FILED
Western District of Washington
at Seattle
FEB - 3 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

claim # 837

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

In Re: NORTHWEST TERRITORIAL MINT, LLC     BAP No.: WW-20-1003

Bk. Ct. No.: 16-11767-CMA     ADV. NO.:

### NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to U.S. District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Patti Ippolito, Deputy Clerk
Date: January 16, 2020

                             Please acknowledge receipt of
                             the case file listed above.
                             Dated:_____

                             Signed:_____
                                       District Court Deputy

                             Assigned District Court No.

cc: Bankruptcy Court
     All Parties

Re: Proper Notice and other obligations of trustee

Please forward to me via United States Postal Service all future notices regarding the above referenced proceedings. Also include in the above all written documents I have sent to Judge Alston as part of the record.

(1)

Claim #837

Jodie Hirtler
136 Big Creek Lane
Murphy, NC 28906

It is clear that Mr. Calvert has not fulfilled his obligations in numerous ways as trustee in the bankruptcy of N.W.T.M. (16-11767) Specifically he has been in breech of contract regarding my Bullion Storage Contract for 657 oz Troy .999 Ag. ever since April, 24, 2016 when I directed said trustee to deliver to me

my property, or, in the alternative refund my monies at the then full market value. My property is not now, was not then, and never will be property of the debtors' estate. Please consider this as an Invoice and remit at once at the full market

(2)

Claim #837

value in United States dollars, or, in the alternative return to me my property. (657 oz. Troy .999 Ag)

As late as 11-2019 mr. Calvert has been selling various metals termed "Junk-Inventory" and to the tune of 79,000 dollars. (seventy nine thousand). see dkt. #2201.

The record speaks for itself. please remit.

with all due respect,

Jodie Hirtler
Jodie Hirtler

(3)

