# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In Re:

Northwest Territorial Mint LLC

Debtor(s).

Case No.: 16−11767−CMA
Chapter: 11
USDC Number: 20−00079MJP
BAP Number:
Internal Appeal Number: 20−S001

## NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: USDC**

Appeal documents due date: **1/30/20**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☐ Filing Fee not paid.

☐ Appellant Designation of Record not filed.

☐ Appellant Statement of Issues not filed.

☒ Requested Transcript not filed:
  **Reporter Name: Shari L Wheeler**
  **Transcript Due Date: Multiple**
  **Judge: Christoper M Alston**
  **Transcript date(s): Multiple**
  **New deadline granted to Reporter : 3/6/20**

☒ Other: **Reporter request per Fed. R. Bank. P. 8007, an extension of time to file transcripts to 3/6/20**

**Deputy Clerk Processing this Appeal:**
  Name and Phone: **Janet Fortmann (206)370−5268**
  US Bankruptcy Court
  Western District of Washington
  District No: 0981, Office No: **2**

DATED: February 7, 2020

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court