FILED
Western District of Washington
at Seattle

FEB 19 2020

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re Chapter 11

Case No. 16-11767

Northwest Territorial Mint LLc Debtor.

### EX PARTE ROUTINE ADMINISTRATIVE ORDER
### TO SEAL EQUITY DOCUMENTS DIRECTED TO CHAMBERS

Jeffrey Mark McMeel, hereby moves the Court for entry of an Order to Court clerk to seal docket numbers 2210 and 2213, sent to Chambers by Jeffey Mark McMeel, requested court clerk by mistake to file in the court public docket, and respectfully gives Notice:

1. Movant seeks to have the above deposits to Chambers sealed because they are of private ex parte equity matters of the court.
2. Documents should be accessible only to the Court. The seal should be permanent.

WHEREFORE, the matter being a equitable routine administrative matter, Jeffey Mark McMeel respectfully requests that the Court enter an Order permitting the court Clerk to seal the above stated deposits to Chambers.

Date: February 11, 2020 BC-AD

By: _Jeffy McMeel_   Jeffrey Mark McMeel, authorized representative

℅ P O Box 6273 Bellevue City (98008)