Appeal # 20-5001

February 19, 2020

The Honorable Marsha J. Pechman
U.S. District Court
Western District of Washington
700 Stewart St.
Seattle WA. 98101

RECEIVED
Western District of Washington
at Seattle

FEB 24 2020

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

RE: CASE NAME: Northwest Territorial Mint LLC
CASE NUMBER: 16-11767-CMA

Dear The Honorable Marsha J. Pechman,

I continually receive documents from this bankruptcy case with my name spelled wrong. My name is Joy not Jay, as in "Joy to the world." Please have that corrected.

Also, as I stated in my last letter to the court, I am a retiree on a fixed income and do not have any fancy, expensive lawyers, representing me, who can assess fees as they see fit. My $1500 purchase of silver is meager to others. However, I hope the court will consider the small investors.

Thank you for any consideration in this matter.

Respectfully yours
Joy Trushenski



JOY R. TRUSHENSKI
4158 STAMPEDE DR
CARSON CITY, NV 89701-1957