MIME-Version:1.0
From:ecfนotice@wawb.uscourts.gov
To:ecfนotice
Bcc: BCaccpas@perkinscoie.com, docketseas@perkinscoie.com, VBarsi@perkinscoie.com, john-kaplan-2112@ecf.pacerpro.com, BT47MRM.com, Jay.Hurst@oag.texas.gov, Sandra.Loosn@foster.com, litdocket@foster.com, TDeboor@MRM.com, Whit@ecfobis.com, ngmeonsst.com, adminj@dili.com, admin1@perkinscoie.com, ajamen@dunloglaw.com, apag@thegardnerfirm.com, bankruptcyecf@klgates.com, brian.peterson@klgates.com, cbassen@ulylaw.com, cbalestrevim@ulylaw.com, r4934@notify.bestcase.com, ;
Message-Id: <332437c@wawb.uscourts.gov>
Subject:Northwest Territorial Mint LLC 16-11767-CMA Ch 11  Certificate of Readiness
Do not notice for NE case:

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court  Western District of Washington**

**Do not reply to this email. If you have questions, contact the Clerk's Office.**

Notice of Electronic Filing

The following transaction was received from Portmann, Janet entered on 3/25/2020 at 7:10 AM PDT and filed on 3/25/2020
**Case Name:** Northwest Territorial Mint LLC
**Case Number:** 16-11767-CMA
**Document Text:** Certificate of Readiness Transmitted to District Court. All transcripts ordered by the parties are on file with the USBC. The record of appeal is ready for the purposes of this appeal. Case Number: 20-00079MJP BK Internal Appeal Number 20-S001 (Related document(s)[2184] Notice of Appeal and Statement of Election, [2186] Notice of Appeal and Statement of Election). Check Status of Appeal by 9/21/2020. (JCF)
**Document Number:** 2244

The above document(s) are associated with this transaction:

**16-11767-CMA Notice will be electronically mailed to:**

Donald A Bailey on behalf of Other Prof. Bill Attala
donald.bailey@sbaferbailey.com

Elizabeth Berke-Dreyfuss on behalf of Interested Party Steven K. Fox
edreyfuss@wendel.com, pjoakinson@wendel.com

Thomas N. Bucknell on behalf of Plaintiff Medallic Art Company LLC
tbucknell@bsse-law.com, cpercy@bsse-law.com

Diana K Carey on behalf of Creditor Karr Tuttle Campbell PS
dcarey@karrtuttle.com, mhernandez@karrtuttle.com;msmashall@karrtuttle.com;jsmith@karrtuttle.com

Lawrence R Cock on behalf of Creditor Brittany Konkel
lrc@corrcronin.com, tkinyon@corrcronin.com

Katie J Comstock on behalf of Creditor Kent Business Campus Associates, LLC
katie@levy-law.com, melissa@levy-law.com;sschastain@levy-law.com

Sarah H Deutsch on behalf of Creditor Cohen Asset Management, Inc.
skd@tblaw.com, kperalta@tblaw.com

Kathryn A Ellis
kae@seanet.com, WA18@ecfcbis.com;cgw@seanet.com

Micheline N Fairbank on behalf of Creditor State of Nevada
mfairbank@ag.nv.gov, dwright@ag.nv.gov

Paul E Fogarty on behalf of Special Request Mark Thomas Calvert
pfogarty@fogartylawgroup.com, kmathews@fogartylawgroup.com

C James Frush on behalf of Special Request Medallic Art Company, LLC
jfrush@corrcronin.com, sdamon@corrcronin.com

Michael J Gearin on behalf of Counter-Claimant Mark Calvert, Ch. 11 Trustee
michael.gearin@klgates.com, bankruptcyecf@klgates.com

Thomas M Geher on behalf of Creditor Cohen Asset Management, Inc.
TGeher@JMBM.com, BT4@JMBM.com

Michael E Gossler on behalf of Creditor Cohen Asset Management, Inc.
mgossler@mpba.com, eservice@mpba.com;thanlon@mpba.com

