# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **Northwest Territorial Mint LLC**    CASE NO **16-11767**

- [ ] DEBTOR - Is debtor a DeBN Participant? Yes [ ] No [ ]
- [ ] JOINT DEBTOR - Is joint debtor a DeBN Participant? Yes [ ] No [ ]
- [✓] CREDITOR
- [ ] PLAINTIFF
- [ ] DEFENDANT

**FILED**
Western District of Washington
at Seattle

**AUG 17 2020**

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Name<br>Jeffrey McMeel | Name<br>jeffrey mark:mcmeel L.S. ltd |
| Address<br>P O Box 6273 | Address<br>c/o 2577 Diamond Spur St. |
| City, State, Zip Code<br>Bellevue, Washington (98008) | City, State, Zip Code<br>Kingman, Arizona (86401) Indian Country |

Date: August 16, 2020 AD

Signature of Party(s) Requesting Change:

by:- Jeffy Mark

reserved rights doctrine

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 11/12/19

Case 16-11767-CMA    Doc 2277    Filed 08/17/20    Ent. 08/18/20 10:34:09    Pg. 1 of 1