Erin Anderson
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

March 8, 2021

**Via CM/ECF:**

Mark Thomas Calvert
Cascade Capital Group LLC
1501 4th Ave., Ste. 2840
Seattle, WA 98101

Michael J. Gearin
K&L Gates LLP
925 4th Ave., Ste. 2900
Seattle, WA 98104

David C. Neu
K&L Gates LLP
925 4th Ave., Ste. 2900
Seattle, WA 98104

Brian T. Peterson
K&L Gates LLP
925 4th Ave., Ste. 2900
Seattle, WA 98104

Re: *Northwest Territorial Mint LLC;* **Case No. 16-11767**

Dear Mr. Calvert and Counsel:

Please be advised that the Court will hold a status conference in this matter on **April 2, 2021, at 11:00 a.m.** At the status conference, the Court intends to discuss the following topics:

- The financial condition of the estate;
- Professional fees and expenses that have accrued since September 30, 2018;
- Specific assets that remain to be liquidated, how and when they will be liquidated, and the anticipated recovery;
- What remains to be done to close the case and anticipated timeline for closure; and
- The anticipated amount of professional fees and any other expenses necessary to close the case.

The status conference will be held telephonically, and all participating parties must use the instructions for telephonic appearances below.

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

Do **NOT** put your phone on hold at any time after your call is connected.  Please do not hesitate to contact our chambers should you have any questions.

Sincerely,

Erin Anderson
Law Clerk to the Honorable Christopher M. Alston

cc: Martin Smith, Office of United States Trustee (via ECF)