**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>ORDER ON FINAL APPLICATION FOR COMPENSATION OF CASCADE CAPITAL GROUP LLC, AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE |

THIS MATTER came on before the Court upon the Final Application for Compensation of Cascade Capital Group LLC, as Accountants for the Chapter 11 Trustee (the "Final Cascade Application"). The Court having considered the Final Cascade Application, the Declaration of Mark Calvert in support thereof, and the pleadings filed herein, and having found that notice of this hearing was sufficient, and that good cause exists to grant the Final Cascade Application, it is hereby ORDERED:

1. The Final Cascade Application is granted as follows:

| _Applicant_ | _Fees Requested_ | _Total Allowed_ | _Billing Period_ |
|---|---|---|---|
| Cascade Capital Group LLC<br>_Accountant for Trustee_ | $21,658.50 | $21,658.50 | October 1, 2018<br>- April 30, 2021 |

ORDER ON CASCADE CAPITAL GROUP LLC
FINAL FEE APPLICATION - 1
504748001.6

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Below is the Order of the Court.**

2. The Final Cascade Application is further granted to approve and allow $750.00 of additional fees for Cascade Capital Group LLC as estimated fees necessary to assist the Trustee in his administration of the case through dismissal for a total fee allowance of $22,408.50.

3. The Trustee is authorized to disburse funds in partial satisfaction of the fees allowed herein to the full extent of available funds in the estate at any time through the dismissal of the case, subject to proration for distributions on account of allowed compensation to the Trustee and K&L Gates LLP.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER ON CASCADE CAPITAL GROUP LLC
FINAL FEE APPLICATION - 2
504748001.6

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2314    Filed 06/23/21    Ent. 06/23/21 13:01:49    Pg. 2 of 2