**Below is the Order of the Court.**

_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**

**(Dated as of Entered on Docket date above)**

_____

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

12 | In re:

13 | NORTHWEST TERRITORIAL MINT, LLC,

14 | Debtor.

Case No. 16-11767-CMA

ORDER ON K&L GATES LLP FINAL
APPLICATION FOR COMPENSATION

15 THIS MATTER came on before the Court upon the K&L Gates LLP Final Application for

16 Compensation (the "Application"). The Court having considered the Application, the Declaration of

17 Michael J. Gearin in support thereof, and the pleadings filed herein, and having found that notice of

18 this hearing was sufficient, and that good cause exists to grant the relief requested in the Application,

19 it is hereby ORDERED:

20     1. The Application is granted as follows:

21

22

23

24

25

26

| *Applicant* | *Fees Requested* | *Expenses Requested* | *Total Requested* |
|---|---|---|---|
| K&L Gates LLP<br>*Attorneys for the Chapter 11 Trustee* | $535,920.00 | $28,331.46 | $564,251.46 |

ORDER ON K&L GATES LLP FINAL APPLICATION
FOR COMPENSATION - 1
504748254.4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

|  | _Fees Allowed_ | _Expenses_ | _Total_ |
|---|---|---|---|
|  |  | _Allowed_ |  |
|  | $535,920.00 | $28,331.46 | $564,251.46 |

2.      The Application is further granted to approve and allow $25,000 of additional fees and $5,000 of additional costs as estimated fees and costs necessary to administer the case through dismissal for a total fee and cost allowance of $594,251.46.

3.      The Trustee is authorized to disburse funds in partial satisfaction of the fees and costs allowed herein to the full extent of available funds in the estate at any time through the dismissal of the case, subject to proration for distributions on account of allowed compensation to the Trustee and Cascade Capital.

///END OF ORDER///

Presented by:

K&L GATES LLP

_/s/ Michael J. Gearin_
    Michael J. Gearin, WSBA #20982
    David C. Neu, WSBA #33143
    Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER ON K&L GATES LLP FINAL APPLICATION
FOR COMPENSATION - 2
504748254.4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2315    Filed 06/23/21    Ent. 06/23/21 14:37:21    Pg. 2 of 2