Entered on Docket June 30, 2021



**Submitted But not Entered.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED: The Court has concerns about the revised estimate for services through the close of the case. Counsel for Trustee shall appear at the continued hearing and be prepared to provide details to justify the request.**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, | ORDER ON TRUSTEE'S SECOND AND FINAL APPLICATION FOR COMPENSATION |
| Debtor. | |

THIS MATTER came on before the Court upon the Trustee's Second and Final Application for Compensation (the "Trustee Application"). The Court having considered the Trustee Application, the Declaration of Mark Calvert in support thereof, and the pleadings filed herein, and having found that notice of this hearing was sufficient, and that good cause exists to grant the relief requested in the Trustee Application, it is hereby ORDERED:

1. The Application is granted as follows:

| *Applicant* | *Fees Requested* | *Fees Allowed* | *Billing Period* |
|---|---|---|---|
| Mark Calvert<br>*Trustee* | $141,870.00 | $137,470.00 | October 1, 2018 - May 19, 2021 |

ORDER ON TRUSTEE'S SECOND AND FINAL
APPLICATION FOR COMPENSATION - 1
504748015.3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. The Application is further granted to approve and allow $19,000 of additional fees as estimated fees necessary to administer the case through dismissal for a total fee allowance of $156,470.00.

3. The Trustee is authorized to disburse funds in partial satisfaction of the allowed fees herein to the full extent of available funds in the estate at any time through the dismissal of the case, subject to proration for distributions on account of allowed compensation to the Cascade Capital and K&L Gates LLP.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER ON TRUSTEE'S SECOND AND FINAL
APPLICATION FOR COMPENSATION - 2
504748015.3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2316    Filed 06/30/21    Ent. 06/30/21 07:52:04    Pg. 2 of 2