Case No. 16-11767-CMA        7/30/2021
To: James Robart (Judge)
Please forward this to:
Christopher M. Alston
(after reading)

FILED
Western District of Washington
at Seattle
JUL 30 2021
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

VOID of Contents BC.

As of yesterday, 7/29/20 I am still being threatened and physically harmed as pertains to the NWTM matter. Since this matter began on April 1, 2016 I have endured approximately 40 physical attacks and being falsely arrested. Four of the attacks were apparently meant to kill me outright.

I can barely walk due to several broken bones and other medical maladies that have occurred since the beginning of the NWTM case that I have investigated and found malfeasance on the part of Trustee Mark Calvert and his crew. I have attempted to document most of the attacks, however, due to hacking of my files my progress is greatly slowed. I have discovered a correlation of one-million-dollar amounts of currency or inventory being paid out after each of the four near-fatal attacks on me. Other vehicular assaults were orchestrated and paid as well, allegedly. Yesterday was a clear message delivered to me in person by a person whose lisence number I recorded. I have documented approximately 150 pages of photos and investigations into attacks. I request protection and LEAVE to sue according to the Barton Doctrine

Case 16-11767-CMA    Doc 2318    Filed 07/30/21    Ent. 08/02/21 13:00:08    Pg. 1 of 2

Respectfully submitted,

To: (The Honorable James Robart)
**U.S. District Court**

Complete transaction sheet & stamp the
**FIRST** page of each document

FILED
Western District of Washington
at Seattle

JUL 30 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT