Michael Schmidt
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

August 3, 2021

**Via CM/ECF:**

Betty Carey

Re: In re Northwest Territorial Mint LLC, Case No. 16-11767-CMA

Dear Ms. Carey:

The Court received your letter dated July 30, 2021, that was filed on the same day [Dkt. No. 2318]. The Court acknowledges your request for protection from individuals who you believe are intentionally harming you. These are very serious concerns, but a bankruptcy court cannot provide the relief you request. We strongly urge you to report your allegations to the police and to consider contacting an attorney.

The Court also acknowledges your request for leave to sue under the *Barton* doctrine. The Court, however, cannot consider the request unless you file a motion with the Court, note it for hearing on the Judge's hearing calendar, and serve it on the United States Trustee and on all persons who you want to sue in accordance with federal and local rules of bankruptcy procedure. You can view the Court's local rules and determine available calendar dates on the Court's web site at http://www.wawb.uscourts.gov. **The Court will not take any further action on your letter.**

Finally, please note that Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having *ex parte* contact with a party concerning matters that may come before it. The court staff is therefore not allowed to give you any legal advice in this matter.

Sincerely,

Michael Schmidt
Law Clerk to the Honorable Christopher M. Alston