UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 16-11767-CMA |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, <br><br> Debtor. | ORDER GRANTING *EX PARTE* MOTION TO ESTABLISH NOTICE PROCEDURES FOR CASE DISMISSAL |

This matter came before the Court on the Trustee's *Ex Parte* Motion to Establish Notice Procedures for Case Dismissal (the "Motion"). The Court having considered the Motion, and the pleadings and papers herein, and having found that good cause exists for the relief requested in the Motion,

NOW, THEREFORE, it is ORDERED as follows:

1. The Motion is GRANTED.

2. The Trustee is authorized to limit notice of the Motion to Dismiss, as that term is defined in the Motion, to the Special Notice List as defined in the Case Management Order (Dkt. 232).

ORDER GRANTING *EX PARTE* MOTION TO
ESTABLISH NOTICE PROCEDURES FOR CASE
DISMISSAL - 1
505028088.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2321    Filed 08/05/21    Ent. 08/05/21 10:31:03    Pg. 1 of 2

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
    Michael J. Gearin, WSBA #20982
    David C. Neu, WSBA #33143
    Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING *EX PARTE* MOTION TO
ESTABLISH NOTICE PROCEDURES FOR CASE
DISMISSAL - 2
505028088.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2321    Filed 08/05/21    Ent. 08/05/21 10:31:03    Pg. 2 of 2