**Below is the Order of the Court.**

Christopher M. Alston
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| Northwest Territorial Mint, LLC, | Case No. 16-11767-CMA |
| Debtor. | ORDER DENYING *EX PARTE* MOTION TO ESTABLISH NOTICE PROCEDURES FOR CASE DISMISSAL |

This matter came before the Court on the Trustee's *Ex Parte* Motion to Establish Notice Procedures for Case Dismissal (the "Motion") [ECF No. 2320]. The Bankruptcy Rules provide that 21 days' notice of a motion to dismiss in a chapter 11 case shall be given to all creditors. Fed. R. Bank. P. 2002(a)(4). While some subsections of this rule afford the Court the discretion to limit notice, this subsection does not. The Court further notes that the Amended Order

Order - 1

Granting Trustee's Motion for Case Management Order [ECF No. 232] expressly states the Court will not limit notice of the hearing on motion for dismissal of the case. For these reasons, it is hereby

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 2