Alexander Koehler
P.O. Box 1914
Fallon Nevada 89407
September 10, 2021

RECEIVED
Western District of Washington
at Seattle

SEP 14 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Judge Christopher M. Alston
United States Bankruptcy Court
Western District of Seattle, Washington
700 Stewart Street, Room 6301
Seattle, Washington 98101

Re: Case No. 16-11767-CMA  NOTICE OF HEARING ON MOTION FOR ORDER
AUTHORIZING FINAL RESOLUTION OF CASE AND GRANTING RELATED RELIEF

Honorable Judge Christopher M. Alston:

I, Alexander Koehler, acknowledge the receipt of the NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING FINAL RESOLUTION OF CASE AND GRANTING RELATED RELIEF and to reaffirm my claim number 2547 is still valid.

Although I agree that it is in the best interest of the estate for the Court to conclude the administration of the case, I object to the terms they have outlined to conclude the administration of the case, especially distributing the rest of the Erdman Bankruptcy Estate on a pro rata basis to the Administrative Priority Creditors.

First, I am concerned that Mark Calvert was appointed as Northwest Territorial Mint's Chapter 11 Trustee. I believe this is a conflict of interest since in the MEMORANDUM DECISION OF THE COURT--MEMORANDUM OPINION AND FURTHER ORDER ON MOTION FOR AUTHORITY TO WITHDRAW AS ATTORNEY FOR DEBTOR entered on the docket August 4, 2016 it states that Mark Calvert was a professional Mr. Hansen consulted after the Cohen Lawsuit verdict on March 1, 2016. According to the same memorandum page 4 of 19 on lines 14 and 15, Mark Calvert advised Mr. Hansen "don't keep all of your eggs in one basket". As noted on lines 15 though 25 of the same page on the same document, Mr. Hansen and Ms. Erdmann took it upon themselves to move some of the Mint's assets from the company headquarters on March 26, 2016.

I understand that this is a bankruptcy case for Northwest Territorial Mint, not a criminal case. Although I understand that the Administrative Priority Creditors still have unpaid claims exceeding four hundred thousand dollars, I can't help but think of all of Northwest Territorial

Alexander Koehler
NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING
FINAL RESOLUTION OF CASE AND GRANTING RELATED RELIEF          Page 1 of 2

Mint's clients, or unsecured creditors, that still have unpaid debts of more than 25 million dollars. By their own admission, some of those owed assets were removed by Mr. Hansen and Ms. Erdmann from company headquarters.

According to Docket 1200 for case 16-11767-CMA filed on September 15, 2017, DECLARATION OF MARK CALVERT IN SUPPORT OF APPLICATION FOR COMPENSATION OF CASCADE CAPITAL GROUP LLC AS ACCOUNTANTS FOR THE TRUSTEE the professional fees of the trustee were at least $847,799.41. Although this was four years ago and the professional fees may have increased, according to NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING FINAL RESOLUTION OF CASE AND GRANTING RELATED RELIEF, unpaid claims now exceed $400,000. That being said this shows that more than half, 50%, of their claim has been paid.

The 5,064 troy ounces of silver bullion I gave for exchange to Northwest Territorial Mint on December 10, 2015 was, at the time, worth $71,503.68. At today's market rates, that same 5064 troy ounces of silver is now worth $120,624.48, a 69% increase.

The unsecured creditors of Northwest Territorial Mint have lost the entirety of their collateral with zero recompense from these bankruptcy proceedings. With that being said, the court should distribute any remaining proceeds from Erdmann Bankruptcy Estate on a pro-rata basis to the unsecured creditors of Northwest Territorial Mint and NOT to the Administrative Priority Creditors whom have already received some compensation of their administration costs.

I believe it is time to show the world, it is made up of honest people who care about the welfare of others. It is time to show everyone--retirees, parents, and their children that the court system works for everyone, big and small alike.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

All Rights Reserved

*[signature]*
Alexander Koehler

Alexander Koehler
NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING
FINAL RESOLUTION OF CASE AND GRANTING RELATED RELIEF    Page 2 of 2

Case 16-11767-CMA    Doc 2332    Filed 09/14/21    Ent. 09/15/21 11:09:18    Pg. 2 of 2