FILED
Western District of Washington
at Seattle
SEP 13 2021
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Gregory Agrest
812 South Brookhurst Rd.
Fullerton, CA. 92833

9/8/2021

I object to the Motion of the dismissal order. And Final Resolution of the case.
Northwest Territorial Mint, LLC, Case #16-11767-CMA

They should be held accountable to people who invested in Silver Bullion. The $9,700.00 I sent to purchase a safe hand held ounces of silver should have been with Low Risk. It was our Retirement Savings. I'm 75 on a fixed income can't work and my wife is in a wheel chair with medical bills. I'm her caretaker. This poses a financial hardship. If they have or get money in future they should pay us back.

Thank You
Sincerly
Greg Agrest
1-714-235-0048