FILED
Western District of Washington
at Seattle

SEP 17 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

September 15, 2021

Honorable Christopher M. Alston
US Bankruptcy Court
Western District of Washington at Seattle
700 Stewart Street
Seattle, Washington 98101

Case No. 16-11767-CMA
Northwest Territorial Mint, LLC

Dear Judge Alston:

I understand that this case will be heard on September 24, 2021. I wish to notify the motion that this large company still has not compensated me for my loss.

I purchased 9 one ounce gold coins on December 30, 2015 from the Northwest Territorial Mint with $9972.00 cash. I did not receive the coins on that date, nor have I ever received the coins, nor have I received my cash back. I am 66 years old and lost my job due to COVID in April 2020. I have not worked since and have no income. I do not collect unemployment. I do not collect Social Security. I was counting on those coins as my income as this situation arose.

I am not a big creditor with millions of dollars invested. I just want what is mine. This will help me with living expenses.

Thank you for your consideration in this matter.

Respectfully,

*Monica Koss*

Monica Koss
34422 176th Avenue SE
Auburn, Washington 98092

cc. M. Gearin, D. Neu, B. Peterson, K&L Gates, LLP 925 Fourth Ave., Seattle, WA 98104



NORTHWEST TERRITORIAL MINT LLC
Remit To:
P.O. Box 2148
Auburn, WA 98071
Phone: 800-344-6468
Fax: 253-735-2210

*called March 7, 2016*

*went in April 8, 2016 not yet*

*went in April 21, 2016 notified Bankry*

Sales Order: 124421

**Sales Order Acknowledgement**

Sold To:
Monica Koss
Call For Pickup
UNITED STATES

Ship To:
Monica Koss
Call For Pickup
UNITED STATES

| | |  | | |
|---|---|---|---|---|
| Order Date: | 12/30/2015 | Sales Person: | tallmand |
| Contact: | Monica Koss | Phone: | 253-315-2529 |
| Customer ID: | 131814 | Email: | |
| Terms: | Due on receipt of Inv. | Ship Via: | |

Call For Pickup
8-10 weeks to ship after good funds
12/30/15 Received cash payment of $9972.00 - Derrin

| Line | Qty | Part Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 9.00 | B10020 / GOLD 1 OZ. KRUGERRANDS | $1,108.00 | $9,972.00 |

| | |
|---|---|
| Line Total: | $9,972.00 |
| Line Miscellaneous Charges: | $0.00 |
| Order Miscellaneous Charges: | $0.00 |
| Order Total: | $9,972.00 |

# NORTHWEST TERRITORIAL MINT

P.O. Box 2148 • Auburn, WA 98071-2148
(253) 833-7780 • (800) 344-6468 • FAX (253) 735-2210

| Spot Silver | Spot Palladium | Spot Gold | Spot Platinum | Date |
|---|---|---|---|---|
| | | 1062 | | 12/30/15 |

Sold To / Purchase From: Monica Koss

253 315 2529

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 9 | 1oz Gold KR | 1108.00 | 9972.00 |

**Special Instructions**
8-10 weeks after good funds
Call for Pickup          Not Delivered

**Method of Payment**
☐ Charge
☑ Cash  RCV'd 12-30-15
☐ COC
☐ Check #

Retail / Wholesale
Type of Transaction: (Sale) ROA Paid Out
Salesman: Devin

Member Pacific Northwest Mining Association • American Numismatic Association

147184