FILED
Western District of Washington
at Seattle

SEP 20 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Stephen L. Grittman
204 3rd Street
P.O. Box 146
Lafayette, OR 97127-0146

September 15, 2021

United States Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

RE: Case # 16-11767-CMA

To Whom It May Concern:

I wholly oppose the motion for final resolution and relief. The motion should be denied due to the defendant being previously found guilty on fraud charges in regards to the case in question. To dismiss, resolve, or offer relief to the defendant would be, in my opinion, to indicate to them that their behavior is acceptable and forgivable without repaying their debt. To say that I do not agree with this is a gross understatement.

On my claim form in regards to the criminal case, there is a statement that reads, "A person who files a fraudulent claim could be fined up to $500,000.00, imprisoned for up to 5 years, or both." The defendant is guilty of fraud as well as theft. The defendant took over five thousand dollars of my money, never intending to ship product to me, thus intentionally engaging in fraudulent behavior. Their punishment should match their crime. They definitely should not be offered resolution or relief without repaying those who they stole money from. Therefore, I oppose this motion for resolution and relief.

Sincerely,

*[signature]*

Stephen L. Grittman

CC: Michael J. Gearin
David C. Neu
Brian T. Peterson
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 90104