UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>NORTHWEST TERRITORIAL MINT, LLC,<br><br>Debtor. | Case No. 16-11767-CMA<br><br>**ORDER AUTHORIZING FINAL RESOLUTION OF CASE AND GRANTING RELATED RELIEF** |

This matter having come before the Court upon the Motion for Entry of Order Authorizing Final Resolution of Case and Granting Related Relief ("**Dismissal Motion**") filed by the chapter 11 Trustee, Mark Calvert (the "**Trustee**"), and the Court having considered the Dismissal Motion, the Declaration of Mark Calvert in support thereof, any objections and reply briefs, if any, the arguments of counsel <u>and objecting party Monica Koss</u>, ~~if any,~~ and the pleadings and papers on file, and having found that the Trustee has provided due and sufficient notice of hearing on the Dismissal Motion and the relief set forth in the Dismissal Motion, that no further notice is required; that the relief requested in the Dismissal Motion is in the best interests of the estate and creditors, and reasonable in light of the facts and circumstances; and that sufficient cause exists to render the provisions of Section 349(b) inapplicable to this chapter 11 case.

ORDER AUTHORIZING FINAL RESOLUTION OF
CASE AND GRANTING RELATED RELIEF- 1
502533613.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2338    Filed 09/24/21    Ent. 09/24/21 13:07:36    Pg. 1 of 4

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

A. The relief requested in the Dismissal Motion shall be, and hereby is, GRANTED as provided in this Order (hereafter "**Order of Dismissal**").

B. To the extent not resolved or withdrawn, any and all objections to the Dismissal Motion shall be, and hereby are, overruled and denied.

C. Notwithstanding Section 349 of the Bankruptcy Code, all orders and stipulations entered in this chapter 11 case and all agreements entered and transactions implemented by the Trustee during the pendency of this chapter 11 case from the Petition Date through the date of dismissal of this case, shall survive, remain effective and in full force after the dismissal of this chapter 11 case and the Court shall retain exclusive jurisdiction to interpret, implement, enforce and support such orders, stipulations and agreements.

D. All fees payable pursuant to Chapter 123 of Title 23, United States Code, as determined by the Bankruptcy Court on the dismissal date, including, but not limited to, quarterly fees owed to the Office of the United States Trustee, shall be paid by the Trustee within seven (7) days of the ~~entry of this Order of Dismissal~~ Trustee's receipt of the refund of funds delivered to the government lockbox and intended to satisfy United States Trustee fees which were misapplied to the account of the Department of Housing and Urban Development.

E. The Trustee shall distribute, on a pro rata basis, any remaining cash in the estate (after payment of United States Trustee fees) to the following administrative priority creditors with outstanding allowed administrative priority claims: K&L Gates LLP, the Trustee, and Cascade Capital LLC ("**Administrative Priority Creditors**").

F. The Trustee shall, after entry of this Dismissal Order, retain authority to collect any amounts owed to the Trustee or this bankruptcy estate from the Office of the Administrator of the United States Courts on account of expense reimbursements whether or not such amounts are

ORDER AUTHORIZING FINAL RESOLUTION OF
CASE AND GRANTING RELATED RELIEF- 2
502533613.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2338    Filed 09/24/21    Ent. 09/24/21 13:07:36    Pg. 2 of 4

received before or after entry of this Dismissal Order and is authorized to distribute those proceeds to Administrative Creditors.

The Trustee shall, after entry of this Dismissal Order, retain authority to collect any amounts owed to the Trustee or this bankruptcy estate from the Erdmann Bankruptcy Estate[1] whether or not the distribution of such amounts are made by the Erdmann Trustee before or after entry of this Dismissal Order. For the avoidance of doubt, the Trustee's right of recovery in the Erdmann Bankruptcy Estate shall not be abandoned upon entry of this Dismissal Order, and shall not revest in Northwest Territorial Mint, LLC. The Trustee shall distribute any funds he collects from the Erdmann Bankruptcy Estate on a pro rata basis to the Administrative Priority Creditors until the allowed amounts of such claims are paid in full. To the extent the amounts received from the Erdmann Bankruptcy Estate exceed the allowed amounts of the Administrative Priority Creditors, the Trustee shall file a motion to reopen the case to obtain an order directing the distribution of such excess funds.

G. Pursuant to Sections 105(a), 305(a), 363, and 554 of the Bankruptcy Code and Bankruptcy Rules 1017 and 6007, this Case shall be deemed "fully administered" within the meaning of Section 350 of the Bankruptcy Code, and shall, without further hearing, be dismissed.

H. The Unsecured Creditors Committee shall be dissolved and disbanded and its members released and discharged from all liabilities and duties arising from, or related to, this Case and the retention of its counsel shall terminate.

I. The Trustee is authorized to abandon and/or destroy, or cause to be abandoned and/or destroyed, any and all of the Debtor's books and records that remain in his possession or control.

J. Upon entry of this Dismissal Order, and except with respect to the rights and obligations expressly set forth in this Dismissal Order, the Trustee is released and discharged from

---

[1] Capitalized terms not defined in this Dismissal Order shall have the meanings given to them in the Dismissal Motion.

ORDER AUTHORIZING FINAL RESOLUTION OF
CASE AND GRANTING RELATED RELIEF- 3
502533613.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 2338    Filed 09/24/21    Ent. 09/24/21 13:07:36    Pg. 3 of 4

all duties and obligations created by his appointment as Chapter 11 Trustee in this Case pursuant to Section 1104 of the Bankruptcy Code. The Trustee's Bond is hereby exonerated and the surety under such bond is released from any further liability thereunder.

K. The Trustee is authorized to take all necessary steps, perform such actions, execute such documents, and expend such funds as may be necessary to carry out or otherwise effectuate the terms and conditions of this Dismissal Order.

L. To the extent applicable, the 14-day stay of this Dismissal Order under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived, sufficient cause having been shown, and this Dismissal Order shall be effective and enforceable immediately upon entry.

~~M. Upon entry of this Dismissal Order, the docket of this case may be marked as "closed" by the Clerk of this Court.~~

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
 Michael J. Gearin, WSBA #20982
 David C. Neu, WSBA #33143
 Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER AUTHORIZING FINAL RESOLUTION OF
CASE AND GRANTING RELATED RELIEF- 4
502533613.2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022