**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 16−11767−CMA
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Northwest Territorial Mint LLC
Po Box 2148
Auburn, WA 98071−2148

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
30−0143641

**NOTICE OF DISMISSAL**

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **September 28, 2021 for Northwest Territorial Mint LLC, Debtor** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: September 28, 2021

                                          Mark L. Hatcher
                                          Clerk, U.S. Bankruptcy Court