The Honorable Christopher Alston
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

NORTHWEST TERRITORIAL MINT, LLC,

Debtor.

Case No. 16-11767

**EX PARTE STIPULATION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Bankruptcy Rule 2089-1(b)(1), Steven Fox and the undersigned counsel hereby stipulate to the withdrawal of Miles A. Yanick and Savitt Bruce & Willey LLP as counsel of record in this bankruptcy case for Steven Fox, effective immediately.

The contact information for Mr. Fox is as follows:

Mail: 25 Cushing Drive, Mill Valley, CA 94941

Email: SteveFox7@comcast.net

Phone: (415) 380-8990

Undersigned counsel certifies that there are no known deadlines, hearings, or trials that would be continued as a result of counsel's withdrawal.

EX PARTE STIPULATION FOR WITHDRAWAL OF COUNSEL - 1

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA    Doc 2342    Filed 09/28/21    Ent. 09/28/21 16:49:44    Pg. 1 of 3

DATED: September 28, 2021

**SAVITT BRUCE & WILLEY LLP**

By    *s/James P. Savitt*
      James P. Savitt, WSBA #16847
      1425 Fourth Avenue Suite 800
      Seattle, Washington 98101-2272
      Telephone: 206.749.0500
      Facsimile: 206.749.0600
      Email: jsavitt@sbwLLP.com

*Withdrawing Attorney for Steven Fox*

By    *[signature]*
      Steven Fox
      25 Cushing Drive
      Mill Valley, CA 94941
      Telephone: 415.380.8990
      Email: SteveFox7@comcast.net

*Client of Withdrawing Attorney*

EX PARTE STIPULATION FOR WITHDRAWAL OF COUNSEL - 2

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA     Doc 2342     Filed 09/28/21     Ent. 09/28/21 16:49:44     Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 28th day of September, 2021 at Seattle, Washington.

_____
Nate Garberich

CERTIFICATE OF SERVICE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA   Doc 2342   Filed 09/28/21   Ent. 09/28/21 16:49:44   Pg. 3 of 3