

The Honorable Christopher Alston
Chapter 11

**Submitted But not Entered**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED: Order does not comply with formatting requirements of LBR 9021-1(d).**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 16-11767 |
|---|---|
| NORTHWEST TERRITORIAL MINT, LLC, | [PROPOSED] |
| Debtor. | **ORDER GRANTING STIPULATION FOR WITHDRAWAL OF COUNSEL** |

Upon the *Ex Parte* Stipulation for Withdrawal of Counsel for Steven Fox (the "Stipulation") for entry of an order allowing counsel Miles A. Yanick and Savitt Bruce & Willey LLP, to withdraw as counsel of record for Steven Fox; the Court having reviewed the Stipulation; and it appearing, and the Court having found, that the relief requested in the Stipulation is reasonable and appropriate; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.) The Stipulation is GRANTED; and

2.) Counsel Miles A. Yanick and Savitt Bruce & Willey LLP are withdrawn as counsel of record for Steven Fox, effective immediately upon entry of this order.

\\

\\

\\

ORDER GRANTING STIPULATION FOR WITHDRAWAL
OF COUNSEL - 1

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**Submitted But not Entered.**

1    IT IS SO ORDERED.

2    DATED: _____, 2021.

3

4                                         The Honorable Christopher Alston

5

6 Agreed and Presented By:

7

8 **SAVITT BRUCE & WILLEY LLP**

9

10 By:   /s/James P. Savitt
     James P. Savitt, WSBA #16847
11      1425 Fourth Avenue Suite 800
     Seattle, Washington 98101-2272
12      Telephone: 206.749.0500
     Facsimile: 206.749.0600
13      Email: jsavitt@sbwLLP.com

14 *Withdrawing Attorney for Steven Fox*

15 By: [signature]

16 Steven Fox
    25 Cushing Drive
17     Mill Valley, CA 94941
    Telephone: 415.380.8990
18     Email: SteveFox7@comcast.net

19 *Client of Withdrawing Attorney*

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATION FOR WITHDRAWAL OF COUNSEL - 2

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 28th day of September, 2021 at Seattle, Washington.

_____
Nate Garberich

CERTIFICATE OF SERVICE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA    Doc 2344    Filed 09/30/21    Ent. 09/30/21 12:23:10    Pg. 3 of 3