**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No.   16-11767 |
| NORTHWEST TERRITORIAL MINT, LLC, | **ORDER GRANTING STIPULATION FOR WITHDRAWAL OF COUNSEL** |
| Debtor. | |

Upon the *Ex Parte* Stipulation for Withdrawal of Counsel for Steven Fox (the "Stipulation") for entry of an order allowing counsel Miles A. Yanick and Savitt Bruce & Willey LLP, to withdraw as counsel of record for Steven Fox; the Court having reviewed the Stipulation; and it appearing, and the Court having found, that the relief requested in the Stipulation is reasonable and appropriate; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

ORDER GRANTING STIPULATION FOR WITHDRAWAL OF COUNSEL - 1

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA    Doc 2351    Filed 10/07/21    Ent. 10/07/21 15:08:08    Pg. 1 of 3

1.) The Stipulation is GRANTED; and

2.) Counsel Miles A. Yanick and Savitt Bruce & Willey LLP are withdrawn as counsel of record for Steven Fox, effective immediately upon entry of this order.

///END OF ORDER///

Agreed and Presented By:

**SAVITT BRUCE & WILLEY LLP**

By:   */s/James P. Savitt*
     James P. Savitt, WSBA #16847
     1425 Fourth Avenue Suite 800
     Seattle, Washington 98101-2272
     Telephone: 206.749.0500
     Facsimile: 206.749.0600
     Email: jsavitt@sbwLLP.com

*Withdrawing Attorney for Steven Fox*

By: *[signature]*
     Steven Fox
     25 Cushing Drive
     Mill Valley, CA 94941
     Telephone: 415.380.8990
     Email: SteveFox7@comcast.net

*Client of Withdrawing Attorney*

ORDER GRANTING STIPULATION FOR WITHDRAWAL OF COUNSEL - 2

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA   Doc 2351   Filed 10/07/21   Ent. 10/07/21 15:08:08   Pg. 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 6th day of October, 2021 at Seattle, Washington.

_____
Nate Garberich

CERTIFICATE OF SERVICE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 16-11767-CMA    Doc 2351    Filed 10/07/21    Ent. 10/07/21 15:08:08    Pg. 3 of 3