FILED
Western District of Washington
at Seattle

OCT 19 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

FILED (DROP BOX)

OCT 18 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON DEPUTY

Re: Case No. 16-11767-CMA

Superior Court of Washington, County of King

| Betty Carey (Adversary) Plaintiff(s),<br><br>v.<br>Mark Thomas Calvert, K&L Gates, Cascade Capital Group, Dept. of Corrections Defendant(s). | No. _____<br><br>COMPLAINT FOR Personal Injury; Stolen Property; Fraud of Bankruptcy proceeding re: NWTM Case No. 16-11767-CMA; Witness Intimidation/Injurie(s) |
|---|---|

I, Betty Carey, the plaintiff in this case ("Plaintiff") allege the following:

**I. Jurisdiction.** This Court has jurisdiction to hear this matter because:

☐ **Original Jurisdiction.** This matter is brought before the Court under its authority of original jurisdiction as indicated in RCW 2.08.010. This matter is one of the types of matters discussed in RCW 2.08.010.

**OR**

☐ **Other Statute.** This matter is brought before the Court to be heard under the authority indicated in _____. This matter is one of the types of matters discussed in that statute.

**II. Venue.** This Court is an appropriate venue to hear this matter because:

COMPLAINT
Page 1 of 4

Will suppliment ASAP. Handicapped due to injuries. BC.

Name: Betty Carey
Address: 1700 7th Ave, Seattle WA 89101
Phone:
BC18@protonmail.com