Leonard N. Hank
4505 72nd St. E
Tacoma, WA. 98443-1825

FILED
Western District of Washington
at Seattle

MAR 18 2022

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

March 16, 2022

United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Reg: Case #16-11767-CMA
     Chapter 11
     Northwest Territorial Mint LLC

Dear Sir or Madam,

I have not received any email notifications regarding the silver purchases made in 2014 through NW Territorial Mint LLC, case # noted above due to my email being hacked.

It was previously HankBiz@outlook.com and was closed down in August 2021. My new email address is HankBiz71@gmail.com and I am hoping to receive notification on how the case ended either via email or via a letter.

As with most other customers, NW Territorial Mint LLC was to store approximately $36,000- invested in silver bars on my behalf.

My direct cell phone number is (253) 640-1215 and my home address is 4505 72nd Street East, Tacoma, WA 98443-1825, if a letter noting the outcome would be more convenient. .

Thank you for your assistance in keeping me updated on the course of action being taken.

Sincerely,

*Leonard N. Hank* (signature)

Leonard N. Hank
(253) 640-1215