Clerk of the Court, assigns, successors, agents

Christopher Alston
DBA Washington State Bar Member
Western Washington Bankruptcy court
700 Stewart St.
#6301
Seattle, Washington 98101

FILED
Western District of Washington
at Seattle

SEP 11 2023

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

Mark Calvert
Cascade Capital Group, LLC
1501 Fourth Avenue
Suite 2840,
Seattle, WA 98101

RE: Fiduciary breach

Sirs:
    You have failed to provide either a resignation letter of power of attorney or compensation for my claim of silver ounces in the matter of Northwest Territorial Mint LLC

    Please remit the silver ounces to the undersigned beneficiary without delay. You have trespassed your oaths to this beneficiary regarding the Northwest Territorial Mint LLC and remain in fiduciary breach of duty.

Jeffrey McMeel,_____ creditor/beneficiary


PO Box 2434 Auburn, washington usa 98071




Cc: Washington State Bar Association

To whom it may concern

### Notice: Bankruptcy item failure 16-11767-CMA created hardship

    Due to the represented LLC by BAR attorneys failure to make whole the creditor found in Western Washington Bankruptcy case 16-11767-CMA the parties in item #4 of the attached Claim of Lien are indebted to the undersigned Claimant.

    Insurance policies, bonds, sureties, securities wherever they may be found and BAR licenses are distressed until released by the Claimant.

BY: /s/ Jeffrey McMeel, Claimant _Jfy M. Meel_

PO Box 2434 Auburn, Washington usa 98071

**Return Address:**
J. McMeel
℅ P.O Box 2434
Auburn, WA USA 98071

```
20230711000371
LIEN      Rec: $209.50
7/11/2023 9:11 AM
KING COUNTY, WA
```

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

**Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in)

1. CLAIM OF LIEN    2. _____
3. _____    4. _____

**Reference Number(s) of Documents assigned or released:**

Additional reference #'s on page _____ of document

**Grantor(s)** Exactly as name(s) appear on document
1. Northwest Territorial Mint LLC
2. _____

Additional names on page _____ of document.

**Grantee(s)** Exactly as name(s) appear on document
1. JEFFREY MCMEEL
2. _____

Additional names on page _____ of document.

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)
_____
_____

Additional legal is on page _____ of document.

**Assessor's Property Tax Parcel/Account Number**     ☐ Assessor Tax # not yet assigned

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

"I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and referred to as an emergency nonstandard document), because this document does not meet margin and formatting requirements. Furthermore, I hereby understand that the recording process may cover up or otherwise obscure some part of the text of the original document as a result of this request."

By: Jeff McMeel _____ Signature of Requesting Party

Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements

Return to:

Jeff McMell, alias
℅ PO Box 2434
Auburn, Washington USA 98071

CLAIM OF LIEN

JEFFREY MCMEEL
(GRANTEE)

Versus

NORTHWEST TERRITORIAL MINT LLC
Debtor DBA BANKRUPTCY CASE NO. 16-11767-CMA
SEATTLE, WA 98101
(GRANTOR)

**Notice is hereby given** that the person named below claims a lien.

In support of this lien the following information is submitted:

1. **Lien Claimant :** JEFFREY MCMEEL, Surety/Claimant
   ℅ PO Box 2434
   Auburn, Washington USA 98071  360 810 7012

2. **LEGAL DESCRIPTION OF THE PROPERTY:**
   Eleven thousand and four hundred and forty-eight (11,448) ounces of silver held by the Debtor, Northwest Territorial Mint LLC at the federal bankruptcy court.
   700 Stewart St, Seattle, WA 98101

3. **UNKNOWN WHEREABOUTS OF THE PROPERTY**
   Last seen with Ross B. Hansen, former owner of Northwest Territorial Mint LLC.

4. PARTIES INDEBTED TO THE CLAIMANT:
MARK CALVERT, TRUSTEE ℅ Cascade Capital Group LLC
1501 Fourth Avenue, Suite 2840, Seattle, WA 98101

WASHINGTON STATE BAR ASSOCIATION LICENSE NUMBERS : 18823 DBA CHRISTOPHER MARK ALSTON, 35561 DBA CHRISTOPHER M WYANT, 13679 DBA ALAN JAY WENOKUR, 17342 DBA JERRY TODD TRACY, 44306 DBA STEVEN J REILLY, 11935 DBA REGAN L POWERS, 42088 DBA BRIAN THOMAS PETERSON, 33143 DBA DAVID CONRAD NEU, 20982 DBA MICHAEL JOSEPH GEARIN, 7092 DBA C JAMES FRUSH, 26929 DBA PAUL E FOGARTY, 22925 DBA NORMAN K. SHORT,
℅ Washington State Bar Association
1325 Fourth Ave., Suite 600
Seattle, WA 98101-2539

STATE OF CALIFORNIA BAR ASSOCIATION NUMBERS: 121939 DBA DANIEL JAY BUSSEL, 327394 DBA NIR MAOZ.
℅ State Bar of California
180 Howard Street
San Francisco, CA 94105

5. DATE ON WHICH THE CLAIMANT BEGAN TO PERFORM LABOR, PROVIDE PROFESSIONAL SERVICES, SUPPLY MATERIAL OR EQUIPMENT:
   December 23, 2011

6. NAME OF THE OWNER OR REPUTED OWNER:
   NORTHWEST TERRITORIAL MINT LLC AND ROSS HANSEN
   BANKRUPTCY CASE NO. 16-11767-CMA
   SEATTLE , WA 98101

7. THE LAST DATE ON WHICH LABOR WAS PERFORMED; PROFESSIONAL SERVICES WERE FURNISHED; OR MATERIAL, OR EQUIPMENT WAS FURNISHED:
   June 21, 2023

8. PRINCIPAL CAPITAL GAINS AMOUNT FOR WHICH THE LIEN IS CLAIMED IS:
   Current market value of 11,480 ounces of silver.