

# Contractual obligations to storage customers.... aka The Storage Project
1 message

**Jodie Hirtler** <jhirtler143@gmail.com>  
To: Mark Calvert <mark@cascadecapitalgroup.com>

Mon, Jan 13, 2020 at 5:29 PM

As customer of NWTM I am instructing you as to the disposition of our agreement. Claim #837 case 16-11767-CMA . According to new regulations regrading bankruptcy under 11 USC 766 (b) (c) (h-2) and 765 (a) (1) (2), effective 01,12, 2020.... "...the trustee shall....comply with any instructions received from a customer regarding such customers desired disposition of any commodity contract specifically identified to the customer. (b)... and in priority to all other claims. (c)
In addition, with regards to the automatic stay directed toward creditors..... "The automatic stay does not apply to commodity, security, and futures contracts."  (id)
As the State of Washington Department of Financial Institutions Securities Division issued a Final Order (s-14-1441-17-FOO1) regarding same on Sept. 28, 2017...and Mr Calvert signed the consent order (s-14-1441-17-COO1) on Sept. 29, 2019 it follows that the current regulations bind the trustee.
I'm instructing you to either deposit to me at the full current market value at the accompanying timestamp (direct deposit at any Wells Fargo branch account 125008547 routing number 2861019012) of our agreement, minus any offset reasonably incured by you to comply with the instructions contained therein....or...in the alternative you are authorized to send to my current address via UPS insured delivery of the specific contract terms (657 oz troy silver bullion) also subject to offset in the same manner as written above.
Its incumbent upon you and your professionals to be prompt in reply as to the subsequent fullfilment of this directive.
I'm not willing to wait any longer than reasonably necessary (10 days as of accompanying timestamp ) for you to honor your end of our mutually binding document before I have to proceed with more formal proceedings against you. My preference is that we settle these matters informally and amicably and look forward to your next to inform me know how you wish to proceed.
Respectfully Yours ,
Jodie Hirtler

cc: David Neu
    Brian Peterson
    Michael Gearin
    Mark Northrup
    Fogarty Law Group PLLC
    Judge C. Alston
    Securities and Exchange
     Commission
     Washington State Department
     Department of Financial
      Institution
     Securities Division
     United States Trustee
     Regan Powers