Joseph A Hamell on behalf of Creditor Cohen Asset Management, Inc.
jhamell@mpba.com, lproskitt@mpba.com;eservice@mpba.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
Jay.Hurst@oag.texas.gov, sherri.simpson@oag.texas.gov

Richard J Hyatt on behalf of Special Request Pan American Silver Corp.
hyatt@ryanlaw.com, blanchard@ryanlaw.com

Dillon E Jackson on behalf of Creditor Paula Pehl
djlawpllc@gmail.com, Sandra.lossen@foster.com,litdocket@foster.com

Gregory J Jalbert on behalf of Interested Party Courtesy NEF
gregoryjalbert@gmail.com, r43861@notify.bestcase.com

John S Kaplan on behalf of Creditor Kinross Gold USA, Inc.
jkaplan@perkinscoie.com, BJacques@perkinscoie.com;docketsea@perkinscoie.com;VBarsi@perkinscoie.com;john-kaplan-2112@ecf.pacerpro.com

Michelle Carmody Kaplan on behalf of Interested Party American Numismatic Association
michelle@kaplanlawpllc.com, jbolen@kaplanlawpllc.com

John E Kennedy on behalf of Interested Party American Numismatic Association
jkennedy@sjskiii.com, admin@sjskiii.com

John R Knapp, Jr on behalf of Special Request Official Unsecured Creditors Committee
john.knapp@millernash.com, edgar.rosales@millernash.com;dona.purdy@millernash.com

Bruce W. Leaverton on behalf of Special Request The Kavli Foundation
bleaverton@karrtuttle.com, mhernandez@karrtuttle.com;msmashall@karrtuttle.com

Damien A Lee on behalf of Creditor EEOC
damien.lee@eeoc.gov

Lance L Lee on behalf of Interested Party Courtesy NEF
ecf@lancelee.com

Jack M Lovejoy on behalf of Plaintiff Brittany Konkel
jlovejoy@corrcronin.com, jlovejoy@cablelang.com

Christopher A Lybeck on behalf of Special Request William Requa
chrislybeck.law@gmail.com, chrislybeck@gmail.com

William F Malaier, Jr on behalf of Special Request Asmal Abdelrazik
wmalaier@omwlaw.com, rwyan@omwlaw.com

Christopher J. Marston on behalf of Creditor Robert A. Austin Family Living Trust
cmarston@dpearson.com, kbato@dpearson.com

Brett C Musch on behalf of Creditor Arne Achtner
ecf@jdmlonglaw.com, ajames@jdmlonglaw.com

M Vance E McCrary on behalf of Plaintiff Brittany Konkel
vmccrary@thegardnerfirm.com

Bruce K Medeiros on behalf of Creditor CardConnect, LLC
bmedeiros@dbss-law.net, sabrahamson@dbss-law.net;zsicker@dbss-law.net

Stuart J Miller on behalf of Plaintiff Brittany Konkel
sjm@lankmill.com, jon@lankmill.com

Robert D Mitchell on behalf of Creditor Cohen Asset Management, Inc.
rdm@tblaw.com, kperalta@tblaw.com

Zachary Mosner on behalf of Special Request Washington State Tax Agencies
bcamosner@atg.wa.gov

David C Neu on behalf of Plaintiff Mark Calvert
david.neu@klgates.com, bankruptcyecf@klgates.com

Mark D Northrup on behalf of Special Request Official Unsecured Creditors Committee
mark.northrup@millernash.com, dona.purdy@millernash.com

Daniel P Nubel on behalf of Interested Party State of Nevada, Department of Conservation and Natural Resources, Division of Environmental Protection
dnubel@ag.nv.gov, scrane@ag.nv.gov

Mary E Olson on behalf of Creditor Brittany Konkel
molson@thegardnerfirm.com, apage@thegardnerfirm.com

Andrea D Orth on behalf of Plaintiff Medallic Art Company LLC
aorth@bsse-law.com

Brian T Peterson on behalf of Defendant Mark Calvert, Ch. 11 Trustee
brian.peterson@klgates.com, bankruptcyecf@klgates.com

David A Putteys on behalf of Creditor Donald M Wright
david@stollputteys.com, info@stollputteys.com

Daniel D Pharris on behalf of Special Request G. Ra. Co. Awards Manufacturing, LP
pharris@lasher.com, ulfont@lasher.com;lukotich@lasher.com

Ragan L Powers on behalf of Special Request Ross Hansen
raganpowers@dwt.com, seadocket@dwt.com;naranews@dwt.com;sherrispaswns@dwt.com

Seth A Rosenberg on behalf of Creditor Scott Barnett
seth@rosenberglawgroup.net

Edwin K Sato on behalf of Counter Defendant Medallic Art Company LLC
esato@bsse-law.com, cpercy@bsse-law.com

Joseph E Shickich, Jr on behalf of Interested Party Boy Scouts of America
jshickich@foxrothschild.com, vmagda@foxrothschild.com

Norman K. Short on behalf of Creditor Janet M Grice
norm@gojoneslaw.com, katie@gojoneslaw.com

Alan D Smith on behalf of Creditor Robert and Connie Hoff
adsmith@perkinscoie.com, docketsea@perkinscoie.com;VBarsi@perkinscoie.com;al-smith-9439@ecf.pacerpro.com

David C. Smith on behalf of Interested Party Michael Parish
ecf@davidsmithlaw.com, david.ecf@davidsmithlaw.com;r58539@notify.bestcase.com

Martin L. Smith on behalf of Interested Party Courtesy NEF
martin.l.smith@usdoj.gov, Young-Mi.Putteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

Jonathan A Sprouffske on behalf of Creditor Matthew Zehr
jsprouffske@olylaw.com, chauser@olylaw.com;cbalestreri@olylaw.com;r49344@notify.bestcase.com

John A Sterbick on behalf of Creditor Jay R Liner
jsterbick@sterbick.com, lcoslaw@sterbick.com;zayo@sterbick.com;r434637@notify.bestcase.com

Marc S. Stern on behalf of Defendant ARM Industries LLC
office@hutzbah.com, tanya@hutzbah.com;marc@hutzbah.com

Texas Comptroller of Public Accounts
kara.stewart@cpa.texas.gov

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Jesse Valdez on behalf of Special Request Barney Loucks Irrevocable Trust
jesse@valdezlehman.com, erica@valdezlehman.com

Sarah Weaver on behalf of Special Request Harris County
sarah.weaver@weaverlaw.net

Quentin Wildsmith on behalf of Creditor Jon W. Simpson
wildsmith@lasher.com, kmelson@lasher.com

Christopher M Wyant on behalf of Defendant Mark Calvert, Ch. 11 Trustee
chris.wyant@klgates.com, rhonda.hinman@klgates.com

Miles A Yanick on behalf of Interested Party Steven K. Fox
myanick@sbwllp.com, eservice@sbwllp.com

Christopher Young on behalf of Interested Party Courtesy NEF
cyoung@cairncross.com, clyoung3@ruv.educ;young@ecf.courtdrive.com;kcoulman@cairncross.com;pdurland@cairncross.com

James B Zack on behalf of Creditor Gatewood-California, LLC
zack@lanepowell.com, norbya@lanepowell.com;Docketing-SEA@lanepowell.com;stevensk@lanepowell.com

**16-11767-CMA Notice will not be electronically mailed to:**

Hiro Ababon
3521 Lone Tree St SW
Los Lunas, NM 87031

Dawn Acereo
438 Vista Dorado Lane
Oak Park, CA 91377

Scott Ainsworth
280 tradwinds Trail
Green Bay, WI 54313

Scott Ainsworth
2880 Tradwinds Trail
Green Bay, WI 54313

Theodore R Allen
1234 Verde Pines Court
Ocoee, FL 34761

Arnold and Mabel Beckaman Foundation
c/o Anne Hultgren
100 Academy
Irvine, CA 92617

Artefact Innovations Ltd.

Adrienne Arwell
700 E. Hilderbrand
Apartment 1104
San Antonio, TX 78212

Lorraine Barrick

Lorraine Barrick
Lorraine Barrick LLC

Melvin Bell
165 Parsonage Rd
Colfax, LA 71417

Melvin J Bell
165 Parsonage Rd
Colfax, LA 71417-6075

Peter Berger

Peter Berger
227 Deerfield Rd
Elmer, NJ 08318

James Buck
1102 Blevins Abbott Rd
Violet Hill, AR 72584-7518

Norma Buck
4226 Easy K Rd
Franklin, AR 72536

Daniel J Bussel on behalf of Trustee Mark Thomas Calvert
KTBS Law LLP
1999 Avenue of The Stars 39th Fl
Los Angeles, CA 90067

Mark Thomas Calvert
Cascade Capital Group LLC
1501 4th Ave #2840
Seattle, WA 98101

Betty Carey

Cascade Capital Group LLC
1501 Fourth Ave #2840
Seattle, WA 98101

Cascade Capital Group LLC
K&L Gates LLP
925 Fourth Ave #2900
Seattle, WA 98104-1158

Lucy Clifthorne
Vandeberg Johnson & Gandara, LLP
1201 Pacific Ave., Ste. 1900
Tacoma, WA 98402

Courtesy NEF

James Dart
Shoemaker & Dart, PS, Inc
1944 Pacific Avenue
#307
Tacoma, wa 98402

Douglas L Davidson
516 E Golden Bell Rd
Saint David, AZ 85630

Douglas L Davidson
516 E Golden Bell Rd
Saint David, AZ 85630

Robert Difatta
1107 Home St
St Charles, IL 60174-3729

Robert Difatta
1107 Home St
St Charles, IL 60174

David Dougherty
3846 Old Milton Hwy
Walla Walla, WA 99362

David Dougherty
3846 Old Milton Rd
Walla Walla, WA 99362

John Eisenmann
258 N 2nd St
Decatur, IN 46733

John Eisenmann
258 N 2nd St
Decatur, IN 46733

Bruce Ellis
c/o William Campbell Esq
805 N Brown St
Mt Pleasant, MI 48858

Diane Erdmann
DBS Law
155 NE 100th St.
Suite 205
Seattle, WA 98125

Ralph Fair
6186 Michaels Drive
Courtenay, BC V9J 1P4

Kenneth J Fisher

Dennis L Gehman
3193 Sycamore Rd
Royston, GA 30662

Glenn B Grayman
6511 Western Run Dr
Baltimore, MD 21215

Glenn B Grayman
6511 Western Run Dr
Baltimore, MD 21215

William Hanson
PO Box 64655
Univeristy Place, WA 98464-0655

William L Hanson

William L Hanson
PO Box 64655
Univeristy Place, WA 98464

Jodie Hirtler
136 Big Creek Lane
Murphy, NC 28906

Jodie Hirtler
136 Big Creek Ln
Murphy, NC 28906

Amanda Hull

Amanda Hull
PO Box 127
Emmingrant, MT 59027

Andres Jacob
3840 N Damen Ave #2
Chicago, IL 60618

James G Murphy Inc

K&L Gates LLP on behalf of Trustee Mark Thomas Calvert
925 4th Ave Ste 2900
Seattle, WA 98104-1158

Sharon Keeler

Lawrence Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Igor Lachter
14-17 Lucena Dr
Fair Lawn, NJ 07410

Igor Lachter
14-17 Lucena Dr
Fair Lawn, NJ 07410

Allen Larson
114 Elm St
Grandview, WA 98930

Allen Lichtenstein on behalf of Defendant Diane Erdman
3315 Russell Road, No. 222
Las Vegas, NV 89120

David J Lord, Jr
1651 Bird Point Dr
Cotopaxi, CO 81223

David J Lord, Jr
1651 Bird Point Dr
Cotopaxi, CO 81223

Randall Lovelace
5021 W AR 58 Hwy
Melbourne, AR 72556

E James Lunt
2937 E Edgewood Ave
Mesa, AZ 85204

Jeff Manke

Jeff Manke
24917 13th Place S
Des Moines, WA 98198

Nir Maoz on behalf of Trustee Mark Thomas Calvert
KTBS Law LLP
1999 Avenue of the Stars 39th Fl
Los Angeles, CA 90067

Kenneth Lane Marmion
5416 65th Ave SE
Olympia, WA 98513

Marten Law
1191 Second Ave
Suite 2200
Seattle, WA 98101

Luc J R Martini

Brandon Mathus
211 W Garfield Ave
Bartonville, IL 61607

Jeffrey Mark McMeel
900 Jefferson St
Olympia, WA 98501

Jeffrey Mark McMeel
c/o 900 Jefferson St SE
Olympia, WA 98501

Brian Mehlbrech
10669 Mohave Court
Moreno Valley, CA 92557

Eloise P Melillo
16 Wanamaker Avenue
Mahwah, NJ 07430

Kenneth Millen

Miller Nash Graham & Dunn LLP on behalf of Special Request Official Unsecured Creditors Committee
2801 Alaskan Way #300
Seattle, WA 98121-1128

Northwest Territorial Mint LLC
Po Box 2148
Auburn, WA 98071-2148

Official Unsecured Creditors Committee
c/o Geoffrey Groshong
Miller Nash Graham & Dunn LLP
2801 Alaskan Way
Suite 300
Seattle, WA 98121

Bradley Robert Paris

208 W Brooklyn Ave
Pontiac, MI 48340

Thomas E Patterson on behalf of Trustee Mark Thomas Calvert
KTBS Law LLP
1999 Ave of the Stars 39th Fl
Los Angeles, CA 90067

Paula Pehl
813 Barnhart St
Raymond, WA 98577

Colleen Radtke
W13853 Country Road CC
Coloma, WI 54930

Robert L Reid
,

Robert L Reid
1416 Hayes St
Aberdeen, WA 98520

Frank Roberts
166 Birdsshire Rd
Merrick, NY 11566

Frank Roberts
1666 Birshire Rd
Merrick, NY 11566

Frank J Robertson
c/o VJ LAW FIRM PLLC
22525 SE 64th place
SUite 249
Issaquah, WA 98027

Eva Rosman
c/o Marc S. Stern
1825 NW 65th Street
SEATTLE, WA 98117

Larry Rowe
2418 county Rd 220
Durango, CO 81303

Larry F Rowe
2418 Country Rd 220
Durango, CO 81303

Neil Sawyer
4616 145th St. Ct E.
Tacoma, WA 98466

Jack Simmons
42410 264th Ave SE
Seattle, WA 98022

Bryan De Verneuil Smith
,

George Solomon
720 Promontory Point Ln
Foster City, CA 94404

David L Sorensen
10 Clover Lane
Pasco, WA 99301

David L Sorensen
10 Clover Ln
Pasco, WA 99301

Matthew Staley
620 So I St
Tacoma, WA 98405

Matthew Staley
620 South I St
Tacoma, WA 98405

Tim Tait
155 Hillcrest Rd
Mahnton, PA 19540

Tim Tait
155 Hillcrest Rd
Mohnton, PA 19540

Texas Comptroller of Public Accounts
c/o Office of Attorney General
PO Box 12548
Austin, TX 78711-2948

The Tracy Law Group PLLC
720 Olive Way Ste 1000
Seattle, WA 98101

James C Thoman on behalf of Special Request Ira Green, Inc.
Hodgson Russ LLP
140 Pearl Street Suite 100
Buffalo, NY 14202

Lee H Thornell
Bend, OR 97702

Lee H Thornell
25450 Butterfield Trail
Bend, OR 97702-9614

Michael J Treanor
100 Gulf Club Crossover
Crossville, TN 38517

Chris A. Trivelas
P.O. Box 725
North Bend, Wa 98045

Joy Trushenski
,

Joy R Trushenski
4158 Stampede Dr
Carson City, NV 89701-1957

United States Golf Association
,

Eric A Watts
11305 N Forest Grove Rd
Mooresville, IN 46158

Eric A Watts
11305 N Forest Grove Rd
Mooresville, IN 46158

Julie Williams
819 Blazingwood Dr
Greensboro, NC 27406

Nicholas Williams
,

Diane Wong
78990 Bayside Ct
Bermuda Dunes, CA 92203

Randy Wong
78990 Bayside Ct
Bermuda Dunes, CA 92203

Grace Yow
16483 N 169th Ave
Surprise, AZ 85388

Grace Yow
16483 N 169th Ave
Surprise, AZ 85388